GRAND JURY RETURNS
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Date 9-17-17

Judge Novak, USMJ

Grand Jury Panel # 19-2

Grand Jury Foreperson ( ✓ )

Court Reporter Sheldon Poe, Veteran Reporters

Counsel for Govt Stephen Miller

On motion of the Government, granted by the Court, BENCH WARRANTS shall be issued as follows:

1. US v _____
2. US v _____
3. US v _____
4. US v _____
5. US v _____
6. US v _____
7. US v _____

On motion of the Government, granted by the Court, BENCH WARRANTS as DETAINERS shall be issued as follows:

1. US v Travis Aaron Ball
2. US v Terrell Clarke-Conley
3. US v Okello T. Chatrie
4. US v Lawrence G. Patterson
5. US v _____
6. US v _____
7. US v _____

On motion of the Government, SUMMONS shall be issued as follows:

1. US v _____
2. US v _____

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:

1. US v _____
2. US v _____

Additional Motions, etc: _____

Began: _____   Ended: _____   Time in Court: _____