IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



UNITED STATES OF AMERICA
V
OKELLO T. CHATRIE

Case No: 3:19cr130-MHL

*(Please See Additional Page for Personal Identifiers - Not For Public Disclosure)*

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Superintendent
Riverside Regional Jail
500 Folar Trail
North Prince George, Virginia 23860
(804) 524-6600

WE COMMAND YOU to surrender **OKELLO T. CHATRIE**, detained under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy. The United States Marshal is directed to produce this subject before the United States District Court for the Eastern District of Virginia, Richmond District Court on **September 26, 2019, at 2:05 P.M.**, and on such future dates as necessary for the determination of this case so that he/she may testify in the above-captioned matter or at such other times as the Court may direct.

The subject thereafter shall be returned forthwith by the United States Marshal to the custody of the above-referenced institution.

WITNESS, the Honorable **David J. Novak, United States Magistrate Judge** of the United States District Court for the Eastern District of Virginia, at Richmond, Virginia, this **20th** day of **September 2019**.

FERNANDO GALINDO, CLERK

By: _____
Deputy Clerk