**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: NOVAK
REPORTER: FTR

DOCKET NO. 3:19CR00130 (MHL)
DATE: 9-20-19

UNITED STATES OF AMERICA
v.

COUNSEL

1. Okello T. Chatrie
2. ______

1. ______
2. ______

**APPEARANCES:** GOVERNMENT Kenneth R. Simon, JR (✓)
DEFENDANT WITH COUNSEL (✓) DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )
INTERPRETER ______ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( ) DEFENDANT INCARCERATED (✓) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: ______ ( )
INITIAL ON SUPERVISED RELEASE VIOLATION: PROBATION ( ) PRETRIAL ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) ______

**INITIAL HEARING PROCEEDINGS:**
Carolyn V. Grady, AFPD present
DATE OF ARREST: ✓ GOVT'S MOTION TO UNSEAL ( )
INITIAL APPEARANCE (✓)
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
COURT SUMMARIZED CHARGES (✓) DEFT. ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT (✓) COUNSEL TO BE APPOINTED (✓)
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT (✓) ORDER OF TEMPORARY DETENTION (✓)
DEFT REMANDED (✓) DETENTION HEARING SET: ______

**PRELIMINARY HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
WITNESS(ES) ______

**DETENTION HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
DEFENDANT RELEASED ON PR BOND ( ) ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) ______

**CASE CONTINUED TO:** October 1, 2019 AT 2:05 p.M. FOR DETENTION
2:30 p.m FOR ARRAIGNMENT

CASE SET: BEGAN: 2:05 ENDED: 2:08 TIME IN COURT: 03