AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

OKELLO T. CHATRIE
*Defendant*

Case No. 3:19cr130-MHL - AS DETAINER

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* OKELLO T. CHARTIE,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Section 2113(a), 2113(d), and 2113(e) - Forced Accompaniment during an Armed Credit Union Robbery
Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii) - Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence

Date: 09/18/2019

*Issuing officer's signature*

City and state: Richmond, Virginia

S. Mejia, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 9-18-19, and the person was arrested on *(date)* 9-26-19
at *(city and state)* HOPEWELL, VA.

Date: 9-26-19

*Arresting officer's signature*

J. WHITEHEAD USMS
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: OKELLO T. CHATRIE

Known aliases: 

Last known residence: Riverside Regional Jail - 500 Folar Trail, North Prince George, Virginia

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 10/04/1994

Social Security number: Alien Number - 064883882

Height:                                             Weight:

Sex: Male                                        Race: Black

Hair:                                                Eyes:

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: