CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: NOVAK
REPORTER: FTR

DOCKET NO. 3:19CR00130(MHL)
DATE: 10-1-19

UNITED STATES OF AMERICA
v.
COUNSEL

1. Okello T. Chatrie       1. Laura J. Koenig
2. _____          2. _____

APPEARANCES: GOVERNMENT Kenneth R. Simon, Jr. & Peter S. Duffey (✓)
DEFENDANT WITH COUNSEL ( )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )    WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

BAIL STATUS: DEFENDANT ON BOND ( )  DEFENDANT INCARCERATED ( )  BOND NOT SET ( )

TYPE OF PROCEEDINGS: INITIAL ( )  ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( )  DETENTION (✓)  MOTIONS ( )  OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE VIOLATION: PROBATION ( )  PRETRIAL ( )

PRELIMINARY PROCEEDINGS:
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

INITIAL HEARING PROCEEDINGS:
DATE OF ARREST: _____  GOVT'S MOTION TO UNSEAL ( )
INITIAL APPEARANCE ( )
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
COURT SUMMARIZED CHARGES ( )  DEFT. ADVISED OF RULE 5 RIGHTS ( )
FINANCIAL AFFIDAVIT ( )  COUNSEL TO BE APPOINTED ( )
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT ( )  ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( )  DETENTION HEARING SET: _____

PRELIMINARY HEARING PROCEEDINGS:
GOVT ADDUCED EVIDENCE ( )  DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )  PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( )  GOVT ( )  DEFT ( )
WITNESS(ES) _____

✓ Indictment

DETENTION HEARING PROCEEDINGS:
GOVT ADDUCED EVIDENCE ( )  DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING (✓)  DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( )  FLIGHT RISK ( )  DANGER ( )
DEFENDANT RELEASED ON PR BOND ( )  ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( )  MOTION FOR CONTINUANCE ( )  GOVT ( )  DEFT ( )
DEFT REMANDED (✓)
WITNESS(ES) Waiver Executed

CASE CONTINUED TO: 10/1, 2019 AT 2:30 PM. FOR Arraignment

CASE SET: 2:05   BEGAN: 2:10   ENDED: 2:12   TIME IN COURT: 02