IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.   Criminal Case No. 3:19CR130 (MHL)

OKELLO T. CHATRIE,
  Defendant.

## WAIVER OF DETENTION HEARING

The United States Magistrate Judge has advised me of my right to a detention hearing pursuant to Title 18, United States Code, § 3142, at which the United States must prove by clear and convincing evidence that I pose a danger to the safety of any other person or the community or must prove by a preponderance of the evidence that I pose a risk of flight, such that there is no condition or combination of conditions that will reasonably assure the safety of any other person and the community or my appearance at future proceedings. I have been advised that I have the right to have my attorney present during such a hearing; that I may ask that such a hearing be continued for up to five (5) days; that I have the right to hear the evidence regarding my dangerousness or risk of flight; that I have the right to testify, to present witnesses, to cross-examine witnesses, and to present information by proffer or otherwise. I also have been advised that, if I waive my right to a detention hearing, I will be detained and may be precluded from any further hearing or determination regarding my release.

Having been so advised, I hereby waive my right to a detention hearing pursuant to Title 18, United States Code, § 3142.

Date: 10/1/19                                              _____
                                                                  Defendant

Date: 10/1/19                                              _____
                                                            Counsel for Defendant

Date: 10/1/19         Before:                              _____/s/_____
                                                            David J. Novak
                                                            United States Magistrate Judge

WDH-1-416