CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Lauck
REPORTER: Diane Daffron
DOCKET NO. 3:19cr130
DATE: 10/1/19

UNITED STATES OF AMERICA
v.
COUNSEL

1. Okello T Chatrie          1. Laura Koenig
2.                           2.
3.                           3.
4.                           4.

APPEARANCES: GOVERNMENT Kenneth Simon   Peter Duffey
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )    WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT (✓)   REARRAIGNMENT/GUILTY PLEA ( )   MOTIONS ( )
OTHER: _____ ( )

PRELIMINARY PROCEEDINGS:
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

ARRAIGNMENT PROCEEDINGS:

|   | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | Chatrie | ✓ |  |  | ✓ | ✓ |  |  |
| 2 |  |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |  |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( )   USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _____ ( )
COURT ACCEPTED PLEA ( )   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )
PRESENTENCE REPORT ORDERED ( )   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

BOND HEARING PROCEEDINGS:
DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED ( X )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

OTHER PROCEEDINGS:
( ) Government motion to unseal Indictment; granted.
(✓) Motions to be filed within 21 days; Responses due 14 days thereafter; 6 days for Reply. Contact Chambers to schedule oral argument, if necessary.
( ) Jury Instructions to be filed one (1) week prior to trial.
(✓) Agreed Discovery Order presented; entered by Court.

CASE CONTINUED TO: Dec. 3, 4 & 5, 2019 AT 9:00 a.M. FOR Jury Trial

CASE SET: 230   BEGAN: 231   ENDED: 237   TIME IN COURT: :06