## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:19cr130** |
| | ) | |
| **OKELLO T. CHATRIE,** | ) | |
| **Defendant** | ) | |

## ORDER

Upon motion of defense counsel, with good cause having been shown and noting no objection by the Government, it is hereby ORDERED that the Defendant's Motion to Extend Motions Deadline on One Issue Which Will Result in Two Additional Motions in this case is GRANTED. The defense shall file the two additional motions relating to the state search warrant using "geofencing" and Google's "sensorvault" data by October 29, 2019. The government's response deadline and the defense's reply deadline are adjusted accordingly.

It is SO ORDERED.

_____
M. Hannah Lauck
United States District Judge

Dated: _____