## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | Case No. 3:19cr130 |
| ) | |
| **OKELLO T. CHATRIE,** ) | |
| **Defendant** ) | |

### DEFENDANT'S MOTION FOR *PRO HAC VICE* ADMISSION

Undersigned counsel for Okello Chatrie, pursuant to Local Rule 57.4, moves this Court to grant *pro hac vice* status to pro bono co-counsel Michael William Price so that he can appear on behalf of Mr. Chatrie at all court proceedings.  The undersigned states the following in support of this motion:

1. The government indicted Mr. Chatrie on one count of bank robbery by forced accompaniment, in violation of 18 U.S.C. § 2113, and brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c).  If convicted of both counts, Mr. Chatrie faces a mandatory minimum seventeen years in prison and a maximum of life in prison.

2. Michael William Price is an attorney with the National Association of Criminal Defense Lawyers ("NACDL").  He has been working pro bono on Mr. Chatrie's case since late October 2019.  Mr. Price is participating in the Federal Public Defender's Pro Bono Counsel Program.  Mr. Price has been supervised by the undersigned, who will be present in court with him at all court proceedings.

3. Mr. Price is Senior Litigation Counsel at NACDL's Fourth Amendment Center. Previously, he was Senior Counsel for NYU School of Law's Brennan Center for Justice and before that, the National Security Coordinator for NACDL. He is a graduate of NYU School of Law and is licensed to practice law in New York. He has been admitted to practice before several federal courts, including the Supreme Court of the United States, the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern and Southern Districts of New York. Attached, is Mr. Price's Application for *Pro Hac Vice* admission before the instant Court.

4. Given that Mr. Price's work on the defendant's case is pro bono and done under the auspices of the Federal Public Defender's Pro Bono Counsel Program, the undersigned also moves for a waiver of the $75.00 *pro hac vice* fee for each applicant.

Accordingly, for the foregoing reasons, Mr. Chatrie respectfully requests that the Court grant this motion and enter the proposed attached orders.

                                                    Respectfully submitted,
                                                    OKELLO T. CHATRIE

By:          /s/
       Laura Koenig
       Va. Bar No. 86840
       Counsel for Defendant
       Office of the Federal Public Defender
       701 E Broad Street, Suite 3600
       Richmond, VA 23219-1884
       Ph. (804) 565-0881
       Fax (804) 648-5033
       laura_koenig@fd.org

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 29, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                _____/s/_____
                Laura Koenig
                Va. Bar No. 86840
                Counsel for Defendant
                Office of the Federal Public Defender
                701 E Broad Street, Suite 3600
                Richmond, VA 23219-1884
                Ph. (804) 565-0881
                Fax (804) 648-5033
                laura_koenig@fd.org