IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  3:19cr130 , Case Name  United States v. Okello T. Chatrie
Party Represented by Applicant:  Okello T. Chatrie

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Michael William Price
Bar Identification Number  4771697       State  New York
Firm Name  National Association of Criminal Defense Lawyers
Firm Phone #  (202) 872-8600       Direct Dial #  (202) 465-7615       FAX #  (202) 872-8690
E-Mail Address  mprice@nacdl.org
Office Mailing Address  1660 L St. NW, 12th Floor, Washington, DC, 20036

Name(s) of federal court(s) in which I have been admitted  SDNY; EDNY; 2d Cir.; 3d Cir.; 4th Cir.; 6th Cir.; 9th Cir.; U.S. Supreme Court

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                                       10/29/2019
Laura Koenig                                                        (Date)
(Typed or Printed Name)                                              86840
                                                                 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ___       *or* Exemption Granted

The motion for admission is GRANTED       *or* DENIED

(Judge's Signature)                                           (Date)