IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:19cr130-MHL |
| ) | |
| OKELLO T. CHATRIE, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon Motion of the United States of America, by and through attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, Kenneth R. Simon, Jr., and Peter S. Duffey, Assistant United States Attorneys, for an extension of time to file responses to the defendant's motions to suppress, motions for discovery, and motion in *limine* (ECF Nos. 17-23, 28-29) from November 5, 2019, and November 12, 2019 to November 19, 2019, and the defendant having no objection and for good cause shown, the Court **GRANTS** the United States' motion. Accordingly, the United States must respond to the defendant's motions on or before November 19, 2019.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel of record for all parties.

It is so **ORDERED**.

                                                                         The Honorable M. Hannah Lauck
                                                                         UNITED STATES DISTRICT JUDGE

Richmond, Virginia
Date: _____