## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**UNITED STATES OF AMERICA**

**v.**                                                      **Criminal No. 3:19cr130**

**OKELLO T. CHATRIE,**

      **Defendant.**

## ORDER

This matter comes before the Court on the Parties' joint request for a status hearing. At 11:00 a.m. on November 12, 2019, the Parties SHALL appear in Courtroom 6100 of the Spottswood W. Robinson III and Robert R. Merhige, Jr. United States Courthouse for an in-person status conference to discuss the trial date in this matter.

It is SO ORDERED.

                                 /s/
                             M. Hannah Lauck
                             United States District Judge

Date: 11/7/2019
Richmond, Virginia