IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:19cr130 |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| Defendant | ) | |

**Defense Counsel's Notice of Appearance**

The undersigned hereby gives notice of his appearance in this case on behalf of defendant Okello Chatrie.

                                      Respectfully submitted,
                                      OKELLO T. CHATRIE

By:            /s/_____
        Paul G. Gill
        Va. Bar No. 31461
        Counsel for Defendant
        Office of the Federal Public Defender
        701 E Broad Street, Suite 3600
        Richmond, VA 23219-1884
        Ph. (804) 565-0870
        Fax (804) 648-5033
        paul_gill@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                              _____/s/_____
                                              Paul G. Gill
                                              Va. Bar No. 31461
                                              Counsel for Defendant
                                              Office of the Federal Public Defender
                                              701 E Broad Street, Suite 3600
                                              Richmond, VA 23219-1884
                                              Ph. (804) 565-0870
                                              Fax (804) 648-5033
                                              paul_gill@fd.org