CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Lauck
REPORTER: Diane Daffron
DOCKET NO. 3:19cr130
DATE: 11/12/19

UNITED STATES OF AMERICA
v.
COUNSEL

1. Okello TChatrie           1. Laura Koenig
                                Paul Gill
2. 
3. 
4. 

APPEARANCES: GOVERNMENT Kenneth Simon, Peter Duffey ( )
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )    WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( ) MOTIONS ( )
OTHER: Status Hrg. (✓)

PRELIMINARY PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

ARRAIGNMENT PROCEEDINGS:

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( )   USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _____ ( )
COURT ACCEPTED PLEA ( )   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )
PRESENTENCE REPORT ORDERED ( )   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

BOND HEARING PROCEEDINGS:
DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED (✓)
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

OTHER PROCEEDINGS: Oral motion to delay reply until 12/9/19 GRANTED; Defts. Motion to Continuance of trial beyond the Speedy Trial Act cutoff Date GRANTED.

CASE CONTINUED TO: 12/12, 2020 AT 2:00 p.m. FOR Status Conf.

CASE SET: 11:00   BEGAN: 11:10   ENDED: 11:22   TIME IN COURT: :12