IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO: 3:19cr130

OKELLO T. CHATRIE

## Motion for Continuance of Trial Beyond the Speedy Trial Act Cut-Off Date

Counsel for the Defendant in the above titled case, with the informed consent of my client, hereby moves the Court to continue the trial date beyond the Speedy Trial Act cut-off date.

The Defendant requires additional time to properly prepare the case for trial. This request is made pursuant to Title 18, U.S.C., Section 3161(h)(7)(A). The ends of justice will be served by granting the requested continuance.

_____
**Defendant**

_____
**Counsel for the Defendant**

_____
**Seen and Agreed**
**Assistant United States Attorney**

Date: 11/12/19