IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:19-CR-130-MHL |
| ) | |
| OKELLO T. CHATRIE, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO
## FILE RESPONSE BRIEF IN EXCESS OF THIRTY PAGES

The United States of America, by its undersigned attorneys, moves this Court for leave to file a responsive brief in excess of thirty pages pursuant to Local Criminal Rule 47(F)(3). The defendant's motions to suppress evidence obtained from the residences are generally of the same nature. (ECF Nos. 18, 19). Accordingly, the United States seeks to file an omnibus response to those motions to address arguments that can be grouped together, together. Those that require separate analysis are considered separately within the omnibus responsive brief. Because the United States addresses both motions together, the brief is a total of 34 pages.

Respectfully submitted,

G. ZACHARY TERWILLIGER
United States Attorney


_____/s/_____
Kenneth R. Simon, Jr.
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
919 E. Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400

2

Fax: (804) 771-2316
Email: Kenneth.Simon2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to the following:

Laura Koenig
Office of the Federal Public Defender (Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219
Email: Laura_Koenig@fd.org

Paul Geoffrey Gill
Office of the Federal Public Defender (Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219
Email: paul_gill@fd.org

Michael William Price
National Association of Criminal Defense Lawyers
1660 L Street NW
12th Floor
Washington, DC 20036
 (202) 465-7615
Email: mprice@nacdl.org
*PRO HAC VICE*

                                                    _____/s/_____
                                                    Kenneth R. Simon, Jr.
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    Eastern District of Virginia
                                                    919 E. Main Street, Suite 1900
                                                    Richmond, VA 23219
                                                    (804) 819-5400
                                                    Fax: (804) 771-2316
                                                    Email: Kenneth.Simon2@usdoj.gov