| | |
|---|---|
| From: | Hylton, Joshua |
| To: | USLawEnforcement@google.com |
| Subject: | 2590472 |

Google Legal Team,

I appreciate your team's quick response and professionalism. After reviewing the return data and associated Google Device ID(s), Assistant United States Attorney, Kenneth Simon, and I, request additional location data and subscriber info for the following device ID(s):

1. 1716665659
2. -1662305683
3. -1305167611
4. -1844271119
5. -965610516
6. 2021066118
7. 702354289
8. 907512662
9. 1207269668

10. -1144423700
11. -162381959
12. -1637158857
13. -2058726931
14. -41133693
15. 1135979718
16. 138503045
17. 1485182252
18. 319756533
19. 449021346

As the sought Google devices are fairly low in number, I am requesting the above data in an effort to rule out possible co-conspirators. If this request seems unreasonable, please keep in mind that Google device numbers 1-9 may fit the more likely profile of parties involved.

I appreciate any help and consideration in the above matter. If you have any questions or concerns, please don't hesitate to call, ███████████

Respectfully,

Master Detective J.P. Hylton Unit: 936
Criminal Investigations Division: Persons Unit
███████████
███████████

*"If you only do what you can do, you will never be better than what you are now."*

Respectfully,

Master Detective J.P. Hylton Unit: 936
Criminal Investigations Division: Persons Unit



*"If you only do what you can do, you will never be better than what you are now."*