IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:19-CR-130-MHL |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S NOTICE REGARDING INITIATION
## OF FORENSIC EXAMINATION

The United States of America, by its undersigned attorneys, hereby provides notice to this Court regarding the initiation of forensic examination, as set forth in the residential search warrant affidavits. *See* 3:19-SW-243, 3:19-SW-244. The United States has initiated forensic examination of some but not all digital evidence seized in this case. In particular, the two cellular telephones seized at XXXX Willis Street have been downloaded and examined. No other digital evidence belonging to the defendant was seized from XXXX Willis Street. No digital evidence seized from XXXX Mason Dale Drive has been downloaded or forensically examined. These items will not be imaged, downloaded, or otherwise reviewed during the course of this litigation.

The defendant's counsel has received notice of the aforementioned analysis via email. Subject to any requirements of forfeiture, all electronic items will be returned to the defendant upon completion of this litigation.

Respectfully submitted,

G. ZACHARY TERWILLIGER
United States Attorney

By: /s/
Kenneth R. Simon, Jr.
Peter S. Duffey
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia
919 E. Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
Fax: (804) 771-2316
Email: Kenneth.Simon2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to the following:

Laura Koenig
Office of the Federal Public Defender (Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219
Email: Laura_Koenig@fd.org

Paul Geoffrey Gill
Office of the Federal Public Defender (Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219
Email: paul_gill@fd.org

Michael William Price
National Association of Criminal Defense Lawyers
1660 L Street NW
12th Floor
Washington, DC 20036
 (202) 465-7615
Email: mprice@nacdl.org
*PRO HAC VICE*

                                                _____/s/_____
                                                Kenneth R. Simon, Jr.
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                Eastern District of Virginia
                                                919 E. Main Street, Suite 1900
                                                Richmond, VA 23219
                                                (804) 819-5400
                                                Fax: (804) 771-2316
                                                Email: Kenneth.Simon2@usdoj.gov