IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                                Criminal No. 3:19cr130

OKELLO T. CHATRIE,

        Defendant.

## ORDER

Pursuant to the Court's oral order at the December 12, 2019 Status Conference, the Court:

(1) DENIES AS MOOT and WITHOUT PREJUDICE Defendant Okello T. Chatrie's Motion *in Limine*, Motion to Suppress, and Motion for Discovery, (ECF Nos. 17, 22, 23);

(2) ORDERS the Parties to file no later than December 19, 2019, the warrants at issue in this matter;

(3) ORDERS that if Google wishes to intercede in this matter as an amici, it may file a motion to do so, attaching its proposed amicus brief, no later than December 20, 2019;

(4) ORDERS that if the Parties wish to respond to Google's amicus brief, they do so no later than January 3, 2020;

(5) SCHEDULES this matter for a hearing on January 21, 2020, at 11:00 a.m. regarding Chatrie's Motion for Discovery Regarding Government's Use of Google's Sensorvault Data, (ECF No. 28);

(6) ORDERS the Parties to disclose no later than January 10, 2020, any proposed expert's identity, curriculum vitae, and a summary of his or her proposed testimony to be given at the January 21, 2020 hearing;

(7) SCHEDULES this matter for a hearing, beginning at 10:00 a.m. on February 20, 2020, and continuing through February 21, 2020 regarding Chatrie's remaining pending motions, (ECF Nos. 18, 19, 20, 21, 29);

(8) ORDERS the United States to provide no later than February 3, 2020, expert disclosures of any proposed experts who wish to testify at the February 20, 2020 hearing;

(9) ORDERS Chatrie to provide no later than February 10, 2020, expert disclosures of any proposed experts who wish to testify at the February 20, 2020 hearing;

(10) ORDERS the Parties to file no later than February 14, 2019, a list of proposed witnesses and exhibits to be presented at the February 20, 2020 hearing; and,

(11) REMINDS the parties to reach out to the Court with any potential issues as soon as practicable.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 12/13/2019
Richmond, Virginia