**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: Lauck

REPORTER: Diane Dalfonso

DOCKET NO. 319 cr 130

DATE: 12/12/19

UNITED STATES OF AMERICA

COUNSEL

v.

1. Okello T. Chatrie

2. _____

3. _____

4. _____

1. Laura Koenig

2. Michael Price

3. Paul Gill

4. _____

**APPEARANCES:**   GOVERNMENT  Kenneth Simon   Peter Duffey  ( )
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:**   DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED ( ✓ )   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:**   ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA ( )   MOTIONS ( )
OTHER:  Status Hearing   ( ✓ )

**PRELIMINARY PROCEEDINGS:**   WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**ARRAIGNMENT PROCEEDINGS:**

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

**GUILTY PLEA PROCEEDINGS:**
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( )   USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _____ ( )
COURT ACCEPTED PLEA ( )   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT:  DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )
PRESENTENCE REPORT ORDERED ( )   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

**BOND HEARING PROCEEDINGS:**
DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED ( )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )   ECF 17, 22, 23

**OTHER PROCEEDINGS:**
Google Amicus   12/20/19   Denied as MOOT
Parties Response   Jan 3, 20   W/o prejudice
Discovery Motion   1/21/20   @ 11:00am
Motion to Suppress   2/20 & 21/20 @ 10:00am
Expert Disclosures- US - 2/3   Dft 2/10
2/14  list of witnesses + exhibits
Search Warrant  w/o due 12/19/19

**CASE CONTINUED TO:** _____, 20___ AT ___.M. FOR _____

CASE SET: 2:50   BEGAN: 2:30   ENDED: 4:27   TIME IN COURT: 55
recess - 2:50-4:05