IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:19cr130

OKELLO T. CHATRIE,

    Defendant.

## ORDER

This matter comes before the Court on Defendant Okello T. Chatrie's Motion for Discovery Regarding Government's Use of Google's Sensorvault Data. (ECF No. 28.) In Chatrie's reply to the United States' response to this motion, (ECF No. 49), Chatrie raises several new arguments. Because a response to these new arguments from the United States would assist the Court, the United States SHALL file a sur-reply—no longer than 10 pages—no later than December 30, 2019.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 12/16/2019
Richmond, Virginia