IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:19-CR-130-MHL |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE REGARDING ATTACHMENT
OF GOOGLE GEOFENCE STATE SEARCH WARRANT TO
RESPONSE IN OPPOSITION TO MOTION TO SUPPRESS**

The United States of America, by its undersigned attorneys, hereby provides notice that the State Search Warrant attached to this Notice is the underlying search warrant relevant to the Defendant's Motion to Suppress Evidence Obtained from the Google "Geofence" Search Warrant, the United States' Response in Opposition, and the Defendant's Reply. ECF Nos. 29, 41, 48. Accordingly, the United States seeks to have the attached search warrant docketed as an exhibit to its Response in Opposition to the Defendant's Motion. *See* ECF No. 41.

                Respectfully submitted,

                G. ZACHARY TERWILLIGER
                United States Attorney

By: /s/
Kenneth R. Simon, Jr.
Peter S. Duffey
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia
919 E. Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
Fax: (804) 771-2316
Email: Kenneth.Simon2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to the following:

Laura Koenig
Office of the Federal Public Defender (Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219
Email: Laura_Koenig@fd.org

Paul Geoffrey Gill
Office of the Federal Public Defender (Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219
Email: paul_gill@fd.org

Michael William Price
National Association of Criminal Defense Lawyers
1660 L Street NW
12th Floor
Washington, DC 20036
 (202) 465-7615
Email: mprice@nacdl.org
*PRO HAC VICE*

                                              _____/s/_____
                                              Kenneth R. Simon, Jr.
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              Eastern District of Virginia
                                              919 E. Main Street, Suite 1900
                                              Richmond, VA 23219
                                              (804) 819-5400
                                              Fax: (804) 771-2316
                                              Email: Kenneth.Simon2@usdoj.gov