IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:19-CR-130-MHL |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S STATUS UPDATE REGARDING**
**FILING SEARCH WARRANTS AT ISSUE IN THIS MATTER**

The United States of America, by its undersigned attorneys, hereby provides this status report to the Court regarding the filing of search warrants at issue in this matter

The defendant has filed various motions to suppress. At the Court's status conference on December 12, 2019, several of those motions were denied as moot without prejudice. *See Order*, ECF No. 51. The remaining motions to suppress address search warrants for Google Geofence Location Information, several residences, a Buick Lacrosse, and historical location information from the defendant's Google account. *See* ECF Nos. 18, 19, 20, 21, and 29.

In keeping with the Court's Order, all search warrants and return forms have been filed and or unsealed with redactions to permit access. The search warrant application, affidavit, and return relating to the Geofence Warrant has been filed on this docket. *See* ECF No. 54. The search warrant application, affidavit, and return relating to the defendant's historical location information has been unsealed and is available. *See* 3:19-SW-207 (ECF No.1). The search warrant application, affidavit, and return relating to the residences have been unsealed and are available. *See* 3:19-SW-243 (ECF No. 1), 3:19-SW-244 (ECF No. 1). Lastly, the search warrant application, affidavit, and return relating to the Buick Lacrosse has been unsealed and is available. *See* 3:19-SW-245

(ECF No. 1).

In addition to these considerations, the parties have continued discussions regarding the appropriate manner to provide the Court with the raw data returns from Google in response to the Geofence search warrant. The United States has indicated that it will file a Notice to Introduce Evidence at the February 20, 2020, suppression hearing. That evidence, as provided to the Court, will comprise the three stages of returns Google provided in relation to the Geofence search warrant. Undersigned counsel believes that such notice is sufficient to permit the Court to review this evidence prior to the hearing. Once admitted at the February 20, 2020, suppression hearing, the Google returns will appropriately be officially made part of the record.

With respect to the motion to suppress the defendant's historical location information, the parties are in agreement that the underlying raw data returns need not be filed with the Court nor under seal. Should either party intend to introduce raw data returns from that search warrant at the hearing, the Court will be provided with notice of such introduction and given advance copies of the evidence.

Respectfully submitted,

G. ZACHARY TERWILLIGER
United States Attorney

_____/s/_____
Kenneth R. Simon, Jr.
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
919 E. Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
Fax: (804) 771-2316
Email: Kenneth.Simon2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to the following:

Laura Koenig
Office of the Federal Public Defender (Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219
Email: Laura_Koenig@fd.org

Paul Geoffrey Gill
Office of the Federal Public Defender (Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219
Email: paul_gill@fd.org

Michael William Price
National Association of Criminal Defense Lawyers
1660 L Street NW
12th Floor
Washington, DC 20036
 (202) 465-7615
Email: mprice@nacdl.org
*PRO HAC VICE*

                                                _____/s/_____
                                                Kenneth R. Simon, Jr.
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                Eastern District of Virginia
                                                919 E. Main Street, Suite 1900
                                                Richmond, VA 23219
                                                (804) 819-5400
                                                Fax: (804) 771-2316
                                                Email: Kenneth.Simon2@usdoj.gov