**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

UNITED STATES OF AMERICA

v.

OKELLO T. CHATRIE,

*Defendant*.

Case No. 3:19-cr-00130-MHL

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
BRIEF OF AMICUS CURIAE GOOGLE LLC IN SUPPORT OF NEITHER PARTY**

Having considered the motion of proposed amicus curiae Google LLC for leave to file an

amicus brief, and good cause appearing, it is hereby ORDERED that the motion is GRANTED.

The Clerk is directed to accept the proposed amicus brief for filing.

**SO ORDERED.**

Date: _____           _____

M. HANNAH LAUCK
United States District Judge