UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OKELLO T. CHATRIE,<br><br>*Defendant.* | Case No. 3:19-cr-00130-MHL |

**ORDER GRANTING MOTION FOR LEAVE TO FILE**
**BRIEF OF AMICUS CURIAE GOOGLE LLC IN SUPPORT OF NEITHER PARTY**

Having considered the motion of proposed amicus curiae Google LLC for leave to file an amicus brief, and good cause appearing, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to accept the proposed amicus brief for filing.

**SO ORDERED.**

Date: December 23, 2019

/s/ M. Hannah Lauck
United States District Judge

M. HANNAH LAUCK
United States District Judge