IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:19cr130

OKELLO T. CHATRIE,

Defendant.

## ORDER

This matter comes before the Court on the United States of America's Status Report Regarding Filing Search Warrants at Issue in this Matter. (ECF No. 55.) Defendant Okello T. Chatrie responded, (ECF No. 56), and the United States replied, (ECF No. 61). Given the disagreement expressed in the Parties' filings, Counsel for both Parties, along with their supervisors, SHALL appear for an in-person status conference on January 8, 2020 at 2:30 p.m.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 12/30/2019
Richmond, Virginia