## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 3:19cr130** |
| ) | |
| **OKELLO T. CHATRIE,** ) | |
| **Defendant** ) | |

### ORDER

Upon motion of defense counsel, with good cause having been shown and noting no objection by the Government, it is hereby ORDERED that the Defendant's Motion to Extend Deadline to Respond to Google's Amicus Brief in this case is GRANTED. The parties must file any response to Google's Brief of Amicus Curiae by January 10, 2020.

It is SO ORDERED.

_____
M. Hannah Lauck
United States District Judge

Dated: _____