IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No.: 3:19CR130 |
| ) | Honorable M. Hannah Lauck |
| OKELLO T. CHATRIE, ) | Hearing Date: January 21, 2020 |
| Defendant. ) | |

## DEFENDANT'S PROPOSED EXHIBIT LIST

Comes now, Defendant Okello T. Chatrie, and submits his proposed exhibit list for the motion hearing scheduled to commence on Tuesday, January 21, 2020, at 11:00 a.m.  Mr. Chatrie reserves the right to amend the proposed exhibit list as necessary.

Exhibit 1 – Geofence Warrant & Application

Exhibit 2 – Google Amicus Brief (for identification only)

Exhibit 3 – PDF of Raw Data (Steps 1-3) (Exhibit A to Doc. 68) [SEALED]

Exhibit 4 - Activation Video

Exhibit 5 – Three Paths Video

Exhibit 6 – First Step 2 Request to Google (All 19 Users)

Exhibit 7 – Second Step 2 Request to Google (All 19 Users, Again)

Exhibit 8 – Third Step 2 Request to Google (9 Users)

Exhibit 9 – Step 3 Request to Google (3 Users)

                    Respectfully submitted,
                    OKELLO CHATRIE

By:        /s/
           Laura Koenig
           Va. Bar No. 86840
           Counsel for Defendant
           Office of the Federal Public Defender
           701 E Broad Street, Suite 3600
           Richmond, VA 23219-1884
           Ph. (804) 565-0881
           Fax (804) 648-5033
           laura_koenig@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                    /s/
           Laura Koenig
           Va. Bar No. 86840
           Counsel for Defendant
           Office of the Federal Public Defender
           701 E Broad Street, Suite 3600
           Richmond, VA 23219-1884
           Ph. (804) 565-0881
           Fax (804) 648-5033
           laura_koenig@fd.org