CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Lauck
REPORTER: Diane Daffron
DOCKET NO. 3:19cr130
DATE: 1/21/20

UNITED STATES OF AMERICA
v.
COUNSEL

1. Okello T. Chatrie        1. Laura Koenig
2.                          2. Michael Price
3.                          3.
4.                          4.

APPEARANCES: GOVERNMENT Kenneth Simon  Peter Duffey ( )
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )    WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( ) MOTIONS ( )
OTHER: Discovery Motion ECF #28 (✓)

PRELIMINARY PROCEEDINGS:
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

ARRAIGNMENT PROCEEDINGS:

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( )   USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _____ ( )
COURT ACCEPTED PLEA ( )   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )
PRESENTENCE REPORT ORDERED ( )   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

BOND HEARING PROCEEDINGS:
DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED ( )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $ _____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

OTHER PROCEEDINGS: Dft's Motion for Discovery. Motion to SEAL - GRANTED will be on the record but SEALED. Dft adduced evidence; RESTED. Govt. RESTED. Arguements heard. Court findings - Additional briefing. What standards apply & how by 2/4/20. Ct willing to wait for complete briefs until 2/18 & allin to schedule on 2/26

- Speak w/ court reporter regarding transcripts
- Parties continue w/ expert disclosure
- Cross Motions due 2/18
- 25th Cross Responses due
- Hrg on the Motion to be set once Ct has all into schedule on 2/26

CASE CONTINUED TO: Discovery Motion Taken Under Advisement, 20__ AT ____.M. FOR Motion Hearing on Suppression cancelled on 2/20 + 24

CASE SET: 11:00   BEGAN: 11:08   ENDED: 4:00   TIME IN COURT: 4:18
RECESS- 12:32-12:46 ; 2:25-2:35   3:41-3:51

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

US
v.
Okello T Chatrie

**EXHIBIT AND WITNESS LIST**

Case Number: 3 19 cr 130

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lauck | Kenneth Simon, Peter Duffey | Laura Koenig, Michael Price |
| | COURT REPORTER | COURTROOM DEPUTY |
| | Diane Daffron | K. Hancock |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 1/21 | | | Spencer McInvaille - Envista Forensics Digital Forensic Investigator Qualified as expert in mobile phone forensics; location data production |
| | ✓ | | | | Court DEEMED as EXPERT |
| | ✓ | | ✓ | ✓ | Dft Ex. 1 |
| | ✓ | | ✓ | | Dft Ex 2 (ECF #73) |
| | ✓ | | ✓ | ✓ | Dft Ex 3 UNDER SEAL |
| | ✓ | | ✓ | ✓ | Dft Ex. 4 DVD - set up Android phone |
| | ✓ | | ✓ | ✓ | Dfts Ex. 5 UNDER SEAL (DVD) |
| | ✓ | | ✓ | ✓ | Dfts Ex. 6 |
| | ✓ | | ✓ | ✓ | Dfts Ex. 7 |
| | ✓ | | ✓ | ✓ | Dfts Ex. 8 |
| | ✓ | | ✓ | ✓ | Dfts Ex. 9 |
| | | | | | Cross |
| ✓ | | | ✓ | ✓ | Dft. Ex. 4 |
| ✓ | | | ✓ | ✓ | Dft Ex. 1 |
| ✓ | | | ✓ | ✓ | Dft Ex. 6 |
| ✓ | | | ✓ | ✓ | Dft. Ex 7 |
| ✓ | | | ✓ | ✓ | Dft Ex. 8 |
| ✓ | | | ✓ | ✓ | Dft Ex. 9 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

US vs. Okello T Chatrie   CASE NO. 319cr130

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 1/21 | | | ReDirect |
| | ✓ | | | | Dft Ex. 1 |
| | | | | | Parties RESTED |

Page _____ of _____ Pages