**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**UNITED STATES OF AMERICA**

**v.**                                                          **Criminal No. 3:19cr130**

**OKELLO T. CHATRIE,**

        **Defendant.**

## <u>ORDER</u>

For the reasons stated from the bench at the January 21, 2020 Hearing on the Motion for

Discovery (the "Hearing"), (ECF No. 28), the Court:

(1)    ORDERS the Parties to file, no later than January 24, 2020, a statement regarding the Chesterfield County magistrate who signed the June 14, 2019 Geofence Warrant;

(2)    ORDERS the United States to provide, no later than February 3, 2020, expert disclosures of any proposed experts the United States intends to call at the hearing on the pending Motions to Suppress (the "Motions to Suppress"), (ECF Nos. 18, 19, 20, 21, 29);

(3)    ORDERS Chatrie to provide, no later than February 10, 2020, expert disclosures of any proposed experts Chatrie intends to call at the hearing on the Motions to Suppress;

(4)    ORDERS the Parties to file, no later than February 18, 2020, cross-motions addressing materiality and whether the United States is obligated to obtain information from Google under both Federal Rule of Criminal Procedure 16 and *Brady v. Maryland*, 373 U.S. 83 (1963). The Parties' briefing SHALL include a separate legal standard section for both Rule 16 and *Brady*. It SHALL also include a separate section analyzing how those legal standards apply to the facts of this case, which include the testimony and evidence presented at the January 21, 2020 Hearing;

(5)    ORDERS the Parties to file, no later than February 25, 2020, responses to the opposing Party's Cross-Motion. In this response, each Party SHALL identify their proposed path forward, which may include additional argument or gathering of evidence; and,

(6)     CANCELS the February 20–21, 2020 Hearing on the Motions to Suppress.

To the extent this this Order conflicts with the Court's December 13, 2019 Order, (ECF No. 51), this Order SHALL supersede the December 13, 2019 Order.

It is SO ORDERED.

/s/ _____
M. Hannah Lauck
United States District Judge

Date: 1/22/2020
Richmond, Virginia

2