# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **Case No. 3:19cr130** |
| ) | |
| **OKELLO T. CHATRIE,** ) | |
| **Defendant** ) | |

## JOINT STIPULATION REGARDING MAGISTRATE

Okello Chatrie, through counsel, submits the following joint stipulation regarding the Court's question about the qualifications of the magistrate who issued the geofence warrant in this case:

1. Pursuant to Virginia Code § 19.2-36(B), all Chief Magistrates in Virginia who have assumed the position of Chief Magistrate since July 1, 2008, must be a member in good standing of the Virginia State Bar.

2. Pursuant to Virginia Code § 19.2-37(B), all other Magistrates in Virginia who have assumed the position of Magistrate since July 1, 2008, must have a bachelor's degree from an accredited institution of higher education.

3. If a Chief Magistrate or Magistrate was appointed before July 1, 2008, and has continued in office since then without a break in service, those educational and licensure requirements do not apply. *See* Va. Code §§ 19.2-36(B), 19.2-37(B).

4. The Magistrate who issued the geofence warrant in this case, David Bishop, is not listed on the state website directory of magistrates as a Chief Magistrate. *See* http://www.courts.state.va.us/courtadmin/aoc/djs/programs/mag/map/magregion3.html (last visited on January 24, 2020).

5. A search of the Virginia State Bar attorney directory does not reveal any David Bishop as a member of the Virginia State Bar.

The defense has reached out to the Chesterfield County Magistrate's office for further information about the Magistrate's qualifications. No substantive response has yet been received. The defense will supplement this stipulation with additional information relating to this stipulation once received.

Respectfully submitted,

OKELLO T. CHATRIE

By: _____/s/_____
Michael W. Price
NY Bar No. 4771697 (*pro hac vice*)
Counsel for Defendant
National Association of Criminal Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615
Fax (202) 872-8690
mprice@nacdl.org

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

CERTIFICATE OF SERVICE

  I hereby certify that on January 24, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

               _____/s/_____
               Laura Koenig
               Va. Bar No. 86840
               Counsel for Defendant
               Office of the Federal Public Defender
               701 E Broad Street, Suite 3600
               Richmond, VA 23219-1884
               Ph. (804) 565-0881
               Fax (804) 648-5033
               laura_koenig@fd.org