IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:19cr130

OKELLO T. CHATRIE,

    Defendant.

## ORDER

This matter comes before the Court on Defendant Okello T. Chatrie's Motion for Issuance of a Subpoena Duces Tecum Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure (the "Motion for Subpoena"). (ECF No. 82.)

The United States has not yet responded to the Motion for Subpoena, but it has stated previously that it believes that Chatrie should attempt to attain the information that he seeks in the pending Motion for Discovery through a Rule 17(c) subpoena—the same relief Chatrie seeks in the Motion for Subpoena. (*See* Sur-Reply Mot. Discovery 7, ECF No. 64 ("If [Chatrie] wants more than the United States provided, then his avenue for requesting the information is through Rule 17 and Google itself.").)

Although the United States has until February 18, 2020, to file its response pursuant to Local Rule 7(F) for the United States District Court for the Eastern District of Virginia, in the interests of justice and because the United States has previously suggested that Chatrie pursue a Rule 17 subpoena, the United States SHALL file a response to the Motion for Subpoena no later than February 11, 2020.

It is SO ORDERED.

                                                      /s/
                                               M. Hannah Lauck
                                              United States District Judge

Date: 2/7/2020
Richmond, Virginia