IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 3:19-CR-130-MHL |
| | ) |
| OKELLO T. CHATRIE, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR ISSUANCE OF A SUBPOENA DUCES TECUM PURSUANT TO RULE 17(C)

The United States of America, by its undersigned attorneys, hereby responds to the Defendant's motion for the issuance of a subpoena duces tecum pursuant to Federal Rule of Criminal Procedure 17(c) for records and documents from Google, LLC. As the Court's Order directing a response by February 11, 2020 explained, the United States maintains that the Federal Rules of Criminal Procedure envision that the third-party documents of Google be pursued not from the United States under Rule 16, but via Rule 17. (ECF No. 83). Without conceding the ultimate issue of whether these subpoenas should be quashed, the United States does not oppose the Court's issuance of the Rule 17(c) subpoenas to permit Google to either provide these documents to the Court and, by extension, the parties, or to move to "quash or modify" the subpoenas because "compliance would be unreasonable or oppressive." Fed. R. Crim. P. 17(c)(2); *see also United States v. Rand*, 835 F.3d 451, 462 (4th Cir. 2016). Stated simply, Google is best positioned to assess these requests.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
Kenneth R. Simon, Jr.
Peter S. Duffey
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5505
Fax: (804) 771-2316
Email:Kenneth.Simon2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of February, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to the following:

Laura Koenig
Office of the Federal Public Defender (Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219
Email: Laura_Koenig@fd.org

Paul Geoffrey Gill
Office of the Federal Public Defender (Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219
Email: paul_gill@fd.org

Michael William Price
National Association of Criminal Defense Lawyers
1660 L Street NW
12th Floor
Washington, DC 20036
 (202) 465-7615
Email: mprice@nacdl.org
*PRO HAC VICE*

_____/s/_____
Kenneth R. Simon, Jr.
Assistant United States Attorney
Office of the United States Attorney
919 E. Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
Fax: (804) 771-2316
Email: Kenneth.Simon2@usdoj.gov