# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA | SUBPOENA IN A |
| --- | --- |
| V. | CRIMINAL CASE |
| OKELLO T. CHATRIE | Case Number: 3:19CR130 |

TO: Cooperation Service Company
Registered Agent – Google LLC
100 Shockoe Slip, 2nd Floor, Richmond, VA 23219
and/or: Custodian of Records, and/or Agent
Google, Inc.
1001 North Shoreline Boulevard
Mountain View, CA 94043



COPY

X  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
| --- | --- |
| UNITED STATES DISTRICT COURT<br>SPOTTSWOOD W. ROBINSON III & ROBERT R. MERHIGE, JR., COURTHOUSE<br>701 EAST BROAD STREET, 6th Floor<br>RICHMOND, VIRGINIA 23219 | HON. M. HANNAH LAUCK |
| | DATE AND TIME |
| | Hearing Date TBD |

X  YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

***In lieu of appearing at the hearing in this matter, you may produce the requested documents at the Office of the Clerk, United States District Court, 3rd Floor, Richmond, Virginia 23219, on or Friday, February 21, 2020, at 12:00 noon:***

SEE ATTACHMENT

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>**FERNANDO GALINDO** | DATE |
| --- | --- |
| (By) Deputy Clerk | FEB 0 7 2020 |

ATTORNEYS' NAMES, ADDRESS AND PHONE NUMBER:
Laura J. Koenig, Assistant Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219-1884
(804) 343-0800

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☐ NO   AMOUNT $<br>YES   NO |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____    _____
                    DATE                            SIGNATURE OF SERVER

                                        _____
                                        ADDRESS OF SERVER

ADDITIONAL INFORMATION

UNITED STATES OF AMERICA v. OKELLO T. CHATRIE
Criminal Number: 3:19CR130

>Cooperation Service Company
>Registered Agent – Google LLC
>100 Shockoe Slip, 2nd Floor
>Richmond, VA 23219
>
>and/or
>
>Custodian of Records, and/or Agent
>Google, Inc.
>1001 North Shoreline Boulevard
>Mountain View, CA 94043

TO PRODUCE:

1. Google policies, procedures, instructions, or manuals concerning geofence warrants, including:
    a. a description of the different types of location data that Google collects and maintains (e.g., "Location History," "Google Location Services," "Web and App Activity" data);
    b. which data type(s) Google searches in response to geofence warrants, and the rationale, if any, for limiting the type(s) of data searched;
    c. the process for "anonymizing" and re-identifying the user location data provided to law enforcement;

2. Statistics identifying the percentage of Google users who had enabled Location History, Google Location Services, and Web & App Activity, separately or in combination, during 2019;

3. Records indicating the physical location of the Wi-Fi access points used to estimate the location of users deemed responsive to the first step of the geofence warrant process;

4. The algorithm Google used to estimate the location of users deemed responsive to the first step of the geofence warrant process, including the error rate and any validation studies.