**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 3:19cr130 |
| ) | |
| **OKELLO T. CHATRIE,** ) | |
| **Defendant** ) | |

# DEFENDANT'S MOTION TO DEFER GOOGLE'S SUBPOENA COMPLIANCE DEADLINE TO CLOSE OF BUSINESS ON FRIDAY, MARCH 6, 2020

Okello Chatrie, through counsel, moves the Court to extend Google's subpoena compliance deadline to close of business on Friday, March 6, 2020. In support of this motion, Mr. Chatrie states the following:

1. On February 4, 2020, Mr. Chatrie moved the Court to issue a subpoena *duces tecum* to Google for the production of information necessary to litigate Mr. Chatrie's pending Motion to Suppress Evidence Obtained from a "Geofence" General Warrant, *see* ECF No. 29. *See* ECF No. 82.

2. On February 7, 2020, the Court granted that motion and issued a subpoena *duces tecum* for Google to produce the requested information. *See* ECF Nos. 85 and 86. Mr. Chatrie had sought and the Court ordered that Google produce the information subject to the subpoena *duces tecum* by Friday, February 21, 2020, at noon. *See* ECF No. 86 at 1.

3. Counsel for Mr. Chatrie have been in communication with counsel for Google to discuss the subpoena *duces tecum* in ECF No. 86. Counsel for Google have requested additional time to produce the information in the form of an affidavit. If such an affidavit sufficiently addresses the information that the subpoena orders Google to

produce in part or in whole, the defense can either move the Court to narrow the scope of the subpoena or withdraw it as appropriate.

Thus, Mr. Chatrie moves the Court to extend Google's subpoena compliance deadline to close of business on Friday, March 6, 2020.

                                      Respectfully submitted,
                                      OKELLO T. CHATRIE

By:     _____/s/_____
        Laura Koenig
        Va. Bar No. 86840
        Counsel for Defendant
        Office of the Federal Public Defender
        701 E Broad Street, Suite 3600
        Richmond, VA 23219-1884
        Ph. (804) 565-0881
        Fax (804) 648-5033
        laura_koenig@fd.org

        Michael W. Price
        NY Bar No. 4771697 (pro hac vice)
        Counsel for Defendant
        National Association of Criminal Defense Lawyers
        Fourth Amendment Center
        1660 L St. NW, 12th Floor
        Washington, D.C. 20036
        Ph. (202) 465-7615
        Fax (202) 872-8690
        mprice@nacdl.org

        Paul G. Gill
        Va. Bar No. 31461
        Counsel for Defendant
        Office of the Federal Public Defender
        701 E Broad Street, Suite 3600
        Richmond, VA 23219-1884
        Ph. (804) 565-0870
        Fax (804) 648-5033
        paul_gill@fd.org

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 20, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                                                _____/s/_____
                                                            Laura Koenig
                                                           Va. Bar No. 86840
                                                           Counsel for Defendant
                                                          Office of the Federal Public Defender
                                                          701 E Broad Street, Suite 3600
                                                         Richmond, VA 23219-1884
                                                         Ph. (804) 565-0881
                                                         Fax (804) 648-5033
                                                         laura_koenig@fd.org