IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:19cr130 |
| | ) |
| OKELLO T. CHATRIE, | ) |
| Defendant | ) |

ORDER

Upon motion of defense counsel, with good cause having been shown, it is hereby ORDERED that the Defendant's Motion to Defer Google's Subpoena Compliance Deadline to Close of Business on Friday, March 6, 2020, in this case is GRANTED. The time in which Google must comply with the February 7, 2020, subpoena *duces tecum* in ECF No. 86 is deferred to Friday, March 6, 2020, by the close of business Eastern Standard Time.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

_____
M. Hannah Lauck
United States District Judge

Dated: 2/21/2020