AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

OKELLO T. CHATRIE

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 3:19CR130

TO: Cooperation Service Company
Registered Agent – Google LLC
100 Shockoe Slip, 2nd Floor, Richmond, VA 23219
and/or: Custodian of Records, and/or Agent
Google, Inc.
1001 North Shoreline Boulevard
Mountain View, CA 94043


FILED
FEB 24 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**X** YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>SPOTTSWOOD W. ROBINSON III & ROBERT R. MERHIGE, JR., COURTHOUSE<br>701 EAST BROAD STREET, 6th Floor<br>RICHMOND, VIRGINIA 23219 | HON. M. HANNAH LAUCK |
| | DATE AND TIME |
| | Hearing Date TBD |

**X** YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

***In lieu of appearing at the hearing in this matter, you may produce the requested documents at the Office of the Clerk, United States District Court, 3rd Floor, Richmond, Virginia 23219, on or Friday, February 21, 2020, at 12:00 noon:***

**SEE ATTACHMENT**

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| FERNANDO GALINDO<br>(By) Deputy Clerk | FEB 07 2020 |

ATTORNEYS' NAMES, ADDRESS AND PHONE NUMBER:
Laura J. Koenig, Assistant Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219-1884
(804) 343-0800

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE 2-12-2020 | PLACE CSC CORP 100 shockoe slp | |
| SERVED | DATE 2-12-2020 | PLACE SAME | |
| SERVED ON (PRINT NAME) Rene Nordquist CSC Rep Letter Attached | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO ☐ YES ☐ NO AMOUNT $ 65.00 | |
| SERVED BY (PRINT NAME) Kevin Treville | | TITLE SDUSM | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  2-12-2020
DATE

SIGNATURE OF SERVER

Richmond VA.
ADDRESS OF SERVER
23219

ADDITIONAL INFORMATION