**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 3:19cr130 |
| ) | |
| **OKELLO T. CHATRIE,** ) | |
| **Defendant** ) | |

### DEFENDANT'S SECOND MOTION TO DEFER GOOGLE'S SUBPOENA COMPLIANCE DEADLINE TO CLOSE OF BUSINESS ON WEDNESDAY, MARCH 11, 2020

Okello Chatrie, through counsel, moves the Court to extend Google's subpoena compliance deadline to close of business on Wednesday, March 11, 2020. In support of this motion, Mr. Chatrie states the following:

1. On February 4, 2020, Mr. Chatrie moved the Court to issue a subpoena *duces tecum* to Google for the production of information necessary to litigate Mr. Chatrie's pending Motion to Suppress Evidence Obtained from a "Geofence" General Warrant, *see* ECF No. 29. *See* ECF No. 82.

2. On February 7, 2020, the Court granted that motion and issued a subpoena *duces tecum* for Google to produce the requested information. *See* ECF Nos. 85 and 86. Mr. Chatrie had sought and the Court ordered that Google produce the information subject to the subpoena *duces tecum* by Friday, February 21, 2020, at noon. *See* ECF No. 86 at 1. The Court previously extended this deadline for Google to comply with the subpoena to Friday, March 6, 2020. *See* ECF No. 90.

3. Counsel for Mr. Chatrie have continued to be in communication with counsel for Google to discuss the subpoena *duces tecum* in ECF No. 86. Counsel for Google have

requested a short, and final, amount of additional time to produce the information in the form of an affidavit. If such an affidavit sufficiently addresses the information that the subpoena orders Google to produce in part or in whole, the defense can either move the Court to narrow the scope of the subpoena or withdraw it as appropriate.

Thus, Mr. Chatrie moves the Court to extend Google's subpoena compliance deadline to close of business on Wednesday, March 11, 2020.

                Respectfully submitted,
                OKELLO T. CHATRIE

By:       _____/s/_____
                Laura Koenig
                Va. Bar No. 86840
                Counsel for Defendant
                Office of the Federal Public Defender
                701 E Broad Street, Suite 3600
                Richmond, VA 23219-1884
                Ph. (804) 565-0881
                Fax (804) 648-5033
                laura_koenig@fd.org

                Michael W. Price
                NY Bar No. 4771697 (pro hac vice)
                Counsel for Defendant
                National Association of Criminal Defense Lawyers
                Fourth Amendment Center
                1660 L St. NW, 12th Floor
                Washington, D.C. 20036
                Ph. (202) 465-7615
                Fax (202) 872-8690
                mprice@nacdl.org

                Paul G. Gill
                Va. Bar No. 31461
                Counsel for Defendant
                Office of the Federal Public Defender
                701 E Broad Street, Suite 3600
                Richmond, VA 23219-1884
                Ph. (804) 565-0870

                                            Fax (804) 648-5033
                                            paul_gill@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                            _____/s/_____
                                            Laura Koenig
                                            Va. Bar No. 86840
                                            Counsel for Defendant
                                            Office of the Federal Public Defender
                                            701 E Broad Street, Suite 3600
                                            Richmond, VA 23219-1884
                                            Ph. (804) 565-0881
                                            Fax (804) 648-5033
                                            laura_koenig@fd.org