**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 3:19cr130 |
| | ) | |
| **OKELLO T. CHATRIE,** | ) | |
|     **Defendant** | ) | |

## DEFENDANT'S NOTICE OF SATISFACTION
## WITH GOOGLE RESPONSE TO SUBPOENA DUCES TECUM

Okello Chatrie, through counsel, notifies the Court that undersigned counsel have reviewed the affidavits that Google filed in response, *see* ECF No. 96, to Mr. Chatrie's subpoena duces tecum in ECF No. 86. The affidavits that Google filed in response to the subpoena satisfy the requests in the subpoena duces tecum in ECF No. 86. The Court can conclude that Google has fulfilled its obligations under the subpoena duces tecum in ECF No. 86.

                                                  Respectfully submitted,
                                                  OKELLO T. CHATRIE

By: _____/s/_____
               Laura Koenig
               Va. Bar No. 86840
               Counsel for Defendant
               Office of the Federal Public Defender
               701 E Broad Street, Suite 3600
               Richmond, VA 23219-1884
               Ph. (804) 565-0881
               Fax (804) 648-5033
               [laura_koenig@fd.org](mailto:laura_koenig@fd.org)

               Michael W. Price
               NY Bar No. 4771697 (pro hac vice)
               Counsel for Defendant
               National Association of Criminal Defense Lawyers
               Fourth Amendment Center

1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615
Fax (202) 872-8690
mprice@nacdl.org

Paul G. Gill
Va. Bar No. 31461
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0870
Fax (804) 648-5033
paul_gill@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org