IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:19cr130 |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
|     Defendant | ) | |

**DEFENDANT'S CONSENT MOTION TO EXTEND SUPPLEMENTAL BRIEFING ON GEOFENCE MOTION TO SUPPRESS BY ONE WEEK**

Okello Chatrie, through counsel, moves the Court to extend by one week the deadline for the supplemental briefing of the Geofence Motion to Suppress. In support of this motion, Mr. Chatrie states the following:

1. On April 10, 2020, Mr. Chatrie filed a Notice of Satisfaction of Requests in Geofence Discovery Motion. *See* ECF No. 99. In that Notice, Mr. Chatrie asked the Court for an opportunity to supplement his Geofence Motion to Suppress to aid the Court's preparation for the evidentiary hearing on that motion scheduled now for July 2, 2020. *Id.* at 2. The Court granted that request and consistent with the date undersigned counsel had suggested as appropriate for that supplemental filing, the Court ordered that Mr. Chatrie submit his supplemental briefing by May 15, 2020. *See* ECF No. 101 at 3.

2. Since Mr. Chatrie filed the Notice described above in ECF No. 99 on April 10, 2020, two events have occurred that have delayed the defense's preparation of the supplement. First, Mr. Price's wife gave birth to a healthy baby in New York City, New York—which is the epicenter in the United States of the COVID-19 pandemic. While certainly a joyous occasion, giving birth in the epicenter of a global pandemic came along with extra

precautions and unforeseen, time-consuming tasks that have taken much of Mr. Price's time over the past several weeks.  Second, the Office of the Federal Public Defender has been working extensively on compassionate release motions for incarcerated clients related to the COVID-19 pandemic over the last several weeks.  While undersigned counsel began work on the supplement over a month ago, given these two pandemic-related delays, undersigned counsel anticipate that one additional week will provide sufficient time to satisfactorily complete the supplement.

3. Even if the government needed an additional week to respond to the supplement, which of course Mr. Chatrie would not oppose, the Court would have all of the supplemental briefing in about three weeks before the scheduled evidentiary hearing on July 2, 2020.

4. Undersigned counsel has communicated with the government, represented here by Ken Simon, about this request.  Mr. Simon has indicated that the government has no objection to this request.

Thus, pursuant to Mr. Chatrie's constitutional rights to remain free from unreasonable searches and seizures, to due process, to present a defense, and to effective assistance of counsel, Mr. Chatrie requests a one-week extension of the deadline (to May 22, 2020) for the supplemental briefing of the Geofence Motion to Suppress.

                    Respectfully submitted,
                    OKELLO T. CHATRIE

By: _____/s/_____
      Laura Koenig
      Va. Bar No. 86840
      Counsel for Defendant
      Office of the Federal Public Defender
      701 E Broad Street, Suite 3600
      Richmond, VA 23219-1884
      Ph. (804) 565-0881
      Fax (804) 648-5033

laura_koenig@fd.org

Michael W. Price
NY Bar No. 4771697 (pro hac vice)
Counsel for Defendant
National Association of Criminal Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615
Fax (202) 872-8690
mprice@nacdl.org