**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 3:19cr130** |
| | **)** | |
| **OKELLO T. CHATRIE,** | **)** | |
| **Defendant** | **)** | |

**ORDER**

Upon motion of defense counsel, noting no objection from the government and with good cause having been shown, it is hereby ORDERED that the Defendant's Motion to Extend Supplemental Briefing on Geofence Motion to Suppress By One Week, in this case is GRANTED. Mr. Chatrie must file his supplement to his Geofence Motion to Suppress by May 22, 2020.  The government's supplemental response deadline is extended to June 5, 2020.

It is SO ORDERED.

/s/

M. Hannah Lauck
United States District Judge
_____
M. Hannah Lauck
United States District Judge

Dated: __May 13, 2020_____