IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:19cr130-MHL |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Now comes the United States of America, by and through attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, Kenneth R. Simon, Jr., and Peter S. Duffey, Assistant United States Attorneys, and moves this Honorable Court to enter an order extending the date to file its response to the defendant's supplemental memorandum in support of his motion to suppress until June 12, 2020.

The United States is currently scheduled to respond to the defendant's supplemental memorandum on June 5, 2020. *See* ECF No. 104. In support of an extension to respond on June 12, 2020, the United States states as follows:

1. Following briefing of the defendant's motion for discovery and an accompanying evidentiary hearing, the defendant concluded that affidavits submitted by Google, Inc. and supplemental responses from the United States satisfied his discovery requests. *See* ECF No. 99.

2. At the same time, the defendant sought to file a supplemental memorandum to address this additional discovery prior the Court's suppression hearing on July 2, 2020. The Court permitted that supplemental briefing and ordered that the defendant file his supplemental

1

brief by May 15, 2020. ECF No. 101. The defendant later sought, and the United States consented to, an extension of his filing deadline to May 22, 2020. ECF No. 102. The Court granted that motion on May 13, 2020, ordering that the defendant file a supplemental brief by May 22, 2020. ECF No. 103.

3. The defendant's supplemental motion to suppress not only uses the additional discovery to provide context, but also sets forth several new arguments. Recognizing the novelty of the issue in this case, the United States would like additional time to ensure a full response to these new arguments.

4. The United States has conferred with counsel for the defendant and the defendant does not oppose an extension.

Wherefore, the United States respectfully moves the Court for entry of an Order extending the time in which to file response to Defendant's supplemental memorandum to June 12, 2020.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:      /s/
Kenneth R. Simon, Jr.
Assistant United States Attorney
Eastern District of Virginia
Virginia State Bar No. 87998
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
Email: Kenneth.Simon2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to the following:

Laura Koenig
Paul Gill
Assistant Federal Public Defenders
Office of the Federal Public Defender
laura_koenig@fd.org

Michael Price
Senior Litigation Counsel, Fourth Amendment Center
National Association of Criminal Defense Lawyers
mprice@nacdl.org

_____/s/_____
Kenneth R. Simon, Jr.
Assistant United States Attorney
Virginia State Bar No. 87998
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
Email: Kenneth.Simon2@usdoj.gov