IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 3:19cr130-MHL |
| | ) |
| OKELLO T. CHATRIE, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon Motion of the United States of America, by and through attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, Kenneth R. Simon, Jr., and Peter S. Duffey, Assistant United States Attorneys, for an extension of time to file a response to the defendant's supplemental memorandum in support of his motion to suppress (ECF No. 104) from June 5, 2020 to June 12, 2020, and the defendant having no objection and for good cause shown, the Court **GRANTS** the United States' motion.  Accordingly, the United States must respond to the defendant's motions on or before June 12, 2020.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel of record for all parties.

It is so **ORDERED**.

_____
The Honorable M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: _____