IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:19-CR-130-MHL__, Case Name __United States v. Okello T. Chatrie__
Party Represented by Applicant: __United States__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Nathan Paul Judish__
Bar Identification Number __465760__   State __DC__
Firm Name __United States Department of Justice; Criminal Division; Computer Crime and Intellectual Property Section__
Firm Phone # __202-514-1026__   Direct Dial # __202-616-7203__   FAX # __202-514-6113__
E-Mail Address __nathan.judish@usdoj.gov__
Office Mailing Address __CCIPS; 950 Pennsylvania Ave. NW; Suite 600; Washington DC 20530__

Name(s) of federal court(s) in which I have been admitted __N/A -- federal government attorney__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am __X__ am not ____ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Nathan Judish
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   05/26/2020
Kenneth R. Simon, Jr.   (Date)
(Typed or Printed Name)   87998
   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/ M. Hannah Lauck
United States District Judge
(Judge's Signature)   May 28, 2020
   (Date)