# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OKELLO T. CHATRIE,<br><br>*Defendant*. | Case No. 3:19-cr-00130-MHL |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION

Having considered the motion of amicus curiae Google LLC for leave to file a supplemental declaration in regard to the above-captioned matter, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**.

The clerk is **DIRECTED** to accept the proposed supplemental declaration for filing.

_____
The Honorable M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: _____