IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 3:19-CR-130-MHL |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| | ) | |
| Defendant. | ) | |

## WITNESS LIST

| | WITNESS |
|---|---|
| 1 | FBI Special Agent Jeremy D'Errico – Expert Witness |
| 2 | FBI Task Force Officer Joshua Hylton |

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
Kenneth R. Simon, Jr.
Attorney for the United States
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone 804-819-5400
FAX 804-771-2316
Email: Kenneth.Simon2@usdoj.gov