IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:19-CR-130-MHL |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| | ) | |
| Defendant. | ) | |

<u>EXHIBIT LIST</u>

| Exhibit | Description |
|---|---|
| 1 | FBI Special Agent Jeremy D'Errico Cellular Analysis Survey Team Powerpoint Presentation |
| 2 | GeoFence Warrant (ECF No. 54-1) |
| 3 | Declaration of Google Location History Product Manager Marlo McGriff (ECF No. 96-1) |
| 3a | Declaration of Google Team Lead for Legal Investigations Support (LIS) Sarah Rodriguez (ECF No. 96-2) |
| 4 | FBI Task Force Office Joshua Hylton Emails with Google Legal Investigations Team |
| 5 | Google Privacy Policy |
| 5a | Google Terms of Service |

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
Kenneth R. Simon, Jr.
Attorney for the United States
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219

Telephone 804-819-5400
FAX 804-771-2316
Email: Kenneth.Simon2@usdoj.gov