# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | )     **Case No. 3:19cr130** |
| | ) |
| **OKELLO T. CHATRIE,** | ) |
|       **Defendant** | ) |

## EXHIBIT LIST

Okello Chatrie, through counsel, submits the following exhibit list pursuant to the Court's Order entered on June 24, 2020. *See* ECF No. 115 at 4. Counsel appreciate the Court's understanding that this list will almost certainly need to be updated based on new evidence, *id*., and intend to do so more than two weeks prior to a new hearing date.

| Exhibit | Description |
|:---:|:---:|
| 1 | 19 Paths Video |
| 2 | Second Location History Opt-In Video |

Respectfully submitted,

OKELLO T. CHATRIE

By: _____/s/_____
Michael W. Price
NY Bar No. 4771697 (*pro hac vice*)
Counsel for Defendant
National Association of Criminal Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615
Fax (202) 872-8690
mprice@nacdl.org

1

        _____/s/_____
        Laura Koenig
        Va. Bar No. 86840
        Counsel for Defendant
        Office of the Federal Public Defender
        701 E Broad Street, Suite 3600
        Richmond, VA 23219-1884
        Ph. (804) 565-0881
        Fax (804) 648-5033
        laura_koenig@fd.org