# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | )     **Case No. 3:19cr130** |
| | ) |
| **OKELLO T. CHATRIE,** | ) |
|     **Defendant** | ) |

## WITNESS LIST

Okello Chatrie, through counsel, submits the following witness list pursuant to the Court's Order entered on June 24, 2020. *See* ECF No. 115 at 4. Counsel appreciate the Court's understanding that this list will almost certainly need to be updated based on new evidence, *id.*, and intend to do so more than two weeks prior to a new hearing date.

| | **Witness** |
|---|---|
| 1 | Spencer McInvaille – Expert Witness |
| 2 | Janet Jin Ah Lee – AUSA |
| 3 | Lee Hush – Investigator, Office of the Federal Public Defender |

          Respectfully submitted,

          OKELLO T. CHATRIE

By:     _____/s/_____
          Michael W. Price
          NY Bar No. 4771697 (*pro hac vice*)
          Counsel for Defendant
          National Association of Criminal Defense Lawyers
          Fourth Amendment Center
          1660 L St. NW, 12th Floor
          Washington, D.C. 20036
          Ph. (202) 465-7615

Fax (202) 872-8690
mprice@nacdl.org

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org