# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **Case No. 3:19cr130** |
| ) | |
| **OKELLO T. CHATRIE,** ) | |
|     **Defendant** ) | |

## JOINT STATUS REPORT REGARDING RESCHEDULING
## THE GEOFENCE MOTION HEARING

Okello Chatrie, through counsel, submits the following joint status report regarding rescheduling the geofence motions hearing after consulting with the government, represented here by Kenneth Simon, Peter Duffey, and Nathan Judish:

1. Later today, the defense will be submitting a subpoena duces tecum pursuant to Federal Rule of Criminal Procedure 17 requesting information related to the second declaration that Google had filed from Mr. McGriff in ECF No. 110-1. The subpoena application requests that Google provide this information within two weeks. The parties currently anticipate being able to be prepared for the rescheduled hearing by August 2020.

2. Counsel for the defense and the government have conferred. Counsel and currently anticipated witnesses are all available August 4-7, 2020; and August 24, 2020. While less preferable for one government witness, August 19-21, 2020, are also available if necessary.

Thus, the parties ask that the Court reschedule the hearing on the geofence motion for anytime August 4-7, 2020, and August 24, 2020, or August 19-21, 2020, if necessary. If none of those dates are available for the Court, counsel will, of course, confer again.

Respectfully submitted,

OKELLO T. CHATRIE

1

By: _____/s/_____
Michael W. Price
NY Bar No. 4771697 (*pro hac vice*)
Counsel for Defendant
National Association of Criminal Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615
Fax (202) 872-8690
mprice@nacdl.org

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org