IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                                ) | Case No. 3:19cr130 |
| ) | |
| **OKELLO T. CHATRIE,**           ) | |
| **Defendant**           ) | |

## DEFENDANT'S CONSENT MOTION TO EXTEND SUPPLEMENTAL BRIEFING ON MAGISTRATE QUESTIONS

Okello Chatrie, through counsel, moves the Court to extend by two weeks the deadline for the supplemental briefing of the magistrate questions the Court has requested further information on. In support of this motion, Mr. Chatrie states the following:

1. On September 17, 2019, the government indicted Mr. Chatrie on two counts. The first count, forced accompaniment during a robbery, which is in violation of 18 U.S.C. § 2113, carries a ten year mandatory minimum. The second count, brandishing a firearm in furtherance of a crime of violence, which is in violation of 18 U.S.C § 924(c), carries a seven year consecutive mandatory minimum.

2. Mr. Chatrie made his initial appearance in this case on September 26, 2019.

3. The Court arraigned Mr. Chatrie on October 1, 2019. After Mr. Chatrie's arraignment, it became apparent to the defense that this case involved an issue of first impression as detailed more fully in the geofence filings in ECF Nos. 28, 29, 48, 49, and 104.

4. At the January 21, 2020, hearing, the Court asked the parties for further information about the state magistrate's qualifications who signed off on the geofence warrant. The parties submitted further briefing, albeit not extensive briefing, to the Court on January 24, 2020.

*See* ECF No. 79.  The parties did not further discuss this issue in their more recent supplemental briefing on the geofence warrant.

5. On June 24, 2020, the Court issued an Order providing the parties with an opportunity for supplemental briefing on the magistrate questions that the Court has raised.  *See* ECF No. 116.  In that Order, the Court gave the parties until July 8, 2020, to file such supplemental briefing.  The defense has not had a sufficient amount of time due to obligations in other cases and pandemic-related investigative difficulties to fully develop evidence for this supplemental briefing.

6. Thus, in order to effectively respond to the questions that the Court has raised about the magistrate, the defense requests a two-week extension of the deadline in which to file the supplemental brief regarding the magistrate.

7. Undersigned counsel has communicated with the government, represented here by Ken Simon, about this request.  Mr. Simon has indicated that the government has no objection to this request.

Thus, pursuant to Mr. Chatrie's constitutional rights to remain free from unreasonable searches and seizures, to due process, to present a defense, and to effective assistance of counsel, Mr. Chatrie requests a two-week extension of the deadline (to July 22, 2020) for the parties' supplemental briefing of the Court's magistrate questions.

                                      Respectfully submitted,
                                      OKELLO T. CHATRIE

By:            /s/
                Laura Koenig
                Va. Bar No. 86840
                Counsel for Defendant
                Office of the Federal Public Defender
                701 E Broad Street, Suite 3600
                Richmond, VA 23219-1884

Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

Michael W. Price
NY Bar No. 4771697 (pro hac vice)
Counsel for Defendant
National Association of Criminal Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615
Fax (202) 872-8690
mprice@nacdl.org