## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 3:19cr130** |
| ) | |
| **OKELLO T. CHATRIE,** ) | |
| **Defendant** ) | |

## ORDER

Upon motion of defense counsel, noting no objection from the government and with good cause having been shown, it is hereby ORDERED that the Defendant's Motion to Extend Supplemental Briefing on Magistrate Questions in this case is GRANTED.  The parties must file any supplemental briefing on the issue by July 22, 2020.

It is SO ORDERED.

_____
M. Hannah Lauck
United States District Judge

Dated: _____