IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.                                                                   Criminal No. 3:19cr130

**OKELLO T. CHATRIE,**

      **Defendant.**

<u>**ORDER**</u>

      This matter comes before the Court on Defendant Okello T. Chatrie's Motion for Issuance of a Second Subpoena *Duces Tecum* Pursuant to Rule 17(c) (the "Second Motion for Subpoena"). (ECF No. 123.)

      The United States has not yet responded to the Second Motion for Subpoena. Although the United States has until July 16, 2020, to file its response pursuant to Local Criminal Rule 12(A)[1] for the United States District Court for the Eastern District of Virginia, in the interests of justice and because the Court does not wish to delay this matter further, the United States SHALL file a response to the Second Motion for Subpoena no later than July 13, 2020.

      It is SO ORDERED.

/s/ M. Hannah Lauck
United States District Judge

Date: July 7, 2020
Richmond, Virginia

---

[1] Local Rule 12(A) for the United States District Court for the Eastern District of Virginia states, in pertinent part:

> All motions, unless otherwise directed by the Court, shall be accompanied by a written brief setting forth a concise statement of the facts and supporting reasons, along with a citation of the authorities upon which the movant relied. A response to any motion shall be filed within fourteen (14) calendar days after the filing of the motion or such other time as may be fixed by the Court.

E.D. Va. Loc. Crim. R. 12(A).