IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                  ) | Case No. 3:19cr130 |
| ) | |
| OKELLO T. CHATRIE,                    ) | |
|          Defendant                          ) | |

**DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO
MR. CHATRIE'S MOTION FOR ISSUANCE OF
A SECOND SUBPOENA *DUCES TECUM* PURSUANT TO RULE 17©**

Okello Chatrie, through counsel, notifies the Court that he has no objection to the government's request to add information sought in the second subpoena *duces tecum* to Google as set forth in red in ECF No. 129-01. Thus, pursuant to Mr. Chatrie's constitutional rights to remain free from unreasonable searches and seizures, to due process, to obtain evidence through compulsory process, and to effective assistance of counsel, Mr. Chatrie requests that the Court issue forthwith the subpoena sought in his motion for a second duces tecum for Google as set forth in ECF No. 123. The body of the subpoena—the substance of what must be produced—should consist of the complete and joint requests from the parties as set forth in the proposed "Exhibit A" in ECF No. 129-01. Mr. Chatrie further requests that the Court require Google to produce the requested information, which the company has already been able to see through the parties' public filings, within one week of the issuance of the subpoena.

                                                    Respectfully submitted,
                                                    OKELLO T. CHATRIE

        By:              /s/            
                                                    Laura Koenig
                                                    Va. Bar No. 86840
                                                    Counsel for Defendant

Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

Michael W. Price
NY Bar No. 4771697 (pro hac vice)
Counsel for Defendant
National Association of Criminal Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615
Fax (202) 872-8690
mprice@nacdl.org