IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.                                                          Criminal No. 3:19cr130

**OKELLO T. CHATRIE,**

      **Defendant.**

## ORDER

This matter comes before the Court on Defendant Okello T. Chatrie's Motion for Issuance of a Second Subpoena *Duces Tecum* Pursuant to Rule 17(c) (the "Second Motion for Subpoena"). (ECF No. 123.) The United States responded stating that it "does not oppose the Court's issuance of the Rule 17(c) subpoena" and seeking to add several document requests to the subpoena. (Resp. Second Mot. Subpoena 1, ECF No. 129.) Chatrie replied stating that he "has no objection to the government's request to add information sought in the second subpoena *duces tecum* to Google." (Reply Second Mot. Subpoena 1, ECF No. 130.)

The Court has considered the application and determined that the requested documents satisfy the requirements of *United States v. Beckford*, 964 F. Supp. 1010, 1016, 1027 (E.D. Va. 1997), and *United States v. Nixon*, 418 U.S. 683, 699 (1974), and are necessary to an adequate defense of this case and that the defendant is unable to pay the costs associated with the production of the documents.

Therefore, the Court GRANTS the Second Motion for Subpoena. (ECF No. 123.) A subpoena SHALL be issued for:

Cooperation Service Company
Registered Agent—Google LLC
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

and/or

Custodian of Records, and/or Agent
Google, Inc.
1001 North Shoreline Boulevard
Mountain View, CA 94043

to produce the documents described in Exhibit A at (ECF No. 129-1) in the Clerk's Office, United States District Courthouse, 3rd Floor, Richmond, VA 23219, on or before July 31, 2020, at noon, and that counsel for Chatrie and the United States be allowed to copy the documents and/or disc(s), USB, or hard copy for use in their case in chief.

The Court DIRECTS the Clerk to send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 7/17/2020
Richmond, Virginia