^AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | VIRGINIA |

| UNITED STATES OF AMERICA | SUBPOENA IN A |
| V. | CRIMINAL CASE |
| OKELLO T. CHATRIE | Case Number: 3:19CR130 |

TO: Cooperation Service Company
Registered Agent – Google LLC
100 Shockoe Slip, 2nd Floor, Richmond, VA 23219
**and/or**: Custodian of Records, and/or Agent
Google, Inc.
1001 North Shoreline Boulevard
Mountain View, CA 94043

**X** YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
| UNITED STATES DISTRICT COURT | HON. M. HANNAH LAUCK |
| SPOTTSWOOD W. ROBINSON III & ROBERT R. MERHIGE, JR., COURTHOUSE | |
| 701 EAST BROAD STREET, 6th Floor | DATE AND TIME |
| RICHMOND, VIRGINIA 23219 | Hearing Date TBD |

**X** YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

*In lieu of appearing at the hearing in this matter, you may produce the requested documents at the Office of the Clerk, United States District Court, 3rd Floor, Richmond, Virginia 23219, on or Friday, July 31, 2020, at 12:00 noon:*

**SEE ATTACHED EXHIBIT A**

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| **FERNANDO GALINDO** | |
| (By) Deputy Clerk | JUL 2 0 2020 |

ATTORNEYS' NAMES, ADDRESS AND PHONE NUMBER:
Laura J. Koenig, Assistant Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219-1884
(804) 343-0800