07/22/20    Page 1 of 270  PageID# 1253

PENSACOLA CHRISTIAN COLLEGE®

20–21 UNDERGRADUATE
CATALOG

# Sophomores, Juniors, and Seniors,

Come Experience PCC for Yourself at College Days!

**Nov. 18–20, 2020  •  Mar. 24–26, 2021  •  Apr. 7–9, 2021**

Yes, you can come any time, but no other time is quite like College Days. You'll get a glimpse of college academics as you visit classrooms and labs. You'll find out what students are like as you stay in a residence hall. You can go to special activities planned just for you. But that's not all.

Beyond that, you'll experience chapel in the Crowne Centre, go to meals in the Four Winds or Varsity, and head to the Sports Center for rock climbing and more. That's just a start of what you can do during College Days.

When you're done looking through these pages, you'll know a good bit about PCC. But it's not the same as being here!

See for yourself what PCC is really like. Ask questions in person. And get a better idea if this is the next step God has for you.

**Find out more today at pcci.edu/CollegeDays
or call 1-800-PCC-INFO, ext. 4, to reserve your spot.**



pcci.edu • info@pcci.edu

1-800-PCC-INFO (722-4636) for new student admissions
(850) 478-8496 for all other info.

**Connect with Us**
pcci.edu/GetConnected

catalog available online at
**pcci.edu/Catalog**

# PENSACOLA CHRISTIAN COLLEGE®



**20–21**

## UNDERGRADUATE
# CATALOG

# CONTENTS

General Information ................................. 4

Financial Information .............................. 17

Academic Information ............................. 27

Academic Programs .............................. 42

Divisions and Departments

   Division of Biblical Studies ...................... 45

      ● Bible Department .......................... 46

   Division of Professional Studies ................. 71

      ● Business Department ...................... 72

      ● Education Department ..................... 90

   Division of Visual and Performing Arts ........... 112

      ● Visual Arts Department .................... 113

      ● Performing Arts Department ............... 118

   Division of Arts and Sciences .................. 127

      ● Engineering and Computer Science
        Department ........................... 128

      ● Humanities Department ................... 141

      ● Natural Sciences Department .............. 156

      ● Nursing Department ...................... 171

Minors ........................................... 177

Course Descriptions .............................. 182

Seminary and Graduate Studies .................. 236

Personnel ....................................... 240

Campus Facilities and Maps ...................... 251

Index ............................................ 260

Information Directory ............................ 266

**T**o succeed at college, you need goals for your academic, social, and most importantly, spiritual life. Each year for over forty years, PCC has purposed to help students like you achieve their goals and prepare for their calling.

In this ministry, we are so thankful for the beautiful campus, dedicated faculty, and friendly student body that God has given us. With His help, we are establishing institutional goals in our pursuit of excellence. We hope you'll allow us at Pensacola Christian College to help you succeed in this next important step in your life.

Sincerely yours,

*Troy A. Shoemaker*

Troy A. Shoemaker, Ed.D.
President

# GENERAL
# INFORMATION



## 2020–2021
## CALENDAR OF EVENTS

### FALL

**AUGUST/SEPTEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |

**SEPTEMBER/OCTOBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**NOVEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |   |   |   |   |   |

**DECEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

**August 28, Friday**
Arrival Deadline for On-Campus Work Students

**August 30, Sunday**
Arrival Deadline for Fall Semester*

**August 31, Monday**
Fall General Registration

**September 1, Tuesday**
Fall Semester Classes Begin

**October 14–16, 19–20**
Midterm Exams

**November 11, Wednesday**
Veterans Day Holiday

**November 26–27**
Thanksgiving Holiday

**December 14–17**
Final Exams

**December 17, Thursday**
Fall Semester Ends

For additional dates, visit
pcci.edu/Calendar

### SPRING

**JANUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

**FEBRUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 |   |   |   |   |   |   |

**MARCH**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

**APRIL**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

**MAY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

**December 18–January 18**
Interterm Online Classes

**January 11–22**
Interterm On-Campus Classes

**January 23, Saturday**
Arrival Deadline for On-Campus Work Students

**January 24, Sunday**
Arrival Deadline for Spring Semester*

**January 25, Monday**
Spring General Registration

**January 26, Tuesday**
Spring Semester Classes Begin

**February 22–24**
Bible Conference

**March 12, 15–18**
Midterm Exams

**April 2–5**
Easter Holiday

**May 10–13**
Final Exams

**May 14, Friday**
Commencement/Spring Semester Ends

**May 14–August 13**
Summer Online Classes

*All students must arrive on campus by 2 p.m.

## THE RECORD

**Pensacola Christian College** was an idea that came from God. This idea became a reality in 1974 when 100 students arrived at PCC's one building. Forty-six years later, students now represent every state and more than 50 foreign countries. PCC offers a wide variety of programs in some of the finest college facilities in America. Although PCC has grown, excellence in education and commitment to the Lord remain the core of the College's balanced program.

**Pensacola Theological Seminary** was founded in 1998 when PCC saw the need to expand its practical, Bible-centered approach to ministerial training. The goal of the Seminary is to fill each student's mind and heart with what the Bible says. The purpose of the Seminary is to prepare servant-leaders to share the gospel boldly, preach the Word clearly, and shepherd the flock faithfully.

### Ministries of PCC

- *Rejoice Radio,* originating from flagship station WPCS (89.5) in Pensacola, FL, broadcasts quality Christian music and programming 24 hours a day. This programming can be heard around the world at Rejoice.org and on over 40 additional stations around the country. *Rejoice Radio* also offers two online streaming stations offering genre-based music. *Still Waters* plays refreshing, instrumental melodies, and *Timeless Praise* offers classic hymns and songs of the faith. *Rejoice Radio* is commercial-free and relies solely on listener gifts and donations.
- *Rejoice in the Lord,* the weekly telecast of Campus Church services, features inspirational music and heartwarming Bible messages on television stations across the nation and around the world by Internet.

### Affiliates of PCC

- **Abeka Academy Video Streaming or DVD** enrolls more than 56,000 homeschoolers annually. More than 9,000 students in Christian schools across the nation receive instruction from the master teachers of Pensacola Christian Academy via video.
- **Abeka** produces daily curriculums and more than 1,000 character-building textbooks and teaching materials. More than 10,000 Christian schools across America use Abeka textbooks.
- *Joyful Life* Bible study and Sunday school materials are used by hundreds of churches for their toddler through adult classes.
- **Pensacola Christian Academy** is one of the largest independent schools of its kind in the nation. PCA operates from a single 240,000-square-foot complex that houses grades K–12.

### Campus Church

This local church meets on the college campus, partnering with PCC to minister to the college community and Pensacola area residents through sound biblical preaching, uplifting music, evangelistic opportunities, and support of worldwide missions.

### Clinics and Seminars

Clinics and seminars are held annually for more than 1,200 delegates, giving practical helps for their Christian schools.

- **Summer Seminar** provides faculty and administrators in-depth orientation into operating a Christian school.
- **Teachers Clinic** allows visiting teachers to observe Pensacola Christian Academy classrooms.
- **Principals Clinic** offers valuable materials, methods, and principles for operating a Christian school on a strong, Christ-centered foundation.

## MISSION AND PURPOSE

Pensacola Christian College was founded in 1974 under the leadership of Arlin and Beka Horton. God called this institution into existence for His glory. The goal was to train young men and women in higher education for a life of service to Jesus Christ. The founders' vision for PCC continues to the present.

Our **mission** is to promote the cause of Christ by providing a distinctively Christian-traditional, liberal arts education that develops students spiritually, intellectually, morally, culturally, and socially.

Our **purpose** in both undergraduate and graduate programs is to produce Christian leaders who are knowledgeable, articulate, moral, dedicated to excellence, and committed to serving Jesus Christ as they learn to influence the world by applying biblical principles in their chosen field and daily life.

## ARTICLES OF FAITH

- We believe that the Bible is the verbally inspired and infallible, authoritative Word of God and that God gave the words of Scripture by inspiration without error in the original autographs (*2 Tim. 3:16–17, 2 Peter 1:21*). God promises that He will preserve His Word; Jesus said, "My words shall not pass away"(*Matt. 24:35*). We believe that God has kept that promise by preserving His infallible Word in the traditional Hebrew and Greek manuscripts and that the Authorized Version (KJV) is an accurate English translation of the preserved Word of God.
- We believe that there is one triune God, eternally existent in the persons of Father, Son (Jesus Christ), and Holy Spirit; these three are one in essence, but distinct in person and function (*Matt. 28:19, 1 John 5:7–8*).
- We believe that Jesus Christ, the Second Person of the Trinity, became for mankind the physical manifestation of the Godhead (*John 1:14, 14:9; Col. 1:19*). The earthly genealogy of Jesus may be traced through Joseph's line to Abraham (*Matt. 1:1–16*) and through Mary's line to Adam (*Luke 3:23–38*). We believe in His virgin birth, sinless life, miracles, vicarious and atoning death through His shed blood, and His bodily resurrection.
- We believe in the burial, bodily Resurrection of Jesus Christ from the tomb, and His ascension into Heaven (*Mark 16:6, 19; 1 Cor. 15:1–4*).

- We affirm that the Holy Spirit is the Third Person of the Trinity, the Agent of conviction, regeneration, indwelling, baptism, sanctification, and illumination of all who are born into God's family through Jesus Christ (*John 3:5–6, Eph. 1:13–14*). We are opposed to the charismatic movement and its sign manifestations, such as speaking in tongues.

- We believe that God created the heavens and the earth in six literal days, and that God created all life (*Gen. 1*). We reject the man-made theory of evolution occurring over millions of years and believe that the earth is approximately 6,000 years old (*Gen. 5, 11*). We believe that God created man in His own image, but man chose to sin. Hence, all persons inherit a depraved nature and are lost sinners in need of salvation (*Romans 3:10, 23*).

- We believe that God created man and woman in His image and instituted marriage between one who is genetically male and one who is genetically female (*Gen. 2:18–24*). Marriage is a sacred, exclusive union between a man and woman and serves as a picture of Christ's relationship with the church (*Matt. 19:3–12, Eph. 5:22–33*). We believe that God has commanded that sexual activity be exclusively reserved to a man and a woman who are legally married to each other; and that Scripture forbids any form of sexual immorality including adultery, fornication, homosexuality, bestiality, incest, and use of pornography (*Matt. 5:27–28, 15:18–20; 1 Cor. 6:9–11 & 18, 7:1–5; Heb. 13:4*).

- We believe that Christ's blood, shed on Calvary, is the only Atonement for man's sin (*John 14:6, 1 Pet. 1:18–19, 1 John 1:9*). We believe that salvation is a free gift of God for "whosoever will"; it is by grace, through faith, plus nothing, and believers are eternally secure (*John 10:27–28, Eph. 2:8–10*). Salvation is received only by personal faith in the Lord Jesus Christ and His finished work. "Whosoever will" may come to Christ; God does not pre-elect persons to heaven or hell (*Rom. 10:13, Rev. 22:17*).

- We believe in the spiritual unity of the body of Christ, called the church. It is composed of all born-again believers who have by faith accepted Jesus Christ as Savior (*Eph. 2:8–22, 3:1–21, 4:4–16, 5:23–32*). God has ordained the local church for the perpetuation of His truth and work in the world (*1 Tim. 3:15*). The two ordinances of the local church are baptism by immersion and a regular observance of the Lord's Supper by believers (*Matt. 28:19; 1 Cor. 11:23–28*).

- We believe the Scripture regarding Satan, who rebelled against God and was cast out of heaven with a host of angels who followed him (*Isa. 14:13–15*). He introduced sin to Adam and Eve in the garden of Eden (*Gen. 3:1–13*). He continues to turn people from truth and against God (*1 Pet. 5:8*). Eternal hell was created for Satan, his demons, and people who do not believe in the Lord Jesus Christ for salvation (*Matt. 25:41, John 3:16, Rev. 20:15*).

- We believe that the believer is called to a life of consecration which requires increasing in the knowledge of Christ and growing in grace (*John 15:4–5, Col. 1:10, 2 Pet. 3:18*).

- We believe that the will of God for all believers is to give evidence of sanctification through being honorable in all relations with others (*Rom. 12:1–2, 1 Thes. 4:3, James 1:27*).

- We believe in the resurrection of both the saved and the lost: those that are saved unto the resurrection of eternal life in heaven, and those that are lost unto the resurrection of eternal damnation in a literal lake of fire (*John 5:28–29; 1 Cor. 15:12–20, 35–58; Rev. 20:10, 15*).
- We believe in the imminent, pre-Tribulation return of Jesus Christ for all believers (*1 Thes. 4:13–17*). The Rapture of the saints will be followed by a seven-year Tribulation, after which Christ will return in glory to judge the world and set up His millennial reign on earth (*Rev. 20:1–3, 21:1–5*).

These Articles of Faith do not exhaust the extent of beliefs or practices of Pensacola Christian College. The Bible, as the inspired and infallible Word of God, is the final authority of all that we believe concerning truth, morality, and the proper conduct of mankind. For the purposes of the College's doctrine, practice, policy, and discipline, the Board of Directors is ultimately responsible for interpreting the meaning and application of Scripture.

Without meaning to be unfriendly or unkind, we feel it only fair to say that Pensacola Christian is not a part of the "tongues movement" and does not allow students to participate in or promote any charismatic activities, nor do we permit students to promote hyper-Calvinism.

Pensacola Christian College is committed to the plenary, verbal inspiration of the Bible, and it is our practice to use only the Authorized Version (KJV) in the pulpit and in classroom instruction. We believe the Textus Receptus is a superior text, and it is used for Greek instruction.

The College serves a constituency of churches across America which is primarily independent Baptist. Faculty, staff, and students attend Campus Church, which operates on campus as an independent Baptist church in both faith and practice.

## PHILOSOPHY OF EDUCATION

Degrees offered by various departments of Pensacola Christian College use the following Philosophy of Education:

Education is based on the Christian-traditional philosophy in contrast to humanistic, progressive systems of education. Christian-traditional education is rooted in objective reality and absolutes, as opposed to relativism. The Christian-traditional philosophy provides students the programs and methods of studies which impart Christian character development, communicative skills, and subject matter in harmony with the inspired Word of God, which is *"profitable for doctrine, for reproof, for correction, for instruction in righteousness: that the man of God may be perfect, throughly furnished unto all good works" 2 Tim. 3:16–17.*

We believe that the content of Christian education must be in harmony with *"whatsoever things are true, . . . honest, . . . just, . . . pure, [and] . . . lovely" Phil. 4:8.* We believe that classroom methods should be faculty-directed (*Deut. 6:7*), with the student acquiring knowledge through studying (*2 Tim. 2:15*), researching (*John 5:39*), reasoning (*Acts 24:25*), relating (*Luke 24:27*), and recording (*3 John 12*).

Scripture gives the true view of God and man. God is an orderly Personality. He created man and the universe and is the Author of order, reason, and reality that are reflected in the universe. All truth is God's truth.

Christian education must deal with the social and the spiritual, as well as the academic, dimensions of the student. Academic programs of Pensacola Christian are only a part of the educational process of college life. The essence of a disciple of Christ is self-denial (*Titus 2:12*) and self-discipline. The chapel platform and Campus Church pulpit are vital in the Christian training program. Classroom instruction supports and reinforces that training. Students are taught the Christian philosophy of life so that they are armed *"lest any man spoil [him] through philosophy and vain deceit"* (*Col. 2:8*).

Through Christian education, the student must be brought to *"unity of the faith, and of the knowledge of the Son of God, unto a perfect man, unto the measure of the stature of the fulness of Christ"* (*Eph. 4:13*). The graduate is then able to be an effective witness for Christ and is academically equipped in a free society to manifest the fruit of the Spirit in daily life.

## VALUES AND STANDARDS

Pensacola Christian College is committed to excellence as a Christian educational institution which glorifies Christ as the source of all wisdom and knowledge, and which educates students based on biblical values. The administration, faculty, and staff are dedicated to empowering Christian leaders to influence the world for Christ.

Having a sense of the need for an environment conducive to spiritual growth has led Pensacola Christian College to adopt standards consistent with values that promote the spiritual welfare of all students. Each member of the college community must conduct himself according to moral and ethical principles found in Scripture.

## OBJECTIVES AND LEARNING OUTCOMES

In keeping with its mission and purpose, PCC's objective is that each student will meet the following **learning outcomes.**

**Spiritual:** From classes, chapel, and church services, the students will be able to
- show a working knowledge of the Bible in line with the Articles of Faith
- share the gospel of Christ with others and the world
- explain biblical teaching regarding the God-ordained institutions of the home, church, and government
- apply the principles, truths, and values of God's Word in their chosen fields and daily lives

**Intellectual:** Through instruction and practical training from a biblical worldview, the students will be able to
- employ a general education in the liberal arts *(studies that provide a broad base of general knowledge and that develop intellectual capacity)*
- demonstrate college-level knowledge in their chosen fields
- apply knowledge in practical experiences in their chosen fields
- enter further graduate or professional studies



**Moral:** Through a variety of ministry outlets, the students will be able to
- exhibit a sensitivity to the spiritual needs of the world
- display Christian character

**Cultural and Social:** With a wide range of scheduled events—required and optional—the students will be able to
- cultivate an appreciation of fine arts and social skills
- exhibit their commitment to the Christian way of life through adherence to the Code of Conduct
- demonstrate courtesy and kindness
- serve the needs of others through voluntary ministry and service opportunities

## ACCREDITATION AND AUTHORIZATION

Pensacola Christian College is a member of the Transnational Association of Christian Colleges and Schools (TRACS) [15935 Forest Road, Forest, VA 24551; Telephone: (434) 525-9539; e-mail: *info@tracs.org*] having been awarded Reaffirmation I of its Accredited Status as a Category IV institution by the TRACS Accreditation Commission on April 24, 2018. This status is effective for a period of ten years. TRACS is recognized by the United States Department of Education (USDOE), the Council for Higher Education Accreditation (CHEA), and the International Network for Quality Assurance Agencies in Higher Education (INQAAHE).

The baccalaureate and master's degrees in nursing at Pensacola Christian College are accredited by the Commission on Collegiate Nursing Education (www.ccneaccreditation.org).

The baccalaureate degree in engineering at Pensacola Christian College is accredited by the Engineering Accreditation Commission of ABET (www.abet.org).

PCC meets the criteria of Section 1005.06 (1) (e), Florida Statutes, holding a status of not requiring licensure from the Florida Commission for Independent Education.



## COLLEGE LIFE

Pensacola Christian is alive with activities that supplement a student's education and provide a break from classroom routine.

### Spiritual Growth and Development

It is the desire of the College to provide an atmosphere conducive to spiritual growth that encourages students to develop and maintain a personal relationship with the Lord. Active involvement in ministry outreach is encouraged.

**Prayer Meetings:** In the residence halls, students meet multiple times a week for brief prayer times with other students on their hall. In addition, Mission Prayer Band and Homefront are voluntary student groups that meet to pray weekly for missions and for America.

**Chapel Services:** College chapel meets four times each week and is a source of spiritual exhortation and enrichment, vital to Christian growth. Each year, outstanding evangelists, pastors, and missionaries preach in chapel.

**Campus Church:** The center of spiritual vibrancy is the warm local church atmosphere of Campus Church, which operates on campus as an independent Baptist church. The pastor and other church staff acquaint students with the workings of a separated, Bible-believing church and encourage them in their worship and service for the Lord.

Faculty, staff, and their families—as well as many local townspeople—join the college students in Sunday morning and evening and Wednesday evening services. College students who have moved to the area to attend PCC are not considered permanent residents and are therefore expected to attend all the services of Campus Church.

**Christian Service:** PCC provides numerous opportunities for students to serve Christ in the community. Weekend activities include children's and teen ministries, nursing home services, door-to-door evangelism, and work in nearby

churches. Participation in Christian service is strongly encouraged and is a practical application of the spiritual training students receive in the classroom. These activities help prepare students for a life of Christian service and soulwinning.

### Campus Life

**Location:** Just off the warm emerald waters of Florida's Gulf Coast, Pensacola is in northwest Florida in the Central Time Zone. PCC is located just off I-110 on Brent Lane

- 12.5 miles from the Gulf of Mexico;
- 50 miles from Mobile, Alabama;
- 200 miles from New Orleans;
- 350 miles from Atlanta;
- 675 miles from Miami;
- 700 miles from St. Louis;
- 950 miles from Chicago.

**Living Facilities:** The residence hall is a "home away from home" that provides spiritual fellowship and Christian friendship. Each room is completely carpeted and air-conditioned with a private or adjoining bath. All single, undergraduate students under 23 years of age who are not living with their parents are required to reside in the residence halls. Residence hall living space is not available for married students or their families.

**Social Life:** A variety of activities allows students to build lasting friendships. Student outings, class parties, collegian events, and Eagles home games provide fun and fellowship for large groups, with snow-white Pensacola Beach, state parks, or camps as favorite scenic backdrops. Students have many opportunities to meet friends.

The Commons is a favorite place to relax and connect. On-campus athletic facilities provide fun with friends enjoying tennis, bowling, miniature golf, table tennis, ice skating, rock climbing, water slides, FlowRider, inline skating, racquetball, and basketball.

**Automobiles:** Any college student may have an automobile on campus. Students must have proof of insurance coverage and must pay a fee to register their cars with the College Office.

### Getting Involved

**Musical Opportunities:** Students with musical talent find many enjoyable ways in which to use their abilities. Choirs and ensembles provide singing opportunities, while instrumentalists can perform with orchestra; symphonic band; handbell choir; and brass, woodwind, and strings ensembles. Plus, students desiring to develop their musical abilities and appreciation will find that the faculty provide instruction in a variety of musical areas.

**Special Activities:** Each month is dotted with special events. Sunday Reflections services present a professionally staged program of sacred music and speech. Many fine arts concerts are planned, and music and speech recitals are cultural highlights. The apex of second-semester activities is Bible Conference, which gives students a break from classes and exposes them to the strong biblical teaching of some of America's finest Bible teachers, preachers, and evangelists.

**Athletics:** PCC provides physical education courses and athletic facilities for students' benefit and enjoyment. Men's and women's collegians provide the framework for intramural competition in soccer, tennis, volleyball, softball, basketball, table tennis, track and field, bowling, swimming, racquetball, wallyball, broom ice hockey, water polo, sailing, kayaking, golf, and men's flag football. The Pensacola Christian College Eagles compete in intercollegiate basketball and soccer, and the Lady Eagles compete in intercollegiate volleyball and basketball as members in the NCCAA.

### Student Care

Through the Student Care Office, students can receive biblical guidance and counseling, make appointments for academic support or financial advising, and get help finding answers to other questions.

**Academic Success:** The Academic Success Office is available to help students develop effective study habits, test-taking strategies, time-management skills, and other skills that contribute to general academic success. In addition, this office connects students with tutors in a variety of subjects.

**Health Services:** PCC's Graf Clinic, staffed by medical professionals with Baptist Medical Group of Pensacola, provides students with health care during regular clinic hours for minor illnesses and injuries. Fees incurred for on-campus labs, diagnostic testing, and pharmaceuticals will be applied to the student's account at the time of service. After-hours health needs and serious illnesses or injuries are referred to off-campus medical facilities associated with one of three area hospitals.

PCC does not accept responsibility for illness or accident on or off campus, in PE classes, extracurricular games, varsity sports, or any other sports activity. Students use school facilities and participate in school-directed or school-related activities at their own risk.

PCC does not accept financial responsibility or provide insurance for students needing emergency medical care, hospitalization, or off-campus medical attention. Students are responsible either to provide their own health insurance coverage or coverage through their parents or to pay the cost themselves.

### Career Services

Career Services assists students with finding internship opportunities and employment after graduation. This is done through hosting Educator Recruitment and Career Fair in the spring. Appointments can also be made to meet with a Career Services advisor for résumé review and interview preparation. The Career Services website allows both students and alumni to connect with organizations regarding their respective job interests.

## STANDARDS OF CONDUCT

### Biblical Principles

The Bible is the final authority for all things and the means by which God provides principles for living in a way that protects from harmful thinking and behavior. Scripture clearly teaches how Christians are to live. In light of the wonderful

gift of salvation, we are to live our lives in active pursuit of a lifestyle that keeps us pure and clean before God with careful attention to avoiding anything that detracts from our relationship with Christ (*Titus 2:11–14, Rom. 12:1–2, Phil. 4:8*).

In light of these principles, PCC has adopted standards to promote an environment that is conducive to academic, social, and spiritual growth. Where the Bible directly addresses a matter, standards are set accordingly. However, since God's Word does not mention every aspect of college life, biblical principles are followed and conservative expectations have been established to encourage right Christian living.

Additional information regarding expected behavior and prohibited activities is available in the Student Handbook found online at pcci.edu/handbook.

Prospective students are welcome to call the Admissions Office for answers to specific questions regarding student life (1-800-PCC-INFO) or visit overnight in the College residence halls to experience typical student life on campus.

## APPEALS AND GRIEVANCES

Students have the right to expect the College to uphold its policies and to administer them accurately and equitably. If a student wishes to contest an academic or disciplinary decision, he may file an appeal or grievance without fear of retaliation or recrimination.

### Academic Appeals

Any student has the opportunity to contest matters that affect academic standing. If necessary, an Academic Appeals Committee will review facts related to the case and make a final determination. An Academic Appeals Committee is composed of at least three members including deans, department chairs, and Academic Vice President. The College Office maintains case records in the student's file.

### Disciplinary Appeals

Any student has the opportunity to appeal matters that affect student conduct violations. If necessary, students may submit a written appeal to the Dean of Men or Dean of Women within two weeks. The Appeal Committee is composed of a student, a faculty representative, and a representative from Student Life. The College Office maintains case records in the student's file.

### Grievances

It is the intent of the ministry to treat all students equitably according to established college policies. Each student has the opportunity to file a grievance. Accordingly, this grievance procedure is designed to inform appropriate people when problems develop so that due process is followed and satisfactory solutions can be reached.

A grievance is defined as any situation or action personally affecting a student that was a result of a violation, mishandling, or misapplication of any specific provision stated in policy, rule, statute, or regulation of the college. Requests for reconsideration of decisions that affect a student's status in keeping with

---

Highlighted text indicates a change from the official version of the Catalog.

standing policies are not grievances and should be handled through the appeals process.

Grievances should be resolved at the lowest level possible. Most matters of student concern can be resolved informally and would not result in a formal grievance being filed. A student is expected to first discuss the problem with the direct supervisor of the given area and allow a reasonable opportunity for the problem to be resolved. Having done that without satisfactory results, it would then be appropriate to proceed with the grievance report procedure, if the student desires, without fear of retribution.

The student may obtain a Student Grievance Report from the Student Care Office. The student will return the form explaining the problem to the Student Care Office within two weeks of the occurrence in question. Failure by the student to comply with this time limit will constitute a waiver of the grievance. The committee will meet with the student and a response will be given within two weeks of the grievance being submitted, with the exception of winter and summer breaks. The Student Care Office maintains all records regarding grievances.

Inquiries regarding compliance with accreditation policies and standards may be directed to TRACS [15935 Forest Road, Forest, VA 24551; telephone: (434) 525-9539; e-mail: info@tracs.org].

# FINANCIAL
# INFORMATION



## BASIC COST

| | Cost per Semester | | Cost per Payment | |
|---|---|---|---|---|
| | Residence Hall | Full-Time Town | Residence Hall | Full-Time Town |
| Tuition | $3,420.00 | $3,420.00 | $855.00 | $855.00 |
| Room and Board | 1,888.00 | — | 472.00 | — |
| Health Services Fee | 150.00 | — | 37.50 | — |
| Security Deposit[1] | 50.00 | 50.00 | 50.00[1] | 50.00[1] |
| Academic Program Fee[2] | | | | |

[1]One time only; complete details under Security Deposit (p. 19).
[2]See Academic Program Fee (p. 19).

### Online Courses, Internships, Practicums

Tuition (per credit hour) . . . . . . . . 285.00
Access and Technology Fee (per course)
   Online-Learning Courses . . . . 160.00
   Internships and Practicums . . . . 25.00

### Online Dual Enrollment Courses

Application Fee . . . . . . . . . . . . . . . 25.00
Tuition (per credit hour) . . . . . . . . 170.00
Drop/Add/Change
   of Course Fee . . . . . . . . . . . . . 10.00
Late Registration Fee . . . . . . . . . . 25.00

### Pre-term, Interterm, Post-term

Tuition (per credit hour) . . . . . . . . 285.00
Room and Board . . . . . . . . . . . 448.00

### Conditional Fees

*Vehicle Registration* (per semester)

Car—residence hall . . . . . . . . . 100.00
Car—town student . . . . . . . . . . . . 85.00
Motorcycle—residence hall . . . . . . 50.00
Motorcycle—town student . . . . . . 42.50
Bicycle . . . . . . . . . . . . . . . . . . . 10.00
Late Vehicle Registration Fee . . . . 15.00

\*December graduates pay graduation fees with
  November 23 payment; May graduates
  pay graduation fees with April 19 payment.

### *Registration, Records, and Business Office*

Drop/Add/Change
  of Course Fee . . . . . . . . . . . . . 10.00
Change of Major/Minor . . . . . . . 10.00
Early Arrival (per day) . . . . . . . . . . 32.00
Late Arrival Fee . . . . . . . . . . . . . 50.00
Late Departure (per day) . . . . . . . . . 32.00
Late Registration Fee . . . . . . . . . . 50.00
Late Exam Fee (per exam) . . . . . . . 10.00
Exam Time Change Fee (per exam) . 50.00
Testing Center Fee (per test) . . . . . . 10.00
ACT residual testing (if required) . . . 51.50
Returned Check Fee . . . . . . . . . . . 25.00
PCC Card Replacement Fee . . . . . . 7.50
Student Record Copies
   Paper (per copy). . . . . . . . . . . . . . 5.00
   Electronic (per request) . . . . . . . . . 3.00

### *Online Learning*

Drop/Add/Change
  of Course Fee . . . . . . . . . . . . . 10.00
Late Registration Fee . . . . . . . . . . 25.00
Online-Learning Testing Fee . . . . . 50.00
Proctor Verification Fee . . . . . . . . 10.00

### *Graduation*\*

Petition for Graduation Fee . . . . . . 80.00
Late Petition for Graduation Fee . . 25.00
Diploma Reorder Fee . . . . . . . . . . 20.00

All costs are subject to change.

### Application Fee and Reservation Deposit

A $50 Application Fee must accompany each admission application and is non-refundable and nontransferable. Applicants must also pay a Reservation Deposit which is nonrefundable and nontransferable unless the applicant initiates cancellation and submits a written refund request within three working days of the payment and before classes begin. The Reservation Deposit will be credited to the

Highlighted text indicates a change from the official version of the Catalog.

student's account on the Sept. 28, 2020/Feb. 22, 2021 statement. The date the Reservation Deposit is paid determines the amount paid (see table below).

| Reservation Deposit | Fall 2020 | Spring 2021 |
|---|---|---|
| $125 | on or before June 30 | on or before December 31 |
| $125 + $25 late fee | July 1–August 20 | January 1–14 |

### Tuition

The $3,420 tuition per semester allows the student to register for up to 17 semester hours without an overload charge. Additional hours above 17 are charged at the rate of $228 per hour for credit or $114 per hour to audit. Part-time students (taking 11 hours or fewer per semester) are charged at the rate of $285 per hour for credit or $142.50 per hour to audit. Residence hall students are expected to take a minimum of 12 semester hours; in the rare event that a residence hall student is granted permission to take fewer than 12 hours, he is still classified as full-time financially as well as academically. Tuition covers fees for library access, Fine Arts Series, athletic events, yearbook, and collegian and class dues.

### Room and Board

The $1,888 room and board per semester provides residence hall students with lodging and meals beginning with the fall/spring semester arrival deadline though the semester end date.

### Health Services Fee

Resident students will be charged a health services fee of $150 per semester which covers the cost of on-site medical appointments and transportation to off-site medical appointments when needed. Nonresident students needing to see the medical doctor may do so for a fee of $15 per visit. Resident and nonresident students who incur fees for on-campus labs, diagnostic testing, and pharmaceuticals will have these charges applied to their account at the time of service. After-hours health needs and serious illnesses or injuries are referred to off-campus medical facilities associated with one of three area hospitals.

### Security Deposit

Each new undergraduate and Academy student is required to place with the College a Security Deposit of $50 for unpaid breakage costs, property damage, or account charges. The Security Deposit will be applied to the student's account after the termination of enrollment to cover any outstanding balance, and then the remainder will be refunded.

### Academic Program Fee

The Academic Program Fee is paid with the 2nd, 3rd, and 4th payments each semester. This fee varies from one program of study to another. Some majors require courses that use special facilities or equipment; therefore, the fee reflects that usage. Academic Program Fee charges are assessed according to the declared major at the end of the drop/add period and are listed in the catalog with each major. Part-time students pay a prorated fee based on the number of credits taken. Students with a double major pay the larger program fee plus half of the smaller. Students with an undeclared major pay a fee of $25 per semester (3 payments of $8.33).

Highlighted text indicates a change from the official version of the Catalog.

## Music Course Fees

Music course fees underwrite the cost for personalized music instruction and are paid by all who take the following courses:

Private Lessons ...... $175–$350   Group Instruction ...... $87.50–$175
   (brass, harp, hymnplaying, percussion, piano, strings, voice, woodwind)

## Payment Plan

The basic cost may be paid by the semester. A payment plan of four payments each semester is also available to students who are U.S. or Canadian citizens or who are U.S. permanent resident cardholders. Payments may be made by check, money order, Visa, MasterCard, Discover, American Express, or PCC Card. Payments may be charged automatically to a credit card for students who apply for this service. Please note: We are unable to accept postdated checks or to hold checks. The August 1 [January 18] payment must be paid in order to be eligible for class registration.

| *Installment Payment Schedule* | *Work Assistance Earnings Schedule* |
|---|---|
| **Fall** | **Fall** |
| 1st payment ............ August 1, 2020 | 1st earnings ............ October 6, 2020 |
| 2nd payment ....September 28, 2020 | 2nd earnings ........ November 3, 2020 |
| 3rd payment ........ October 26, 2020 | 3rd earnings ......... December 2, 2020 |
| 4th payment .....November 23, 2020 | 4th earnings ....... December 29, 2020 |
| **Spring** | **Spring** |
| 1st payment.......... January 18, 2021 | 1st earnings ............... March 2, 2021 |
| 2nd payment ...... February 22, 2021 | 2nd earnings ............ March 30, 2021 |
| 3rd payment ...........March 22, 2021 | 3rd earnings............... April 27, 2021 |
| 4th payment ............. April 19, 2021 | 4th earnings................ May 25, 2021 |

Midterm or final exams may not be taken unless a student's account is up to date. Students paying their accounts more than 9 days late will be charged a $15 late fee. Students with accounts more than 10 days in arrears may not be allowed to attend class and will have their grades withheld until their accounts are made current. If after students have missed 5 class days their accounts are still not current, they may be required to discontinue enrollment.

## Payment Schedule for Part-Time Town Students

Town students who are enrolled for fewer than 12 credit hours per semester should contact the Business Office for specific financial details concerning their account.

## Academy Boarding Students

Tuition per semester is $3,420. Annual tuition may be paid in ten payments of $684 each. Academy boarding students are on campus seven additional weeks during the academic year; therefore, they pay room and board of $2,345 per semester. Annual room and board may be paid in ten payments of $469 each. See Health Services Fee also (p. 19).

## Miscellaneous Costs

Textbooks, supplies, laundry, and incidentals may total $1,200 per semester.

_____
Highlighted text indicates a change from the official version of the Catalog.

## INTERNATIONAL STUDENTS

All payments must be in U.S. currency. International students' accounts will be charged any handling fees assessed by a foreign bank (e.g., transfer funds, etc.). Each semester must be paid in advance.

Pensacola Christian College does not provide financial assistance for most international students. Canadian citizens and U.S. permanent residents may qualify for some financial assistance. Under normal circumstances, the United States Citizenship and Immigration Service will not permit international students to be employed in the United States off campus to meet their financial obligations. Therefore, international students should not depend on obtaining part-time employment to meet their educational expenses. International students should carefully assess their financial resources before finalizing their college plans.

If the international student is not granted admission, the tuition, room and board, and transportation payments (p. 29) are refundable. United States immigration regulations mandate that no international students should travel to this country without receiving their official letter of acceptance and Form I-20.

## FINANCIAL SERVICES



Two ATMs (automatic teller machines) connected to the nationwide network for ATMs have been placed on campus. Any ATM card may be used at these machines; however, there is usually a nominal transaction charge when using ATM cards not issued by Bank of America or Regions Bank.

Bank of America and Regions Bank provide discounted banking services to PCC students. Bank representatives are on campus periodically to assist students in opening new accounts.

All checks to the College for tuition and fees should be made out for the exact amount owed. The College Business Office does not provide banking and check-cashing services.

## WITHDRAWAL POLICIES

After students have enrolled, any action, voluntary or involuntary, that would cause them to leave before the end of the semester will be considered a withdrawal.

To withdraw with official approval, students must have a withdrawal form properly executed by the Student Life Office.

Students are entitled to a full refund of tuition prior to commencement of instruction. A student whose withdrawal is officially approved and whose departure is before the end of the first three weeks of the semester owes the semester's tuition according to the following schedule:

| During the first week ...........25% tuition | During the third week .......75% tuition |
| Fall:  Sept. 1–7, 2020 | Fall:  Sept. 15–21, 2020 |
| Spring:  Jan. 26–Feb. 1, 2021 | Spring:  Feb. 9–15, 2021 |
| During the second week ......50% tuition | After three weeks ............100% tuition |
| Fall:  Sept. 8–14, 2020 | Fall:  after Sept. 21, 2020 |
| Spring:  Feb. 2–8, 2021 | Spring:  after Feb. 15, 2021 |

Students also owe fees and room and board (if a residence hall student) at a prorated amount based on the length of their stay.

Whenever a student's status is changed to "withdrawn" and the student owes money to the College, the money is due upon withdrawal. Interest of one percent per month (12% APR) will be charged on the unpaid balance beginning 30 days after the withdrawal until the debt is paid in full.

Should a student leave the College for any reason after having paid more than the amounts outlined above, a refund is made for any overpayment; but no refund is made to a student for any other reason. No refunds are issued on a student's account until after the third week of the college semester.

For students to withdraw from a class or change their major, they must obtain permission from the Registrar. Students owe tuition and fees based on the number of hours registered for and the declared major as stated in the Records Office at the end of the drop/add period.

When students are accepted for the fall semester, they are expected to remain a student at the College for both the fall and spring semesters of that academic year. The student's reservation is automatically carried over from the fall semester to the spring semester within a given school year. Therefore, if students withdraw at the end of the fall semester, they must notify the administration in writing.

## FINANCIAL AID

Pensacola Christian College maintains charges which are among the lowest in the nation; thus in effect, every student enrolled at PCC receives an automatic financial benefit of several thousand dollars. PCC and Abeka Fund offer programs of assistance to qualified students in the form of the Work Assistance Program, scholarships, and loans. Application for any form of financial aid should be made well in advance of the opening of the fall semester.

Financial aid is an investment in the lives of the students who receive it. The College and donors expect that students will show their appreciation by performing their best as unto the Lord.

Pensacola Christian College operates in the state of Florida as an independent institution of higher learning that is exempt from state commission oversight as per Florida Statutes. To retain its independence, PCC has elected not to accept state or federal financial aid including not participating in Department of Education Title IV programs (FAFSA), the GI Bill, or other government-sponsored student aid programs. Therefore, PCC is not able to issue 1098-T statements or eligible to receive payments from 529 Plans. In addition to maintaining a very low cost, PCC also provides over $1 million in institu-

tional scholarships to over 1,200 students a year, and new incoming students can also apply for the Fourth Year Tuition-Free incentive (a savings of over $6,800). The College is unable to provide financial assistance in the form of scholarships to most international students. Canadian citizens and U.S. permanent residents may qualify for some financial assistance.

## WORK ASSISTANCE PROGRAM

The Print Shop, Abeka, Dining Services, bookstores, and other affiliated areas provide student employment through our Work Assistance Program. Each year approximately 2,400 students are enabled to stay in college and continue their education by working.

Eligible students may apply for work assistance. Pay starts at the Florida minimum wage and is increased based on merit. Job considerations are given based on financial need and work availability. A work assistance application may be obtained from the website or Student Employment Office.

International students are welcome to apply for work assistance opportunities.

## PCC SCHOLARSHIPS

The scholarships listed below are made available to PCC students. To apply for any scholarship, complete a scholarship application online. Students who qualify may receive only one of the scholarships. A limited number of scholarships are available. Please apply early.

### Scholarship Qualification Requirements

An applicant must meet the following general qualifications as well as the specific qualifications of the scholarship:

1. be a United States or Canadian citizen or a U.S. permanent resident cardholder
2. declare a four-year major

All scholarship applications for the fall semester must be submitted by June 15; applications for the spring semester by December 1. Scholarships will be granted on the basis of students' qualifications. When scholarships are awarded, the Scholarship Committee will officially notify each recipient in writing. All scholarship applications will be acknowledged within 30 days.

Students must be in good standing and maintain at least a "C-" average at PCC; that is, a 2.00 grade point average each year (not cumulative) in order to continue to receive the benefits of the scholarship. (Exception: Academic Honors Scholarship recipients must maintain a 3.20 grade point average.) If a student withdraws from the College before completing the school year to which the scholarship is applied, any remaining benefit of the scholarship is forfeited. Scholarships are credited to the student's tuition.

PCC reserves the right to make changes to the scholarship programs at its discretion.

### Christian Service Scholarship ($2,500–$4,000)

This scholarship offers qualified students a maximum benefit of $1,000 per year, applied up to four times (during the 2nd, 4th, 6th, and 8th semesters of attendance after approval). A student is qualified to apply if at least one parent is serving full time in a Bible-believing ministry.

### Ministerial Scholarship ($2,500–$4,000)

This scholarship offers qualified students a maximum benefit of $1,000 per year, applied up to four times (during the 2nd, 4th, 6th, and 8th semesters of attendance after approval). Ministerial students must be from a Bible-believing church and have a high school GPA of 2.00 or higher. A student is qualified to apply if he enrolls as a Bible major (including concentrations in pastoral ministries, youth ministries, missions, and music ministries) and intends to be a minister of the gospel.

### Teacher Education Scholarship ($2,500–$4,000)

This scholarship offers qualified students a maximum benefit of $1,000 per year, applied up to four times (during the 2nd, 4th, 6th, and 8th semesters of attendance after approval). The student must have a high school GPA of 2.00 or higher. A student is qualified to apply if he majors in education.

### Armed Services Scholarship ($2,500–$4,000)

This scholarship offers qualified students a maximum benefit of $1,000 per year, applied up to four times (during the 2nd, 4th, 6th, and 8th semesters of attendance after approval). A student may qualify in one of the following ways:

1. Applicant was honorably discharged from the U.S. armed forces (must submit DD Form 214 showing at least 3 years of active duty or 6 years in Selected Reserve)
2. Applicant is completing a 6-year obligation in the Selected Reserve or has been honorably discharged from the Selected Reserve due to disability (must submit DD Form 2384-1 or DD 214)
3. Parent currently serving in the U.S. armed forces on active duty or Selected Reserve (must submit parent's military personnel record showing at least 6 years of service)
4. Parent honorably discharged from the U.S. armed forces (active duty or Selected Reserve—must submit parent's military personnel record or DD Form 214 showing at least 10 years of service)
5. Parent served in the U.S. armed forces and died or was permanently and totally disabled while on active duty (must submit parent's DD Form 214)

### Academic Honors Scholarship ($2,000–$3,200)

This scholarship offers qualified students a maximum benefit of $800 per year, applied up to four times (during the 2nd, 4th, 6th, and 8th semesters of attendance after approval). The student must have a high school GPA of 3.50 or higher. There are four ways to qualify:

1. Graduate as valedictorian or salutatorian of a class of at least six students. A letter attesting to this fact must be sent from the school administrator.

---

Highlighted text indicates a change from the official version of the Catalog.

2. Score a minimum composite score of 25 on the ACT.

3. Score a minimum total score of 80 on the CLT.

4. Score a minimum total score of 1200 on the SAT.

An official copy of the ACT, CLT, or SAT scores must be sent directly to the College.

### Alumni Scholarship ($700–$1,000)

This scholarship offers qualified students a maximum benefit of $250 per year, applied up to four times (during the 2nd, 4th, 6th, and 8th semesters of attendance after approval). A student is qualified to apply if at least one parent graduated from PCC in a four-year undergraduate program.

### Abeka Academy Tuition Scholarship

This scholarship offers qualified students a varying amount of savings applied up to four times (during the 2nd, 4th, 6th, and 8th semesters of attendance after approval). The scholarship amount is calculated by totaling tuition fees paid (grades 9–12) for Abeka Academy video homeschool courses and is divided by four years for application to the student's tuition. A student is qualified to apply if he completed at least a full 12th grade enrollment through Abeka Academy and will be enrolled at PCC within one year of high school graduation. This scholarship may not be combined with the Fourth Year Tuition-Free Program.

## PRIVATE SCHOLARSHIPS

A number of privately funded scholarships are available for current PCC students. For details concerning these scholarships, visit pcci.edu/scholarships or contact the scholarship office at scholarships@abekafund.com.

In addition, students are encouraged to research and apply for other sources of private scholarship aid online.

## FOURTH YEAR TUITION-FREE* PROGRAM

You can enroll in the Fourth Year Tuition-Free program in which you will receive your fourth year of college free*. A student receiving the tuition

benefit during the 7th and 8th semesters is not eligible to receive PCC scholarships or private scholarships offered through Abeka Fund during those semesters.



To qualify, students must do the following:

- Apply to PCC as a new student for the first time for Fall 2020 or Spring 2021.

*Tuition only. Open only to U.S. and Canadian citizens and U.S. permanent residents.

PCC reserves the right to change tuition, room and board, and other fees as deemed necessary by the administration, including any necessary changes to the Fourth Year Tuition-Free program.

- Pay the nonrefundable/nontransferable $500 Enlistment Fee and sign the agreement form by June 15 (December 1 for spring semester). You will receive an official notice that your Enlistment Fee has been paid and that you have been accepted into the program.

- Remain in good standing and maintain continuous full-time enrollment for 8 consecutive semesters. If a student graduates early, the remaining semester(s) of the program will be forfeited.

- Pay standard tuition for 6 consecutive semesters (3 years), and receive free tuition the 7th and 8th semesters (4th year), up to 17 credit hours per semester. Other charges during the 4th year, including room and board, textbooks, and fees, are the student's responsibility.

## PRIVATE LOANS

### Sallie Mae Private Student Loans

Sallie Mae offers private loans to PCC students. With the Smart Option Student Loan for Undergraduate Students or the Sallie Mae Parent Loan, you can receive funds that cover full tuition, room and board, and fees. These loans offer fixed, deferred, and interest repayment options, so your main focus can be on earning your college degree. For more information about Sallie Mae loans, visit salliemae.com (using the Institutional ID 609527-00) or call 1-877-279-7172.

### Abeka Fund

Abeka Fund provides loans to qualified students who need help in financing their college education at Pensacola Christian College. Students who meet the Abeka Fund loan requirements may be permitted to borrow up to $5,000 per year for four years. For additional information, e-mail studentloans@abekafund.com or call (850) 478-8496, ext. 2082.

## NOTICE OF LIABILITY

Pensacola Christian College is not liable for damage to any personal belongings of students under any circumstances including the event of a catastrophe such as, but not limited to, windstorm, flood, hail, riot, riot attending a strike, civil commotion, explosion, fire, smoke, and vehicle or aircraft accident. Neither is Pensacola Christian College liable for loss or theft of personal belongings of students, staff, or faculty.

# ACADEMIC
# INFORMATION



## GENERAL REQUIREMENTS FOR ADMISSION

This catalog is not a contract between Pensacola Christian College and its students. It is the student's responsibility to be fully acquainted with all academic requirements of the respective programs. Students may confer with deans, department chairs, and advisors regarding these requirements, but it is the student's responsibility to fulfill them before a degree is granted.

Applicants for admission to PCC must have earned a high school diploma or must have passed the Tests of General Educational Development (GED). Applicants are required to submit scores from the ACT, CLT, or SAT. A principal or guidance counselor should be able to help with this requirement.

### Academic Entrance Requirements

A satisfactory academic background includes a high school GPA of 2.00 or GED *and* an ACT composite score of 18, CLT total score of 62, or SAT total score of 960. An applicant who falls below either of these standards may be considered for provisional acceptance by the Academic Admissions Committee. If accepted, the applicant will be admitted with a status of either Academic Watch or Academic Probation and be required to meet weekly with an academic success coach to help develop an ability to benefit from instruction at PCC. Students on Academic Probation will be limited to 12 credit hours.

### Homeschool Graduates

PCC recognizes that some applicants have nontraditional secondary education backgrounds and invites such students to apply. Students who graduate from a homeschool or nontraditional high school program must submit a transcript of completed coursework to the Director of Admissions. Such applicants for admission will be considered on an individual basis.

### When to Apply

You may apply to Pensacola Christian College anytime during the junior year of high school or thereafter. PCC follows a "rolling admissions" policy, meaning we accept qualified candidates as they apply until all available spaces are filled.

**It is advisable to apply early even though there is no application deadline.**

### First-Time Students

1. Apply online at www.pcci.edu.
2. Pay the Application Fee and Reservation Deposit (see p. 18).
3. Submit the Admissions Essay, available online in the Applicant Portal.
4. Request your high school to send a copy of your transcript to the Director of Admissions. If you have not yet graduated, request the high school to send a transcript of your coursework completed up until the current semester. If you passed the Tests of General Educational Development (GED), have a copy of the Official Report of Test Results sent directly from the GED test center to the Director of Admissions.

5. Have your ACT, CLT, or SAT scores sent to the Director of Admissions as soon as possible. This is done automatically if you specify our college ACT number 0707 or SAT number 5970 or if you choose PCC from the list of CLT colleges when you register for these tests.

6. Complete the Medical Screening and Immunization History form, available online in the Download Center.

## New International Students

Complete the above requirements under first-time student checklist.

International students should allow a minimum of six months to complete application procedures. PCC is authorized under federal law to enroll non-immigrant alien students. It is required by United States Immigration and Customs Enforcement regulations that international students submit to the College all application forms, academic records, test scores, and proof of financial responsibility before the Form I-20 can be sent. In addition, the College requires international students to submit one semester's tuition, room and board, fees, and one-way transportation charges from the College to the student's home before the Form I-20 will be sent. Each semester must be paid in advance. All payments must be in U.S. currency. International students' accounts will be charged any handling fees assessed by a foreign bank (e.g., transfer funds, etc.).

Transcripts from non-U.S. institutions must be evaluated by Educational Credential Evaluators (ECE). Start your evaluation at ece.org. Choose the Course-by-Course evaluation and follow the steps required. PCC must receive the evaluation report before your file will be reviewed for final acceptance. If you graduated from a homeschool or nontraditional secondary education program, see the section for Homeschool Graduates (p. 28).

Prospective students should take the ACT, CLT, or the SAT. Non-English-speaking students are also required to take the Test of English as a Foreign Language (TOEFL). Have your TOEFL scores sent directly from the Educational Testing Service to the Director of Admissions as soon as possible. This is done automatically if you specify our college TOEFL number 5970 when you register for this test. Scores must be received before your file will be reviewed for final acceptance.

The expected minimum TOEFL score is as follows:

61 internet-based (15 per section)

15 per section paper-delivered

The applicant whose TOEFL composite score is below the standard may be considered for provisional acceptance by the Academic Admissions Committee. If accepted, the applicant will be admitted with a status of either Academic Watch or Academic Probation and will be required to take EN 110 Conversational English and meet weekly with an academic success coach to develop an ability to benefit from instruction at PCC. Students on Academic Probation will be limited to 12 credit hours.

## Transfer Students

1. Follow all steps under first-time student checklist.

2. Request each institution of higher education you have previously attended to send a complete transcript directly to

   Admissions Office
   P.O. Box 18000
   Pensacola, FL 32523-9160
   U.S.A.

3. After evaluating your transcript, the Records Office will notify you in writing of your evaluation results.

4. To ensure you receive evaluation results prior to the start of the semester, transcripts need to be received by June 15 for fall semester (December 1 for spring semester).

## Academy Boarding

The College accepts students in grades 11–12 who wish to attend Pensacola Christian Academy as boarding students (details, pp. 20, 41).

## Dual Enrollment

High school juniors or seniors may take one or two classes each semester online through PCC for dual high school and/or college credit. See Online Dual Enrollment Courses on p. 18 for cost. Because of the special nature of the Dual Enrollment program, applicants must satisfy the following:

1. Have at least 12 high school credits

2. High school GPA of at least 3.00*

3. One of the following minimum scores:*

   21 ACT composite
   70 CLT total
   1060 SAT total

For more information about the program, visit pcci.edu/dualenrollment.

## Early Admission

High school seniors may enroll in the College full time to satisfy high school graduation requirements and earn college credit toward a PCC baccalaureate degree. Because of the special nature of the Early Admission program, applicants must satisfy the following:

1. Be a United States citizen or a U.S. permanent resident cardholder

2. Have at least 18 high school credits, including Geometry (1 credit)

3. High school GPA of at least 3.00*

4. One of the following minimum scores:*

   21 ACT composite
   70 CLT total
   1060 SAT total

5. Be a full-time residence hall student

6. Submit all necessary applications, forms, and transcripts by July 1.

_____

*An applicant who falls below either of these standards may be considered for acceptance by the Academic Admissions Committee.

To ensure the desired major can be completed in four years, contact the Admissions Office prior to beginning the junior year of high school to determine what high school degree requirements should be completed prior to attending PCC.

### Special Admissions

Recognizing that not all students have educational backgrounds which fit the Application for Admission form, the College will consider, on an individual basis, applications for enrollment from students with nontraditional educational backgrounds.

In certain cases, a student who has not completed his secondary education may enroll and take individual courses. Such college credit would be validated upon completing work for a high school diploma or passing Tests of General Educational Development (GED).

### Student Standing

**Regular Students:** Students who satisfy entrance requirements and are informed of regular standing by the Director of Admissions are considered regular students. Students may be enrolled part time or full time but must work toward a degree.

**Provisional Students:** The administration will inform students in writing of the cause of their provisional standing. Applicants who do not completely satisfy academic entrance requirements may be placed on either Academic Watch or Academic Probation and be required to meet weekly with an academic success coach to help develop an ability to benefit from instruction at PCC. Students on Academic Probation will be limited to 12 credit hours. Students placed on provisional standing for disciplinary reasons may not hold any elected office, and participation in extracurricular activities is restricted.

**Postgraduate Special and Nondegree Students:** Students who already have a baccalaureate degree and desire additional undergraduate work may be classified as postgraduate special students.

Undergraduate students not working toward a degree will be classified according to number of credits and may enroll as nondegree students. Students classified as nondegree pay a $25 Academic Program Fee per semester or 3 payments of $8.33 (p. 19).

**Part-Time Students:** Students enrolled for fewer than 12 credit hours per semester are part-time students.

**Full-Time Students:** Students enrolled for 12 credit hours or more per semester are full-time students. Residence hall students must be classified as full-time students.

## ACADEMIC CREDIT POLICIES

### Credit Hour

One semester credit hour represents the equivalent of one hour of lecture or two hours of laboratory work each week. Class lecture or laboratory time combined with outside classwork or studying is expected to equal approximately

three hours per credit each week. An equivalent amount of work is required for studio work, practicums, internships, and classes that do not meet on the semester schedule.

## Transfer of Credit

It is the practice of Pensacola Christian College and other colleges and universities to accept or reject credits based on their own institutional criteria, regardless of whether or not that particular school transferring credit is accredited.

It is the policy of the College to consider for transfer credits earned at an approved or accredited college or university. Courses acceptable for transfer must be similar in content to those replaced in the chosen major at PCC. Courses which are not similar may be transferred as general electives, providing they meet all the college transfer-of-credit policies. Nursing and education courses will not be transferred toward a nursing or education program but may be transferred as general electives, providing they meet the college transfer-of-credit policies.

Courses previously taken at PCC may not be repeated at another college. Only those credits which carry a grade of at least "C-" or its equivalent may be transferred.

PCC does not count grade points earned at other colleges and universities toward the minimum final grade point average of 2.00 required for graduation.

If students transfer a number of hours in their major, they still must complete a minimum of 12 semester hours in that field as prescribed by the Registrar. At least 25 percent of the total credit hours required for the degree must be completed at PCC.

Transfer students in any classification may apply for admission, though rarely is a student able to transfer and complete degree requirements in one year.

Students who transfer credits from non-English-speaking countries are responsible to provide a certified translation of course descriptions. This certification may be made by (1) a commercial certifying organization or (2) an individual with appropriate credentials in the country where the student attended college.

PCC reserves the right to withhold recognition of credits received at any college or university that does not, in the opinion of the administration, meet reasonable academic standards.

## Credits from Bible Colleges

Credits from a Bible college are accepted on the same basis as credits earned from any other college or university. Credits from a Bible school or Bible institute which does not have recognized collegiate standing are accepted at PCC only after individual evaluation and/or validation under the direction of the College's Academic Committee.

Pensacola Christian College reserves the right to withhold recognition of credits received at any Bible college, Bible school, or Bible institute that does not, in the opinion of the administration, meet reasonable academic standards.

### Transient Credit

Current students may not take courses from other institutions without advance approval from the Registrar. When taken to meet graduation requirements, these courses must meet current transfer requirements and must not be a core course required for the student's major. Students should submit a Transient Form and course/institution information for approval. Students who fail to follow procedures for work completed elsewhere may forfeit recognition of credit for this work. Students may take a maximum of three courses from another institution each summer.

### Experience Credit

PCC does not grant credit for work or life experience, with the exception of physical education credit that may be granted for active military service.

### Credit for Military Service

One hour of physical education activity credit will be granted for each year of active military service up to two years. Discharge papers or the equivalent are required as evidence of eligibility and must be presented to the Records Office before the end of the student's first semester. Physical education majors or minors must take actual courses to complete their PE requirements.

### CLEP and AP Credit

Students may earn credit by taking College Level Examination Program (CLEP) or Advanced Placement Program (AP) examinations. CLEP results must be received before earning 100 credits unless prior approval is obtained from the Registrar before taking CLEP examinations. CLEP credit will not be granted for courses previously taken. Contact the Admissions Office for additional information.

### Online-Learning Credits

Online-learning credits from an approved or accredited school that fit the particular academic program at PCC may be acceptable in transfer as long as they meet course transfer requirements. Courses that are taken at another institution must be completed before beginning the semester at PCC. Approved coursework not completed before the beginning of a semester is included in the student's academic load for that semester.

## COURSE SCHEDULING

### Registration

To receive course credit, a student must meet all prerequisites and be registered for the course. Registration dates are listed on the Calendar of Events (p. 5).

Students registering late must pay a $50 late fee.

### Plan for Learning

Pensacola Christian College offers a yearly program of instruction in which two semesters are divided by a five-week Interterm beginning this year December 18 and ending January 23. Interterm may be used by students to simply enjoy as a vacation, seek employment, travel with a Proclaim ministry team or sports team, or earn credits on or away from campus. Students may attend classes on campus during Interterm (January 11–22) and earn two or three credits.

### Course Changes

**Additions:** During the drop/add period each semester, students may add a course to their schedule and register the change with the Records Office. A $10 change of course fee will be charged.

**On-Campus Drops:** To drop an on-campus course, a student must get approval from the Registrar. A $10 drop fee will be charged. The course grade is recorded as follows:

| | |
|---|---|
| Week 1 | No record on transcript |
| Weeks 2–9 | W—Withdrawn |
| Weeks 10–15 | WP—Withdrawn passing or |
| | WF—Withdrawn failing |

**Online-Learning Drops:** A student may drop an online-learning course by submitting a written request to the Online Learning Office. A $10 drop fee will be charged. Tuition, fees, and costs of textbooks are nonrefundable and nontransferable. The course grade is recorded as follows:

| | |
|---|---|
| Week 1 | No record on transcript |
| Week 2–week before terms ends | W—Withdrawn |
| Last week of term | WP—Withdrawn passing or |
| | WF—Withdrawn failing |

### Audits

Students wanting to take a class for personal benefit may audit a course with approval from the Registrar. Audited courses may not be changed to a credit basis after the course has started. Audited courses may not be taken a second time for credit.

Spouses of full-time married students may audit one course per semester (maximum 3 semester hours load) with no tuition charge. Applicable course fees must be paid. Enrollment is granted on a space-available basis after the regular college students have registered.

### Withdrawals

Students whose circumstances force them to withdraw from the College must have a withdrawal form properly executed by the Student Life Office. Course grades recorded for withdrawals, whether honorable (voluntary) or dishonorable, will follow the same policy as dropping a course.

### Course Cancellation

Any course with insufficient enrollment may be canceled.

### Irregular Scheduling

Pensacola Christian College cannot schedule courses for the convenience of individual students who cannot or who do not take courses in their regular sequence.

## ACADEMIC CLASSIFICATION

### Freshman
A freshman has satisfied entrance requirements and has completed fewer than 28 credit hours.

### Sophomore
A sophomore has completed at least 28 but fewer than 56 credit hours.

### Junior
A junior has completed at least 56 but fewer than 88 credit hours.

### Senior
A senior has completed at least 88 credit hours.

## ATTENDANCE

All students, regardless of classification, are expected to attend all scheduled classes.

Students missing more than a week of scheduled classes may lose one full letter grade; students missing more than two weeks receive an "F" for the course unless otherwise exempted by the administration.

## EXAMINATIONS

Students are expected to take all examinations on their assigned dates. If final examinations are missed, as a rule, they may not be taken later. However, if students gain both the teacher's and the Registrar's approval and pay the Late Exam Fee, they may make up an examination.

## GRADING SYSTEM

Final grades are issued at the end of each term. The following 4.00 grading system is for all students:

| Grade | | Grade Points Per Credit Hour |
|---|---|---|
| A | — Superior | 4 |
| B | — Above Average | 3 |
| C | — Average | 2 |
| D | — Passing | 1 |
| F | — Failing | 0 |

Students may determine their grade point average by dividing the total number of grade points earned by the total number of credit hours attempted. (Students who have taken a course more than once should see Repeating a Course.) A student must achieve a final grade point average of 2.00 (at least twice as many grade points as credit hours attempted) or higher for all courses attempted at PCC to satisfy the grade point requirement for graduation.

Other grade report and/or transcript codes are

| | | | | |
|---|---|---|---|---|
| I | — | Incomplete | P — | Passed |
| W | — | Withdrawn | AU — | Audit |
| WA | — | Withdrawn auditing | NG — | No grade |
| WF | — | Withdrawn failing | CR — | Credit |
| WP | — | Withdrawn passing | | |

All "Incompletes" must be made up before midterm of the following semester. Students have 60 days after the end of semester to report grade discrepancies to the Registrar.

## Scholastic Honors

Registrar's Office will publish the President's List of students achieving a grade point average of 3.90 or higher for the semester and will publish a Dean's List of those achieving a grade point average of 3.00 or higher for the semester. To qualify, students must be carrying a minimum of 12 credit hours and must not have any "Incompletes," "Ds," "Fs," or "WFs" for that semester.

## Graduation Honors

To qualify for academic honors, students must have earned at least a 3.50 grade point average for their entire academic record, have completed at least 60 hours at Pensacola Christian College, and have completed all graduation requirements for a four-year degree. The scholastic honors are as follows:

| Honor | Grade Point Average |
|---|---|
| Cum laude | 3.50–3.69 |
| Magna cum laude | 3.70–3.84 |
| Summa cum laude | 3.85–4.00 |

## Repeating a Course

A student may repeat courses he previously failed or courses in which he did not earn the minimum grade required for graduation or his major. All grades earned by a student become a part of his permanent record and will show on any transcript issued by the College; however, the highest earned grade of repeated courses is used in computing the grade point average, and the credit hours are counted only once. A student's grade point average will improve providing the repeated grade is higher than the previous grade. Students cannot repeat a course taken at PCC at another college.

No student may repeat a course more than twice. A student must secure the permission of the Registrar any time he repeats a course more than one time. Audited courses may not be taken a second time for credit.

## STUDENT ACADEMIC LOAD

A normal full-time undergraduate academic course load is 15–17 credit hours; a maximum load is 20 credit hours that includes any online learning work in which the student is currently enrolled. Student academic load limits are determined on the following basis:

| Category | Credit Limit |
|---|---|
| Academic Probation (see p. 37) | 12 |
| Academic Warning (see p. 37) | 14 |
| New Student (not on Academic Probation) | 17 |
| 2.00 GPA or above | 17 |
| 3.00 GPA or above | 18 |
| 4.00 GPA | 20 |

Students are not permitted to exceed their academic load limit without the Registrar's approval. See p. 19 for tuition amount for additional hours above 17 credits.

Students register for courses each semester according to the required course sequence for their chosen program of study. They should also consider their own ability to maintain a 2.00 grade point average while completing their program.

## SATISFACTORY ACADEMIC PROGRESS

To remain in good academic standing as they pursue their degree, students are expected to maintain a 2.00 cumulative grade point average on a 4-point scale based solely on coursework taken at Pensacola Christian College. Those who fall below this level are subject to the guidelines below. A student's academic progress will be reviewed by the Registrar following each term. Appeal to Academic Suspension or Dismissal may be made in writing to the Academic Vice President.

### Academic Warning
A student who falls below a 2.00 cumulative grade point average may be placed on Academic Warning. This status is *not* recorded on the student's permanent record. Students on Academic Warning will be required to take a zero-credit Academic Success Workshop to help them develop effective time-management skills, study habits, test-taking strategies, and other skills that contribute to general academic success. The student may register for a maximum load of 14 credit hours and will have two semesters to return to good academic standing.

### Academic Probation
A student with a semester grade point average of less than 1.00 may be placed on Academic Probation, even if the student's cumulative GPA remains above 2.00. In addition, a transfer student with less than a 2.00 grade point average from the previous institution or a student who remains on Academic Warning after two consecutive semesters may be placed on Academic Probation, which will be noted on the student's permanent record. The student will be permitted to register for a maximum load of 12 credit hours and will have two semesters to return to good academic standing. If the student returns to good academic standing, Academic Probation is removed, and this is recorded on the student's permanent record.

Highlighted text indicates a change from the official version of the Catalog.

### Academic Suspension

A student with a semester grade point average of less than 1.00 for two consecutive semesters may be subject to Academic Suspension for one semester. In addition, a student who remains on Academic Probation after two consecutive semesters may be subject to Academic Suspension for one semester, and this will be noted on the student's permanent record. After serving the suspension, a student who desires to return to Pensacola Christian College must submit a written request to the Re-enrollment Committee. If accepted, the Registrar will determine a plan to prepare the student for re-enrolling.

### Academic Dismissal

A student who returns from Academic Suspension may remain on Academic Probation and must achieve good academic standing by the end of the first semester after returning. The student who does not achieve a 2.00 cumulative grade point average at the end of the first semester back from Academic Suspension may be subject to Academic Dismissal, and this will be noted on the student's permanent record.

## TRANSCRIPT OF RECORDS

Students wanting a copy of their transcript must submit an official request through the College's website. Official paper copies are $5 per copy; unofficial electronic copies are $3 per request. The Records Office will not issue any transcripts of a student's record for any student whose account is not paid in full.

## PRIVACY POLICY

Although Pensacola Christian College does not accept state or federal financial aid, the institution voluntarily abides by the general guidelines of the Family Educational Rights and Privacy Act of 1974 (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) as they apply to the release of educational records. This privacy policy is extended to all enrolled students, whether taking courses on-site or through online learning.

## DIVISION OF GENERAL EDUCATION

The **Division of General Education** equips students to succeed academically and professionally by providing a core curriculum rooted in biblical studies, humanities, natural sciences, and performing arts. This curriculum provides students the facts and skills necessary to think critically and to communicate effectively.

The goals of this division are to prepare students with the ability to share the gospel of Christ with others; understand sound doctrine; recognize the historical events and literary works that have influenced Western civilization; recognize how society is influenced by worldview; communicate clearly and effectively in speaking and writing; develop an ability to analyze, evaluate, and synthesize ideas; and apply fundamental principles of mathematics and science to analyze and solve problems.

## General Education Requirements for Baccalaureate Degree

BI 101 New Testament Survey . . . . . . . . . .2
BI 102 New Testament Survey . . . . . . . . . .2
BI 201 Old Testament Survey  . . . . . . . . 2
BI 202 Old Testament Survey  . . . . . . . . .2
BI/BB Bible or Bible Background
Electives*. . . . . . . . . . . . . . . .4–6
CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . .2
CS/MA/SC Computer Science/Mathematics/
Science Elective . . . . . . . . . . . .3–4
EN 121 English Grammar/Composition I† . . . 3

EN 126 English Grammar/Composition II . . .3
EN 210 Introduction to Literature . . . . . . . . .3
HI 101 History of Civilization . . . . . . . . . . .3
HI 102 History of Civilization . . . . . . . . . . .3
MA Mathematics Elective† . . . . . . . . . . .3
SC Science Elective . . . . . . . . . . . . . . . .3
SP 101 Fundamentals of Speech . . . . . . . . . .3
Social Science Elective (see below). . .3

*At least 4 hours out of 6 hours of BI/BB electives must have a BI course number.
†Entry-level course determined by placement exam.

Courses listed below meet the Social Science requirement.

AR 227 History of Art
AR 228 History of Art
BA 300 Principles of Free-Market Economics
BA 303 Macroeconomics
BA 304 Microeconomics
CJ 201 Dynamics of Human Behavior
CJ 213 Juvenile Delinquency
ED 322 Educational Psychology
ED 413 Child Growth and Development
ED 415 Adolescent Growth and Development
EG 425 Engineering Economics and
Professional Issues
FN 216 Personal Finance
HI 211 World Geography

MI 403 Cultural Anthropology
MU 213 Appreciation of Fine Arts
MU 301 History of Music
PL 207 Political Science
PL 303 State and Local Government
PL 304 American Government
PR 306 Interpersonal Relationships
PR 411 Worldview and Ethics
PR 415 Marriage and Family Education
PS 211 Introduction to Psychology
PS 323 Developmental Psychology
SC 231 Sociology for Health Professionals

## Additional Requirements for Bachelor of Arts Degree

BL Biblical Languages Electives **or**
ML Modern Languages Electives . . . 6–12*

*Students whose major requires them to take a foreign language must take all credits in the same language. Music majors may *not* take Latin to satisfy their language requirements.

## General Education Requirements for Associate Degree

BI 101 New Testament Survey . . . . . . . . . . 2
BI 102 New Testament Survey . . . . . . . . . . 2
BI 201 Old Testament Survey. . . . . . . . . . . 2
BI 202 Old Testament Survey. . . . . . . . . . . 2
CS 101 Intro to Computer Applications . . 0–1

EN 121 English Grammar/Composition I† . . 3
EN 126 English Grammar/Composition II . . 3
MA Mathematics Elective† . . . . . . . . . . . 3
SP 101 Fundamentals of Speech . . . . . . . . . . 3
Social Science Course (prescribed). . . . 3

†Entry-level course determined by placement exam.

## GRADUATION REQUIREMENTS

All degree requirements are listed in the Catalog. Students will receive a plan of study during their first semester that lists courses to be completed for the declared major and minor, as well as any required elective courses and completed courses. A faculty advisor is assigned to assist the student in following the plan of study; however, the student bears the final responsibility in scheduling

Highlighted text indicates a change from the official version of the Catalog.

completion of the degree requirements for the chosen program of study. PCC cannot schedule courses for the convenience of individual students who cannot or who do not take courses in their regular sequence. Students may be subject to any changes in degree requirements if they do not attend consecutive semesters.

### Baccalaureate Degree

The Bachelor of Arts and Bachelor of Science degrees and the Bachelor of Science in Nursing degree are offered to students who satisfactorily complete a four-year course of study outlined under their major field of concentration. In addition, candidates for a baccalaureate degree must

1. complete at least 120 credit hours, including courses required for general education requirements (p. 39) and their degree (excludes credits from EN 099 and MA 099)
2. earn at least a 2.00 grade point average at Pensacola Christian College
3. receive at least a "C-" in all core courses required in their major field, EN 121 or 123, EN 126, and MA 121 (or higher MA course); in addition, a minimum grade of "B-" may be required in specified courses
4. complete at least 30 credits from Pensacola Christian College, including the last semester of the senior year (A student's final course must be taken from PCC.)
5. complete at least 8 credit hours of Bible courses from Pensacola Christian College (All full-time students must take a Bible course each semester unless a waiver is given.)
6. submit a Petition for Graduation to the Records Office by the end of the drop/add period of the semester of anticipated graduation
7. settle all financial obligations to the College
8. attend Commencement activities if enrolled the spring semester

### Associate of Science Degree

The Associate of Science degree is offered to students who satisfactorily complete one of the two-year courses of study outlined on pages 87–89 and 153–154. In addition, candidates for an associate degree must

1. complete at least 60 credit hours, including courses required for general education requirements (p. 39) and their degree (excludes credits from EN 099 and MA 099)
2. receive at least a "C-" in all core courses required in their major field, EN 121 or 123, EN 126, and MA 121 (or higher MA course)
3. complete at least 30 credits from Pensacola Christian College, including the last semester
4. complete requirements 2, 5, 6, 7, and 8 under Baccalaureate Degree

### Double Major

A student may graduate with a double major, subject to the following conditions:

1. There must be a minimum of 20 distinct credits between the two majors.
2. All catalog requirements listed for both majors must be satisfied.
3. The Petition for Graduation must show the name of both majors.

**Second Degree**

A student who has previously been granted a college-level degree may seek to earn a second degree in another major at Pensacola Christian College. There must be a minimum of 20 distinct credits between the two degrees. All catalog requirements for the second degree must be satisfied.

Credits from the original degree will be transferred according to the policies stated under Transfer of Credit (p. 32). A Petition for Graduation must be submitted and a graduation fee must be paid for the second degree to be granted. Ordinarily, earning a second degree requires more than one year of coursework. For further information, contact the Registrar.

## POSTGRADUATE

The master's degree programs are structured for teachers, administrators, business men and women, pastors, musicians, artists, and serious Bible scholars who wish to increase their usability in Christian service. In addition, doctoral programs in education and a Doctor of Ministry degree are offered. In each program, theory is firmly anchored to practice, and a positive, encouraging spirit is personified by all faculty. For further information, see Seminary and Graduate Studies (p. 236).

## COURSE NUMBERING

In general, 100-level courses should be taken in the student's first year, 200-level the second year, 300-level the third year, and 400-level the fourth year. A two-letter prefix indicates academic department (p. 183). Exceptions to this pattern must be authorized by the Registrar.

## PENSACOLA CHRISTIAN ACADEMY

PCC accepts students in grades 11–12 who wish to attend Pensacola Christian Academy as residence hall boarding students. These students live and eat with the college students and enjoy the best of two worlds: that of being an Academy student and enjoying many of the privileges of college life at the same time.

It should be noted, however, that Academy boarding students attend school approximately seven weeks more during the school year than do college students, and their charges for room and board reflect this fact. Academy residence hall students are required to attend Bible Conference. Twelfth graders are also required to participate in the senior trip. The fee for the senior trip is due at the beginning of second semester, and the student should check with the Business Office for the cost. For further information, please contact the Admissions Office.

# ACADEMIC
## PROGRAMS



## DIVISIONS AND DEPARTMENTS

Division of Biblical Studies  45

● Bible Department  46

Division of Professional Studies  71

● Business Department  72

● Education Department  90

Division of Visual and Performing Arts  112

● Visual Arts Department  113

● Performing Arts Department  118

Division of Arts and Sciences  127

● Engineering and Computer Science Department  128

● Humanities Department  141

● Natural Sciences Department  156

● Nursing Department  171

● Minors  177

## DEGREES OFFERED

Providing a good education is important at Pensacola Christian College. We concentrate on quality academics that are also practical. Though staying current with what is new, we never abandon the absolute Truth—God's Word. Our faculty is interested in you as a person: they listen, answer questions, and try to help you as you seek God's will for your life. State-of-the-art equipment enhances our lab and classroom experiences.

Check below for degrees or minors offered in your area of interest. Turn to pages shown for complete graduation requirements. Individual course descriptions begin on page 182.

### Seminary and Graduate Studies
Master's and doctoral degrees offered (p. 236).

| Areas of Study | Bachelor's Degree | | Associate Degree | Minor |
|---|---|---|---|---|
| Accounting | C | p. 74 | | p. 178 |
| Advertising/Public Relations | C | p. 75 | | p. 178 |
| Art | C | p. 116 | | p. 181 |
| Bible | M | p. 47 | | p. 178 |
| Bible, General Studies | E | p. 68 | | |
| Bible, Pastoral Ministries | C | p. 47 | | |
| Biblical Languages | | | | p. 178 |
| Biology | C | p. 160 | | p. 178 |
| Biology, Cell and Molecular | C | p. 161 | | |
| Biology Education | C | p. 101 | | |
| Business | M | p. 73 | | |
| Business Management | C | p. 78 | | p. 179 |
| Business Technology | | | | p. 178 |
| Cell and Molecular Biology | C | p. 161 | | |
| Chemistry | C | p. 163 | | p. 178 |
| Computer Science | C | p. 130 | | p. 178 |
| Computing | M | p. 129 | | |
| Criminal Justice | M | p. 152 | p. 153 | p. 178 |
| Cybersecurity | C | p. 132 | | |
| Digital Media | | | | p. 178 |
| e-Business Management | | | | p. 178 |
| Early Childhood | C | p. 94 | | |
| Education | | | | p. 179 |
| Electrical Engineering | C | p. 138 | | |
| Elementary Education | M | p. 92 | | |
| Engineering | M | p. 136 | | |
| English | M | p. 142 | | p. 179 |
| English Education | C | p. 102 | | |

Legend: **M**—Major,  **C**—Major Concentration,  **E**—Major Emphasis

| Areas of Study | Bachelor's Degree | | Associate Degree | Minor |
|---|---|---|---|---|
| Evangelism Emphasis, Pastoral Ministries | E | p. 48 | | |
| Finance | C | p. 77 | | p. 179 |
| Graphic Design | C | p. 114 | | p. 179 |
| History | M | p. 145 | | p. 179 |
| History Education | C | p. 103 | | |
| Humanities | M | p. 149 | | |
| Information Technology | C | p. 134 | | |
| Interdisciplinary Studies | M | p. 155 | | |
| Management | C | p. 78 | | p. 179 |
| Marketing | C | p. 80 | | p. 179 |
| Mathematics | M | p. 157 | | p. 179 |
| Mathematics Education | C | p. 105 | | |
| Mechanical Engineering | C | p. 139 | | |
| Medical Office Administration | C | p. 85 | | |
| Medical Office Systems | | | p. 88 | |
| Missions | C | p. 61 | | p. 179 |
| Music | M | p. 119 | | p. 180 |
| Music Education | M | p. 95 | | |
| Music Ministries | C | p. 65 | | p. 180 |
| Nursing | M | p. 172 | | |
| Office Administration | C | p. 83 | | p. 180 |
| Office Systems | | | p. 87 | |
| Pastoral Ministries | C | p. 47 | | |
| Performance Studies | M | p. 124 | | p. 180 |
| Physical Education | C | p. 106 | | p. 180 |
| Political Science | C | p. 147 | | p. 180 |
| Pre-Law | E | p. 150 | | |
| Pre-Medicine | E | p. 165 | | |
| Pre-Pharmacy | E | p. 167 | | |
| Pre-Physical Therapy | E | p. 169 | | |
| Professional Writing | C | p. 144 | | |
| Sciences, Natural | M | p. 159 | | |
| Science Education | C | p. 108 | | |
| Secondary Education | M | p. 100 | | |
| Spanish | | | | p. 181 |
| Speech Education | C | p. 109 | | |
| Sport Management | C | p. 81 | | |
| Studio Art | C | p. 116 | | p. 181 |
| Visual Arts | M | p. 114 | | |
| Web Development | | | | p. 181 |
| Writing | C | p. 144 | | p. 181 |
| Youth Ministries | C | p. 50 | | |

**Legend: M—Major, C—Major Concentration, E—Major Emphasis**

## Division of
# BIBLICAL STUDIES

**THE PURPOSE OF THIS DIVISION** is to prepare Christian servant-leaders with a knowledge of the Bible, to develop their discernment to rightly divide the Word of Truth, and to equip them to take the gospel of Christ to the world.

---

This division comprises the **Bible department**, which offers undergraduate Bible degrees along with graduate degrees offered under the auspices of Pensacola Theological Seminary.

- Bible Department  46–70
- Pensacola Theological Seminary
  *(See Seminary & Graduate Studies Catalog.)*



**Dr. Dan Rushing**
**Dean of Biblical Studies**

# BIBLE DEPARTMENT

*Division of*
**Biblical Studies**



## UNDERGRADUATE DEGREES

*Bachelor of Arts*

**Bible Major  47**

General Studies Emphasis  68

Concentrations:

Missions  61

Music Ministries  65

Pastoral Ministries  47

Youth Ministries  50

*with Emphasis options:*

*Church Music*  51

*Digital Media*  53

*Education*  55

*Physical Education*  57

*Speech*  59

*Minors*  178–180

Bible, Biblical Languages,
Missions, Music Ministries

---

### GRADUATE CERTIFICATES AND DEGREES OFFERED BY PENSACOLA THEOLOGICAL SEMINARY

*(See Seminary & Graduate Studies Catalog.)*

*Graduate Certificates*

Biblical Studies

New Testament Studies

Old Testament Studies

Pastoral Ministries

Theological Studies

*Master of Arts*

Bible Exposition

Biblical Languages

*Master of Church Music*

*Master of Ministry*

*Master of Divinity*

*Doctor of Ministry*

**Dr. Jody Wolf,** Chair

The **Bible department** has a fourfold purpose for every student: (1) provide a firm foundation for teaching spiritual truths; (2) provide training in practical application of the student's knowledge of the Word of God; (3) give the student a proper understanding of and appreciation for the Scriptures as the inerrant, infallible, and authoritative Word of God; and (4) give the student a proper understanding of himself in relation to Almighty God as a redeemed sinner who has become a son with a servant's heart. Therefore, all students take Bible courses as a part of their general requirements.

## BIBLE MAJOR

**The purpose of the Bible major** is for students to know and cherish God and His Word and to learn principles and methods for practical Christian living, building a knowledgeable foundation in the Scriptures.

**Learning Outcomes:** Graduates of the Bible program will be able to

- demonstrate thorough knowledge of the content and themes of the Word of God,
- defend sound doctrine,
- evaluate current issues in light of biblical teaching,
- develop a biblical philosophy of ministry, and
- present biblical truth correctly and clearly.

*(Additional learning outcomes are listed for each concentration/emphasis.)*

### Academic Requirements

All Bible majors earning a Bachelor of Arts degree must pass the Bible Comprehensive Exam during their final semester. Students who fail to achieve the established score on the exam will be given the opportunity to take BI 490 Bible Comprehensive Review during Interterm or Post-term and will be required to pass this course to graduate with a Bible major.

## PASTORAL MINISTRIES CONCENTRATION

*Bachelor of Arts Degree,*
*Bible Major*

**The purpose of the pastoral ministries concentration** is to prepare young men for the pastorate.

**Additional Learning Outcomes:** Graduates of the pastoral ministries concentration will also be able to

- demonstrate skills necessary for effective local church leadership and
- develop expository sermons.

**PASTORAL MINISTRIES CONCENTRATION cont.**



The pastoral ministries concentration trains young men preparing for the pastorate. The student is taught first and foremost a love and respect for the Bible and how to rightly divide the Word of Truth. Academic teaching is integrated with spiritual application. Principles taught in the classroom are reinforced by example in the ministry of Campus Church and by experience through weekly Christian service activities such as youth work, visitation, hospital and prison ministries, and personal soul-winning.

Each year Bible-believing pastors and evangelists are invited to speak in College chapel and Ministerial Seminar. Students are privileged to hear some of the greatest preachers in America and learn from those who are "doing the job" and are "in the battle." Bible cannot be claimed as a minor.

### Ministerial Seminar
Pastoral ministries students are required to complete eight semesters of Ministerial Seminar, including their last four semesters.

### Pastoral Internship Program
PCC provides its ministerial students with "hands-on experience" through a well-designed Pastoral Internship program. Students spend a summer working under the leadership of a seasoned pastor and participate in every facet of a local church ministry including visitation, preaching, and teaching. "Training the next generation of preachers" is more than a motto; at Pensacola Christian College, it is an everyday reality.

### Evangelism Emphasis
Pastoral ministries students may complete an evangelism emphasis by earning credit for EE 330 Teaching Bible and PR 341, 342 Evangelism Practicum.

### Academic Program Fee
$10 per semester or 3 payments of $3.33 (p. 19)

## *PASTORAL MINISTRIES CONCENTRATION*
### Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|---|---|---|

| | | |
|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | BI 102 New Testament Survey . . . . . . . . . . 2 |
| EN 121 English Grammar/Composition I. . . . 3 | BI/BB/BL Bible Elective . . . . . . . . . . . . . . 2 |
| HI 101 History of Civilization . . . . . . . . . . 3 | EN 126 English Grammar/Composition II . . . 3 |
| MA Mathematics Elective . . . . . . . . . . . 3 | HI 102 History of Civilization . . . . . . . . . . 3 |
| PR 101 Ministerial Seminar . . . . . . . . . . . . . 1 | PR 102 Ministerial Seminar . . . . . . . . . . . . . 1 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | PR 240 Evangelism and Discipleship . . . . . . 2 |
| | PR 204 Bible and Practical Ministry[1] . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14** |

| | **SOPHOMORE** | |
|---|---|---|

| | | |
|---|---|---|
| BI 201 Old Testament Survey. . . . . . . . . . . 2 | BI 202 Old Testament Survey. . . . . . . . . . . 2 |
| BL 101 Elementary Greek. . . . . . . . . . . . . . 4 | BI 233 Life of David . . . . . . . . . . . . . . . . . 2 |
| CS/MA/SC Computer Science/Mathematics/ | BL 102 Elementary Greek. . . . . . . . . . . . . . 4 |
| Science Elective . . . . . . . . . . . . . 3 | PR 202 Ministerial Seminar . . . . . . . . . . . . . 1 |
| EN 210 Introduction to Literature. . . . . . . . 3 | SP 250 Public Speaking . . . . . . . . . . . . . . . 3 |
| PR 201 Ministerial Seminar . . . . . . . . . . . . . 1 | Minor or Elective . . . . . . . . . . . . . . 3 |
| SP 201 Voice and Diction . . . . . . . . . . . . . . 2 | PR 304 Bible and Practical Ministry[1] . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** |

| | **JUNIOR** | |
|---|---|---|

| | | |
|---|---|---|
| BI 303 Hebrew History I . . . . . . . . . . . . . . 2 | BI 304 Hebrew History II . . . . . . . . . . . . . 2 |
| BI 320 Isaiah . . . . . . . . . . . . . . . . . . . . . . 2 | BI 312 Romans . . . . . . . . . . . . . . . . . . . . . . 2 |
| BI 321 Bible Doctrines. . . . . . . . . . . . . . . . 2 | BI 317 Galatians and the Prison Epistles . . . . 2 |
| CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . 2 | BI 322 Bible Doctrines. . . . . . . . . . . . . . . . 2 |
| PR 214 Church Organization and | BI/BB/BL Bible Elective . . . . . . . . . . . . . . 2 |
| Administration. . . . . . . . . . . . . . . 2 | MI 412 Church Planting Seminar . . . . . . . . . 1 |
| PR 301 Ministerial Seminar . . . . . . . . . . . . . 1 | PR 302 Ministerial Seminar . . . . . . . . . . . . . 1 |
| PR 315 Homiletics I . . . . . . . . . . . . . . . . . . 2 | PR 316 Homiletics II . . . . . . . . . . . . . . . . . . 2 |
| PR 327 Church Ministries Internship . . . . . . 1 | PR 328 Church Ministries Internship . . . . . . 1 |
| | PR 404 Bible and Practical Ministry[1,2]. . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** |

| | **SENIOR** | |
|---|---|---|

| | | |
|---|---|---|
| BB 411 Church History I . . . . . . . . . . . . . . 2 | BB 412 Church History II . . . . . . . . . . . . . . 2 |
| BI 319 I and II Timothy and Titus . . . . . . . 2 | BI 314 Genesis. . . . . . . . . . . . . . . . . . . . . . 3 |
| BI 414 Revelation . . . . . . . . . . . . . . . . . . . 2 | BI/BB/BL Bible Elective . . . . . . . . . . . . . . 2 |
| BI 416 Hebrews and James . . . . . . . . . . . . 2 | PR 312 Youth Ministry . . . . . . . . . . . . . . . 2 |
| BI/BB/BL Bible Elective . . . . . . . . . . . . . . 2 | PR 314 Church Business . . . . . . . . . . . . . . . 1 |
| PR 320 Baptist Polity . . . . . . . . . . . . . . . . . 1 | PR 362 Introduction to Biblical |
| PR 401 Ministerial Seminar . . . . . . . . . . . . . 1 | Counseling . . . . . . . . . . . . . . . . . 1 |
| SC Science Elective . . . . . . . . . . . . . . . 3 | PR 402 Ministerial Seminar . . . . . . . . . . . . . 1 |
| | PR 415 Marriage and Family Education . . . . 3 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15** |

[1]Taken during summer. (See p. 18 for additional cost.)
[2]MI 207 may replace PR 404.

——————— **YOUTH MINISTRIES CONCENTRATION** ———————

*Bachelor of Arts Degree,*
*Bible Major*

**The purpose of the youth ministries concentration** is to prepare Christians for effective work with youth.

**Additional Learning Outcome:** Graduates of the youth ministries concentration will also be able to demonstrate skills necessary for effective youth ministry.

There is a great need in the world today for Christian workers who can teach the Bible effectively to youth. Youth ministries students have "hands-on" experience working with the large youth group at Campus Church or other local Bible-believing churches. Students must complete an emphasis in church music, digital media, education, physical education, or speech.

### Ministerial Seminar
Ministerial students are required to complete seven semesters of Ministerial Seminar, including their last four semesters.

### Academic Program Fee
$10 per semester or 3 payments of $3.33 (speech emphasis is $20 per semester or 3 payments of $6.67; digital media emphasis is $80 per semester or 3 payments of $26.67). Students taking music lessons or group instruction pay appropriate music course fees (pp. 19–20).

### Church Music Emphasis (Recommended Course Sequence, pp. 51–52)
Students must demonstrate ability in one area of applied music and take one-half hour instruction in this area for four semesters (voice, keyboard, organ, or one of the standard band or orchestral instruments). Previous voice training is not required of voice students. Organ lessons require at least three years of piano background. A platform and recital are not required.

### Digital Media Emphasis (Recommended Course Sequence, pp. 53–54)
**Technology Requirements:** Students enrolled in 300- or 400-level art courses are required to own a personal laptop for use in class. An *Adobe Creative Cloud* subscription is also required. Laptop specifications must meet minimum *Adobe Creative Cloud* system requirements.

### Education Emphasis (Recommended Course Sequence, pp. 55–56)

### Physical Education Emphasis (Recommended Course Sequence, pp. 57–58)
**Extracurricular Activity Requirement:** Students in this emphasis must participate in several semesters of intercollegiate or intramural sports or an approved alternative.

**Fitness Test:** Students in this emphasis must pass the Physical Fitness Test or take PE 283/273 Physical Fitness (minimum grade of "C-" required).

### Speech Emphasis (Recommended Course Sequence, pp. 59–60)
To continue in speech emphasis, students must successfully complete a sophomore speech platform and enroll in SP 999 Speech Repertoire when taking private lessons. A recital is not required.

## *YOUTH MINISTRIES CONCENTRATION— CHURCH MUSIC EMPHASIS*
### (MINISTERIAL)
### Recommended Course Sequence

FALL **FRESHMAN** SPRING

| | | |
|---|---|---|
| BI 101 New Testament Survey | 2 | |
| EN 121 English Grammar/Composition I | 3 | |
| HI 101 History of Civilization | 3 | |
| MA Mathematics Elective | 3 | |
| PR 101 Ministerial Seminar | 1 | |
| SP 101 Fundamentals of Speech | 3 | |
| **Total Hours** | **15** | |

| | |
|---|---|
| BI 102 New Testament Survey | 2 |
| BI 233 Life of David | 2 |
| EN 126 English Grammar/Composition II | 3 |
| HI 102 History of Civilization | 3 |
| PR 102 Ministerial Seminar | 1 |
| PR 240 Evangelism and Discipleship | 2 |
| PR 204 Bible and Practical Ministry[1] | 1 |
| **Total Hours** | **14** |

**SOPHOMORE**

| | |
|---|---|
| BI 201 Old Testament Survey | 2 |
| BL 101 Elementary Greek | 4 |
| MU 100 Foundations of Church Music | 4 |
| PR 201 Ministerial Seminar | 1 |
| SC Science Elective | 3 |
| SP 201 Voice and Diction | 2 |
| **Total Hours** | **16** |

| | |
|---|---|
| BI 202 Old Testament Survey | 2 |
| BI 312 Romans | 2 |
| BL 102 Elementary Greek | 4 |
| EE 330 Teaching Bible | 2 |
| EN 210 Introduction to Literature | 3 |
| PR 312 Youth Ministry | 2 |
| PR 304 Bible and Practical Ministry[1] | 1 |
| **Total Hours** | **16** |

**JUNIOR**

| | |
|---|---|
| BI 321 Bible Doctrines | 2 |
| CR 370 Origins | 2 |
| CS/MA/SC Computer Science/Mathematics/ Science Elective | 3 |
| MU 226 Choral Methods | 2 |
| PR 202 Ministerial Seminar | 1 |
| PR 315 Homiletics I | 2 |
| PR 327 Church Ministries Internship | 1 |
| PR 420 Youth Ministries Practicum | 2 |
| Applied Music[2, 3, 4] | 1 |
| **Total Hours** | **16** |

| | |
|---|---|
| BI 314 Genesis | 3 |
| BI 322 Bible Doctrines | 2 |
| MI 412 Church Planting Seminar | 1 |
| PR 301 Ministerial Seminar | 1 |
| PR 316 Homiletics II | 2 |
| PR 328 Church Ministries Internship | 1 |
| PR 415 Marriage and Family Education | 3 |
| Applied Music[2, 3, 4] | 1 |
| PR 404 Bible and Practical Ministry[1, 5] | 1 |
| **Total Hours** | **15** |

**SENIOR**

| | |
|---|---|
| BB 411 Church History I | 2 |
| BI 303 Hebrew History I | 2 |
| BI 320 Isaiah | 2 |
| CC 131 College Choir[6] | 1 |
| MU 402 Church Music Philosophy and Administration | 2 |
| PR 302 Ministerial Seminar | 1 |
| PR 306 Interpersonal Relationships | 3 |
| PR 320 Baptist Polity | 1 |
| Applied Music[2, 3, 4] | 1 |
| **Total Hours** | **15** |

| | |
|---|---|
| BB 412 Church History II | 2 |
| BI 304 Hebrew History II | 2 |
| BI 317 Galatians and the Prison Epistles | 2 |
| BI 319 I and II Timothy and Titus | 2 |
| BI 414 Revelation | 2 |
| BI 416 Hebrews and James | 2 |
| CC 132 College Choir[6] | 1 |
| PR 362 Introduction to Biblical Counseling | 1 |
| PR 401 Ministerial Seminar | 1 |
| Applied Music[2, 3, 4] | 1 |
| **Total Hours** | **16** |

[1] Taken during summer. (See p. 18 for additional cost.)
[2] Instrumental emphasis—four half-hour private lessons.
[3] Keyboard emphasis—MU 105–106 and two half-hour private lessons.
[4] Vocal emphasis—MU 121–222.
[5] MI 207 may replace PR 404.
[6] Instrumental emphasis takes Orchestra.

## *YOUTH MINISTRIES CONCENTRATION—CHURCH MUSIC EMPHASIS*
### *(NONMINISTERIAL)*
### Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|---|---|---|

| | | |
|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 |
| EN 121 English Grammar/Composition I . . . 3 | | BI 233 Life of David . . . . . . . . . . . . . . . . . 2 |
| HI 101 History of Civilization . . . . . . . . . . 3 | | BI/BB/BL Bible Elective . . . . . . . . . . . . . . . 2 |
| MA Mathematics Elective . . . . . . . . . . . 3 | | EN 126 English Grammar/Composition II . . 3 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | | HI 102 History of Civilization . . . . . . . . . . 3 |
| | | PR 240 Evangelism and Discipleship . . . . . . 2 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** |

| **SOPHOMORE** |
|---|

| | | |
|---|---|---|
| BI 201 Old Testament Survey . . . . . . . . . . . 2 | | BI 202 Old Testament Survey . . . . . . . . . . . 2 |
| BL 101 Elementary Greek . . . . . . . . . . . . . . 4 | | BI/BB/BL Bible Electives . . . . . . . . . . . . . . 4 |
| MU 100 Foundations of Church Music . . . . . 2 | | BL 102 Elementary Greek . . . . . . . . . . . . . . 4 |
| SC Science Elective . . . . . . . . . . . . . . . 3 | | EN 210 Introduction to Literature . . . . . . . . 3 |
| SP 201 Voice and Diction . . . . . . . . . . . . . . 2 | | PR 312 Youth Ministry . . . . . . . . . . . . . . . . 2 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

| **JUNIOR** |
|---|

| | | |
|---|---|---|
| BI 312 Romans . . . . . . . . . . . . . . . . . . . . . . 2 | | BI 314 Genesis . . . . . . . . . . . . . . . . . . . . . . 3 |
| BI 320 Isaiah . . . . . . . . . . . . . . . . . . . . . . . 2 | | BI 319 I and II Timothy and Titus . . . . . . . 2 |
| BI 321 Bible Doctrines . . . . . . . . . . . . . . . . 2 | | BI 322 Bible Doctrines . . . . . . . . . . . . . . . . 2 |
| BI/BB/BL Bible Elective . . . . . . . . . . . . . . . 2 | | BI 416 Hebrews and James . . . . . . . . . . . . . 2 |
| CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . 2 | | PR 415 Marriage and Family Education . . . . 3 |
| MU 226 Choral Methods . . . . . . . . . . . . . . . 2 | | SP 207 Storytelling . . . . . . . . . . . . . . . . . . . 2 |
| PR 420 Youth Ministries Practicum . . . . . . . 2 | | Applied Music[1, 2, 3] . . . . . . . . . . . . . . 1 |
| Applied Music[1, 2, 3] . . . . . . . . . . . . . . 1 | | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

| **SENIOR** |
|---|

| | | |
|---|---|---|
| BB 411 Church History I . . . . . . . . . . . . . . . 2 | | BB 412 Church History II . . . . . . . . . . . . . . 2 |
| BI 303 Hebrew History I . . . . . . . . . . . . . . . 2 | | BI 304 Hebrew History II . . . . . . . . . . . . . . 2 |
| BI/BB/BL Bible Elective . . . . . . . . . . . . . . . 2 | | BI 317 Galatians and the Prison Epistles . . . 2 |
| CC 131 College Choir[4] . . . . . . . . . . . . . . . . 1 | | BI 414 Revelation . . . . . . . . . . . . . . . . . . . . 2 |
| EE 330 Teaching Bible . . . . . . . . . . . . . . . . 2 | | CC 132 College Choir[4] . . . . . . . . . . . . . . . . 1 |
| MU 402 Church Music Philosophy and | | CS/MA/SC Computer Science/Mathematics/ |
| Administration . . . . . . . . . . . . . . 2 | | Science Elective . . . . . . . . . . . . . 3 |
| PR 306 Interpersonal Relationships . . . . . . . 3 | | ED 430 Instructional Methods . . . . . . . . . . 2 |
| Applied Music[1, 2, 3] . . . . . . . . . . . . . . 1 | | PR 362 Introduction to Biblical |
| Elective . . . . . . . . . . . . . . . . . . . . 1 | | Counseling . . . . . . . . . . . . . . . . . 1 |
| | | Applied Music[1, 2, 3] . . . . . . . . . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

[1] Instrumental emphasis—four half-hour private lessons.
[2] Keyboard emphasis—MU 105–106 and two half-hour private lessons.
[3] Vocal emphasis—MU 121–222.
[4] Instrumental emphasis takes Orchestra.

*YOUTH MINISTRIES CONCENTRATION—DIGITAL MEDIA EMPHASIS*
(MINISTERIAL)
## Recommended Course Sequence

| FALL | | **FRESHMAN** | SPRING |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BI 101 | New Testament Survey . . . . . . . . . . 2 | | AR 120 | Digital Typography . . . . . . . . . . . . . 3 |
| EN 121 | English Grammar/Composition I . . . 3 | | BI 102 | New Testament Survey . . . . . . . . . . 2 |
| HI 101 | History of Civilization . . . . . . . . . . 3 | | EN 126 | English Grammar/Composition II . . 3 |
| MA | Mathematics Elective . . . . . . . . . . 3 | | HI 102 | History of Civilization . . . . . . . . . . 3 |
| PR 101 | Ministerial Seminar . . . . . . . . . . . . . 1 | | PR 102 | Ministerial Seminar . . . . . . . . . . . . . 1 |
| SP 101 | Fundamentals of Speech . . . . . . . . . 3 | | PR 240 | Evangelism and Discipleship . . . . . . 2 |
| | | | PR 204 | Bible and Practical Ministry[1] . . . . . . 1 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

| | | **SOPHOMORE** | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| AR 241 | Introduction to the Mass Media . . . . 3 | | AR 220 | Digital Graphics . . . . . . . . . . . . . . . 3 |
| BI 201 | Old Testament Survey . . . . . . . . . . . 2 | | BI 202 | Old Testament Survey . . . . . . . . . . . 2 |
| BI 233 | Life of David . . . . . . . . . . . . . . . . . 2 | | BL 102 | Elementary Greek . . . . . . . . . . . . . . 4 |
| BL 101 | Elementary Greek . . . . . . . . . . . . . . 4 | | EN 210 | Introduction to Literature . . . . . . . . 3 |
| EE 330 | Teaching Bible . . . . . . . . . . . . . . . . 2 | | PR 312 | Youth Ministry . . . . . . . . . . . . . . . . 2 |
| PR 201 | Ministerial Seminar . . . . . . . . . . . . . 1 | | PR 304 | Bible and Practical Ministry[1] . . . . . . 1 |
| SP 201 | Voice and Diction . . . . . . . . . . . . . . 2 | | | |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

| | | **JUNIOR** | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| AR 323 | Principles of Digital Multimedia | | AR 364 | Media Studio Production . . . . . . . . . 3 |
| | Technology . . . . . . . . . . . . . . . 3 | | BI 314 | Genesis . . . . . . . . . . . . . . . . . . . . . . 3 |
| BI 320 | Isaiah . . . . . . . . . . . . . . . . . . . . . . . 2 | | BI 317 | Galatians and the Prison Epistles . . . . 2 |
| BI 321 | Bible Doctrines . . . . . . . . . . . . . . . . 2 | | BI 322 | Bible Doctrines . . . . . . . . . . . . . . . . 2 |
| PR 202 | Ministerial Seminar . . . . . . . . . . . . . 1 | | MI 412 | Church Planting Seminar . . . . . . . . . 1 |
| PR 315 | Homiletics I . . . . . . . . . . . . . . . . . . 2 | | PR 301 | Ministerial Seminar . . . . . . . . . . . . . 1 |
| PR 327 | Church Ministries Internship . . . . . . 1 | | PR 316 | Homiletics II . . . . . . . . . . . . . . . . . . 2 |
| PR 420 | Youth Ministries Practicum  . . . . . . 2 | | PR 328 | Church Ministries Internship . . . . . . 1 |
| SC | Science Elective . . . . . . . . . . . . . . . 3 | | PR 404 | Bible and Practical Ministry[1, 2] . . . . . . 1 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

| | | **SENIOR** | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BB 411 | Church History I . . . . . . . . . . . . . . . 2 | | BB 412 | Church History II . . . . . . . . . . . . . . 2 |
| BI 303 | Hebrew History I . . . . . . . . . . . . . . . 2 | | BI 304 | Hebrew History II . . . . . . . . . . . . . . 2 |
| BI 312 | Romans . . . . . . . . . . . . . . . . . . . . . . 2 | | BI 414 | Revelation . . . . . . . . . . . . . . . . . . . . 2 |
| BI 319 | I and II Timothy and Titus . . . . . . . . 2 | | BI 416 | Hebrews and James . . . . . . . . . . . . . 2 |
| CR 370 | Origins . . . . . . . . . . . . . . . . . . . . . . 2 | | PR 306 | Interpersonal Relationships . . . . . . . . 3 |
| CS 211 | Introduction to Web Design . . . . . . . 3 | | PR 362 | Introduction to Biblical |
| PR 302 | Ministerial Seminar . . . . . . . . . . . . . 1 | | | Counseling . . . . . . . . . . . . . . . . 1 |
| PR 320 | Baptist Polity . . . . . . . . . . . . . . . . . 1 | | PR 401 | Ministerial Seminar . . . . . . . . . . . . . 1 |
| | | | PR 415 | Marriage and Family Education  . . . . 3 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

[1]Taken during summer. (See p. 18 for additional cost.)
[2]MI 207 may replace PR 404.

## *YOUTH MINISTRIES CONCENTRATION—DIGITAL MEDIA EMPHASIS*
### *(NONMINISTERIAL)*
### Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|---|---|---|

FALL — **FRESHMAN**

| | | | |
|---|---|---|---|
| BI | 101 | New Testament Survey | 2 |
| EN | 121 | English Grammar/Composition I | 3 |
| HI | 101 | History of Civilization | 3 |
| MA | | Mathematics Elective | 3 |
| SP | 101 | Fundamentals of Speech | 3 |
| | | **Total Hours** | **14** |

SPRING

| | | | |
|---|---|---|---|
| AR | 120 | Digital Typography | 3 |
| BI | 102 | New Testament Survey | 2 |
| BI/BB/BL | | Bible Elective | 2 |
| EN | 126 | English Grammar/Composition II | 3 |
| HI | 102 | History of Civilization | 3 |
| PR | 240 | Evangelism and Discipleship | 2 |
| | | **Total Hours** | **15** |

**SOPHOMORE**

| | | | |
|---|---|---|---|
| AR | 241 | Introduction to the Mass Media | 3 |
| BI | 201 | Old Testament Survey | 2 |
| BI | 233 | Life of David | 2 |
| BL | 101 | Elementary Greek | 4 |
| SC | | Science Elective | 3 |
| SP | 201 | Voice and Diction | 2 |
| | | **Total Hours** | **16** |

| | | | |
|---|---|---|---|
| AR | 220 | Digital Graphics | 3 |
| BI | 202 | Old Testament Survey | 2 |
| BI/BB/BL | | Bible Elective | 2 |
| BL | 102 | Elementary Greek | 4 |
| EN | 210 | Introduction to Literature | 3 |
| PR | 312 | Youth Ministry | 2 |
| | | **Total Hours** | **16** |

**JUNIOR**

| | | | |
|---|---|---|---|
| AR | 323 | Principles of Digital Multimedia Technology | 3 |
| BI | 312 | Romans | 2 |
| BI | 320 | Isaiah | 2 |
| BI | 321 | Bible Doctrines | 2 |
| BI/BB/BL | | Bible Elective | 2 |
| EE | 330 | Teaching Bible | 2 |
| PR | 420 | Youth Ministries Practicum | 2 |
| | | **Total Hours** | **15** |

| | | | |
|---|---|---|---|
| AR | 364 | Media Studio Production | 3 |
| BI | 314 | Genesis | 3 |
| BI | 317 | Galatians and the Prison Epistles | 2 |
| BI | 322 | Bible Doctrines | 2 |
| BI/BB/BL | | Bible Elective | 2 |
| PR | 306 | Interpersonal Relationships | 3 |
| | | **Total Hours** | **15** |

**SENIOR**

| | | | |
|---|---|---|---|
| BB | 411 | Church History I | 2 |
| BI | 303 | Hebrew History I | 2 |
| BI | 319 | I and II Timothy and Titus | 2 |
| CR | 370 | Origins | 2 |
| CS | 211 | Introduction to Web Design | 3 |
| SP | 207 | Storytelling | 2 |
| | | **Total Hours** | **13** |

| | | | |
|---|---|---|---|
| BB | 412 | Church History II | 2 |
| BI | 304 | Hebrew History II | 2 |
| BI | 414 | Revelation | 2 |
| BI | 416 | Hebrews and James | 2 |
| BI/BB/BL | | Bible Elective | 2 |
| ED | 430 | Instructional Methods | 2 |
| PR | 362 | Introduction to Biblical Counseling | 1 |
| PR | 415 | Marriage and Family Education | 3 |
| | | **Total Hours** | **16** |

## *YOUTH MINISTRIES CONCENTRATION—EDUCATION EMPHASIS*
### (MINISTERIAL)
### Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|------|--------------|--------|

| | | |
|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 |
| EN 121 English Grammar/Composition I . . . . 3 | | BI 233 Life of David . . . . . . . . . . . . . . . . . . 2 |
| HI 101 History of Civilization . . . . . . . . . . . 3 | | EN 126 English Grammar/Composition II . . . 3 |
| MA Mathematics Elective . . . . . . . . . . 3 | | HI 102 History of Civilization . . . . . . . . . . . 3 |
| PR 101 Ministerial Seminar . . . . . . . . . . . . 1 | | PR 102 Ministerial Seminar . . . . . . . . . . . . 1 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | | PR 240 Evangelism and Discipleship . . . . . . 2 |
| | | PR 204 Bible and Practical Ministry[1] . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14** |

| | **SOPHOMORE** | |
|---|---|---|
| BI 201 Old Testament Survey . . . . . . . . . . . 2 | | BI 202 Old Testament Survey . . . . . . . . . . . 2 |
| BL 101 Elementary Greek . . . . . . . . . . . . . . 4 | | BI 312 Romans . . . . . . . . . . . . . . . . . . . . . . 2 |
| ED 101 Philosophy of Christian Education . . 3 | | BI 317 Galatians and the Prison Epistles . . . . 2 |
| EN 210 Introduction to Literature . . . . . . . . 3 | | BL 102 Elementary Greek . . . . . . . . . . . . . . 4 |
| PR 201 Ministerial Seminar . . . . . . . . . . . . . 1 | | EE 201 Materials and Methods **or** |
| SP 201 Voice and Diction . . . . . . . . . . . . . . 2 | | SE 201 General Teaching Methods . . . . . . . . 3 |
| | | PR 312 Youth Ministry . . . . . . . . . . . . . . . . 2 |
| | | PR 304 Bible and Practical Ministry[1] . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** |

| | **JUNIOR** | |
|---|---|---|
| BI 320 Isaiah . . . . . . . . . . . . . . . . . . . . . . . 2 | | BI 314 Genesis . . . . . . . . . . . . . . . . . . . . . . . 3 |
| BI 321 Bible Doctrines . . . . . . . . . . . . . . . . 2 | | BI 322 Bible Doctrines . . . . . . . . . . . . . . . . 2 |
| EE 330 Teaching Bible . . . . . . . . . . . . . . . . 2 | | ED 413 Child Growth and Development **or** |
| PR 202 Ministerial Seminar . . . . . . . . . . . . . 1 | | ED 415 Adolescent Growth and Development . . 3 |
| PR 315 Homiletics I . . . . . . . . . . . . . . . . . . 2 | | MI 412 Church Planting Seminar . . . . . . . . . 1 |
| PR 327 Church Ministries Internship . . . . . . 1 | | PR 301 Ministerial Seminar . . . . . . . . . . . . . 1 |
| PR 420 Youth Ministries Practicum . . . . . . . 2 | | PR 316 Homiletics II . . . . . . . . . . . . . . . . . . 2 |
| SC Science Elective . . . . . . . . . . . . . . . 3 | | PR 328 Church Ministries Internship . . . . . . 1 |
| EE/SE 210 Elementary/Secondary | | Education Elective[3] . . . . . . . . . . . . . . 2 |
| Education Practicum[2] . . . . . . 1 | | PR 404 Bible and Practical Ministry[1, 4] . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** |

| | **SENIOR** | |
|---|---|---|
| BB 411 Church History I . . . . . . . . . . . . . . . 2 | | BB 412 Church History II . . . . . . . . . . . . . . 2 |
| BI 303 Hebrew History I . . . . . . . . . . . . . . . 2 | | BI 304 Hebrew History II . . . . . . . . . . . . . . 2 |
| BI 319 I and II Timothy and Titus . . . . . . . 2 | | BI 414 Revelation . . . . . . . . . . . . . . . . . . . . 2 |
| CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . . 2 | | BI 416 Hebrews and James . . . . . . . . . . . . . 2 |
| CS/MA/SC Computer Science/Mathematics/ | | PR 306 Interpersonal Relationships . . . . . . . . 3 |
| Science Elective . . . . . . . . . . . . 3 | | PR 362 Introduction to Biblical |
| ED 322 Educational Psychology . . . . . . . . . . 3 | | Counseling . . . . . . . . . . . . . . . . . 1 |
| PR 302 Ministerial Seminar . . . . . . . . . . . . . 1 | | PR 401 Ministerial Seminar . . . . . . . . . . . . . 1 |
| PR 320 Baptist Polity . . . . . . . . . . . . . . . . . . 1 | | PR 415 Marriage and Family Education . . . . 3 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** |

[1] Taken during summer. (See p. 18 for additional cost.)
[2] Taken during Interterm. (See p. 18 for additional cost.)
[3] Elective to be chosen from ED 102, 219, EE 412, or SE 321
[4] MI 207 may replace PR 404.

## *YOUTH MINISTRIES CONCENTRATION—EDUCATION EMPHASIS*
### *(NONMINISTERIAL)*
### Recommended Course Sequence

FALL              **FRESHMAN**              SPRING

| | | |
|---|---|---|
| BI | 101 | New Testament Survey . . . . . . . . . . 2 |
| EN | 121 | English Grammar/Composition I. . . . 3 |
| HI | 101 | History of Civilization . . . . . . . . . . 3 |
| MA | | Mathematics Elective . . . . . . . . . . . 3 |
| SP | 101 | Fundamentals of Speech . . . . . . . . . 3 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** |

| | | |
|---|---|---|
| BI | 102 | New Testament Survey . . . . . . . . . . 2 |
| BI/BB/BL | | Bible Elective . . . . . . . . . . . . . . . . 2 |
| ED | 101 | Philosophy of Christian Education . . 3 |
| EN | 126 | English Grammar/Composition II . . . 3 |
| HI | 102 | History of Civilization . . . . . . . . . . 3 |
| PR | 240 | Evangelism and Discipleship . . . . . . 2 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** |

**SOPHOMORE**

| | | |
|---|---|---|
| BI | 201 | Old Testament Survey. . . . . . . . . . . 2 |
| BI/BB/BL | | Bible Elective . . . . . . . . . . . . . . . . 2 |
| BL | 101 | Elementary Greek. . . . . . . . . . . . . . 4 |
| EN | 210 | Introduction to Literature. . . . . . . . 3 |
| SC | | Science Elective . . . . . . . . . . . . . . . 3 |
| SP | 201 | Voice and Diction . . . . . . . . . . . . . . 2 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** |

| | | |
|---|---|---|
| BI | 202 | Old Testament Survey. . . . . . . . . . . 2 |
| BL | 102 | Elementary Greek. . . . . . . . . . . . . . 4 |
| CS/MA/SC | | Computer Science/Mathematics/ Science Elective . . . . . . . . . . . . 3 |
| EE | 201 | Materials and Methods **or** |
| SE | 201 | General Teaching Methods . . . . . . . . 3 |
| PR | 312 | Youth Ministry . . . . . . . . . . . . . . . . 2 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** |

**JUNIOR**

| | | |
|---|---|---|
| BI | 233 | Life of David . . . . . . . . . . . . . . . . . 2 |
| BI | 320 | Isaiah . . . . . . . . . . . . . . . . . . . . . . . 2 |
| BI | 321 | Bible Doctrines. . . . . . . . . . . . . . . . 2 |
| BI/BB/BL | | Bible Electives . . . . . . . . . . . . . . . 4 |
| EE | 330 | Teaching Bible . . . . . . . . . . . . . . . . 2 |
| PR | 420 | Youth Ministries Practicum . . . . . . . 2 |
| EE/SE | 210 | Elementary/Secondary Education Practicum[1] . . . . . . . 1 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** |

| | | |
|---|---|---|
| BI | 314 | Genesis . . . . . . . . . . . . . . . . . . . . . . 3 |
| BI | 317 | Galatians and the Prison Epistles . . . . 2 |
| BI | 322 | Bible Doctrines. . . . . . . . . . . . . . . . 2 |
| BI/BB/BL | | Bible Electives . . . . . . . . . . . . . . . 4 |
| ED | 413 | Child Growth and Development **or** |
| ED | 415 | Adolescent Growth and Development . . 3 Education Elective[2]. . . . . . . . . . . . . 2 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** |

**SENIOR**

| | | |
|---|---|---|
| BB | 411 | Church History I . . . . . . . . . . . . . . . 2 |
| BI | 303 | Hebrew History I . . . . . . . . . . . . . . . 2 |
| BI | 312 | Romans . . . . . . . . . . . . . . . . . . . . . . 2 |
| BI | 319 | I and II Timothy and Titus . . . . . . . . 2 |
| CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . . . 2 |
| ED | 322 | Educational Psychology . . . . . . . . . . 3 |
| SP | 207 | Storytelling. . . . . . . . . . . . . . . . . . . . 2 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** |

| | | |
|---|---|---|
| BB | 412 | Church History II . . . . . . . . . . . . . . 2 |
| BI | 304 | Hebrew History II . . . . . . . . . . . . . . 2 |
| BI | 414 | Revelation . . . . . . . . . . . . . . . . . . . . 2 |
| BI | 416 | Hebrews and James . . . . . . . . . . . . . 2 |
| PR | 306 | Interpersonal Relationships . . . . . . . . 3 |
| PR | 362 | Introduction to Biblical Counseling . . . . . . . . . . . . . . . . 1 |
| PR | 415 | Marriage and Family Education . . . . 3 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** |

[1]Taken during Interterm. (See p. 18 for additional cost.)
[2]Elective to be chosen from ED 102, 219, EE 412, or SE 321

## *YOUTH MINISTRIES CONCENTRATION — PE EMPHASIS*
### *(MINISTERIAL)*
### Recommended Course Sequence

| FALL | | FRESHMAN | | | SPRING |
|---|---|---|---|---|---|
| BI | 101 | New Testament Survey . . . . . . . . . . 2 | BI | 102 | New Testament Survey . . . . . . . . . . 2 |
| EN | 121 | English Grammar/Composition I. . . . 3 | EN | 126 | English Grammar/Composition II . . . 3 |
| MA | | Mathematics Elective . . . . . . . . . . . 3 | HI | 101 | History of Civilization . . . . . . . . . . 3 |
| PE | 187 | Basketball/Softball . . . . . . . . . . . . 2 | PE | 184 | Soccer/Volleyball . . . . . . . . . . . . . . 2 |
| PE | 191 | Sport Physiology. . . . . . . . . . . . . . 2 | PE | 196 | Introduction to Coaching. . . . . . . . 1 |
| PR | 101 | Ministerial Seminar . . . . . . . . . . . . 1 | PR | 102 | Ministerial Seminar . . . . . . . . . . . . 1 |
| SP | 101 | Fundamentals of Speech . . . . . . . . . 3 | PR | 240 | Evangelism and Discipleship . . . . . . 2 |
| | | | PR | 204 | Bible and Practical Ministry[1] . . . . . . 1 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 16 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

| | | SOPHOMORE | | | |
|---|---|---|---|---|---|
| BI | 201 | Old Testament Survey. . . . . . . . . . . 2 | BI | 202 | Old Testament Survey. . . . . . . . . . . 2 |
| BL | 101 | Elementary Greek. . . . . . . . . . . . . . 4 | BI | 233 | Life of David . . . . . . . . . . . . . . . . . 2 |
| HI | 102 | History of Civilization . . . . . . . . . . 3 | BL | 102 | Elementary Greek. . . . . . . . . . . . . . 4 |
| PE | | Coaching Elective . . . . . . . . . . . . . . 2 | EN | 210 | Introduction to Literature. . . . . . . . 3 |
| PR | 201 | Ministerial Seminar . . . . . . . . . . . . 1 | PR | 312 | Youth Ministry . . . . . . . . . . . . . . . 2 |
| SC | | Science Elective . . . . . . . . . . . . . . . 3 | SP | 201 | Voice and Diction . . . . . . . . . . . . . 2 |
| | | | PR | 304 | Bible and Practical Ministry[1] . . . . . . 1 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 15 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 |

| | | JUNIOR | | | |
|---|---|---|---|---|---|
| BI | 312 | Romans . . . . . . . . . . . . . . . . . . . . . 2 | BI | 314 | Genesis. . . . . . . . . . . . . . . . . . . . . . 3 |
| BI | 321 | Bible Doctrines. . . . . . . . . . . . . . . . 2 | BI | 317 | Galatians and the Prison Epistles . . . 2 |
| CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . 2 | BI | 322 | Bible Doctrines. . . . . . . . . . . . . . . . 2 |
| EE | 330 | Teaching Bible . . . . . . . . . . . . . . . . 2 | MI | 412 | Church Planting Seminar . . . . . . . . . 1 |
| PE | 321 | Kinesiology. . . . . . . . . . . . . . . . . . . 2 | PR | 301 | Ministerial Seminar . . . . . . . . . . . . 1 |
| PR | 202 | Ministerial Seminar . . . . . . . . . . . . 1 | PR | 316 | Homiletics II . . . . . . . . . . . . . . . . . 2 |
| PR | 315 | Homiletics I . . . . . . . . . . . . . . . . . . 2 | PR | 328 | Church Ministries Internship . . . . . . 1 |
| PR | 327 | Church Ministries Internship . . . . . . 1 | PR | 415 | Marriage and Family Education . . . . 3 |
| PR | 420 | Youth Ministries Practicum . . . . . . . 2 | PR | 404 | Bible and Practical Ministry[1, 2] . . . . . . 1 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 16 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 |

| | | SENIOR | | | |
|---|---|---|---|---|---|
| BB | 411 | Church History I . . . . . . . . . . . . . . 2 | BB | 412 | Church History II . . . . . . . . . . . . . . 2 |
| BI | 303 | Hebrew History I . . . . . . . . . . . . . . 2 | BI | 304 | Hebrew History II . . . . . . . . . . . . . . 2 |
| BI | 320 | Isaiah . . . . . . . . . . . . . . . . . . . . . . 2 | BI | 319 | I and II Timothy and Titus . . . . . . . . 2 |
| BI | 416 | Hebrews and James . . . . . . . . . . . . . 2 | BI | 414 | Revelation . . . . . . . . . . . . . . . . . . . . 2 |
| PE | | Coaching Elective . . . . . . . . . . . . . . 2 | CS/MA/SC | | Computer Science/Mathematics/ Science Elective . . . . . . . . . . . . . . 3 |
| PR | 302 | Ministerial Seminar . . . . . . . . . . . . 1 | PE | 301 | Organization and Administration of Physical Education . . . . . . . . . . 2 |
| PR | 306 | Interpersonal Relationships . . . . . . . 3 | PR | 362 | Introduction to Biblical Counseling . . . . . . . . . . . . . . . . 1 |
| PR | 320 | Baptist Polity . . . . . . . . . . . . . . . . . 1 | PR | 401 | Ministerial Seminar . . . . . . . . . . . . 1 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 15 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

[1]Taken during summer. (See p. 18 for additional cost.)
[2]MI 207 may replace PR 404.

### *YOUTH MINISTRIES CONCENTRATION — PE EMPHASIS*
*(NONMINISTERIAL)*
#### Recommended Course Sequence

| FALL | | **FRESHMAN** | SPRING |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 |
| EN 121 English Grammar/Composition I . . . 3 | | BI/BB/BL Bible Elective . . . . . . . . . . . . . . . . 2 |
| MA Mathematics Elective . . . . . . . . . . . 3 | | EN 126 English Grammar/Composition II . . . 3 |
| PE 187 Basketball/Softball . . . . . . . . . . . . . . 2 | | HI 101 History of Civilization . . . . . . . . . . . 3 |
| PE 191 Sport Physiology. . . . . . . . . . . . . . . . 2 | | PE 184 Soccer/Volleyball . . . . . . . . . . . . . . 2 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | | PE 196 Introduction to Coaching. . . . . . . . . 1 |
| | | PR 240 Evangelism and Discipleship . . . . . . . 2 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . . 15 | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . 15 |

| | **SOPHOMORE** | |
|---|---|---|

| | | | |
|---|---|---|---|
| BI 201 Old Testament Survey. . . . . . . . . . . 2 | | BI 202 Old Testament Survey. . . . . . . . . . . 2 |
| BL 101 Elementary Greek. . . . . . . . . . . . . . 4 | | BI/BB/BL Bible Elective . . . . . . . . . . . . . . . . 2 |
| EE 330 Teaching Bible . . . . . . . . . . . . . . . . 2 | | BL 102 Elementary Greek. . . . . . . . . . . . . . 4 |
| HI 102 History of Civilization . . . . . . . . . . 3 | | EN 210 Introduction to Literature. . . . . . . . 3 |
| PE Coaching Elective. . . . . . . . . . . . . . 2 | | PR 312 Youth Ministry . . . . . . . . . . . . . . . . 2 |
| SC Science Elective . . . . . . . . . . . . . . . 3 | | SP 201 Voice and Diction . . . . . . . . . . . . . 2 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . . 16 | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . 15 |

| | **JUNIOR** | |
|---|---|---|

| | | | |
|---|---|---|---|
| BI 233 Life of David . . . . . . . . . . . . . . . . . 2 | | BI 314 Genesis. . . . . . . . . . . . . . . . . . . . . . . 3 |
| BI 321 Bible Doctrines. . . . . . . . . . . . . . . . 2 | | BI 317 Galatians and the Prison Epistles . . . . 2 |
| CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . . 2 | | BI 322 Bible Doctrines. . . . . . . . . . . . . . . . . 2 |
| CS/MA/SC Computer Science/Mathematics/ | | BI/BB/BL Bible Electives . . . . . . . . . . . . . . . 4 |
| Science Elective . . . . . . . . . . . . 3 | | PR 415 Marriage and Family Education . . . . 3 |
| PR 306 Interpersonal Relationships . . . . . . . 3 | | SP 207 Storytelling. . . . . . . . . . . . . . . . . . . . 2 |
| PR 420 Youth Ministries Practicum . . . . . . . . 2 | | |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . . 14 | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . 16 |

| | **SENIOR** | |
|---|---|---|

| | | | |
|---|---|---|---|
| BB 411 Church History I . . . . . . . . . . . . . . . 2 | | BB 412 Church History II . . . . . . . . . . . . . . 2 |
| BI 303 Hebrew History I. . . . . . . . . . . . . . . 2 | | BI 304 Hebrew History II . . . . . . . . . . . . . . 2 |
| BI 320 Isaiah . . . . . . . . . . . . . . . . . . . . . . . . 2 | | BI 312 Romans . . . . . . . . . . . . . . . . . . . . . . 2 |
| BI 416 Hebrews and James . . . . . . . . . . . . 2 | | BI 319 I and II Timothy and Titus. . . . . . . . 2 |
| BI/BB/BL Bible Elective . . . . . . . . . . . . . . . . 2 | | BI 414 Revelation . . . . . . . . . . . . . . . . . . . . 2 |
| PE 321 Kinesiology. . . . . . . . . . . . . . . . . . . . 2 | | ED 430 Instructional Methods . . . . . . . . . . . 2 |
| PE Coaching Elective. . . . . . . . . . . . . . 2 | | PE 301 Organization and Administration |
| | | of Physical Education . . . . . . . . . . 2 |
| | | PR 362 Introduction to Biblical |
| | | Counseling . . . . . . . . . . . . . . . . . 1 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . . 14 | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . 15 |

## *YOUTH MINISTRIES CONCENTRATION—SPEECH EMPHASIS*
### (MINISTERIAL)
### Recommended Course Sequence

**FRESHMAN**

| FALL | | | | SPRING | | |
|---|---|---|---|---|---|---|
| BI | 101 | New Testament Survey | 2 | BI | 102 | New Testament Survey | 2 |
| EN | 121 | English Grammar/Composition I | 3 | BI | 233 | Life of David | 2 |
| HI | 101 | History of Civilization | 3 | EN | 126 | English Grammar/Composition II | 3 |
| MA | | Mathematics Elective | 3 | HI | 102 | History of Civilization | 3 |
| PR | 101 | Ministerial Seminar | 1 | PR | 102 | Ministerial Seminar | 1 |
| SP | 101 | Fundamentals of Speech | 3 | SP | 102 | Fundamentals of Speech | 3 |
| | | | | PR | 204 | Bible and Practical Ministry[1] | 1 |
| | | **Total Hours** | **15** | | | **Total Hours** | **15** |

**SOPHOMORE**

| | | | | | | |
|---|---|---|---|---|---|---|
| BI | 201 | Old Testament Survey | 2 | BI | 202 | Old Testament Survey | 2 |
| BL | 101 | Elementary Greek | 4 | BI | 312 | Romans | 2 |
| EE | 330 | Teaching Bible | 2 | BL | 102 | Elementary Greek | 4 |
| PR | 201 | Ministerial Seminar | 1 | EN | 210 | Introduction to Literature | 3 |
| SC | | Science Elective | 3 | PR | 240 | Evangelism and Discipleship | 2 |
| SP | 201 | Voice and Diction | 2 | PR | 312 | Youth Ministry | 2 |
| SP | 203 | Oral Interpretation of Poetry | 2 | PR | 304 | Bible and Practical Ministry[1] | 1 |
| | | **Total Hours** | **16** | | | **Total Hours** | **16** |

**JUNIOR**

| | | | | | | |
|---|---|---|---|---|---|---|
| BI | 320 | Isaiah | 2 | BI | 314 | Genesis | 3 |
| BI | 321 | Bible Doctrines | 2 | BI | 317 | Galatians and the Prison Epistles | 2 |
| CR | 370 | Origins | 2 | BI | 319 | I and II Timothy and Titus | 2 |
| PR | 202 | Ministerial Seminar | 1 | BI | 322 | Bible Doctrines | 2 |
| PR | 315 | Homiletics I | 2 | MI | 412 | Church Planting Seminar | 1 |
| PR | 327 | Church Ministries Internship | 1 | PR | 301 | Ministerial Seminar | 1 |
| PR | 415 | Marriage and Family Education | 3 | PR | 316 | Homiletics II | 2 |
| PR | 420 | Youth Ministries Practicum | 2 | PR | 328 | Church Ministries Internship | 1 |
| | | | | PR | 404 | Bible and Practical Ministry[1, 2] | 1 |
| | | **Total Hours** | **15** | | | **Total Hours** | **15** |

**SENIOR**

| | | | | | | |
|---|---|---|---|---|---|---|
| BB | 411 | Church History I | 2 | BB | 412 | Church History II | 2 |
| BI | 303 | Hebrew History I | 2 | BI | 304 | Hebrew History II | 2 |
| BI | 416 | Hebrews and James | 2 | BI | 414 | Revelation | 2 |
| PR | 302 | Ministerial Seminar | 1 | CS/MA/SC | | Computer Science/Mathematics/Science Elective | 3 |
| PR | 306 | Interpersonal Relationships | 3 | PR | 362 | Introduction to Biblical Counseling | 1 |
| PR | 320 | Baptist Polity | 1 | PR | 401 | Ministerial Seminar | 1 |
| SP | 240 | Stagecraft | 3 | SP | 307 | Introduction to Dramatic Production | 4 |
| SP | 331 | Private Speech Lessons | 1 | SP | 332 | Private Speech Lessons | 1 |
| | | **Total Hours** | **15** | | | **Total Hours** | **16** |

[1]Taken during summer. (See p. 18 for additional cost.)
[2]MI 207 may replace PR 404.

### *YOUTH MINISTRIES CONCENTRATION — SPEECH EMPHASIS*
*(NONMINISTERIAL)*
**Recommended Course Sequence**

| FALL | | | | **FRESHMAN** | SPRING |
|---|---|---|---|---|---|

| | | FRESHMAN FALL | | | | FRESHMAN SPRING | |
|---|---|---|---|---|---|---|---|
| BI | 101 | New Testament Survey | 2 | BI | 102 | New Testament Survey | 2 |
| EN | 121 | English Grammar/Composition I | 3 | BI/BB/BL | | Bible Elective | 2 |
| HI | 101 | History of Civilization | 3 | EN | 126 | English Grammar/Composition II | 3 |
| MA | | Mathematics Elective | 3 | HI | 102 | History of Civilization | 3 |
| SP | 101 | Fundamentals of Speech | 3 | SP | 102 | Fundamentals of Speech | 3 |
| | | | | | | Elective | 1 |
| | | **Total Hours** | **14** | | | **Total Hours** | **14** |

**SOPHOMORE**

| | | SOPHOMORE FALL | | | | SOPHOMORE SPRING | |
|---|---|---|---|---|---|---|---|
| BI | 201 | Old Testament Survey | 2 | BI | 202 | Old Testament Survey | 2 |
| BI | 233 | Life of David | 2 | BL | 102 | Elementary Greek | 4 |
| BI/BB/BL | | Bible Elective | 2 | CS/MA/SC | | Computer Science/Mathematics/ | |
| BL | 101 | Elementary Greek | 4 | | | Science Elective | 3 |
| SC | | Science Elective | 3 | EN | 210 | Introduction to Literature | 3 |
| SP | 201 | Voice and Diction | 2 | PR | 240 | Evangelism and Discipleship | 2 |
| | | | | PR | 312 | Youth Ministry | 2 |
| | | **Total Hours** | **15** | | | **Total Hours** | **16** |

**JUNIOR**

| | | JUNIOR FALL | | | | JUNIOR SPRING | |
|---|---|---|---|---|---|---|---|
| BI | 320 | Isaiah | 2 | BI | 312 | Romans | 2 |
| BI | 321 | Bible Doctrines | 2 | BI | 314 | Genesis | 3 |
| BI/BB/BL | | Bible Elective | 2 | BI | 317 | Galatians and the Prison Epistles | 2 |
| CR | 370 | Origins | 2 | BI | 322 | Bible Doctrines | 2 |
| EE | 330 | Teaching Bible | 2 | BI/BB/BL | | Bible Elective | 2 |
| PR | 420 | Youth Ministries Practicum | 2 | PR | 415 | Marriage and Family Education | 3 |
| SP | 203 | Oral Interpretation of Poetry | 2 | SP | 207 | Storytelling | 2 |
| | | **Total Hours** | **14** | | | **Total Hours** | **16** |

**SENIOR**

| | | SENIOR FALL | | | | SENIOR SPRING | |
|---|---|---|---|---|---|---|---|
| BB | 411 | Church History I | 2 | BB | 412 | Church History II | 2 |
| BI | 303 | Hebrew History I | 2 | BI | 304 | Hebrew History II | 2 |
| BI | 319 | I and II Timothy and Titus | 2 | BI | 414 | Revelation | 2 |
| BI | 416 | Hebrews and James | 2 | BI/BB/BL | | Bible Elective | 2 |
| PR | 306 | Interpersonal Relationships | 3 | ED | 430 | Instructional Methods | 2 |
| SP | 240 | Stagecraft | 3 | PR | 362 | Introduction to Biblical | |
| SP | 331 | Private Speech Lessons | 1 | | | Counseling | 1 |
| | | | | SP | 307 | Introduction to Dramatic Production | 4 |
| | | | | SP | 332 | Private Speech Lessons | 1 |
| | | **Total Hours** | **15** | | | **Total Hours** | **16** |

---

## MISSIONS CONCENTRATION

*Bachelor of Arts Degree,*
*Bible Major*

**The purpose of the missions concentration** is to prepare Christians for effective cross-cultural ministry.

**Additional Learning Outcome:** Graduates of the missions concentration will also be able to develop strategies to reach the lost and plant churches in a variety of cultures.

The objective of this concentration is to prepare students for cross-cultural ministries. Students receive practical training in preparation for mission board candidate school, deputation, and work in church planting. Throughout the semester visiting missionaries, chapel messages, Mission Prayer Band, and Campus Church encourage a warm heart toward missions. Each summer, students may participate on a team, assisting missionaries in the field.

### Ministerial Seminar
Ministerial students in the missions concentration are required to complete Ministerial Seminar every semester after the freshman year.

### Academic Program Fee
Ministerial: $10 per semester or 3 payments of $3.33. Nonministerial: $30 per semester or 3 payments of $10. Students taking music lessons or group instruction pay appropriate music course fees (pp. 19–20).

### Broad Field
Students must complete a broad field. Special policies are required of students who choose a broad field of Elementary Education or Teaching English (pp. 64–65).



Ghana Mission Team

### *MISSIONS CONCENTRATION* (*MINISTERIAL*)
### Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|---|---|---|

| | | |
|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | BI 102 New Testament Survey . . . . . . . . . . 2 |
| EN 121 English Grammar/Composition I. . . . 3 | BI 203 Life of Christ . . . . . . . . . . . . . . . . . 2 |
| HI 101 History of Civilization . . . . . . . . . . 3 | EN 126 English Grammar/Composition II . . . 3 |
| MA Mathematics Elective . . . . . . . . . . . 3 | HI 102 History of Civilization . . . . . . . . . . 3 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | PR 240 Evangelism and Discipleship . . . . . . . 2 |
| | Missions Broad Field. . . . . . . . . . . . 2 |
| | PR 204 Bible and Practical Ministry[1] . . . . . . . 1 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . .**14** | **Total Hours**. . . . . . . . . . . . . . . . . . . . . .**15** |

**SOPHOMORE**

| | |
|---|---|
| BI 201 Old Testament Survey. . . . . . . . . . . 2 | BI 202 Old Testament Survey. . . . . . . . . . . 2 |
| BL/ML Foreign Language Elective[2]. . . . . . . 3 | BL/ML Foreign Language Elective[2]. . . . . . . 3 |
| MI 201 History of Missions. . . . . . . . . . . . . 2 | EN 210 Introduction to Literature. . . . . . . . 3 |
| PR 101 Ministerial Seminar. . . . . . . . . . . . . 1 | MI 202 Promotion of Missions . . . . . . . . . . 2 |
| SC Science Elective . . . . . . . . . . . . . . . 3 | PR 102 Ministerial Seminar. . . . . . . . . . . . . 1 |
| SP 201 Voice and Diction. . . . . . . . . . . . . . 2 | Missions Broad Field. . . . . . . . . . . . 4 |
| Missions Broad Field. . . . . . . . . . . . 2 | PR 304 Bible and Practical Ministry[1] . . . . . . . 1 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . .**15** | **Total Hours**. . . . . . . . . . . . . . . . . . . . . .**16** |

**JUNIOR**

| | |
|---|---|
| BB 411 Church History I . . . . . . . . . . . . . . 2 | BI 322 Bible Doctrines. . . . . . . . . . . . . . . . 2 |
| BI 312 Romans . . . . . . . . . . . . . . . . . . . . . 2 | CS/MA/SC Computer Science/Mathematics/ |
| BI 321 Bible Doctrines. . . . . . . . . . . . . . . . 2 | Science Elective . . . . . . . . . . . . . 3 |
| CR 370 Origins . . . . . . . . . . . . . . . . . . . . . 2 | EE 330 Teaching Bible . . . . . . . . . . . . . . . . 2 |
| MI 301 Principles and Methods of Missions. . . 2 | MI 302 Principles and Methods of Missions. . . 2 |
| PR 201 Ministerial Seminar. . . . . . . . . . . . . 1 | MI 403 Cultural Anthropology . . . . . . . . . . 3 |
| PR 327 Church Ministries Internship . . . . . . 1 | MI 412 Church Planting Seminar . . . . . . . . . 1 |
| Missions Broad Field. . . . . . . . . . . . 2 | PR 202 Ministerial Seminar. . . . . . . . . . . . . 1 |
| | PR 328 Church Ministries Internship . . . . . . 1 |
| | PR 404 Bible and Practical Ministry[1, 3]. . . . . . 1 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . .**14** | **Total Hours**. . . . . . . . . . . . . . . . . . . . . .**16** |

**SENIOR**

| | |
|---|---|
| BI 233 Life of David **or** | BI 314 Genesis. . . . . . . . . . . . . . . . . . . . . . . 3 |
| BI 320 Isaiah . . . . . . . . . . . . . . . . . . . . . 2 | BI 317 Galatians and the Prison Epistles. . . . 2 |
| BI 319 I and II Timothy and Titus. . . . . . . 2 | BI 414 Revelation . . . . . . . . . . . . . . . . . . . . 2 |
| BI 416 Hebrews and James . . . . . . . . . . . . 2 | PR 302 Ministerial Seminar. . . . . . . . . . . . . 1 |
| MI 406 Modern Trends in Missions . . . . . . 2 | PR 306 Interpersonal Relationships. . . . . . . . 3 |
| PR 301 Ministerial Seminar. . . . . . . . . . . . . 1 | PR 316 Homiletics II . . . . . . . . . . . . . . . . . 2 |
| PR 315 Homiletics I. . . . . . . . . . . . . . . . . . 2 | PR 362 Introduction to Biblical |
| PR 320 Baptist Polity . . . . . . . . . . . . . . . . . 1 | Counseling . . . . . . . . . . . . . . . 1 |
| PR 415 Marriage and Family Education . . . . 3 | Missions Broad Field. . . . . . . . . . . . 2 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . .**15** | **Total Hours**. . . . . . . . . . . . . . . . . . . . . .**16** |

[1]Taken during summer. (See p. 18 for additional cost.)
[2]All hours of required foreign language need to be earned in the same language.
[3]MI 207 may replace PR 404.

## *MISSIONS CONCENTRATION* (NONMINISTERIAL)
### Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|------|--------------|--------|

| | |
|---|---|
| BI 101 New Testament Survey . . . . . . . . . 2 | BI 102 New Testament Survey . . . . . . . . . . 2 |
| EN 121 English Grammar/Composition I . . . . 3 | BI/BB/BL   Bible Elective . . . . . . . . . . . . . . . 2 |
| HI 101 History of Civilization . . . . . . . . . . 3 | ED 102 Personal and Community Health . . . 2 |
| MA Mathematics Elective . . . . . . . . . . . 3 | EN 126 English Grammar/Composition II . . . 3 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | HI 102 History of Civilization . . . . . . . . . . . 3 |
| | PR 240 Evangelism and Discipleship . . . . . . . 2 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 14 | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 14 |

| | **SOPHOMORE** | |
|---|---|---|

| | |
|---|---|
| BI 201 Old Testament Survey . . . . . . . . . . 2 | BI 202 Old Testament Survey . . . . . . . . . . 2 |
| BL/ML Foreign Language Elective* . . . . . . . 3 | BL/ML Foreign Language Elective* . . . . . . . 3 |
| MI 201 History of Missions . . . . . . . . . . . . 2 | EN 210 Introduction to Literature . . . . . . . . 3 |
| SC Science Elective . . . . . . . . . . . . . . . 3 | MI 202 Promotion of Missions . . . . . . . . . . 2 |
| SP 201 Voice and Diction . . . . . . . . . . . . . . 2 | Missions Broad Field . . . . . . . . . . . . 5 |
| Missions Broad Field . . . . . . . . . . . . 3 | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 15 | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 15 |

| | **JUNIOR** | |
|---|---|---|

| | |
|---|---|
| BB 411 Church History I . . . . . . . . . . . . . . 2 | BI 317 Galatians and the Prison Epistles . . . . 2 |
| BI 312 Romans . . . . . . . . . . . . . . . . . . . . . . 2 | BI 322 Bible Doctrines . . . . . . . . . . . . . . . . 2 |
| BI 321 Bible Doctrines . . . . . . . . . . . . . . . . 2 | MI 302 Principles and Methods of Missions . . . 2 |
| CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . . 2 | MI 403 Cultural Anthropology . . . . . . . . . . . 3 |
| EE 330 Teaching Bible . . . . . . . . . . . . . . . . . 2 | PR 306 Interpersonal Relationships . . . . . . . . 3 |
| MI 301 Principles and Methods of Missions . . . 2 | Missions Broad Field or Elective . . . . 3 |
| Missions Broad Field . . . . . . . . . . . . 3 | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 15 |

| | **SENIOR** | |
|---|---|---|

| | |
|---|---|
| BI 233 Life of David **or** | BI 203 Life of Christ . . . . . . . . . . . . . . . . . . 2 |
| BI 320 Isaiah . . . . . . . . . . . . . . . . . . . . . . . 2 | BI 314 Genesis . . . . . . . . . . . . . . . . . . . . . . . 3 |
| BI 319 I and II Timothy and Titus . . . . . . . 2 | BI 414 Revelation . . . . . . . . . . . . . . . . . . . . 2 |
| BI 416 Hebrews and James . . . . . . . . . . . . . 2 | BI/BB/BL Bible Elective . . . . . . . . . . . . . . . 2 |
| BI/BB/BL Bible Elective . . . . . . . . . . . . . . . 2 | CS/MA/SC Computer Science/Mathematics/ |
| FC 118 Food Preparation . . . . . . . . . . . . . . 3 | Science Elective . . . . . . . . . . . . . 3 |
| MI 406 Modern Trends in Missions . . . . . . . 2 | FC 342 Meal Planning and Service . . . . . . . . 3 |
| PR 415 Marriage and Family Education . . . . 3 | PR 362 Introduction to Biblical |
| | Counseling . . . . . . . . . . . . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 16 | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 16 |

*All hours of required foreign language need to be earned in the same language.

## MISSIONS BROAD FIELDS

### *Accounting*

| | |
|---|---|
| AC 231 Principles of Accounting I . . . . . . . . 3 |
| AC 232 Principles of Accounting II . . . . . . . 3 |
| AC 331 Intermediate Financial Accounting I . . 3 |
| AC 403 Principles of Taxation . . . . . . . . . . . 3 |
| **Total Hours Required** . . . . . . . . . . . . 12 |

### *Art*

| | |
|---|---|
| AR 101 Drawing I . . . . . . . . . . . . . . . . . . . . . 3 |
| AR 102 Drawing II . . . . . . . . . . . . . . . . . . . . 3 |
| AR 201 Design Fundamentals I . . . . . . . . . . . 3 |
| AR 203 Basic Painting I . . . . . . . . . . . . . . . . 3 |
| AR 204 Basic Painting II . . . . . . . . . . . . . . . . 3 |
| **Total Hours Required** . . . . . . . . . . . . 15 |

## MISSIONS BROAD FIELDS cont.

### Biblical Languages

BL 101–102 Elementary Greek . . . . . . . . . . 8
BL 201–202 Intermediate Greek. . . . . . . . . 6
BL 445 Elementary Hebrew . . . . . . . . . . . . 3
    **Total Hours Required**. . . . . . . . . . . . **17**

### Computer Science

BA 330 Computer Applications for Business[1] . . 3
CS 130 Introduction to Information
    Technology . . . . . . . . . . . . . . . . . . 2
CS 202 Introduction to Programming. . . . . . 3
CS 405 Computer Hardware Maintenance . . 2
CS    Computer Science Elective[2] . . . . . . 3
    **Total Hours Required**. . . . . . . . . . . . **13**

[1] Must meet CS 101 prerequisite.
[2] Must be 200-level or above.

### Digital Media*

AR 120 Digital Typography. . . . . . . . . . . . . 3
AR 220 Digital Graphics. . . . . . . . . . . . . . . 3
AR 241 Introduction to the Mass Media . . . . 3
AR 323 Principles of Digital Multimedia
    Technology . . . . . . . . . . . . . . . . . 3
AR 364 Media Studio Production . . . . . . . . 3
CS 211 Introduction to Web Design . . . . . . 3
    **Total Hours Required**. . . . . . . . . . . . **18**

*See Technology Requirements (p. 115).

### Elementary Education*

ED 101 Philosophy of Christian Education . . 3
EE 201 Materials and Methods . . . . . . . . . . 3
EE 205 Intensive Phonics Instruction . . . . . 2
EE 215 Arithmetic Skills for the
    Elementary School . . . . . . . . . . . . 2
EE 301 Teaching Arithmetic . . . . . . . . . . . . 2
EE 317 Teaching Reading. . . . . . . . . . . . . . 2
EE 325 Teaching Language Arts . . . . . . . . 2
    **Total Hours Required**. . . . . . . . . . . . **16**

*Special policies (p. 91)

### Graphic Design

AR 111 Principles of Drawing . . . . . . . . . . . 3
AR 120 Digital Typography. . . . . . . . . . . . . 3
AR 201 Design Fundamentals I . . . . . . . . . . 3
AR 218 Photography I . . . . . . . . . . . . . . . . 3
AR 220 Digital Graphics . . . . . . . . . . . . . . . 3
AR 267 Graphic Design I . . . . . . . . . . . . . . 3
    **Total Hours Required**. . . . . . . . . . . . **18**

### Management

BA 201 Business Law . . . . . . . . . . . . . . . . . 3
BA 203 Principles of Management. . . . . . . . 3
BA 403 Business Communications. . . . . . . . 3
BA    Business Administration Elective . . . 3
SP 410 Oral Communication in the
    Professions . . . . . . . . . . . . . . . . . 2
    **Total Hours Required**. . . . . . . . . . . . **14**

### Music—Instrumental

MU 100 Foundations of Church Music. . . . . . 4
MU 226 Choral Methods . . . . . . . . . . . . . . . 2
MU 402 Church Music Philosophy and
    Administration . . . . . . . . . . . . . . . 2
    131–232 Private Instrument*. . . . . . . . . 4
    **Total Hours Required**. . . . . . . . . . . . **12**

*Required to be in the same instrument and to be taken during junior and senior years.

### Music—Keyboard

MU 100 Foundations of Church Music. . . . . . 4
MU 105–106 Beginning Hymnplaying . . . . . . 2
MU 226 Choral Methods . . . . . . . . . . . . . . . 2
MU 402 Church Music Philosophy and
    Administration . . . . . . . . . . . . . . . 2
PI 131–132 Private Piano* . . . . . . . . . . . . . 2
    **Total Hours Required**. . . . . . . . . . . . **12**

*Must be taken during junior and senior years.

### Music—Vocal

MU 100 Foundations of Church Music. . . . . . 4
MU 121–122 Vocal Class I, II[1] . . . . . . . . . . . 2
MU 221–222 Vocal Class III, IV[2] . . . . . . . . . 2
MU 226 Choral Methods . . . . . . . . . . . . . . . 2
MU 402 Church Music Philosophy and
    Administration . . . . . . . . . . . . . . . 2
    **Total Hours Required**. . . . . . . . . . . . **12**

[1] Taken during junior year    [2] Taken during senior year

### Office Administration

BA 330 Computer Applications for Business . . 3
BA 403 Business Communications. . . . . . . . 3
CS 101 Introduction to Computer
    Applications . . . . . . . . . . . . . . . . . 1
OA 101 Beginning Keyboarding . . . . . . . . . 3
OA 201 Intermediate Keyboarding . . . . . . . 4
    **Total Hours Required**. . . . . . . . . . . . **14**

### Professional Writing

AR 120 Digital Typography. . . . . . . . . . . . . 3
EN 301 Creative Writing . . . . . . . . . . . . . . . 3
EN 360 Advanced English Grammar
    and Composition. . . . . . . . . . . . . 3
PW 301 Copywriting . . . . . . . . . . . . . . . . . . 3
PW 302 Copy Editing . . . . . . . . . . . . . . . . . 3
PW 325 Journalism I . . . . . . . . . . . . . . . . . . 3
    **Total Hours Required**. . . . . . . . . . . . **18**

### Speech

SP 102 Fundamentals of Speech . . . . . . . . . 3
SP 202 Voice and Communication . . . . . . . 2
SP 203 Oral Interpretation of Poetry . . . . . . 2
SP 204 Oral Interpretation of Dramatic and
    Narrative Literature . . . . . . . . . . . 2
SP 207 Storytelling. . . . . . . . . . . . . . . . . . . 2
SP 250 Public Speaking . . . . . . . . . . . . . . . 3
SP 314 Assemblies and Production
    Practicum. . . . . . . . . . . . . . . . . . 3
    **Total Hours Required**. . . . . . . . . . . . **17**

### MISSIONS BROAD FIELDS cont.

#### *Teaching English*\*

ED 101 Philosophy of Christian Education . . 3
EE 201 Materials and Methods . . . . . . . . . . 3
EE 205 Intensive Phonics Instruction . . . . . 2
EN 360 Advanced English Grammar and
Composition . . . . . . . . . . . . . . . . 3
SE 321 Teaching Reading Skills for the
Secondary Student . . . . . . . . . . . 2
   **Total Hours Required** . . . . . . . . . . . . **13**

───────────────
\*Special policies (p. 91)

#### *Youth Ministries*

ED 415 Adolescent Growth & Development. . 3
PE 191 Sport Physiology. . . . . . . . . . . . . . . 2
PE 196 Introduction to Coaching. . . . . . . . . 1
PE 225 First Aid . . . . . . . . . . . . . . . . . . . . . 2
PE     Coaching Elective. . . . . . . . . . . . . . 2
PR 312 Youth Ministry . . . . . . . . . . . . . . . . 2
PR 420 Youth Ministries Practicum . . . . . . . 2
SP 207 Storytelling. . . . . . . . . . . . . . . . . . . 2
   **Total Hours Required** . . . . . . . . . . . . **16**

───────── **MUSIC MINISTRIES CONCENTRATION** ─────────

*Bachelor of Arts Degree,*
*Bible Major*

**The purpose of the music ministries concentration** is to prepare Christians for effective use of music in ministry contexts.

**Additional Learning Outcome:** Graduates of the music ministries concentration will also be able to demonstrate skills necessary for effective leadership in a church music ministry.

Men and women who choose a music ministries concentration receive solid training in both Bible content and music, enabling them to assist in several facets of local church ministry. Men are prepared to be associate pastors as well as music ministers. Bible cannot be claimed as a minor.



#### Academic Program Fee

$10 per semester or 3 payments of $3.33. Students taking music lessons or group instruction pay appropriate music course fees (pp. 19–20).

#### Emphasis

Students receive one-half hour lessons each semester during sophomore, junior, and senior years (vocal emphasis—junior and senior years). All applied music credits must be taken in the same emphasis (voice, keyboard, organ, or one of the standard band or orchestral instruments). A platform and recital are not required.

#### Ministerial Seminar

Ministerial students in the music ministries concentration must complete at least four semesters of Ministerial Seminar, including their last four semesters.

## *MUSIC MINISTRIES CONCENTRATION* (MINISTERIAL)
### Recommended Course Sequence

FALL  **FRESHMAN**  SPRING

| | | |
|---|---|---|
| BI 101 | New Testament Survey | 2 |
| EN 121 | English Grammar/Composition I | 3 |
| MU 100 | Foundations of Church Music | 4 |
| MU 105 | Beginning Hymnplaying[1] **or** | |
| PI 101 | Piano Class[2, 3] | 1 |
| MU 121 | Vocal Class I | 1 |
| SP 101 | Fundamentals of Speech | 3 |

**Total Hours** . . . . . . . . . . . . . . . . . . . . . . . **14**

| | | |
|---|---|---|
| BI 102 | New Testament Survey | 2 |
| CC 131 | College Choir[2, 4, 5] **or** | |
| MU 106 | Beginning Hymnplaying[1] | 1 |
| CS/MA/SC | Computer Science/Mathematics/ Science Elective | 3 |
| EN 126 | English Grammar/Composition II | 3 |
| HI 101 | History of Civilization | 3 |
| MU 122 | Vocal Class II | 1 |
| SP 201 | Voice and Diction | 2 |
| PR 204 | Bible and Practical Ministry[6] | 1 |

**Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16**

**SOPHOMORE**

| | | |
|---|---|---|
| BI 201 | Old Testament Survey | 2 |
| BL 101 | Elementary Greek | 4 |
| HI 102 | History of Civilization | 3 |
| MA | Mathematics Elective | 3 |
| SC | Science Elective | 3 |
| | Music Emphasis[7, 8] | 1 |

**Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16**

| | | |
|---|---|---|
| BI 202 | Old Testament Survey | 2 |
| BL 102 | Elementary Greek | 4 |
| EN 210 | Introduction to Literature | 3 |
| MU 300 | Methods and Materials for the Church Musician | 2 |
| PR 240 | Evangelism and Discipleship | 2 |
| | Music Emphasis[7, 8] | 1 |
| PR 304 | Bible and Practical Ministry[6] | 1 |

**Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15**

**JUNIOR**

| | | |
|---|---|---|
| BI 312 | Romans | 2 |
| BI 321 | Bible Doctrines | 2 |
| CC | College Choir[4, 5] | 1 |
| CR 370 | Origins | 2 |
| MU 226 | Choral Methods | 2 |
| PR 101 | Ministerial Seminar | 1 |
| PR 315 | Homiletics I | 2 |
| PR 327 | Church Ministries Internship | 1 |
| ST 201 | Strings Instruction I | 1 |
| | Music Emphasis[7] | 1 |

**Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15**

| | | |
|---|---|---|
| BI 317 | Galatians and the Prison Epistles | 2 |
| BI 322 | Bible Doctrines | 2 |
| CC | College Choir[4, 5] | 1 |
| MI 412 | Church Planting Seminar | 1 |
| PR 102 | Ministerial Seminar | 1 |
| PR 306 | Interpersonal Relationships | 3 |
| PR 316 | Homiletics II | 2 |
| PR 328 | Church Ministries Internship | 1 |
| | Music Emphasis[7] | 1 |
| PR 404 | Bible and Practical Ministry[6, 9] | 1 |

**Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15**

**SENIOR**

| | | |
|---|---|---|
| BB 411 | Church History I | 2 |
| BI 303 | Hebrew History I | 2 |
| BI 320 | Isaiah | 2 |
| CC | College Choir[4, 5] | 1 |
| MU 402 | Church Music Philosophy and Administration | 2 |
| PR 201 | Ministerial Seminar | 1 |
| PR 320 | Baptist Polity | 1 |
| PR 415 | Marriage and Family Education | 3 |
| | Music Emphasis[7] | 1 |

**Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15**

| | | |
|---|---|---|
| BB 412 | Church History II | 2 |
| BI 304 | Hebrew History II | 2 |
| BI 319 | I and II Timothy and Titus | 2 |
| BI 414 | Revelation | 2 |
| BI 416 | Hebrews and James | 2 |
| CC | College Choir[4, 5] | 1 |
| ED 430 | Instructional Methods | 2 |
| PR 202 | Ministerial Seminar | 1 |
| PR 362 | Intro to Biblical Counseling | 1 |
| | Music Emphasis[7, 10] | 1 |

**Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16**

---

[1] Keyboard emphasis

[2] Vocal or instrumental emphasis

[3] Students who pass audition for PI 101 must replace it with College Choir.

[4] Brass and woodwind take College Choir for 2 semesters and Symphonic Band for 3.

[5] Strings take College Choir for 2 semesters and Orchestra for 3.

[6] Taken during summer. (See p. 18 for additional cost.)

[7] Half-hour private lesson in same emphasis.

[8] Vocal emphasis takes MU 221 and 222 in sophomore year.

[9] MI 207 may replace PR 404.

[10] Vocal emphasis takes MU 313.

## *MUSIC MINISTRIES CONCENTRATION* (NONMINISTERIAL)
### Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|---|---|---|

**FRESHMAN**

FALL
- BI 101 New Testament Survey . . . . . . . . . . 2
- EN 121 English Grammar/Composition I . . . 3
- MU 100 Foundations of Church Music. . . . . . 4
- MU 105 Beginning Hymnplaying[1] **or**
- PI 101 Piano Class[2, 3] . . . . . . . . . . . . . . . . . . 1
- MU 121 Vocal Class I. . . . . . . . . . . . . . . . . . . 1
- SP 101 Fundamentals of Speech . . . . . . . . . 3

**Total Hours**. . . . . . . . . . . . . . . . . . . . . 14

SPRING
- BI 102 New Testament Survey . . . . . . . . . . 2
- BI/BB/BL Bible Elective. . . . . . . . . . . . . . . . 2
- CC 131 College Choir[2, 4, 5] **or**
- MU 106 Beginning Hymnplaying[1] . . . . . . . . 1
- CS/MA/SC Computer Science/Mathematics/ Science Elective . . . . . . . . . . . . . 3
- EN 126 English Grammar/Composition II . . . 3
- HI 101 History of Civilization . . . . . . . . . . . 3
- MU 122 Vocal Class II . . . . . . . . . . . . . . . . . 1

**Total Hours**. . . . . . . . . . . . . . . . . . . . . 15

**SOPHOMORE**

- BI 201 Old Testament Survey . . . . . . . . . . 2
- BI/BB/BL Bible Elective. . . . . . . . . . . . . . . . 2
- BL 101 Elementary Greek. . . . . . . . . . . . . . 4
- MA Mathematics Elective . . . . . . . . . . 3
- MU Music Elective . . . . . . . . . . . . . . . . 3
- Music Emphasis[6, 7] . . . . . . . . . . . . . 1

**Total Hours**. . . . . . . . . . . . . . . . . . . . . 15

- BI 202 Old Testament Survey. . . . . . . . . . . 2
- BL 102 Elementary Greek. . . . . . . . . . . . . . 4
- EN 210 Introduction to Literature. . . . . . . . 3
- MU Music Elective . . . . . . . . . . . . . . . . 3
- PR 240 Evangelism and Discipleship . . . . . . 2
- Music Emphasis[6, 7] . . . . . . . . . . . . . 1

**Total Hours**. . . . . . . . . . . . . . . . . . . . . 15

**JUNIOR**

- BI 312 Romans . . . . . . . . . . . . . . . . . . . . . 2
- BI 321 Bible Doctrines. . . . . . . . . . . . . . . . 2
- CC College Choir[4, 5] . . . . . . . . . . . . . 1
- CR 370 Origins . . . . . . . . . . . . . . . . . . . . . 2
- HI 102 History of Civilization . . . . . . . . . . . 3
- MU 226 Choral Methods . . . . . . . . . . . . . . . 2
- SP 201 Voice and Diction . . . . . . . . . . . . . . 2
- ST 201 Strings Instruction I . . . . . . . . . . . . 1
- Music Emphasis[6]. . . . . . . . . . . . . . . 1

**Total Hours**. . . . . . . . . . . . . . . . . . . . . 16

- BI 317 Galatians and the Prison Epistles. . . . 2
- BI 322 Bible Doctrines. . . . . . . . . . . . . . . . 2
- CC College Choir[4, 5] . . . . . . . . . . . . . 1
- EE 330 Teaching Bible . . . . . . . . . . . . . . . . 2
- MU 300 Methods and Materials for the Church Musician . . . . . . . . . . . . 2
- PR 306 Interpersonal Relationships. . . . . . . . 3
- SC Science Elective . . . . . . . . . . . . . . . 3
- Music Emphasis[6]. . . . . . . . . . . . . . . 1

**Total Hours**. . . . . . . . . . . . . . . . . . . . . 16

**SENIOR**

- BB 411 Church History I . . . . . . . . . . . . . . 2
- BI 303 Hebrew History I . . . . . . . . . . . . . . 2
- BI 320 Isaiah . . . . . . . . . . . . . . . . . . . . . . 2
- CC College Choir[4, 5] . . . . . . . . . . . . . 1
- MU 402 Church Music Philosophy and Administration . . . . . . . . . . 2
- PR 415 Marriage and Family Education . . . . 3
- Elective. . . . . . . . . . . . . . . . . . . . . . 1
- Music Emphasis[6]. . . . . . . . . . . . . . . 1

**Total Hours**. . . . . . . . . . . . . . . . . . . . . 14

- BB 412 Church History II . . . . . . . . . . . . . . 2
- BI 304 Hebrew History II . . . . . . . . . . . . . . 2
- BI 319 I and II Timothy and Titus. . . . . . . . 2
- BI 414 Revelation . . . . . . . . . . . . . . . . . . . 2
- BI 416 Hebrews and James . . . . . . . . . . . . 2
- CC College Choir[4, 5]. . . . . . . . . . . . . . 1
- ED 430 Instructional Methods . . . . . . . . . . . 2
- PR 362 Introduction to Biblical Counseling . . . . . . . . . . . . . . . 1
- Music Emphasis[6, 8] . . . . . . . . . . . . . 1

**Total Hours**. . . . . . . . . . . . . . . . . . . . . 15

---

[1] Keyboard emphasis
[2] Vocal or instrumental emphasis
[3] Students who pass audition for PI 101 must replace it with College Choir.
[4] Brass and woodwind take College Choir for 2 semesters and Symphonic Band for 3.
[5] Strings take College Choir for 2 semesters and Orchestra for 3.
[6] Half-hour private lesson in same emphasis.
[7] Vocal emphasis takes MU 221 and 222 in sophomore year.
[8] Vocal emphasis takes MU 313.

## BIBLE MAJOR
### GENERAL STUDIES EMPHASIS

*Bachelor of Arts Degree*

**The purpose of the Bible major general studies emphasis** is to prepare Christians for effective service in a nonpastoral setting.

Students with general studies emphasis are taught a love and respect for the Word of God. The major is for students who desire knowledge of the Word of God but are not preparing for pastoral ministry. Bible cannot be claimed as a minor.

### Academic Program Fee
$10 per semester or 3 payments of $3.33 (p. 19)



### *BIBLE MAJOR—GENERAL STUDIES EMPHASIS* (MEN)
### Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|---|---|---|

| | |
|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | BI 102 New Testament Survey . . . . . . . . . . 2 |
| EN 121 English Grammar/Composition I . . . 3 | BI/BB/BL Bible Elective . . . . . . . . . . . . . . . . 2 |
| HI 101 History of Civilization . . . . . . . . . . . 3 | CS/MA/SC Computer Science/Mathematics/ |
| MA Mathematics Elective . . . . . . . . . . . 3 | Science Elective . . . . . . . . . . . . 3 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | EN 126 English Grammar/Composition II . . . 3 |
| | HI 102 History of Civilization . . . . . . . . . . . 3 |
| | PR 204 Bible and Practical Ministry[1] . . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14** |

| SOPHOMORE | |
|---|---|
| BI 201 Old Testament Survey. . . . . . . . . . . 2 | BI 202 Old Testament Survey. . . . . . . . . . . 2 |
| BI/BB/BL Bible Elective . . . . . . . . . . . . . . . . 2 | BI/BB/BL Bible Elective . . . . . . . . . . . . . . . . 2 |
| BL 101 Elementary Greek . . . . . . . . . . . . . . 4 | BL 102 Elementary Greek . . . . . . . . . . . . . . 4 |
| EN 210 Introduction to Literature. . . . . . . . 3 | PR 240 Evangelism and Discipleship . . . . . . . 2 |
| SC Science Elective . . . . . . . . . . . . . . . 3 | SP 250 Public Speaking . . . . . . . . . . . . . . . 3 |
| SP 201 Voice and Diction . . . . . . . . . . . . . . 2 | PR 304 Bible and Practical Ministry[1] . . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14** |

| JUNIOR | |
|---|---|
| BI 233 Life of David . . . . . . . . . . . . . . . . . 2 | BI 304 Hebrew History II . . . . . . . . . . . . . . 2 |
| BI 303 Hebrew History I . . . . . . . . . . . . . . . 2 | BI 312 Romans . . . . . . . . . . . . . . . . . . . . . . 2 |
| BI 320 Isaiah . . . . . . . . . . . . . . . . . . . . . . . 2 | BI 314 Genesis . . . . . . . . . . . . . . . . . . . . . . 3 |
| BI 321 Bible Doctrines. . . . . . . . . . . . . . . . 2 | BI 322 Bible Doctrines. . . . . . . . . . . . . . . . 2 |
| CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . 2 | BI/BB/BL Bible Elective . . . . . . . . . . . . . . . . 2 |
| ED 413 Child Growth and Development **or** | EE 330 Teaching Bible . . . . . . . . . . . . . . . . 2 |
| ED 415 Adolescent Growth & Development. . 3 | PR 314 Church Business . . . . . . . . . . . . . . . 1 |
| PR 306 Interpersonal Relationships . . . . . . . 3 | PR 404 Bible and Practical Ministry[1, 2] . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15** |

| SENIOR | |
|---|---|
| BB 411 Church History I . . . . . . . . . . . . . . 2 | BB 412 Church History II . . . . . . . . . . . . . . 2 |
| BI 319 I and II Timothy and Titus . . . . . . . . 2 | BI 317 Galatians and the Prison Epistles . . . . 2 |
| BI 416 Hebrews and James . . . . . . . . . . . . . 2 | BI 414 Revelation . . . . . . . . . . . . . . . . . . . . 2 |
| ED 430 Instructional Methods . . . . . . . . . . 2 | BI/BB/BL Bible Elective . . . . . . . . . . . . . . . . 3 |
| PR 214 Church Organization and | PR 312 Youth Ministry . . . . . . . . . . . . . . . . 2 |
| Administration . . . . . . . . . . . . . . . 2 | PR 362 Introduction to Biblical |
| PR 415 Marriage and Family Education . . . . 3 | Counseling . . . . . . . . . . . . . . . . 1 |
| Minor or Elective . . . . . . . . . . . . . . 2 | Minor or Electives . . . . . . . . . . . . . 4 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** |

---
[1]Taken during summer. (See p. 18 for additional cost.)
[2]MI 207 may replace PR 404.

## BIBLE MAJOR—GENERAL STUDIES EMPHASIS (WOMEN)
### Recommended Course Sequence

FALL — **FRESHMAN** — SPRING

| | | | |
|---|---|---|---|
| BI | 101 | New Testament Survey | 2 |
| EN | 121 | English Grammar/Composition I | 3 |
| HI | 101 | History of Civilization | 3 |
| MA | | Mathematics Elective | 3 |
| SP | 101 | Fundamentals of Speech | 3 |
| | | **Total Hours** | **14** |

| | | | |
|---|---|---|---|
| BI | 102 | New Testament Survey | 2 |
| BI/BB/BL | | Bible Elective | 2 |
| CS/MA/SC | | Computer Science/Mathematics/ Science Elective | 3 |
| EN | 126 | English Grammar/Composition II | 3 |
| HI | 102 | History of Civilization | 3 |
| | | Minor or Elective | 1 |
| | | **Total Hours** | **14** |

**SOPHOMORE**

| | | | |
|---|---|---|---|
| BI | 201 | Old Testament Survey | 2 |
| BI/BB/BL | | Bible Elective | 2 |
| BL | 101 | Elementary Greek | 4 |
| EN | 210 | Introduction to Literature | 3 |
| SC | | Science Elective | 3 |
| SP | 201 | Voice and Diction | 2 |
| | | **Total Hours** | **16** |

| | | | |
|---|---|---|---|
| BI | 202 | Old Testament Survey | 2 |
| BI/BB/BL | | Bible Elective | 2 |
| BL | 102 | Elementary Greek | 4 |
| PR | 240 | Evangelism and Discipleship | 2 |
| SP | 250 | Public Speaking* | 3 |
| | | Minor or Elective | 1 |
| | | **Total Hours** | **14** |

**JUNIOR**

| | | | |
|---|---|---|---|
| BI | 233 | Life of David | 2 |
| BI | 303 | Hebrew History I | 2 |
| BI | 320 | Isaiah | 2 |
| BI | 321 | Bible Doctrines | 2 |
| CR | 370 | Origins | 2 |
| ED | 413 | Child Growth and Development **or** | |
| ED | 415 | Adolescent Growth & Development | 3 |
| PR | 306 | Interpersonal Relationships | 3 |
| | | **Total Hours** | **16** |

| | | | |
|---|---|---|---|
| BI | 304 | Hebrew History II | 2 |
| BI | 312 | Romans | 2 |
| BI | 314 | Genesis | 3 |
| BI | 322 | Bible Doctrines | 2 |
| EE | 330 | Teaching Bible | 2 |
| | | Minor or Electives | 4 |
| | | **Total Hours** | **15** |

**SENIOR**

| | | | |
|---|---|---|---|
| BB | 411 | Church History I | 2 |
| BI | 319 | I and II Timothy and Titus | 2 |
| BI | 416 | Hebrews and James | 2 |
| BI/BB/BL | | Bible Elective | 3 |
| ED | 430 | Instructional Methods | 2 |
| PR | 415 | Marriage and Family Education | 3 |
| | | Minor or Elective | 2 |
| | | **Total Hours** | **16** |

| | | | |
|---|---|---|---|
| BB | 412 | Church History II | 2 |
| BI | 317 | Galatians and the Prison Epistles | 2 |
| BI | 414 | Revelation | 2 |
| BI/BB/BL | | Bible Elective | 2 |
| PR | 312 | Youth Ministry | 2 |
| PR | 362 | Introduction to Biblical Counseling | 1 |
| | | Minor or Electives | 4 |
| | | **Total Hours** | **15** |

---
*May take SP 207 Storytelling and a general elective in place of SP 250.

# Division of
# PROFESSIONAL
# STUDIES

**THE PURPOSE OF THIS DIVISION** is to prepare Christian leaders in business and education by providing a Christian-traditional liberal arts education and specialized training in service-oriented professions.

———————————

This division comprises the **business** and **education departments** of Pensacola Christian College, which both offer undergraduate and graduate degrees.

- Business Department  72–89
- Education Department  90–111



**Dr. Donna Marion**
**Dean of Professional Studies**

# BUSINESS DEPARTMENT
*Division of*
**Professional Studies**



## UNDERGRADUATE DEGREES

*Bachelor of Science*
  **Business Major  73**
    Concentrations:
      Accounting  74
      Advertising/Public Relations  75
      Finance  77
      Management  78
      Marketing  80
      Medical Office Administration  85
      Office Administration  83
      Sport Management  81

*Associate of Science*
  **Business Major  87**
    Concentrations:
      Office Systems  87
      Medical Office Systems  88

*Minors*  178–180
  Accounting, Advertising,
  Business Technology, e-Business
  Management, Finance,
  Management, Marketing,
  Office Administration

*Missions Broad Fields*  63–64
  Accounting, Management,
  Office Administration

*Teaching Field*  111
  Technology Education

---

### GRADUATE DEGREE
  *(See Seminary & Graduate Studies Catalog.)*

  *Master of Business Administration*
    *Information Technology Management Specialization*

**Mr. John Cuendet,** Chair

The **business department** incorporates the **business major**
with respective concentrations. The biblically integrated academic
curriculum prepares students for a variety of job opportunities in
both Christian organizations and secular business and/or gradu-
ate school by developing their intellectual capacity, leadership
abilities, spiritual lives, and attitude of service.

The **business major** provides a strong foundation for
accounting, economics, business communication, and
computer applications. General knowledge of business
principles complements the instruction provided in the
chosen concentration. Principles, techniques, theory, and
practical applications are all parts of a balanced program
that presents a value-centered curriculum that applies
Christian principles to every aspect of life.

## BUSINESS MAJOR

### *Bachelor of Science Degree*

**The purpose of the business major** is to prepare students for a variety of
job opportunities in both Christian organizations and secular business and/or
graduate school by developing their intellectual capacity, leadership abilities,
spiritual lives, and attitude of service. General knowledge of business prin-
ciples complements a balance of techniques, theory, and practical application
provided in each chosen concentration.

**Learning Outcomes:** Graduates of the business program will be able to
- make ethical and moral choices based on a biblical worldview,
- communicate effectively in written and oral presentations,
- use current technology and computer applications effectively in their
  chosen profession,
- relate knowledge to practical experiences, and
- be prepared to pursue advanced study in their chosen field.

*(Additional learning outcomes are listed for each concentration.)*

——— **ACCOUNTING CONCENTRATION** ———
*Bachelor of Science Degree,*
*Business Major*

**The purpose of the accounting concentration** is to prepare students for placement and career advancement into positions of influence in commercial, public, not-for-profit, or governmental accounting; to establish a foundation for further education and professional certification or licensure; and to exhibit a Christian testimony in their personal and professional lives.

**Additional Learning Outcomes:** Graduates of the accounting concentration will also be able to

- use financial management concepts and methods to determine viable resolutions for executive decision making and
- apply research from current accounting literature and standards to properly format and present external or internal financial reports and regulatory filings.

Accounting provides essential training for those desiring to become a private or public accountant in either a Christian or secular organization. Students receive a solid, theoretical foundation in accounting with practical application of its principles. This balanced approach allows graduates to use their knowledge in either the work place or graduate school. Minors such as finance, computer science, and e-business complement the accounting concentration. Management may not be claimed as a minor.

### High School Preparation
Recommended high school preparation for an accounting concentration is two units of algebra. Opportunities are available to make up this deficiency. In this case, time required to complete an accounting concentration could be expected to increase.

### Academic Program Fee
$25 per semester or 3 payments of $8.33 (p. 19)

*ACCOUNTING CONCENTRATION*
**Recommended Course Sequence**

| FALL | FRESHMAN | SPRING |
|------|----------|--------|
| AC 231 Principles of Accounting I. . . . . . . . 3 | | AC 232 Principles of Accounting II . . . . . . . 3 |
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 |
| EN 121 English Grammar/Composition I. . . . 3 | | EN 126 English Grammar/Composition II . . . 3 |
| HI 101 History of Civilization . . . . . . . . . . 3 | | HI 102 History of Civilization . . . . . . . . . . 3 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | | MA 130 College Algebra II . . . . . . . . . . . . . 3 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** |

## ACCOUNTING CONCENTRATION cont.

| FALL | SOPHOMORE | SPRING |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| AC 331 | Intermediate Financial Accounting I . . . . . . . . . . . . . . 3 | AC 332 | Intermediate Financial Accounting II . . . . . . . . . . . . . 3 |
| BA 201 | Business Law . . . . . . . . . . . . . . . . 3 | BA 301 | Corporate Finance . . . . . . . . . . . . . 3 |
| BA 330 | Computer Applications for Business[1] . . 3 | BA 322 | Business Statistics **or** |
| BI 201 | Old Testament Survey. . . . . . . . . . . 2 | MA 326 | Statistics . . . . . . . . . . . . . . . . . . . . . . 3 |
| MA 220 | Business Calculus . . . . . . . . . . . . . . 3 | BI 202 | Old Testament Survey. . . . . . . . . . . 2 |
| | Minor or Elective . . . . . . . . . . . . . . 2 | EN 210 | Introduction to Literature. . . . . . . . 3 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 14 |

| JUNIOR |
|---|

| | | | | |
|---|---|---|---|---|
| AC 301 | Cost Accounting. . . . . . . . . . . . . . . 3 | AC | Accounting Elective . . . . . . . . . . . . 3 |
| AC 431 | Advanced Accounting I. . . . . . . . . . 3 | BA 403 | Business Communications. . . . . . . . 3 |
| AC 462 | Auditing. . . . . . . . . . . . . . . . . . . . . . 3 | BI | Bible Elective . . . . . . . . . . . . . . . . . 2 |
| BA 302 | Corporate Finance . . . . . . . . . . . . . 3 | MA 330 | Quantitative Methods. . . . . . . . . . . 3 |
| CR 370 | Origins. . . . . . . . . . . . . . . . . . . . . . . 2 | PL 304 | American Government **or** |
| | | BA 442 | Advanced Business Law[2]. . . . . . . . . 3 |
| | | | Minor or Elective . . . . . . . . . . . . . . 2 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 14 | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 |

| SENIOR |
|---|

| | | | | |
|---|---|---|---|---|
| AC 403 | Principles of Taxation . . . . . . . . . . . 3 | AC 410 | Accounting Information Systems . . . 3 |
| AC | Accounting Elective[3]. . . . . . . . . . . . 3 | BA 304 | Microeconomics . . . . . . . . . . . . . . . 3 |
| BA 303 | Macroeconomics . . . . . . . . . . . . . . . 3 | BI/BB | Bible or Bible Background Elective . . . 2 |
| BI | Bible Elective. . . . . . . . . . . . . . . . . . 2 | PR 306 | Interpersonal Relationships. . . . . . . 3 |
| SP 410 | Oral Communication in the Professions. . . . . . . . . . . . . . . . . . 2 | SC | Science Elective . . . . . . . . . . . . . . . 3 |
| | Minor or Elective . . . . . . . . . . . . . . 3 | | Minor or Elective . . . . . . . . . . . . . . 2 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 |

[1]Students must meet CS 101 prerequisite by credit or proficiency.

[2]Students desiring to sit for CPA exam should take BA 442 Advanced Business Law.

[3]FN 331 may be taken as an accounting elective.

## ADVERTISING/PUBLIC RELATIONS CONCENTRATION

### *Bachelor of Science Degree, Business Major*

**The purpose of the advertising/public relations concentration** is to provide the visual, written, and oral skill necessary for students to address companies' advertising and public relations needs using various media. Practical application and a broad base of business knowledge provide skills necessary to be effective.

**Additional Learning Outcomes:** Graduates of the advertising/public relations concentration will also be able to

- address public relations crises using various media channels and
- develop an effective advertising campaign.

Visual presentation, the written word, and oral communication are all vital to public relations. A student in the advertising/public relations concentration is thoroughly prepared in each of these channels. Students receive a broad base of business knowledge to provide skills necessary to be effective.

## ADVERTISING/PUBLIC RELATIONS CONCENTRATION cont.

Students complete a minor in graphic design through their required advertising / public relations support courses. Marketing may not be claimed as a minor.

### Academic Program Fee
$80 per semester or 3 payments of $26.67 (p. 19)

### Technology Requirements
Students enrolled in 300- or 400-level art courses are required to own a personal laptop for use in class. An *Adobe Creative Cloud* subscription is also required. Laptop specifications must meet minimum *Adobe Creative Cloud* system requirements.

### *ADVERTISING / PUBLIC RELATIONS CONCENTRATION*
### Recommended Course Sequence

| FALL | FRESHMAN | SPRING |
|---|---|---|
| AR 111 Principles of Drawing . . . . . . . . . . . 3 | | AR 201 Design Fundamentals I. . . . . . . . . . 3 |
| AR 120 Digital Typography . . . . . . . . . . . . . 3 | | AR 220 Digital Graphics . . . . . . . . . . . . . . . 3 |
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 |
| EN 121 English Grammar/Composition I. . . . 3 | | EN 126 English Grammar/Composition II . . . 3 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | | HI 101 History of Civilization . . . . . . . . . . . 3 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** |

| | SOPHOMORE | |
|---|---|---|
| AR 267 Graphic Design I . . . . . . . . . . . . . . 3 | | AR 218 Photography I . . . . . . . . . . . . . . . . 3 |
| BI 201 Old Testament Survey. . . . . . . . . . . 2 | | AR 268 Graphic Design II. . . . . . . . . . . . . . 3 |
| CS 211 Introduction to Web Design . . . . . . 3 | | BI 202 Old Testament Survey. . . . . . . . . . . 2 |
| EN 210 Introduction to Literature. . . . . . . . 3 | | HI 102 History of Civilization . . . . . . . . . . . 3 |
| MA Mathematics Elective . . . . . . . . . . . 3 | | MK 202 Professional Selling. . . . . . . . . . . . . 3 |
| SP 201 Voice and Diction. . . . . . . . . . . . . . 2 | | Minor or Elective . . . . . . . . . . . . . . 2 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** |

| | JUNIOR | |
|---|---|---|
| AC 231 Principles of Accounting I. . . . . . . . 3 | | AR 421 Advertising Design II . . . . . . . . . . . 3 |
| AR 420 Advertising Design I. . . . . . . . . . . . 3 | | BA 403 Business Communications. . . . . . . . . 3 |
| BI Bible Elective . . . . . . . . . . . . . . . . 2 | | CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . 2 |
| SP 250 Public Speaking . . . . . . . . . . . . . . . 3 | | PR 306 Interpersonal Relationships. . . . . . . . 3 |
| MK 204 Principles of Marketing. . . . . . . . . . 3 | | PW 301 Copywriting . . . . . . . . . . . . . . . . . . 3 |
| Minor or Elective . . . . . . . . . . . . . . 2 | | |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** |

| | SENIOR | |
|---|---|---|
| BA 313 Public Relations . . . . . . . . . . . . . . . 3 | | BA 413 Public Relations Management. . . . . . 3 |
| BI Bible Elective. . . . . . . . . . . . . . . . . 2 | | BI/BB Bible or Bible Background Elective . . . 2 |
| EN 301 Creative Writing . . . . . . . . . . . . . . . 3 | | MK 402 Advertising Practicum. . . . . . . . . . . . 3 |
| MK 307 Advertising. . . . . . . . . . . . . . . . . . . 3 | | SC Science Elective . . . . . . . . . . . . . . . 3 |
| MK 401 Advertising Project . . . . . . . . . . . . . 3 | | SP 410 Oral Communication in the Professions. . . . . . . . . . . . . . . . . 2 |
| | | Minor or Elective . . . . . . . . . . . . . . 3 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** |

─────── **FINANCE CONCENTRATION** ───────
*Bachelor of Science Degree,*
*Business Major*

**The purpose of the finance concentration** is to prepare students for placement and career advancement into positions of influence in financial institutions, manufacturing and service firms, and not-for-profit or government agencies; to establish a foundation for further education and professional certification or licensure; and to exhibit a Christian testimony in their personal and professional lives.

**Additional Learning Outcomes:** Graduates of the finance concentration will also be able to

- integrate current economic and monetary policies in evaluating and constructing investment portfolios within a global marketplace and
- evaluate, synthesize, and analyze complex investment or financing-related problems to determine viable resolutions for financial managers.

Business major with finance concentration gives students a strong, broad foundation in financial management, financial market structure, investment analysis, and valuation models. Courses provide practical skills that may be used in a Christian or secular workplace. After completing a finance concentration, students may choose to pursue careers in banking, insurance, financial investing, financial management, consulting, governmental finance, etc. Management may not be claimed as a minor.

### High School Preparation
Recommended high school preparation for a finance concentration is two units of algebra. Opportunities are available to make up this deficiency. In this case, time required to complete a finance concentration could be expected to increase.

### Academic Program Fee
$30 per semester or 3 payments of $10 (p. 19)



### *FINANCE CONCENTRATION*
### Recommended Course Sequence

| FALL | | FRESHMAN | SPRING | | |
|---|---|---|---|---|---|
| AC 231 | Principles of Accounting I | 3 | AC 232 | Principles of Accounting II | 3 |
| BI 101 | New Testament Survey | 2 | BI 102 | New Testament Survey | 2 |
| EN 121 | English Grammar/Composition I | 3 | EN 126 | English Grammar/Composition II | 3 |
| HI 101 | History of Civilization | 3 | HI 102 | History of Civilization | 3 |
| SP 101 | Fundamentals of Speech | 3 | MA 130 | College Algebra II | 3 |
| | | | | Minor or Elective | 2 |
| | **Total Hours** | **14** | | **Total Hours** | **16** |

| | | SOPHOMORE | | | |
|---|---|---|---|---|---|
| BA 301 | Corporate Finance | 3 | BA 302 | Corporate Finance | 3 |
| BA 322 | Business Statistics **or** | | BA 330 | Computer Applications for | |
| MA 326 | Statistics | 3 | | Business* | 3 |
| BI 201 | Old Testament Survey | 2 | BI 202 | Old Testament Survey | 2 |
| FN 215 | Principles of Investments | 3 | EN 210 | Introduction to Literature | 3 |
| SC | Science Elective | 3 | MK 204 | Principles of Marketing | 3 |
| | **Total Hours** | **14** | | **Total Hours** | **14** |

| | | JUNIOR | | | |
|---|---|---|---|---|---|
| BA 203 | Principles of Management | 3 | BA 201 | Business Law | 3 |
| BA 303 | Macroeconomics | 3 | BA 304 | Microeconomics | 3 |
| CR 370 | Origins | 2 | BA 403 | Business Communications | 3 |
| FN 331 | Financial Statement Analysis | 3 | BI | Bible Elective | 2 |
| MA 220 | Business Calculus | 3 | FN 310 | Financial Institutions | 3 |
| | Minor or Elective | 2 | | Minor or Elective | 2 |
| | **Total Hours** | **16** | | **Total Hours** | **16** |

| | | SENIOR | | | |
|---|---|---|---|---|---|
| BA 430 | Strategic Management and | | BA 422 | International Business | 3 |
| | Business Policy | 3 | BI/BB | Bible or Bible Background Elective | 2 |
| BI | Bible Elective | 2 | FN 448 | Advanced Portfolio Management | 3 |
| FN 433 | International Finance | 3 | FN 452 | Case Studies in Finance | 3 |
| FN 447 | Financial Modeling and | | PR 306 | Interpersonal Relationships | 3 |
| | Forecasting | 3 | SP 410 | Oral Communication in the | |
| PL 304 | American Government | 3 | | Professions | 2 |
| | **Total Hours** | **14** | | **Total Hours** | **16** |

*Students must meet CS 101 prerequisite by credit or proficiency.

Highlighted text indicates a change from the official version of the Catalog.

## MANAGEMENT CONCENTRATION

### *Bachelor of Science Degree,*
### *Business Major*

**The purpose of the management concentration** is to provide students a broad set of business skills and knowledge for successful and challenging careers in a wide variety of organizations and industries; to establish a foundation for further education; and to equip students to advance into positions of influence as successful innovators and Christlike servant-leaders.

**Additional Learning Outcome:** Graduates of the management concentration will also be able to direct the work effort of others to achieve organizational goals and objectives.

## MANAGEMENT CONCENTRATION cont.

A management concentration provides a general, diversified background for students who plan to operate a business or enter management, marketing, or finance fields. Others seek to pursue graduate school work. Accounting or computer science minors complement a management concentration.

### Academic Program Fee

$25 per semester or 3 payments of $8.33 (p. 19)

### *MANAGEMENT CONCENTRATION*
### Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|---|---|---|
| AC 231 Principles of Accounting I. . . . . . . . 3 | | AC 232 Principles of Accounting II . . . . . . . . 3 |
| BA 101 Introduction to Business. . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . . 2 |
| BI 101 New Testament Survey . . . . . . . . . . . 2 | | EN 126 English Grammar/Composition II . . . 3 |
| CS 101 Introduction to Computer | | MA 121 College Algebra I . . . . . . . . . . . . . . 3 |
| Applications. . . . . . . . . . . . . . . 1 | | SP 101 Fundamentals of Speech . . . . . . . . . . 3 |
| EN 121 English Grammar/Composition I. . . . 3 | | |
| HI 101 History of Civilization . . . . . . . . . . . 3 | | |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . 14 | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 14 |

| | **SOPHOMORE** | |
|---|---|---|
| BA 203 Principles of Management . . . . . . . . . 3 | | BA 322 Business Statistics **or** |
| BI 201 Old Testament Survey. . . . . . . . . . . 2 | | MA 326 Statistics . . . . . . . . . . . . . . . . . . . . . . 3 |
| MA 130 College Algebra II . . . . . . . . . . . . . 3 | | BA 330 Computer Applications for Business. . 3 |
| MK 204 Principles of Marketing . . . . . . . . . 3 | | BI 202 Old Testament Survey. . . . . . . . . . . 2 |
| SC Science Elective . . . . . . . . . . . . . . . 3 | | EN 210 Introduction to Literature. . . . . . . . . 3 |
| Minor or Elective . . . . . . . . . . . . . . . 2 | | HI 102 History of Civilization . . . . . . . . . . . 3 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 14 |

| | **JUNIOR** | |
|---|---|---|
| AC 305 Managerial Cost Accounting. . . . . . . 3 | | BA 302 Corporate Finance . . . . . . . . . . . . . . 3 |
| BA 201 Business Law . . . . . . . . . . . . . . . . . . 3 | | BA 303 Macroeconomics. . . . . . . . . . . . . . . . 3 |
| BA 301 Corporate Finance . . . . . . . . . . . . . . 3 | | BA 403 Business Communications. . . . . . . . . 3 |
| CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . 2 | | BI Bible Elective . . . . . . . . . . . . . . . . . . 2 |
| MA 220 Business Calculus* **or** | | MA 330 Quantitative Methods . . . . . . . . . . . 3 |
| BA/FN Business or Finance Elective . . . . . . . 3 | | Minor or Elective . . . . . . . . . . . . . . . 2 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . 14 | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 |

| | **SENIOR** | |
|---|---|---|
| BA 317 Small Business Entrepreneurship. . . . 3 | | BA 304 Microeconomics . . . . . . . . . . . . . . . . 3 |
| BA 411 Production and Logistics Management. . 3 | | BA 422 International Business. . . . . . . . . . . . 3 |
| BA 430 Strategic Management and | | BI/BB Bible or Bible Background Elective . . 2 |
| Business Policy . . . . . . . . . . . . . . 3 | | PL 304 American Government . . . . . . . . . . . 3 |
| BI Bible Elective . . . . . . . . . . . . . . . . . . 2 | | SP 410 Oral Communication in the |
| PR 306 Interpersonal Relationships. . . . . . . . 3 | | Professions. . . . . . . . . . . . . . . . 2 |
| Minor or Elective . . . . . . . . . . . . . . . 2 | | Minor or Elective . . . . . . . . . . . . . . . 3 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 |

*Students desiring to pursue an M.B.A. degree should take MA 220 Business Calculus.

### MARKETING CONCENTRATION
*Bachelor of Science Degree,*
*Business Major*

**The purpose of the marketing concentration** is to prepare students to apply the theoretical foundations, frameworks, and qualitative and quantitative tools of marketing to actual managerial problems and to equip students to advance into positions of influence as Christlike servant-leaders.

**Additional Learning Outcome:** Graduates of the marketing concentration will also be able to analyze the voice of the customer by creating product and service solutions that result in satisfying exchanges.

In a market-driven economy, marketing is the lifeblood of business. The marketing concentration gives students a solid foundation in sound academic and Christian principles to prepare for a career in the competitive business marketplace. The marketing concentration prepares students for a career in professional sales, advertising management, retail management, marketing research, import/export management, and other related fields. Those considering owning their own business someday should consider a double major in marketing and management to expose them to all the core skills necessary to succeed as a Christian business person. Management and business technology may not be claimed as a minor. Management courses are a part of the marketing concentration.

### Academic Program Fee
$30 per semester or 3 payments of $10 (p. 19)

### *MARKETING CONCENTRATION*
### Recommended Course Sequence

#### FRESHMAN

| FALL | | | SPRING | | |
|---|---|---|---|---|---|
| BA 101 | Introduction to Business | 2 | BI 102 | New Testament Survey | 2 |
| BI 101 | New Testament Survey | 2 | EN 126 | English Grammar/Composition II | 3 |
| CS 101 | Introduction to Computer Applications | 1 | HI 101 | History of Civilization | 3 |
| EN 121 | English Grammar/Composition I | 3 | MA 130 | College Algebra II | 3 |
| MA 121 | College Algebra I | 3 | MK 204 | Principles of Marketing | 3 |
| SP 101 | Fundamentals of Speech | 3 | | | |
| | **Total Hours** | **14** | | **Total Hours** | **14** |

#### SOPHOMORE

| | | | | | |
|---|---|---|---|---|---|
| AC 231 | Principles of Accounting I | 3 | AC 232 | Principles of Accounting II | 3 |
| BA 201 | Business Law | 3 | BA 217 | e-Business Systems | 3 |
| BI 201 | Old Testament Survey | 2 | BI 202 | Old Testament Survey | 2 |
| EN 210 | Introduction to Literature | 3 | HI 102 | History of Civilization | 3 |
| SC | Science Elective | 3 | MK 202 | Professional Selling | 3 |
| | | | | Minor or Elective | 2 |
| | **Total Hours** | **14** | | **Total Hours** | **16** |

## MARKETING CONCENTRATION cont.

| FALL | | | JUNIOR | | SPRING |
|---|---|---|---|---|---|
| BA 322 | Business Statistics **or** | | BA 203 | Principles of Management | 3 |
| MA 326 | Statistics | 3 | BA 301 | Corporate Finance | 3 |
| BA 330 | Computer Applications for Business | 3 | BI | Bible Elective | 2 |
| BA 403 | Business Communications | 3 | MA 330 | Quantitative Methods | 3 |
| CR 370 | Origins | 2 | MK 308 | Retailing | 3 |
| MK 307 | Advertising | 3 | | | |
| | Minor or Elective | 2 | | | |
| | **Total Hours** | **16** | | **Total Hours** | **14** |

| SENIOR | | | | | |
|---|---|---|---|---|---|
| BA 303 | Macroeconomics | 3 | BA 422 | International Business | 3 |
| BA 313 | Public Relations | 3 | BI/BB | Bible or Bible Background Elective | 2 |
| BI | Bible Elective | 2 | MK 405 | Marketing Management | 3 |
| MK 404 | Marketing Research | 3 | PR 306 | Interpersonal Relationships | 3 |
| PL 304 | American Government | 3 | SP 410 | Oral Communication in the Professions | 2 |
| | Minor or Elective | 2 | | Minor or Elective | 3 |
| | **Total Hours** | **16** | | **Total Hours** | **16** |

---

## SPORT MANAGEMENT CONCENTRATION

### *Bachelor of Science Degree,*
### *Business Major*

**The purpose of the sport management concentration** is to prepare students for future ministry in fields involving sports, recreation, and fitness. It is especially recommended for those interested in becoming camp administrators or athletic directors.

**Additional Learning Outcomes:** Graduates of the sport management concentration will also be able to

- manage the components of sports, recreational, and fitness programs and
- implement evangelism into sports and recreation.

Sport management combines the study of physical education and business. It is designed for the student interested in working in fields involving sports, recreation, and fitness. It is especially recommended for those who want to be camp administrators or athletic directors. Management or physical education may not be claimed as a minor.

### Academic Program Fee
$35 per semester or 3 payments of $11.67 (p. 19)

### Extracurricular Activity Requirement
Students in this concentration must participate in several semesters of intercollegiate or intramural sports or an approved alternative.

## *SPORT MANAGEMENT CONCENTRATION*
### Recommended Course Sequence

| FALL | FRESHMAN | SPRING |

**FALL** — **FRESHMAN**

BI 101 New Testament Survey . . . . . . . . . . 2
BY 105 Principles of Biology . . . . . . . . . . . 4
EN 121 English Grammar/Composition I. . . . 3
MA    Mathematics Elective . . . . . . . . . . . 3
PE 160/170 Swimming/Physical Fitness **or**
PE 283/273 Physical Fitness . . . . . . . . . . . . . 1
PE 187 Basketball/Softball . . . . . . . . . . . . . 2
    **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15**

**SPRING**

BI 102 New Testament Survey . . . . . . . . . . 2
EN 126 English Grammar/Composition II . . . 3
PE 184 Soccer/Volleyball . . . . . . . . . . . . . . 2
PE 191 Sport Physiology. . . . . . . . . . . . . . . 2
PE 196 Introduction to Coaching . . . . . . . . . 1
PM 201 Introduction to Sport Management . 2
SP 101 Fundamentals of Speech . . . . . . . . . 3
    **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15**

**SOPHOMORE**

AC 231 Principles of Accounting I. . . . . . . . 3
BA 201 Business Law . . . . . . . . . . . . . . . . . 3
BA 203 Principles of Management. . . . . . . . 3
BI 201 Old Testament Survey. . . . . . . . . . . 2
HI 101 History of Civilization . . . . . . . . . . 3
PE 225 First Aid . . . . . . . . . . . . . . . . . . . . . 2

    **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16**

BI 202 Old Testament Survey. . . . . . . . . . . 2
ED 102 Personal and Community Health . . . 2
MK 204 Principles of Marketing. . . . . . . . . . 3
PE 210 History, Principles, and Philosophy of
        Physical Education . . . . . . . . . . . 2
PE 321 Kinesiology. . . . . . . . . . . . . . . . . . . . 2
PM 302 Camp Programs and Management . . 3
PM 310 Sport Management Practicum[1] . . . . . 2
    **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16**

**JUNIOR**

BA 403 Business Communications. . . . . . . . 3
BY 202 General Anatomy and Physiology . . . 4
CR 370 Origins. . . . . . . . . . . . . . . . . . . . . . . 2
PE    Coaching Elective. . . . . . . . . . . . . . 2
PM 218 Sport Nutrition. . . . . . . . . . . . . . . . 3

    **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14**

BA 330 Computer Applications for Business[2] . . 3
BI    Bible Elective . . . . . . . . . . . . . . . . . 2
EE 308 Teaching PE in Elementary Schools . . 2
HI 102 History of Civilization . . . . . . . . . . 3
PE 243/293 Weight Training . . . . . . . . . . . . 1
PE 368 Developing Fitness Programs **or**
PM 311 Sport Management Practicum[1] . . . . . 2
PM 412 Design and Operation of Sport and
        Recreational Facilities. . . . . . . . . . 2
    **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15**

**SENIOR**

BI    Bible Elective . . . . . . . . . . . . . . . . . 2
ED 430 Instructional Methods . . . . . . . . . . 2
PE 226 Minor Sports . . . . . . . . . . . . . . . . . 2
PE    Coaching Elective. . . . . . . . . . . . . . 2
PR 306 Interpersonal Relationships . . . . . . . 3
    Minor or Electives . . . . . . . . . . . . . 4

    **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **15**

BI/BB Bible or Bible Background Elective . . . 2
ED 413 Child Growth and Development **or**
ED 415 Adolescent Growth and
        Development . . . . . . . . . . . . . . . . 3
EN 210 Introduction to Literature. . . . . . . . 3
PE 244 Indoor Rock Climbing . . . . . . . . . . 1
PE 301 Organization and Administration of
        Physical Education . . . . . . . . . . . 2
PE 324 Care of Athletic Injuries . . . . . . . . . 1
SP 410 Oral Communication in the
        Professions. . . . . . . . . . . . . . . . . 2
    **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14**

---

[1]Taken during summer or Interterm. (See p. 18 for additional cost.)
[2]Students must meet CS 101 prerequisite by credit or proficiency.
Highlighted text indicates a change from the official version of the Catalog.

―――――― **OFFICE ADMINISTRATION CONCENTRATION** ――――――

*Bachelor of Science Degree,*
*Business Major*

**The purpose of the office administration concentration** is to prepare students to serve the Lord in administrative and support positions of both Christian ministries and business organizations. Students master general office skills and learn to apply biblical principles to workplace decisions. In addition, students obtain a general background in business to help qualify them for promotions to managerial positions.

**Additional Learning Outcomes:** Graduates of the office administration concentration will also be able to

- support management in general office duties and
- direct the work effort of others to support and assist management with the ability for promotion to middle-management positions.

Office administration is designed for those who desire to serve the Lord in the office area. Individual class curriculums teach practical skills that will be performed competently for the glory of the Lord, whether serving in a Christian ministry or the secular business world.

The keyboarding and accounting skills of students enrolled in office administration are developed, refined, and polished. Training in word processing, desktop publishing, and office procedures is included. Character traits such as courtesy, dependability, punctuality, and integrity are stressed. Students receive a full range of skills in office management procedures necessary for a position in Christian or secular work. Business technology, management, or office administration may not be claimed as a minor.

### Keyboarding Skills
Students who complete keyboarding in high school take a placement exam to determine a course best suited for their skill. Required courses waived by a placement exam must be replaced with other business electives.

### Academic Program Fee
$60 per semester or 3 payments of $20 (p. 19)

## *OFFICE ADMINISTRATION CONCENTRATION*
### Recommended Course Sequence

FALL                  **FRESHMAN**                  SPRING

| | | | | | |
|---|---|---|---|---|---|
| BI | 101 | New Testament Survey . . . . . . . . . . 2 | BA | 101 | Introduction to Business . . . . . . . . . 2 |
| CS | 101 | Intro. to Computer Applications . . . 1 | BI | 102 | New Testament Survey . . . . . . . . . . 2 |
| EN | 121 | English Grammar/Composition I . . . . 3 | EN | 126 | English Grammar/Composition II . . . 3 |
| HI | 101 | History of Civilization . . . . . . . . . . 3 | HI | 102 | History of Civilization . . . . . . . . . . 3 |
| OA | 101 | Beginning Keyboarding . . . . . . . . . 3 | MA | | Mathematics Elective . . . . . . . . . . . 3 |
| SP | 101 | Fundamentals of Speech . . . . . . . . . 3 | OA | 210 | Records Management . . . . . . . . . . . 2 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

**SOPHOMORE**

| | | | | | |
|---|---|---|---|---|---|
| BI | 201 | Old Testament Survey . . . . . . . . . . . 2 | BA | 220 | Business English . . . . . . . . . . . . . . . 3 |
| EN | 210 | Introduction to Literature . . . . . . . . 3 | BA | 330 | Computer Applications for Business . . 3 |
| OA | 201 | Intermediate Keyboarding . . . . . . . . 4 | BI | 202 | Old Testament Survey . . . . . . . . . . . 2 |
| OA | 213 | Survey of Accounting . . . . . . . . . . . 3 | OA | 214 | Survey of Accounting . . . . . . . . . . . 3 |
| | | Minor or Elective . . . . . . . . . . . . . . 3 | | | Minor or Electives . . . . . . . . . . . . . 4 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

**JUNIOR**

| | | | | | |
|---|---|---|---|---|---|
| BA | 203 | Principles of Management . . . . . . . . 3 | BA | 201 | Business Law . . . . . . . . . . . . . . . . . 3 |
| BA | 300 | Principles of Free-Market Economics . . 3 | BA | 403 | Business Communications . . . . . . . . 3 |
| BI | | Bible Elective . . . . . . . . . . . . . . . . 2 | CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . . 2 |
| SC | | Science Elective . . . . . . . . . . . . . . . 3 | PR | 306 | Interpersonal Relationships . . . . . . . 3 |
| | | Business Elective . . . . . . . . . . . . . . 3 | | | Minor or Electives . . . . . . . . . . . . . 4 |
| | | | OA | 408 | Office Practicum* . . . . . . . . . . . . . . 1 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 14 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 |

**SENIOR**

| | | | | | |
|---|---|---|---|---|---|
| BI | | Bible Elective . . . . . . . . . . . . . . . . 2 | BI/BB | | Bible or Bible Background Elective . . . 2 |
| OA | 301 | Advanced Keyboarding . . . . . . . . . . 4 | CS | 211 | Introduction to Web Design . . . . . . . 3 |
| OA | 318 | Office Procedures . . . . . . . . . . . . . . 3 | OA | 418 | Office Administration . . . . . . . . . . . 3 |
| OA | 411 | Desktop Publishing . . . . . . . . . . . . . 3 | PL | 304 | American Government . . . . . . . . . . . 3 |
| | | Minor or Elective . . . . . . . . . . . . . . 3 | SP | 410 | Oral Communication in the Professions . . . . . . . . . . . . . . . . . 2 |
| | | | | | Minor or Elective . . . . . . . . . . . . . . 2 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

_____
*Taken off campus after attaining senior classification. (See p. 18 for additional cost.)

## ——— MEDICAL OFFICE ADMINISTRATION CONCENTRATION ———

*Bachelor of Science Degree,*
*Business Major*

**The purpose of the medical office administration concentration** is to train students for both support and administrative roles in health-related organizations. In this balanced program, students master general medical terminology, medical billing and coding, and medical transcription as well as general office skills and learn to apply biblical principles to workplace decisions.

**Additional Learning Outcomes:** Graduates of the medical office administration concentration will also be able to

- support management in medical office duties and
- direct the work effort of others to support and assist management in a medical office.

Medical office administration gives specialized training to students interested in health-related office work. The program takes a balanced approach, offering practical preparation in basic office systems skills (such as transcription and encoding/billing) and office management as well as medical office work. Liberal arts courses help prepare well-rounded, ethical, competent Christian people for the medical area. Management or office administration may not be claimed as a minor.

### Keyboarding Skills

Students who complete keyboarding in high school take a placement exam to determine a course best suited for their skill. Required courses waived by placement exam must be replaced with other business electives.

### Academic Program Fee

$85 per semester or 3 payments of $28.33 (p. 19)



## *MEDICAL OFFICE ADMINISTRATION CONCENTRATION*
### Recommended Course Sequence

| FALL | | | **FRESHMAN** | | SPRING | |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 |
| CS 101 Intro. to Computer Applications . . . 1 | | EN 126 English Grammar/Composition II . . . 3 |
| EN 121 English Grammar/Composition I . . . . 3 | | MA Mathematics Elective . . . . . . . . . . . . 3 |
| HI 101 History of Civilization . . . . . . . . . . 3 | | OA 210 Records Management . . . . . . . . . . . 2 |
| OA 101 Beginning Keyboarding . . . . . . . . . 3 | | SP 101 Fundamentals of Speech . . . . . . . . . 3 |
| SC 112 Human and Cell Biology . . . . . . . . 3 | | Minor or Elective . . . . . . . . . . . . . . 3 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

**SOPHOMORE**

| | | | |
|---|---|---|---|
| BA 220 Business English . . . . . . . . . . . . . . . 3 | | BA 330 Computer Applications for Business . . 3 |
| BI 201 Old Testament Survey . . . . . . . . . . . 2 | | BI 202 Old Testament Survey . . . . . . . . . . . 2 |
| HI 102 History of Civilization . . . . . . . . . . 3 | | EN 210 Introduction to Literature . . . . . . . . . 3 |
| OA 201 Intermediate Keyboarding . . . . . . . . 4 | | OA 226 Medical Terminology for the |
| OA 322 Fundamentals of Medical Insurance, | |         Office Professions . . . . . . . . . . . . 1 |
|         Billing, and Coding . . . . . . . . . . . 3 | | OA 326 Medical Insurance and Billing . . . . . . . 3 |
| | | Minor or Elective . . . . . . . . . . . . . . 3 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

| FALL | | | **JUNIOR** | | SPRING | |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| BA 403 Business Communications . . . . . . . . . 3 | | CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . . 2 |
| BI Bible Elective . . . . . . . . . . . . . . . . . 2 | | OA 214 Survey of Accounting . . . . . . . . . . . 3 |
| OA 213 Survey of Accounting . . . . . . . . . . . 3 | | OA 222 Anatomical Terminology II . . . . . . . . 3 |
| OA 221 Anatomical Terminology I . . . . . . . . 3 | | OA 318 Office Procedures . . . . . . . . . . . . . . . 3 |
| OA 327 Diagnosis Coding . . . . . . . . . . . . . . 3 | | PR 306 Interpersonal Relationships . . . . . . . . 3 |
| | | OA 428 Medical Office Practicum* . . . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

**SENIOR**

| | | | |
|---|---|---|---|
| BI Bible Elective . . . . . . . . . . . . . . . . . 2 | | BI/BB Bible or Bible Background Elective . . . 2 |
| OA 324 Machine Transcription for the | | OA 301 Advanced Keyboarding . . . . . . . . . . . 4 |
|         Medical Office . . . . . . . . . . . . . . 4 | | OA 411 Desktop Publishing . . . . . . . . . . . . . 3 |
| OA 329 Procedural Coding . . . . . . . . . . . . . 3 | | OA 418 Office Administration . . . . . . . . . . . . 3 |
| SP 410 Oral Communication in the | | OA 424 Advanced Medical Transcription . . . . 3 |
|         Professions . . . . . . . . . . . . . . . . 2 | | |
| Minor or Electives . . . . . . . . . . . . . 4 | | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

*Taken off campus after attaining senior classification. (See p. 18 for additional cost.)

## BUSINESS MAJOR

### *Associate of Science Degree*

**The purpose of the Associate of Science degree in Business** is to prepare students to be skilled office assistants in a variety of Christian ministries and business offices. Students develop proficiency in general office skills specific to their concentration while learning to apply biblical principles to various workplace situations.

**Learning Outcomes:** Graduates of the two-year business program will be able to

- make ethical and moral choices based on a biblical worldview,
- communicate effectively in written presentations,
- use current technology and computer applications effectively in their chosen profession, and
- relate knowledge to practical experiences.

*(Additional learning outcomes are listed for each concentration.)*

## OFFICE SYSTEMS CONCENTRATION

### *Associate of Science Degree,*
### *Business Major*

**The purpose of the office systems concentration** is to prepare students to be competent members of a support team in Christian and business offices. Students develop proficiency in general office skills integrated with biblical character traits.

**Additional Learning Outcome:** Graduates of the office systems concentration will also be able to support management in general office duties.

This two-year degree program trains students to become efficient office workers. Academic requirements in this program also apply to the Bachelor of Science degree should a student desire to continue after two years. Because of the standard course rotation, the program should be started in the fall semester.

### High School Preparation

Recommended high school preparation for an office systems concentration is a keyboarding course in which students learn proper technique and develop speed and accuracy. Students will take a placement exam to determine a course best suited for their skills. Opportunities are available to make up keyboarding deficiencies. In this case, time required to complete an office systems concentration could be expected to increase.

### Academic Program Fee

$70 per semester or 3 payments of $23.33 (p. 19)

## *OFFICE SYSTEMS CONCENTRATION*
### Recommended Course Sequence

| FALL | **FIRST YEAR** | SPRING |
|---|---|---|

| | | | |
|---|---|---|---|
| BI 101 | New Testament Survey . . . . . . . . . . 2 | BA 220 | Business English . . . . . . . . . . . . . . . 3 |
| CS 101 | Introduction to Computer Applications . . . . . . . . . . . . . . . 1 | BI 102 | New Testament Survey . . . . . . . . . . 2 |
| | | EN 126 | English Grammar/Composition II . . . 3 |
| EN 121 | English Grammar/Composition I. . . . 3 | OA 201 | Intermediate Keyboarding . . . . . . . . 4 |
| MA | Mathematics Elective . . . . . . . . . . . 3 | OA 214 | Survey of Accounting . . . . . . . . . . . 3 |
| OA 213 | Survey of Accounting . . . . . . . . . . . 3 | | |
| SP 101 | Fundamentals of Speech . . . . . . . . . 3 | | |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

### SECOND YEAR

| | | | |
|---|---|---|---|
| BA 203 | Principles of Management. . . . . . . . 3 | BA 403 | Business Communications. . . . . . . . 3 |
| BA 330 | Computer Applications for Business. . 3 | BI 202 | Old Testament Survey. . . . . . . . . . . 2 |
| BI 201 | Old Testament Survey. . . . . . . . . . . 2 | OA 210 | Records Management . . . . . . . . . . . 2 |
| OA 318 | Office Procedures . . . . . . . . . . . . . . 3 | OA 301 | Advanced Keyboarding. . . . . . . . . . 4 |
| PR 306 | Interpersonal Relationships . . . . . . . 3 | | Business Electives . . . . . . . . . . . . . . 5 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 14 | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 |

## ——— MEDICAL OFFICE SYSTEMS CONCENTRATION ———
### *Associate of Science Degree,*
### *Business Major*

**The purpose of the medical office systems concentration** is to prepare students to be skilled workers in a medical office. Students demonstrate competent ability in medical and general office duties while learning to apply biblical principles to various workplace situations.

**Additional Learning Outcome:** Graduates of the medical office systems concentration will also be able to support management in a medical office setting.

This two-year degree program trains students interested in office work in the medical field. Academic requirements in this program also apply to the Bachelor of Science degree should a student desire to continue after two years. Special emphasis is given to terminology and procedures unique to the medical field. The program includes thorough preparation in basic office systems skills such as keyboarding, transcription, filing, and word processing. Because of the standard course rotation, the program should be started in the fall semester.

### High School Preparation
Recommended high school preparation for a medical office systems concentration is a keyboarding course in which students learn proper technique and develop speed and accuracy. Students will take a placement exam to determine a course best suited for their skills. Opportunities are available to make up keyboarding deficiencies. In this case, time required to complete a medical office systems concentration could be expected to increase.

### Academic Program Fee
$100 per semester or 3 payments of $33.33 (p. 19)

## *MEDICAL OFFICE SYSTEMS CONCENTRATION*
### Recommended Course Sequence

#### FIRST YEAR

| FALL | | | | SPRING | |
|------|--|--|--|--------|--|
| BI 101 | New Testament Survey | 2 | BA 220 | Business English | 3 |
| CS 101 | Intro. to Computer Applications | 1 | BI 102 | New Testament Survey | 2 |
| EN 121 | English Grammar/Composition I | 3 | EN 126 | English Grammar/Composition II | 3 |
| OA 221 | Anatomical Terminology I | 3 | OA 201 | Intermediate Keyboarding | 4 |
| SC 112 | Human and Cell Biology | 3 | OA 222 | Anatomical Terminology II | 3 |
| SP 101 | Fundamentals of Speech | 3 | OA 226 | Medical Terminology for the Office Professions | 1 |
| | **Total Hours** | **15** | | **Total Hours** | **16** |

#### SECOND YEAR

| | | | | | |
|--|--|--|--|--|--|
| BA 330 | Computer Applications for Business | 3 | BA 403 | Business Communications | 3 |
| BI 201 | Old Testament Survey | 2 | BI 202 | Old Testament Survey | 2 |
| OA 210 | Records Management | 2 | MA | Mathematics Elective | 3 |
| OA 322 | Fundamentals of Med. Insurance, Billing, and Coding | 3 | OA 301 | Advanced Keyboarding | 4 |
| OA 324 | Machine Transcription for the Medical Office | 4 | OA 318 | Office Procedures | 3 |
| PR 306 | Interpersonal Relationships | 3 | | | |
| | **Total Hours** | **17** | | **Total Hours** | **15** |

# EDUCATION DEPARTMENT
*Division of*
***Professional Studies***



## UNDERGRADUATE DEGREES

*Bachelor of Science*

**Elementary Education Major  92**
Early Childhood Concentration  94

**Music Education Major  95**
*with Choral Conducting, Instrumental, and Keyboard Emphases*

**Secondary Education Major  100**
Concentrations:

| | |
|---|---|
| Biology  101 | Physical Education  106 |
| English  102 | Science  108 |
| History  103 | Speech  109 |
| Mathematics  105 | |

*Minors*  179–180
Education, Physical Education

*Missions Broad Fields*  64–65
Elementary Education, Teaching English

*Youth Ministries Emphasis*  50
Education, Physical Education

*Second Teaching Fields*  110–111

## GRADUATE DEGREES
*(See Seminary & Graduate Studies Catalog.)*

*Master of Science*
Educational Leadership

Curriculum and Instruction Specializations:
Elementary, English, Science, History, Mathematics, Secondary (General), Speech, Music *with Conducting, Instrumental, Keyboard, and Vocal Proficiencies*

*Education Specialist*
Educational Leadership

Curriculum and Instruction Specializations:
Elementary, English, History, Science, Secondary (General)

*Doctor of Education*
Educational Leadership

Curriculum and Instruction Specializations:
Elementary, English, History, Science, Secondary (General)

**Mr. Eric Bryant,** Chair

At the center of the **education department** at Pensacola Christian College is the knowledge that all truth and wisdom come from God. Students are taught truths from God's everlasting revelation in the Scriptures and in God's creation; they are made aware of the humanistic philosophy and techniques used in "progressive" education today. The College retains a traditional approach to educational methods.

The faculty are successfully experienced in the techniques of classroom teaching and management methods. Our purpose is to prepare students to teach in Christian schools. The programs are not designed to prepare students to teach in public schools.

The founder of Pensacola Christian College has been a leading pioneer in the Christian day-school movement. The College conducts training clinics for teachers and administrators. Abeka, an affiliate of Pensacola Christian College, publishes Christian textbooks. PCC is also the home of Abeka Academy. Education majors at PCC reap the benefits of this experience and expertise and come to understand the heartbeat of Christian education.

Continuation as an education major is dependent upon an ongoing evaluation of the student's teaching and/or academic progress. A degree in education is subject to successful teaching experiences. A student may be removed at any time from the education major and/or teaching experiences if, in the opinion of the faculty/administration, the student fails to perform satisfactorily or improve sufficiently in the appropriate teaching skills, regardless of the student's academic average in the program or particular course. Students receiving a "D" or "F" in the final teaching experience of EE/SE 201, ED 251, or any 300- or 400-level teaching course will not receive a satisfactory grade for that course. Education majors cannot repeat EE/SE 201, ED 251, or any 300- or 400-level teaching course, including teaching internship, more than one time, nor may they repeat more than one 300- or 400-level teaching course. Upon failure of a second teaching course, the student's status will be reviewed to determine if he can continue in the education major. These policies apply to elementary education and teaching English broad field requirements of the missions concentration. Students approved to retake the teaching internship may be required to take remedial work first. Students who are removed from one education major cannot declare any other education major or broad field.

_____

Highlighted text indicates a change from the official version of the Catalog.

——————— **ELEMENTARY EDUCATION MAJOR** ———————

### *Bachelor of Science Degree*

**The purpose of the elementary education major** is to prepare students to teach in a Christian elementary or early childhood program by equipping them with a Christian-traditional philosophy of subject content and teaching methods, practical teaching skills, and a servant's heart.

**Learning Outcomes:** Graduates of the elementary education program will be able to

- apply a Christian-traditional philosophy of education to content and methods of teaching in elementary or early childhood classes;
- demonstrate competency in elementary-level or early childhood subject content;
- demonstrate proficiency in the use of methods and materials appropriate for the Christian-traditional elementary or early childhood classroom;
- organize, establish, and manage an effective learning environment;
- demonstrate knowledge of the learner with ability to teach him;
- teach effectively in a Christian elementary or early childhood program;
- integrate biblical Christian values in teaching; and
- exhibit the professional qualities required of successful teachers.

The **elementary education major** provides knowledge and skill to work with first-grade through sixth-grade students. The program uses the best curriculum, methods, and equipment to prepare students to teach. Pensacola Christian Academy classrooms become the students' laboratory for learning how to teach. Students gain experience *before* beginning their elementary teaching internship—freshmen observe videotaped elementary classes; sophomores and juniors teach peers and some elementary classes for additional preparation. Education may not be claimed as a minor.

#### Elementary Teaching Internship
Teaching internships begin fall Pre-term with ED 419 Teaching Internship Orientation. The following prerequisites are required for teaching internships:

1. Senior in last two semesters
2. Completed prerequisite coursework (see EE 420 course description)
3. Completed application procedures by announced deadline
4. At least a "C-" in all education courses and a minimum overall GPA of 2.00
5. Satisfactory results on a background check
6. Explicit approval of the Chair of Education

#### Academic Program Fee
$30 per semester or 3 payments of $10 (p. 19)

## *ELEMENTARY EDUCATION MAJOR*
### Recommended Course Sequence

FALL                    **FRESHMAN**                    SPRING

| | | | |
|---|---|---|---|
| BI | 101 | New Testament Survey . . . . . . . . . 2 | BI 102 New Testament Survey . . . . . . . . . 2 |
| ED | 101 | Philosophy of Christian Education . . 3 | ED 102 Personal and Community Health . . . 2 |
| EN | 121 | English Grammar/Composition I . . . 3 | EN 126 English Grammar/Composition II . . 3 |
| HI | 101 | History of Civilization . . . . . . . . . . 3 | HI 102 History of Civilization . . . . . . . . . . 3 |
| SP | 101 | Fundamentals of Speech. . . . . . . . . 3 | MA Mathematics Elective . . . . . . . . . . . 3 |
| | | | Minor or Elective. . . . . . . . . . . . . . 2 |
| | | Total Hours. . . . . . . . . . . . . . . . . . . . 14 | Total Hours. . . . . . . . . . . . . . . . . . . . 15 |

**SOPHOMORE**

| | | | |
|---|---|---|---|
| BI | 201 | Old Testament Survey . . . . . . . . . . 2 | BI 202 Old Testament Survey . . . . . . . . . . 2 |
| EE | 201 | Materials and Methods. . . . . . . . . . 3 | ED 219 Teaching the Reluctant Learner . . . . 2 |
| EE | 205 | Intensive Phonics Instruction. . . . . . 2 | EE 215 Arithmetic Skills for the Elementary |
| HI | 201 | United States History . . . . . . . . . . . 3 | School. . . . . . . . . . . . . . . . . . . . 2 |
| SC | 111 | Fundamentals of Biology . . . . . . . . 3 | EN 210 Introduction to Literature . . . . . . . . 3 |
| PE | 195 | Elementary PE Activities . . . . . . . . 1 | HI 202 United States History . . . . . . . . . . . 3 |
| EE | 210 | Elementary Education Practicum[1] . . 1 | SC 112 Human and Cell Biology . . . . . . . . . 3 |
| | | | ED 211 Education Field Experience[2] . . . . . . 1 |
| | | Total Hours. . . . . . . . . . . . . . . . . . . . 15 | Total Hours. . . . . . . . . . . . . . . . . . . . 16 |

**JUNIOR**

| | | | |
|---|---|---|---|
| BI | | Bible Elective. . . . . . . . . . . . . . . . . 2 | BI Bible Elective. . . . . . . . . . . . . . . . . 2 |
| CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . 2 | ED 301 Tests and Measurements . . . . . . . . . 1 |
| EE | 301 | Teaching Arithmetic . . . . . . . . . . . 2 | ED 306 Computer Applications in |
| EE | 306 | Teaching Art and Music. . . . . . . . . 1 | Education[3] . . . . . . . . . . . . . . . . 1 |
| EE | 308 | Teaching PE in Elementary Schools . 2 | ED 322 Educational Psychology . . . . . . . . . 3 |
| EE | 311 | Teaching Penmanship . . . . . . . . . . 1 | EE 317 Teaching Reading . . . . . . . . . . . . . 2 |
| EE | 321 | Teaching Science and History . . . . . 2 | EE 325 Teaching Language Arts . . . . . . . . . 2 |
| SC | 211 | Earth and Space. . . . . . . . . . . . . . . 3 | EE 330 Teaching Bible . . . . . . . . . . . . . . . 2 |
| | | | SC 212 Physical Science . . . . . . . . . . . . . . 3 |
| | | Total Hours. . . . . . . . . . . . . . . . . . . . 15 | Total Hours. . . . . . . . . . . . . . . . . . . . 16 |

**SENIOR**

| | | | |
|---|---|---|---|
| ED | 419 | Teaching Internship Orientation[4,5] . . 1 | BI Bible Elective. . . . . . . . . . . . . . . . . 2 |
| EE | 420 | Elementary Teaching Internship[4] . . 12 | ED 413 Child Growth and Development . . . 3 |
| | | | EE 412 Children's Literature . . . . . . . . . . . 2 |
| | | | MU 213 Appreciation of Fine Arts . . . . . . . . 3 |
| | | | Minor or Electives . . . . . . . . . . . . . 6 |
| | | Total Hours. . . . . . . . . . . . . . . . . . . . 13 | Total Hours. . . . . . . . . . . . . . . . . . . . 16 |

[1]Taken during Interterm. (See p. 18 for additional cost.)
[2]Taken during summer. (See p. 18 for addtional cost.)
[3]Students must meet CS 101 prerequisite by credit or proficiency.
[4]Scheduled by education department
[5]Taken the Pre-term prior to EE 420. (See p. 18 for addtional cost.)

## EARLY CHILDHOOD CONCENTRATION

### *Bachelor of Science Degree, Elementary Education Major*

Early childhood concentration provides knowledge and skill to work with nursery-school students through second-grade students and direct an early childhood program.



### Early Childhood Teaching Internship

This begins Pre-term in the fall with ED 419 Teaching Internship Orientation. Teaching internships are restricted to students who meet the following prerequisites:

1. Senior in last two semesters
2. Completed prerequisite coursework (see EE 450 course description)
3. Completed application procedures by announced deadline
4. At least a "C-" in all education courses and a minimum overall GPA of 2.00
5. Satisfactory results on a background check
6. Explicit approval of the Chair of Education

### Academic Program Fee

$30 per semester or 3 payments of $10 (p. 19)

### *EARLY CHILDHOOD CONCENTRATION*
### Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 |
| ED 101 Philosophy of Christian Education . . 3 | | ED 102 Personal and Community Health . . 2 |
| EN 121 English Grammar/Composition I . . . 3 | | EN 126 English Grammar/Composition II . . 3 |
| HI 101 History of Civilization . . . . . . . . . . . 3 | | HI 102 History of Civilization . . . . . . . . . . . 3 |
| SP 101 Fundamentals of Speech. . . . . . . . . . 3 | | MA Mathematics Elective . . . . . . . . . . . 3 |
| | | Minor or Elective . . . . . . . . . . . . . . 2 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

**SOPHOMORE**

| | | |
|---|---|---|
| BI 201 Old Testament Survey . . . . . . . . . . . 2 | | BI 202 Old Testament Survey . . . . . . . . . . . 2 |
| EE 201 Materials and Methods. . . . . . . . . . . 3 | | ED 219 Teaching the Reluctant Learner . . . . 2 |
| EE 215 Arithmetic Skills for the Elementary | | EE 205 Intensive Phonics Instruction. . . . . . 2 |
|        School . . . . . . . . . . . . . . . . . . . . 2 | | EE 207 Early Childhood Development. . . . . 2 |
| EN 210 Introduction to Literature . . . . . . . . 3 | | PE 225 First Aid . . . . . . . . . . . . . . . . . . . . . 2 |
| SC 111 Fundamentals of Biology . . . . . . . . . 3 | | SC 112 Human and Cell Biology . . . . . . . . . 3 |
|        Minor or Elective. . . . . . . . . . . . . . . 1 | |        Minor or Elective. . . . . . . . . . . . . . . 2 |
| ED 210 Early Childhood Education | | ED 211 Education Field Experience[2] . . . . . . 1 |
|        Practicum[1] . . . . . . . . . . . . . . . . . 1 | | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

[1]Taken during Interterm. (See p. 18 for additional cost.)
[2]Taken during summer. (See p. 18 for additional cost.)

## EARLY CHILDHOOD CONCENTRATION cont.

| | FALL | | | JUNIOR | | SPRING |
|---|---|---|---|---|---|---|
| BI | | Bible Elective. . . . . . . . . . . . . . . . 2 | BI | | Bible Elective. . . . . . . . . . . . . . . . 2 | |
| ED | 322 | Educational Psychology . . . . . . . . . 3 | CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . 2 | |
| EE | 306 | Teaching Art and Music. . . . . . . . . 1 | ED | 448 | Early Childhood Administration . . . 3 | |
| EE | 317 | Teaching Reading . . . . . . . . . . . . . 2 | EE | 301 | Teaching Arithmetic . . . . . . . . . . . 2 | |
| EE | 330 | Teaching Bible. . . . . . . . . . . . . . . . 2 | EE | 311 | Teaching Penmanship . . . . . . . . . . 1 | |
| EE | 343 | Teaching Preschoolers . . . . . . . . . . 2 | EE | 325 | Teaching Language Arts . . . . . . . . . 2 | |
| SP | 207 | Storytelling . . . . . . . . . . . . . . . . . . 2 | | | Minor or Elective. . . . . . . . . . . . . . 3 | |
| | | Minor or Elective. . . . . . . . . . . . . . 2 | | | | |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . .**16** | | | **Total Hours**. . . . . . . . . . . . . . . . . . . .**15** | |

| | SENIOR | | | | | |
|---|---|---|---|---|---|---|
| BI | | Bible Elective. . . . . . . . . . . . . . . . 2 | ED | 419 | Teaching Internship Orientation[4,5] . . 1 | |
| ED | 306 | Computer Applications in | EE | 450 | Early Childhood Teaching | |
| | | Education[3] . . . . . . . . . . . . . . . . 1 | | | Internship[4] . . . . . . . . . . . . . . . . 12 | |
| ED | 413 | Child Growth and Development . . . 3 | | | | |
| EE | 321 | Teaching Science and History . . . . . 2 | | | | |
| EE | 412 | Children's Literature . . . . . . . . . . . . 2 | | | | |
| MU | 213 | Appreciation of Fine Arts. . . . . . . . 3 | | | | |
| PR | 415 | Marriage and Family Education . . . . 3 | | | | |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . .**16** | | | **Total Hours**. . . . . . . . . . . . . . . . . . . .**13** | |

[3]Students must meet CS 101 prerequisite by credit or proficiency.
[4]Scheduled by education department
[5]Taken the Pre-term prior to EE 450. (See p. 18 for additional cost.)

## MUSIC EDUCATION MAJOR

### *Bachelor of Science Degree*

**The purpose of the music education major** is to prepare students to teach in a Christian school by equipping them with a Christian-traditional philosophy of music content and teaching methods, practical teaching skills, and a servant's heart.

**Learning Outcomes:** Graduates of the music education program will be able to

- apply a Christian-traditional philosophy of music to purposes, content, and methods of teaching;
- demonstrate appropriate skill in their primary proficiency;
- demonstrate a working knowledge of the elements of music;
- organize, establish, and manage an effective learning environment;
- demonstrate knowledge of the learner with ability to teach him;
- teach effectively in a Christian school;
- integrate biblical Christian values in teaching; and
- exhibit the professional qualities required of successful teachers.

PCC's music education program offers a distinctively Christian education, with an emphasis on glorifying God through music. Students gain practical knowledge, personal instruction, and experience in all areas of music.

### MUSIC EDUCATION MAJOR cont.

Numerous opportunities for ministry and performance in solo and group settings are available. This well-rounded education prepares upcoming music teachers for instruction in the classroom, rehearsal hall, and private studio.

### Major Emphasis

Students must demonstrate sufficient talent and ability to pursue music courses. They must demonstrate appropriate ability via freshman evaluation, sophomore platform, and senior recital in an area of applied music and take instruction in this field every semester. This major emphasis may be choral conducting, instrumental, or keyboard.

### Music Repertoire

Students with a major in music education are required to enroll in Music Repertoire each semester they enroll in private lessons/conducting classes after passing the first two semesters of lessons. (Choral conducting emphases enroll in music repertoire after completing VO 121 and 122.)

### Secondary Piano Examination

Students whose major emphasis is choral conducting or instrumental must have secondary skill in piano and must pass the secondary piano examination or pass PI 211–212.

### Platform Evaluation and Recitals

Second-semester sophomores must pass a music platform evaluation to be approved for a major in music education. A public recital is given during the senior year.

### Ensemble Participation

All music education majors must participate in one performing ensemble every semester, including their last 4 semesters. Performing ensembles that meet requirements for each emphasis are as follows:

**Choral Conducting:** Chamber Ensemble, Symphonic Choir
**Instrumental:** Orchestra
**Keyboard:** Accompaniment Practicum, Chamber Ensemble, Handbell Choir, Orchestra, Proclaim Ministry Team (Music), Symphonic Band, Symphonic Choir

### Music Teaching Internship

Teaching internships begin fall Pre-term with ED 419 Teaching Internship Orientation. The following prerequisites are required for teaching internships:

1. Senior in last two semesters
2. Completed prerequisite coursework (see ED 450 course description)
3. Completed application procedures by announced deadline
4. At least a "C-" in all education and music courses and a minimum overall GPA of 2.00
5. Satisfactory results on a background check
6. Explicit approval of the Chair of Education

---

Highlighted text indicates a change from the official version of the Catalog.

**MUSIC EDUCATION MAJOR cont.**

## Academic Program Fee

$50 per semester or 3 payments of $16.67 (instrumental emphasis is $55 per semester or 3 payments of $18.33). Students taking music lessons and group instruction pay appropriate music course fees (pp. 19–20).

### *MUSIC EDUCATION MAJOR with CHORAL CONDUCTING EMPHASIS*
### Recommended Course Sequence

| FALL | | FRESHMAN | SPRING | | |
|---|---|---|---|---|---|
| BI | 101 | New Testament Survey . . . . . . . . . 2 | BI | 102 | New Testament Survey . . . . . . . . . 2 |
| EN | 121 | English Grammar/Composition I . . . 3 | ED | 101 | Philosophy of Christian Education . . 3 |
| MU | 101 | Music Theory I . . . . . . . . . . . . . . . 4 | EN | 126 | English Grammar/Composition II . . 3 |
| PI | 211 | Secondary Piano . . . . . . . . . . . . . . 1 | MU | 102 | Music Theory II . . . . . . . . . . . . . . 4 |
| SP | 101 | Fundamentals of Speech. . . . . . . . . 3 | PI | 212 | Secondary Piano . . . . . . . . . . . . . . 1 |
| VO | 121 | Vocal Instruction . . . . . . . . . . . . . 1 | VO | 122 | Vocal Instruction . . . . . . . . . . . . . 1 |
| | | Ensemble. . . . . . . . . . . . . . . . . . . . 1 | | | Ensemble. . . . . . . . . . . . . . . . . . . . 1 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 15 | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 15 |

| | | SOPHOMORE | | | |
|---|---|---|---|---|---|
| BI | 201 | Old Testament Survey . . . . . . . . . . 2 | BI | 202 | Old Testament Survey . . . . . . . . . . 2 |
| ED | 251 | Introduction to Music Education. . . 3 | EN | 210 | Introduction to Literature . . . . . . . 3 |
| MA | | Mathematics Elective . . . . . . . . . . . 3 | HI | 101 | History of Civilization . . . . . . . . . . 3 |
| MU | 201 | Music Theory III. . . . . . . . . . . . . . 4 | MU | 220 | Introduction to Music Technology. . 3 |
| MU | 226 | Choral Methods. . . . . . . . . . . . . . . 2 | MU | 272 | Choral Conducting . . . . . . . . . . . . 1 |
| VO | 231 | Private Voice . . . . . . . . . . . . . . . . . 1 | MU | 308 | Strings Methods . . . . . . . . . . . . . . 2 |
| | | Ensemble. . . . . . . . . . . . . . . . . . . . 1 | VO | 232 | Private Voice . . . . . . . . . . . . . . . . . 1 |
| | | | | | Ensemble. . . . . . . . . . . . . . . . . . . . 1 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 |

| | | JUNIOR | | | |
|---|---|---|---|---|---|
| BI | | Bible Elective. . . . . . . . . . . . . . . . . 2 | BI | | Bible Elective. . . . . . . . . . . . . . . . . 2 |
| ED | 351 | Teaching Elementary Music . . . . . 2 | CD | 322 | Private Conducting . . . . . . . . . . . . 1 |
| MU | 301 | History of Music . . . . . . . . . . . . . . 3 | ED | 322 | Educational Psychology . . . . . . . . . 3 |
| MU | 307 | Woodwind Methods . . . . . . . . . . . 2 | ED | 352 | Teaching Secondary Music. . . . . . . 2 |
| MU | 315 | Elements of Conducting . . . . . . . . 2 | MU | 302 | History of Music . . . . . . . . . . . . . . 3 |
| MU | 327 | Voice Materials and Methods . . . . . 2 | MU | 446 | Instrumental Conducting. . . . . . . . 2 |
| MU | 371 | Choral Conducting . . . . . . . . . . . . 1 | | | Ensemble. . . . . . . . . . . . . . . . . . . . 1 |
| | | Ensemble. . . . . . . . . . . . . . . . . . . . 1 | | | Elective. . . . . . . . . . . . . . . . . . . . . 1 |
| ED | 259 | Music Education Practicum[1] . . . . . 1 | | | |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 15 |

| | | SENIOR | | | |
|---|---|---|---|---|---|
| BI | | Bible Elective. . . . . . . . . . . . . . . . . 2 | CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . 2 |
| CD | 421 | Private Conducting . . . . . . . . . . . . 1 | HI | 102 | History of Civilization . . . . . . . . . . 3 |
| ED | 419 | Teaching Internship | MU | 231 | Piano Accompaniment . . . . . . . . . . 1 |
| | | Orientation[2, 3] . . . . . . . . . . . . . . . 1 | MU | 310 | Choral Writing and Arranging . . . . 2 |
| ED | 450 | Music Teaching Internship[2] . . . . . . 7 | MU | 410 | Brass and Percussion Methods . . . . 2 |
| | | Ensemble. . . . . . . . . . . . . . . . . . . . 1 | MU | 479 | Private Conducting/Recital (Educ.) . 1 |
| | | | SC | | Science Elective . . . . . . . . . . . . . . . 3 |
| | | | | | Ensemble. . . . . . . . . . . . . . . . . . . . 1 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 12 | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 15 |

[1] Taken during Interterm. (See p. 18 for additional cost.)
[2] Scheduled by education department
[3] Taken the Pre-term prior to MU 420. (See p. 18 for additional cost.)
Highlighted text indicates a change from the official version of the Catalog.

## *MUSIC EDUCATION MAJOR with INSTRUMENTAL EMPHASIS*
## Recommended Course Sequence

| FALL | | | | **FRESHMAN** | SPRING |
|---|---|---|---|---|---|

| BI | 101 | New Testament Survey | 2 | BI | 102 | New Testament Survey | 2 |
|---|---|---|---|---|---|---|---|
| EN | 121 | English Grammar/Composition I | 3 | ED | 101 | Philosophy of Christian Education | 3 |
| MU | 101 | Music Theory I | 4 | EN | 126 | English Grammar/Composition II | 3 |
| PI | 211 | Secondary Piano | 1 | MU | 102 | Music Theory II | 4 |
| SP | 101 | Fundamentals of Speech | 3 | PI | 212 | Secondary Piano | 1 |
| ST | 141 | Orchestra | 1 | ST | 142 | Orchestra | 1 |
| | | Private Instrument | 1 | | | Private Instrument | 1 |
| | | **Total Hours** | **15** | | | **Total Hours** | **15** |

**SOPHOMORE**

| BI | 201 | Old Testament Survey | 2 | BI | 202 | Old Testament Survey | 2 |
|---|---|---|---|---|---|---|---|
| ED | 251 | Introduction to Music Education | 3 | EN | 210 | Introduction to Literature | 3 |
| HI | 101 | History of Civilization | 3 | HI | 102 | History of Civilization | 3 |
| MU | 201 | Music Theory III | 4 | MU | 220 | Introduction to Music Technology | 3 |
| MU | 226 | Choral Methods | 2 | MU | 308 | Strings Methods | 2 |
| ST | 241 | Orchestra | 1 | ST | 242 | Orchestra | 1 |
| | | Private Instrument | 1 | | | Private Instrument | 1 |
| | | **Total Hours** | **16** | | | **Total Hours** | **15** |

**JUNIOR**

| BI | | Bible Elective | 2 | BI | | Bible Elective | 2 |
|---|---|---|---|---|---|---|---|
| ED | 351 | Teaching Elementary Music | 2 | ED | 322 | Educational Psychology | 3 |
| MU | 301 | History of Music | 3 | ED | 352 | Teaching Secondary Music | 2 |
| MU | 307 | Woodwind Methods | 2 | MU | 302 | History of Music | 3 |
| MU | 315 | Elements of Conducting | 2 | MU | 312 | Instrumental Materials and |  |
| ST | 341 | Orchestra | 1 | | | Methods | 2 |
| | | Private Instrument | 1 | MU | 418 | Orchestration | 2 |
| ED | 259 | Music Education Practicum[1] | 1 | ST | 342 | Orchestra | 1 |
| | | | | | | Private Instrument | 1 |
| | | **Total Hours** | **14** | | | **Total Hours** | **16** |

**SENIOR**

| BI | | Bible Elective | 2 | CR | 370 | Origins | 2 |
|---|---|---|---|---|---|---|---|
| ED | 419 | Teaching Internship | | MU | 410 | Brass and Percussion Methods | 2 |
| | | Orientation[2, 3] | 1 | MU | 446 | Instrumental Conducting | 2 |
| ED | 450 | Music Teaching Internship[2] | 7 | MU | | Arranging Elective | 2 |
| MA | | Mathematics Elective | 3 | MU | | Private Instrument/Recital (Educ.) | 1 |
| ST | 441 | Orchestra | 1 | SC | | Science Elective | 3 |
| | | Private Instrument | 1 | ST | 442 | Orchestra | 1 |
| | | | | | | Elective | 1 |
| | | **Total Hours** | **15** | | | **Total Hours** | **14** |

[1] Taken during Interterm. (See p. 18 for additional cost.)

[2] Scheduled by education department

[3] Taken the Pre-term prior to MU 420. (See p. 18 for additional cost.)

Highlighted text indicates a change from the official version of the Catalog.

## *MUSIC EDUCATION MAJOR with KEYBOARD EMPHASIS*
### Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|------|--------------|--------|

| | | | | | | |
|----|-----|----------------------------------|----|----|-----|----------------------------------|
| BI | 101 | New Testament Survey ........... 2 | BI | 102 | New Testament Survey ........... 2 |
| EN | 121 | English Grammar/Composition I ... 3 | ED | 101 | Philosophy of Christian Education .. 3 |
| MU | 101 | Music Theory I ............... 4 | EN | 126 | English Grammar/Composition II .. 3 |
| MU | 121 | Vocal Class I ................ 1 | MU | 102 | Music Theory II ............... 4 |
| PI | 121 | Private Piano ................ 1 | PI | 122 | Private Piano ................ 1 |
| SP | 101 | Fundamentals of Speech......... 3 | | | Ensemble.................... 1 |
| | | Ensemble.................... 1 | | | Elective .................... 1 |
| | | **Total Hours**.................. **15** | | | **Total Hours**.................. **15** |

**SOPHOMORE**

| | | | | | | |
|----|-----|----------------------------------|----|----|-----|----------------------------------|
| BI | 201 | Old Testament Survey ........... 2 | BI | 202 | Old Testament Survey ........... 2 |
| ED | 251 | Introduction to Music Education... 3 | HI | 101 | History of Civilization ........... 3 |
| MU | 201 | Music Theory III............... 4 | MA | | Mathematics Elective ............ 3 |
| MU | 226 | Choral Methods............... 2 | MU | 220 | Introduction to Music Technology . 3 |
| MU | 233 | Hymn Keyboard Skills I......... 2 | MU | 230 | Piano Accompanying ............ 1 |
| PI | 221 | Private Piano ................ 1 | MU | 234 | Hymn Keyboard Skills II ......... 2 |
| | | Ensemble.................... 1 | PI | 222 | Private Piano ................ 1 |
| | | | | | | Ensemble.................... 1 |
| | | **Total Hours**.................. **15** | | | **Total Hours**.................. **16** |

**JUNIOR**

| | | | | | | |
|----|-----|----------------------------------|----|----|-----|----------------------------------|
| BI | | Bible Elective................ 2 | BI | | Bible Elective................ 2 |
| ED | 351 | Teaching Elementary Music....... 2 | ED | 322 | Educational Psychology .......... 3 |
| MU | 301 | History of Music .............. 3 | ED | 352 | Teaching Secondary Music........ 2 |
| MU | 307 | Woodwind Methods ........... 2 | MU | 302 | History of Music .............. 3 |
| MU | 335 | Piano Materials and Methods...... 2 | MU | 308 | Strings Methods .............. 2 |
| PI | 151 | Accompaniment Practicum ...... 1 | MU | 336 | Piano Materials and Methods...... 2 |
| PI | 321 | Private Piano ................ 1 | PI | 152 | Accompaniment Practicum ...... 1 |
| ED | 259 | Music Education Practicum[1] ..... 1 | PI | 322 | Private Piano ................ 1 |
| | | **Total Hours**.................. **14** | | | **Total Hours**.................. **16** |

**SENIOR**

| | | | | | | |
|----|-----|----------------------------------|----|----|-----|----------------------------------|
| BI | | Bible Elective................ 2 | CR | 370 | Origins ..................... 2 |
| ED | 419 | Teaching Internship Orientation[2,3] .. 1 | HI | 102 | History of Civilization ........... 3 |
| ED | 450 | Music Teaching Internship[2] ...... 7 | MU | 310 | Choral Writing and Arranging ..... 2 |
| EN | 210 | Introduction to Literature ........ 3 | MU | 410 | Brass and Percussion Methods ..... 2 |
| PI | 421 | Private Piano ................ 1 | MU | 474 | Private Piano/Recital (Educ.) ...... 1 |
| | | Ensemble.................... 1 | SC | | Science Elective ............... 3 |
| | | | | | | Ensemble..................... 1 |
| | | **Total Hours**.................. **15** | | | **Total Hours**.................. **14** |

[1] Taken during Interterm. (See p. 18 for additional cost.)
[2] Scheduled by education department
[3] Taken the Pre-term prior to MU 420. (See p. 18 for additional cost.)
Highlighted text indicates a change from the official version of the Catalog.

## SECONDARY EDUCATION MAJOR

*Bachelor of Science Degree*

**The purpose of the secondary education major** is to prepare students to teach in a Christian school by equipping them with a Christian-traditional philosophy of subject content and teaching methods, practical teaching skills, and a servant's heart.

**Learning Outcomes:** Graduates of the secondary education program will be able to

- apply a Christian-traditional philosophy of education to purposes, content, and methods of teaching;
- demonstrate knowledge and understanding of subject content unique to their selected concentration and second teaching field;
- demonstrate proficiency in the use of methods and materials appropriate for the traditional secondary classroom;
- organize, establish, and manage an effective learning environment;
- demonstrate knowledge of the learner with ability to teach him;
- teach effectively in a Christian junior high or high school;
- integrate biblical Christian values in teaching; and
- exhibit the professional qualities required of successful teachers.

Students majoring in secondary education are given the best preparation in curriculum, methods, and equipment. They select a first field of concentration and a second teaching field (pp. 101–111) designed to meet the needs of Christian schools. Students observe videotaped high school classes as well as live high school classes. They gain experience *before* beginning their teaching internship by teaching peers during sophomore and junior years.

### Music Second Teaching Field

Students with a Music second teaching field (p. 111) must demonstrate sufficient ability in one area of applied music and will take instruction in this area for six semesters. Students in their fourth semester of private music lessons must pass a platform to be approved for a music second teaching field. After passing the platform, students are required to enroll in Music Repertoire each semester they are enrolled in private lessons. Students with a vocal or instrumental emphasis must participate in a performing ensemble two semesters sometime during sophomore, junior, or senior years. Performing ensembles that meet requirements for each emphasis are as follows:

**Instrumental:** Orchestra, Symphonic Band

**Vocal:** Chamber Ensemble, Symphonic Choir

### Secondary Teaching Internship

Teaching internships begin Pre-term in the fall with ED 419 Teaching Internship Orientation. Teaching internships are restricted to students who meet the following prerequisites:

## SECONDARY EDUCATION MAJOR cont.

1. Senior in last two semesters
2. Completed prerequisite coursework (see SE 420 course description)
3. Completed application procedures by announced deadline
4. At least a "C-" in all education courses and teaching field courses and a minimum overall GPA of 2.00
5. Satisfactory results on a background check
6. Explicit approval of the Chair of Education

### ——————— BIOLOGY CONCENTRATION ———————
#### *Bachelor of Science Degree, Secondary Education Major*

God allows man, through scientific learning, to begin to unlock the mysteries of His creation. The truths learned from careful analysis of biological systems can then be applied to the improvement of mankind and to the fulfillment of God's mandate in Genesis for man to be a good steward of His creation. Biology education students begin to understand how living things function and how to pass on these wonders to their own students.

### Second Teaching Field Requirement
Biology education students may not choose science as a second teaching field.

### Academic Program Fee
$115 per semester or 3 payments of $38.33 (p. 19)

#### *BIOLOGY CONCENTRATION*
#### Recommended Course Sequence

| FALL | FRESHMAN | SPRING |
|------|----------|--------|
| BI 101 New Testament Survey . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . 2 |
| BY 111 General Biology I . . . . . . . . . . . . 4 | | BY 112 General Biology II . . . . . . . . . . . . 4 |
| ED 101 Philosophy of Christian Education . . 3 | | BY 201 General Anatomy and Physiology . . . 4 |
| EN 121 English Grammar/Composition I . . . 3 | | EN 126 English Grammar/Composition II . . 3 |
| Second Teaching Field . . . . . . . . . 3 | | Second Teaching Field . . . . . . . . . 3 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

| SOPHOMORE | | |
|-----------|--|--|
| BI 201 Old Testament Survey . . . . . . . . . . 2 | | BI 202 Old Testament Survey . . . . . . . . . . 2 |
| BY 202 General Anatomy and Physiology . . . 4 | | BY 222 Botany . . . . . . . . . . . . . . . . . . . . . 4 |
| SE 201 General Teaching Methods . . . . . . . 3 | | HI 101 History of Civilization . . . . . . . . . . 3 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | | MA 121 College Algebra 1[2] . . . . . . . . . . . . . 3 |
| Second Teaching Field . . . . . . . . . 3 | | Second Teaching Field . . . . . . . . . 3 |
| SE 210 Secondary Education Practicum[1] . . . 1 | | ED 211 Education Field Experience[3] . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

[1] Taken during Interterm. (See p. 18 for additional cost.)
[2] If second field is math, may begin with higher-level MA course
[3] Taken during summer. (See p. 18 for additional cost.)

## BIOLOGY CONCENTRATION cont.

| FALL | | JUNIOR | | SPRING |
|------|---|--------|---|--------|

| | | | | | |
|---|---|---|---|---|---|
| BI | | Bible Elective | 2 | CH 112 General Chemistry II | 4 |
| BY | 323 | Ecology | 4 | CR 370 Origins | 2 |
| BY | 331 | Genetics | 3 | ED 306 Computer Applications in | |
| BYL | 331 | Genetics Lab | 1 | Education[4] | 1 |
| CH | 111 | General Chemistry I | 4 | ED 322 Educational Psychology | 3 |
| SE | | Teaching Methods in Second Field | 3 | SE 308 Teaching Science | 3 |
| | | | | Second Teaching Field | 3 |
| | | **Total Hours** | 17 | **Total Hours** | 16 |

| | | SENIOR | | |
|---|---|--------|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BI | 318 | Biblical Poetry[5] | 2 | BI | Bible Elective | 2 |
| ED | 301 | Tests and Measurements[5] | 1 | EN 210 Introduction to Literature | 3 |
| ED | 415 | Adolescent Growth and Development[5] | 3 | HI 102 History of Civilization | 3 |
| ED | 419 | Teaching Internship Orientation[5,6] | 1 | SC 211 Earth and Space | 3 |
| SE | 420 | Secondary Teaching Internship[5] | 7 | Second Teaching Field | 3 |
| | | **Total Hours** | 14 | **Total Hours** | 14 |

[4]Students must meet CS 101 prerequisite by credit or proficiency.
[5]Scheduled by education department
[6]Taken the Pre-term prior to SE 420. (See p. 18 for additional cost.)

---

## ENGLISH CONCENTRATION

### *Bachelor of Science Degree,*
### *Secondary Education Major*

A good English background is basic to a good education. God gave men the ability to analyze their own words into patterns and structures that can be studied and organized to communicate better. Therefore, we teach grammatical rules and conventional patterns as the best productive manner to promote proper communication. Good writing skills are the result of a good English program. The study of classic literature reflects what man has done with God's gift of thought and language and expresses in artistic form the great moral forces which stimulate many activities of human life.

### Academic Program Fee
$30 per semester or 3 payments of $10 (p. 19)

### *ENGLISH CONCENTRATION*
### Recommended Course Sequence

| FALL | | FRESHMAN | | SPRING |
|------|---|----------|---|--------|

| | | | | | |
|---|---|---|---|---|---|
| BI | 101 | New Testament Survey | 2 | BI 102 New Testament Survey | 2 |
| EN | 121 | English Grammar/Composition I | 3 | ED 101 Philosophy of Christian Education | 3 |
| HI | 101 | History of Civilization | 3 | EN 126 English Grammar/Composition II | 3 |
| MA | | Mathematics Elective | 3 | HI 102 History of Civilization | 3 |
| | | Second Teaching Field | 4 | SP 101 Fundamentals of Speech | 3 |
| | | | | Second Teaching Field | 2 |
| | | **Total Hours** | 15 | **Total Hours** | 16 |

## ENGLISH CONCENTRATION cont.

| FALL | SOPHOMORE | SPRING |
|------|-----------|--------|

| | | | | | |
|---|---|---|---|---|---|
| BI | 201 | Old Testament Survey . . . . . . . . . 2 | BI | 202 | Old Testament Survey . . . . . . . . . 2 |
| EN | 210 | Introduction to Literature . . . . . . . 3 | EN | 251 | British Literature . . . . . . . . . . . . . . 3 |
| EN | 301 | Creative Writing . . . . . . . . . . . . . . 3 | EN | 360 | Advanced English Grammar and |
| SE | 201 | General Teaching Methods . . . . . . . 3 | | | Composition. . . . . . . . . . . . . . . 3 |
| | | Second Teaching Field. . . . . . . . . . 3 | HI | 310 | History of England . . . . . . . . . . . . 3 |
| SE | 210 | Secondary Education Practicum[1] . . . 1 | | | Second Teaching Field. . . . . . . . . . 3 |
| | | | ED | 211 | Education Field Experience[2] . . . . . . 1 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . **15** | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . **15** |

| JUNIOR |
|--------|

| | | | | | |
|---|---|---|---|---|---|
| BI | | Bible Elective. . . . . . . . . . . . . . . . . 2 | CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . . 2 |
| ED | 322 | Educational Psychology . . . . . . . . . 3 | ED | 306 | Computer Applications in |
| EN | | Literature Electives | | | Education[3] . . . . . . . . . . . . . . . . . 1 |
| | | (300- or 400-level) . . . . . . . . . . 6 | EN | 315 | Shakespeare . . . . . . . . . . . . . . . . . . 3 |
| SE | 304 | Teaching English . . . . . . . . . . . . . . 3 | EN | 423 | The Classics of Western Literature . . 3 |
| | | Second Teaching Field. . . . . . . . . . 2 | SE | | Teaching Methods in Second Field. . 3 |
| | | | | | Second Teaching Field . . . . . . . . . . 4 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . **16** | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . **16** |

| SENIOR |
|--------|

| | | | | | |
|---|---|---|---|---|---|
| BI | 318 | Biblical Poetry[4] . . . . . . . . . . . . . . . 2 | BI | | Bible Elective . . . . . . . . . . . . . . . . 2 |
| ED | 301 | Tests and Measurements[4] . . . . . . . . 1 | CS/MA/SC | | Computer Science/Mathematics/ |
| ED | 415 | Adolescent Growth and | | | Science Elective . . . . . . . . . . . . . 3 |
| | | Development[4]. . . . . . . . . . . . . . . 3 | EN | 362 | History and Trends of the English |
| ED | 419 | Teaching Internship Orientation[4, 5]. . 1 | | | Language . . . . . . . . . . . . . . . . . . 3 |
| SE | 420 | Secondary Teaching Internship[4] . . . 7 | SC | | Science Elective . . . . . . . . . . . . . . . 3 |
| | | | SE | 321 | Teaching Reading Skills for the |
| | | | | | Secondary Student . . . . . . . . . . . 2 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . **14** | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . **13** |

[1]Taken during Interterm. (See p. 18 for additional cost.)
[2]Taken during summer. (See p. 18 for additional cost.)
[3]Students must meet CS 101 prerequisite by credit or proficiency.
[4]Scheduled by education department
[5]Taken the Pre-term prior to SE 420. (See p. 18 for additional cost.)
Highlighted text indicates a change from the official version of the Catalog.

## HISTORY CONCENTRATION

### *Bachelor of Science Degree,*
### *Secondary Education Major*

History is more than a chronological record of past events. It is a view of the mainstream of historical events as they harmonize and correlate with the Scriptural record. Historical events reveal the nations' response to God as they interact with each other. This concentration includes other related areas such as American government, economics, and political science.

### Academic Program Fee

$30 per semester or 3 payments of $10 (p. 19)

## *HISTORY CONCENTRATION*
### Recommended Course Sequence

| FALL | | FRESHMAN | SPRING | | |
|---|---|---|---|---|---|
| BI | 101 | New Testament Survey . . . . . . . . . . 2 | BI | 102 | New Testament Survey . . . . . . . . . . 2 |
| EN | 121 | English Grammar/Composition I . . . 3 | ED | 101 | Philosophy of Christian Education . . 3 |
| HI | 101 | History of Civilization . . . . . . . . . . 3 | EN | 126 | English Grammar/Composition II . . 3 |
| MA | | Mathematics Elective . . . . . . . . . . . 3 | HI | 102 | History of Civilization . . . . . . . . . . 3 |
| SP | 101 | Fundamentals of Speech. . . . . . . . . 3 | | | Second Teaching Field . . . . . . . . . . 5 |
| | | Second Teaching Field . . . . . . . . . . 2 | | | |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

| | | SOPHOMORE | | | |
|---|---|---|---|---|---|
| BI | 201 | Old Testament Survey . . . . . . . . . . 2 | BI | 202 | Old Testament Survey . . . . . . . . . . 2 |
| HI | 201 | United States History . . . . . . . . . . 3 | EN | 210 | Introduction to Literature . . . . . . . 3 |
| HI | 211 | World Geography. . . . . . . . . . . . . . 3 | HI | 202 | United States History . . . . . . . . . . 3 |
| SE | 201 | General Teaching Methods . . . . . . . 3 | PL | 304 | American Government. . . . . . . . . . . 3 |
| | | Second Teaching Field . . . . . . . . . . 4 | | | Second Teaching Field . . . . . . . . . . 4 |
| SE | 210 | Secondary Education Practicum[1] . . . 1 | ED | 211 | Education Field Experience[2] . . . . . . 1 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

| | | JUNIOR | | | |
|---|---|---|---|---|---|
| BI | | Bible Elective. . . . . . . . . . . . . . . . . 2 | BA | 300 | Principles of Free-Market Economics. . 3 |
| ED | 306 | Computer Applications in | CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . . 2 |
| | | Education[3] . . . . . . . . . . . . . . . . . . 1 | ED | 322 | Educational Psychology . . . . . . . . . . 3 |
| HI | | History Electives . . . . . . . . . . . . . . 6 | HI | | History Elective. . . . . . . . . . . . . . . . 3 |
| PL | 207 | Political Science . . . . . . . . . . . . . . . 3 | SE | | Teaching Methods in Second Field. . 3 |
| SE | 306 | Teaching History . . . . . . . . . . . . . . 3 | | | Second Teaching Field . . . . . . . . . . 2 |
| | | Second Teaching Field . . . . . . . . . . 1 | | | |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

| | | SENIOR | | | |
|---|---|---|---|---|---|
| BI | 318 | Biblical Poetry[4] . . . . . . . . . . . . . . . 2 | BI | | Bible Elective. . . . . . . . . . . . . . . . . 2 |
| ED | 301 | Tests and Measurements[4] . . . . . . . . 1 | CS/MA/SC | | Computer Science/Mathematics/ |
| ED | 415 | Adolescent Growth and Development[4] . . 3 | | | Science Elective . . . . . . . . . . . . . 3 |
| ED | 419 | Teaching Internship Orientation[4, 5] . . 1 | HI | | History Elective. . . . . . . . . . . . . . . . 3 |
| SE | 420 | Secondary Teaching Internship[4] . . . . 7 | SC | | Science Elective . . . . . . . . . . . . . . . 3 |
| | | | SE | 321 | Teaching Reading Skills for the |
| | | | | | Secondary Student . . . . . . . . . . . 2 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **13** |

[1] Taken during Interterm. (See p. 18 for additional cost.)

[2] Taken during summer. (See p. 18 for additional cost.)

[3] Students must meet CS 101 prerequisite by credit or proficiency.

[4] Scheduled by education department

[5] Taken the Pre-term prior to SE 420. (See p. 18 for additional cost.)

## ── MATHEMATICS CONCENTRATION ──
### *Bachelor of Science Degree,*
### *Secondary Education Major*

Learning mathematics is studying God's thoughts after Him, for all mathematical laws are God's laws. Our knowledge of God's absolute mathematical laws may be incomplete or at times in error, but that is a human frailty and thus does not indicate relativity in mathematical laws. Man's task is to search out the laws of the universe.

### Academic Program Fee
$55 per semester or 3 payments of $18.33 (p. 19)

### *MATHEMATICS CONCENTRATION*
### Recommended Course Sequence

| FALL | | FRESHMAN | SPRING |
|---|---|---|---|
| BI | 101 | New Testament Survey . . . . . . . . . . 2 | BI 102 New Testament Survey . . . . . . . . . . 2 |
| ED | 101 | Philosophy of Christian Education . . 3 | EN 126 English Grammar/Composition II . . 3 |
| EN | 121 | English Grammar/Composition I . . . 3 | MA 222 Calculus II. . . . . . . . . . . . . . . . . . . . 4 |
| MA | 221 | Calculus I[1] . . . . . . . . . . . . . . . . . . . . 4 | SP 101 Fundamentals of Speech. . . . . . . . . 3 |
| | | Second Teaching Field. . . . . . . . . . 3 | Second Teaching Field. . . . . . . . . . 3 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . 15 | **Total Hours**. . . . . . . . . . . . . . . . . . . . 15 |

| | | SOPHOMORE | |
|---|---|---|---|
| BI | 201 | Old Testament Survey . . . . . . . . . . 2 | BI 202 Old Testament Survey . . . . . . . . . . 2 |
| MA | 326 | Statistics . . . . . . . . . . . . . . . . . . . . . 3 | HI 101 History of Civilization . . . . . . . . . . 3 |
| MA | | Mathematics Elective[1] . . . . . . . . . . 3 | MA 212 Mathematics for the Secondary |
| SE | 201 | General Teaching Methods . . . . . . . 3 | School. . . . . . . . . . . . . . . . . . . . 3 |
| | | Second Teaching Field. . . . . . . . . . 4 | MA 224 Discrete Mathematics. . . . . . . . . . . 3 |
| SE | 210 | Secondary Education Practicum[2] . . . 1 | Second Teaching Field. . . . . . . . . . 4 |
| | | | ED 211 Education Field Experience[3] . . . . . . 1 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . 16 | **Total Hours**. . . . . . . . . . . . . . . . . . . . 16 |

| | | JUNIOR | |
|---|---|---|---|
| CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . . 2 | BI Bible Elective. . . . . . . . . . . . . . . . . 2 |
| ED | 306 | Computer Applications in | ED 322 Educational Psychology . . . . . . . . . 3 |
| | | Education[4] . . . . . . . . . . . . . . . . . 1 | MA Mathematics Elective[1] . . . . . . . . . . 3 |
| MA | 302 | College Geometry . . . . . . . . . . . . . . 3 | PY 212 College Physics II . . . . . . . . . . . . . . 4 |
| PY | 211 | College Physics I . . . . . . . . . . . . . . 4 | SE Teaching Methods in Second Field. . 3 |
| SE | 307 | Teaching Mathematics . . . . . . . . . . . 3 | |
| | | Second Teaching Field. . . . . . . . . . 2 | |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . 15 | **Total Hours**. . . . . . . . . . . . . . . . . . . . 15 |

---
[1]If your mathematics sequence needs to start with MA 130 and/or MA 131, you may count them as mathematics electives. If you begin with MA 221 your freshman year, we recommend you take MA 321 and MA 322 for your mathematics electives. EG 241 may be taken as a mathematics elective (minimum grade of "C-").

[2]Taken during Interterm. (See p. 18 for additional cost.)

[3]Taken during summer. (See p. 18 for additional cost.)

[4]Students must meet CS 101 prerequisite by credit or proficiency.

Highlighted text indicates a change from the official version of the Catalog.

**MATHEMATICS CONCENTRATION cont.**

| FALL | | | SENIOR | | | SPRING |
|------|---|---|--------|---|---|--------|
| BI | 318 | Biblical Poetry[5] . . . . . . . . . . . . . . . 2 | BI | | Bible Elective . . . . . . . . . . . . . . . . 2 |
| ED | 301 | Tests and Measurements[5] . . . . . . . . 1 | EN | 210 | Introduction to Literature . . . . . . . . 3 |
| ED | 415 | Adolescent Growth and Development[5] . . 3 | HI | 102 | History of Civilization . . . . . . . . . . . 3 |
| ED | 419 | Teaching Internship Orientation[5, 6] . . 1 | MA | | Mathematics Elective[1] . . . . . . . . . . . 3 |
| SE | 420 | Secondary Teaching Internship[5] . . . . 7 | | | Second Teaching Field or Elective . . 3 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . . **14** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14** |

[1]If your mathematics sequence needs to start with MA 130 and/or MA 131, you may count them as mathematics electives. If you begin with MA 221 your freshman year, we recommend you take MA 321 and MA 322 for your mathematics electives. EG 241 may be taken as a mathematics elective (minimum grade of "C-").
[5]Scheduled by education department
[6]Taken the Pre-term prior to SE 420. (See p. 18 for additional cost.)

Highlighted text indicates a change from the official version of the Catalog.

## ——————— PHYSICAL EDUCATION CONCENTRATION ———————
### *Bachelor of Science Degree,*
### *Secondary Education Major*

Training is needed in our age of physical softness to keep the body working at its optimum. Students take part in physical education classes and sports activities that promote the philosophy that whatever we do, we are to do it for the glory of God, whether it be to exemplify Christian conduct on the sports field or to be a witness for Jesus Christ.

### Academic Program Fee
$30 per semester or 3 payments of $10 (p. 19)

### Fitness Test
Students in this concentration, minor, or second teaching field must pass the Physical Fitness Test or take PE 283/273 Physical Fitness (minimum grade of "C-" required).

### Extracurricular Activity Requirement
Students in this concentration, minor, or second teaching field must participate in several semesters of intercollegiate or intramural sports or an approved alternative.

## *PHYSICAL EDUCATION CONCENTRATION*
## Recommended Course Sequence

| FALL | FRESHMAN | SPRING |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BI | 101 | New Testament Survey . . . . . . . . . 2 | BI | 102 | New Testament Survey . . . . . . . . . 2 |
| EN | 121 | English Grammar/Composition I . . . 3 | ED | 101 | Philosophy of Christian Education . . 3 |
| HI | 101 | History of Civilization . . . . . . . . . . 3 | EN | 126 | English Grammar/Composition II . . 3 |
| MA | | Mathematics Elective . . . . . . . . . . . 3 | PE | 184 | Soccer/Volleyball. . . . . . . . . . . . . . 2 |
| PE | 187 | Basketball/Softball . . . . . . . . . . . . 2 | PE | 191 | Sport Physiology . . . . . . . . . . . . . . 2 |
| | | Second Teaching Field . . . . . . . . . 2 | PE | 196 | Introduction to Coaching . . . . . . . 1 |
| | | | | | Second Teaching Field. . . . . . . . . . 3 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** |

| SOPHOMORE |
|---|

| | | | | | |
|---|---|---|---|---|---|
| BI | 201 | Old Testament Survey . . . . . . . . . . 2 | BI | 202 | Old Testament Survey . . . . . . . . . . 2 |
| PE | 243/293 | Weight Training . . . . . . . . . . 1 | ED | 102 | Personal and Community Health . . 2 |
| PE | | Coaching Elective[1]. . . . . . . . . . . . . 2 | HI | 102 | History of Civilization . . . . . . . . . . 3 |
| SE | 201 | General Teaching Methods . . . . . . . 3 | PE | 210 | History, Principles, and Philosophy |
| SP | 101 | Fundamentals of Speech. . . . . . . . . 3 | | | of Physical Education. . . . . . . . . 2 |
| | | Second Teaching Field . . . . . . . . . . 4 | PE | 226 | Minor Sports . . . . . . . . . . . . . . . . . 2 |
| SE | 210 | Secondary Education Practicum[2] . . . 1 | | | Second Teaching Field. . . . . . . . . . 3 |
| | | | ED | 211 | Education Field Experience[3] . . . . . . 1 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** |

| JUNIOR |
|---|

| | | | | | |
|---|---|---|---|---|---|
| BI | | Bible Elective . . . . . . . . . . . . . . . . 2 | CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . . 2 |
| ED | 306 | Computer Applications in | PE | 225 | First Aid . . . . . . . . . . . . . . . . . . . . . 2 |
| | | Education[4] . . . . . . . . . . . . . . . . . 1 | PE | 301 | Organization and Administration |
| ED | 322 | Educational Psychology . . . . . . . . . . 3 | | | of Physical Education . . . . . . . . . 2 |
| PE | 321 | Kinesiology . . . . . . . . . . . . . . . . . . . 2 | PE | 368 | Developing Fitness Programs . . . . . . 2 |
| PE | 324 | Care of Athletic Injuries. . . . . . . . . 1 | PE | | Coaching Elective[1]. . . . . . . . . . . . . 2 |
| PE | | Coaching Elective[1]. . . . . . . . . . . . . 2 | SE | | Teaching Methods in Second Field . . 3 |
| SE | 317 | Teaching Physical Education . . . . . . 3 | | | Second Teaching Field . . . . . . . . . . 2 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** |

| SENIOR |
|---|

| | | | | | |
|---|---|---|---|---|---|
| BI | 318 | Biblical Poetry[5] . . . . . . . . . . . . . . . 2 | BI | | Bible Elective . . . . . . . . . . . . . . . . 2 |
| ED | 301 | Tests and Measurements[5]. . . . . . . . . 1 | CS/MA/SC | | Computer Science/Mathematics/ |
| ED | 415 | Adolescent Growth and | | | Science Elective . . . . . . . . . . . . . . 3 |
| | | Development[5]. . . . . . . . . . . . . . . . 3 | EN | 210 | Introduction to Literature . . . . . . . . 3 |
| ED | 419 | Teaching Internship Orientation[5, 6] . . . 1 | SC | | Science Elective . . . . . . . . . . . . . . . 3 |
| SE | 420 | Secondary Teaching Internship[5]. . . . 7 | | | Second Teaching Field. . . . . . . . . . 4 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** |

[1]May replace with EE 308 in junior or senior year

[2]Taken during Interterm. (See p. 18 for additional cost.)

[3]Taken during summer. (See p. 18 for additional cost.)

[4]Students must meet CS 101 prerequisite by credit or proficiency.

[5]Scheduled by education department

[6]Taken the Pre-term prior to SE 420. (See p. 18 for additional cost.)

## SCIENCE CONCENTRATION

### *Bachelor of Science Degree,*
### *Secondary Education Major*

The physical world is governed by absolute laws instituted by God at creation. Students should learn the accumulated knowledge of scientific principles from the past so they may see God's handiwork in the physical universe; then they can participate in God's command to man in Genesis 1:28 to *"subdue* [the earth]: *and have dominion over . . . every living thing."* God has ordained and commanded mankind to search out and use natural scientific laws to improve man's existence on earth; therefore, scientific technology and research are encouraged.

### Academic Program Fee

$85 per semester or 3 payments of $28.33 (p. 19)

### *SCIENCE CONCENTRATION*
### Recommended Course Sequence

| FALL | | FRESHMAN | SPRING | | |
|---|---|---|---|---|---|
| BI | 101 | New Testament Survey . . . . . . . . . 2 | BI | 102 | New Testament Survey . . . . . . . . . 2 |
| BY | 111 | General Biology I . . . . . . . . . . . . . 4 | BY | 112 | General Biology II . . . . . . . . . . . . . 4 |
| EN | 121 | English Grammar/Composition I . . 3 | ED | 101 | Philosophy of Christian Education . . 3 |
| SP | 101 | Fundamentals of Speech . . . . . . . . . 3 | EN | 126 | English Grammar/Composition II . . 3 |
| | | Second Teaching Field . . . . . . . . . . 3 | | | Second Teaching Field . . . . . . . . . . 3 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

| SOPHOMORE | | | | | |
|---|---|---|---|---|---|
| BI | 201 | Old Testament Survey . . . . . . . . . . 2 | BI | 202 | Old Testament Survey . . . . . . . . . . . 2 |
| MA | 130 | College Algebra II[1] . . . . . . . . . . . . 3 | BY/CH/PY/SC | | Science Elective . . . . . . . . . . 3 |
| SC | 211 | Earth and Space . . . . . . . . . . . . . . . 3 | ED | 306 | Computer Applications in |
| SE | 201 | General Teaching Methods . . . . . . 3 | | | Education[3] . . . . . . . . . . . . . . . . . 1 |
| | | Second Teaching Field . . . . . . . . . . 3 | MA | 131 | College Trigonometry . . . . . . . . . . . 3 |
| SE | 210 | Secondary Education Practicum[2] . . . 1 | | | Second Teaching Field . . . . . . . . . . 6 |
| | | | ED | 211 | Education Field Experience[4] . . . . . 1 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

| JUNIOR | | | | | |
|---|---|---|---|---|---|
| CH | 111 | General Chemistry I . . . . . . . . . . . 4 | BI | | Bible Elective . . . . . . . . . . . . . . . . . 2 |
| CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . . 2 | CH | 112 | General Chemistry II . . . . . . . . . . . 4 |
| HI | 101 | History of Civilization . . . . . . . . . 3 | ED | 322 | Educational Psychology . . . . . . . . . 3 |
| PY | 211 | College Physics I . . . . . . . . . . . . . . 4 | PY | 212 | College Physics II . . . . . . . . . . . . . 4 |
| SE | | Teaching Methods in Second Field . . 3 | SE | 308 | Teaching Science . . . . . . . . . . . . . . 3 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

| SENIOR | | | | | |
|---|---|---|---|---|---|
| BI | 318 | Biblical Poetry[5] . . . . . . . . . . . . . . 2 | BI | | Bible Elective . . . . . . . . . . . . . . . . . 2 |
| ED | 301 | Tests and Measurements[5] . . . . . . . . 1 | EN | 210 | Introduction to Literature . . . . . . . 3 |
| ED | 415 | Adolescent Growth and Development[5] . . 3 | HI | 102 | History of Civilization  . . . . . . . . . 3 |
| ED | 419 | Teaching Internship Orientation[5, 6] . . 1 | | | Second Teaching Field or Electives . . 5 |
| SE | 420 | Secondary Teaching Internship[5] . . . . 7 | | | |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **13** |

[1] If second field is math, student may begin with a higher-level MA course.
[2] Taken during Interterm. (See p. 18 for additional cost.)
[3] Students must meet CS 101 prerequisite by credit or proficiency.
[4] Taken during summer. (See p. 18 for additional cost.)
[5] Scheduled by education department
[6] Taken the Pre-term prior to SE 420. (See p. 18 for additional cost.)

## SPEECH CONCENTRATION
### *Bachelor of Science Degree,*
### *Secondary Education Major*

Students in the speech concentration acquire knowledge and skills to teach high school students to be effective oral communicators who use their speech talents and performing skills for the glory of God.

During the Teaching Internship, students teach speech classes, oversee speech club, and work with students preparing for various programs.



### Speech Repertoire
Students with a concentration or second teaching field in speech are required to enroll in SP 999 Speech Repertoire each semester they register for a private speech lesson.

### Platform Evaluation and Recital
Second-semester sophomores must pass a speech platform evaluation before being considered approved for a speech concentration. A public recital is given during the senior year.

### Production Participation
All speech education students must perform at least one role in a college play while a student at PCC. A speaking role in a dramatic production play will satisfy this requirement.

### Academic Program Fee
$60 per semester or 3 payments of $20 (p. 19)

### Second Teaching Field
Second-semester sophomores must pass a speech platform evaluation to be approved for a second teaching field in speech (p. 111). See Speech Repertoire above. All students with a second teaching field in speech must perform at least one role in a college play while a student at PCC. A speaking role in a dramatic production play will satisfy this requirement.

### *SPEECH CONCENTRATION*
### Recommended Course Sequence

| FALL | | FRESHMAN | | SPRING |
|---|---|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | | | BI 102 New Testament Survey . . . . . . . . . . 2 | |
| EN 121 English Grammar/Composition I . . . 3 | | | ED 101 Philosophy of Christian Education . . 3 | |
| HI 101 History of Civilization . . . . . . . . . . . 3 | | | EN 126 English Grammar/Composition II . . 3 | |
| MA Mathematics Elective . . . . . . . . . . . 3 | | | HI 102 History of Civilization . . . . . . . . . . . 3 | |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | | | SP 102 Fundamentals of Speech . . . . . . . . . 3 | |
| Second Teaching Field . . . . . . . . . . 2 | | | Second Teaching Field . . . . . . . . . . 2 | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 | |

## SPEECH CONCENTRATION cont.

| | | SOPHOMORE | | | |
|---|---|---|---|---|---|
| | | FALL | | | SPRING |
| BI | 201 | Old Testament Survey . . . . . . . . . . 2 | BI | 202 | Old Testament Survey . . . . . . . . . . 2 |
| SE | 201 | General Teaching Methods . . . . . . 3 | EN | 210 | Introduction to Literature . . . . . . . . 3 |
| SP | 201 | Voice and Diction . . . . . . . . . . . . . 2 | SP | 204 | Oral Interpretation of Dramatic and |
| SP | 203 | Oral Interpretation of Poetry . . . . 2 | | | Narrative Literature . . . . . . . . . . 2 |
| SP | 240 | Stagecraft. . . . . . . . . . . . . . . . . . . . 3 | SP | 244 | Stage Movement . . . . . . . . . . . . . . . 2 |
| | | Second Teaching Field . . . . . . . . . 3 | | | Second Teaching Field . . . . . . . . . 5 |
| SE | 210 | Secondary Education Practicum[1] . . 1 | ED | 211 | Education Field Experience[2] . . . . . 1 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . .16 | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . .15 |

| | | JUNIOR | | | |
|---|---|---|---|---|---|
| BI | | Bible Elective. . . . . . . . . . . . . . . . . 2 | CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . . 2 |
| ED | 322 | Educational Psychology . . . . . . . . . 3 | ED | 306 | Computer Applications in |
| SE | | Teaching Methods in Second Field. . 3 | | | Education[3] . . . . . . . . . . . . . . . . . 1 |
| SP | 304 | Fundamentals of Acting . . . . . . . . . 3 | SE | 309 | Teaching Speech . . . . . . . . . . . . . . . 3 |
| SP | 307 | Introduction to Dramatic | SP | 308 | Fundamentals of Dramatic |
| | | Production . . . . . . . . . . . . . . . . . 4 | | | Production . . . . . . . . . . . . . . . . . 4 |
| SP | 331 | Private Speech Lessons. . . . . . . . . . 1 | SP | 332 | Private Speech Lessons. . . . . . . . . . 1 |
| | | | | | Second Teaching Field . . . . . . . . . 3 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . .16 | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . .14 |

| | | SENIOR | | | |
|---|---|---|---|---|---|
| BI | | Bible Elective. . . . . . . . . . . . . . . . . 2 | BI | 318 | Biblical Poetry[4] . . . . . . . . . . . . . . . 2 |
| CS/MA/SC | | Computer Science/Mathematics/ | ED | 301 | Tests and Measurements[4] . . . . . . . . 1 |
| | | Science Elective . . . . . . . . . . . . . 3 | ED | 415 | Adolescent Growth and |
| SC | | Science Elective . . . . . . . . . . . . . . . 3 | | | Development[4] . . . . . . . . . . . . . . . 3 |
| SP | 314 | Assemblies/Productions Practicum . 3 | ED | 419 | Teaching Internship Orientation[4,5]. . 1 |
| SP | 436 | Private Speech/Recital (Education) . . . . 1 | SE | 420 | Secondary Teaching Internship[4]. . . . 7 |
| | | Second Teaching Field . . . . . . . . . 3 | | | |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . .15 | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . .14 |

[1] Taken during Interterm. (See p. 18 for additional cost.)
[2] Taken during summer. (See p. 18 for additional cost.)
[3] Students must meet CS 101 prerequisite by credit or proficiency.
[4] Scheduled by education department
[5] Taken the Pre-term prior to SE 420. (See p. 18 for additional cost.)

## SECOND TEACHING FIELDS

### Art

| AR | 101 | Drawing I . . . . . . . . . . . . . . . . . . . . 3 |
|---|---|---|
| AR | 102 | Drawing II . . . . . . . . . . . . . . . . . . . 3 |
| AR | 120 | Digital Typography . . . . . . . . . . . . . 3 |
| AR | 201 | Design Fundamentals I . . . . . . . . . . 3 |
| AR | 203 | Basic Painting I . . . . . . . . . . . . . . . 3 |
| AR | 204 | Basic Painting II . . . . . . . . . . . . . . . 3 |
| AR | 220 | Digital Graphics. . . . . . . . . . . . . . . . 3 |
| SE | 316 | Teaching Art . . . . . . . . . . . . . . . . . . 3 |
| | | **Total Hours Required**. . . . . . . . . . . 24 |

### English

| EN | 251 | British Literature . . . . . . . . . . . . . . 3 |
|---|---|---|
| EN | 301 | Creative Writing . . . . . . . . . . . . . . . 3 |
| EN | 315 | Shakespeare . . . . . . . . . . . . . . . . . . 3 |
| EN | 360 | Advanced English Grammar and |
| | | Composition . . . . . . . . . . . . . . . . 3 |
| EN | 362 | History and Trends of the English |
| | | Language . . . . . . . . . . . . . . . . . . 3 |
| EN | | Literature Elective |
| | | (300- or 400-level) . . . . . . . . . . . 3 |
| SE | 304 | Teaching English . . . . . . . . . . . . . . 3 |
| SE | 321 | Teaching Reading Skills for the |
| | | Secondary Student . . . . . . . . . . . 2 |
| | | **Total Hours Required**. . . . . . . . . . . 23 |

## SECOND TEACHING FIELDS cont.

### *History*

| | | |
|---|---|---|
| HI 201–2 | United States History | 6 |
| HI 211 | World Geography | 3 |
| HI | History Elective (300- or 400-level) | 3 |
| PL 207 | Political Science | 3 |
| PL 304 | American Government | 3 |
| SE 306 | Teaching History | 3 |
| SE 321 | Teaching Reading Skills for the Secondary Student | 2 |
| | **Total Hours Required** | **23** |

### *Mathematics*

| | | |
|---|---|---|
| MA 212 | Mathematics for the Sec. School | 3 |
| MA 221–22 | Calculus I, II | 8 |
| MA 224 | Discrete Mathematics | 3 |
| MA 302 | College Geometry | 3 |
| PY 211 | College Physics I | 4 |
| SE 307 | Teaching Mathematics | 3 |
| | **Total Hours Required** | **24** |

### *Music**

| | | |
|---|---|---|
| ED 351 | Teaching Elementary Music | 2 |
| MU 101–2 | Music Theory I, II | 8 |
| MU 226 | Choral Methods | 2 |
| MU | Proficiency Materials & Methods | 3 |
| | 131–332 Private Lessons† | 6 |
| | Ensemble/Hymnplaying‡ | 2 |
| | **Total Hours Required** | **22** |

*Second teaching field requirements (p. 100)
†Voice = VO 121/122, VO 231–332
‡Voice/Instrumental = Ensemble,
    Piano = Hymnplaying

### *Physical Education**

| | | |
|---|---|---|
| PE 184 | Soccer/Volleyball | 2 |
| PE 187 | Basketball/Softball | 2 |
| PE 191 | Sport Physiology | 2 |
| PE 196 | Introduction to Coaching | 1 |
| PE 225 | First Aid | 2 |
| PE 301 | Organization and Administration of Physical Education | 2 |
| PE 321 | Kinesiology | 2 |
| PE 324 | Care of Athletic Injuries | 1 |
| PE | Coaching Electives | 4 |
| SE 317 | Teaching Physical Education | 3 |
| | **Total Hours Required** | **21** |

*Second teaching field requirements (p. 106)

Highlighted text indicates a change from the official version of the Catalog.

### *Science*

| | | |
|---|---|---|
| BY 111–12 | General Biology I, II | 8 |
| CH 111–12 | General Chemistry I, II | 8 |
| SC 211 | Earth and Space | 3 |
| SC 212 | Physical Science | 3 |
| SE 308 | Teaching Science | 3 |
| | **Total Hours Required** | **25** |

### *Spanish*

| | | |
|---|---|---|
| ML 221–22 | Intermediate Spanish I, II* | 6 |
| ML 321–22 | Spanish Conversation & Comp. | 6 |
| ML 421–22 | Adv. Spanish Gram & Comp. | 6 |
| SE 305 | Teaching Spanish | 3 |
| | **Total Hours Required** | **21** |

*Students whose level of proficiency in Spanish does
not allow them to enter ML 221 may enroll in
ML 121–122. These six hours will not count
toward this teaching field.

### *Speech**

| | | |
|---|---|---|
| SE 309 | Teaching Speech | 3 |
| SP 102 | Fundamentals of Speech | 3 |
| SP 201 | Voice and Diction | 2 |
| SP 203 | Oral Interpretation of Poetry | 2 |
| SP 204 | Oral Interpretation of Dramatic and Narrative Literature | 2 |
| SP 240 | Stagecraft | 3 |
| SP 244 | Stage Movement | 2 |
| SP 307 | Intro. to Dramatic Production | 4 |
| SP 314 | Assemblies & Productions Practicum | 3 |
| SP 331 | Private Speech Lessons | 1 |
| | **Total Hours Required** | **25** |

*Second teaching field requirements (p. 109)

### *Technology Education*

| | | |
|---|---|---|
| BA 330 | Computer Applications for Business | 3 |
| CS 101 | Introduction to Computer Applications | 1 |
| CS 202 | Introduction to Programming | 3 |
| CS 211 | Introduction to Web Design | 3 |
| CS 405 | Computer Hardware Maintenance | 2 |
| OA 101 | Beginning Keyboarding | 3 |
| OA 201 | Intermediate Keyboarding | 4 |
| OA 411 | Desktop Publishing | 3 |
| SE 313 | Teaching Technology | 3 |
| | **Total Hours Required** | **25** |

# Division of
# VISUAL AND PERFORMING ARTS

**THE PURPOSE OF THIS DIVISION** is to equip students to share Christ through the visual arts, music, or dramatic performance. Built upon a biblical foundation of the arts, this division trains students to be proficient in their creative discipline.

---

This division comprises the **visual arts** and **performing arts departments** of Pensacola Christian College, both of which offer undergraduate and graduate degrees.

- Visual Arts Department  113–117
- Performing Arts Department  118–126



**Dr. Amy Bombard**
**Dean of Visual and Performing Arts**

# VISUAL ARTS DEPARTMENT

*Division of*
**Visual and Performing Arts**



## UNDERGRADUATE DEGREES

**Bachelor of Science**
**Visual Arts Major  114**
  Concentrations:
    Graphic Design  114
    Studio Art  116

**Minors**  178–179, 181
  Digital Media, Graphic Design,
  Studio Art

**Missions Broad Field**  63–64
  Art, Digital Media, Graphic Design

**Second Teaching Field**  110
  Art

**Youth Ministries Emphasis**  50
  Digital Media

## GRADUATE DEGREES
*(See Seminary & Graduate Studies Catalog.)*
**Master of Arts**
  Graphic Design
  Studio Art

**Master of Fine Arts**
  Graphic Design
  Studio Art

**Mrs. Laura Pribyl,** Chair

The **visual arts department** provides opportunities for students to learn how to communicate clearly. With an emphasis on traditional principles of art and design, students gain knowledge and skill in both studio art and graphic design disciplines. The visual arts program begins with foundational concepts and techniques which are continually built upon to allow students to succeed creatively and conceptually in future careers. Practical, biblically integrated programs prepare students to be Christ-honoring artists in graduate school, in the workforce, or in ministry.

## VISUAL ARTS MAJOR
### *Bachelor of Science Degree*

**The purpose of the visual arts major** is to produce Christian artists who effectively communicate through art and design.

**Learning Outcomes:** Graduates of the visual arts program will be able to

- articulate a distinctly Christian-traditional philosophy of art;
- recognize historical trends in artistic theory and practice;
- demonstrate technical proficiency in the use of appropriate media;
- develop visual compositions using traditional design principles;
- create visual works that communicate a clear message;
- use professional research and development processes to solve visual problems; and
- exhibit professional skills and behaviors necessary to compete in their chosen field of art and design.

*(Additional learning outcomes are listed for each concentration.)*

## GRAPHIC DESIGN CONCENTRATION
### *Bachelor of Science Degree,*
### *Visual Arts Major*

**The purpose of the graphic design concentration** is to produce Christian designers who are able to effectively communicate in the areas of graphic design, publishing design, interactive design, and advertising design.

**Additional Learning Outcome:** Graduates of the graphic design concentration will also be able to develop a body of work demonstrating strength in the areas of typography, layout, and visual problem solving in a variety of media sufficient for pursuing professional opportunities in the visual communication field.

The graphic design concentration promotes development of God-given artistic skills and builds a solid foundation in drawing, design, form, color, and composition upon which students can create and produce clear visual messages. Effective use of typography and design in digital and traditional media is stressed, along with disciplined thinking, hard work, business integrity, and awareness of human needs and behaviors. Digital media may not be claimed as a minor.

**GRAPHIC DESIGN CONCENTRATION cont.**

### Art Display
Seniors must present a graphic design portfolio exhibit.

### Technology Requirements
Students enrolled in 300- or 400-level art courses are required to own a personal laptop for use in class. An *Adobe Creative Cloud* subscription is also required. Laptop specifications must meet minimum *Adobe Creative Cloud* system requirements.

### Academic Program Fee
$140 per semester or 3 payments of $46.67 (p. 19)

### Missions Broad Field
Graphic design (p. 64, portfolio exhibit not required)

## *GRAPHIC DESIGN CONCENTRATION*
### Recommended Course Sequence

#### FRESHMAN

| FALL | | | | SPRING | | |
|---|---|---|---|---|---|---|
| AR | 111 | Principles of Drawing | 3 | AR 202 | Design Fundamentals II | 3 |
| AR | 120 | Digital Typography | 3 | AR 220 | Digital Graphics | 3 |
| AR | 201 | Design Fundamentals I | 3 | BI 102 | New Testament Survey | 2 |
| BI | 101 | New Testament Survey | 2 | EN 126 | English Grammar/Composition II | 3 |
| EN | 121 | English Grammar/Composition I | 3 | SP 101 | Fundamentals of Speech | 3 |
| | | **Total Hours** | **14** | | **Total Hours** | **14** |

#### SOPHOMORE

| FALL | | | | SPRING | | |
|---|---|---|---|---|---|---|
| AR | 227 | History of Art | 3 | AR 228 | History of Art | 3 |
| AR | 250 | Introduction to Digital Illustration | 3 | AR 218 | Photography I | 3 |
| AR | 254 | 3-D Design Fundamentals | 3 | AR 268 | Graphic Design II | 3 |
| AR | 267 | Graphic Design I | 3 | BI 202 | Old Testament Survey | 2 |
| BI | 201 | Old Testament Survey | 2 | HI 101 | History of Civilization | 3 |
| | | **Total Hours** | **14** | | **Total Hours** | **14** |

#### JUNIOR

| FALL | | | | SPRING | | |
|---|---|---|---|---|---|---|
| AR | 323 | Principles of Digital Multimedia Technology | 3 | AR 310 | Calligraphy | 1 |
| AR | 325 | Publication Design | 3 | AR 324 | Digital Multimedia Production | 3 |
| BI | | Bible Elective | 2 | AR 326 | Publication Practicum | 3 |
| CS | 211 | Introduction to Web Design | 3 | AR 348 | History of Illustration and Graphic Design | 3 |
| HI | 102 | History of Civilization | 3 | AR 402 | Web Design I | 3 |
| MA | | Mathematics Elective | 3 | CR 370 | Origins | 2 |
| | | | | AR 346 | Graphic Design Internship* | 3 |
| | | **Total Hours** | **17** | | **Total Hours** | **18** |

#### SENIOR

| FALL | | | | SPRING | | |
|---|---|---|---|---|---|---|
| AR | 403 | Web Design II | 3 | AR 421 | Advertising Design II | 3 |
| AR | 420 | Advertising Design I | 3 | AR 450 | Directed Studio | 3 |
| AR | 440 | Portfolio | 3 | AR 498 | Senior Graphic Design Portfolio Exhibit | 0 |
| BI | | Bible Elective | 2 | BI/BB | Bible or Bible Background Elective | 2 |
| | | Minor or Electives | 4 | EN 210 | Introduction to Literature | 3 |
| | | | | SC | Science Elective | 3 |
| | | **Total Hours** | **15** | | **Total Hours** | **14** |

*Interterm, Post-term, or summer at an approved off-campus site. (See p. 18 for additional cost.)

───── **STUDIO ART CONCENTRATION** ─────

*Bachelor of Science Degree,*
*Visual Arts Major*

**The purpose of the studio art concentration** is to produce Christian artists who are able to effectively communicate in the areas of studio art and illustration.

**Additional Learning Outcome:** Graduates of the studio art concentration will also be able to develop a body of work demonstrating strength in representational drawing and painting and visual storytelling in a variety of media sufficient for pursuing professional opportunities in studio art and illustration fields.

The studio art concentration begins with a foundation of basic drawing and design principles. Students develop advanced skills in drawing, painting, and digital illustration under the direction of skilled artists. The goal of our department is for students to develop the ability to provide professional workmanship and convey biblical principles in both their life and in their art. Students complete a minor in graphic design through their required graphic design support courses.

### Art Display
Seniors must present a studio art portfolio exhibit.

### Technology Requirements
Students enrolled in 300- or 400-level art courses are required to own a personal laptop for use in class. An *Adobe Creative Cloud* subscription is also required. Laptop specifications must meet minimum *Adobe Creative Cloud* system requirements.

### Academic Program Fee
$100 per semester or 3 payments of $33.33 (p. 19)

### Second Teaching Field
Art (p. 110, portfolio exhibit not required)

### Missions Broad Field
Art (p. 63, portfolio exhibit not required)

## *STUDIO ART CONCENTRATION*
### Recommended Course Sequence

FALL          **FRESHMAN**          SPRING

| | | | |
|---|---|---|---|
| AR | 101 | Drawing I . . . . . . . . . . . . . . . . . . . . 3 | AR 102 Drawing II . . . . . . . . . . . . . . . . . . 3 |
| AR | 201 | Design Fundamentals I . . . . . . . . . 3 | AR 202 Design Fundamentals II. . . . . . . . 3 |
| BI | 101 | New Testament Survey . . . . . . . . . 2 | BI 102 New Testament Survey . . . . . . . . 2 |
| EN | 121 | English Grammar/Composition I . . . 3 | EN 126 English Grammar/Composition II . . 3 |
| HI | 101 | History of Civilization . . . . . . . . . . . 3 | HI 102 History of Civilization . . . . . . . . . . 3 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . **14** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** |

**SOPHOMORE**

| | | | |
|---|---|---|---|
| AR | 120 | Digital Typography . . . . . . . . . . . . . 3 | AR 204 Basic Painting II . . . . . . . . . . . . . . 3 |
| AR | 203 | Basic Painting I . . . . . . . . . . . . . . . . 3 | AR 220 Digital Graphics. . . . . . . . . . . . . . . 3 |
| AR | 227 | History of Art . . . . . . . . . . . . . . . . . 3 | AR 228 History of Art . . . . . . . . . . . . . . . . 3 |
| AR | 303 | Advanced Drawing . . . . . . . . . . . . . 3 | AR 250 Introduction to Digital Illustration . 3 |
| BI | 201 | Old Testament Survey . . . . . . . . . . 2 | AR 254 3-D Design Fundamentals . . . . . . . 3 |
| SP | 101 | Fundamentals of Speech. . . . . . . . . 3 | BI 202 Old Testament Survey . . . . . . . . . . 2 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . **17** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **17** |

**JUNIOR**

| | | | |
|---|---|---|---|
| AR | 218 | Photography I . . . . . . . . . . . . . . . . . 3 | AR 268 Graphic Design II . . . . . . . . . . . . . 3 |
| AR | 267 | Graphic Design I . . . . . . . . . . . . . . . 3 | AR 304 Advanced Painting. . . . . . . . . . . . . 3 |
| AR | 321 | Illustration I . . . . . . . . . . . . . . . . . . 3 | AR 322 Illustration II. . . . . . . . . . . . . . . . . 3 |
| CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . . 2 | AR 336 Studio Art Internship* . . . . . . . . . . 3 |
| MA | | Mathematics Elective . . . . . . . . . . . 3 | AR 348 History of Illustration |
| | | | and Graphic Design . . . . . . . . . . . 3 |
| | | | BI Bible Elective. . . . . . . . . . . . . . . . . 2 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . **14** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **17** |

**SENIOR**

| | | | |
|---|---|---|---|
| AR | 308 | Photography II . . . . . . . . . . . . . . . . 3 | AR 326 Publication Practicum . . . . . . . . . . 3 |
| AR | 310 | Calligraphy . . . . . . . . . . . . . . . . . . . 1 | AR 451 Directed Studio . . . . . . . . . . . . . . . 3 |
| AR | 440 | Portfolio . . . . . . . . . . . . . . . . . . . . . 3 | AR 499 Senior Studio Art Portfolio Exhibit . 0 |
| BI | | Bible Elective. . . . . . . . . . . . . . . . . 2 | BI/BB Bible or Bible Background Elective . . 2 |
| EN | 210 | Introduction to Literature . . . . . . . . 3 | SC Science Elective . . . . . . . . . . . . . . . 3 |
| | | Minor or Elective. . . . . . . . . . . . . . 2 | Minor or Elective. . . . . . . . . . . . . . 2 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . . **14** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **13** |

_____
*Interterm, Post-term, or summer at an approved off-campus site. (See p. 18 for additional cost.)

# PERFORMING ARTS DEPARTMENT

*Division of*
**Visual and Performing Arts**



## UNDERGRADUATE DEGREES

*Bachelor of Arts*
**Music Major  119**
*with Instrumental, Keyboard, and Vocal Emphases*

**Performance Studies Major  124**

*Minors*  180
Music, Performance Studies

*Missions Broad Fields*  64
Music, Speech

*Teaching Fields*  95, 109, 111
Music, Speech

*Youth Ministries Emphasis*  50
Church Music, Speech

---

## GRADUATE DEGREES
*(See Seminary & Graduate Studies Catalog.)*

*Master of Arts*
Music *with Conducting, Instrumental, Keyboard, and Vocal Proficiencies*

*Master of Fine Arts*
Dramatics

**Mr. Scott Roberts,** Chair

The **performing arts department** provides opportunities for students to learn how to communicate effectively through music and dramatic performance. Practical, biblically integrated programs prepare students for both graduate school and job opportunities in Christian organizations and secular businesses. Speech training enhances any area of study by developing responsible oral communication skills and increasing one's overall possibility of success. Therefore, all students take at least one semester of speech.

## MUSIC MAJOR
### *Bachelor of Arts Degree*

**The purpose of the music major** is to equip students with a comprehensive approach to technique, musicianship, and communication to honor the Lord through music.

**Learning Outcomes:** Graduates of the music program will be able to

- communicate concisely and effectively about music in oral and written forms reflecting a biblical worldview;
- produce public music performances showing appropriate proficiency;
- demonstrate a working knowledge of harmonic principles, form and analysis, and aural skills; and
- employ pedagogical techniques for music students of various levels.

Training tomorrow's music teachers, church musicians, and performers, Pensacola Christian College offers a distinctively Christian education in music. Students will gain practical knowledge, personal instruction, and experience in all areas of music.

Music students at PCC participate in a variety of performances, including solo recitals, chamber groups, choral ensembles, handbells, band, and orchestra. There are also numerous opportunities for individual ministry and performance in Sunday schools, church, Sunday Reflections, and music repertoire classes.

Fine Arts Series programs provide students with rich listening experiences from world-class musicians. Students also have opportunities to improve their skills through master classes by guest artists. Our faculty members are active musicians who are also committed to helping students strive for excellence.

Throughout the program, students are taught a Christ-centered philosophy of music by our talented and caring faculty who are committed to providing academic and artistic training necessary for success. With this well-rounded education, graduates of the music program are prepared for graduate studies and many career opportunities in ministry, academics, and performance venues.

**MUSIC MAJOR cont.**

### Emphases

Students must demonstrate sufficient talent and ability to pursue music courses. They must also demonstrate appropriate ability via freshman evaluation, platform, and recital in one area of applied music and must take instruction in this field every semester. This emphasis may be voice, keyboard, or one of the standard band or orchestral instruments.

While all students study both classical and sacred selections each semester, music majors may choose to focus on church music or classical music for their private lessons.

### Music Repertoire

Students with a major or minor in music must enroll in Music Repertoire each semester they enroll in private lessons as follows:

**Majors:** after passing two lessons

**Minors:** after passing sophomore music platform

### Secondary Piano Examination

Students with a vocal or instrumental emphasis must have secondary skill in piano and must pass the secondary piano examination or pass PI 211–212.

### Platform Evaluation and Recital

Second-semester sophomores must successfully complete a sophomore music platform in their emphasis to be approved for a major in music. A public recital is given during the senior year.

### Ensemble Participation

All music majors must participate in one performing ensemble every semester, including their last 4 semesters. Music minors must participate in a performing ensemble 4 to 6 hours, including their last 4 semesters. Performing ensembles that meet requirements for each emphasis are as follows:

**Instrumental:** Orchestra

**Keyboard:** Accompaniment Practicum, Chamber Ensemble, Handbell Choir, Orchestra, Proclaim Ministry Team (Music), Symphonic Band, Symphonic Choir

**Vocal:** Chamber Ensemble, Symphonic Choir

### Academic Program Fee

$45 per semester or 3 payments of $15 (instrumental emphasis is $50 per semester or 3 payments of $16.67). Students taking music lessons and group instruction must pay appropriate music course fees (pp. 19–20).

### Music Minor

Requirements are on page 180. Music minors must demonstrate appropriate ability in one area of applied music and will take instruction in this area for 6 semesters. Second-semester sophomores must successfully complete a sophomore music platform in their emphasis area to be approved for a minor in music. See Music Repertoire and Ensemble Participation requirements above.

### Music Education

Major (pp. 95–99); second teaching field (p. 111)

## *MUSIC MAJOR with INSTRUMENTAL EMPHASIS*
### Recommended Course Sequence

FALL **FRESHMAN** SPRING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BI | 101 | New Testament Survey | 2 | BI | 102 | New Testament Survey | 2 |
| EN | 121 | English Grammar/Composition I | 3 | EN | 126 | English Grammar/Composition II | 3 |
| MU | 101 | Music Theory I | 4 | MA | | Mathematics Elective | 3 |
| SP | 101 | Fundamentals of Speech | 3 | MU | 102 | Music Theory II | 4 |
| ST | 141 | Orchestra | 1 | ST | 142 | Orchestra | 1 |
| ST | 201 | Strings Instruction I | 1 | ST | 202 | Strings Instruction II | 1 |
| | | Private Instrument | 1 | | | Private Instrument | 1 |
| | | **Total Hours** | **15** | | | **Total Hours** | **15** |

**SOPHOMORE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BI | 201 | Old Testament Survey | 2 | BI | 202 | Old Testament Survey | 2 |
| MU | 201 | Music Theory III | 4 | MU | 202 | Music Theory IV | 4 |
| MU | 220 | Introduction to Music Technology | 2 | MU | 337 | Instrumental Church Music | |
| MU | 226 | Choral Methods | 2 | | | Arranging | 2 |
| PI | 211 | Secondary Piano | 1 | PI | 212 | Secondary Piano | 1 |
| ST | 241 | Orchestra | 1 | ST | 242 | Orchestra | 1 |
| ST | 301 | Strings Instruction III | 1 | ST | 302 | Strings Instruction IV | 1 |
| | | Private Instrument | 1 | | | Private Instrument | 1 |
| | | | | | | Minor or Elective | 2 |
| | | **Total Hours** | **15** | | | **Total Hours** | **14** |

**JUNIOR**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CR | 370 | Origins | 2 | BI | | Bible Elective | 2 |
| HI | 101 | History of Civilization | 3 | HI | 102 | History of Civilization | 3 |
| MU | 301 | History of Music | 3 | MU | 302 | History of Music | 3 |
| MU | 315 | Elements of Conducting | 2 | MU | 310 | Choral Writing and Arranging | 2 |
| MU | 441/447 | Survey of Instrumental/ | | MU | 329 | Advanced Music Theory | 2 |
| | | String Literature | 3 | MU | 401 | Counterpoint | 2 |
| ST | 341 | Orchestra | 1 | ST | 342 | Orchestra | 1 |
| | | Private Instrument | 1 | | | Private Instrument | 1 |
| | | **Total Hours** | **15** | | | **Total Hours** | **16** |

**SENIOR**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BI | | Bible Elective | 2 | BI/BB | | Bible or Bible Background Elective | 2 |
| ML | | Modern Language* | 3 | EN | 210 | Introduction to Literature | 3 |
| MU | 121 | Vocal Class I | 1 | ML | | Modern Language* | 3 |
| MU | 402 | Church Music Philosophy and | | MU | 231 | Piano Accompaniment | 1 |
| | | Administration | 2 | MU | 312 | Instrumental Materials and | |
| SC | | Science Elective | 3 | | | Methods | 2 |
| ST | 441 | Orchestra | 1 | MU | 418 | Orchestration | 2 |
| | | Private Instrument | 1 | ST | 442 | Orchestra | 1 |
| | | Minor or Elective | 2 | | | Private Instrument/Recital | 1 |
| | | **Total Hours** | **15** | | | **Total Hours** | **15** |

---

*All hours of required foreign language need to be earned in the same language. Latin may not be taken to satisfy language requirements.

Highlighted text indicates a change from the official version of the Catalog.

## *MUSIC MAJOR with KEYBOARD EMPHASIS*
### Recommended Course Sequence

**FRESHMAN**

| FALL | | | | SPRING | |
|------|--|--|--|--------|--|

| | | | |
|--|--|--|--|
| BI | 101 | New Testament Survey . . . . . . . . . . 2 | |
| EN | 121 | English Grammar/Composition I . . . 3 | |
| MU | 101 | Music Theory I . . . . . . . . . . . . . . . 4 | |
| MU | 121 | Vocal Class I . . . . . . . . . . . . . . . . . 1 | |
| PI | 121 | Private Piano . . . . . . . . . . . . . . . . . 1 | |
| SP | 101 | Fundamentals of Speech. . . . . . . . . 3 | |
| | | Ensemble. . . . . . . . . . . . . . . . . . . 1 | |
| | | Minor or Elective. . . . . . . . . . . . . . 1 | |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . **16** | |

| | | |
|--|--|--|
| BI | 102 | New Testament Survey . . . . . . . . . . 2 |
| EN | 126 | English Grammar/Composition II . . 3 |
| MA | | Mathematics Elective . . . . . . . . . . . 3 |
| MU | 102 | Music Theory II . . . . . . . . . . . . . . 4 |
| PI | 122 | Private Piano . . . . . . . . . . . . . . . . . 1 |
| | | Ensemble. . . . . . . . . . . . . . . . . . . 1 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . **14** |

**SOPHOMORE**

| | | |
|--|--|--|
| BI | 201 | Old Testament Survey . . . . . . . . . . 2 |
| MU | 201 | Music Theory III . . . . . . . . . . . . . . 4 |
| MU | 220 | Introduction to Music Technology. . 3 |
| MU | 233 | Hymn Keyboard Skills I. . . . . . . . . 2 |
| PI | 221 | Private Piano . . . . . . . . . . . . . . . . . 1 |
| ST | 201 | Strings Instruction I. . . . . . . . . . . . 1 |
| | | Ensemble. . . . . . . . . . . . . . . . . . . 1 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . **14** |

| | | |
|--|--|--|
| BI | 202 | Old Testament Survey . . . . . . . . . . 2 |
| HI | 101 | History of Civilization . . . . . . . . . . 3 |
| MU | 202 | Music Theory IV . . . . . . . . . . . . . . 4 |
| MU | 230 | Piano Accompanying . . . . . . . . . . . 1 |
| MU | 234 | Hymn Keyboard Skills II . . . . . . . . 2 |
| PI | 222 | Private Piano . . . . . . . . . . . . . . . . . 1 |
| ST | 202 | Strings Instruction II . . . . . . . . . . . 1 |
| | | Ensemble. . . . . . . . . . . . . . . . . . . 1 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . **15** |

**JUNIOR**

| | | |
|--|--|--|
| CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . 2 |
| HI | 102 | History of Civilization . . . . . . . . . . 3 |
| MU | 226 | Choral Methods. . . . . . . . . . . . . . . 3 |
| MU | 301 | History of Music . . . . . . . . . . . . . . 3 |
| MU | 443 | Survey of Piano Literature . . . . . . . 3 |
| PI | 151 | Accompaniment Practicum . . . . . . 1 |
| PI | 321 | Private Piano . . . . . . . . . . . . . . . . . 1 |
| ST | 301 | Strings Instruction III . . . . . . . . . . 1 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . **16** |

| | | |
|--|--|--|
| BI | | Bible Elective. . . . . . . . . . . . . . . . . 2 |
| MU | 302 | History of Music . . . . . . . . . . . . . . 3 |
| MU | 310 | Choral Writing and Arranging . . . . 2 |
| MU | 329 | Advanced Music Theory . . . . . . . . . 2 |
| MU | 401 | Counterpoint. . . . . . . . . . . . . . . . . 2 |
| MU | 418 | Orchestration. . . . . . . . . . . . . . . . . 2 |
| PI | 152 | Accompaniment Practicum . . . . . . 1 |
| PI | 322 | Private Piano . . . . . . . . . . . . . . . . . 1 |
| ST | 302 | Strings Instruction IV . . . . . . . . . . 1 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . **16** |

**SENIOR**

| | | |
|--|--|--|
| BI | | Bible Elective. . . . . . . . . . . . . . . . . 2 |
| EN | 210 | Introduction to Literature . . . . . . . 3 |
| ML | | Modern Language* . . . . . . . . . . . . 3 |
| MU | 335 | Piano Materials and Methods. . . . . 2 |
| MU | 402 | Church Music Philosophy and Administration . . . . . . . . . . . . . . 2 |
| OR | 131 | Private Organ . . . . . . . . . . . . . . . . . 1 |
| PI | 421 | Private Piano . . . . . . . . . . . . . . . . . 1 |
| | | Ensemble. . . . . . . . . . . . . . . . . . . 1 |
| | | **Total Hours**. . . . . . . . . . . . . . . . . . . **15** |

| | | |
|--|--|--|
| BI/BB | | Bible or Bible Background Elective . . . . . . . . . . . . . . . . . . . 2 |
| ML | | Modern Language* . . . . . . . . . . . . 3 |
| MU | 336 | Piano Materials and Methods. . . . . 2 |
| MU | 484 | Private Piano/Recital. . . . . . . . . . . 1 |
| SC | | Science Elective . . . . . . . . . . . . . . . 3 |
| | | Ensemble. . . . . . . . . . . . . . . . . . . 1 |
| | | Minor or Elective. . . . . . . . . . . . . . 2 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . **14** |

---

*All hours of required foreign language need to be earned in the same language. Latin may not be taken to satisfy language requirements.

Highlighted text indicates a change from the official version of the Catalog.

### *MUSIC MAJOR with VOCAL EMPHASIS*
**Recommended Course Sequence**

#### FRESHMAN

| FALL | | | | SPRING | | |
|------|---|---|---|------|---|---|
| BI | 101 | New Testament Survey | 2 | BI | 102 | New Testament Survey | 2 |
| EN | 121 | English Grammar/Composition I | 3 | EN | 126 | English Grammar/Composition II | 3 |
| MU | 101 | Music Theory I | 4 | MA | | Mathematics Elective | 3 |
| SP | 101 | Fundamentals of Speech | 3 | MU | 102 | Music Theory II | 4 |
| ST | 201 | Strings Instruction I | 1 | ST | 202 | Strings Instruction II | 1 |
| VO | 121 | Vocal Instruction | 1 | VO | 122 | Vocal Instruction | 1 |
| | | Ensemble | 1 | | | Ensemble | 1 |
| | | **Total Hours** | **15** | | | **Total Hours** | **15** |

#### SOPHOMORE

| | | | | | | | |
|------|---|---|---|------|---|---|---|
| BI | 201 | Old Testament Survey | 2 | BI | 202 | Old Testament Survey | 2 |
| ML | | Modern Language* | 3 | ML | | Modern Language* | 3 |
| MU | 201 | Music Theory III | 4 | MU | 202 | Music Theory IV | 4 |
| MU | 214 | Principles of Lyric Diction | 3 | MU | 220 | Introduction to Music Technology | 3 |
| ST | 301 | Strings Instruction III | 1 | MU | 313 | Communication in Song | 1 |
| VO | 221 | Private Voice | 1 | ST | 302 | Strings Instruction IV | 1 |
| | | Ensemble | 1 | VO | 222 | Private Voice | 1 |
| | | | | | | Ensemble | 1 |
| | | **Total Hours** | **15** | | | **Total Hours** | **16** |

#### JUNIOR

| | | | | | | | |
|------|---|---|---|------|---|---|---|
| CR | 370 | Origins | 2 | BI | | Bible Elective | 2 |
| HI | 101 | History of Civilization | 3 | HI | 102 | History of Civilization | 3 |
| MU | 301 | History of Music | 3 | MU | 226 | Choral Methods | 2 |
| MU | 327 | Voice Materials and Methods | 2 | MU | 302 | History of Music | 3 |
| MU | 445 | Survey of Song Literature | 3 | MU | 329 | Advanced Music Theory | 2 |
| PI | 211 | Secondary Piano | 1 | PI | 212 | Secondary Piano | 1 |
| VO | 321 | Private Voice | 1 | VO | 322 | Private Voice | 1 |
| | | Ensemble | 1 | | | Ensemble | 1 |
| | | **Total Hours** | **16** | | | **Total Hours** | **15** |

#### SENIOR

| | | | | | | | |
|------|---|---|---|------|---|---|---|
| BI | | Bible Elective | 2 | BI/BB | | Bible or Bible Background Elective | 2 |
| EN | 210 | Introduction to Literature | 3 | MU | 231 | Piano Accompaniment | 1 |
| MU | 310 | Choral Writing and Arranging | 2 | MU | 418 | Orchestration | 2 |
| MU | 402 | Church Music Philosophy and Administration | 2 | MU | 486 | Private Voice/Recital | 1 |
| VO | 421 | Private Voice | 1 | SC | | Science Elective | 3 |
| | | Ensemble | 1 | | | Ensemble | 1 |
| | | Minor or Elective | 3 | | | Minor or Electives | 4 |
| | | **Total Hours** | **14** | | | **Total Hours** | **14** |

*All hours of required foreign language need to be earned in the same language. Latin may not be taken to satisfy language requirements.

Highlighted text indicates a change from the official version of the Catalog.

# PERFORMANCE STUDIES MAJOR

### *Bachelor of Arts Degree*

**The purpose of the performance studies major** is to train students to effectively communicate with an audience as a Christian performer.

**Learning Outcomes:** Graduates of the performance studies program will be able to

- develop a repertoire that reflects a biblical worldview of dramatic performance;
- incorporate credible research and analysis in platform presentations;
- interpret literature, communicating with textual integrity, intellectual understanding, emotional sensitivity, and vivid characterizations;
- demonstrate a control of vocal technique and nonverbal communication; and
- stage platform presentations which are aesthetically pleasing.

The performance studies major prepares students for fields in which innovative communication is key. Special emphasis is given to training students to meet the artistic needs of Christian ministries. Extending beyond the theater, performers engage and motivate audiences through verbal and nonverbal communication.



PCC's performance studies program prepares for this vital and energetic career by cultivating students' abilities in dramatic presentation, public speaking, and stage productions. This program emphasizes the creative and logical development applicable for solo, dramatic, and informative performance. In preparation for a solo senior recital, students also learn characterization, narration, and vocal technique. Students will gain experience through involvement in major stage productions in the Dale Horton Auditorium, dramatic productions in the Experimental Theater, and Sunday Reflections programs.

With this creative yet practical degree, students can choose from a variety of career options such as performance, education, ministry, and public relations or enter graduate school to specialize in a chosen field.

### Speech Repertoire

Students enrolled in performance studio are required to enroll in SP 999 Speech Repertoire.

### Platform Evaluation and Recital

Second-semester sophomores must successfully complete a speech platform to be approved for a major in performance studies. A public recital is given during the senior year.

**PERFORMANCE STUDIES MAJOR cont.**



*The Mikado* **Fine Arts**

### Production Participation
Students must perform at least one role in a college play. A speaking role in a dramatic production play will satisfy this requirement.

### Academic Program Fee
$40 per semester or 3 payments of $13.33 (p. 19)

### Minor
Requirements are on page 180. Second-semester sophomores must successfully complete a speech platform to continue as a performance studies minor. Students must enroll in Speech Repertoire each semester they enroll in performance studio.

### Missions Broad Field
Speech (p. 64, platform evaluation and recital not required)

### Speech Education
Concentration (p. 109); second teaching field (p. 111)

## *PERFORMANCE STUDIES MAJOR*
### Recommended Course Sequence

FALL · · · · · · · · · · · · **FRESHMAN** · · · · · · · · · · · SPRING

| | | | |
|---|---|---|---|
| BI | 101 | New Testament Survey | 2 |
| EN | 121 | English Grammar/Composition I | 3 |
| HI | 101 | History of Civilization | 3 |
| MA | | Mathematics Elective | 3 |
| SP | 101 | Fundamentals of Speech | 3 |
| | | **Total Hours** | **14** |

| | | | |
|---|---|---|---|
| BI | 102 | New Testament Survey | 2 |
| CS/MA/SC | | Computer Science/Mathematics/ Science Elective | 3 |
| EN | 126 | English Grammar/Composition II | 3 |
| HI | 102 | History of Civilization | 3 |
| SP | 102 | Fundamentals of Speech | 3 |
| | | **Total Hours** | **14** |

**SOPHOMORE**

| | | | |
|---|---|---|---|
| BI | 201 | Old Testament Survey | 2 |
| BL/ML | | Foreign Language[1] | 3 |
| SP | 201 | Voice and Diction | 2 |
| SP | 203 | Oral Interpretation of Poetry | 2 |
| SP | 240 | Stagecraft | 3 |
| | | Minor or Elective | 2 |
| | | **Total Hours** | **14** |

| | | | |
|---|---|---|---|
| BI | 202 | Old Testament Survey | 2 |
| BL/ML | | Foreign Language[1] | 3 |
| EN | 210 | Introduction to Literature | 3 |
| SP | 202 | Voice and Communication | 2 |
| SP | 204 | Oral Interpretation of Dramatic and Narrative Literature | 2 |
| SP | 244 | Stage Movement | 2 |
| | | **Total Hours** | **14** |

**JUNIOR**

| | | | |
|---|---|---|---|
| BI | | Bible Elective | 2 |
| SC | | Science Elective | 3 |
| SP | 304 | Fundamentals of Acting | 3 |
| SP | 307 | Introduction to Dramatic Production | 4 |
| SP | 341 | Performance Studio | 1 |
| SP | 447 | Dramatic Literature in Performance | 3 |
| | | **Total Hours** | **16** |

| | | | |
|---|---|---|---|
| CR | 370 | Origins | 2 |
| SP | 250 | Public Speaking | 3 |
| SP | 308 | Fundamentals of Dramatic Production | 4 |
| SP | 342 | Performance Studio | 1 |
| SP | 400 | Scriptwriting | 3 |
| | | Minor or Elective | 3 |
| | | **Total Hours** | **16** |

**SENIOR**

| | | | |
|---|---|---|---|
| BI | | Bible Elective | 2 |
| EN | 418 | World Drama | 3 |
| SP | 402 | Advanced Interpretation | 3 |
| SP | 441 | Performance Studio | 1 |
| | | Social Science Elective[2] | 3 |
| | | Minor or Electives | 4 |
| | | **Total Hours** | **16** |

| | | | |
|---|---|---|---|
| BI/BB | | Bible or Bible Background Elective | 2 |
| ED | 430 | Instructional Methods | 2 |
| SP | 312 | Debate | 3 |
| SP | 435 | Solo Performance Recital | 1 |
| SP | | Speech Elective | 2 |
| | | Minor or Electives | 6 |
| | | **Total Hours** | **16** |

[1]All hours of required foreign language need to be earned in the same language.
[2]Elective courses (p. 39)

*Division of*
# ARTS AND SCIENCES

**THE PURPOSE OF THIS DIVISION** is to provide a traditional liberal arts education that prepares students to function as Christian professionals in a variety of career settings in their chosen field of study.

––––––––––––––––––––

This division comprises the **engineering and computer science, humanities, natural sciences,** and **nursing departments** of Pensacola Christian College, each of which offers undergraduate degrees. The nursing department also offers a graduate degree.

- ● Engineering and Computer Science Department  128–140
- ● Humanities Department  141–155
- ● Natural Sciences Department  156–170
- ● Nursing Department  171–176



**Dr. Denise McCollim**
**Dean of Arts and Sciences**

# ENGINEERING AND COMPUTER SCIENCE DEPARTMENT

*Division of*
**Arts and Sciences**



## UNDERGRADUATE DEGREES

*Bachelor of Science*

**Computing Major  129**
  Concentrations:
    Computer Science  130
    Cybersecurity  132
    Information Technology  134

**Engineering Major  136**
  Concentrations:
    Electrical  138
    Mechanical  139

*Minors*  178, 181
  Computer Science,
  Web Development

*Missions Broad Field*  64
  Computer Science

**Dr. Michael Geary,** Chair

The **engineering and computer science department** is dedicated to providing the building blocks of a solid technical education that integrates specialized knowledge and skills with a Christian philosophy. While a firm theoretical foundation is laid, a strong emphasis is placed on practicality and application of design and development principles in preparation for future employment, intellectual growth, and Christian service opportunities.

## COMPUTING MAJOR
### *Bachelor of Science Degree*

**The purpose of the computing major** is to train students to be successful in today's digital workplace. The major's foundation on software development enables students to learn problem solving and critical thinking skills, while also providing students with practical experience using various development techniques, tools, and computing systems.

**Program Educational Objectives:** Within the first five years after graduation, our computing alumni are expected to make measurable contributions in the following spiritual and professional objectives:

- **Entry-Level Employment**—apply computer knowledge, professional ethics, and Christian principles in the workplace;
- **Christian Ministry**—support a local church and other Christian ministries;
- **Leadership**—demonstrate Christian leadership through career, church, or community opportunities; and
- **Lifelong Learning**—advance intellectually through activities such as continuing education or industry certification.

**Learning Outcomes:** Graduates of the computing program will demonstrate the following outcomes:

- **Problem Solving**—analyze a complex computing problem and apply principles of computing and other relevant disciplines to identify solutions;
- **Technical Skill**—design, implement, and evaluate a computing-based solution to meet a given set of computing requirements in the context of the program's discipline;
- **Communication**—communicate effectively in a variety of professional contexts;
- **Ethics**—recognize professional responsibilities and make informed judgments in computing practice based on legal and ethical principles; and
- **Teamwork**—function effectively as a member or leader of a team engaged in activities appropriate to the program's discipline.

*(Additional learning outcomes are listed for each concentration.)*

## COMPUTER SCIENCE CONCENTRATION

*Bachelor of Science Degree,*
*Computing Major*

**The purpose of the computer science concentration** is to prepare students to design and develop software systems and computing solutions which solve real-world problems within a team environment. Students are also trained to apply formal software development practices as well as to pursue continued learning to maintain currency and relevance in today's increasing technological society.

**Additional Learning Outcome:** Graduates of the computer science concentration will also demonstrate the following outcome:

• **Theory**—apply computer science theory and software development fundamentals to produce computing-based solutions.

The ubiquitous nature of computing technology has integrated into every area of people's lives today. And even though this technology is often seamless and simple, the reality is that this application of technology behind the scenes is larger and more complex than it appears. This requires individuals trained to operate in such environments. The computer science concentration provides study into both the theory and practice of computer science with an emphasis on formal development of large software applications. In addition, this concentration prepares students planning to enter a graduate program in computer science. It is recommended that students in this concentration minor in mathematics. Computer science may not be claimed as a minor.

### High School Preparation
Recommended high school preparation for a computer science concentration is two units of algebra and one unit of advanced mathematics (trigonometry, geometry, or precalculus). Opportunities are available to make up this deficiency. In this case, time required to complete a computer science concentration could be expected to increase.

### Academic Program Fee
$120 per semester or 3 payments of $40 (p. 19)

## *COMPUTER SCIENCE CONCENTRATION*
### Recommended Course Sequence

| | FRESHMAN | |
|---|---|---|
| FALL | | SPRING |
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 |
| CS 130 Introduction to Information Technology . . . . . . . . . . . . . . . . 2 | | CS 214 C Programming . . . . . . . . . . . . . . . 3 |
| CS 202 Introduction to Programming. . . . . . 3 | | EN 126 English Grammar/Composition II. . . 3 |
| EN 121 English Grammar/Composition I. . . . 3 | | HI 102 History of Civilization . . . . . . . . . . 3 |
| HI 101 History of Civilization . . . . . . . . . . 3 | | MA 221 Calculus I. . . . . . . . . . . . . . . . . . . . 4 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | | |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** |

| | SOPHOMORE | |
|---|---|---|
| BI 201 Old Testament Survey. . . . . . . . . . . 2 | | BI 202 Old Testament Survey. . . . . . . . . . . 2 |
| CS 227 Data Structures and Algorithms . . . . 3 | | CS 246 Object-Oriented Programming and Design. . . . . . . . . . . . . . . . . 3 |
| CS 271 Computer Security . . . . . . . . . . . . . 3 | | |
| CS 344 Networks I . . . . . . . . . . . . . . . . . . . 3 | | CS 346 Networks II . . . . . . . . . . . . . . . . . . . 3 |
| EN 210 Introduction to Literature. . . . . . . . 3 | | MA 224 Discrete Mathematics . . . . . . . . . . . 3 |
| MA 326 Statistics . . . . . . . . . . . . . . . . . . . . . 3 | | MA Mathematics Elective (222 or higher) . . . 3 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . **17** | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** |

| | JUNIOR | |
|---|---|---|
| CR 370 Origins. . . . . . . . . . . . . . . . . . . . . . 2 | | BI Bible Elective . . . . . . . . . . . . . . . . 2 |
| CS 303 Database I . . . . . . . . . . . . . . . . . . . 3 | | CS 326 Operating Systems . . . . . . . . . . . . . 3 |
| CS 321 Assembler Language Programming. . 3 | | CS 352 Software Engineering II . . . . . . . . . 3 |
| CS 351 Software Engineering I . . . . . . . . . . 3 | | CS 432 Computer Architecture. . . . . . . . . . 3 |
| CS 431 Topics in Computation . . . . . . . . . . 3 | | CS 442 Programming Languages . . . . . . . . 3 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** |

| | SENIOR | |
|---|---|---|
| BA 403 Business Communications. . . . . . . . 3 | | BI/BB Bible or Bible Background Elective . . . 2 |
| BI Bible Elective . . . . . . . . . . . . . . . . 2 | | CS 401 Computer Science Seminar . . . . . . . . 1 |
| CS 451 Software Engineering Project I . . . . 3 | | CS 452 Software Engineering Project II . . . . 3 |
| MA 241 Applied Linear Algebra . . . . . . . . . . 3 | | PR 411 Worldview and Ethics . . . . . . . . . . . 3 |
| PY 211 College Physics I* . . . . . . . . . . . . . 4 | | PY 212 College Physics II* . . . . . . . . . . . . . 4 |
| | | SP 410 Oral Communication in the Professions. . . . . . . . . . . . . . . . . 2 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** |

\* May take PY 231–232 in place of PY 211–212.

Highlighted text indicates a change from the official version of the Catalog.



---
### CYBERSECURITY CONCENTRATION
---

*Bachelor of Science Degree,*
*Computing Major*

**The purpose of the cybersecurity concentration** is to prepare students to develop, operate, and secure computing systems capable of operating within today's complex digital world and its continual evolution of cyber threats. Students are trained to solve problems logically and apply tools and techniques to combat various types of potential security threats.

**Additional Learning Outcomes:** Graduates of the cybersecurity concentration will also demonstrate the following outcomes:

- **Security Awareness**—apply security principles and practices to the environment, hardware, software, and human aspects of a system and
- **Security Analysis**—analyze and evaluate systems with respect to maintaining operations in the presence of risks and threats.

The Department of Homeland Security estimated that 20 percent of Americans have been victimized by some form of cybercrime. As our nation and the world places higher priority on strengthening cybersecurity, higher education must produce skilled and capable cybersecurity professionals, able to defend networks and infrastructure. Computer science may not be claimed as a minor.

### High School Preparation
Recommended high school preparation for a cybersecurity concentration is two units of algebra. Opportunities are available to make up this deficiency. In this case, time required to complete a cybersecurity concentration could be expected to increase.

### Academic Program Fee
$135 per semester or 3 payments of $45 (p. 19)

*CYBERSECURITY CONCENTRATION*
**Recommended Course Sequence**

| FALL | | **FRESHMAN** | SPRING | |
|---|---|---|---|---|
| BI 101 | New Testament Survey . . . . . . . . . . 2 | | BI 102 | New Testament Survey . . . . . . . . . . 2 |
| CS 130 | Introduction to Information Technology . . . . . . . . . . . . . . . . . 2 | | CS 214 | C Programming . . . . . . . . . . . . . . . . 3 |
| | | | EN 126 | English Grammar/Composition II . . . 3 |
| CS 202 | Introduction to Programming. . . . . . 3 | | HI 102 | History of Civilization . . . . . . . . . . . 3 |
| EN 121 | English Grammar/Composition I. . . . 3 | | MA 131 | College Trigonometry . . . . . . . . . . . 3 |
| HI 101 | History of Civilization . . . . . . . . . . . 3 | | | |
| SP 101 | Fundamentals of Speech . . . . . . . . . 3 | | | |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . .16 | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 14 |

| | | **SOPHOMORE** | | |
|---|---|---|---|---|
| BI 201 | Old Testament Survey. . . . . . . . . . . 2 | | BI 202 | Old Testament Survey. . . . . . . . . . . 2 |
| CS 227 | Data Structures and Algorithms . . . . 3 | | CS 246 | Object-Oriented Programming and Design. . . . . . . . . . . . . . . . . 3 |
| CS 271 | Computer Security . . . . . . . . . . . . . . 3 | | CS 272 | Cybersecurity . . . . . . . . . . . . . . . . . . 3 |
| CS 344 | Networks I . . . . . . . . . . . . . . . . . . . . 3 | | CS 346 | Networks II . . . . . . . . . . . . . . . . . . . 3 |
| MA 326 | Statistics . . . . . . . . . . . . . . . . . . . . . . 3 | | CS 373 | Computer System Administration . . . 3 |
| | | | | Minor or Elective . . . . . . . . . . . . . . 2 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . .14 | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 |

| | | **JUNIOR** | | |
|---|---|---|---|---|
| CR 370 | Origins . . . . . . . . . . . . . . . . . . . . . . . 2 | | BI | Bible Elective . . . . . . . . . . . . . . . . . . 2 |
| CS 303 | Database I . . . . . . . . . . . . . . . . . . . . 3 | | CS 326 | Operating Systems . . . . . . . . . . . . . . 3 |
| CS 376 | Introduction to Applied Cryptography. . . . . . . . . . . . . . 3 | | CS 361 | Java Programming* **or** |
| | | | CS 364 | .NET Programming . . . . . . . . . . . . . 3 |
| CS 379 | Ethical Hacking . . . . . . . . . . . . . . . . 3 | | CS 472 | Digital Forensics. . . . . . . . . . . . . . . . 3 |
| CS 471 | Information Security Management . . 3 | | MA 224 | Discrete Mathematics . . . . . . . . . . . . 3 |
| | | | | Minor or Elective . . . . . . . . . . . . . . 2 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . .14 | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 16 |

| | | **SENIOR** | | |
|---|---|---|---|---|
| BA 403 | Business Communications. . . . . . . . . 3 | | BI/BB | Bible or Bible Background Elective . . . 2 |
| BI | Bible Elective . . . . . . . . . . . . . . . . . . 2 | | CS 401 | Computer Science Seminar . . . . . . . . 1 |
| CS 351 | Software Engineering I . . . . . . . . . . 3 | | CS 414 | Systems Design. . . . . . . . . . . . . . . . . 3 |
| CS 405 | Computer Hardware Maintenance . . 2 | | EN 210 | Introduction to Literature . . . . . . . . 3 |
| SC | Science Elective . . . . . . . . . . . . . . . . 3 | | PR 411 | Worldview and Ethics . . . . . . . . . . . 3 |
| | Minor or Elective . . . . . . . . . . . . . . 3 | | SP 410 | Oral Communications in the Professions. . . . . . . . . . . . . . . . . 2 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . .16 | | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . 14 |

*Offered fall even.

## ———— INFORMATION TECHNOLOGY CONCENTRATION ————
*Bachelor of Science Degree,*
*Computing Major*

**The purpose of the information technology concentration** is to prepare students to design, program, and manage computer information systems and technology. Students are also trained to work collaboratively in a team setting as well as expand their knowledge on their own to help them continually adapt to an ever-changing technological world.

**Additional Learning Outcome:** Graduates of the information technology concentration will also demonstrate the following outcome.

• **User Requirements**—identify and analyze user needs and take them into account in the selection, creation, integration, evaluation, and administration of computing-based systems.

Our lives are affected daily by the rapidly changing field of computer science. Businesses, churches, Christian schools, and mission boards need people who can use technology to manage information. This concentration provides a general background in computer science with an emphasis in programming and problem solving. The student gains programming skills in several languages through "hands-on" experience. Training in logical thinking and disciplined documentation of programs is stressed.

Upon completion of this concentration, students will be ready to enter a variety of technology-related industry positions or graduate programs. Recommended minors include management and e-business management (pp. 178–179). Computer science may not be claimed as a minor.

### High School Preparation
Recommended high school preparation for an information technology concentration is two units of algebra. Opportunities are available to make up this deficiency. In this case, time required to complete an information technology concentration could be expected to increase.

### Academic Program Fee
$135 per semester or 3 payments of $45 (p. 19)

## *INFORMATION TECHNOLOGY CONCENTRATION*
### Recommended Course Sequence

FALL             **FRESHMAN**             SPRING

| | | |
|---|---|---|
| BI 101 | New Testament Survey . . . . . . . . . . | 2 |
| CS 130 | Introduction to Information Technology . . . . . . . . . . . . . . . | 2 |
| CS 202 | Introduction to Programming. . . . . | 2 |
| EN 121 | English Grammar/Composition I. . . | 3 |
| SP 101 | Fundamentals of Speech . . . . . . . . . | 3 |
| | Minor or Elective . . . . . . . . . . . . . | 2 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** | |

| | | |
|---|---|---|
| BI 102 | New Testament Survey . . . . . . . . . . | 2 |
| CS 214 | C Programming . . . . . . . . . . . . . . . | 3 |
| EN 126 | English Grammar/Composition II . . . | 3 |
| HI 101 | History of Civilization . . . . . . . . . . | 3 |
| MA 130 | College Algebra II . . . . . . . . . . . . . | 3 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** | |

**SOPHOMORE**

| | | |
|---|---|---|
| BA 322 | Business Statistics **or** | |
| MA 326 | Statistics . . . . . . . . . . . . . . . . . . . . . | 3 |
| BI 201 | Old Testament Survey. . . . . . . . . . . | 2 |
| CS 211 | Introduction to Web Design . . . . . . | 3 |
| CS 227 | Data Structures and Algorithms . . . . | 3 |
| CS 271 | Computer Security . . . . . . . . . . . . . | 3 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** | |

| | | |
|---|---|---|
| BA 217 | e-Business Systems . . . . . . . . . . . . . | 3 |
| BI 202 | Old Testament Survey. . . . . . . . . . . | 2 |
| CS 246 | Object-Oriented Programming and Design. . . . . . . . . . . . . . . | 3 |
| HI 102 | History of Civilization . . . . . . . . . . | 3 |
| MA 330 | Quantitative Methods . . . . . . . . . . | 3 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** | |

**JUNIOR**

| | | |
|---|---|---|
| CR 370 | Origins . . . . . . . . . . . . . . . . . . . . . . | 2 |
| CS 303 | Database I . . . . . . . . . . . . . . . . . . . . | 3 |
| CS 335 | Mobile Application Programming . . . | 3 |
| CS 344 | Networks I . . . . . . . . . . . . . . . . . . . . | 3 |
| CS 361 | Java Programming . . . . . . . . . . . . . | 3 |
| | Minor or Elective . . . . . . . . . . . . . | 2 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** | |

| | | |
|---|---|---|
| BI | Bible Elective . . . . . . . . . . . . . . . . . | 2 |
| CS 306 | Database II. . . . . . . . . . . . . . . . . . . . | 3 |
| CS 346 | Networks II . . . . . . . . . . . . . . . . . . . | 3 |
| CS 364 | .NET Programming . . . . . . . . . . . . . | 3 |
| CS 401 | Computer Science Seminar . . . . . . . | 1 |
| EN 210 | Introduction to Literature. . . . . . . . | 3 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** | |

**SENIOR**

| | | |
|---|---|---|
| BA 403 | Business Communications. . . . . . . . . | 3 |
| BI | Bible Elective . . . . . . . . . . . . . . . . . | 2 |
| CS 351 | Software Engineering I . . . . . . . . . . | 3 |
| CS 405 | Computer Hardware Maintenance . . | 2 |
| CS | Computer Science Elective* . . . . . . . | 3 |
| SC | Science Elective . . . . . . . . . . . . . . . | 3 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** | |

| | | |
|---|---|---|
| BI/BB | Bible or Bible Background Elective . . . | 2 |
| CS 414 | Systems Design. . . . . . . . . . . . . . . . . | 3 |
| CS | Computer Science Elective* . . . . . . . | 3 |
| PR 411 | Worldview and Ethics . . . . . . . . . . . | 3 |
| SP 410 | Oral Communication in the Professions. . . . . . . . . . . . . . . . | 2 |
| | Minor or Elective . . . . . . . . . . . . . | 3 |
| | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** | |

*Must be 200-level or above.

## ENGINEERING MAJOR

### *Bachelor of Science Degree*

**The purpose of the engineering major** is to develop Christian engineers who are prepared academically to be viable professionals in either the mechanical or electrical engineering field.

**Program Educational Objectives:** Within the first five years after graduation, our engineering alumni are expected to make measurable contributions in the following spiritual and professional objectives:

- **Entry-Level Employment**—apply technical knowledge, engineering skills, professional ethics, and Christian principles in the workplace;
- **Christian Ministry**—support a local church and other Christian ministries;
- **Leadership**—demonstrate Christian leadership through career, church, or community opportunities; and
- **Lifelong Learning**—advance professionally through achievements such as licensure, certification, or continuing education.

**Learning Outcomes:** Graduates of the engineering program will demonstrate the following outcomes:

- **Technical Competence**—an ability to identify, formulate, and solve complex engineering problems by applying principles of engineering, science, and mathematics;
- **Engineering Design**—an ability to apply engineering design to produce solutions that meet specified needs with consideration of public health, safety, and welfare, as well as global, cultural, social, environmental, and economic factors;
- **Communication**—an ability to communicate effectively with a range of audiences;
- **Professionalism**—an ability to recognize ethical and professional responsibilities in engineering situations and make informed judgments, which must consider the impact of engineering solutions in global, economic, environmental, and societal contexts;
- **Teamwork**—an ability to function effectively on a team whose members together provide leadership, create a collaborative and inclusive environment, establish goals, plan tasks, and meet objectives;
- **Experimentation**—an ability to develop and conduct appropriate experimentation, analyze and interpret data, and use engineering judgment to draw conclusions; and
- **Intellectual Skills**—an ability to acquire and apply new knowledge as needed, using appropriate learning strategies.

*(Additional learning outcomes are listed for each concentration.)*

**ENGINEERING MAJOR cont.**

## Accreditation
The baccalaureate degree in engineering at Pensacola Christian College is accredited by the Engineering Accreditation Commission of ABET (www.abet.org).

## High School Preparation
Modern engineering education demands much specific high school preparation. Ideally, the beginning engineering student should have a good understanding of basic physical sciences, a highly developed ability in mathematics, and competence to read rapidly with comprehension. Minimum adequate preparation includes 2 units of algebra and 1 unit each of plane geometry, advanced mathematics (trigonometry and analytical geometry or precalculus), chemistry, and physics. While prior computer knowledge is helpful, it is not required.

Students not prepared to enter directly into the engineering curriculum will be able to make up certain deficiencies. In this case, time required to complete an engineering degree could be expected to increase.

## Residence Requirements
All students in this program are required to be full-time students taking a minimum of 12 semester hours. First consideration for acceptance into the program will be given to residence hall students. PCC does not provide residence hall living space for married students or their families.



## ELECTRICAL CONCENTRATION

*Bachelor of Science Degree,*
*Engineering Major*

**The purpose of the electrical engineering concentration** is to promote the cause of Christ by providing engineering education in a Christian and traditional, liberal-arts setting to develop undergraduates who are biblical in their philosophical worldview, Christlike in their character, and exemplary in their practice of electrical engineering.

**Additional Learning Outcomes:** Graduates of the electrical engineering concentration will also demonstrate the following outcomes:

- **Analysis**—analyze electrical and electronic devices, circuits, and systems;
- **Design-Integrate**—perform detailed design of electrical, electronic, and digital devices and systems containing hardware and software components; and
- **Stochastic Analysis**—apply probability and statistics to analyze electrical and electronic components, signals, or systems.

This concentration in the engineering major focuses on the fundamental laws of God's creation manifested through science and mathematics, with strong emphasis on applying principles to solve practical engineering problems. Students learn how to harness, control, and direct electrical forces at work in nature to achieve human goals.

In the senior year, students apply all they have learned in a capstone project in which they design, plan, build, and test subsystems using modern design methods and electronic design automation tools.

Students complete a minor in mathematics through their required mathematics support courses.

### Academic Program Fee
$205 per semester or 3 payments of $68.33 (p. 19)

### *ELECTRICAL CONCENTRATION*
### Recommended Course Sequence

| FALL | FRESHMAN | SPRING |
|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 |
| CH 111 General Chemistry I . . . . . . . . . . . . 4 | | EL 148 Introduction to Microprocessors . . . . 3 |
| EL 107 Introduction to Electrical Engineering and Digital Logic Design . . . . . . . 2 | | EN 126 English Grammar/Composition II . . . 3 |
| EN 121 English Grammar/Composition I . . . . 3 | | MA 222 Calculus II . . . . . . . . . . . . . . . . . . . . 4 |
| MA 221 Calculus I . . . . . . . . . . . . . . . . . . . . 4 | | SP 101 Fundamentals of Speech . . . . . . . . . . 3 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

## ELECTRICAL CONCENTRATION cont.

| FALL | SOPHOMORE | | SPRING |
|------|-----------|---|--------|
| BI 201 Old Testament Survey. . . . . . . . . . . 2 | | BI 202 Old Testament Survey. . . . . . . . . . . 2 | |
| EG 205 Statics. . . . . . . . . . . . . . . . . . . . . . . . 3 | | EL 224 Circuits II. . . . . . . . . . . . . . . . . . . . 4 | |
| EL 223 Circuits I . . . . . . . . . . . . . . . . . . . . 4 | | HI 101 History of Civilization . . . . . . . . . . 3 | |
| MA 322 Differential Equations . . . . . . . . . . 3 | | MA 321 Calculus III . . . . . . . . . . . . . . . . . . 4 | |
| PY 231 General Physics I . . . . . . . . . . . . . . 4 | | PY 232 General Physics II. . . . . . . . . . . . . . 4 | |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **17** | |

| | JUNIOR | | |
|------|-----------|---|--------|
| BI Bible Elective . . . . . . . . . . . . . . . . 2 | | CR 370 Origins. . . . . . . . . . . . . . . . . . . . . . 2 | |
| EL 331 Electromagnetic Fields . . . . . . . . . . 3 | | EL 326 Linear Systems . . . . . . . . . . . . . . . . 3 | |
| EL 341 Electronics I. . . . . . . . . . . . . . . . . . 4 | | EL 332 Electromagnetic Waves . . . . . . . . . . 3 | |
| EL 347 Advanced Digital Logic Design. . . . . 3 | | EL 342 Electronics II . . . . . . . . . . . . . . . . . 4 | |
| MA 326 Statistics . . . . . . . . . . . . . . . . . . . . . 3 | | EL 352 C Programming for | |
| | | Electrical Engineers . . . . . . . . . . 3 | |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . **15** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | |

| | SENIOR | | |
|------|-----------|---|--------|
| BI Bible Elective . . . . . . . . . . . . . . . . 2 | | BI/BB Bible or Bible Background Elective. . . 2 | |
| EG 425 Engineering Economics and | | EL 426 Automatic Control Systems. . . . . . . . 3 | |
| Professional Issues . . . . . . . . . . . 3 | | EL 446 Analog VLSI Design. . . . . . . . . . . . . 3 | |
| EL 431 Power Systems . . . . . . . . . . . . . . . . 3 | | EL 450 Electrical Engineering Design . . . . . 3 | |
| EL 443 Electronics Design Lab . . . . . . . . . 2 | | EN 210 Introduction to Literature. . . . . . . . 3 | |
| EL 445 Communication Systems . . . . . . . . 4 | | HI 102 History of Civilization . . . . . . . . . . 3 | |
| Mathematics Elective*. . . . . . . . . . . 3 | | | |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . **17** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **17** | |

*Students must take one of the following: EG 241, MA 241, or MA 343.
Highlighted text indicates a change from the official version of the Catalog.

---

### MECHANICAL CONCENTRATION

*Bachelor of Science Degree,*
*Engineering Major*

**The purpose of the mechanical engineering concentration** is to promote the cause of Christ by providing engineering education in a Christian and traditional, liberal-arts setting to develop undergraduates who are biblical in their philosophical worldview, Christlike in their character, and exemplary in their practice of mechanical engineering.

**Additional Learning Outcomes:** Graduates of the mechanical engineering concentration will also demonstrate the following outcomes:

- **Mechanical Design—**apply calculus and differential equations, basic science, and engineering principles to modeling, analysis, design, and realization of mechanical engineering components, systems, or processes and

- **Integrated Design—**solve open-ended design problems in the mechanical engineering disciplines of HVAC and Refrigeration, Mechanical Systems and Materials, and Thermal and Fluids Systems.

### MECHANICAL CONCENTRATION cont.

This concentration in the engineering major places strong emphasis on practicality for solving design problems in courses such as engineering graphics, materials science, thermodynamics, electrical circuits, and machine design. Students gain valuable experience in mechanics of materials, heat and power, vibrations, and computer labs.

In the capstone design course, students use computers and case studies as they organize into teams to design various material handling, structural, and mechanical systems for an industrial plant addition.

Students complete a minor in mathematics through their required mathematics support courses.

### Academic Program Fee

$205 per semester or 3 payments of $68.33 (p. 19)

### *MECHANICAL CONCENTRATION*
### Recommended Course Sequence

#### FRESHMAN

| FALL | | | SPRING | | |
|---|---|---|---|---|---|
| BI 101 | New Testament Survey | 2 | BI 102 | New Testament Survey | 2 |
| CH 111 | General Chemistry I | 4 | EG 106 | Engineering Graphics | 2 |
| EG 103 | Engineering Orientation | 2 | EG 201 | Materials Science | 3 |
| EN 121 | English Grammar/Composition I | 3 | EN 126 | English Grammar/Composition II | 3 |
| MA 221 | Calculus I | 4 | MA 222 | Calculus II | 4 |
| | | | SP 101 | Fundamentals of Speech | 3 |
| | **Total Hours** | **15** | | **Total Hours** | **17** |

#### SOPHOMORE

| | | | | | |
|---|---|---|---|---|---|
| BI 201 | Old Testament Survey | 2 | BI 202 | Old Testament Survey | 2 |
| EG 205 | Statics | 3 | BI | Bible Elective | 2 |
| MA 321 | Calculus III | 4 | EG 206 | Mechanics of Materials | 3 |
| MA 326 | Statistics | 3 | EG 208 | Dynamics | 3 |
| PY 231 | General Physics I | 4 | MA 322 | Differential Equations | 3 |
| | | | PY 232 | General Physics II | 4 |
| | **Total Hours** | **16** | | **Total Hours** | **17** |

#### JUNIOR

| | | | | | |
|---|---|---|---|---|---|
| EG 241 | Numerical Methods for Engineering | 3 | CR 370 | Origins | 2 |
| EG 321 | Electrical Circuits | 4 | EG 322 | Electrical Systems | 2 |
| HI 101 | History of Civilization | 3 | ME 308 | Fluid Mechanics | 3 |
| ME 301 | Thermodynamics | 3 | ME 310 | Kinematic Design of Planar Mechanisms | 3 |
| ME 412 | Machine Design I | 3 | ME 407 | Heat Transfer | 3 |
| | | | ME 413 | Machine Design II | 3 |
| | **Total Hours** | **16** | | **Total Hours** | **16** |

#### SENIOR

| | | | | | |
|---|---|---|---|---|---|
| BI | Bible Elective | 2 | BI/BB | Bible or Bible Background Elective | 2 |
| EG 425 | Engineering Economics and Professional Issues | 3 | EN 210 | Introduction to Literature | 3 |
| ME 331 | Manufacturing Engineering | 3 | HI 102 | History of Civilization | 3 |
| ME 405 | Automatic Control Systems | 3 | ME 408 | Heat and Power Design Lab | 1 |
| ME 415 | Vibrations | 3 | ME 409 | Design of Thermal Systems | 3 |
| ME 422 | Circuits and Instrumentation Design Laboratory | 1 | ME 442 | Senior Mechanical Engineering Design | 3 |
| | **Total Hours** | **15** | | **Total Hours** | **15** |

Highlighted text indicates a change from the official version of the Catalog.

# HUMANITIES DEPARTMENT

*Division of*
*Arts and Sciences*



## UNDERGRADUATE DEGREES

*Bachelor of Arts*
  **English Major  142**
    Professional Writing Concentration  144

  **History Major  145**
    Political Science Concentration  147

  **Humanities Major  149**
    Pre-Law Emphasis  150

*Bachelor of Science*
  **Criminal Justice Major  152**
  **Interdisciplinary Studies Major  155**

*Associate of Science*
  **Criminal Justice Major  153**

*Minors*  178–181
  Criminal Justice, English, History,
  Political Science, Spanish, Writing

*Missions Broad Fields*  64–65
  Professional Writing, Teaching English

*Teaching Fields*  102–103, 110–111
  English, History, Spanish

**Mrs. Marie Thompson,** Chair

The **humanities department** provides a foundation of a biblical, liberal arts education in English, history, political science, and modern languages. Programs offered by this department equip students to pursue a variety of occupations in fields such as government, journalism, law, business, and education.

All students study the fundamentals of English grammar and composition as the foundation of all their written communication, both in college studies and for life.

Survey courses in classical British and American literature acquaint students with great literary masterpieces, show trends in literature from various philosophies, and lay a foundation for upper-level literature courses.

History presents how God has worked in the affairs of men and how man has conducted himself since the Creation. This fascinating story also shows how to judge events and movements. All students take History of Civilization as a broad survey of all recorded history. Students study individual countries and major historical topics such as the Reformation, U.S. Constitution, nineteenth-century Europe, and church history.

The **criminal justice major** focuses on preventing crime, preserving peace, and protecting civil rights as essential elements of stability in a democratic society to ensure justice, equity, and freedom for all.

The **humanities major** provides the student with a broad range of foundational courses in the liberal arts. The student may then organize elective courses according to his own personal goals, interests, and needs.

## ENGLISH MAJOR
### *Bachelor of Arts Degree*

**The purpose of the English major** is for students to glorify God as the Creator of language by displaying order, upholding standards, interpreting language scripturally, building discernment, and communicating effectively. Students majoring in English are prepared to enter the fields of law, writing, business, education, and many other fields.

**Learning Outcomes:** Graduates of the English program will be able to

- differentiate between the Christian-traditional view of language and the linguistic view of language;
- critique trends in the English language from a traditional-Christian perspective;
- analyze literature in light of the Bible, the meaning of the text, and the work's historical and biographical context;

### ENGLISH MAJOR cont.

- communicate effectively in academic prose and oral presentations; and
- demonstrate skill in writing descriptions, narratives, and poetry.

With a firm foundation in grammar, students confidently develop their writing abilities in multiple genres. A strong attention to detail, an appreciation for excellence, well-developed organizational skills, and a love for the artistry of language enable PCC's English students to succeed in any writing pursuit.

Literature classes, especially on the junior and senior levels, train students to develop a lasting appreciation for literature, to broaden communication skills, and to practice critical thinking as they study authors who have influenced culture throughout history.

To complete a Spanish minor, students must take ML 421 in addition to minor requirements (p. 181). Writing may not be claimed as a minor.

### Academic Program Fee

$10 per semester or 3 payments of $3.33 (p. 19)

## *ENGLISH MAJOR*
### Recommended Course Sequence

| FALL | | **FRESHMAN** | | SPRING |
|---|---|---|---|---|
| BI 101 | New Testament Survey . . . . . . . . . . 2 | | BI 102 | New Testament Survey . . . . . . . . . . 2 |
| EN 121 | English Grammar/Composition I . . . 3 | | CS/MA/SC | Computer Science/Mathematics/ Science Elective . . . . . . . . . . . . . 3 |
| HI 101 | History of Civilization . . . . . . . . . . 3 | | EN 126 | English Grammar/Composition II . . . 3 |
| MA | Mathematics Elective . . . . . . . . . . . 3 | | HI 102 | History of Civilization . . . . . . . . . . 3 |
| SP 101 | Fundamentals of Speech . . . . . . . . . 3 | | | Minor or Electives . . . . . . . . . . . . . 4 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . . 14 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 | |

| | | **SOPHOMORE** | | |
|---|---|---|---|---|
| BI 201 | Old Testament Survey . . . . . . . . . . . 2 | | BI 202 | Old Testament Survey . . . . . . . . . . . 2 |
| EN 210 | Introduction to Literature . . . . . . . . 3 | | EN 251 | British Literature . . . . . . . . . . . . . . . 3 |
| EN 360 | Advanced English Grammar and Composition . . . . . . . . . . . . 3 | | EN 301 | Creative Writing . . . . . . . . . . . . . . . 3 |
| SC | Science Elective . . . . . . . . . . . . . . . 3 | | EN 362 | History and Trends of the English Language . . . . . . . 3 |
| | Minor or Electives . . . . . . . . . . . . 5 | | HI 310 | History of England . . . . . . . . . . . . . 3 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 16 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 14 | |

| | | **JUNIOR** | | |
|---|---|---|---|---|
| BL/ML | Foreign Language Elective[1] . . . . . . . 3 | | BI | Bible Elective . . . . . . . . . . . . . . . . . 2 |
| CR 370 | Origins . . . . . . . . . . . . . . . . . . . . . . 2 | | BL/ML | Foreign Language Elective[1] . . . . . . . 3 |
| EN 252 | American Literature . . . . . . . . . . . . . 3 | | EN 315 | Shakespeare . . . . . . . . . . . . . . . . . . . 3 |
| EN 405 | Milton . . . . . . . . . . . . . . . . . . . . . . . 3 | | EN | English Electives[2] (300- or 400-level) . . 6 |
| EN | English Elective[2] (300- or 400-level) . . . 3 | | | Minor or Elective . . . . . . . . . . . . . . 2 |
| | Minor or Elective . . . . . . . . . . . . . 1 | | | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . 15 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 | |

[1] All hours of required foreign language need to be earned in the same language.
[2] English majors may take PW 301, PW 302, PW 325, PW 326, and PW 404 for English electives (with minimum grade of "C-").
Highlighted text indicates a change from the official version of the Catalog.

## ENGLISH MAJOR cont.

| FALL | | | SENIOR | | SPRING |
|---|---|---|---|---|---|
| BI | Bible Elective . . . . . . . . . . . . . . . . . 2 | | BI/BB | Bible or Bible Background Elective . . 2 | |
| BL/ML | Foreign Language Elective[1] . . . . . . . 3 | | BL/ML | Foreign Language Elective[1] . . . . . . . 3 | |
| EN 441 | Senior Literature Research Project . . 3 | | ED 430 | Instructional Methods . . . . . . . . . . . 2 | |
| EN | English Elective[2] (300- or 400-level) . 3 | | EN 423 | The Classics of Western Literature . . 3 | |
| | Social Science Elective[3] . . . . . . . . . . 3 | | EN | English Elective[2] (300- or 400-level) . . . 3 | |
| | | | | Minor or Elective . . . . . . . . . . . . . 3 | |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . **14** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . **16** | |

[1] All hours of required foreign language need to be earned in the same language.

[2] English majors may take PW 301, PW 302, PW 325, PW 326, and PW 404 for English electives
  (with minimum grade of "C-").

[3] Elective courses (p. 39)

Highlighted text indicates a change from the official version of the Catalog.

## PROFESSIONAL WRITING CONCENTRATION
### *Bachelor of Arts Degree,*
### *English Major*

**The purpose of the professional writing concentration** is for students to use the gift of written language to communicate ideas effectively, concisely, and creatively in order to best express truth.

**Learning Outcomes:** Graduates of the professional writing concentration will be able to

- demonstrate proficiency in writing poetry and prose according to traditional genres and techniques;
- compose poetry and prose that communicate a clear message in harmony with a biblical worldview;
- analyze literature as a model for quality writing in light of the Bible, the meaning of the text, and the work's historical and biographical context;
- market their writing;
- effectively edit the writing of others; and
- exhibit professional skills and behaviors necessary to compete in their chosen field of professional writing.

Vast amounts of information are transmitted through written words. The need has never been greater for dedicated Christians who can produce text for brochures, magazines, newsletters, and other materials. The professional writing concentration helps students develop and refine journalistic, advertising, technical, and creative writing skills, and grasp the fundamentals of layout and design.

English or writing may not be claimed as a minor since these courses are a part of the professional writing concentration.

### Writing Ability Evaluation
Sophomores must pass PW 299 to continue in this concentration.

### Academic Program Fee
$70 per semester or 3 payments of $23.33 (p. 19)

### *PROFESSIONAL WRITING CONCENTRATION*
### Recommended Course Sequence

| FALL | FRESHMAN | SPRING |
|---|---|---|

| | | |
|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 |
| BL/ML Foreign Language Elective* . . . . . . . 3 | | BL/ML Foreign Language Elective* . . . . . . . 3 |
| CS 101 Intro. to Computer Applications. . . . 1 | | EN 126 English Grammar/Composition II . . . 3 |
| EN 121 English Grammar/Composition I. . . . 3 | | HI 102 History of Civilization . . . . . . . . . . . 3 |
| HI 101 History of Civilization . . . . . . . . . . . 3 | | MA Mathematics Elective . . . . . . . . . . . . 3 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | | |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . . 15 | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 14 |

**SOPHOMORE**

| | |
|---|---|
| AR 120 Digital Typography. . . . . . . . . . . . . . 3 | AR 218 Photography I . . . . . . . . . . . . . . . . . 3 |
| BI 201 Old Testament Survey. . . . . . . . . . . . 2 | AR 220 Digital Graphics . . . . . . . . . . . . . . . 3 |
| EN 210 Introduction to Literature. . . . . . . . 3 | BA 220 Business English . . . . . . . . . . . . . . . 3 |
| EN 301 Creative Writing . . . . . . . . . . . . . . . 3 | BI 202 Old Testament Survey. . . . . . . . . . . . 2 |
| EN 360 Advanced English Grammar | EN 251 British Literature . . . . . . . . . . . . . . . 3 |
| and Composition. . . . . . . . . . . . 3 | PW 299 Sophomore Writing Ability |
| | Evaluation . . . . . . . . . . . . . . 0 |
| | Minor or Elective . . . . . . . . . . . . . . 2 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . . 14 | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 |

**JUNIOR**

| | |
|---|---|
| CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . 2 | BI Bible Elective . . . . . . . . . . . . . . . . . . 2 |
| EN 401 Advanced Creative Writing . . . . . . . 3 | EN Literature Elective (300- or 400-level). 3 |
| EN Literature Elective (300- or 400-level) .3 | PW 301 Copywriting . . . . . . . . . . . . . . . . . . 3 |
| PW 302 Copy Editing . . . . . . . . . . . . . . . . . 3 | PW 305 Technical Writing . . . . . . . . . . . . . . 3 |
| PW 325 Journalism I . . . . . . . . . . . . . . . . . . 3 | PW 326 Journalism II . . . . . . . . . . . . . . . . . 3 |
| Minor or Elective . . . . . . . . . . . . . . 2 | |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . . 16 | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 14 |

**SENIOR**

| | |
|---|---|
| BI Bible Elective . . . . . . . . . . . . . . . . . . 2 | BI/BB Bible or Bible Background Elective . . 2 |
| PR 306 Interpersonal Relationships. . . . . . . . 3 | EN 362 History and Trends of the English |
| PW 406 Creative Nonfiction . . . . . . . . . . . . . 3 | Language . . . . . . . . . . . . . . . . . . 3 |
| PW 421 Professional Writing Portfolio | PW 404 Advanced Copy Editing . . . . . . . . . . 3 |
| Exhibit. . . . . . . . . . . . . . . . . . . 3 | PW 408 Writing for Publication . . . . . . . . . . 3 |
| SC Science Elective . . . . . . . . . . . . . . . 3 | PW 422 Professional Writing Internship . . . . . 2 |
| Minor or Elective . . . . . . . . . . . . . . 2 | Minor or Elective . . . . . . . . . . . . . . 2 |
| **Total Hours**. . . . . . . . . . . . . . . . . . . . . . 16 | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

*All hours of required foreign language need to be earned in the same language.

## HISTORY MAJOR

### *Bachelor of Arts Degree*

**The purpose of the history major** is to offer a traditional liberal arts education that is characterized by a dedication to biblical truth, wisdom, and excellence with the purpose of equipping students with the record of God's actions in the affairs of men and man's response to the providential works of God. History majors are prepared to enter the fields of law, politics, journalism, education, religion, and social sciences.

### HISTORY MAJOR cont.

**Learning Outcomes:** Graduates of the history program will be able to

- apply a Christian perspective to the study of history;
- organize major historical periods, ideas, people, and events;
- evaluate historical knowledge and interpretations in terms of their origins and causal factors as well as their implications;
- demonstrate the connections between the past and the present;
- compose clear arguments in written and oral forms;
- perform independent historical research with primary and secondary sources as appropriate; and
- differentiate the establishment of the United States from that of other countries in terms of its founders, founding documents, and founding principles.

The **history major** teaches students to judge data and summarize information that is vital to many professions. Students gain practical insight by studying the social, economic, and governmental threads throughout history and comparing and contrasting them with civilization today. Studying key historical figures and events equips students with the knowledge to solve present conflicts and problems. History majors have entered fields of law, politics, journalism, education, management, religion, and social sciences.

To complete a Spanish minor, students must take ML 421 in addition to minor requirements (p. 181).

### Academic Program Fee
$10 per semester or 3 payments of $3.33 (p. 19)

### *HISTORY MAJOR*
### Recommended Course Sequence

#### FRESHMAN

| FALL | | | SPRING | |
|------|------|---|--------|---|
| BI 101 | New Testament Survey | 2 | BI 102 | New Testament Survey | 2 |
| EN 121 | English Grammar/Composition I | 3 | CS/MA/SC | Computer Science/Mathematics/Science Elective | 3 |
| HI 101 | History of Civilization | 3 | EN 126 | English Grammar/Composition II | 3 |
| MA | Mathematics Elective | 3 | HI 102 | History of Civilization | 3 |
| SP 101 | Fundamentals of Speech | 3 | | Minor or Electives | 4 |
| | **Total Hours** | **14** | | **Total Hours** | **15** |

#### SOPHOMORE

| | | | | | |
|------|------|---|--------|---|---|
| BI 201 | Old Testament Survey | 2 | BI 202 | Old Testament Survey | 2 |
| HI 201 | United States History | 3 | EN 210 | Introduction to Literature | 3 |
| HI 211 | World Geography | 3 | HI 200 | Introduction to Historical Studies | 3 |
| PL 207 | Political Science | 3 | HI 202 | United States History | 3 |
| SC | Science Elective | 3 | HI | History Elective (300- or 400-level) | 3 |
| | Minor or Elective | 2 | | | |
| | **Total Hours** | **16** | | **Total Hours** | **14** |

Highlighted text indicates a change from the official version of the Catalog.

**HISTORY MAJOR cont.**

| FALL | | JUNIOR | | SPRING |
|------|------|------|------|------|
| BB 411 | Church History I . . . . . . . . . . . . . . 2 | | BB 412 | Church History II . . . . . . . . . . . . . 2 |
| BI | Bible Elective . . . . . . . . . . . . . . . . . 2 | | BL/ML | Foreign Language Elective* . . . . . . . 3 |
| BL/ML | Foreign Language Elective* . . . . . . . 3 | | CR 370 | Origins . . . . . . . . . . . . . . . . . . . . . . . 2 |
| HI 310 | History of England . . . . . . . . . . . . . 3 | | HI | History Electives (300- or 400-level) . . 6 |
| HI | History Elective (300- or 400-level) . . . 3 | | | Minor or Elective . . . . . . . . . . . . . . 2 |
| | Minor or Elective . . . . . . . . . . . . . 3 | | | |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

| | | SENIOR | | |
|------|------|------|------|------|
| BA 300 | Principles of Free-Market Economics. . 3 | | BI | Bible Elective . . . . . . . . . . . . . . . . . 2 |
| BI | Bible Elective . . . . . . . . . . . . . . . . . 2 | | BL/ML | Foreign Language Elective* . . . . . . . 3 |
| BL/ML | Foreign Language Elective* . . . . . . . 3 | | ED 430 | Instructional Methods . . . . . . . . . . . 2 |
| HI 441 | Senior History Research Project . . . . 3 | | HI | History Elective (300- or 400-level) . . . 3 |
| PL 304 | American Government . . . . . . . . . . . 3 | | | Minor or Electives . . . . . . . . . . . . . 6 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

*All hours of required foreign language need to be earned in the same language.
Highlighted text indicates a change from the official version of the Catalog.

## POLITICAL SCIENCE CONCENTRATION
### *Bachelor of Arts Degree,*
### *History Major*

**The purpose of the political science concentration** is to train men and women to influence the world with their understanding of government from a Christian worldview.

**Learning Outcomes:** Graduates of the political science concentration will be able to

- apply principles of a Christian worldview to modern political events;
- evaluate contemporary political events using American founding principles;
- compare nation-states to the United States federal republic;
- evaluate the foundational concepts and theories used in political science, applying scriptural principles as appropriate; and
- write informative and persuasive prose in multiple formats used in political science.

This concentration gives students opportunity to study the institution of government and its role in society. At PCC, government is presented as a God-ordained institution for the establishment and maintenance of law and order. The United States constitutional system with its hallmark of limited government is presented as the model of free states for the modern world.

## POLITICAL SCIENCE CONCENTRATION cont.

Political science concentration courses focus on political topics such as America's founding, public administration, and political theory, all from a Christian perspective that is ethical and traditional in orientation. Courses such as Public Speaking and Debate develop these skills. Political science graduates have pursued careers in politics, law, journalism, and education.

To complete a Spanish minor, students must take ML 421 in addition to minor requirements (p. 181). History cannot be claimed as a minor.

### Academic Program Fee
$10 per semester or 3 payments of $3.33 (p. 19)

### *POLITICAL SCIENCE CONCENTRATION*
**Recommended Course Sequence**

| FALL | FRESHMAN | | SPRING |
|---|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 | |
| EN 121 English Grammar/Composition I . . . 3 | | EN 126 English Grammar/Composition II. . . 3 | |
| HI 101 History of Civilization . . . . . . . . . . 3 | | HI 102 History of Civilization . . . . . . . . . . 3 | |
| MA 125 Mathematics for Liberal Arts. . . . . . 3 | | PL 207 Political Science . . . . . . . . . . . . . . . . 3 | |
| PL 101 Founding of American Government . . 3 | | SP 101 Fundamentals of Speech . . . . . . . . . 3 | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** | |

| SOPHOMORE | | | |
|---|---|---|---|
| BI 201 Old Testament Survey. . . . . . . . . . . 2 | | BA 201 Business Law . . . . . . . . . . . . . . . . . 3 | |
| BL/ML Foreign Language Elective*. . . . . . . 3 | | BI 202 Old Testament Survey. . . . . . . . . . . 2 | |
| EN 360 Advanced English Grammar | | BL/ML Foreign Language Elective*. . . . . . . 3 | |
| and Composition . . . . . . . . . . . . . 3 | | HI 202 United States History . . . . . . . . . . . 3 | |
| HI 201 United States History . . . . . . . . . . . 3 | | PL Political Science Elective . . . . . . . . . . 3 | |
| PL 304 American Government . . . . . . . . . . 3 | | | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **14** | |

| JUNIOR | | | |
|---|---|---|---|
| BI Bible Elective . . . . . . . . . . . . . . . . 2 | | BL/ML Foreign Language Elective*. . . . . . . 3 | |
| BL/ML Foreign Language Elective*. . . . . . . 3 | | CR 370 Origins. . . . . . . . . . . . . . . . . . . . . . 2 | |
| PL Political Science Electives . . . . . . . . . 6 | | PL 402 Political Theory . . . . . . . . . . . . . . . 3 | |
| SP 250 Public Speaking . . . . . . . . . . . . . . . 3 | | PL Political Science Elective . . . . . . . . . . 3 | |
| Minor or Elective . . . . . . . . . . . . . 2 | | SP 312 Debate . . . . . . . . . . . . . . . . . . . . . . . 3 | |
| | | Minor or Elective . . . . . . . . . . . . . 2 | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** | |

| SENIOR | | | |
|---|---|---|---|
| BA 313 Public Relations . . . . . . . . . . . . . . . 3 | | BA 300 Principles of Free-Market Economics. . 3 | |
| BI/BB Bible or Bible Background Elective . . 2 | | BI 414 Revelation . . . . . . . . . . . . . . . . . . . . 2 | |
| PL 407 Political Science Research . . . . . . . . 3 | | CS/MA/SC Computer Science/Mathematics/ | |
| PL Political Science Elective . . . . . . . . . . 3 | | Science Elective . . . . . . . . . . . . . 3 | |
| SC Science Elective . . . . . . . . . . . . . . . 3 | | EN 210 Introduction to Literature. . . . . . . . 3 | |
| Minor or Elective . . . . . . . . . . . . . 2 | | Minor or Electives . . . . . . . . . . . . 5 | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | | **Total Hours**. . . . . . . . . . . . . . . . . . . . . **16** | |

*All hours of required foreign language need to be earned in the same language.

## HUMANITIES MAJOR
### *Bachelor of Arts Degree*

**The purpose of the humanities major** is to give students a broad education in the arts and sciences to equip them with the knowledge and skills for a variety of opportunities and to prepare them to serve the Lord more fully.

**Learning Outcomes:** Graduates of the humanities program will be able to

- analyze information from a variety of disciplines using a Christian worldview and
- demonstrate effective writing skills in a variety of disciplines.

Humanities is a degree without a major concentration. PCC offers this program for the student who is planning to specialize later in graduate studies or a professional program or who now simply seeks exposure to a general education in various fields of arts and letters. A student who has not yet decided his area of specialization may feel more comfortable in this program than in an arbitrarily selected one.

To complete a Spanish minor, students must take ML 421 in addition to minor requirements (p. 181). Students may not declare Bible or English as a minor.

### Academic Program Fee
$25 per semester or 3 payments of $8.33 (p. 19)

### *HUMANITIES MAJOR*
### Recommended Course Sequence

| FALL | | FRESHMAN | | SPRING | |
|---|---|---|---|---|---|
| BI 101 | New Testament Survey . . . . . . . . . . 2 | | BI 102 | New Testament Survey . . . . . . . . . . 2 |
| EN 121 | English Grammar/Composition I . . . 3 | | EN 126 | English Grammar/Composition II. . . 3 |
| HI 101 | History of Civilization . . . . . . . . . . 3 | | HI 102 | History of Civilization . . . . . . . . . . 3 |
| MA | Mathematics Elective . . . . . . . . . . . 3 | | MA | Mathematics Elective . . . . . . . . . . . 3 |
| | Minor or Elective . . . . . . . . . . . . . . 3 | | SP 101 | Fundamentals of Speech . . . . . . . . . 3 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 14 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 14 |

| | | SOPHOMORE | | | |
|---|---|---|---|---|---|
| BI 201 | Old Testament Survey. . . . . . . . . . . 2 | | BI 202 | Old Testament Survey. . . . . . . . . . . 2 |
| BL/ML | Foreign Language Elective*. . . . . . . 3 | | BL/ML | Foreign Language Elective*. . . . . . . 3 |
| BY/CH/PY | Biology/Chem./Physics Elective . . 4 | | BY/CH/PY | Biology/Chem./Physics Elective . . 4 |
| EN 210 | Introduction to Literature. . . . . . . . 3 | | EN 251 | British Literature . . . . . . . . . . . . . . 3 |
| HI 201 | United States History . . . . . . . . . . . 3 | | MU 213 | Appreciation of Fine Arts . . . . . . . . 3 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

| | | JUNIOR | | | |
|---|---|---|---|---|---|
| BA 300 | Principles of Free-Market Economics . . 3 | | BI | Bible Elective . . . . . . . . . . . . . . . . . 2 |
| BL/ML | Foreign Language Elective*. . . . . . . 3 | | BL/ML | Foreign Language Elective*. . . . . . . 3 |
| CR 370 | Origins . . . . . . . . . . . . . . . . . . . . . . . 2 | | EN 315 | Shakespeare . . . . . . . . . . . . . . . . . . . 3 |
| EN 252 | American Literature . . . . . . . . . . . . 3 | | HI 410 | Europe in the 19th Century . . . . . . . 3 |
| EN 360 | Advanced English Grammar | | PL 304 | American Government . . . . . . . . . . . 3 |
| | and Composition . . . . . . . . . . . . . 3 | | | Minor or Elective . . . . . . . . . . . . . . 2 |
| SP 201 | Voice and Diction . . . . . . . . . . . . . . 2 | | | |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 |

*All hours of required foreign language need to be earned in the same language.

## HUMANITIES MAJOR cont.

| FALL | | SENIOR | | SPRING |
|---|---|---|---|---|
| BB 411 | Church History I . . . . . . . . . . . . . . . 2 | | BI/BB | Bible or Bible Background Elective . . 2 |
| BI | Bible Elective . . . . . . . . . . . . . . . . . 2 | | EN 423 | The Classics of Western Literature . . 3 |
| EN 301 | Creative Writing . . . . . . . . . . . . . . . 3 | | PR 411 | Worldview and Ethics . . . . . . . . . . . 3 |
| EN 431 | Senior Humanities Research Project. . 3 | | | Minor or Electives . . . . . . . . . . . . . . 6 |
| | Minor or Electives . . . . . . . . . . . . 6 | | | |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 14 |

---

### PRE-LAW EMPHASIS

*Bachelor of Arts Degree,*
*Humanities Major*

**The purpose of the pre-law program** is to give students a broad-based education which will equip them to be successful in law school and in a career in law.

**Learning Outcomes:** Graduates of the pre-law emphasis will be able to

- analyze information from a variety of disciplines using a Christian world-view,
- compose clear arguments in written and oral forms, and
- employ skills necessary to enter law school.

Law schools look favorably on a broad spectrum of liberal arts study, a high cumulative grade point average, and an excellent Law School Admission Test score. To prepare students for law school, this academically demanding pre-professional emphasis provides training in clear and systematic thinking and develops excellence in students' written and oral expression. Introductory law courses guide students as they plan to pursue a career in law, and courses in American government and political science complement knowledge of United States and world history. Accounting and economics broaden the students' background. Political science, criminal justice, and Bible courses lead to a good understanding of society and personal relationships. Pre-law students should be scholars whose intellectual curiosity stimulates them to continue learning throughout their lives.



Students may not declare history, political science, or English as a minor.

### Academic Program Fee
$10 per semester or 3 payments of $3.33 (p. 19)

## *PRE-LAW EMPHASIS*
## Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|------|--------------|--------|

| | | | |
|---|---|---|---|
| BI 101 | New Testament Survey . . . . . . . . . . 2 | BI 102 | New Testament Survey . . . . . . . . . . 2 |
| EN 121 | English Grammar/Composition I . . . 3 | CJ 108 | Criminal Law . . . . . . . . . . . . . . . . . 3 |
| HI 101 | History of Civilization . . . . . . . . . . . 3 | CS/MA/SC | Computer Science/Mathematics/ |
| MA | Mathematics Elective . . . . . . . . . . . 3 | | Science Elective . . . . . . . . . . . . . 3 |
| SP 101 | Fundamentals of Speech . . . . . . . . . 3 | EN 126 | English Grammar/Composition II. . . 3 |
| | | HI 102 | History of Civilization . . . . . . . . . . . 3 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . **14** |

| | **SOPHOMORE** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| AC 231 | Principles of Accounting I. . . . . . . . 3 | AC 232 | Principles of Accounting II . . . . . . . 3 |
| BI 201 | Old Testament Survey. . . . . . . . . . . 2 | BA 201 | Business Law . . . . . . . . . . . . . . . . . 3 |
| BL/ML | Foreign Language Elective[1] . . . . . . . 3 | BI 202 | Old Testament Survey. . . . . . . . . . . 2 |
| EN 210 | Introduction to Literature . . . . . . . 3 | BL/ML | Foreign Language Elective[1]. . . . . . . 3 |
| HI 201 | United States History . . . . . . . . . . . 3 | HI 202 | United States History . . . . . . . . . . . 3 |
| PL 207 | Political Science . . . . . . . . . . . . . . . 3 | SP 201 | Voice and Diction . . . . . . . . . . . . . . 2 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . **17** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . **16** |

| | **JUNIOR** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BA 300 | Principles of Free-Market Economics. . 3 | BI | Bible Elective . . . . . . . . . . . . . . . . . 2 |
| CR 370 | Origins. . . . . . . . . . . . . . . . . . . . . . . 2 | CJ 212 | Criminal Procedure **or** |
| HI 399 | Pre-Law Seminar . . . . . . . . . . . . . . 1 | CJ 306 | Criminal Justice Research . . . . . . . . 3 |
| PR 306 | Interpersonal Relationships . . . . . . 3 | CJ 310 | Rules of Evidence . . . . . . . . . . . . . . 2 |
| SP 250 | Public Speaking . . . . . . . . . . . . . . . 3 | EN 251 | British Literature . . . . . . . . . . . . . . 3 |
| | Minor or Elective[2] . . . . . . . . . . . . . . . 3 | EN 360 | Advanced English Grammar and |
| | | | Composition . . . . . . . . . . . . . . . 3 |
| | | SP 312 | Debate . . . . . . . . . . . . . . . . . . . . . . 3 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . **15** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . **16** |

| | **SENIOR** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| BI | Bible Elective . . . . . . . . . . . . . . . . . 2 | BA 442 | Advanced Business Law **or** |
| EN 301 | Creative Writing . . . . . . . . . . . . . . . 3 | PL 425 | Public Administration **or** |
| EN 418 | World Drama **or** | PR 411 | Worldview and Ethics . . . . . . . . . . . 3 |
| EN 423 | The Classics of Western Literature . . 3 | BI/BB | Bible or Bible Background Elective . . 2 |
| HI 411 | World History since 1900 . . . . . . . . 3 | HI 412 | World History since 1900 . . . . . . . . 3 |
| PL 304 | American Government . . . . . . . . . . . 3 | PL 303 | State and Local Government. . . . . . . 3 |
| | | SC | Science Elective . . . . . . . . . . . . . . . 3 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . **14** |

---

[1]All hours of required foreign language need to be earned in the same language.

[2]Students desiring to attend law school should consider taking HI 351.

# CRIMINAL JUSTICE MAJOR

### *Bachelor of Science Degree*

**The purpose of the criminal justice major** is to prepare students with practical skills and leadership training from a biblical perspective that will allow them to become faithful and effective guarantors of the requisites for freedom and stability (e.g., crime prevention, the preservation of peace, and the safeguarding of civil rights) which ensure justice, equity, and liberty in a free society.

**Learning Outcomes:** Graduates of the criminal justice program will be able to

- formulate a rationale to support ethical and moral choices based on a biblical worldview,
- articulate the role of the criminal justice professional in the God-ordained institution of government,
- demonstrate college-level knowledge relevant to the various areas of the criminal justice system,
- communicate effectively in written and oral presentations, and
- relate knowledge to practical experience in various areas of the criminal justice system.

The **criminal justice major** involves study of the interrelationship among agencies of criminal justice, offenders, and victims. Courses include theories and facts about the nature and cause of delinquency and crime; analysis of operations of juvenile and criminal justice systems; the legal, philosophical, and moral foundations of justice systems; and the planning and management of courts, correctional systems, juvenile facilities, and law enforcement operations. Liberal arts courses provide a solid background that enhances the résumé of a student as he makes application for a position in either public or private agencies involved in the administration of justice. Criminal justice may not be claimed as a minor.

### Practicums

Criminal justice majors must take two practicums as part of their major requirements following completion of their sophomore year. Criminal justice practicums provide opportunities to combine theory and practice in a realistic setting and to make more judicious career decisions. A student may not repeat a criminal justice practicum course more than once. Since there are limited local facilities available to criminal justice majors, students are urged to take these practicums elsewhere. Pensacola Christian College is not responsible for any liability or medical expenses resulting from any sickness, accident, or injury while participating in the criminal justice practicums.

### Academic Program Fee

$20 per semester or 3 payments of $6.67 (p. 19)

### *CRIMINAL JUSTICE MAJOR*
### Recommended Course Sequence

| FALL | | **FRESHMAN** | SPRING |
|------|--|-------------|--------|

| FALL | | | | SPRING | | |
|------|--|---|---|----|--|---|
| BI | 101 | New Testament Survey . . . . . . . . . . 2 | BI | 102 | New Testament Survey . . . . . . . . . . 2 |
| CJ | 101 | Introduction and Orientation to Criminal Justice . . . . . . . . . . . . . 3 | CJ | 105 | Theory of Patrol . . . . . . . . . . . . . . . 3 |
| CJ | 104 | Organization and Management of Criminal Justice . . . . . . . . . . . . . 3 | CJ | 106 | Basic Criminal Investigation . . . . . . . 3 |
| CS | 101 | Introduction to Computer Applications . . . . . . . . . . . . . . . . 1 | CJ | 108 | Criminal Law . . . . . . . . . . . . . . . . . 3 |
| EN | 121 | English Grammar/Composition I . . . . 3 | CJ | 145 | Traffic Control Practicum   . . . . . . . . 1 |
| MA | | Mathematics Elective . . . . . . . . . . . 3 | EN | 126 | English Grammar/Composition II . . . 3 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

| | | **SOPHOMORE** | | | |
|--|--|---|---|---|---|
| BI | 201 | Old Testament Survey . . . . . . . . . . . 2 | BI | 202 | Old Testament Survey . . . . . . . . . . . 2 |
| CJ | 216 | Criminology . . . . . . . . . . . . . . . . . . 3 | CJ | 212 | Criminal Procedure . . . . . . . . . . . . . 3 |
| CJ | 217 | Corrections . . . . . . . . . . . . . . . . . . . 3 | CJ | 213 | Juvenile Delinquency . . . . . . . . . . . . 3 |
| HI | 101 | History of Civilization . . . . . . . . . . 3 | EN | 210 | Introduction to Literature . . . . . . . . . 3 |
| PE | 160/170 | Swimming/Physical Fitness . . . . 1 | SP | 101 | Fundamentals of Speech . . . . . . . . . . 3 |
| SC | | Science Elective . . . . . . . . . . . . . . . 3 | | | |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 14 |

| | | **JUNIOR** | | | |
|--|--|---|---|---|---|
| BI | | Bible Elective . . . . . . . . . . . . . . . . . 2 | CJ | 302 | Parole and Probation . . . . . . . . . . . . 3 |
| CJ | 201 | Dynamics of Human Behavior . . . . . 3 | CJ | 306 | Criminal Justice Research . . . . . . . . . 3 |
| CJ | 301 | Community Relations . . . . . . . . . . . 3 | CJ | | Criminal Justice Elective . . . . . . . . . 3 |
| CJ | 311 | Security . . . . . . . . . . . . . . . . . . . . . 3 | CR | 370 | Origins . . . . . . . . . . . . . . . . . . . . . . 2 |
| PL | 304 | American Government . . . . . . . . . . . 3 | PE | 225 | First Aid . . . . . . . . . . . . . . . . . . . . . 2 |
| | | Minor or Elective . . . . . . . . . . . . . . 2 | | | Minor or Elective . . . . . . . . . . . . . . 2 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

| | | **SENIOR** | | | |
|--|--|---|---|---|---|
| BI | | Bible Elective . . . . . . . . . . . . . . . . . 2 | BI/BB | | Bible or Bible Background Elective . . . 2 |
| CJ | 444 | Criminal Justice Practicum* . . . . . . . 1 | CJ | 310 | Rules of Evidence . . . . . . . . . . . . . . . 2 |
| CJ | | Criminal Justice Elective . . . . . . . . . 3 | CJ | 404 | Victims in Criminal Justice . . . . . . . . 3 |
| CS/MA/SC | | Computer Science/Mathematics/ Science Elective . . . . . . . . . . . . . 3 | CJ | 445 | Criminal Justice Practicum* . . . . . . . 1 |
| PR | 415 | Marriage and Family Education . . . . 3 | CJ | 448 | Senior Criminal Justice Seminar . . . . 1 |
| | | Minor or Elective . . . . . . . . . . . . . . 3 | HI | 102 | History of Civilization . . . . . . . . . . . 3 |
| | | | | | Minor or Elective . . . . . . . . . . . . . . 3 |
| | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 | | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

---

*See p. 18 for additional cost. Students taking these practicums may have a complete background and criminal record check run by the appropriate law enforcement agency.

---
## CRIMINAL JUSTICE MAJOR
### *Associate of Science Degree*

**The purpose of the two-year criminal justice major** is to prepare students with practical skills and training from a biblical perspective for entry-level employment in law enforcement.

### CRIMINAL JUSTICE MAJOR (A.S.) cont.

**Learning Outcomes:** Graduates of the criminal justice program will be able to

- formulate a rationale to support ethical and moral choices based on a biblical worldview,
- articulate the role of the criminal justice professional in the God-ordained institution of government,
- demonstrate foundational college-level knowledge relevant to the various areas of the criminal justice system, and
- communicate effectively in written presentations.

Students are introduced to the components of the criminal justice system and study topics such as criminal investigations, theory and practice of handling convicted criminals, and the role of law enforcement in American society. When requirements are successfully completed, the student is awarded an associate of science degree. Academic requirements completed in this program also apply to the bachelor of science degree should a student desire to continue after two years. Because of the standard course rotation, the program should be started in the fall semester.

Because a baccalaureate degree in criminal justice can lead to higher entry-level and possible management positions, students are encouraged to complete the Bachelor of Science degree in Criminal Justice.

### Academic Program Fee
$15 per semester or 3 payments of $5 (p. 19)

### *CRIMINAL JUSTICE MAJOR*
**Recommended Course Sequence**

#### FIRST YEAR

FALL

| | | |
|---|---|---|
| BI 101 | New Testament Survey | 2 |
| CJ 101 | Introduction and Orientation to Criminal Justice | 3 |
| CJ 104 | Organization and Management of Criminal Justice | 3 |
| EN 121 | English Grammar/Composition I | 3 |
| MA | Mathematics Elective | 3 |
| PE 160/170 | Swimming/Physical Fitness | 1 |
| | **Total Hours** | **15** |

SPRING

| | | |
|---|---|---|
| BI 102 | New Testament Survey | 2 |
| CJ 105 | Theory of Patrol | 3 |
| CJ 106 | Basic Criminal Investigation | 3 |
| CJ 108 | Criminal Law | 3 |
| CJ 145 | Traffic Control Practicum | 1 |
| EN 126 | English Grammar/Composition II | 3 |
| | **Total Hours** | **15** |

#### SECOND YEAR

| | | |
|---|---|---|
| BI 201 | Old Testament Survey | 2 |
| CJ 216 | Criminology | 3 |
| CJ 217 | Corrections | 3 |
| CJ 311 | Security | 3 |
| PE 225 | First Aid | 2 |
| | Elective | 3 |
| | **Total Hours** | **16** |

| | | |
|---|---|---|
| BI 202 | Old Testament Survey | 2 |
| CJ 212 | Criminal Procedure | 3 |
| CJ 213 | Juvenile Delinquency | 3 |
| PL 304 | American Government | 3 |
| SP 101 | Fundamentals of Speech | 3 |
| | **Total Hours** | **14** |

# INTERDISCIPLINARY STUDIES MAJOR

### *Bachelor of Science Degree*

**The purpose of the interdisciplinary studies major** is to give students a broad education to equip them with the knowledge and skills for a variety of opportunities.

**Learning Outcomes:** Graduates of the interdisciplinary studies program will be able to

- analyze information from a variety of disciplines using a Christian worldview and
- demonstrate effective writing skills in a variety of disciplines.

The interdisciplinary studies major allows students to create a personalized plan of study choosing courses from two or three different departments based on personal goals and interests. Students should not choose the interdisciplinary studies major if desiring to pursue a career that requires certification or licensure.

### Cognate Requirements

Students in the interdisciplinary studies major must complete 45 cognate credits from 2 or 3 different academic departments (p. 42); each cognate requires a minimum of 15 credits. Cognates must be approved by the Registrar.

### Academic Program Fee

$25 per semester or 3 payments of $8.33 (p. 19)

### *INTERDISCIPLINARY STUDIES MAJOR*
### Recommended Course Sequence

**FRESHMAN**

| FALL | | | SPRING | | |
|------|---|---|--------|---|---|
| BI 101 | New Testament Survey | 2 | BI 102 | New Testament Survey | 2 |
| EN 121 | English Grammar/Composition I | 3 | EN 126 | English Grammar/Composition II | 3 |
| HI 101 | History of Civilization | 3 | HI 102 | History of Civilization | 3 |
| MA | Mathematics Elective | 3 | SP 101 | Fundamentals of Speech | 3 |
| | Cognate or Elective | 3 | | Cognate or Elective | 3 |
| | **Total Hours** | **14** | | **Total Hours** | **14** |

**SOPHOMORE**

| | | | | | |
|------|---|---|--------|---|---|
| BI 201 | Old Testament Survey | 2 | BI 202 | Old Testament Survey | 2 |
| EN 210 | Introduction to Literature | 3 | CS/MA/SC | Computer Science/Mathematics/ | |
| | Cognate or Electives | 11 | | Science Elective | 3 |
| | | | | Cognate or Electives | 11 |
| | **Total Hours** | **16** | | **Total Hours** | **16** |

**JUNIOR**

| | | | | | |
|------|---|---|--------|---|---|
| CR 370 | Origins | 2 | BI | Bible Elective | 2 |
| SC | Science Elective | 3 | | Social Science Elective* | 3 |
| | Cognate or Electives | 10 | | Cognate or Electives | 10 |
| | **Total Hours** | **15** | | **Total Hours** | **15** |

**SENIOR**

| | | | | | |
|------|---|---|--------|---|---|
| BI | Bible Elective | 2 | BI/BB | Bible or Bible Background | |
| EN 430 | Writing for the Disciplines | 3 | | Elective | 2 |
| | Cognate or Electives | 10 | | Cognate or Electives | 13 |
| | **Total Hours** | **15** | | **Total Hours** | **15** |

*Elective courses (p. 39)

# NATURAL SCIENCES DEPARTMENT

*Division of*
**Arts and Sciences**



## UNDERGRADUATE DEGREES

***Bachelor of Science***

**Mathematics Major  157**

**Natural Sciences Major  159**
  Concentrations:
    Biology  160
    Cell and Molecular Biology  161
    Chemistry  163
  Emphases:
    Pre-Medicine  165
    Pre-Pharmacy  167
    Pre-Physical Therapy  169

***Minors***  178–179
  Biology, Chemistry,
  Mathematics

***Teaching Fields***  101, 105, 108, 111
  Biology, Mathematics,
  Science

**Dr. Shane Smith,** Chair

The **natural sciences department** teaches students the order and complexity of God's creation as revealed in mathematics and the natural sciences of biology, chemistry, and physics. The professional preparation programs of pre-medicine, pre-pharmacy, and pre-physical therapy provide a broad background in science along with a foundation in liberal arts to prepare students for further study. Strong theoretical foundations are combined with practical applications, preparing the student for future opportunities.

The laws of mathematics and skill in solving mathematical problems are crucial to many fields and beneficial to all. Therefore, every student takes college algebra (or higher) as a general graduation requirement.

## MATHEMATICS MAJOR
### *Bachelor of Science Degree*

**The purpose of the mathematics major** is to provide students with the opportunity to develop their analytical thinking, quantitative reasoning, problem solving, and communication skills that will prepare them to succeed in either graduate school or in a variety of careers in business, industry, government, or teaching. Concurrently, the mathematics major will help students recognize mathematics as the language God used in establishing the physical laws of the universe.

**Learning Outcomes:** Graduates of the mathematics program will be able to

- apply established methods of problem solving in the major areas of undergraduate mathematics,
- apply abstract reasoning to mathematical systems,
- explain key concepts in the major areas of undergraduate mathematics, and
- communicate the nature of mathematics as the language of science and as a means of representing the natural laws that God established in Creation.

No subject better reflects the glory of God than mathematics does. To study mathematics is to study God's thoughts after Him, for He is the great Engineer and Architect of the universe. Man's task is to search out the scientific and mathematical laws of the universe and to use them for man's benefit and the glory of God.

## MATHEMATICS MAJOR cont.

The **mathematics major** prepares students to use mathematical ideas in solving problems ranging from everyday applications to more sophisticated applications in the physical sciences. Mathematics is the vehicle that allows a student to state and understand relationships among various laws of God's creation. With insight into these relationships and with manipulative skills, the student can better understand the powerful hand of God in His design of and care for the universe.

### Academic Program Fee
$60 per semester or 3 payments of $20 (p. 19)

### *MATHEMATICS MAJOR*
### Recommended Course Sequence

| FALL | FRESHMAN | SPRING |
|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 |
| CS 202 Introduction to Programming . . . . . 3 | | CS Programming Elective . . . . . . . . . . 3 |
| EN 121 English Grammar/Composition I . . . 3 | | EN 126 English Grammar/Composition II . . . 3 |
| MA 221 Calculus I . . . . . . . . . . . . . . . . . . . . . 4 | | MA 222 Calculus II . . . . . . . . . . . . . . . . . . . . 4 |
| SP 101 Fundamentals of Speech . . . . . . . . . 3 | | MA 224 Discrete Mathematics . . . . . . . . . . . 3 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . 15 | | **Total Hours** . . . . . . . . . . . . . . . . . . . . 15 |

| SOPHOMORE | | |
|---|---|---|
| BI 201 Old Testament Survey . . . . . . . . . . . 2 | | BI 202 Old Testament Survey . . . . . . . . . . . 2 |
| EN 210 Introduction to Literature . . . . . . . . 3 | | MA 299 Introduction to Research |
| MA 321 Calculus III . . . . . . . . . . . . . . . . . . 4 | | and Writing . . . . . . . . . . . . . . . . . 2 |
| PY 231 General Physics I . . . . . . . . . . . . . . 4 | | MA 322 Differential Equations . . . . . . . . . . . 3 |
| Minor or Elective . . . . . . . . . . . . . 3 | | MA 326 Statistics . . . . . . . . . . . . . . . . . . . . . 3 |
| | | PY 232 General Physics II . . . . . . . . . . . . . . 4 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . 16 | | **Total Hours** . . . . . . . . . . . . . . . . . . . . 14 |

| JUNIOR | | |
|---|---|---|
| BI Bible Elective . . . . . . . . . . . . . . . . . . 2 | | CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . . 2 |
| EG 241 Numerical Methods for | | HI 102 History of Civilization . . . . . . . . . . 3 |
| Engineering . . . . . . . . . . . . . . . . 3 | | MA 407 Applied Mathematics . . . . . . . . . . . 3 |
| HI 101 History of Civilization . . . . . . . . . . 3 | | MA 432 Advanced Calculus . . . . . . . . . . . . . 3 |
| MA 303 Linear Algebra . . . . . . . . . . . . . . . . 3 | | Minor or Electives . . . . . . . . . . . . 5 |
| MA 343 Mathematics of Complex Variables . . 3 | | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . 14 | | **Total Hours** . . . . . . . . . . . . . . . . . . . . 16 |

| SENIOR | | |
|---|---|---|
| BI Bible Elective . . . . . . . . . . . . . . . . . . 2 | | BI/BB Bible or Bible Background Elective . . . 2 |
| ED 430 Instructional Methods . . . . . . . . . . 2 | | MA 405 Geometry . . . . . . . . . . . . . . . . . . . . 3 |
| MA 400 History of Mathematics . . . . . . . . . 3 | | MA 442 Abstract Algebra II . . . . . . . . . . . . . 3 |
| MA 426 Mathematical Statistics . . . . . . . . . 3 | | MA 499 Mathematics Capstone Seminar . . . . . 2 |
| MA 441 Abstract Algebra I . . . . . . . . . . . . . 3 | | Social Science Elective* . . . . . . . . . . 3 |
| Minor or Elective . . . . . . . . . . . . . 2 | | Minor or Elective . . . . . . . . . . . . . 2 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . 15 | | **Total Hours** . . . . . . . . . . . . . . . . . . . . 15 |

*Elective courses (p. 39)

Highlighted text indicates a change from the official version of the Catalog.



---

## NATURAL SCIENCES MAJOR

### *Bachelor of Science Degree*

**The purpose of the natural sciences major** is to provide a strong background in science and to encompass a traditional, liberal arts education from a Christian perspective as well as to prepare students for admission to and successful completion of graduate studies in their chosen field.

**Learning Outcomes:** Graduates of the natural sciences program will be able to

- demonstrate their understanding of key concepts necessary to solve problems in science and mathematics or explain life processes,
- apply standard scientific conventions to present logical conclusions based on novel research data and the research of others,
- critique creationist and evolutionary interpretations of scientific data by applying scientific principles from the perspective of a supernatural creation of all things in six literal days approximately 6,000 years ago by the God of the Bible, and
- articulate ethical standards based on a biblical foundation.

*(Additional learning outcomes are listed for each concentration/emphasis.)*

## BIOLOGY CONCENTRATION

*Bachelor of Science Degree,*
*Natural Sciences Major*

**The purpose of the biology concentration** is for the student to learn to apply both scriptural and scientific methods toward understanding how living things function and how they depend upon each other for sustenance. The accomplishment of this dual goal encompasses biblical concepts about the relationships between God, man, and the physical universe. The scientific method is used to observe and explore the variety and design of God's creation.

**Additional Learning Outcome:** Graduates of the biology concentration will also be able to demonstrate skills in properly collecting and analyzing data obtained by using standard biology laboratory techniques and instrumentation.



The study of living things has fascinated mankind since Creation. From the beginning, man has been naming, studying, and using living things. In Gen. 1:28, "God said unto them, . . . have dominion over the fish of the sea, and over the fowl of the air, and over every living thing that moveth upon the earth." Biology enables one to observe the variety and design of life. Applying the scientific method in biological research, students begin to understand how living things function and how they depend upon each other for sustenance. They also learn what conditions interfere with normal life processes and how many of these conditions can be prevented, reduced, or even cured.

Students pursuing a biology concentration to prepare for medical school should consult their faculty advisors about recommended course sequence before their first registration for classes.

To complete a chemistry minor, students must choose a 4-hour CH elective (300- or 400-level course) in addition to minor requirements (p. 178).

### High School Preparation
Recommended high school preparation for a biology concentration is 2 units of algebra and 1 unit each of biology and chemistry. Opportunities are available to make up certain deficiencies. In this case, time required to complete a biology concentration could be expected to increase.

### Academic Program Fee
$155 per semester or 3 payments of $51.67 (p. 19)

### *BIOLOGY CONCENTRATION*
### Recommended Course Sequence

| FALL | | | **FRESHMAN** | SPRING | | |
|---|---|---|---|---|---|---|
| BI 101 | New Testament Survey | 2 | | BI 102 | New Testament Survey | 2 |
| BY 111 | General Biology I | 4 | | BY 112 | General Biology II | 4 |
| EN 121 | English Grammar/Composition I | 3 | | EN 126 | English Grammar/Composition II | 3 |
| MA 130 | College Algebra II | 3 | | HI 101 | History of Civilization | 3 |
| SP 101 | Fundamentals of Speech | 3 | | MA 131 | College Trigonometry | 3 |
| | **Total Hours** | 15 | | | **Total Hours** | 15 |

| | | | **SOPHOMORE** | | | |
|---|---|---|---|---|---|---|
| BI 201 | Old Testament Survey | 2 | | BI 202 | Old Testament Survey | 2 |
| BY 221 | Zoology | 4 | | BY 222 | Botany | 4 |
| CH 111 | General Chemistry I | 4 | | CH 112 | General Chemistry II | 4 |
| EN 210 | Introduction to Literature | 3 | | HI 102 | History of Civilization | 3 |
| | Minor or Elective | 2 | | SC 299 | Research Methods | 2 |
| | **Total Hours** | 15 | | | **Total Hours** | 15 |

| | | | **JUNIOR** | | | |
|---|---|---|---|---|---|---|
| BY 331 | Genetics | 3 | | BI | Bible Elective | 2 |
| BYL331 | Genetics Lab | 1 | | BY | Biology Elective[1] | 4 |
| CH 211 | Organic Chemistry I | 4 | | CH 212 | Organic Chemistry II | 4 |
| CR 370 | Origins | 2 | | PY 212 | College Physics II | 4 |
| MA 326 | Statistics | 3 | | | | |
| PY 211 | College Physics I | 4 | | | | |
| | **Total Hours** | 17 | | | **Total Hours** | 14 |

| | | | **SENIOR** | | | |
|---|---|---|---|---|---|---|
| BI | Bible Elective | 2 | | BI/BB | Bible or Bible Background Elective | 2 |
| BY 323 | Ecology | 4 | | BY 422 | Cell Biology | 4 |
| BY | Biology Elective | 4 | | BY 450 | Biotechnology | 3 |
| ED 430 | Instructional Methods | 4 | | SC 499 | Senior Research Seminar | 2 |
| SC 430 | Professional Issues in the Sciences | 3 | | | Social Science Elective[2] | 3 |
| | **Total Hours** | 15 | | | **Total Hours** | 14 |

[1]CH 306 Biochemistry may be taken as a BY elective.
[2]Elective courses (p. 39)

## CELL AND MOLECULAR BIOLOGY CONCENTRATION
### *Bachelor of Science Degree,*
### *Natural Sciences Major*

**The purpose of the cell and molecular biology concentration** is for the student to develop an understanding of the design and function of the cell while appreciating the complexity of that design as a fingerprint of our Creator. Students will complete focused coursework in cell and molecular biology that will prepare them for careers in life science research, biotech industry, or entrance to graduate school.

**Additional Learning Outcome:** Graduates of the cell and molecular biology concentration will also be able to demonstrate proficiency in the theory and applications of cell and macromolecular experimental design and implementation.

Highlighted text indicates a change from the official version of the Catalog.

## CELL AND MOLECULAR BIOLOGY CONCENTRATION cont.

With the rapid development of technology, a greater appreciation of the intricate structure and function of the cell has enabled scientists to both understand and treat human disease in ways not previously possible. As technology continues to advance in the twenty-first century, the emphasis in therapy is one of a personalized approach to healthcare. Students who pursue a concentration in cell and molecular biology will find themselves positioned at the intersection of emerging technology and the most innovative scientific advances. This program of study prepares students with prerequisite courses, foundational knowledge, and the necessary skills to apply for entrance into biomedical research graduate studies or a myriad of career choices in life science industries upon graduating from PCC.

Students pursuing a cell and molecular biology concentration to prepare for medical school should consult their faculty advisors about recommended course sequence before their first registration for classes.

### High School Preparation

Recommended high school preparation for a cell and molecular biology concentration is 2 units of algebra, 1 unit of trigonometry, and 1 unit each of biology and chemistry. Opportunities are available to make up certain deficiencies. In this case, time required to complete a cell and molecular biology concentration could be expected to increase.

### Academic Program Fee

$155 per semester or 3 payments of $51.67 (p. 19)

### *CELL AND MOLECULAR BIOLOGY CONCENTRATION*
### Recommended Course Sequence

#### FRESHMAN

| FALL | | | SPRING | | |
|------|---|---|--------|---|---|
| BI 101 | New Testament Survey | 2 | BI 102 | New Testament Survey | 2 |
| BY 111 | General Biology I | 4 | BY 112 | General Biology II | 4 |
| CH 111 | General Chemistry I | 4 | CH 112 | General Chemistry II | 4 |
| EN 121 | English Grammar/Composition I | 3 | EN 126 | English Grammar/Composition II | 3 |
| SP 101 | Fundamentals of Speech | 3 | HI 101 | History of Civilization | 3 |
| | **Total Hours** | **16** | | **Total Hours** | **16** |

#### SOPHOMORE

| | | | | | |
|------|---|---|--------|---|---|
| BI 201 | Old Testament Survey | 2 | BI 202 | Old Testament Survey | 2 |
| BY 331 | Genetics | 3 | BY 306 | General Microbiology | 4 |
| BYL331 | Genetics Lab. | 1 | CH 212 | Organic Chemistry II | 4 |
| CH 211 | Organic Chemistry I | 4 | HI 102 | History of Civilization | 3 |
| MA 221 | Calculus I | 4 | SC 299 | Research Methods | 2 |
| | **Total Hours** | **14** | | **Total Hours** | **15** |

#### JUNIOR

| | | | | | |
|------|---|---|--------|---|---|
| BI | Bible Elective | 2 | BY 342 | Developmental Biology | 4 |
| BY 341 | Immunology | 3 | CH 306 | Biochemistry | 4 |
| MA 326 | Statistics | 3 | CR 370 | Origins | 2 |
| PR 411 | Worldview and Ethics | 3 | PY 212 | College Physics II* | 4 |
| PY 211 | College Physics I* | 4 | | | |
| | **Total Hours** | **15** | | **Total Hours** | **14** |

*May take PY 231–232 in place of PY 211–212.

## CELL AND MOLECULAR BIOLOGY CONCENTRATION cont.

| FALL | | | SENIOR | | SPRING |
|---|---|---|---|---|---|
| BI | Bible Elective | 2 | BI/BB | Bible or Bible Background Elective | 2 |
| BY 449 | Molecular Biology | 3 | BY 422 | Cell Biology | 4 |
| BY/CH | Elective | 4 | BY 450 | Biotechnology | 3 |
| EN 210 | Introduction to Literature | 3 | BY/CH | Elective | 4 |
| SC 430 | Professional Issues in the Sciences | 3 | SC 499 | Senior Research Seminar | 2 |
| | **Total Hours** | **15** | | **Total Hours** | **15** |

---

## CHEMISTRY CONCENTRATION

### *Bachelor of Science Degree,*
### *Natural Sciences Major*

**The purpose of the chemistry concentration** is to teach our students to apply the scientific method with modern experimentation in the field of chemistry so that they can fulfill God's command to be wise stewards of His creation. This purpose will be accomplished by providing the students with a strong background in the physical sciences and with a broad liberal arts education from a Christian perspective.

**Additional Learning Outcome:** Graduates of the chemistry concentration will also be able to demonstrate skills in properly collecting and analyzing data obtained by using standard chemistry laboratory techniques and instrumentation. Chemistry deals with the nature of God's physical creation—specifically, the composition, structure, and properties of matter and changes that matter undergoes. Chemistry is foundational to all other natural sciences since the entire physical creation is composed of matter. Students learn about the precision and design of creation on the atomic level. Chemists apply the scientific method and experimentation to fulfill God's command to subdue the earth (Gen. 1:28). Through chemistry, man has invented durable substitute clothing fibers, semiconductors for computer electronics, fertilizers and pesticides for farmers, drugs to fight disease, plastics, and much more. The human body is perhaps the most complex "chemical factory" on earth, and a mastery of chemistry can prepare one for a life devoted to maintaining human health.

Students pursuing a chemistry concentration to prepare for medical school should consult their faculty advisors about the recommended course sequence before their first registration for classes.

### High School Preparation
Recommended high school preparation for a chemistry concentration is 2 units of algebra and 1 unit each of plane geometry, advanced mathematics (trigonometry and analytical geometry or precalculus), chemistry, and physics. Opportunities are available to make up certain deficiencies, but time required to complete the chemistry concentration may increase.

### Academic Program Fee
$145 per semester or 3 payments of $48.33 (p. 19)

*CHEMISTRY CONCENTRATION*
**Recommended Course Sequence**

| FALL | FRESHMAN | SPRING |
|---|---|---|

| | | | |
|---|---|---|---|
| BI 101 | New Testament Survey . . . . . . . . . . 2 | BI 102 | New Testament Survey . . . . . . . . . . 2 |
| CH 111 | General Chemistry I . . . . . . . . . . . . . 4 | CH 112 | General Chemistry II . . . . . . . . . . . . 4 |
| EN 121 | English Grammar/Composition I . . . 3 | EN 126 | English Grammar/Composition II. . . 3 |
| HI 101 | History of Civilization . . . . . . . . . . . 3 | MA 222 | Calculus II . . . . . . . . . . . . . . . . . . . . 4 |
| MA 221 | Calculus I . . . . . . . . . . . . . . . . . . . . . 4 | SP 101 | Fundamentals of Speech . . . . . . . . . . 3 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

| SOPHOMORE |
|---|

| | | | |
|---|---|---|---|
| BI 201 | Old Testament Survey. . . . . . . . . . . 2 | BI 202 | Old Testament Survey. . . . . . . . . . . 2 |
| CH 211 | Organic Chemistry I . . . . . . . . . . . . 4 | CH 212 | Organic Chemistry II . . . . . . . . . . . 4 |
| MA 321 | Calculus III . . . . . . . . . . . . . . . . . . 4 | MA 326 | Statistics . . . . . . . . . . . . . . . . . . . . . 3 |
| PY 231 | General Physics I . . . . . . . . . . . . . . 4 | PY 232 | General Physics II. . . . . . . . . . . . . . 4 |
| | | SC 299 | Research Methods . . . . . . . . . . . . . 2 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

| JUNIOR |
|---|

| | | | |
|---|---|---|---|
| BY 111 | General Biology I . . . . . . . . . . . . . . 4 | BI | Bible Elective. . . . . . . . . . . . . . . . . . 2 |
| CH 321 | Physical Chemistry I . . . . . . . . . . . . 4 | CH 306 | Biochemistry . . . . . . . . . . . . . . . . . . 4 |
| CH 432 | Instrumental Analysis . . . . . . . . . . . 4 | CH 322 | Physical Chemistry II . . . . . . . . . . . 4 |
| CR 370 | Origins . . . . . . . . . . . . . . . . . . . . . . . 2 | HI 102 | History of Civilization . . . . . . . . . . 3 |
| | | | Minor or Elective . . . . . . . . . . . . . 3 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** |

| SENIOR |
|---|

| | | | |
|---|---|---|---|
| BI | Bible Elective. . . . . . . . . . . . . . . . . . 2 | BI/BB | Bible or Bible Background Elective . . . 2 |
| CH 411 | Inorganic Chemistry . . . . . . . . . . . . . 4 | CH 315 | Analytical Chemistry . . . . . . . . . . . . . 4 |
| ED 430 | Instructional Methods . . . . . . . . . . . 2 | CH 422 | Advanced Organic Chemistry . . . . . . 3 |
| EN 210 | Introduction to Literature. . . . . . . . . 3 | CH 423 | Advanced Organic Chemistry |
| SC 430 | Professional Issues in the Sciences . . . 3 | | Research Lab . . . . . . . . . . . . . . . . 1 |
| | | PR 411 | Worldview and Ethics . . . . . . . . . . . 3 |
| | | SC 499 | Senior Research Seminar . . . . . . . . . . 2 |
| | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **14** | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

---

Highlighted text indicates a change from the official version of the Catalog.

## PRE-MEDICINE EMPHASIS

*Bachelor of Science Degree,*
*Natural Sciences Major*

**The purpose of the pre-medicine emphasis** is to encompass a broad, liberal arts education from a Christian perspective and to provide a strong background in science and mathematics, as well as to prepare students for admission to and successful completion of medical school.

**Additional Learning Outcome:** Graduates of the pre-medicine emphasis will also be able to demonstrate proficiency in entrance requirements for medical school.

The pre-medicine emphasis is designed to encompass a broad, liberal arts education and establish a strong background in science. Students acquire other basic skills and attitudes such as reading with comprehension and retention, understanding concepts and drawing logical conclusions, and adapting quickly to new and different circumstances.

Admission to medical school in the United States is very selective, admitting only students with excellent grades and admission test scores and skills necessary to excel in the profession of medicine. Personal qualities and commitment are also important. Entrance requirements vary from one medical school to another, so students are urged to consult the catalog of the medical school of their interest early in their undergraduate enrollment in order to be informed of exact entrance requirements.

Students complete a minor in biology through their required biology support courses. Chemistry may be claimed as a minor by completing 3 additional 300- or 400-level chemistry courses (p. 178).

### High School Preparation

Preparation for medical school demands much specific high school preparation. Ideally, the pre-medicine student should have a good understanding of the basic physical sciences, a highly developed ability in mathematics, and the competence to read rapidly and with comprehension. The minimum adequate preparation includes 2 units of algebra, 1 unit each of plane geometry, advanced mathematics (trigonometry and analytical geometry or precalculus), chemistry, and physics.

Students not prepared to enter directly into the pre-medicine curriculum will be able to make up certain deficiencies. In this case, time required to complete the pre-medicine emphasis could be expected to increase.

### Academic Requirements

Students must have at least a "B-" in all biology, chemistry, and physics courses (seniors may appeal any particular course to the Chair of Natural Sciences).

### Academic Program Fee

$145 per semester or 3 payments of $48.33 (p. 19)

## *PRE-MEDICINE EMPHASIS*
### Recommended Course Sequence

FALL                                    **FRESHMAN**                                    SPRING

| | | |
|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | BI 102 New Testament Survey . . . . . . . . . . 2 |
| BY 111 General Biology I . . . . . . . . . . . . . . 4 | BY 112 General Biology II . . . . . . . . . . . . . 4 |
| CH 111 General Chemistry I . . . . . . . . . . . . 4 | CH 112 General Chemistry II . . . . . . . . . . . 4 |
| EN 121 English Grammar/Composition I . . . 3 | EN 126 English Grammar/Composition II. . . 3 |
| HI 101 History of Civilization . . . . . . . . . . 3 | SP 101 Fundamentals of Speech . . . . . . . . . 3 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** |

**SOPHOMORE**

| | | |
|---|---|---|
| BI 201 Old Testament Survey. . . . . . . . . . . 2 | BI 202 Old Testament Survey. . . . . . . . . . . 2 |
| BY 311 Anatomy and Physiology I . . . . . . . 4 | BY 306 General Microbiology . . . . . . . . . . . 4 |
| CH 211 Organic Chemistry I . . . . . . . . . . . . 4 | BY 312 Anatomy and Physiology II. . . . . . . 4 |
| MA 221 Calculus I . . . . . . . . . . . . . . . . . . . . 4 | CH 212 Organic Chemistry II . . . . . . . . . . . 4 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14** |

**JUNIOR**

| | | |
|---|---|---|
| BI  Bible Elective. . . . . . . . . . . . . . . . . . . 2 | BY 422 Cell Biology . . . . . . . . . . . . . . . . . . 4 |
| BY 331 Genetics . . . . . . . . . . . . . . . . . . . . . 3 | CH 306 Biochemistry . . . . . . . . . . . . . . . . . 4 |
| BYL 331 Genetics Lab. . . . . . . . . . . . . . . . . . 1 | PS 409 Abnormal Psychology . . . . . . . . . . . 3 |
| PS 211 Introduction to Psychology . . . . . . 3 | PY 212 College Physics II* . . . . . . . . . . . . . 4 |
| PY 211 College Physics I* . . . . . . . . . . . . . . 4 | SC 392 Pre-Health Preparation Seminar . . . . 1 |
| SC 231 Sociology for Health Professionals . . 3 | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **16** |

**SENIOR**

| | | |
|---|---|---|
| BI  Bible Elective. . . . . . . . . . . . . . . . . . . 2 | BI/BB Bible or Bible Background Elective . . . 2 |
| BY/CH Elective (300- or 400-level). . . . . . . . 4 | CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . . 2 |
| MA 326 Statistics . . . . . . . . . . . . . . . . . . . . . 3 | EN 210 Introduction to Literature. . . . . . . . 3 |
| PR 411 Worldview and Ethics . . . . . . . . . . . 3 | HI 102 History of Civilization . . . . . . . . . . 3 |
| Minor or Elective . . . . . . . . . . . . . . 2 | Minor or Electives . . . . . . . . . . . . . 4 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . . **14** |

*May take PY 231–232 in place of PY 211–212.

## PRE-PHARMACY EMPHASIS

*Bachelor of Science Degree,*
*Natural Sciences Major*

**The purpose of the pre-pharmacy emphasis** is to provide a strong background in science and mathematics and to encompass a traditional, liberal arts education from a Christian perspective as well as to prepare students for admission to and successful completion of pharmacy school.

**Additional Learning Outcome:** Graduates of the pre-pharmacy emphasis will also be able to demonstrate proficiency in entrance requirements for pharmacy school.



The pre-pharmacy emphasis gives students a strong foundation in science and mathematics and a broad, liberal arts education. Other important skills students acquire are strong reading comprehension and retention, quick understanding of concepts, logical thinking, decision-making, and communication.

Knowledge of science is very important to understanding medicine. Admission requirements to pharmacy schools may require you to take the Pharmacy College Admission Test (PCAT), which tests knowledge of biology, chemistry, and verbal and quantitative skills.

Admission to pharmacy school in the United States is very selective. Pharmacy schools are admitting only students who have excellent grades and admission test scores and who show skills necessary to excel in the profession. Personal qualities and commitment are important. Entrance requirements vary from one pharmacy school to another, and students are urged to consult the catalog of the pharmacy school of their choice early in their undergraduate enrollment in order to be informed of exact entrance requirements.

Students complete a minor in biology through their required biology support courses. Chemistry may be claimed as a minor by completing 3 additional 300- or 400-level chemistry courses (p. 178).

### High School Preparation

Preparation for pharmacy school demands much specific high school preparation. Ideally, students should have a good understanding of basic physical sciences, a highly developed ability in mathematics, and competence to read rapidly and with comprehension. The minimum adequate preparation includes 2 units of algebra and 1 unit each of plane geometry, advanced mathematics (trigonometry and analytical geometry or precalculus), chemistry, and physics.

### PRE-PHARMACY EMPHASIS cont.

Students not prepared to enter directly into the pre-pharmacy curriculum will be able to make up certain deficiencies. In this case, time required to complete the pre-pharmacy emphasis could be expected to increase.

### Academic Program Fee

$145 per semester or 3 payments of $48.33 (p. 19)

## *PRE-PHARMACY EMPHASIS*
### Recommended Course Sequence

| FALL | FRESHMAN | SPRING |
|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | BI 102 New Testament Survey . . . . . . . . . . 2 |
| BY 111 General Biology I . . . . . . . . . . . . . 4 | BY 112 General Biology II . . . . . . . . . . . . . 4 |
| CH 111 General Chemistry I . . . . . . . . . . . . 4 | CH 112 General Chemistry II . . . . . . . . . . . 4 |
| EN 121 English Grammar/Composition I . . . 3 | EN 126 English Grammar/Composition II. . . 3 |
| | SP 101 Fundamentals of Speech . . . . . . . . . 3 |
| Total Hours . . . . . . . . . . . . . . . . . . . . . 13 | Total Hours . . . . . . . . . . . . . . . . . . . . . 16 |

| SOPHOMORE | | |
|---|---|---|
| BI 201 Old Testament Survey . . . . . . . . . . . 2 | BI 202 Old Testament Survey . . . . . . . . . . . 2 |
| CH 211 Organic Chemistry I . . . . . . . . . . . . 4 | BY 306 General Microbiology . . . . . . . . . . . 4 |
| MA 221 Calculus I . . . . . . . . . . . . . . . . . . . . 4 | CH 212 Organic Chemistry II . . . . . . . . . . . 4 |
| MA 326 Statistics . . . . . . . . . . . . . . . . . . . . . 3 | SC 218 Elements of Nutrition . . . . . . . . . . . 3 |
| PS 211 Introduction to Psychology . . . . . . 3 | SC 242 Basics of Pharmacy Practice . . . . . . . 2 |
| Total Hours . . . . . . . . . . . . . . . . . . . . . 16 | Total Hours . . . . . . . . . . . . . . . . . . . . . 15 |

| JUNIOR | | |
|---|---|---|
| BY 311 Anatomy and Physiology I . . . . . . . 4 | BI Bible Elective . . . . . . . . . . . . . . . . . . 2 |
| BY 331 Genetics . . . . . . . . . . . . . . . . . . . . . 3 | BY 312 Anatomy and Physiology II . . . . . . . 4 |
| BYL331 Genetics Lab . . . . . . . . . . . . . . . . . . 1 | CH 306 Biochemistry . . . . . . . . . . . . . . . . . 4 |
| CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . 2 | PY 212 College Physics II* . . . . . . . . . . . . . 4 |
| PY 211 College Physics I* . . . . . . . . . . . . . . 4 | SC 392 Pre-Health Preparation Seminar . . . . 1 |
| SC 231 Sociology for Health Professionals . . 3 | |
| Total Hours . . . . . . . . . . . . . . . . . . . . . 17 | Total Hours . . . . . . . . . . . . . . . . . . . . . 15 |

| SENIOR | | |
|---|---|---|
| BA 300 Principles of Free-Market Economics . 3 | BI/BB Bible or Bible Background Elective . . . 2 |
| BI Bible Elective . . . . . . . . . . . . . . . . . . 2 | EN 210 Introduction to Literature . . . . . . . . . 3 |
| HI 101 History of Civilization . . . . . . . . . . 3 | HI 102 History of Civilization . . . . . . . . . . 3 |
| PR 411 Worldview and Ethics . . . . . . . . . . . 3 | PS 409 Abnormal Psychology . . . . . . . . . . . 3 |
| SC 442 Pharmacology . . . . . . . . . . . . . . . . . 4 | SP 410 Oral Communication in the |
| | Professions . . . . . . . . . . . . . . . . . 2 |
| Total Hours . . . . . . . . . . . . . . . . . . . . . 15 | Total Hours . . . . . . . . . . . . . . . . . . . . . 13 |

*May take PY 231–232 in place of PY 211–212

## PRE-PHYSICAL THERAPY EMPHASIS

*Bachelor of Science Degree,
Natural Sciences Major*

**The purpose of the pre-physical therapy emphasis** is to prepare students to pursue graduate work in the area of physical therapy.

**Additional Learning Outcome:** Graduates of the pre-physical therapy emphasis will also be able to demonstrate proficiency in entrance requirements for physical therapy school.

The pre-physical therapy emphasis gives students a strong science background and a broad, liberal arts education including skills in decision-making and communication. A person who has an attitude of service and who loves people should consider a pre-physical therapy emphasis.



Motion Capture Software

Admission to physical therapy programs is competitive. Outstanding candidates will have excellent grades, documented observation/assistance with a licensed physical therapist, ability to perform well on interviews, and excellent performance on the Graduate Record Examination (GRE). Entrance requirements to physical therapy programs vary from one school to another, so students are encouraged to consult the catalog of the graduate school of their choice early in their undergraduate enrollment in order to be informed of exact admission requirements. Since entrance into physical therapy schools is very competitive, an undergraduate GPA of 3.50 or higher is commonly needed for acceptance.

Students complete a minor in biology through their required biology support courses.

### High School Preparation
Recommended high school preparation for a pre-physical therapy emphasis is 2 units of algebra and 1 unit each of plane geometry, biology, and chemistry. Opportunities are available to make up certain deficiencies. In this case, time required to complete a pre-physical therapy emphasis could be expected to increase.

### Academic Program Fee
$130 per semester or 3 payments of $43.33 (p. 19)

## *PRE-PHYSICAL THERAPY EMPHASIS*
### Recommended Course Sequence

| FALL | **FRESHMAN** | SPRING |
|---|---|---|

| | |
|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | BI 102 New Testament Survey . . . . . . . . . . 2 |
| BY 111 General Biology I . . . . . . . . . . . . . . 4 | BY 112 General Biology II . . . . . . . . . . . . . . 4 |
| EN 121 English Grammar/Composition I . . . 3 | EN 126 English Grammar/Composition II. . . 3 |
| HI 101 History of Civilization . . . . . . . . . . 3 | HI 102 History of Civilization . . . . . . . . . . 3 |
| SP 101 Fundamentals of Speech . . . . . . . . 3 | MA 130 College Algebra II . . . . . . . . . . . . . 3 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

**SOPHOMORE**

| | |
|---|---|
| BI 201 Old Testament Survey . . . . . . . . . . . 2 | BI 202 Old Testament Survey . . . . . . . . . . . 2 |
| CH 111 General Chemistry I . . . . . . . . . . . . 4 | CH 112 General Chemistry II . . . . . . . . . . . 4 |
| EN 210 Introduction to Literature. . . . . . . . 3 | MA 131 College Trigonometry . . . . . . . . . . 3 |
| PM 218 Sport Nutrition. . . . . . . . . . . . . . . . 3 | OA 221 Anatomical Terminology I . . . . . . . 3 |
| PS 211 Introduction to Psychology . . . . . . . 3 | PE 321 Kinesiology. . . . . . . . . . . . . . . . . . . 2 |
| | PE 324 Care of Athletic Injuries . . . . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

**JUNIOR**

| | |
|---|---|
| BY 311 Anatomy and Physiology I . . . . . . . . 4 | BI Bible Elective. . . . . . . . . . . . . . . . . . 2 |
| CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . . 2 | BY 306 General Microbiology . . . . . . . . . . . 4 |
| MA 326 Statistics . . . . . . . . . . . . . . . . . . . . . 3 | BY 312 Anatomy and Physiology II. . . . . . . 4 |
| PY 211 College Physics I. . . . . . . . . . . . . . . 4 | PY 212 College Physics II . . . . . . . . . . . . . . 4 |
| SC 231 Sociology for Health Professionals . . 3 | SC 392 Pre-Health Preparation Seminar . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **15** |

**SENIOR**

| | |
|---|---|
| BI Bible Elective. . . . . . . . . . . . . . . . . . 2 | BI/BB Bible or Bible Background Elective . . 2 |
| BY 331 Genetics . . . . . . . . . . . . . . . . . . . . . . 3 | BY 442 Biomechanics . . . . . . . . . . . . . . . . . 4 |
| BYL 331 Genetics Lab. . . . . . . . . . . . . . . . . . 1 | PE 225 First Aid . . . . . . . . . . . . . . . . . . . . . 2 |
| BY 441 Exercise Physiology. . . . . . . . . . . . . 4 | PS 409 Abnormal Psychology . . . . . . . . . . . 3 |
| PS 323 Developmental Psychology . . . . . . . . 3 | SP 410 Oral Communication in the |
| Minor or Elective* . . . . . . . . . . . . . 3 | Professions . . . . . . . . . . . . . . . . 2 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . **16** | **Total Hours** . . . . . . . . . . . . . . . . . . . . . **13** |

\*Students desiring to pursue a DPT degree should take SC 351 and SC 352.

# NURSING DEPARTMENT

*Division of*
## Arts and Sciences



### UNDERGRADUATE DEGREE

*Bachelor of Science in Nursing*

Nursing Major  172

---

### GRADUATE DEGREE
*(See Seminary & Graduate Studies Catalog.)*

*Master of Science in Nursing*

**Dr. Maybeth Elliott,** Chair

## NURSING MAJOR
### *Bachelor of Science in Nursing Degree*

**The purpose of the nursing major** is for the students to learn to apply both scriptural and scientific methods to nursing services rendered to individuals, families, and communities. The accomplishment of this dual goal encompasses biblical concepts about the relationships between God and man, man and fellow man, and man and the physical universe.

**Learning Outcomes:** Graduates of the nursing program will be able to

- implement the nursing process and evidence-based practice;
- establish therapeutic relationships with the individual, the family, and the healthcare team;
- apply leadership skills and decision making in the provision of high-quality personalized care for all stages of the life span;
- make moral and ethical decisions based upon legal standards and biblical principles; and
- be prepared to pass the National Council Licensure Examination for Registered Nurses (NCLEX-RN).

PCC's nursing program is developed around the theme of nursing as an expression of God's love through service to man. The ramifications of such nursing responsibilities as comforting, strengthening, educating, maintaining, and motivating are explored in depth.

The nursing department strives to prepare nurses who can function with a high degree of autonomy in a variety of situations throughout the world. Furthermore, the program is designed to anticipate increased diversity in nursing practice and career patterns. Therefore, the curriculum offers basic preparation in all major areas of nursing and includes a focus on developing clinical leadership skills. Students also have opportunities for concentrated study in an area of clinical interest.

To complete a biology minor, students must choose a 3-hour BY elective (300- or 400-level) in addition to minor requirements (p. 178).

### Accreditation and Authorization
The baccalaureate degree in nursing at Pensacola Christian College is accredited by the Commission on Collegiate Nursing Education (www.ccneaccreditation.org).

PCC's nursing program is approved by the Florida State Board of Nursing.

### High School Preparation
High school preparation for nursing should include three units of English; at least two units of mathematics, one of which must be algebra; and two units of science, one of chemistry and one of biology. In addition, applicants should earn at least an ACT composite score of 20, CLT total score of 66, or SAT total score of 1030. Opportunities are available to make up certain deficiencies. In this case, time required to complete a nursing degree should be expected to increase.

**NURSING MAJOR cont.**



### Personal Character

No student will be permitted to enroll in the nursing program unless he or she has clearly established the highest standards of Christian character and deportment. References from the applicant's pastor, principal, guidance counselors, and previous employers are secured whenever possible. Such references receive top priority in the admission process. Prior to beginning clinical experiences, local healthcare facilities require all nursing students to complete a background check. Students must have satisfactory results in order to participate in clinicals.

### Residence Requirements

All students in this program are required to be full-time students taking a minimum of 12 semester hours. First consideration for acceptance into the program will be given to residence hall students. PCC does not provide residence hall living space for married students or their families.

### Plan of Study

All students who want to major in nursing start as pre-nursing students. Typically, pre-nursing requirements can be completed in one year. Students who score below the required ACT/CLT/SAT composite scores will be placed into a two-year pre-nursing sequence. Students in the one-year pre-nursing sequence who test into EN 099 Basic English Language will be required to take EN 121 English Grammar and Composition I or EN 126 English Grammar and Composition II online during Interterm or summer (see p. 18 for cost). Students who want to take a reduced load may also choose the two-year pre-nursing sequence. Students contemplating transferring into PCC's nursing department should have their program of study approved by the Registrar.

### Academic and Progression Requirements

Enrollment in the nursing major is limited based on clinical availability and is contingent upon successful completion of pre-nursing requirements. Objective

**NURSING MAJOR cont.**

criteria used in determining the members of each nursing class include academic performance and results of the Kaplan Nursing Admission Test given to pre-nursing students in the spring. In addition, all pre-nursing students are evaluated for ability to properly convey ideas in a written format through a required essay completed on campus. An interview with a nursing faculty member may also be required.

Pre-nursing preparatory courses are BY 105 Principles of Biology, BY 201 General Anatomy and Physiology, CH 107 Chemistry for the Allied-Health Professional, MA 121 College Algebra I, and NU 128 Introduction to Nursing Practice. To be considered for the nursing major, students must earn at least a "C-" in these courses and cannot be on Academic Warning or Probation.

Nursing students receiving an unsatisfactory grade of "D," "F," or "WF" are considered to have failed the nursing course. A student may take a nursing course once and repeat it once for a total of two times. Students who fail three of the following courses will be removed from the nursing major—any clinical course, NU 226 Pathophysiology, and any nursing course NU 401 or higher.

Throughout their education, nursing students take standardized tests, which are indicators of NCLEX-RN readiness. To help assure the student's future NCLEX success:

1. students who fail to achieve established scores on end-of-semester standardized tests will be given the opportunity for remediation work, and

2. students who fail to achieve the established score on a standardized exit exam and meet other objective criteria will be given the opportunity to take NU 490 Nursing NCLEX-RN Review during Post-term and will be required to pass this course to graduate with a nursing major.

### Health Policies

In addition to the health regulations for all entering students, all students who are admitted to the nursing major must complete an annual physical examination including Mantoux tuberculin skin test followed by a chest X-ray if positive, tetanus toxoid if 10 years since last immunization, record of immunizations including 2 measles, mumps and rubella (MMR) and 2 varicella vaccinations, hepatitis B vaccination, and annual influenza vaccinations. The completed medical/health form is to be on record by June 15 annually. Throughout the program, emphasis is placed on the student nurses to be responsible for their own health. Each student must have proof of adequate medical insurance.

### Clinical Facilities

All clinical activities are supervised by the College nursing faculty. Students receive their clinical experience in a number of healthcare facilities, including several large hospitals located in the Pensacola area.

**NURSING MAJOR cont.**



## Graduation
Upon successfully completing the nursing curriculum, graduates will be awarded the Bachelor of Science in Nursing degree and are eligible to sit for the U.S. NCLEX-RN examination. Students may take the Graduate Record Examination (GRE) at their own expense during their senior year.

## Academic Program Fee
$125 per semester or 3 payments of $41.67 (p. 19)

## Service Fees
1. Uniforms are purchased and laundered by the student.
2. NU 203 Foundations of Professional Nursing and NU 207 Beginning Medical-Surgical Nursing each carry a $10 transportation fee. Nursing students must provide their own transportation to and from all other clinical experiences.
3. National standardized exams must be taken periodically at student expense. The Kaplan Nursing Admission Test taken the last semester of the pre-nursing sequence is $30 (price subject to change).
4. Nursing students are responsible for all costs associated with submission and verification of annual health forms, background checks, and 10-panel drug screenings required by local healthcare facilities to be completed within 90 days prior to beginning their clinical experience and randomly as deemed necessary. Students must have satisfactory results in order to participate in clinicals.
5. Each student will have malpractice insurance through the College.

General expenses are the same as for other students (pp. 18–20).

## NURSING PROGRAM

### *PRE-NURSING*
### Recommended Course Sequence

| FALL | FRESHMAN | SPRING |
|---|---|---|

| | | |
|---|---|---|
| BI 101 New Testament Survey . . . . . . . . . . 2 | | BI 102 New Testament Survey . . . . . . . . . . 2 |
| BY 105 Principles of Biology . . . . . . . . . . . . 4 | | BY 201 General Anatomy and Physiology . . . 4 |
| CH 107 Chemistry for the Allied-Health | | EN 126 English Grammar/Composition II . . . 3 |
|         Professional . . . . . . . . . . . . . . . . . 4 | | MA 121 College Algebra I . . . . . . . . . . . . . . 3 |
| EN 121 English Grammar/Composition I. . . . 3 | | NU 128 Introduction to Nursing Practice . . . 1 |
| HI 101 History of Civilization **or** | | SP 101 Fundamentals of Speech . . . . . . . . . . 3 |
| HI 102 History of Civilization . . . . . . . . . . 3 | | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 | | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 |

### *NURSING MAJOR*
### Recommended Course Sequence

#### SOPHOMORE

| | |
|---|---|
| BI 201 Old Testament Survey. . . . . . . . . . . 2 | BI 202 Old Testament Survey. . . . . . . . . . . 2 |
| BY 202 General Anatomy and Physiology . . . 4 | BY 206 Microbiology . . . . . . . . . . . . . . . . . . 4 |
| NU 203 Foundations of Professional Nursing . . 4 | NU 207 Beginning Medical-Surgical Nursing . . 4 |
| NUL203 Foundations of Professional Nursing | NUL207 Beginning Medical-Surgical Nursing |
|          Clinical . . . . . . . . . . . . . . . . . . . . 1 |          Clinical . . . . . . . . . . . . . . . . . . . . 1 |
| NU 214 Pharmacology. . . . . . . . . . . . . . . . . 2 | NU 210 Nursing Informatics . . . . . . . . . . . . . 1 |
| NU 215 Physical Assessment . . . . . . . . . . . . 2 | NU 226 Pathophysiology . . . . . . . . . . . . . . . . 3 |
| NU 218 Nutrition . . . . . . . . . . . . . . . . . . . . 1 | NU 314 Advanced Pharmacology. . . . . . . . . . 1 |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 |

#### JUNIOR

| | |
|---|---|
| BI      Bible Elective . . . . . . . . . . . . . . . . . 2 | BI/BB Bible or Bible Background Elective. . . 2 |
| NU 305 Maternity Nursing . . . . . . . . . . . . . . 4 | CR 370 Origins . . . . . . . . . . . . . . . . . . . . . . 2 |
| NUL305 Maternity Nursing Clinical . . . . . . . 2 | NU 307 Medical-Surgical Nursing . . . . . . . . . 4 |
| NU 306 Psychiatric-Mental Health Nursing . . 3 | NUL307 Medical-Surgical Nursing Clinical. . . . 2 |
| NUL306 Psychiatric-Mental Health Nursing | NU 308 Pediatric Nursing . . . . . . . . . . . . . . . 3 |
|          Clinical . . . . . . . . . . . . . . . . . . . . 2 | NUL308 Pediatric Nursing Clinical. . . . . . . . . 2 |
| PS 206 General Psychology. . . . . . . . . . . . . . 1 | |
| PS 323 Developmental Psychology . . . . . . . . 3 | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . 17 | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

#### SENIOR

| | |
|---|---|
| NU 401 Community Health Nursing . . . . . . . 3 | EN 210 Introduction to Literature. . . . . . . . . 3 |
| NUL401 Community Health Nursing | NU 408 Preceptorship . . . . . . . . . . . . . . . . . . 6 |
|          Clinical . . . . . . . . . . . . . . . . . . . . 2 | NU 410 Issues and Trends in Professional |
| NU 406 Nursing Research and Statistics. . . . . 3 |          Nursing . . . . . . . . . . . . . . . . . . . . 3 |
| NU 407 Advanced Medical-Surgical Nursing . . 3 | NU 412 Senior Nursing Seminar . . . . . . . . . . 3 |
| NUL407 Advanced Medical-Surgical Nursing | |
|          Clinical . . . . . . . . . . . . . . . . . . . . 2 | |
| PR 411 Worldview and Ethics . . . . . . . . . . . 3 | |
| **Total Hours** . . . . . . . . . . . . . . . . . . . . . 16 | **Total Hours** . . . . . . . . . . . . . . . . . . . . . 15 |

Highlighted text indicates a change from the official version of the Catalog.

# MINORS



Students should consult course prerequisites to determine how to fit minor requirements into the course sequence of their chosen major.  There must be 9 distinct credits between the major and minor.

### *Accounting*

| | | |
|---|---|---|
| AC 231–32 | Principles of Accounting I, II. . | .6 |
| AC 301 | Cost Accounting . . . . . . . . . . . . . | .3 |
| AC 331–32 | Intermediate Financial Accounting I, II . . . . . . . . . . | .6 |
| AC 403 | Principles of Taxation **or** | |
| AC 462 | Auditing . . . . . . . . . . . . . . . . . . . | .3 |
| BA 301–2 | Corporate Finance . . . . . . . . . . | .6 |
| | **Total Hours Required** . . . . . . . . . . . . | .**24** |

### *Advertising*

| | | |
|---|---|---|
| AR 120 | Digital Typography . . . . . . . . . . | .3 |
| AR 201 | Design Fundamentals I. . . . . . . . | .3 |
| AR 220 | Digital Graphics . . . . . . . . . . . . . | .3 |
| AR 267 | Graphic Design I . . . . . . . . . . . . | .3 |
| BA 313 | Public Relations . . . . . . . . . . . . . | .3 |
| MK 202 | Professional Selling. . . . . . . . . . . | .3 |
| MK 204 | Principles of Marketing. . . . . . . . | .3 |
| PW 301 | Copywriting . . . . . . . . . . . . . . . . | .3 |
| | **Total Hours Required** . . . . . . . . . . . . | .**24** |

### *Bible*

| | | |
|---|---|---|
| BI | Old Testament Electives* . . . . . . | .4 |
| BI | New Testament Electives*. . . . . . | .6 |
| BI 321–2 | Bible Doctrines. . . . . . . . . . . . . . | .4 |
| BI 414 | Revelation . . . . . . . . . . . . . . . . . . | .2 |
| PR | Practical Training Elective. . . . . . | .3 |
| | **Total Hours Required** . . . . . . . . . . . . | .**19** |

*BI 101–102 and BI 201–202 may not be counted as electives.

### *Biblical Languages*

| | | |
|---|---|---|
| BL 101–2 | Elementary Greek . . . . . . . . . . . | .8 |
| BL 201–2 | Intermediate Greek . . . . . . . . . . | .6 |
| BL 445–46 | Elementary Hebrew . . . . . . . . . | .6 |
| | **Total Hours Required** . . . . . . . . . . . . | .**20** |

### *Biology*

| | | |
|---|---|---|
| BY 111–12 | General Biology I, II . . . . . . . . | .8 |
| BY | Biology Electives (200-level or above) . . | .8 |
| BY | Biology Elective (300- or 400-level) . . . | .4 |
| | **Total Hours Required** . . . . . . . . . . . . | .**20** |

### *Business Technology*

| | | |
|---|---|---|
| BA 101 | Introduction to Business . . . . . . . . | .2 |
| BA 217 | e-Business Systems. . . . . . . . . . . . . | .3 |
| BA 330 | Computer Applications for Business. . . . . . . . . . . . . . . . . . . | .3 |
| BA 403 | Business Communications . . . . . . | .3 |
| CS 101 | Introduction to Computer Applications . . . . . . . . . . . . . . . | .1 |
| CS 211 | Introduction to Web Design . . . . | .3 |
| CS 405 | Computer Hardware Maintenance . | .2 |
| OA 411 | Desktop Publishing . . . . . . . . . . . | .3 |
| | **Total Hours Required** . . . . . . . . . . . . | .**20** |

### *Chemistry*

| | | |
|---|---|---|
| CH 111–12 | General Chemistry I, II. . . . . | 8 |
| CH 211–12 | Organic Chemistry I, II . . . . . | 8 |
| CH | Chemistry Electives. . . . . . . . . | 7 |
| | (300- or 400-level) | |
| | **Total Hours Required** . . . . . . . . . . . . | .**23** |

### *Computer Science*

| | | |
|---|---|---|
| CS 130 | Introduction to Information Technology . . . . . . . . . . . . . . . | .2 |
| CS 202 | Introduction to Programming. . . . | .3 |
| CS 214 | C Programming . . . . . . . . . . . . . . | .3 |
| CS 227 | Data Structures and Algorithms . . | .3 |
| CS 271 | Computer Security. . . . . . . . . . . . . | .3 |
| CS 405 | Computer Hardware Maintenance . | .2 |
| CS | Computer Science Electives . . . . . | .6 |
| | (200-level or above) | |
| | **Total Hours Required** . . . . . . . . . . . . | .**22** |

### *Criminal Justice*

| | | |
|---|---|---|
| CJ 101 | Introduction and Orientation to Criminal Justice . . . . . . . . . . . | .3 |
| CJ 105 | Theory of Patrol **or** | |
| CJ 106 | Basic Criminal Investigation . . . . | .3 |
| CJ 108 | Criminal Law. . . . . . . . . . . . . . . . | .3 |
| CJ 216 | Criminology . . . . . . . . . . . . . . . . . | .3 |
| CJ | Criminal Justice Elective . . . . . . . . | .3 |
| | (200-level or above) | |
| CJ | Criminal Justice Elective . . . . . . . . | .3 |
| | (300- or 400-level) | |
| | **Total Hours Required** . . . . . . . . . . . . | .**18** |

### *Digital Media**

| | | |
|---|---|---|
| AR 120 | Digital Typography . . . . . . . . . . . | .3 |
| AR 218 | Photography I . . . . . . . . . . . . . . . | .3 |
| AR 220 | Digital Graphics . . . . . . . . . . . . . | .3 |
| AR 241 | Introduction to the Mass Media. . . | .3 |
| AR 323 | Principles of Digital Multimedia Technology . . . . . . . . . . . . . . . | .3 |
| AR 324 | Digital Multimedia Production . . . | .3 |
| AR 364 | Media Studio Production . . . . . . . | .3 |
| CS 211 | Introduction to Web Design . . . . . | .3 |
| | **Total Hours Required** . . . . . . . . . . . . | .**24** |

*See Technology Requirements (p. 115).

### *e-Business Management*

| | | |
|---|---|---|
| BA 203 | Principles of Management . . . . . . . | .3 |
| BA 217 | e-Business Systems. . . . . . . . . . . . . | .3 |
| BA 317 | Small Business Entrepreneurship* . . | .3 |
| BA 431 | Contemporary Issues in e-Business . | .3 |
| MK 204 | Principles of Marketing . . . . . . . . . | .3 |
| MK 417 | Internet Marketing . . . . . . . . . . . . | .3 |
| | **Total Hours Required** . . . . . . . . . . . . | .**18** |

*Must meet accounting prerequisite.

Students should consult course prerequisites to determine how to fit minor requirements into the course sequence of their chosen major. There must be 9 distinct credits between the major and minor.

### Education

| | | |
|---|---|---|
| ED 101 | Philosophy of Christian Education | 3 |
| ED 322 | Educational Psychology | 3 |
| EE 201 | Materials and Methods **or** | |
| SE 201 | General Teaching Methods | 3 |
| ED/EE/SE 210 | Early Childhood/Elem./ Sec. Education Practicum | 1 |

***any one of the following …***

| | | |
|---|---|---|
| ED 413 | Child Growth and Development | 3 |
| ED 415 | Adolescent Growth and Development | 3 |
| EE 207 | Early Childhood Development | 2 |

***education electives (5 or 6 hours)…***

| | | |
|---|---|---|
| ED 102 | Personal and Community Health | 2 |
| ED 211 | Education Field Experience | 1 |
| ED 219 | Teaching the Reluctant Learner | 2 |
| ED 301 | Tests and Measurements | 1 |
| ED 306 | Computer Applications in Education* | 1 |
| EE 205 | Intensive Phonics Instruction | 2 |
| EE 412 | Children's Literature | 2 |
| SE 321 | Teaching Reading Skills for the Secondary Student | 2 |
| ED/EE/SE 310 | Early Childhood/Elem./ Sec. Education Practicum | 1 |
| | **Total Hours Required** | **18** |

*Must meet CS 101 prerequisite.

### English

| | | |
|---|---|---|
| EN 251 | British Literature | 3 |
| EN 252 | American Literature | 3 |
| EN 360 | Advanced English Grammar and Composition | 3 |
| EN | English Electives. | 9 |
| | (300- or 400-level) | |
| | **Total Hours Required** | **18** |

### Finance

| | | |
|---|---|---|
| AC 231 | Principles of Accounting I | 3 |
| AC 232 | Principles of Accounting II | 3 |
| BA 301 | Corporate Finance | 3 |
| BA 302 | Corporate Finance | 3 |
| FN 215 | Principles of Investments | 3 |
| FN 310 | Financial Institutions | 3 |
| FN 433 | International Finance | 3 |
| | **Total Hours Required** | **21** |

### Graphic Design

| | | |
|---|---|---|
| AR 111 | Principles of Drawing | 3 |
| AR 120 | Digital Typography | 3 |
| AR 201 | Design Fundamentals I | 3 |
| AR 220 | Digital Graphics | 3 |
| AR 267–68 | Graphic Design I, II | 6 |
| | **Total Hours Required** | **18** |

### History

| | | |
|---|---|---|
| HI 201–2 | United States History | 6 |
| HI 211 | World Geography | 3 |
| HI | History Electives* (300- or 400-level) | 6 |
| PL 207 | Political Science | 3 |
| | **Total Hours Required** | **18** |

*BB 411 and BB 412 count as 2-credit history electives except for Bible majors.

### Management

| | | |
|---|---|---|
| AC 231–32 | Principles of Accounting I, II | 6 |
| BA 201 | Business Law | 3 |
| BA 203 | Principles of Management | 3 |
| BA 330 | Computer Applications for Business* | 3 |
| BA 403 | Business Communications | 3 |
| SP 410 | Oral Communication in the Professions | 2 |
| | **Total Hours Required** | **20** |

*Must meet CS 101 prerequisite; students with computer information systems major may replace BA 330 with PW 305, providing prerequisite is met.

### Marketing

| | | |
|---|---|---|
| BA 203 | Principles of Management | 3 |
| BA 313 | Public Relations | 3 |
| MK 202 | Professional Selling | 3 |
| MK 204 | Principles of Marketing | 3 |
| MK 307 | Advertising | 3 |
| MK 308 | Retailing | 3 |
| | **Total Hours Required** | **18** |

### Mathematics

| | | |
|---|---|---|
| MA 221–22 | Calculus I, II | 8 |
| MA | Mathematics Electives* | 12 |
| | **Total Hours Required** | **20** |

*Must be 4 courses (MA 224 or higher). EG 241 counts as a mathematics elective.

### Missions

| | | |
|---|---|---|
| MI 201 | History of Missions | 2 |
| MI 202 | Promotion of Missions | 2 |
| MI 301–2 | Principles and Methods of Missions | 4 |
| MI 403 | Cultural Anthropology | 3 |
| PR | Practical Training Elective | 3 |
| | Missions Electives | 4 |
| | *Electives from which to choose: EE 330, MI 207, 208, 209, 210, 406, or 412* | |
| | **Total Hours Required** | **18** |

Highlighted text indicates a change from the official version of the Catalog.

Students should consult course prerequisites to determine how to fit minor requirements into the course sequence of their chosen major. There must be 9 distinct credits between the major and minor.

### *Music—Instrumental Emphasis**

| | | |
|---|---|---|
| MU 101–2 | Music Theory I, II | 8 |
| MU 226 | Choral Methods | 2 |
| MU 312 | Instrumental Materials and Methods | 2 |
| 131–332 | Private Instrument | 6 |
| ST 141–342 | Orchestra | 6 |
| | **Total Hours Required** | **24** |

*Minor requirements (p. 120)

### *Music—Keyboard Emphasis**

| | | |
|---|---|---|
| MU 101–2 | Music Theory I, II | 8 |
| MU 226 | Choral Methods | 2 |
| MU 335 | Piano Materials and Methods | 2 |
| MU | Hymnplaying | 2 |
| PI 131–332 | Private Piano | 6 |
| | Ensemble | 4 |
| | **Total Hours Required** | **24** |

*Minor requirements (p. 120)

### *Music—Vocal Emphasis**

| | | |
|---|---|---|
| MU 101–2 | Music Theory I, II | 8 |
| MU 226 | Choral Methods | 2 |
| MU 313 | Communication in Song | 1 |
| MU 327 | Voice Materials and Methods | 2 |
| VO 121–22 | Vocal Instruction | 2 |
| VO 231–332 | Private Voice | 4 |
| | Ensemble | 5 |
| | **Total Hours Required** | **24** |

*Minor requirements (p. 120)

### *Music Ministries*

| | | |
|---|---|---|
| CC 131–232 | College Choir | 4 |
| MU 100 | Foundations of Church Music | 4 |
| MU 105–6 | Beginning Hymnplaying* **or** | |
| PI 101–2 | Piano Class† | 2 |
| MU 121–22 | Vocal Class I, II | 2 |
| MU 226 | Choral Methods | 2 |
| MU 402 | Church Music Philosophy and Administration | 2 |
| | Private Music‡ | 4 |
| | **Total Hours Required** | **20** |

*Keyboard emphasis

†Vocal or instrumental emphasis

‡Vocal emphasis takes MU 221–222 and only 2 hrs. of lessons.

### *Office Administration*

| | | |
|---|---|---|
| BA 220 | Business English | 3 |
| BA 330 | Computer Applications for Business | 3 |
| BA 403 | Business Communications | 3 |
| CS 101 | Introduction to Computer Applications | 1 |
| OA 101 | Beginning Keyboarding | 3 |
| OA 201 | Intermediate Keyboarding | 4 |
| OA 210 | Records Management | 2 |
| | **Total Hours Required** | **19** |

### *Performance Studies**

| | | |
|---|---|---|
| SP 102 | Fundamentals of Speech | 3 |
| SP 201 | Voice and Diction | 2 |
| SP 203 | Oral Interpretation of Poetry | 2 |
| SP 204 | Oral Interpretation of Dramatic and Narrative Literature | 2 |
| SP 240 | Stagecraft | 3 |
| SP 244 | Stage Movement | 2 |
| SP 304 | Fundamentals of Acting | 3 |
| SP 341–42 | Performance Studio | 2 |
| | **Total Hours Required** | **19** |

*Minor requirements (p. 125)

### *Physical Education**

| | | |
|---|---|---|
| PE 184 | Soccer/Volleyball | 2 |
| PE 187 | Basketball/Softball | 2 |
| PE 191 | Sport Physiology | 2 |
| PE 196 | Introduction to Coaching | 1 |
| PE 210 | History, Principles, and Philosophy of Physical Education | 2 |
| PE 225 | First Aid | 2 |
| PE 301 | Organization and Administration of Physical Education | 2 |
| PE 321 | Kinesiology | 2 |
| PE 324 | Care of Athletic Injuries | 1 |
| PE 368 | Developing Fitness Programs | 2 |
| PE | Coaching Electives | 6 |
| | **Total Hours Required** | **24** |

*Minor requirements (p. 106)

### *Political Science**

| | | |
|---|---|---|
| PL 101 | Founding of American Government | 3 |
| PL 207 | Political Science | 3 |
| PL 304 | American Government | 3 |
| PL 402 | Political Theory | 3 |
| PL | Political Science Electives† | 9 |
| | **Total Hours Required** | **21** |

*BI 414 must be taken as 2 hours of the BI/BB requirement.

†BA 300 may be taken as a PL elective.

Students should consult course prerequisites to determine how to fit minor requirements into the course sequence of their chosen major. There must be 9 distinct credits between the major and minor.

### Spanish

| | | |
|---|---|---|
| ML 121–22 | Elementary Spanish I, II | 6 |
| ML 221–22 | Intermediate Spanish I, II | 6 |
| ML 321–22 | Spanish Conversation and Composition | 6 |
| **Total Hours Required** | | **18** |

### Studio Art

| | | |
|---|---|---|
| AR 101 | Drawing I | 3 |
| AR 102 | Drawing II | 3 |
| AR 201 | Design Fundamentals I | 3 |
| AR 203 | Basic Painting I | 3 |
| AR 204 | Basic Painting II | 3 |
| AR 303 | Advanced Drawing | 3 |
| AR 304 | Advanced Painting | 3 |
| **Total Hours Required** | | **21** |

### Web Development

| | | |
|---|---|---|
| AR 120 | Digital Typography | 3 |
| AR 220 | Digital Graphics | 3 |
| AR 402 | Web Design I | 3 |
| CS 202 | Introduction to Programming | 3 |
| CS 211 | Introduction to Web Design | 3 |
| CS 367 | Client-Side Web Programming | 3 |
| CS 368 | Server-Side Web Programming | 3 |
| **Total Hours Required** | | **21** |

### Writing

| | | |
|---|---|---|
| EN 301 | Creative Writing | 3 |
| EN 360 | Advanced English Grammar and Composition | 3 |
| PW 302 | Copy Editing | 3 |
| PW 325 | Journalism I | 3 |
| | English/Professional Writing Electives | 9 |
| | *Electives from which to choose: EN 401, PW 301, 326, or 404* | |
| **Total Hours Required** | | **21** |

# COURSE
# DESCRIPTIONS



| INDEX | | |
|---|---|---|

| Subject | Prefix | Page |
|---|---|---|
| Accounting | AC | 183 |
| Art | AR | 184 |
| Bible | BI | 190 |
| Bible Background | BB | 189 |
| Biblical Languages | BL | 191 |
| Biology | BY | 192 |
| Business Administration | BA | 187 |
| Chemistry | CH | 194 |
| Collegiate Life | CL | 197 |
| Computer Science | CS | 197 |
| Creation | CR | 197 |
| Criminal Justice | CJ | 195 |
| Education, Elementary | EE | 202 |
| Education, General | ED | 200 |
| Education, Secondary | SE | 233 |
| Engineering, Electrical | EL | 204 |
| Engineering, General | EG | 203 |
| Engineering, Mechanical | ME | 212 |
| English | EN | 206 |
| Family/Consumer Sciences | FC | 207 |
| Finance | FN | 208 |
| French | ML | 215 |
| Greek | BL | 191 |

| Subject | Prefix | Page |
|---|---|---|
| Hebrew | BL | 192 |
| History | HI | 208 |
| Latin | LA | 214 |
| Marketing | MK | 213 |
| Mathematics | MA | 210 |
| Missions | MI | 213 |
| Modern Languages | ML | 214 |
| Music | MU | 215 |
| Music (non-MU) | varies | 219 |
| Nursing | NU | 220 |
| Office Administration | OA | 223 |
| Physical Education (activity) | PE | 225 |
| Physical Education (general) | PE | 226 |
| Physics | PY | 231 |
| Political Science | PL | 227 |
| Practical Training | PR | 228 |
| Professional Writing | PW | 230 |
| Psychology | PS | 230 |
| Science, General | SC | 232 |
| Spanish | ML | 214 |
| Speech | SP | 234 |
| Sport Management | PM | 228 |

**Important note regarding when courses are offered:** Term notations of *Pre-term, Fall, Interterm, Spring, Post-term,* or *Summer* mean that the course is offered during that term every year. When a term notation is followed by *odd* or *even,* then the course is offered during that term only in *odd* or *even* years, respectively.

Courses that do not have a term notation are not offered on a set rotation.

The number of semester credit hours which a course carries is listed in parentheses following the course title.

## ACCOUNTING

**AC 231 Principles of Accounting I (3)** This course provides a foundational understanding of financial accounting. In addition to the accounting cycle and the basics of accounting systems, specific issues related to cash, accounts receivable, inventories, and fixed assets are also learned. The student presents information on the income statement, statement of owner's equity, and the balance sheet in good form and order. *Fall, Spring.*

**AC 232 Principles of Accounting II (3)** *Prereq.: At least "C-" in AC 231.* This course provides a study of financial accounting with an emphasis on corporations. Students demonstrate knowledge in accounting for investments, current and long-term liabilities, and stockholder's equity as well as preparation and presentation of the statement of cash flows and financial statement analysis. Selected managerial accounting topics are also presented. *Fall, Spring.*

**AC 301 Cost Accounting (3)** *Prereq.: At least "C-" in AC 232.* The student will apply cost accounting principles and procedures in the computation and recording of job order and process and standard costing. The student will also prepare and use cost reports to control organizational costs. *Fall.*

**AC 302 Advanced Cost Accounting (3)** *Prereq.: At least "C-" in AC 301.* Students will learn how to employ cost functions to forecast and report financial results. Formulating and executing strategic decisions is an underlying theme of this course. *Fall even.*

**AC 305 Managerial Cost Accounting (3)** *Prereq.: AC 232.* Students use accounting information (such as cost behavior and analysis, inventory costing, overhead allocation, budgeting, standard costing, and variance analysis) to make informed managerial decisions. Computerized spreadsheets are used extensively for modeling and analysis. AC 305 may not be taken as an AC elective by accounting concentration. *Fall.*

**AC 331 Intermediate Financial Accounting I (3)** *Prereq.: At least "C-" in AC 232.* Students learn the organizations and concepts that influence accounting theory and practice and gain a practical knowledge of the presentation and evaluation of the four basic financial statements. Current accounting literature and professional pronouncements are an integral part of this course. Meets 4 hours a week. *Fall.*

**AC 332 Intermediate Financial Accounting II (3)** *Prereq.: At least "C-" in AC 331.* Students demonstrate understanding of specific elements of the financial statements including inventories, fixed assets, leases, bonds, and pensions. Both practical and conceptual issues are addressed. Current accounting literature and professional pronouncements are an integral part of this course. Meets 4 hours a week. *Spring.*

**AC 403 Principles of Taxation (3)** *Prereq.: At least "C-" in AC 232.* This course provides a survey of federal income taxation of individuals. The students will demonstrate knowledge of filing requirements, the identification of gross income, losses and deductions, property transactions, special tax computations, tax credits, and basic tax planning strategies. *Fall.*

**AC 404 Advanced Taxation (3)** *Prereq.: At least "C-" in AC 403.* The federal income taxation of corporations, partnerships, and their owners is the primary emphasis of this course. Students will demonstrate knowledge of the formation, structure, and taxation of partnerships and corporations including distributions, reorganizations, and consolidated returns. The student will also acquire a basic understanding of the taxation of gifts and estates. Tax research and planning is an integral part of this course. *Spring.*

**AC 410 Accounting Information Systems (3)** *Prereq.: At least "C-" in AC 332 and senior.* This course examines the function and design of computer-based accounting information systems. Students apply control techniques to mitigate identified risks. In addition to flowcharting business processes, students learn to document relational database designs using templates. Students also must demonstrate an ability to create tables, forms, queries, and reports within a relational database. *Spring.*

**AC 431 Advanced Accounting I (3)** *Prereq.: At least "C-" in AC 332.* This course teaches the accounting for various forms of business combinations. Applying the theories of consolidation, students prepare required entries to combine activities of multiple corporations into a single-reporting entity. Students demonstrate the ability to construct worksheets from which consolidated financial statements are generated. Meets 4 hours a week. *Fall.*

**AC 432 Advanced Accounting II (3)** *Prereq.: At least "C-" in AC 431.* The students will learn to record and report financial transactions for multinational, governmental, not-for-profit, partnership, and financially distressed entities. Interim and segmental reporting principles will also be applied. Meets 4 hours a week. *Spring.*

**AC 462 Auditing (3)** *Prereq.: At least "C-" in AC 332.* This course teaches auditing standards and procedures applied by auditors, the development of audit programs, the cyclical approach to accumulating audit evidence, tests of internal controls, and the different types of audit reports. Students perform sampling techniques for gathering audit evidence and learn fraud-detection procedures. *Fall.*

**AC 463 Advanced Auditing (3)** *Prereq.: At least "C-" in AC 462.* Students will enhance their general audit planning and working paper skills as well as learn the concepts and standards associated with other attestation services, internal audits, and governmental audits. Students use computer-assisted auditing tools and apply statistical sampling techniques to form audit judgments. While studying the legal liability of auditors, students also examine AICPA standards that govern the professional conduct of auditors. *Spring odd.*

## ART

**AR 101 Drawing I (3)** *Prereq.: Studio art concentration or minor or art second teaching field or broad field.* Students learn drawing terminology, materials, and techniques by interpreting and rendering visual images from reference material. Meets 6 hours a week. *Fall, Spring.*

**AR 102 Drawing II (3)** *Prereq.: At least "C-" in AR 101.* Students use various drawing media and further develop drawing skills with greater emphasis on drawing the clothed figure and gesture drawing. Meets 6 hours a week. *Spring.*

**AR 111 Principles of Drawing (3)** *Prereq.: Open to all students except studio art concentration or minor or art second teaching field or broad field.* Students learn basic drawing terminology, materials, and techniques by interpreting and rendering visual images from reference material. Meets 6 hours a week. *Fall.*

**AR 120 Digital Typography (3)** *Prereq.: Concentration, teaching field, minor, broad field, or emphasis in advertising/public relations, art, digital media, graphic design, professional writing, studio art, or web development.* Students learn basic principles for using typography in design and layout. Students also learn how to use Adobe InDesign. *Fall, Spring.*

**AR 201 Design Fundamentals I (3)** *Prereq.: Visual arts major; advertising/public relations concentration; minor in advertising, graphic design, studio art, or web development; or art second teaching field or broad field.* Students learn the elements and principles of design and investigate concepts through projects with an emphasis on craftsmanship and control. Meets 4 hours a week. *Fall, Spring.*

**AR 202 Design Fundamentals II (3)** *Prereq.: At least "C-" in AR 201.* Students apply understanding of the elements and principles of design and investigate concepts through projects with an emphasis on craftsmanship and control. Meets 4 hours a week. *Spring.*

**AR 203 Basic Painting I (3)** *Prereq.: At least "C-" in AR 102, 201, and studio art concentration or minor or art second teaching field or broad field.* Students learn to paint with oils through demonstrations, assigned projects, and critiques with an emphasis on building observation and paint application skills. Meets 6 hours a week. *Fall.*

**AR 204 Basic Painting II (3)** *Prereq.: At least "C-" in AR 203.* Students learn to paint with various water-based media through demonstrations, research, assigned projects, and critiques. Meets 6 hours a week. *Spring.*

**AR 213–414 Figure Painting (1 each)** *Prereq. for AR 213: AR 204; each level requires the preceding one.* Students learn to create oil paintings of the human head using live models. Advanced students will further study by painting half- and full-figure works. Each course meets 2 hours a week. *Fall.*

**AR 218 Photography I (3)** This course is a basic study of the tools and techniques of photography. Students learn to operate a digital interchangeable lens camera and edit and store photographic images. Students also learn to communicate visual ideas through photography. The student must have a manual mode digital interchangeable-lens camera capable of 8 megapixels and a jump drive with at least 1 GB capacity. Meets 4 hours a week. *Fall, Spring.*

**AR 220 Digital Graphics (3)** *Prereq.: Concentration, teaching field, minor, broad field, or emphasis in advertising/public relations, art, digital media, graphic design, professional writing, studio art, or web development.* Students develop and edit vector-based and raster-based images using Adobe Illustrator and Photoshop. *Fall, Spring.*

**AR 227 History of Art (3)** This course is a survey of visual art history from ancient art through the Middle Ages. Students learn a biblical perspective of art. *Fall.*

**AR 228 History of Art (3)** *Prereq.: AR 227.* This course is a survey of visual art history from the early Renaissance to the present. Students analyze art from a biblical perspective. *Spring.*

**AR 231–432 Yearbook Practicum (1 each)** *Prereq.: Student must be a member of the yearbook staff.* Students earn credit for actual work on the *Summit* and will be given basic guidelines for design layout, copywriting, and photography composition. Students apply their skills of time management, teamwork, and organization in a professional office setting. *Fall, Spring.*

**AR 241 Introduction to the Mass Media (3)** Students receive an overview of the mass media industries with an emphasis on the impact that the convergence of these industries is having on the media landscape. The media's impact on society, media law, and media literacy are emphasized. *Fall odd.*

**AR 250 Introduction to Digital Illustration (3)** *Prereq.: At least "C-" in AR 101 or 111, 201, and visual arts major.* Students practice basic rendering techniques and design principles used in digital illustration. *Fall, Spring.*

**AR 254–454 3-D Design Fundamentals** (3 each) *Prereq. for AR 254: At least "C-" in AR 101 or 111 and AR 201; each level requires the preceding one.* Students apply the elements and principles of design to the development of three-dimensional works using a variety of materials and methods. Meets 6 hours a week. *Fall, Spring.*

**AR 267 Graphic Design I** (3) *Prereq.: At least "C-" in AR 120, 201, and 220.* Students learn to develop and present solutions for basic graphic design problems. Principles of visual communication, layout, and print production are studied. Meets 6 hours a week. *Fall.*

**AR 268 Graphic Design II** (3) *Prereq.: At least "C-" in AR 267.* Students develop solutions to more advanced graphic-design problems with an emphasis on creativity and clear communication through type, image, and layout. Meets 6 hours a week. *Spring.*

**AR 303 Advanced Drawing** (3) *Prereq.: At least "C-" in AR 102.* Students learn skeletal and muscular forms of the human figure as they relate to the artist and draw the clothed figure from reference and observation. Meets 6 hours a week. *Fall.*

**AR 304 Advanced Painting** (3) *Prereq.: At least "C-" in AR 204 and 303.* Students continue to refine painting techniques and composition development by creating several paintings using various media. Meets 4 hours a week. *Spring.*

**AR 308 Photography II** (3) *Prereq.: At least "C-" in AR 218.* Students further develop their digital photography skills as they photograph a variety of field and studio assignments. An emphasis is placed on the students' application of professional lighting and exposure techniques as well as a refinement of their image processing and digital management skills. *Fall, Spring.*

**AR 309 Photography III** (3) *Prereq.: At least "C-" in AR 308.* Students continue to develop and refine skills gained in AR 308 as they photograph a variety of instructor-directed assignments and develop a portfolio of their work. *Fall, Spring.*

**AR 310 Calligraphy** (1) *Prereq.: AR 201 and junior or senior visual arts major or art teaching field, advertising/public relations or professional writing concentration, studio art minor, or graphic design minor or broad field.* Students use a variety of tools and stroke techniques to develop competence in basic calligraphic letter forms. Meets 2 hours a week. *Fall, Spring.*

**AR 321 Illustration I** (3) *Prereq.: At least "C-" in AR 202, 204, 250, and 303.* Students learn basic principles of illustration development. Meets 6 hours a week. *Fall.*

**AR 322 Illustration II** (3) *Prereq.: At least "C-" in AR 321.* Students develop visual storytelling techniques by completing various illustration assignments with an emphasis on concept and compositional development. Meets 6 hours a week. *Spring.*

**AR 323 Principles of Digital Multimedia Technology** (3) *Prereq.: AR 220 and graphic design concentration or digital media minor, broad field, or emphasis.* This course teaches students the basics of working with digital audio and video technologies. Students learn how to use industry-standard equipment and Adobe Creative Cloud applications as they acquire media content and edit it into a variety of productions. *Fall.*

**AR 324 Digital Multimedia Production** (3) *Prereq.: At least "C-" in AR 323.* This course builds on the foundation of AR 323 by advancing students' media production skills while the students develop realistic multimedia content. Students also begin learning motion graphics and the basics of 3-D space with an emphasis on learning the integration of Adobe Creative Cloud Applications. *Spring.*

**AR 325 Publication Design** (3) *Prereq.: AR 268 and visual arts major.* Students learn guidelines and requirements necessary for publication of print and electronic media. Students create original layouts and prepare for publication. *Fall.*

**AR 326 Publication Practicum** (3) *Prereq.: At least "C-" in AR 268 and 325 and graphic design concentration; or at least "C-" in AR 322 and studio art concentration.* Students gain practical experience working in a team to develop a complex publication from concept to published work. Students design and promote the PCC *Fountains* student publication. *Spring.*

**AR 336–337 Studio Art Internship** (3 each) *Prereq. for AR 336: At least "C-" in AR 204 and 303, and studio art concentration; prereq. for AR 337: AR 336.* Students receive practical studio art experience in this internship. A minimum of 120 hours is spent in a professional environment at an approved off-campus site. Students create valuable additions to their portfolios. *Both sem., Interterm, and Summer.*

**AR 346–347 Graphic Design Internship (3 each)** *Prereq. for AR 346: At least "C-" in AR 268 and graphic design concentration; prereq. for AR 347: AR 346.* Students receive practical graphic design experience in this internship. A minimum of 120 hours is spent in a professional environment at an approved off-campus site. Students create valuable additions to their portfolios. *Both sem., Interterm, and Summer.*

**AR 348 History of Illustration and Graphic Design (3)** *Prereq.: AR 228.* This course traces the history of commercial art with an emphasis on illustration and graphic design. Students identify and analyze changes in industry practice and how they relate to the present. *Spring.*

**AR 364 Media Studio Production (3)** *Prereq.: AR 323.* Students further their understanding of audio and video equipment as they learn how to develop and produce media projects in a variety of studio and other live production situations. *Spring.*

**AR 402 Web Design I (3)** *Prereq.: AR 268 and CS 211.* Students learn foundational web design principles by planning, developing, designing, and testing various web-based media. Meets 4 hours a week. *Spring.*

**AR 403 Web Design II (3)** *Prereq.: At least "C-" in AR 402.* Students learn principles of user-experience and interface design and apply to the development of live websites. *Fall.*

**AR 420 Advertising Design I (3)** *Prereq.: At least "C-" in AR 268.* Students learn to individually and collectively develop a brand identity and a creative advertising campaign through researching, developing, and presenting projects which promotes various products or services. Meets 4 hours a week. *Fall.*

**AR 421 Advertising Design II (3)** *Prereq.: At least "C-" in AR 420.* Students individually and collectively create a comprehensive advertising campaign through researching, developing, and presenting projects which promote an event. Meets 4 hours a week. *Spring.*

**AR 440 Portfolio (3)** *Prereq.: At least "C-" in AR 268, 304, 322, and senior studio art concentration; or credit for or concurrent enrollment in AR 420 and senior graphic design concentration.* Students develop self-promotional marketing tools and a personal portfolio. Students also learn presentation and interview techniques and basic field-related business practices. *Fall.*

**AR 450 Directed Studio (3)** *Prereq.: Graduating senior graphic design concentration in last semester and credit for or concurrent enrollment in AR 440.* Students create advanced-level work for their senior portfolios under the direction of an instructor. Emphasis is placed on developing a cohesive body of work with a clear personal direction. *Fall, Spring.*

**AR 451 Directed Studio (3)** *Prereq.: Graduating senior studio art concentration in last semester and credit for or concurrent enrollment in AR 440.* Students create advanced-level work for their senior portfolios under the direction of an instructor. Emphasis is placed on developing a cohesive body of work with a clear personal direction. *Fall, Spring.*

**AR 498 Senior Graphic Design Portfolio Exhibit (0)** *Prereq.: Concurrent enrollment in AR 450. Fall, Spring.*

**AR 499 Senior Studio Art Portfolio Exhibit (0)** *Prereq.: Concurrent enrollment in AR 451. Fall, Spring.*

## BUSINESS ADMINISTRATION

**BA 101 Introduction to Business (2)** Students gain a basic understanding of business functions and areas of specialization within the field of business. *Fall, Spring.*

**BA 201 Business Law (3)** *Prereq.: Sophomore or above.* This course is open to all students who would like to increase their understanding of legal principles that apply to various business transactions. Contracts, labor-management responsibilities, property, insurance, partnerships and corporations, wills and trusts, and torts and business crimes are discussed. *Fall, Spring.*

**BA 203 Principles of Management (3)** Students will learn how managers use functional, behavioral, and informational resources to achieve organizational goals and strategic solutions within a dynamic environment. Students also will learn how to motivate and lead people, facilitate processes, and develop their interpersonal and professional skills. *Fall, Spring.*

**BA 217 e-Business Systems (3)** *Prereq.: Sophomore or above.* Students will demonstrate an understanding of the e-business systems used in business-to-business (B2B) and business-to-consumer (B2C) relationships. Application of the Internet and related technologies to various business processes is presented. Emphasis is placed on understanding e-business technology fundamentals and exploring different ways to conduct business online. Current B2B and B2C organizations and their operational strategies are discussed. *Spring.*

**BA 220 Business English (3)** *Prereq.: At least "C-" in EN 121 or 123.* Students complete an in-depth study of punctuation, capitalization, and number style and apply this knowledge as they edit various business documents. *Fall, Spring.*

**BA 224, 225 Business Practicum (1 each)** *Prereq. for BA 224: Sophomore or above with a major or minor in the business department other than criminal justice and approval from chair of business; prereq. for BA 225: BA 224, a major or minor in the business department other than criminal justice, and approval from chair of business.* Students obtain field experience in an approved business for a minimum of 40 hours. *Both sem., Interterm, and Summer.*

**BA 300 Principles of Free-Market Economics (3)** The student will assess the principles of supply, demand, inflation, employment levels, financial institutions, fiscal and monetary policy, global markets, and economic theory from a free-market perspective. This course may be taken as a social science elective. *Fall, Spring.*

**BA 301 Corporate Finance (3)** *Prereq.: AC 232.* A basic understanding of the function of finance, financial planning and control, and corporate structure is developed. Students use time value of money, financial statement analysis, forecasting, projected cash flows, and capital budgeting techniques to evaluate business scenarios. *Fall, Spring.*

**BA 302 Corporate Finance (3)** *Prereq.: At least "C-" in BA 301.* Students evaluate business decisions through the application of working capital management, inventory models, credit management policy, cash and marketable security management, and short-term financing. Students also learn and demonstrate knowledge of cost of capital, dividend policy, capital markets, and lease financing culminating in a financial management simulation of a firm. *Fall, Spring.*

**BA 303 Macroeconomics (3)** *Prereq.: MA 121 or placement into MA 130 or higher.* The students will demonstrate an understanding of national economic policy and characterize its implications for public policy, taxation, and monetary policy. National income, GDP, and economic forecasting will be discussed. This course may be taken as a social science elective. *Fall, Spring.*

**BA 304 Microeconomics (3)** *Prereq.: BA 303; and MA 130 or placement into MA 131 or higher.* This course discusses economic principles (such as supply, demand, consumer behavior, and the theory of the firm) applicable to individuals and firms. Students demonstrate their knowledge in practical application through making production decisions for firms within various market structures, allocating resources to minimize the cost of production, determining price and output levels to maximize firm profits, and analyzing the effects of government intervention in the market economy. This course may be taken as a social science elective. *Fall, Spring.*

**BA 313 Public Relations (3)** This course includes a historical overview of public relations, plus an analysis of various PR principles and applications. These include public relations as a management function; the distinction between PR and advertising; and PR as a form of advocacy, motivation, and persuasion. Students plan and stage a major on-campus PR event. *Fall, Spring.*

**BA 317 Small Business Entrepreneurship (3)** *Prereq.: AC 232 or OA 214; and sophomore or above.* The student will analyze the steps in formulating and managing a small business within a dynamic environment. The exciting opportunities and challenges faced by entrepreneurs in addition to issues such as idea conception, feasibility, planning, financing, legalities, marketing, operations, and management will be discussed and applied in the development of a business plan. *Fall.*

**BA 322 Business Statistics (3)** *Prereq.: Credit for or concurrent enrollment in MA 121 or placement into MA 130 or higher.* This course demonstrates the foundations of statistical measurement and analysis using both descriptive and inferential statistics within a business framework. The students will acquire understanding of statistical topics such as frequency distributions, sampling theory, averages, variation, probability and probability distributions, sampling distributions, estimation, hypothesis testing, regression, and correlation. *Fall, Spring.*

---

Highlighted text indicates a change from the official printed version of the Catalog.

**BA 330 Computer Applications for Business** (3) *Prereq.: CS 101 or proficiency; and sophomore or above.* The student will develop a working knowledge of computer applications through hands-on experience. The student will be able to produce useful and practical projects by effectively using the Microsoft Office Suite and be able to integrate from one application to another. *Fall, Spring.*

**BA 403 Business Communications** (3) *Prereq.: EN 126; and junior or senior business major, computing major, business technology minor, office administration minor or broad field, management minor or broad field; or sophomore office systems student in A.S. program.* This course teaches students the mechanics and principles of effective business correspondence. Students learn how to compose and edit résumés and cover letters; business e-mail, memorandums, and letters; and formal reports. *Fall, Spring.*

**BA 411 Production and Logistics Management** (3) *Prereq.: MA 330 and junior or senior.* This course examines the use of resources to produce goods and services. The students will demonstrate knowledge of material acquisition, scheduling, resource planning, lean production, supply chain management, and operations strategy as they relate to production and operations management. *Fall, Spring.*

**BA 413 Public Relations Management** (3) *Prereq.: BA 313.* This advanced public relations course analyzes crisis management from a management-stakeholder relationship. Students utilize case-study methodology to assess crises and issues while demonstrating confidence in formulating a proper ethical response using various media channels. *Spring.*

**BA 422 International Business** (3) *Prereq.: Junior or senior.* This course provides a multi-disciplinary study of international business. Students will learn the business, political, cultural, and economic underpinnings of global business. *Fall, Spring.*

**BA 430 Strategic Management and Business Policy** (3) *Prereq.: Senior management or finance concentration graduating in December or May.* This capstone course uses the case-study method to integrate knowledge from all business disciplines to formulate and execute strategies at the functional, business, and corporate levels. The student will demonstrate an understanding of SWOT analysis, Porter's Five Forces Model, sustainable competitive advantage, environmental analysis, measurement of performance, and the appropriate fit between strategy and organizational structure. *Fall, Spring.*

**BA 431 Contemporary Issues in e-Business** (3) *Prereq.: BA 217.* This course focuses on the current trends in Business-to-Business e-business activities, including design and implementation issues, web-enabling technologies, collaborative commerce, vertical and horizontal portals, emerging e-business models, enterprise resource planning, supply chain management, knowledge management, global issues, security concerns, intellectual property, privacy, ethical issues, and legal implications. *Fall odd.*

**BA 442 Advanced Business Law** (3) *Prereq.: BA 201.* The student will learn about advanced treatment of selected topics in business law with special attention to the application of the Uniform Commercial Code. The student will demonstrate understanding of the law with respect to sales, leases, real and personal property, negotiable instruments, and bankruptcy. Issues related to professional liability are also addressed. This course is strongly recommended for those students who are planning to take the CPA examination. *Spring.*

## BIBLE BACKGROUND

**BB 411 Church History I** (2) *Prereq.: HI 101, 102, and junior or senior.* Students will learn a survey of the New Testament Church from its birth up to the Reformation. Attention is also given to an examination of the underlying texts of the English Bible, the history of the translation of the English Bible, and the great Christians whom God has used to give us His Word in the English language. This course may be taken as a history elective by history teaching field (minimum grade—"C-") or minor, in which case it would not count as a Bible Background elective. *Fall.*

**BB 412 Church History II** (2) *Prereq.: HI 101, 102, and junior or senior.* Students will learn a survey of the New Testament Church from the Reformation to the present. Attention is given to the lives of the Reformers and the lives of great Christians used by God in the great revivals and missions works from the 1700s to the 1900s. The course also identifies major movements that have influenced twentieth century church history: Pentecostalism, Liberalism, Neo-orthodoxy, Fundamentalism, and New Evangelicalism. Each movement is examined in light of Scripture. This course may be taken as a history elective by history teaching field (minimum grade—"C-") or minor, in which case it would not count as a Bible Background elective. *Spring.*

_____
Highlighted text indicates a change from the official printed version of the Catalog.

# BIBLE

**BI 101 New Testament Survey** (**2**) This course provides a general knowledge of the four Gospels and Acts. Students learn the author, theme, content, and distinctive features of each book. *Fall, Spring.*

**BI 102 New Testament Survey** (**2**) This course provides a general knowledge of the New Testament books of Romans through Revelation. Students learn the author, theme, content, and distinctive features of each book. *Fall, Spring.*

**BI 201 Old Testament Survey** (**2**) A chronological overview of the Pentateuch, including the authorship, purpose, and major characters of each book. The student will learn a broad outline of each book. Special attention is given to the days of creation, the Patriarchs, the events of the Exodus, and the Tabernacle. *Fall, Spring.*

**BI 202 Old Testament Survey** (**2**) A chronological overview of Israel's history from Joshua to Malachi. The student will learn a broad outline of each book, including the authorship, purpose, major characters, and passages of doctrinal significance. *Fall, Spring.*

**BI 203 Life of Christ** (**2**) *Prereq.: BI 101.* The student will learn about the life and ministry of Jesus from the Gospels by studying the major chronological periods of Christ's life and ministry. *Fall, Spring.*

**BI 206 Acts** (**2**) An exposition of Acts, concentrating on the history of the spread of the gospel in the early Church and the development of the Church and its doctrine. The student will memorize Scripture, learn key events from each chapter, and learn about the spread and development of the Church. *Fall, Spring.*

**BI 214 General Epistles** (**2**) An in-depth study of I, II, and III John, I and II Peter, and the Epistle of Jude, noting the warning to believers about false teachers and principles of growth in the Christian life. *Fall, Spring.*

**BI 216 Teachings of Jesus** (**2**) *Prereq.: BI 101.* A comprehensive study of the teachings of Christ as found in the four Gospels, with an emphasis on application. The student will thoroughly investigate Christ's parables, discourses, and short sayings. *Fall, Spring.*

**BI 218 I and II Corinthians** (**2**) An exposition of the Corinthian epistles. The student will learn doctrinal truth and how to apply it to the Christian life by identifying issues addressed to the Corinthians and instruction provided. *Spring.*

**BI 233 Life of David** (**2**) A study of the life of David. The student will learn contextual perspectives of theocracy and transition to the monarchy. Emphasis is given to specific events in the life of David and people associated with him. The student will be able to identify and illustrate application of biblical truth to daily life. *Fall, Spring.*

**BI 303 Hebrew History I** (**2**) *Prereq.: BI 201 and 202.* Students will learn the major events in Hebrew history beginning with the Exodus from Egypt through the wilderness wanderings as recorded in Numbers. A special emphasis is given to the theological principles that relate to the life of the believer. *Fall.*

**BI 304 Hebrew History II** (**2**) *Prereq.: BI 201 and 202.* Students will learn the major events in Hebrew history from the preparation to enter the Promised Land to the period of judges (Deuteronomy through Ruth). A special emphasis is given to the theological principles that relate to the life of the believer. *Spring.*

**BI 312 Romans** (**2**) An introduction to and exposition of Romans noting man's condemnation because of sin and his justification and sanctification because of the work of Christ. The student will develop a greater understanding of the theological doctrine Paul sets forth in his epistle to the church in Rome. *Fall, Spring.*

**BI 314 Genesis** (**3**) A thorough treatment of Genesis giving special attention to the Creation, the Fall, the Flood, the tower of Babel, the call of Abraham, and God's dealing in and through the lives of Abraham, Isaac, Jacob, and Joseph. *Spring.*

**BI 317 Galatians and the Prison Epistles** (**2**) The student will be given an overall understanding of Galatians, Ephesians, Philippians, Colossians, and Philemon through a study of the major doctrines in each book. The understanding that each book gives regarding God's grace will especially be highlighted. *Spring.*

---

Highlighted text indicates a change from the official version of the Catalog.

**BI 318 Biblical Poetry (2)** BI 318 is an introduction to the books of biblical poetry—Job, Psalms, Proverbs, Ecclesiastes, and Song of Solomon. Students will gain knowledge of the background, historical setting, authorship, poetical structure, and theme of each book. Special emphasis will be given to the devotional and theological elements. Selected portions of these books will be studied with the intent of making practical application. *Fall, Spring.*

**BI 319 I and II Timothy and Titus (2)** This course is an introduction to and exposition of I and II Timothy and Titus. The student will learn specific teachings and how to apply them in ministry in local churches. *Fall, Spring.*

**BI 320 Isaiah (2)** Introduction to and commentary on Isaiah. The student will learn the historical and theological background to the prophecy of Isaiah and its meaning for Israel and the world. Emphasis will be given on identifying the attributes, character, mission, and specific roles of the Messiah. *Fall.*

**BI 321 Bible Doctrines (2)** A study familiarizing the student with the basic Bible doctrines upon which Christianity stands. The student will identify the essential elements of Bibliology, theology proper, Christology, and pneumatology. *Fall.*

**BI 322 Bible Doctrines (2)** A study familiarizing the student with the basic Bible doctrines upon which Christianity stands. The student will identify the essential elements of anthropology, ecclesiology, soteriology, angelology, and eschatology. *Spring.*

**BI 360 Minor Prophets (2)** This course provides the student with a foundational knowledge of the office and ministry of the Old Testament prophet, the message of each of the Minor Prophets, Israel's unfaithfulness to the Old Testament covenants, and the Messianic prophecies contained in these books. Great emphasis is placed on the application of the eternal truths of God's Word to the lives of believers of all times. *Fall odd.*

**BI 414 Revelation (2)** *Prereq.: BI 102 and sophomore or above.* Students will learn the content, as well as the scope and sequence, of the book of Revelation. Special attention will be given to the centrality of Christ in the book, the correct interpretation of prophecy, and an overall biblical eschatology. *Fall, Spring.*

**BI 416 Hebrews and James (2)** *Prereq.: BI 102 and sophomore or above.* An in-depth study of Hebrews noting its essential unity with the Old Testament and its fulfillment in the New Testament ministry of Christ, and a study of the book of James and its application of faith to everyday life. *Fall, Spring.*

**BI 420 I and II Thessalonians (2)** *Prereq.: BI 102 and sophomore or above.* This course introduces the church at Thessalonica and reviews the start of this church in Acts 17 during Paul's second missionary journey. The course includes a careful exposition of Paul's two short letters to the Thessalonians. Students will learn the themes and doctrines of each book. *Fall.*

**BI 490 Bible Comprehensive Review (1)** This course presents a review of comprehensive Bible knowledge and is required of all students who do not successfully pass the Bible Comprehensive Exam given to all Bible majors in the final semester of their studies. Upon successful completion, the student will be able to articulate doctrinal truth. *Interterm and Post-term.*

## BIBLICAL LANGUAGES

**BL 101 Elementary Greek (4)** This course lays the foundation for the skills necessary to read and properly interpret the Greek New Testament. Students will be required to understand and memorize the most common vocabulary and paradigms, including first, second, and third declension nouns, the personal pronouns, present and aorist participles, and the most common tenses of the indicative mood. *Fall.*

**BL 102 Elementary Greek (4)** *Prereq.: BL 101.* This course continues to lay the foundation for the skills necessary to read and properly interpret the Greek New Testament. Students will continue the memorization of vocabulary and paradigms, including the infinitive, contract and liquid verbs, subjunctive and imperative moods, and all remaining forms of the noun, adjective, and pronoun. Translation skills are enhanced by weekly assignments in the translation of John's first epistle. *Spring.*

**BL 201 Intermediate Greek (3)** *Prereq.: At least "C-" in BL 102.* This course builds on the vocabulary and grammatical skills acquired in BL 101 and BL 102. Instruction will focus on the most common syntactical categories as well as the case system of the Greek New Testament. The student will translate from the Gospel of Mark and perform a number of diachronic Greek word studies. *Fall.*

**BL 202 Intermediate Greek** (3) *Prereq.: BL 201.* This course builds on the vocabulary and syntactical skills acquired in BL 201. Instruction will focus on the syntax of the Greek verb and all other parts of speech, as well as the diagrammatical process. The student will continue to translate from the Gospel of Mark and provide a diagrammatical analysis from those texts. A detailed exegesis with word studies and diagrams will be written from a specific passage of Scripture. *Spring.*

**BL 445 Elementary Hebrew** (3) A beginning analysis of elementary Hebrew including alphabet, vowels, nouns, particles, adjectives, and other parts of speech. The student majors on learning the strong verb system and basic vocabulary while translating passages from the book of Genesis. *Fall.*

**BL 446 Elementary Hebrew** (3) *Prereq.: BL 445.* A continuation of vocabulary, grammar, and syntax. The student will be introduced to the weak verb system. Translation is done from the book of Ruth. *Spring.*

# BIOLOGY

**BY 105 Principles of Biology** (4) *Prereq.: Pre-nursing major or sport management concentration.* Students learn the basic principles of biology with an emphasis on the cell as the structural and functional unit of life. 4 hours lecture, plus lab. *Fall.*

**BY 111 General Biology I** (4) *Prereq.: Non-nursing major.* This course begins with a study of origins and fundamental concepts in ecology. The course concludes with a study of cell biology, including cell structure, metabolism, reproduction, and genetics. Students receive practical training in use of ecological modeling in lab. Cell biology labs stress techniques and fundamentals of genetics. 4 hours lecture, plus lab. *Fall.*

**BY 112 General Biology II** (4) *Prereq.: BY 111 and non-nursing major.* Students study the diversity of life through examination of plant and animal taxa, morphology, anatomy, and physiology. An overview of the major plant and animal phyla will be studied in lab through specimen analysis and dissections. Human anatomy and physiology is also emphasized. 4 hours lecture, plus lab. *Spring.*

**BY 201 General Anatomy and Physiology** (4) *Prereq.: BY 105 or 111; concentration/emphasis other than biology, pre-medicine, pre-pharmacy, or pre-physical therapy.* A review of cell biology is given. Students learn the anatomy and physiology of the human integumentary, skeletal, cardiovascular, lymphatic, and respiratory systems. Lab work consists of histological study of tissue types and anatomical study of body systems including organ-specific dissections and 3-D imaging software for digital dissections. 3 hours lecture, plus lab. *Spring.*

**BY 202 General Anatomy and Physiology** (4) *Prereq.: BY 105 or 111; concentration/emphasis other than biology, pre-medicine, pre-pharmacy, or pre-physical therapy.* Students learn concepts of anatomy and physiology of the human muscular, nervous, endocrine, digestive, urinary, and reproductive systems. Studies are made in the areas of nutrition, electrolyte and water balance, and embryology. Lab work includes an anatomical and physiological study of these systems including organ-specific dissections and 3-D imaging software for digital dissections. 3 hours lecture, plus lab. *Fall.*

**BY 206 Microbiology** (4) *Prereq.: BY 105, CH 107, and sophomore or above.* Students learn the physiological and clinical aspects of microorganisms. Special emphasis is given to bacteria and the role of microorganisms in disease. Basic virology, parasitology, epidemiology, and immunology are studied. 3 hours lecture, plus lab. *Spring.*

**BY 221 Zoology** (4) *Prereq.: BY 111 and 112.* Students learn the basic principles of animal biology through an integrated review of morphology, physiology, genetics, and development. Classification, structure, and function of both invertebrates and vertebrates are examined in the laboratory and field, using both live and preserved specimens. Local marine and land species are observed. 3 hours lecture, plus lab. *Fall.*

**BY 222 Botany** (4) *Prereq.: BY 112.* Students learn the anatomy and physiology of the plant kingdom with an emphasis on photosynthesis, water and nutrient transport and use, and growth/development. Differences among plant divisions will be discussed. Students gain practical experience in the laboratory using microscopic and macroscopic observations along with plant physiology experiments. Plant forms in the upper Gulf Coast ecology are referenced. 3 hours lecture, plus lab. *Spring.*

**BY 306 General Microbiology (4)** *Prereq.: BY 112 and CH 112.* Students learn the central concepts of microbiology. In-depth study is given to physiology, morphology, and classification of microbiota. Roles of the microbiome in human health and disease are emphasized. Attention is focused on bacteriology; protists, fungi, viruses, and parasites are also considered. 3 hours lecture, plus lab. *Spring.*

**BY 311 Anatomy and Physiology I (4)** *Prereq.: BY 112 and biology, pre-medicine, pre-pharmacy, or pre-physical therapy concentration/emphasis.* A review of cell biology is given. Students acquire understanding of anatomy and physiology of the human skeletal, muscular, integumentary, and nervous systems. In addition, students learn pathology of each system studied. Lab work consists of histological and anatomical study of body parts including organ-specific dissections and 3-D imaging software for digital dissections with additional work in physiology. 3 hours lecture, plus lab. *Fall.*

**BY 312 Anatomy and Physiology II (4)** *Prereq.: BY 311 and biology, pre-medicine, pre-pharmacy, or pre-physical therapy concentration/emphasis.* This course is a continuation of the first-semester course. Students learn the anatomy and physiology of the respiratory, endocrine, digestive, reproductive, excretory, immune, and cardiovascular systems. Pathology will also be considered for the systems covered. Lab work consists of physiological, histological, and anatomical study including organ-specific dissections and 3-D imaging software for digital diessections of organs and systems with additional work in physiology. 3 hours lecture, plus lab. *Spring.*

**BY 323 Ecology (4)** *Prereq.: BY 111 and 112.* Students learn the interactions of biotic and abiotic factors and their effects on population structure along with other fundamental ecology topics. Lab studies will focus on population studies both in a laboratory setting and in the field. 3 hours lecture, plus lab. *Fall.*

**BY 331 Genetics (3)** *Prereq.: BY 105 or 111.* This course is an introduction to the basic concepts of classical, molecular, and population genetics with special emphasis on the human genome and biomedical applications. Students develop skills in solving genetics problems. *Fall.*

**BYL 331 Genetics Lab (1)** *Coreq.: BY 331.* This genetics lab is taught in conjunction with BY 331 Genetics. 3 hours lab per week. *Fall.*

**BY 341 Immunology (3)** *Prereq.: CH 212 and credit for or concurrent enrollment in BY 331.* This course is an introduction to immunobiology and immunochemistry. Emphasis is placed on human immunity. Students will learn innate and adaptive immune mechanisms, antigen and antibody structure and interactions, and the roles of the immune system in allergies, autoimmunity, and transplantation. *Fall.*

**BY 342 Developmental Biology (4)** *Prereq.: BY 331 and CH 212.* Students develop an understanding of key topics in developmental genetics, morphogenesis, and organogenesis in vertebrate organisms with a focus on human developmental biology. 3 hours lecture, plus lab. *Spring.*

**BY 351 Vertebrate Zoology (4)** *Prereq.: BY 221.* Students learn the basic principles of vertebrate biology through an integrated review of vertebrate morphology and physiology. Classification, structure, and function of vertebrates are examined in the laboratory and field, using both live and preserved specimens. Local marine and land vertebrate species are observed. 3 hours lecture, plus lab. *Fall.*

**BY 411 Parasitology (4)** *Prereq.: Two BY lab courses.* Students will gain a comprehensive understanding of parasites and parasitism. Emphasis will be placed on parasite life cycles, ecology, epidemiology, pathology, prevention, and treatment. Consideration will be made of the global socioeconomic impact of both human and veterinary parasites. 3 hours lecture, plus lab. *Fall even.*

**BY 422 Cell Biology (4)** *Prereq.: BY 105 and CH 107; or BY 111 and CH 112.* This course provides a comprehensive introduction to cellular and molecular biology. It covers the major issues concerning cell function and cell constituents, including the fundamentals of embryology and the study of the immune system. Students acquire a broad and coherent basis of reference in this subject. *Spring.*

**BY 441 Exercise Physiology (4)** *Prereq.: BY 201 and 202; or BY 311 and 312; or PE 191, 321, and approval from chair of natural sciences.* This course provides a rigorous coverage of the principles of bioenergetics and the physiological response of the human body to exercise and physical conditioning. Students will learn the integration of body systems in the adaptation to exercise. Lab work focuses on applying physiological principles to a practical understanding of exercise. 3 hours lecture, plus lab. *Fall.*

Highlighted text indicates a change from the official version of the Catalog.

**BY 442 Biomechanics** (**4**) *Prereq.: BY 311 or 441, and at least "C-" in MA 131.* This course builds on a background of musculoskeletal anatomy to cover the fundamental mechanical properties and structural behavior of biological tissues. Students will learn the relationship of structure and function in the musculoskeletal system and how it applies to the analysis of stress and strain in biological tissues. Students will be introduced to both quantitative and qualitative approaches to analyze forces in human function and movement. Lab work focuses on the measurement of biomechanical forces and the application of foundational principles. 3 hours lecture, plus lab. *Spring.*

**BY 449 Molecular Biology** (**3**) *Prereq.: BY 331 and CH 306.* Students gain in-depth knowledge of nucleic acid biology in living cells and build on the core concepts learned in genetics to explore regulation of gene expression on a more advanced level. Emphasis is also given to the underlying principles that support experimental study of nucleic acids, gene expression, and gene regulation. *Fall.*

**BY 450 Biotechnology** (**3**) *Prereq.: BY 331 and CH 211.* This course is an introduction to the use of microorganisms and other biological systems to aid in manufacturing various products. In this capstone experience, students apply concepts of ethics, genetics, and biochemistry to practical problems. 1 hour lecture, plus lab. *Spring.*

## CHEMISTRY

**CH 107 Chemistry for the Allied-Health Professional** (**4**) *Prereq.: One-year pre-nursing major or at least "C-" in BY 105, 201, and MA 121.* The student will learn foundational concepts in general, organic, and biological chemistry with a focus on biological applications for nursing and health-related fields. Special emphasis is placed on the structure, function, and metabolism of carbohydrates, lipids, proteins, enzymes, vitamins, and hormones. 4 hours lecture, plus lab. *Fall, Spring.*

**CH 111 General Chemistry I** (**4**) *Prereq.: Non-nursing major and credit for or concurrent enrollment in MA 121 or higher MA course.* Students learn the principles of chemistry including classification of matter, unit conversion, stoichiometry, thermochemistry, atomic structure, chemical bonding, molecular structure, chemical reactions, the periodic table, and gases. 4 hours lecture, plus lab. *Fall.*

**CH 112 General Chemistry II** (**4**) *Prereq.: CH 111.* Students learn the principles of chemistry including intermolecular forces, condensed states of matter, solutions, chemical kinetics, equilibria, acids and bases, thermodynamics, oxidation and reduction, introductory organic chemistry, the study of metals and nonmetals, and nuclear chemistry. 4 hours lecture, plus lab. *Spring.*

**CH 211 Organic Chemistry I** (**4**) *Prereq.: CH 112.* Students learn the structure, reactions, and reaction mechanisms of alkanes, alkyl halides, alkenes, alkynes, alcohols, ethers, and epoxides. The course also includes the study of stereochemistry and aromatic compounds. 3 hours lecture, plus lab. *Fall.*

**CH 212 Organic Chemistry II** (**4**) *Prereq.: CH 211.* Students learn aspects of spectroscopy and conjugated systems, ketones, aldehydes, amines, carboxylic acids and their derivatives, and enols. 3 hours lecture, plus lab. *Spring.*

**CH 306 Biochemistry** (**4**) *Prereq.: BY 111 and CH 211.* Students learn the structure of carbohydrates, lipids, proteins, vitamins, hormones, and enzymes and their relationship to life and metabolic processes. 3 hours lecture, plus lab. *Spring.*

**CH 315 Analytical Chemistry** (**4**) *Prereq.: CH 112.* Students learn the separation and analysis of chemical substances, with emphasis on electrolyte solutions. 3 hours lecture, plus lab. *Spring even.*

**CH 321 Physical Chemistry I** (**4**) *Prereq.: PY 232 and credit for or concurrent enrollment in CH 315.* Students apply calculus and physics to the study of chemical thermodynamics, reaction kinetics, and electrochemistry. 3 hours lecture, plus lab. *Fall even.*

**CH 322 Physical Chemistry II** (**4**) *Prereq.: CH 321.* Students continue applying calculus and physics to the study of quantum chemistry, statistical mechanics, and spectroscopy. 3 hours lecture, plus lab. *Spring odd.*

**CH 411 Inorganic Chemistry** (**4**) *Prereq.: CH 112.* Students learn about atomic structure, molecular symmetry, bonding, periodic trends, ionic solids, and acid-base chemistry. Particular focus will be given to metal complexes and organometallic complexes with emphasis on nomenclature, stereochemistry, electronic structure, and reactivity. The areas of redox reactions, catalysis, and bioinorganic chemistry will be covered. 3 hours lecture, plus lab. *Fall odd.*

Highlighted text indicates a change from the official version of the Catalog.

**CH 422 Advanced Organic Chemistry** (3) *Prereq.: CH 212.* Students learn practical applications of organic chemistry, such as spectroscopic identification, synthesis, polymerization, and photochemistry. Theoretical background into reaction mechanisms and resonance is presented. *Spring even.*

**CH 423 Advanced Organic Chemistry Research Lab** (1) *Coreq.: CH 422.* This advanced organic chemistry research lab is taught in conjunction with CH 422 Advanced Organic Chemistry. Students learn advanced organic laboratory techniques. Students are also introduced to novel organic chemistry research culminating in an oral and written presentation. 3 hours lab per week. *Spring even.*

**CH 432 Instrumental Analysis** (4) *Prereq.: CH 315.* Students learn practical applications and the theoretical basis of modern instrumental methods. Students perform instrumental analysis by spectroscopic, electrochemical, and chromatographic techniques. 2 hours lecture, plus lab. <mark>*Fall even.*</mark>

## CRIMINAL JUSTICE

**CJ 101 Introduction and Orientation to Criminal Justice** (3) Students will learn how the four components of the criminal justice system—police, courts, corrections, and community—interact. Students will also learn the history and philosophy of the criminal justice system in the United States. Contemporary issues related to the various components of the criminal justice system are also addressed. *Fall, Spring.*

**CJ 104 Organization and Management of Criminal Justice** (3) This course examines the operation, management, budgeting, recruiting, communication, training, and public relations in the criminal justice field. The student will demonstrate knowledge of management and leadership styles, group behavior, decision making, and the stresses that are unique to a law enforcement career. *Fall, Spring.*

**CJ 105 Theory of Patrol** (3) *Prereq.: Credit for or concurrent enrollment in CJ 145; or criminal justice minor.* This course presents a study of the purposes, methods, types, and means of law enforcement patrol. Students will demonstrate knowledge of the historical development of policing and functions of the patrol operation as well as procedures used in patrol. *Fall, Spring.*

**CJ 106 Basic Criminal Investigation** (3) *Prereq.: Credit for or concurrent enrollment in CJ 101.* Students will learn basic investigative concepts including the investigative method, interviewing, note-taking, report writing, crime scene protection, and investigation. They will also demonstrate an understanding of crime scene photography, evidence collection, the forensic laboratory, and the chain of custody. They will analyze the investigative techniques of a few specific crimes and participate in a crime scene investigation. *Fall, Spring.*

**CJ 108 Criminal Law** (3) *Prereq.: Criminal justice major or minor, pre-law emphasis, or legal office concentration.* This course examines the historical and philosophical foundations of criminal law in America along with its purpose and scope. Students will acquire an understanding of constitutional considerations with regard to criminal law, the elements of a crime, criminal liability and responsibility, use of force, criminal defenses, punishment, and general court procedures. *Spring.*

**CJ 145 Traffic Control Practicum** (1) *Prereq.: Credit for or concurrent enrollment in CJ 105.* Students will gain practical experience in traffic-control techniques. *Fall, Spring.*

**CJ 201 Dynamics of Human Behavior** (3) *Prereq.: Sophomore or above.* The students will learn the methods and procedures of studying human relationships and causal factors of behavior such as learning, motivation, emotion, and frustration. A view of the whole man in the light of the Scriptures is also taught. This course may be taken as a social science elective. *Fall.*

**CJ 212 Criminal Procedure** (3) *Prereq.: Criminal justice major or minor or pre-law emphasis; and sophomore or above.* Students will demonstrate an understanding of the procedural process law enforcement officials must use from the beginning of the investigation of a crime through the outcome of the entire judiciary process. Topics include proper arrest, search, seizure, constitutional rights, and additional state provisions. *Spring.*

**CJ 213 Juvenile Delinquency** (3) *Prereq.: Sophomore or above.* The student will acquire knowledge of the social, economic, political, and environmental influences on adolescents and the treatment of delinquent children. Special attention is given to juvenile crime and the role of criminal justice agencies in prevention and control. This course may be taken as a social science elective. *Spring.*

**CJ 216 Criminology** (3) *Prereq.: CJ 101 and sophomore or above.* Students will learn the theories of the classical and positive schools of criminology, including crime causation, behavioral dysfunction in society, nature and extent of crime in the United States, and the law as a means of social control. *Fall.*

---

<mark>Highlighted text</mark> indicates a change from the official version of the Catalog.

**CJ 217 Corrections (3)** *Prereq.: CJ 101 and sophomore or above.* The students will examine the historical structure of corrections including probation, jails, prisons, parole, and the death penalty on the federal, state, and local levels. Management and treatment of convicted criminals is also addressed. *Fall.*

**CJ 301 Community Relations (3)** The student will understand the different expectations of the criminal justice system and the community and the importance of communication between these two groups. Current issues are examined and discussed. *Fall.*

**CJ 302 Parole and Probation (3)** *Prereq.: CJ 217.* The student will demonstrate knowledge of the history, purpose, philosophy, and process of parole and probation. The student will also demonstrate knowledge of the functions and objectives of the parole and probation systems administered by federal, state, and local criminal justice systems. *Spring.*

**CJ 306 Criminal Justice Research (3)** *Prereq.: EN 126, MA 121 or higher, and junior or senior criminal justice major or minor or pre-law emphasis.* This course analyzes the logic, design, sampling, and data collection techniques involved in research methods in criminal justice. A study is presented to demonstrate how research is applied to the criminal justice system. *Spring.*

**CJ 310 Rules of Evidence (2)** *Prereq.: Junior or senior; criminal justice major or pre-law emphasis, or legal office administration concentration.* This course examines the rules of evidentiary procedure and the development of evidentiary rules with specific attention on the Fourth, Fifth, Sixth, and Fourteenth Amendments. Students will demonstrate an understanding of legal terminology and court procedures in areas such as admissibility of evidence, standards of proof, witness testimony, and the presentation and order of legal arguments. *Spring.*

**CJ 311 Security (3)** *Prereq.: Criminal justice major or minor; and junior or senior in B.S. program or sophomore in A.S. program.* This course demonstrates an overview of the private security systems as they relate to and function within the criminal justice system. The function of security in business, industry, and personal protection is studied. Administration, personnel, and physical aspects of the security field as well as their relation to current concerns of homeland security are also covered. *Fall.*

**CJ 316 Emergency Management (3)** *Prereq.: Junior or senior.* This course provides an overview of the four stages of emergency management: preparedness, mitigation, response, and recovery. Students learn to identify and integrate federal, state, local, and private-sector resources. The roles and responsibilities of law enforcement and other officials in emergency management are also discussed. Students earn FEMA Incident Command System (ICS) certification. *Spring.*

**CJ 322 Criminalistics (3)** *Prereq.: Junior or senior.* This course explains the field of forensic science as it relates to the criminal justice system. The student will study and practice evidence collection, preservation, and examination at the laboratory. The functions of various forensic specialists will be covered. *Spring.*

**CJ 404 Victims in Criminal Justice (3)** Students examine and understand the needs, wants, expectations, and role of the victims of crime within the framework of the American criminal justice process. Contemporary victim-oriented programs are also examined and discussed. *Spring.*

**CJ 406 Criminal Justice Administration (3)** *Prereq.: CJ 104 and junior or senior criminal justice major or minor.* Students will demonstrate an understanding of the organizational, administrative, and financial aspects of the criminal justice system and how they function within each of the system's three components: law enforcement, courts, and corrections. Students also learn principles related to the management and decision-making processes of these components. In addition, they examine various budgeting methods for criminal justice administrators and issues unique to each component. *Fall.*

**CJ 421 Criminal Justice Ethics (3)** *Prereq.: Junior or senior criminal justice major or minor or pre-law emphasis.* This course examines ethics in a criminal justice setting. The various philosophical perspectives that shape ethical decision making are discussed and examined. Students will thoroughly articulate their rationale for ethical decisions and demonstrate critical thinking skills through a variety of projects and exercises. *Fall.*

**CJ 444, 445 Criminal Justice Practicum (1 each)** *Prereq.: Junior or senior criminal justice major; and approval from chair of humanities.* Students will observe the operations of a criminal justice agency for a minimum of 40 hours. Students will be evaluated by field personnel based on their performance during the observation period. *Both sem., Interterm, and Summer.*

Highlighted text indicates a change from the official version of the Catalog.

**CJ 446 Criminal Justice Practicum** (2) *Prereq.: Junior or senior criminal justice major; and approval from chair of humanities.* Students will observe the operations of a criminal justice agency for a minimum of 80 hours. Students will be evaluated by field personnel based on their performance during the observation period. *Both sem., Interterm, and Summer.*

**CJ 448 Senior Criminal Justice Seminar** (1) *Prereq.: Senior criminal justice major.* This capstone seminar for graduating seniors is designed to synthesize the many facets of the criminal justice system while preparing students to find employment in the field of criminal justice. Students demonstrate knowledge of contemporary trends and legal issues exclusive to criminal justice. *Spring.*

## COLLEGIATE LIFE

**CL 101 Academic Success Workshop** (0) Students develop effective time-management skills, study habits, test-taking strategies, and other skills that contribute to general academic success. *Fall, Spring.*

## CREATION

**CR 370 Origins** (2) Students will learn the foundational concepts of origins from a Christian worldview. This specific study of origins focuses on the Creation, the Fall, the Flood, and the Tower of Babel. Differing views of origins will be evaluated using a biblical standard. *Fall, Spring.*

## COMPUTER SCIENCE

**CS 101 Introduction to Computer Applications** (1) The student will develop a basic knowledge of computer applications through hands-on experience. The student will be able to produce documents using word processing, spreadsheet, and presentation software. Meets 2 hours a week. *Fall, Spring.*

**CS 130 Introduction to Information Technology** (2) Students will study the history of information technology, ethical and legal issues related to computer technology, and computer equipment and software. Students will also learn logic and basic strategies for problem solving. *Fall, Spring.*

**CS 202 Introduction to Programming** (3) This course will discuss the basic data and control structures found in programming languages. Students will learn proper design and coding methods to produce projects that are correct, complete, and clear. This course is designed to prepare students for the various programming languages and concepts they will learn in future courses. Meets 4 hours a week. *Fall, Spring.*

**CS 211 Introduction to Web Design** (3) Students will be introduced to the fundamentals of web page design and creation using basic HTML and CSS. Students will also apply design principles in creating a publishable website. *Fall, Spring.*

**CS 214 C Programming** (3) *Prereq.: Credit for or concurrent enrollment in CS 202.* The student will construct a variety of programs using the C programming language. The data and control structures available in C will be explored using practical exercises. File I/O, string manipulation, arrays, and pointers are among the concepts examined in this course. Meets 4 hours a week. *Spring.*

**CS 227 Data Structures and Algorithms** (3) *Prereq.: At least "C-" in CS 214.* Students will develop an understanding of data structures commonly used in computer programming, along with algorithms to implement them in C-language programs. They also will learn advanced C-language programming. Topics examined include stacks, queues, linked lists, memory management, string handling, bit manipulation, recursive programs, binary tree manipulation, multidimensional arrays, arrays of pointers, etc. Students will write programs to demonstrate mastery of these concepts. *Fall.*

**CS 246 Object-Oriented Programming and Design** (3) *Prereq.: At least "C-" in CS 227.* This course demonstrates to students the important concepts necessary to successfully apply object-oriented design techniques and to produce properly structured object-oriented solutions. Such object-oriented concepts as encapsulation, inheritance, and polymorphism will be demonstrated in projects using the C++ programming language. Other object-oriented languages and environments will be discussed also. *Spring.*

**CS 271 Computer Security** (3) Students will study the principles and implementations of computer security to increase their knowledge of security at various levels of computer systems. Students will also examine application of effective security management policies while addressing issues related to privacy, ethical behavior, and law in relation to computer security. *Fall.*

Highlighted text indicates a change from the official version of the Catalog.

**CS 272 Cybersecurity (3)** *Prereq.: CS 271.* Students study threats to the security of information systems as well as the responsibilities and basic tools for information security. Topics include a discussion of the new risks, threats, and vulnerabilities associated with how businesses, governments, and individuals operate in a cyber-environment today with the goal of mitigation. Students will also learn to identify attack phases, understand the adversary's motivations, and learn principles of mitigating threats. *Spring.*

**CS 303 Database I (3)** *Prereq.: Credit for or concurrent enrollment in CS 227.* The student gains the skills necessary to design and produce efficient databases and learns proper methodologies for designing various types of databases and solving common database configuration problems. This course also introduces SQL and gives special attention to the various database models, especially the relational model. *Fall.*

**CS 306 Database II (3)** *Prereq.: CS 303.* Students gain practical database programming experience using popular commercial database management systems such as Oracle, Microsoft SQL Server, and MySQL. Students will develop several projects using various technologies to retrieve and manipulate data from these systems. Database administration topics such as performance tuning, security, and advanced SQL will also be discussed. *Spring odd.*

**CS 321 Assembler Language Programming (3)** *Prereq.: Credit for or concurrent enrollment in CS 227.* The students will develop insight into the complexities of high-level programming as they explore the low-level interactions of the CPU with a variety of programming examples. 80x86 assembly language is used to introduce the student to fundamental assembler concepts. The course will also address other assemblers and issues on other computing platforms. *Fall.*

**CS 326 Operating Systems (3)** *Prereq.: At least "C-" in CS 227 and junior or senior.* Students will develop the skills necessary to manage, use, and control computing resources. Problems of resource allocation, process scheduling, memory management, file handling, and concurrency will be analyzed. *Spring.*

**CS 331 Python Programming (3)** *Prereq.: CS 227.* Students will learn the Python programming language and will write multiple applications implementing various concepts within the Python language and standard library. *Fall.*

**CS 335 Mobile Application Programming (3)** *Prereq.: CS 246.* Students will create a variety of applications designed for handheld mobile devices such as smartphones and tablets. Interface design for portable devices will be emphasized. Programming techniques needed for memory management, web service integration, security, and API integration with mobile devices will also be discussed. *Fall.*

**CS 344 Networks I (3)** *Prereq.: CS 214.* This course introduces the OSI model of networking and provides the student with practical insight into each layer through programming projects. Local area network hardware and software will be demonstrated. Network administration and network security concepts will be demonstrated, and students will interact with and configure various network services through programming projects. *Fall.*

**CS 346 Networks II (3)** *Prereq.: CS 344.* The student, from a firm foundation of the OSI model and knowledge of LAN and Internet communications, will develop projects that demonstrate proficiency in data communications concepts. Data communication protocols will be examined, and students are required to develop projects that demonstrate concepts such as internetwork routing and messaging. Popular Internet programming/scripting languages will be used to illustrate network access implementation differences. *Spring.*

**CS 351 Software Engineering I (3)** *Prereq.: CS 214 and sophomore or above.* This course discusses the methodologies of software engineering including software specification, prototyping, design, coding, and testing. Students will learn how to analyze software requirements and formulate a formal specification for software projects of various sizes. Software development in a team-based setting will be discussed. *Fall.*

**CS 352 Software Engineering II (3)** *Prereq.: CS 351.* Students examine advanced software engineering topics from a project management perspective. The material in Software Engineering I is expanded, and additional specification, design, and testing methods are covered. Various forms of software review techniques will be practiced. *Spring.*

**CS 361 Java Programming (3)** *Prereq.: Credit for or concurrent enrollment in CS 227.* Students will gain experience writing both Java applications and applets. Multithreading, client/server processes, security and encryption, and other common development techniques will be presented and applied in projects. *Fall even.*

Highlighted text indicates a change from the official version of the Catalog.

**CS 364 .NET Programming** (3) *Prereq.: CS 246.* This course will demonstrate the development of event-driven programming and graphical user interfaces (GUI) on the Windows platform. The class is taught using an object-oriented approach in the Visual Studio .NET development environment. An emphasis will be placed on current Microsoft Windows programming techniques and technology. *Spring.*

**CS 367 Client-Side Web Programming** (3) *Prereq.: CS 202 and 211.* Students will learn client-side web programming used in web applications. Emphasis will be placed on client-side scripting and browser compatibility issues. *Spring even.*

**CS 368 Server-Side Web Programming** (3) *Prereq.: CS 202 and 211.* Students examine topics in server-side programming. Server-side scripting languages are used to demonstrate various ways of creating dynamic web pages. Projects require database integration of web pages. Students create web applications that are based on dynamic data access and storage. *Spring odd.*

**CS 373 Computer System Administration** (3) *Prereq.: CS 271.* Students will perform common system administration tasks and develop a system security policy. *Spring even.*

**CS 376 Introduction to Applied Cryptography** (3) *Prereq.: CS 271.* Students will explore the application of symmetric and asymmetric cryptography within and between information systems. Topics include cryptographic protocols, tools, and techniques for strengthening security across the various important aspects of computer information systems. Students will also explore various types of attacks against encrypted data and will discuss appropriate policies and processes to defend against them. *Fall odd.*

**CS 379 Ethical Hacking** (3) *Prereq.: CS 272 and 373.* Students learn principles, methods, and techniques related to ethical hacking and penetration testing. Students learn how to utilize various tools to discover and exploit system vulnerabilities with the intent of preparing students to defend information systems against today's cyber threats. Emphasis will also be placed on both the legal and ethical implications related to engaging in these types of activities. *Fall even.*

**CS 401 Computer Science Seminar** (1) *Prereq.: Junior or senior computing major.* Students analyze, present, and discuss selected topics from current literature and activities in the area of computer science. *Spring.*

**CS 405 Computer Hardware Maintenance** (2) *Prereq.: Junior or senior.* This course will allow the student to demonstrate practical experience in analyzing, installing, troubleshooting, and repairing personal computer hardware and software through hands-on projects. Projects will focus on installing a variety of hardware including video boards, sound cards, network cards, RAM, and many other system-related devices. The various personal computer architectures and how they affect the installation of hardware and software will be discussed. Meets 3 hours a week. *Fall.*

**CS 414 Systems Design** (3) *Prereq.: CS 303 and senior cybersecurity or information technology concentration.* The purpose of this course is to train students in developing a small business computer application. The students will participate in teams to consider the current and future requirements of the application. The teams will develop the entire application including analysis, design, planning, coding, testing, documenting, and implementing. Student may not have concurrent enrollment in CS 452. *Spring.*

**CS 431 Topics in Computation** (3) *Prereq.: MA 224.* The students will examine the mathematical foundation of computation. Through the study of automata of varying complexity, the student will explore the bounds of what is and what is not computable. An emphasis is placed on parsing and recognition of formal languages and grammars by various classes of automata, culminating with an in-depth coverage of the Turing Machine. *Fall.*

**CS 432 Computer Architecture** (3) *Prereq.: CS 321.* The functioning of computers on the hardware level is examined in detail. Students will learn how computer hardware components interact in a computer system. The conversion of source code into machine language will be discussed and used in projects. An emphasis will be placed on understanding data flow through the various types of current and past microprocessors, storage devices, computer memory, and other hardware components. *Spring.*

**CS 441 Computer Graphics Programming** (3) *Prereq.: CS 214.* Popular topics in computer graphics programming will be discussed and explored. Students will examine programming and formatting issues relating to both 2-D and 3-D graphics. Algorithms and formulas necessary in processing 2-D and 3-D graphics will also be discussed and examined. Students will produce several projects designed to broaden their technical and programming skills. *Fall odd.*

Highlighted text indicates a change from the official version of the Catalog.

**CS 442 Programming Languages (3)** *Prereq.: CS 214.* This course will expose the students to a variety of lesser-known programming languages. The various concepts and theories of programming languages will be explored, and students will produce several projects demonstrating these concepts and theories. The languages explored include Python, FORTH, Prolog, Lisp, and Awk. Other popular languages and concepts will be introduced as the subject warrants. *Spring.*

**CS 451 Software Engineering Project I (3)** *Prereq.: At least "C-" in CS 227, credit for or concurrent enrollment in CS 303, 352, and computer science concentration.* This course is the first of two capstone courses for Computer Science and Software Engineering students. Students will use material from previous courses to design, create, test, implement, and maintain a large software system. The focus of this course will be the completion of the initial phases of software development in a team setting. Students will complete the requirements analysis, specification, design, and prototyping phases of the project. Students will gain experience in presenting their work both orally and in writing for each of these stages of the process. Initial coding will be started in this course and completed in CS 452 the following semester. *Fall.*

**CS 452 Software Engineering Project II (3)** *Prereq.: CS 451.* This course is the second of two capstone courses for Computer Science and Software Engineering students. Students will continue and complete the development, coding, and testing of the software projects started in CS 451. Students will develop both the final software project and appropriate support documentation for both customers and future developers. The final product will be tested using a variety of techniques, and a set of tests capable of being used for ongoing product maintenance will be developed. Students will gain experience presenting their final system to their peers and faculty members at the annual Software Expo. Student may not have concurrent enrollment in CS 414. *Spring.*

**CS 471 Information Security Management (3)** *Prereq.: CS 271 and junior or senior computing major.* Students learn the fundamentals of security from a managerial perspective with regards to design, implementation, maintenance, and disaster recovery. Students learn commonly used frameworks and methods and evaluate the suitability of these for addressing today's organizational security needs. *Fall even.*

**CS 472 Digital Forensics (3)** *Prereq.: CS 379.* Students will learn tools and techniques for incident response as well as forensic examination and presentation within the legal framework. *Spring odd.*

# GENERAL EDUCATION

**ED 101 Philosophy of Christian Education (3)** Students will learn the history, principles, and philosophy of education in general and the distinctives of a Christian-traditional philosophy of education in particular. Guidance in identifying the personal and educational qualifications for teaching on preschool, elementary, and secondary levels is given in order to help students determine their individual interests and aptitudes. Observation is an integral part of this course. *Fall, Spring.*

**ED 102 Personal and Community Health (2)** This course is designed to equip future teachers with basic knowledge in proper health practices and habits. Students will also discuss basic first-aid topics and common diseases or illnesses a teacher might encounter. *Fall, Spring.*

**ED 210, 310, 410 Early Childhood Education Practicum (1 each)** *Prereq.: At least "C-" in EE 201; early childhood concentration or education minor; and approval from chair of education.* This course has been designed to expose the elementary education major with an early childhood concentration or education minor to practical experience in an approved local Christian kindergarten under the supervision of a classroom teacher. The course requires spending a minimum of 45 hours working at the school in actual kindergarten teaching responsibilities along with a variety of other projects. This course is offered during Interterm and normally can be taken in the vicinity of the student's home. *Interterm.*

**ED 211, 311, 411 Education Field Experience (1)** *Prereq.: At least "C-" in EE 201 or SE 201.* This course is required of all education majors and can be elected by education minors. The student participates in a teaching experience in his hometown on a grade level appropriate to his major (early childhood—preschool–kindergarten; elementary—grades 1–6; secondary—grades 7–12) during one summer of his enrollment as an education major. Various teaching responsibilities such as Sunday school classes, children's church, youth groups, sports teams, etc., may be acceptable in meeting the requirements of this course. *Summer.*

Highlighted text indicates a change from the official version of the Catalog.

**ED 219 Teaching the Reluctant Learner** (2) *Prereq.: At least "C-" in ED 101.* Students learn effective instructional strategies to increase academic achievement in unmotivated and reluctant students who potentially "fall through the cracks." *Fall, Spring.*

**ED 251 Introduction to Music Education** (3) *Prereq.: At least "C-" in ED 101 and sophomore or above with a major in music education.* This course is designed as a foundational teaching skills course and involves the student in current reading, various methods of instruction, and the operation and use of classroom visuals and equipment. Observation and peer teaching are important elements of this course. This course is a prerequisite to all 300- and 400-level music education courses. *Fall.*

**ED 259 Music Education Practicum** (1) *Prereq.: At least "C-" in ED 251; music education major; and approval from chair of education.* This course has been designed to expose the music education major to practical experience in an approved local Christian elementary or secondary school under the supervision of the music faculty. This course requires spending a min-imum of 45 hours working at the school in actual teaching responsibilities along with a variety of other projects. This course is offered during Interterm and normally can be taken in the vicinity of the student's home. *Interterm.*

**ED 301 Tests and Measurements** (1) *Prereq.: Elementary education major, education minor or emphasis, or concurrent enrollment in SE 420.* After students study the nature, principles, and use of testing as an appraisal of learning, they will be able to develop formal and informal measurement tools for classroom use on the elementary and secondary levels. *Fall, Spring.*

**ED 306 Computer Applications in Education** (1) *Prereq.: Credit for or concurrent enrollment in: CS 101 [or proficiency], and either EE 201 or SE 201.* Future teachers will learn how to enhance personal productivity and classroom instruction with computer applications specific to educational use. Each student will produce a final project based on the applications taught in class. Meets 2 hours a week. *Fall, Spring.*

**ED 322 Educational Psychology** (3) *Prereq.: Junior or senior.* Students examine the development of the learner, the learning process, and the learning environment and apply this to areas such as classroom management, methodology, and motivation. Students will analyze historical and progressive theories of learning and contrast them with a Christian-traditional philosophy of education. This course may be taken as a social science elective. *Fall, Spring.*

**ED 351 Teaching Elementary Music** (2) *Prereq.: At least "C-" in ED 251 or SE 201, junior or senior music education major or second teaching field, and 12 hours of music with at least "C-."* Students learn concepts and methodology for successful private and group teaching at the elementary level. *Fall.*

**ED 352 Teaching Secondary Music** (2) *Prereq.: ED 351.* Studewnts learn concepts and methodology for successful private and group teaching at the secondary level. *Spring.*

**ED 360 Introduction to Special Education** (3) *Prereq.: Junior or senior and at least "C-" in EE 201, SE 201, or ED 430, or credit for or concurrent enrollment in ED 351.* Students will learn the historical and legal aspects of special education, including characteristics of K–12 exceptional learners, and will examine assessment and intervention strategies for intellectual, emotional, and physical disabilities. Students will apply a biblical perspective of Christian-traditional education when developing instructional objectives and methods for the exceptional learner. *Fall, Spring.*

**ED 413 Child Growth and Development** (3) This course presents an overview of mental, spiritual, physical, and social aspects of childhood development from beginners to juniors (ages 6–12). Students apply this knowledge to the classroom by also learning effective techniques for teaching the developing learner and for training godly character in relation to current social and cultural influences. This course may be taken as a social science elective. *Fall, Spring.*

**ED 415 Adolescent Growth and Development** (3) This course limits itself to the study of the adolescent period of development. The student will learn the psychological challenges and changes experienced by adolescents. Topics studied include friends, dating, discipline, authority, responsibility for decision making, communication, home, church, and society. This course may be taken as a social science elective. *Fall, Spring.*

**ED 419 Teaching Internship Orientation** (1) *Prereq.: Approval from chair of education; must be taken the same academic year as teaching internship.* This course is required of all education majors and is prerequisite to EE 420, EE 450, MU 420, and SE 420 Teaching Internships. Through classroom observations and participation in beginning-of-the-year meetings and activities at Pensacola Christian Academy, the senior education major is prepared for the teaching internship as well as the first year of teaching. *Pre-term.*

Highlighted text indicates a change from the official version of the Catalog.

**ED 430 Instructional Methods** (2) *Prereq.: Senior non-education major or minor.* Students receive training and experience in classroom teaching methods and materials for non-education majors. *Fall, Spring.*

**ED 448 Early Childhood Administration** (3) This course equips the student to administer a traditional early childhood program with emphasis on the practical aspects of the daily operation, organization, and supervision. Students learn how to make policies based on regulations and sound finances as well as to recognize well-designed facilities, create promotional materials, and plan special events. *Fall, Spring.*

**ED 450 Music Teaching Internship** (7) *Prereq.: ED 259, 351, 352, 419, major emphasis methods course, senior, and approval from chair of education.* In this capstone course, music education majors spend one semester in supervised teaching at Pensacola Christian Academy in the private studio, rehearsal hall, and classroom. A weekly support seminar is included with the internship experience. *Fall, Spring.*

## ELEMENTARY EDUCATION

**EE 201 Materials and Methods** (3) *Prereq.: At least "C-" in ED 101 and sophomore or above; elementary education major or broad field, education minor or emphasis, or teaching English broad field.* This course is an introduction to the materials and general methods employed in teaching elementary school. The student learns practical techniques and skills used in lesson planning, classroom management, parent/teacher conferences, and the effective use of instructional technology in the elementary school. Multi-level classroom observation and peer teaching are included. This course is a prerequisite to all 300- and 400-level elementary education courses. *Fall, Spring.*

**EE 205 Intensive Phonics Instruction** (2) *Prereq.: ED 101; sophomore or above; elementary education major or broad field, education minor or emphasis, or teaching English broad field.* This course is an introduction to the content and techniques used in intensive phonics instruction. Students master the phonics sounds and practice teaching in preparation for teaching reading. *Fall, Spring.*

**EE 207 Early Childhood Development** (2) This course is a study of the development of the preschool child including physical, mental, social, emotional, and spiritual aspects. Students will learn techniques for promoting maturation in each of these areas. Emphasis is placed on the characteristics of infants through five-year-olds and guiding the preschool child's development to his fullest capacity. *Spring.*

**EE 210, 310, 410 Elementary Education Practicum** (1 each) *Prereq.: At least "C-" in EE 201; elementary education major or education minor or emphasis; and approval from chair of education.* This course has been designed to expose the elementary education major, education minor, or emphasis to practical experience in an approved local Christian elementary school under the supervision of a classroom teacher. The course requires spending a minimum of 45 hours working at the school in actual teaching responsibilities along with a variety of other projects. These courses are offered during Interterm and normally can be taken in the vicinity of the student's home. *Interterm.*

**EE 215 Arithmetic Skills for the Elementary School** (2) *Prereq.: Elementary education major or broad field.* This course is a review of the arithmetic concepts taught in kindergarten and elementary grades. Students will master arithmetic skills needed to teach these topics. *Fall, Spring.*

**EE 301–325** *Teaching methods courses are open to elementary education majors who have at least "C-" in EE 201. Additional prereqs. listed beside courses below.* Important components of each methods course are the observation of experienced teachers and the peer teaching experiences. Each course includes a weekly practice lab experience.

**EE 301 Teaching Arithmetic** (2) *Additional prereq.: At least "C-" in EE 215 and junior or senior.* This course explains the concepts, materials, and methods needed to teach arithmetic on the elementary level. Students will learn innovative techniques and use the latest materials. *Fall, Spring.*

**EE 306 Teaching Art and Music** (1) This course acquaints the student with the content, principles, procedures, and basic materials necessary for the teaching of elementary classroom art and music. Through lab experiences, students will demonstrate how to make an art project, conduct a directed drawing, teach a music lesson, and conduct songs. *Fall, Spring.*

**EE 308 Teaching PE in Elementary Schools** (2) *Additional prereq.: PE 195 and junior or senior.* Students will learn how to plan, schedule, and administrate a physical education program at the elementary school level. Students gain experience in elementary physical education classes. Topics include fitness, legal liability, and discipline as applied to physical education. *Fall, Spring.*

**EE 311 Teaching Penmanship** (1) This course prepares students to teach and evaluate penmanship and provides instruction and practice time to perfect their own hand writing. *Fall, Spring.*

**EE 317 Teaching Reading** (2) *Additional prereq.: EE 205 and junior or senior.* This course educates students in current trends in reading instruction, the nature of the reading process, and instructional strategies. Students practice the skills and methods needed to teach the phonics-first approach to beginning reading as well as reading comprehension. *Fall, Spring.*

**EE 321 Teaching Science and History** (2) *Additional prereq.: Junior or senior.* This course examines the content, organization, objectives, materials, trends, and practices in teaching science and history at the elementary school level. The student reviews basic concepts in physical science, biology, astronomy, geology, meteorology, world history, and geography. *Fall, Spring.*

**EE 325 Teaching Language Arts** (2) *Additional prereq.: Junior or senior.* The basic language arts concepts of composition, traditional grammar, and spelling are reviewed and practiced, along with the most effective methods of teaching them. Students create teaching materials and collect teaching ideas. *Fall, Spring.*

**EE 330 Teaching Bible** (2) *Prereq.: Sophomore or above; or junior or senior elementary education major and at least "C-" in EE 201.* Students learn to teach Bible in a variety of settings using Bible songs, Bible verses, and Bible stories. The course emphasizes practical helps, actual practice, and teaching experiences with children. *Fall, Spring.*

**EE 343 Teaching Preschoolers** (2) *Prereq.: EE 201 and junior or senior early childhood concentration.* This course develops in students a knowledge of curriculum, materials, and methods used in teaching the preschool child. Students will develop teaching techniques through observation of preschool classes and practice teaching opportunities. *Fall, Spring.*

**EE 412 Children's Literature** (2) This course affords students the opportunity to read widely from the best in children's literature and become acquainted with well-known authors and illustrators. Emphasis is placed on the important role of literature in the life of the child. Students will use evaluation skills and principles for selecting quality literature and develop a resource journal of appropriate children's literature. *Fall, Spring.*

**EE 420 Elementary Teaching Internship** (12) *Prereq.: ED 211, 419, EE 210, 301, 306, 308, 311, 317, 321, 325, 330, senior, and approval from chair of education.* In this capstone course, elementary education majors spend one semester in supervised classroom teaching at Pensacola Christian Academy. A weekly support seminar is coordinated with the internship experience. *This course begins Pre-term in the fall.*

**EE 450 Early Childhood Teaching Internship** (12) *Prereq.: ED 210, 211, 419, EE 301, 306, 311, 317, 325, 330, 343, senior early childhood concentration, and approval from chair of education.* In this capstone course, elementary education majors with an early childhood concentration spend one semester in supervised classroom teaching at Pensacola Christian Academy. A weekly support seminar is coordinated with the internship experience. *This course begins Pre-term in the fall.*

## ENGINEERING

*Prereq. for all EG courses is a major in engineering with electrical or mechanical concentration.*

**EG 103 Engineering Orientation** (2) *Prereq.: At least "C-" or concurrent enrollment in MA 131 or 221.* A brief survey of major engineering topics will give the student an overall understanding of the career of engineering. *Fall, Spring.*

**EG 106 Engineering Graphics** (2) Students learn to communicate engineering design through technical sketching, computer-aided drafting, and solid modeling. Students generate 2-D and 3-D part models, drawings, and assemblies using current industry-standard software. Lecture plus lab. *Fall, Spring.*

**EG 201 Materials Science** (3) *Prereq.: At least "C-" in CH 111.* The student learns the basic mechanical, thermal, and other properties of engineering materials including metals, ceramics, polymers, and composites. *Spring.*

**EG 205 Statics** (3) *Prereq.: At least "C-" or concurrent enrollment in PY 231; at least "C-" in MA 221; and EG 103 or EL 107.* Students learn the use of vector mechanics and the free-body diagram in the solution of systems of forces in equilibrium including trusses, friction, center of gravity, and moment of inertia. *Fall.*

**EG 206 Mechanics of Materials** (3) *Prereq.: EG 205 and at least "C-" in MA 222 and PY 231.* The student performs analysis of stress and strain, deformation, torsion, and loading in beams, connections, and columns. This course also includes a weekly lab of one hour. *Spring.*

**EG 208 Dynamics** (3) *Prereq.: EG 205 and at least "C-" in MA 321 and PY 231.* Students learn the application of vector mechanics to the solution of problems involving plane motion; force, mass, and acceleration; impulse and momentum; and work and energy. *Spring.*

**EG 241 Numerical Methods for Engineering** (3) *Prereq.: At least "C-" in MA 401.* This course is designed to enable the student to use computer software in solving engineering problems involving six areas of mathematics: roots of equations, systems of linear algebraic equations, curve fitting, numerical differentiation and integration, and ordinary differential equations. This course may be taken as a mathematics elective by mathematics major, minor, or teaching field. *Fall.*

**EG 321 Electrical Circuits** (4) *Prereq.: At least "C-" in MA 401 and PY 232.* The student learns the relationships among current, voltage, and power in direct- and alternating-current circuits, plus lab. *Fall.*

**EG 322 Electrical Systems** (2) *Prereq.: EG 321.* Students learn the basic concepts of energy systems including AC power systems and rotating machines. 1 hour lecture, plus lab. *Spring.*

**EG 425 Engineering Economics and Professional Issues** (3) *Prereq.: At least "C-" in MA 220 or 221.* Students learn principles and techniques used to make rational decisions about the acquisition and retirement of capital goods by industry and government in recognition of the time value of money. A strong emphasis will be placed on solving engineering economics problems. Professional issues are covered including ethics, professional communication skills, and social aspects of engineering practice. *Fall.*

## ELECTRICAL ENGINEERING

*Prereq. for all EL courses is a concentration in electrical engineering.*

**EL 107 Introduction to Electrical Engineering and Digital Logic Design** (2) *Prereq.: At least "C-" or concurrent enrollment in MA 221.* Students receive a brief overview of the engineering disciplines. Students learn binary arithmetic, Boolean algebra, logic minimization, Karnaugh maps, design and application of digital systems. Traditional design methods are learned and applied to produce combinational and sequential logic systems including finite-state machines. *Fall.*

**EL 148 Introduction to Microprocessors** (3) *Prereq.: EL 107.* Students learn the fundamental concepts of microprocessor architecture, basic computer organization, bus architecture, and the 8085 microprocessor instruction set. Students develop assembly language programs and compile to produce machine-level code to achieve assigned tasks. Students learn the role of software in controlling the hardware components of microprocessor-based systems with hands-on programming exercises. *Spring.*

**EL 223 Circuits I** (4) *Prereq.: At least "C-" or concurrent enrollment in MA 401.* Students learn the fundamental concepts, units, network theorems, network simplification, and laws applied in DC circuit analysis. Passive and active circuit elements are introduced. Transient analysis of first- and second-order systems is presented. Circuit analysis using SPICE is introduced. The lab is an introduction to computer methods, instruments, devices, and measurements in electrical networks. 3 hours lecture, plus lab. *Fall.*

**EL 224 Circuits II** (4) *Prereq.: EL 223 and at least "C-" or concurrent enrollment in MA 401.* Students begin with transient analysis of second-order circuits based on differential equations and then use phasor analysis to solve linear circuit problems including magnetically coupled circuits, ideal transformers, steady-state power and balanced three-phase circuits. Phasor analysis is extended to investigate resonance and frequency-selective circuits. Fourier analysis is introduced. Laplace Transforms are applied to model and analyze transients in circuits and the concepts are linked to transient analysis based on differential equations. In the lab, students make voltage, current, and power measurements and characterize coupled, resonant, and frequency-selective circuits. Students use computer simulation to apply the principles of Fourier series. 3 hours lecture, plus lab. *Spring.*

**EL 326 Linear Systems** (3) *Prereq.: EL 224 and at least "C-" in MA 326 and 401.* This course teaches students to utilize Fourier Series, the Fourier Transform, Laplace Transforms, and Z-transforms to analyze continuous- and discrete-time linear systems in time and frequency domains. *Spring.*

Highlighted text indicates a change from the official version of the Catalog.

**EL 331 Electromagnetic Fields (3)** *Prereq.: EL 224 and at least "C-" in MA 321, 401, and PY 232.* Students learn topics including vector analysis, static electric fields, energy and potential, static magnetic fields, and inductance. *Fall.*

**EL 332 Electromagnetic Waves (3)** *Prereq.: EL 331.* Students learn about Maxwell's equations, electromagnetic wave propagation and reflection in various media, transmission lines, rectangular wave guides, and antennas with lab involvement. 2 hours lecture, plus lab. *Spring.*

**EL 341 Electronics I (4)** *Prereq.: EL 224 and at least "C-" in PY 232.* Students learn basic semiconductor theory and application of electronic devices and circuits using diodes, bipolar transistors, and FETs. Single stage analog circuits are covered and digital circuits are introduced. 3 hours lecture, plus lab. *Fall.*

**EL 342 Electronics II (4)** *Prereq.: EL 341.* Students learn to apply small signal analysis and frequency response in designs of single- and multiple-stage amplifiers using BJTs and MOSFETs. Negative feedback and stability issues of amplifiers are introduced. 3 hours lecture, plus lab. *Spring.*

**EL 347 Advanced Digital Logic Design (3)** *Prereq.: EL 148 and credit for or concurrent enrollment in EL 341.* Students learn advanced digital logic design using Verilog Hardware Description Language (HDL) in hierarchical modeling, gate-level modeling, dataflow modeling, behavioral modeling, and switch-level modeling. Students create HDL design and verification modules for combinational and sequential logic including finite-state machine (FSM) systems. Students design Rapid Prototyping of the combinational and sequential logic using Field Programmable Gate Arrays (FPGA). Design project. 2 hours lecture, plus lab. *Fall.*

**EL 352 C Programming for Electrical Engineers (3)** *Prereq.: EL 347.* Students learn C programming language to develop both general purpose programs and programs for hardware control in embedded microcontroller systems using common development tools. *Spring.*

**EL 361, 461 Electrical Engineering Practicum (1 each)** *Prereq.: Junior or senior; electrical engineering concentration; and approval from chair of engineering and computer science.* Students receive practical engineering experience in this elective course conducted for a minimum of 40 hours at an approved off-campus facility supervised by a practicing professional. Students are required to document their involvement and contemplate details related to problem solving, teamwork, current practice, and the flexibility observed in engineering scenarios. *Both sem., Interterm, and Summer.*

**EL 426 Automatic Control Systems (3)** *Prereq.: EL 326.* Students learn analysis and design of linear feedback systems along with mathematical modeling. Transfer functions and signal-flow graphs are presented. Both state variable analysis and time-domain analysis along with frequency-domain analysis and design of linear control systems are given. Design project. *Spring.*

**EL 431 Power Systems (3)** *Prereq.: EL 332.* Students analyze and design balanced power systems including transmission lines and transmission networks in balanced fault situations. Students are introduced to circuit protection techniques and over-current device coordination. Transmission line design project. *Fall.*

**EL 443 Electronics Design Lab (2)** *Prereq.: EL 352, credit for or concurrent enrollment in EL 445, and senior.* Students design, construct, and test subsystems typical in electronic equipment using modern design methods and electronic design automation tools in the context of the senior design project to be completed in EL 450. Typical subsystems included are microcontrollers, oscillators, amplifiers, and DC power supplies using analog and digital integrated circuits and discrete components. Students prepare project plans and requirements documents for their senior design project to be implemented in EL 450. *Fall.*

**EL 445 Communication Systems (4)** *Prereq.: EL 326 and 342.* Students learn to evaluate and design communication systems utilizing Fourier and random-signal analysis along with the amplitude, frequency, pulse, pulse-code modulation and demodulation with multiplexing. Design project. 3 hours lecture, plus lab. *Fall.*

**EL 446 Analog VLSI Design (3)** *Prereq.: EL 342.* Students learn the details of complementary-metal-oxide semiconductor (CMOS) technology, CMOS fabrication, design methods, and physical implementation (layout) of analog CMOS integrated circuits using current simulation and layout tools for design verification. 2 hours lecture, plus lab. *Spring.*

**EL 450 Electrical Engineering Design (3)** *Prereq.: EL 443 and senior graduating in May or December.* A capstone design project is completed which integrates the coursework of the electrical engineering curriculum using modern design methods and tools. Design teams complete the design project for the project proposal approved in EL 443. Design project. 1 hour lecture, plus lab. *Spring.*

## ENGLISH

**EN 099 Basic English Language** (**3**) Students acquire understanding of the basic grammatical structure of English. This course will emphasize the correct use of words, phrases, and sentences. Credit for EN 099 is not applicable toward English elective or graduation requirements. *Fall, Spring.*

**EN 110 Conversational English** (**3**) *Prereq.: Students whose native language is not English.* This course offers basic practice in spoken English for the nonnative speaker. Students will work on their oral communication and participation. This course may not be used for an English major, minor, or teaching field. *Fall, Spring.*

**EN 121 English Grammar and Composition I** (**3**) *Prereq.: English placement exam or at least "C-" in EN 099.* Students learn traditional grammar and mechanics. Additionally, students will learn how to write essays focusing on effective paragraphs, sentences, and diction. Meets 4 hours a week. Students must earn a minimum grade of "C-," regardless of their major. *Fall, Spring.*

**EN 123 English Grammar and Composition I** (**3**) *Prereq.: English placement exam.* Students learn traditional grammar and mechanics. Additionally, students will learn how to write essays focusing on effective paragraphs, sentences, and diction. Students must earn a minimum grade of "C-," regardless of their major. *Fall, Spring.*

**EN 126 English Grammar and Composition II** (**3**) *Prereq.: At least "C-" in EN 121 or EN 123 or English placement exam.* This course focuses on developing students' ability to write persuasively and to conduct research. Students will write argumentative, researched essays and papers, focusing on effective content, organization, sentence structure, and diction. Students must earn a minimum grade of "C-," regardless of their major. *Fall, Spring.*

**EN 210 Introduction to Literature** (**3**) *Prereq.: EN 126.* The student will be introduced to the worldview of major British and American authors and works from *Beowulf* to the twentieth century. The student will study the meaning, philosophy, literary qualities, and historical context of the works presented. *Fall, Spring.*

**EN 251 British Literature** (**3**) *Prereq.: EN 210.* This course emphasizes the major authors and works from *Beowulf* to the modern era. Students will develop their literary analysis skills in preparation for upper-level literature courses. *Fall, Spring.*

**EN 252 American Literature** (**3**) *Prereq.: EN 210.* This course emphasizes the major authors and works from the colonial period to the modern era. Students will develop their literary analysis skills in preparation for upper-level literature courses. *Fall, Spring.*

**EN 301 Creative Writing** (**3**) *Prereq.: EN 126.* Students study and practice the tools of effective writing in areas of personal interest while maintaining a balance between creativity and adherence to standards for quality writing. Special attention is given to poetry, characterization, and other forms of imaginative writing. *Fall, Spring.*

**EN 307 American Romanticism** (**3**) *Prereq.: EN 251 or 252.* This course focuses on major selections of American Romantic authors such as Hawthorne, Poe, Melville, Whitman, and others. Students will analyze each writer's themes, philosophies, literary techniques, and structure as they gain an appreciation for each writer's works. *Fall odd.*

**EN 310 American Novel** (**3**) *Prereq.: EN 251 or 252.* Students learn the development of the American novel through the study of philosophy, theme, characterization, and other literary characteristics as they read representative novels by Hawthorne, Twain, Howells, and others. *Spring even.*

**EN 312 Victorian Literature** (**3**) *Prereq.: EN 251.* This course focuses on major poems, essays, and novels of the British Victorian Era. Students will analyze works for meaning, structure, literary techniques, and philosophy. *Spring even.*

**EN 315 Shakespeare** (**3**) *Prereq.: EN 251.* Students will learn the essentials concerning the life and times of William Shakespeare and selected major plays (comedies, tragedies, and histories). *Fall, Spring.*

**EN 318 English Romantic Poetry** (**3**) *Prereq.: EN 251.* Selections from prominent writers of the Romantic Era are studied for the purpose of understanding and appreciating their poetic styles and recognizing the philosophy of the Romantic Movement. The student will learn how to recognize literary themes and to interpret significant literary passages from a traditional Christian perspective. *Spring odd.*

**EN 348 Late 19th–Mid 20th Century Poetry** (3) *Prereq.: EN 251 and 252.* Students learn selected poetry of the late 19th through the mid-20th century including poems penned by William Butler Yeats, Robert Frost, and Wallace Stevens. *Fall even.*

**EN 360 Advanced English Grammar and Composition** (3) *Prereq.: At least "C-" in EN 121 (or EN 123) and in EN 126.* This course provides a detailed study of traditional grammar and guides students in writing clear and graceful prose. *Fall, Spring.*

**EN 362 History and Trends of the English Language** (3) *Prereq.: At least "C-" in EN 126.* This course provides an in-depth analysis of the history and trends of the English language. Students learn the history of the language, the importance of traditional grammar and usage, the philosophies of language, and the influence of trends on the language. *Fall, Spring.*

**EN 401 Advanced Creative Writing** (3) *Prereq.: At least "C-" in EN 301.* This course provides the creative writing student instruction in crafting fiction and poetry. The student will learn the elements of character, plot, conflict, and dialogue; will learn to craft both free verse and rhymed, metered poetry; and will apply the techniques of editing fiction and poetry to his own work. *Fall.*

**EN 402 British Novel** (3) *Prereq.: EN 251.* This course focuses on the historical development of the English novel. The student will read and analyze novels by authors such as Austen, Dickens, and Conrad. *Fall odd.*

**EN 405 Milton** (3) *Prereq.: EN 251.* Students will learn the essentials concerning the life and times of John Milton and his representative poetry and prose. Special attention is given to *Paradise Lost. Fall.*

**EN 414 American Realism** (3) *Prereq.: EN 251 or 252.* This course focuses on major works of American Realism from 1865–1920. Students will develop an appreciation for the literature of this era and analyze the selections for meaning, structure, literary techniques, and philosophy as they read and write about the selections. *Spring odd.*

**EN 418 World Drama** (3) *Prereq.: EN 251; or EN 210 and credit for or concurrent enrollment in SP 402.* This course provides an in-depth reading and interpretation of representative international dramas from ancient Greece to the twentieth century. The student will analyze the works' themes, genre, philosophy, and dramatic techniques. *Fall.*

**EN 423 The Classics of Western Literature** (3) *Prereq.: EN 251.* The student will examine the major pieces of poetry, drama, and prose of Western civilization from the third century B.C. until the nineteenth century A.D. *Spring.*

**EN 430 Writing for the Disciplines** (3) *Prereq.: EN 126.* Students learn to adapt their writing to an audience, genre, or purpose within their discipline in order to communicate effectively. Students will further develop information literacy skills learned in earlier general education grammar and composition courses. *Fall.*

**EN 431 Senior Humanities Research Project** (3) *Prereq.: Senior humanities major.* This capstone course is an independent study that enables the student to apply and synthesize skills in research, worldview, critical thinking, and writing emphasized in the humanities major. *Fall.*

**EN 441 Senior Literature Research Project** (3) *Prereq.: Senior English major.* This capstone course is an independent study that enables the student to apply and synthesize skills in writing, literary analysis, research, worldview, and critical thinking emphasized in the English major. *Fall, Spring.*

## FAMILY/CONSUMER SCIENCES

**FC 111 Sewing Basics** (3) Students learn the fundamental techniques of sewing. Basic clothing construction and projects for home décor will be introduced. Skills will be developed through practice in the sewing lab. *Fall, Spring.*

**FC 118 Food Preparation** (3) Students learn essential food preparation techniques through practicing basic cooking and baking skills. *Fall, Spring.*

**FC 342 Meal Planning and Service** (3) *Prereq.: FC 118.* Students will learn to consider biblical hospitality as well as cultural differences when planning, preparing, and serving various types of meals. Students gain hands-on experience in the Culinary Arts Lab. *Spring.*

## FINANCE

**FN 215 Principles of Investments** (3) *Prereq.: AC 232.* This course develops the topic of investments from a personal finance perspective. Students will learn the various investment vehicles available as well as how to evaluate the risks and rewards of each type of investment. *Fall.*

**FN 216 Personal Finance** (3) This course introduces the issues involved in long-term financial planning. Students learn money management, credit management, home ownership, and retirement and estate planning and use these skills to prepare a personal budget, manage consumer credit, and evaluate the cost of asset ownership. In addition, the students will gain a basic understanding of insurance, taxes, and investment options and associated risk as they apply to personal finance. This course may be taken as a social science elective. *Spring.*

**FN 310 Financial Institutions** (3) *Prereq.: BA 301.* The student will understand the monetary and financial systems in the U.S. including an analysis of money, prices, interest rates, credit, national income, and employment, all in relation to the framework in place in various foreign markets. *Spring.*

**FN 331 Financial Statement Analysis** (3) *Prereq.: BA 302.* Students will learn fundamental techniques of financial statement analysis and their application to strategic planning and financial decision making. Students will learn to analyze and interpret financial information including the balance sheet, income statement, and statement of cash flows. This course may be taken as an accounting elective. *Fall.*

**FN 433 International Finance** (3) *Prereq.: Credit for or concurrent enrollment in BA 302.* In addition to learning the goals of and risks faced by multinational corporations (MNCs), students learn the characteristics of and financial instruments used in international markets. Students also learn how inflation, national income, and agencies affect international trade and how inflation and interest rates affect currency exchange rates. From this knowledge, students are able to hedge risk through forward and futures contracts. *Fall.*

**FN 447 Financial Modeling and Forecasting** (3) *Prereq.: BA 302; and BA 322 or MA 326.* Students gain facility in several modeling and forecasting techniques such as the Gordon model, CAPM, and Black-Sholes, with an emphasis on the statistical analysis of economic and financial data. Using this knowledge, students construct spreadsheets to generate pro forma statements; perform sensitivity analysis; and assist in capital budgeting, firm valuation, and working capital management decisions. *Fall.*

**FN 448 Advanced Portfolio Management** (3) *Prereq.: BA 302 and FN 215.* Students will use portfolio theory and asset pricing models to determine rational investment and portfolio management policies. Students will also analyze expected returns to determine the optimal portfolio mix for hypothetical clients and will perform risk assessment and performance evaluation to minimize portfolio risk while maximizing returns. *Spring.*

**FN 452 Case Studies in Finance** (3) *Prereq.: FN 447.* Students will apply financial theories to "real world" situations and will develop the ability to analyze financial scenarios and practice the communication skills required in a business environment. Students will perform analytical reviews of financial statements, calculate capital budgets and cost of capital for decision-making, and will prepare cash budgets. Students will also learn to identify the interrelationships among financial statement components to generate financial projections. *Spring.*

## HISTORY

**HI 101 History of Civilization** (3) This course is a survey of the major civilizations of the ancient and medieval world and their contributions to history. Concise histories of the Middle East, Asia, and Africa, along with the development of Western civilization from the earliest writings of ancient man to the emergence of modern Europe from medieval culture serve to provide the student a panoramic view of history. Students will learn the importance of the religious, political, legal, and cultural aspects of the ancient, medieval, and early modern world as seen from a Christian perspective. *Fall, Spring.*

**HI 102 History of Civilization** (3) Beginning with an examination of the founding of the United States and its Constitution as contrasted with the French Revolution and its ramifications, this course traces the emergence of the modern world. Students will learn the importance of the philosophies and current geopolitical trends that have helped to shape modern history. *Fall, Spring.*

**HI 200 Introduction to Historical Studies (3)** *Prereq.: HI 101, 102, EN 126, and sophomore or above.* Students gain knowledge in philosophy of history and develop skills in historiography, interpretive methodology, and historical writing. HI 200 may not be taken as an HI elective by students with a secondary education history concentration. *Spring.*

**HI 201 United States History (3)** This course is a detailed examination of America's social, political, religious, and economic beginnings from the discovery of America through 1876. Students analyze the factors that have encouraged capitalism, free enterprise, nationalism, and the Christian faith. *Fall.*

**HI 202 United States History (3)** Students learn of the rise of America to a world power from the Gilded Age to the present. A Christian view of the people and events is the basis for this course in both domestic and foreign affairs. *Spring.*

**HI 211 World Geography (3)** *Prereq.: Sophomore or above.* The student will learn man's relationship to his physical, cultural, economic, and political structures in the various regions of the world. This course may be taken as a social science elective. *Fall, Spring.*

**HI 310 History of England (3)** *Prereq.: HI 101 and 102.* The student examines English history with emphasis upon the post-Reformation Era. Special attention is given to political and religious developments in England that have influenced American and world governments up to the present time. *Fall, Spring.*

**HI 315 Colonial America (3)** *Prereq.: HI 201.* Beginning with the discovery of the New World, this course examines the English settlement of North America. Students analyze the political development that ended in the War of Independence. Special treatment is given to the religious heritage of this period. *Fall even.*

**HI 318 American Westward Expansion (3)** *Prereq.: HI 201.* This course examines America's westward expansion from 1790 to 1890 with an emphasis upon the significance of the frontier in America's development as a nation. *Spring even.*

**HI 351 Pre-Law Internship (3)** *Prereq.: BA 201 and approval from chair of humanities.* This internship of 120 hours provides an opportunity for the student to gain practical knowledge about a career in law or with an organization or firm that works directly with legal issues and/or policies. *Interterm, Summer.*

**HI 399 Pre-Law Seminar (1)** *Prereq.: Junior or senior.* This course provides an overview of the topics related to law school entry and basic law school curriculum. Students learn preparation strategies for the LSAT as well as the law school application process. *Fall.*

**HI 403 Medieval History (3)** *Prereq.: HI 101.* This course provides a background for the understanding of the Renaissance, Reformation, and nation building in Europe. The student will be able to identify the major themes, events, and personalities that influenced medieval history. *Fall even.*

**HI 405 America since 1900 (3)** *Prereq.: HI 202.* The student will analyze the role of the United States in world affairs from the Spanish-American War to the present. The political, religious, and cultural relationships are viewed in relation to present-day America. *Fall odd.*

**HI 410 Europe in the Nineteenth Century (3)** *Prereq.: HI 102.* The course of Europe from the days of the French Revolution to the advent of war in 1914 is studied. Students learn major areas including the romantic movement, the Industrial Revolution, the rise of liberalism in several areas, and the military development of the nineteenth century. *Spring.*

**HI 411 World History since 1900 (3)** *Prereq.: HI 102.* This course presents a study of world history from the turn of the twentieth century through World War II. Students analyze ideas and philosophies that have affected the course of modern history. *Fall.*

**HI 412 World History since 1900 (3)** *Prereq.: HI 102.* This course presents a study of world history beginning with the conclusion of World War II and continuing to the present. Students discuss the roles of Europe, the United States, and the Third World in recent historical events. *Spring.*

**HI 417 Greco-Roman History (3)** *Prereq.: HI 101.* This course examines the overwhelming influence of Greek and Roman culture on Western civilizations. The student identifies the results of the politics and philosophy that dominated the era. *Fall odd.*

**HI 424 The Developing World (3)** *Prereq.: HI 102.* This course is a history of Latin America, Africa, and Asia, with an emphasis on the modern period since World War II. The challenges and opportunities that face these regions will be considered from a Christian perspective leading to a greater appreciation of the relationship with the postindustrial world. *Spring odd.*

Highlighted text indicates a change from the official version of the Catalog.

**HI 441 Senior History Research Project** (3) *Prereq.: Senior history major.* This capstone course is an independent study that enables the student to apply and synthesize skills in writing, historical analysis, research, worldview, and critical thinking emphasized in the history major. *Fall, Spring.*

## MATHEMATICS

**MA 099 Basic Mathematics** (3) This course develops a practical appreciation for mathematics and promotes mastery of mathematical operations. Concepts from elementary algebra are introduced. Credit for MA 099 is not applicable toward math elective or graduation requirements. *Fall, Spring.*

**MA 121 College Algebra I** (3) *Prereq.: At least "C-" in MA 099 or placement into MA 121 or higher.* Students learn about exponents, radicals, rational expressions, linear and quadratic equations, inequalities, systems of equations, and applications. *Fall, Spring.*

**MA 125 Mathematics for Liberal Arts** (3) *Prereq.: At least "C-" in MA 099 or placement into MA 125 or higher.* Students will learn problem-solving skills and topics related to algebra, geometry, mathematical logic, and statistics. *Fall, Spring.*

**MA 130 College Algebra II** (3) *Prereq.: At least "C-" in MA 121 or placement into MA 130 or higher.* Students learn about algebraic functions and equations, exponential and logarithmic functions, linear modeling, graphing techniques, and applications. *Fall, Spring.*

**MA 131 College Trigonometry** (3) *Prereq.: At least "C-" in MA 130 or placement into MA 131 or higher.* Students learn various methods of solving triangular problems. The analytical function of trigonometry is demonstrated through investigations of identities and simple equation solutions. The additional topics of matrices, sequences, and probability are discussed. *Fall, Spring.*

**MA 212 Mathematics for the Secondary School** (3) *Prereq.: At least "C-" in MA 099 or placement into MA 121 or higher; and sophomore or above with mathematics teaching field.* Students learn the basic topics included in general mathematics and algebra courses in the secondary school with emphasis on concept presentation and techniques of skill mastery. *Spring.*

**MA 220 Business Calculus** (3) *Prereq.: MA 130 or placement into MA 131 or higher.* Students learn about limits, differentiation, and integration with an emphasis on business applications. *Fall, Spring.*

**MA 221 Calculus I** (4) *Prereq.: At least "C-" in MA 131 or placement into MA 221.* Students learn introductory calculus topics through differentiation and integration of algebraic and transcendental functions, with applications. *Fall, Spring.*

**MA 222 Calculus II** (4) *Prereq.: At least "C-" in MA 221.* Students learn properties and techniques of integration using algebraic and transcendental functions, applications of the definite integral to mathematics and physics, and properties of the convergence of infinite sequences and series. *Fall, Spring.*

**MA 224 Discrete Mathematics** (3) *Prereq.: MA 131.* Students learn basic mathematical logic and proofs, number theory, graph theory, counting techniques, relations, combinatorics, and mathematical induction and recursion. Emphasis is placed on applying these concepts in computer science and software engineering courses. *Fall, Spring.*

**MA 241 Applied Linear Algebra** (3) *Prereq.: MA 224; or MA 222 and junior or senior electrical engineering concentration.* Students learn about the properties of matrices and determinants, the algorithmic nature of linear algebra methods, Euclidean spaces, and linear transformations of two- and three-dimensional spaces with application to real world problems. *Fall.*

**MA 299 Introduction to Research and Writing** (2) *Prereq.: Sophomore or above.* This course will introduce students to the most common tool for mathematical writing publication. Students will also learn how to read mathematics textbooks and literature and to communicate their mathematical ideas. *Spring.*

**MA 302 College Geometry** (3) *Prereq.: MA 224.* Students demonstrate understanding of advanced Euclidean geometry with topics including circles, constructions, loci, polygons, triangles, congruence, and similarity. *Fall.*

Highlighted text indicates a change from the official version of the Catalog.

**MA 303 Linear Algebra (3)** *Prereq.: MA 222 and 224.* Students learn about vector spaces, Euclidean spaces, the foundational propositions of linear algebra, matrices, and linear transformation with application to real world problems. *Fall even.*

**MA 321 Calculus III (4)** *Prereq.: At least "C-" in MA 222.* Students learn about polar coordinates, improper integrals, vectors and solid analytic geometry, partial differentiation, and multiple integrals. *Fall, Spring.*

**MA 322 Differential Equations (3)** *Prereq.: At least "C-" in MA 222.* Students learn the methods for solving differential equations of the first and second order; also, higher order equations and various methods of finding approximate solutions to differential equations are explained. *Fall, Spring.*

**MA 326 Statistics (3)** *Prereq.: MA 131 or placement into MA 221; and sophomore or above.* This course emphasizes examples and problems chosen specifically for the business, science, and mathematics student. Although descriptive statistics is discussed, the primary concern is for students to master the concepts and techniques for statistical analyses used in inferential and predictive statistics. *Fall, Spring.*

**MA 330 Quantitative Methods (3)** *Prereq.: At least "C-" in BA 322 or MA 326.* Students learn many commonly used quantitative management science techniques and the role they play in the decision-making process for businesses. Some of the techniques studied include decision analysis, sensitivity analysis, what-if sampling, utility in decision making, time series forecasting, linear programming models (both graphical and computer-based), and project scheduling with PERT/CPM. Students solve actual business problems using these techniques. Some qualitative methods for decision making are also discussed. *Fall, Spring.*

**MA 343 Mathematics of Complex Variables (3)** *Prereq.: MA 321.* Students learn about complex variables, analytic functions, complex integrals, power series, residues and poles, and applications of complex variables. Emphasis is placed on applying these concepts in engineering courses. *Fall even.*

**MA 400 History of Mathematics (3)** *Prereq.: MA 224.* Students learn the history of mathematical discovery from ancient civilizations through the present, surveying the various philosophies that have driven mathematical thought. Emphasis is placed on the historical developments of major mathematical fields. *Fall odd.*

**MA 405 Geometry (3)** *Prereq.: MA 302.* Students will learn about spherical, hyperbolic, and projective geometries and will explore informal topological themes including symmetries, surfaces, and graphs. *Spring even.*

**MA 407 Applied Mathematics (3)** *Prereq.: MA 222.* Students learn practical applications of mathematics to the physical world. This course is designed through the use of EXCEL, MATLAB, and other graphing utilities to show the usefulness of mathematics in solving problems that arise in the business, science, and social science communities. *Spring odd.*

**MA 426 Mathematical Statistics (3)** *Prereq.: MA 222 and 326.* The student will learn the foundational mathematical concepts necessary for advanced work in statistics. These concepts include probability, expectations, random variables, distributions, and moment-generating functions. *Fall.*

**MA 432 Advanced Calculus (3)** *Prereq.: MA 224 and 321.* This course is designed to provide the mathematics student with a better understanding of first-year calculus through the study of the properties of real numbers and functions of real numbers, leading to the Fundamental Theorem of Calculus. The topics covered include sequences, functions, limits, continuity, differentiation, Riemann sums, and integration. *Spring odd.*

**MA 441 Abstract Algebra I (3)** *Prereq.: MA 224.* Students learn about various number systems and the solvability of equations within these systems. The topics covered include binary operations, operation-preserving maps, groups, rings, fields, and the Fundamental Theorem of Algebra. *Fall odd.*

**MA 442 Abstract Algebra II (3)** *Prereq.: MA 441.* Students learn additional properties of rings and fields with an emphasis on groups. Special attention is given to the application of groups and rings to topics from linear algebra. *Spring even.*

**MA 499 Mathematics Capstone Seminar (2)** *Prereq.: MA 299 and senior.* This capstone course prepares students for research at the graduate or professional level. Students will synthesize learned knowledge and research of topical literature into a proposal to advance a mathematical idea or principle. *Spring.*

---

Highlighted text indicates a change from the official version of the Catalog.

## MECHANICAL ENGINEERING

*Prereq. for all ME courses is a concentration in mechanical engineering.*

**ME 301 Thermodynamics (3)** *Prereq.: At least "C-" in PY 232.* The student applies the first and second laws of thermodynamics to the study of irreversible processes in gases, vapors, and liquids. *Fall.*

**ME 308 Fluid Mechanics (3)** *Prereq.: At least "C-" in MA 321, 401, and PY 231.* Students learn the laws of statics, buoyancy, stability, and energy and momentum as they apply to the behavior of ideal and real fluids. *Spring.*

**ME 310 Kinematic Design of Planar Mechanisms (3)** *Prereq.: EG 208.* Students learn kinematic synthesis and design machine parts including linkages, cams, and gear trains. Position, velocity, and acceleration are evaluated by graphical and analytical methods. *Spring.*

**ME 331 Manufacturing Engineering (3)** *Prereq.: EG 201, 206, 208, and at least "C-" in MA 326.* Students learn the manufacturing processes involved in the conversion of metal and nonmetal raw materials into final products. The manufacturing engineering topics of materials, design, processes, management, economics, quality control, and computers are studied. *Fall.*

**ME 361, 461 Mechanical Engineering Practicum (1 each)** *Prereq.: Junior or senior; mechanical engineering concentration; and approval from chair of engineering and computer science.* Students receive practical engineering experience in this elective course conducted for a minimum of 40 hours at an approved off-campus facility supervised by a practicing professional. Students are required to document their involvement and contemplate details related to problem solving, teamwork, current practice, and the flexibility observed in engineering scenarios. *Both sem., Interterm, and Summer.*

**ME 405 Automatic Control Systems (3)** *Prereq.: EG 322.* The student applies engineering principles to the analysis and design of mechanical control systems including the concepts of response, oscillation, and stability. *Fall.*

**ME 407 Heat Transfer (3)** *Prereq.: At least "C-" in MA 401 and credit for or concurrent enrollment in ME 308.* Students learn to analyze heat transfer by the mechanisms of conduction, convection, and radiation. *Spring.*

**ME 408 Heat and Power Design Laboratory (1)** *Prereq.: ME 301 and 308; credit for or concurrent enrollment in ME 407.* The student measures design parameters and determines operating points for selected thermal and mechanical systems including pumps, fans, compressors, heat exchangers, internal combustion engines, air conditioners, and solar collectors. Lab reports document "hands-on" operating experience with commercial heat and power equipment and experimental evaluation of operational and performance characteristics under varied operating conditions. *Spring.*

**ME 409 Design of Thermal Systems (3)** *Prereq.: ME 301 and credit for or concurrent enrollment in ME 308 and 407.* Students learn design principles for residential, commercial, and industrial energy systems—including heating, ventilating, air conditioning, and refrigeration. *Spring.*

**ME 412 Machine Design I (3)** *Prereq.: EG 106, 201, and 206.* Students apply the principles of mechanics of materials and materials science to the design of machine elements, including shafts, bearings, mechanical drive elements, brakes, and joints. Finite element analysis software is introduced. A team design project is completed. 2 hours lecture, plus lab. *Fall.*

**ME 413 Machine Design II (3)** *Prereq.: ME 412.* Students design machine elements required in a power transmission system and predict failure for different types of loading. The design and manufacture of functioning mechanisms is completed as a team project. Finite element analysis software is used for analysis and optimization. 2 hours lecture, plus lab. *Spring.*

**ME 415 Vibrations (3)** *Prereq.: EG 208 and at least "C-" in MA 326 and 401.* Students learn the mathematical analysis of free and forced vibrations in mechanical systems. 2 hours lecture, plus lab. *Fall.*

**ME 422 Circuits and Instrumentation Design Laboratory (1)** *Prereq.: EG 321.* Students will solve design projects in the area of circuits and instrumentation. These projects include solving open-ended problems using the student's creativity and modern design theory. Specifications will be formulated and alternative solutions will be evaluated. Economic and safety factors will be considered. *Fall.*

**ME 442 Senior Mechanical Engineering Design (3)** *Prereq.: Senior graduating in May or December.* This capstone design course consists of special topics for advanced students and emphasizes the use of the computer for solving open-ended design problems. Students form design teams and complete a comprehensive design project. Meets 4 hours a week. *Spring.*

## MISSIONS

**MI 201 History of Missions** (**2**) The history of Christian missions from the Old Testament to the present is studied. The student will learn missionary passages in the Old and New Testaments as well as some key facts and events in the lives of missionaries throughout church history. *Fall.*

**MI 202 Promotion of Missions** (**2**) The responsibilities of the local church, the Christian school, and the individual Christian to missions are studied, with attention given to the mechanics of implementing a missionary program. The student will be able to describe the role of the pastor and church in implementing a missions program and will be able to design a missions program in a Christian school. *Spring.*

**MI 207, 208, 209 Missionary Practicum** (**1 each**) *Prereq.: Approval from chair of Bible.* These courses require the student to spend 10–14 days each in cross-cultural missionary work on the field. The number of credits a student may earn depends upon the work involved, the degree of responsibility, and the length of service. Students will be required to conduct interviews of veteran missionaries and to keep a journal. *Interterm, Summer.*

**MI 210 Missionary Practicum** (**3**) *Prereq.: Approval from chair of Bible.* This course requires the student to spend 6–8 weeks in missionary work on the field. The credit a student may earn depends upon the work involved, the degree of responsibility, and the length of service. The student is required to conduct interviews of veteran missionaries and to keep a journal. *Summer.*

**MI 301 Principles and Methods of Missions** (**2**) This course prepares the student for missionary candidature with emphasis on application to a mission board, candidate school, prefield ministries, as well as the physical, financial, and spiritual preparation for the student's field. Projects are designed to aid the student in the organization of prayer cards, prayer letters, multimedia presentations, and display boards. *Fall.*

**MI 302 Principles and Methods of Missions** (**2**) This course deals with the actual principles necessary for succeeding on the mission field. Topics include mental concerns, culture shock, language learning, interpersonal relationships, evangelism, furlough, and retirement. *Spring.*

**MI 403 Cultural Anthropology** (**3**) Cultures of various people of the world are studied for the purpose of orienting the missionary candidate concerning life and witness among these peoples. The student will learn to articulate issues related to cross-cultural communication of God's Word. This course may be taken as a social science elective. *Spring even.*

**MI 406 Modern Trends in Missions** (**2**) This course, which seeks to prepare the missionary to face today's problems on the field, includes a study of liberalism, neoevangelicalism, the charismatic movement, and the battle for the Bible. Missions associations and current or developing trends in missions are also discussed. *Fall.*

**MI 412 Church Planting Seminar** (**1**) *Prereq.: Ministerial student.* Through an analysis of biblical and historical models for developing new congregations from initial evangelism, the student learns the essentials of the ministry of church planting. Topics such as purchasing of property, organization and writing of founding documents, financial support, and the church planter's schedule and ministry are covered. *Spring even.*

## MARKETING

**MK 202 Professional Selling** (**3**) *Prereq.: Sophomore or above.* This course acquaints the students with the basic principles and applications of the sales process as they relate to industrial, wholesale, and retail selling situations. The student will demonstrate prospecting and qualifying, planning and pre-approaching the customer, the sales presentation/demonstration, handling objections, closing the sale, and post-sale service and follow up. The organization and management of sales programs and a sales force are also considered. *Fall, Spring.*

**MK 204 Principles of Marketing** (**3**) The fundamentals of the marketing mix and marketing environment are examined. The student will gain foundational knowledge of product concepts, pricing decisions, promotional techniques, and distribution strategies. Detailed study of market segmentation, target marketing, and the behavior of business customers will allow the students to make informed business decisions. *Fall, Spring.*

**MK 307 Advertising (3)** *Prereq.: MK 204.* The student will develop a deeper understanding of the promotional mix. The roles of and relationships between a variety of advertising media vehicles will be taught. Students will integrate marketing communication, the promotional mix, media planning, creative strategies, and campaign evaluation as they work in groups to plan and develop an advertising campaign. Strategic implications are stressed throughout the course. *Fall.*

**MK 308 Retailing (3)** An overview of retailing management concepts will be studied. Students will be able to assess the importance of retailing in an economy and demonstrate knowledge of the different types of retailing, various retailing strategies, ethical and legal aspects of retailing, supply chain management, and customer relationship management. *Spring.*

**MK 401 Advertising Project (3)** *Prereq.: AR 218, 420, PW 301, and senior advertising/public relations concentration.* Students prepare a visual advertising campaign, packaging, and point-of-purchase for a new product. *Fall.*

**MK 402 Advertising Practicum (3)** *Prereq.: AR 218, 420, MK 202, PW 301, and senior advertising/public relations concentration.* Students obtain actual field experience in advertising design and layout. *Spring.*

**MK 404 Marketing Research (3)** *Prereq.: MK 204; and BA 322 or MA 326.* This course presents effective marketing research aids for effective decision making. The role of marketing research in business is discussed while hypothesis development, sampling theory and methodology, research tool design, data collection decisions and methodology, and data analysis are learned. Analysis of research results using the SPSS statistical application package is emphasized. *Fall.*

**MK 405 Marketing Management (3)** *Prereq.: Senior marketing concentration graduating December or May.* The student will integrate strategic management and execution of the marketing management process within the marketing function. The student will make marketing management decisions by applying marketing principles to actual business situations through both individual and group casework. *Spring.*

**MK 417 Internet Marketing (3)** *Prereq.: BA 217 and MK 204.* The strategic use of the Internet as a communication medium and distribution channel will be explored in depth. An emphasis will be placed on developing the students' understanding of the use of Internet-based marketing as an integrated part of a company's overall marketing plan. Students will create a company's overall marketing plan with specific application in formulating an overall competitive strategy, managing customer interaction, and assessing the success of an ongoing plan. *Fall even.*

## MODERN LANGUAGES

**LA 101 Elementary Latin I (3)** This course offers a beginning study of classical Latin. Students learn the basic skills of Latin pronunciation, analysis of Latin grammar, and translation of Latin sentences into English. Meets 4 hours a week. *Fall.*

**LA 102 Elementary Latin II (3)** *Prereq.: LA 101.* This course continues the beginning study of classical Latin. Students develop their skills in Latin pronunciation, analysis of Latin grammar, and translation of Latin sentences into English. Meets 4 hours a week. *Spring.*

**LA 201 Intermediate Latin I (3)** *Prereq.: LA 102.* This course develops students' ability to translate classical Latin prose. Students also expand their understanding of Latin vocabulary, grammar, and syntax. Special attention is given to the influence of selected works on Western thought. *Fall.*

**LA 202 Intermediate Latin II (3)** *Prereq.: LA 201.* This course develops students' ability to translate classical Latin poetry. Students also expand their understanding of Latin vocabulary, grammar, and syntax. Special attention is given to the influence of selected works on Western thought. *Spring.*

**ML 121 Elementary Spanish I (3)** This course begins the study of the Spanish language and is designed to introduce the student to the basic skills of listening, speaking, reading, and writing in Spanish. The student learns spoken Spanish through question/answer drills and daily oral recitations in class. This course is intended for students with little or no experience with the Spanish language. Meets 4 hours a week. *Fall, Spring.*

**ML 122 Elementary Spanish II (3)** *Prereq.: ML 121 or Spanish placement exam.* This course develops the student's listening, speaking, reading, and writing skills in Spanish. Content includes a review of Spanish sounds and pronunciations, a review of stress, accentuation, punctuation, and spelling, as well as cultural readings, historical narratives, and short literary selections. The student learns oral communication through question/answer drills and daily oral recitation. Meets 4 hours a week. *Fall, Spring.*

Highlighted text indicates a change from the official version of the Catalog.

**ML 131 <mark>Elementary French I</mark>** (3) Students will learn the fundamental skills of listening, speaking, reading, and writing French. Students will learn basic French expressions and will practice communicating orally and in writing on an elementary level. This course is intended for students with little or no experience with the French language. Meets 4 hours a week. *Fall.*

**ML 132 <mark>Elementary French II</mark>** (3) *Prereq.: ML 131.* This course continues to develop basic communicative skills in French and continues the study of the culture. Students will engage in daily conversational practice, pronunciation exercises, communicative grammar exercises, and oral and written language application activities in the present and past tenses. Meets 4 hours a week. *Spring.*

**ML 221 <mark>Intermediate Spanish I</mark>** (3) *Prereq.: ML 122 or two years of high school Spanish and Spanish placement exam.* This course emphasizes vocabulary expansion and a thorough review of basic grammatical concepts. Students will learn the parts of speech, verb tenses, and special vocabulary. Students develop listening, reading, writing, and speaking abilities. Meets 4 hours a week. *Fall.*

**ML 222 <mark>Intermediate Spanish II</mark>** (3) *Prereq.: ML 221.* The student will expand his vocabulary and learn basic grammatical concepts. Students will learn verb tenses, time expressions, prefixes, suffixes, prepositions, conjunctions, vocabulary, and selected literature. The student will develop his listening, reading, writing, and speaking abilities. Meets 4 hours a week. *Spring.*

**ML 231 <mark>Intermediate French I</mark>** (3) *Prereq.: ML 132 or two years of high school French and French placement exam.* This course includes a review of elementary French grammar and pronunciation complemented by increasing lexical development and expansion of the skills acquired in first-year French. Students will develop greater fluency in oral and written communication in the past and present tenses. They will engage in conversational activities and dialogues. Students will analyze French culture in addition to the culture of selected French-speaking countries. Meets 4 hours a week. *Fall.*

**ML 232 <mark>Intermediate French II</mark>** (3) *Prereq.: ML 231.* Students will communicate orally and in writing using intermediate structures of French grammar including the present, past, future, and conditional tenses in the indicative and subjunctive moods. Students will give extemporaneous and memorized oral presentations in French on a variety of topics including personal experiences and the culture of French-speaking countries. Students will develop greater fluency in French composition. Meets 4 hours a week. *Spring.*

**ML 321–322 Spanish Conversation and Composition** (3 each) *Prereq. for ML 321: ML 222; prereq. for ML 322: ML 321.* This intensive, practical course develops the student's skill in conversation and writing through intensive oral practice in question-answer conversational drills, readings, oral summaries, and by writing directed compositions on themes following a given model. Class is conducted in Spanish. *ML 321: Fall. ML 322: Spring.*

**ML 421–422 Advanced Spanish Grammar and Composition** (3 each) *Prereq. for ML 421: ML 322; prereq. for ML 422: ML 421.* This course provides the student with an intensive analysis of the Spanish language. Oral and written Spanish composition with particular attention given to developing fluency and facility of speech is a part of this course. Cultural readings and a directed discussion of assigned topics are included in this course. Class is conducted in Spanish. *ML 421: Fall. ML 422: Spring.*

## MUSIC

**MU 100 Foundations of Church Music** (4) *Prereq.: Open to all students except those with a music major, minor, or teaching field.* In this foundational course for the church musician, students will learn basic theory concepts and songleading techniques. Students will also examine a variety of music issues. *Fall.*

**MU 101 Music Theory I** (4) The student gains a practical approach to the study of music fundamentals, including major and minor keys, scales, rhythm and meter, intervals, triads and seventh chords in all inversions. The student learns basic principles of voice leading through part-writing exercises in root position. Frequent aural exercises develop the student's listening skills and encourage sensitivity to harmonic function. Meets 5 hours a week. *Fall, Spring.*

**MU 102 Music Theory II** (4) *Prereq.: At least "C-" in MU 101 or music theory placement exam.* The student builds on music fundamentals, including cadences, non-harmonic tones, and phrase analysis. The student learns to apply these principles through part-writing using triads and dominant seventh-chords in all inversions, analyzing harmony and form, and harmonizing melodies. Frequent aural exercises continue to develop the student's listening skills and encourage sensitivity to harmonic function. Meets 5 hours a week. *Fall, Spring.*

<mark>Highlighted text</mark> indicates a change from the official version of the Catalog.

**MU 105–106 Beginning Hymnplaying** (1 each) *Prereq. for MU 105: Audition; prereq. for MU 106: Audition or at least "C-" in MU 105*. These courses develop skills needed by a church pianist. Students learn how to accompany congregational singing using chording and improvisation in a traditional, evangelistic-style of playing. Students also learn piano solos suitable for offertories and perform them in class. *MU 105: Fall. MU 106: Spring.*

**MU 117–317 Musical Workshop** (1 each) *Prereq.: Participation in the cast or chorus of a Fine Arts musical production; each level requires the preceding one*. Students and faculty produce a fully staged, costumed, and lighted musical production.

**MU 118–419 Opera Workshop** (1 each) *Prereq.: Audition*. Students develop individual roles while learning to interact in the theatrical environment. Coursework culminates in a public performance.

**MU 121–122 Vocal Class I, II** (1 each) *Prereq. for MU 121: Music placement test; prereq. for MU 122: MU 121. Open to all students except vocal music major, teaching field, or minor.* Students learn the fundamentals of good vocal technique, communication, practice, and performance. Students demonstrate their progress through regular class workshops and performances. Meets 3 hours a week. *MU 121: Fall. MU 122: Spring.*

**MU 145–146 Choral Workshop** (1 each) *Prereq.: Audition*. The student joins a choir that is created for a graduate music student with conducting proficiency. Rehearsals involve preparation for the student's graduate choral conducting recital. This course does not meet undergraduate ensemble requirements.

**MU 161–462 Chamber Music** (1 each) *Prereq.: Audition*. This course allows music students the opportunity to perform an array of literature from sacred to classical in a variety of performance situations. *Fall, Spring.*

**MU 201 Music Theory III** (4) *Prereq.: At least "C-" in MU 102 or music theory placement exam*. The student learns music fundamentals, including melodic form, seventh chords, secondary dominant and secondary leading tone chords, and methods of modulation. Students learn to apply these principles through part-writing, harmonic analysis, and composition. Frequent aural exercises continue to develop the student's listening skills and encourage sensitivity to harmonic function. Meets 5 hours a week. *Fall.*

**MU 202 Music Theory IV** (4) *Prereq.: At least "C-" in MU 201*. The student learns the musical styles and harmonies seen in 18th century composition. Students will complete exercises in counterpoint, classical style, chromatic harmony, modal change, and methods of modulation. Frequent aural exercises continue to develop the student's listening skills and encourage sensitivity to harmonic function. Meets 5 hours a week. *Spring.*

**MU 205–206 Intermediate Hymnplaying** (1 each) *Prereq.: Audition*. These courses continue to build on skills learned in Beginning Hymnplaying, including modulation and transposition. Students will continue to develop skills for congregational playing, offertories, and accompanying for vocal solos. They will learn basic arranging techniques to create original piano solos. *MU 205: Fall. MU 206: Spring.*

**MU 213 Appreciation of Fine Arts** (3) The student examines the background necessary to evaluate and develop an appreciation for good music. Study begins with biblical principles for the development of a Christian philosophy of music. The basic elements of music are learned as well as brief histories of the periods of music and the composers of great music from each of these periods. Guidance is given in listening to classical music and learning to appreciate it. The students learn to intelligently appreciate creative art and develop a Christian philosophy of art. This course may be taken as a social science elective. *Fall, Spring.*

**MU 214 Principles of Lyric Diction** (3) *Prereq.: VO 122.* Students will continue to learn lyric diction principles including those for German and French languages. Emphasis is placed on the student's ability to correctly use the International Phonetic Alphabet in pronunciation. *Fall.*

**MU 220 Introduction to Music Technology** (3) *Prereq.: At least "C-" in MU 102.* The student will examine computer notation and audio and MIDI recording technologies. The student will transcribe music to learn the art of music engraving and sequence, record, and mix MIDI and audio to create a track. *Fall, Spring.*

**MU 221 Vocal Class III** (1) *Prereq.: MU 122*. Students will gain a deeper knowledge of good vocal technique, communication, practice, and performance through regular class workshops and performances. Students will demonstrate their progress through performance of church music and classical repertoire. *Fall.*

**MU 222 Vocal Class IV** (1) *Prereq.: MU 221.* Students will learn vocal, technical, communicative, and musical skills through church music and classical repertoire, vocalization, and coaching with music faculty. *Spring.*

**MU 226 Choral Methods** (2) *Prereq.: At least "C-" in MU 100 or 102.* The student will learn choral conducting techniques, principles of score study, and how to effectively rehearse a chorus. *Fall, Spring.*

**MU 230 Piano Accompanying** (1) *Prereq.: Music major, minor, or teaching field with keyboard emphasis.* Pianists are instructed in accompanying techniques with emphasis given to the distinctions between accompanying for an instrumentalist, a vocalist, and a choir. Students are guided in arranging original piano accompaniments and given the opportunity to accompany within the class. *Spring.*

**MU 231 Piano Accompaniment** (1) *Prereq.: PI 212 or piano secondary proficiency exam.* Students are instructed in basic accompaniment techniques, guided in arranging original piano accompaniment, and given the opportunity to accompany within the class. Students are also assigned to prepare choral accompaniments. *Spring.*

**MU 233–234 Hymn Keyboard Skills I and II** (2 each) *Prereq. for MU 233: PI 122 or 132; prereq. for MU 234: MU 233.* Students apply the art of improvisation as it relates to keyboard accompanying in the church. The topics covered include congregational hymn playing and vocal accompanying and arranging piano preludes and offertories. Traditional hymn-playing principles are applied to a variety of hymns and gospel songs. *MU 233: Fall. MU 234: Spring.*

**MU 272 Choral Conducting** (1) *Prereq.: MU 226 and choral conducting emphasis.* The student develops conducting technique and learns how to achieve a good choral sound especially in the areas of blend, balance, intonation, and articulation. *Spring.*

**MU 300 Methods and Materials for the Church Musician** (2) *Prereq.: At least "C-" in MU 100.* Students examine the principal theory, procedures, and basic methods used in giving private music instruction. *Spring odd.*

**MU 301 History of Music** (3) *Prereq.: MU 201.* This course provides a survey of Western music from ancient to Baroque with an emphasis on major composers and their works. Students will apply their knowledge through lecture, listening, and research. *Fall.*

**MU 302 History of Music** (3) *Prereq.: MU 301.* This course provides a survey of Western music from Galant to modern times with an emphasis on major composers and their works. Students will apply their knowledge through lecture, listening, and research. *Spring.*

**MU 307 Woodwind Methods** (2) *Prereq.: MU 102.* Students acquire basic performance and teaching fundamentals of woodwind instruments, which is especially helpful for prospective teachers. *Fall.*

**MU 308 Strings Methods** (2) *Prereq.: MU 102.* Students learn what is necessary to develop and maintain a strings program through instruction in purchasing instruments, making small repairs, creating fingerings and bowings, and comparing strings method books. *Spring.*

**MU 310 Choral Writing and Arranging** (2) *Prereq.: MU 220 and at least "C-" in MU 201.* Students learn the techniques of writing and arranging church and secular music for various vocal combinations. *Fall, Spring.*

**MU 312 Instrumental Materials and Methods** (2) *Prereq.: Sophomore music platform.* The purpose of this course is to teach a basic understanding of what a quality band program should provide (its setup, procedures, and materials). Students gain practical experience in teaching individual music lessons and working with instrumental ensembles. *Spring.*

**MU 313 Communication in Song** (1) *Prereq.: VO 221, 231, or MU 221.* This course presents the principles and techniques of communicating the text and interpreting the meanings of music. The emphasis is on the music used in ministry. Students prepare and perform songs in class under faculty guidance. *Spring.*

**MU 315 Elements of Conducting** (2) *Prereq.: MU 226.* The student will learn instrumental directing techniques, principles of score study, and how to effectively rehearse a band and orchestra. *Fall.*

**MU 325–326, 425–426 Advanced Hymnplaying** (1 each) *Prereq.: Audition.* These courses prepare the student to fulfill the role of a church pianist. Students learn advanced hymn techniques, prepare traditional style accompaniments for congregational singing and vocal solos, and arrange a variety of songs for preludes and offertories.

Highlighted text indicates a change from the official version of the Catalog.

**MU 327 Voice Materials and Methods** (2) *Prereq.: Sophomore music platform.* Students learn various approaches for teaching voice, practical teaching methods, and vocal terminology. Students observe lessons and teach lessons under faculty guidance. *Fall.*

**MU 329 Advanced Music Theory** (2) *Prereq.: At least "C-" in MU 202.* Students analyze post-tonal repertoire through a survey of twentieth-century compositional styles. Advanced musicianship exercises and analysis will address aspects of pitch-class set and serial theory, as well as other techniques developed by contemporary composers. Meets 3 hours a week. *Spring.*

**MU 335 Piano Materials and Methods** (2) *Prereq.: Sophomore music platform.* Students learn concepts and methodology for successful private and group piano teaching at the elementary level. Students demonstrate their knowledge by teaching an adult beginner. *Fall.*

**MU 336 Piano Materials and Methods** (2) *Prereq.: At least "C-" in MU 335.* Students learn successful private and group piano teaching at the intermediate level. Students demonstrate their knowledge by teaching an adult beginner. *Spring.*

**MU 337 Instrumental Church Music Arranging** (2) *Prereq.: MU 201 and 220.* Students craft effective and creative solo and ensemble instrumental arrangements, both accompanied and unaccompanied, and at various skill levels, for the church service setting. *Spring.*

**MU 371 Choral Conducting** (1) *Prereq.: Sophomore music platform, MU 272, and choral conducting emphasis.* The student continues to develop conducting technique and learns how to achieve a good choral sound especially in the areas of blend, balance, intonation, and articulation. Meets 3 hours a week. *Fall.*

**MU 401 Counterpoint** (2) *Prereq.: MU 202.* The student will study contrapuntal techniques used in the eighteenth century and apply them through writing of species counterpoint and formal analysis of invention and fugue. *Spring odd.*

**MU 402 Church Music Philosophy and Administration** (2) *Prereq.: Junior or senior.* The implementation of administrative guidelines for the total music program of a church is discussed. Students will examine topics including church music philosophy, planning, budgeting, program goals, church music education, promotion, and worship leadership. *Fall.*

**MU 410 Brass and Percussion Methods** (2) *Prereq.: MU 102.* The student gains a basic knowledge of the principles of performing and teaching brass and percussion instruments. *Spring.*

**MU 418 Orchestration** (2) *Prereq.: MU 220 and at least "C-" in MU 201.* Students receive practice in scoring music for various instruments for practical situations, such as school bands and orchestras. The ranges and limitations of various instruments are also learned. *Spring.*

**MU 441 Survey of Instrumental Literature** (3) *Prereq.: Sophomore music platform.* Students learn to identify style characteristics, important composers, their compositional styles, and representative works through a survey of etudes, solos, and chamber repertoire for the various brass, woodwind, and percussion instruments. *Fall even.*

**MU 443 Survey of Piano Literature** (3) *Prereq.: Sophomore music platform.* Students learn to identify style characteristics, important composers, their compositional styles, and representative works for solo piano from the late seventeenth century through the present. *Fall even.*

**MU 445 Survey of Song Literature** (3) *Prereq.: Sophomore music platform.* Students learn to identify style characteristics, important composers, their compositional styles, and representative works of English, German, French, and Italian art song literature. *Fall even.*

**MU 446 Instrumental Conducting** (2) *Prereq.: MU 315.* Students develop the techniques necessary for conducting band, orchestra, or other instrumental ensembles and further their experience with the orchestral repertoire. *Spring.*

**MU 447 Survey of String Literature** (3) *Prereq.: Sophomore music platform.* Students learn to identify style characteristics, important composers, their compositional styles, and representative works through a survey of etudes, solos, and chamber repertoire for the various string instruments. *Fall even.*

**Private music for music majors:** *Coreq.: Music repertoire is required for all students enrolled in 200-level or higher.* Sophomore Music Platform must be passed to officially become a music major. One credit hour is received per semester.

**Recital:** A recital is required of all music majors and will be presented under the direction of the music faculty during the senior year.

**Private music for non-music majors:** One credit hour per semester (if space is available).

**Class music instruction:** Open for non-music majors; placement test is required and students are grouped as to ability at the discretion of the music department. One credit hour is received per semester.

## MUSIC (NON-MU)

**CC 131–432 College Choir (1 each)** The College Choir prepares songs for presentation in Campus Church each Sunday evening. Students sharpen sight reading, communication, and choral singing skills while praising the Lord in song. Meets 3 times a week. *Fall, Spring.*

**CC 141–442 Spirit Singers (1 each)** *Prereq.: Audition.* The Spirit Singers is an ensemble of approximately 20 members that performs for Student Body programs, Christmas Lights, choral concerts, and various events. Meets 2 times a week. *Fall, Spring.*

**CC 151–452 Symphonic Choir (1 each)** *Prereq.: Audition.* This choir is comprised of approximately 50–70 students, who are exposed to a variety of choral selections of classical literature, as well as folk songs and spirituals. Students perform for Sunday Reflections and choral concerts. This course may fulfill ensemble requirements for voice majors and minors. Meets 3 times a week. *Fall, Spring.*

**CE 351–454 Chamber Ensemble (1 each)** *Prereq.: Audition.* The Chamber Ensemble is a small chorus of approximately 30 members that performs for Sunday Reflections, choral concerts, and other occasions. This course may fulfill ensemble requirements for all voice majors and minors. Meets 3 times a week. *Fall, Spring.*

**ES 131–432 Proclaim Ministry—Vocal (1 each)** *Prereq.: Audition.* The Proclaim Ministry Teams prepare a concert of church music for presentation in Bible-believing churches and Christian schools. Students sharpen communication skills while gaining valuable experience in church ministry activities. Requires Interterm and summer involvement. *Fall, Spring.*

**HA 101 Harp Instruction (1)** The students learn basic music theory and beginning pedal harp technique. Students practice and perform hymn arrangements in class in preparation for ministry in the local church. *Fall, Spring.*

**HA 102–402 Harp Instruction (1 each)** *Prereq.: Audition.* The students apply the development of pedal harp technique to their playing. Students play solo and ensemble arrangements in class and/or church. *Fall, Spring.*

**PC 151–452 Handbell Choir (1 each)** *Prereq.: Audition.* The Handbell Choir is a bell choir of approximately 13 ringers that performs for Sunday Reflections, Handbell Concerts, and other occasions. *Fall, Spring.*

**PI 101–202 Piano Class (1 each)** *Prereq.: Audition.* These courses are designed for students with little or no keyboard skill. Students learn rhythm, sight-reading, scales, and perform classical and church music pieces from beginning through intermediate repertoire. Students are grouped according to ability. *PI 101, 201: Fall. PI 102, 202: Spring.*

**PI 111–212 Secondary Piano (1 each)** *Prereq.: Music placement test and music or music education major with instrument or voice emphasis; each level requires the preceding one.* This series of courses is designed to give the vocal or instrumental major skill at the keyboard. Students learn scales, transposition, harmonization, four-part hymns, and classical works. During the last semester of study, emphasis is given to accompanying a performer in his/her proficiency. Students are grouped according to ability. *PI 111, 211: Fall. PI 112, 212: Spring.*

**PI 151–452 Accompaniment Practicum (1 each)** *Prereq.: MU 230 or accompanying placement test; and Music Course Permit; each level requires the preceding one.* The student gains practical experience accompanying vocalists and/or instrumentalists at least 2 hours per week. *Fall, Spring.*

**PI 205–206 Advanced Piano Techniques (1 each)** *Prereq. for PI 205: PI 122 or 132; prereq. for PI 206: PI 205.* These courses are resources for the intermediate and advanced pianist who desires freedom, control, and longevity in playing the piano. Through a series of sequenced exercises, the student develops his fingers and learns how to use relaxation and arm balance techniques. *Fall, Spring.*

**PI 261–262 Piano Tuning and Repair (1 each)** *Prereq. for PI 261: MU 102 or permission of instructor; prereq. for PI 262: PI 261.* Beginning with a survey of piano construction and nomenclature, students will examine an overview of both electronic and aural tuning methods, hands-on practice in tuning, and an introduction to upright regulation and common repairs. *PI 261: Fall. PI 262: Spring.*

**SB 131–432 Symphonic Band** (1 each) *Prereq.: Audition.* Symphonic Band offers any student with an instrumental proficiency the opportunity to use his performance skills in a variety of performing situations. Symphonic Band members perform a variety of band literature including standard band repertoire. Members of the Symphonic Band also have the opportunity to participate in the Eagles Pep Band. *Fall, Spring.*

**ST 141–442 Orchestra** (1 each) *Prereq.: Audition.* The orchestra is open to students with an orchestral instrument proficiency. The orchestra plays for musical productions alternate years and presents a classical concert every semester. Other opportunities include performing with choral groups for Sunday Reflections, seasonal productions, major musical stage productions, and Commencement. *Fall, Spring.*

**ST 201 Strings Instruction I** (1) Strings Instruction I is the introductory course for the four-semester program utilizing the Jaffé Strings Method. Students learn to play one of the standard stringed instruments in an orchestra setting. *Fall.*

**ST 202 Strings Instruction II** (1) *Prereq.: ST 201.* This course is a continuation of ST 201 with an emphasis on ensemble playing. Students learn tone quality, interpretation and style of classical music, and future development of technical skills. *Spring.*

**ST 301–302 Strings Instruction III, IV** (1 each) *Prereq. for ST 301: ST 202; prereq. for ST 302: ST 301.* This course is a continuation of the Jaffé Strings Method. Students receive continued development of individual techniques such as tone production, vibrato, martelé, and detaché bowings, and shifting through fourth position. This development is accomplished through arrangements of classical and church music. *ST 301: Fall. ST 302: Spring.*

**VO 121 Vocal Instruction** (1) *Prereq.: Vocal music major, teaching field, or minor, or choral conducting emphasis.* Students will learn the fundamentals of good vocal technique, communication, practice, and performance. Students demonstrate their progress through class workshops and additional assignments. *Fall.*

**VO 122 Vocal Instruction** (1) *Prereq.: At least "C-" in VO 121.* Students will continue to learn foundational principles of good vocal technique, focusing on English and Italian diction for singing and performance through use of the International Phonetic Alphabet. Students demonstrate their progress through class assignments and performances. *Spring.*

## NURSING

*Prereq. for all NU courses is a major in nursing.*

**NU 128 Introduction to Nursing Practice** (1) *Prereq.: Pre-nursing student with at least "C-" in BY 105; and at least "C-" or concurrent enrollment in BY 201, CH 107, and MA 121.* Students will develop basic skills in professional communication and medication administration. The student will learn to communicate with the interdisciplinary team and to use basic medical terminology. Conversions, formulas, and algebraic principles will be used to solve medication calculations. *Spring.*

**NU 203 Foundations of Professional Nursing** (4) *Prereq.: Valid CPR card; at least "C-" in BY 201, CH 107, EN 121, 126, MA 121, and NU 128; credit for or concurrent enrollment in BY 202; and at least "C-" or concurrent enrollment in NU 214, 215, and 218.* The student will learn and demonstrate fundamental nursing skills. Using evidence-based practice, the student will learn to apply the nursing process in the delivery of nursing care across the lifespan. Application and implementation of nursing care will be emphasized regarding quality, safety, and privacy in the delivery of healthcare. The application and demonstration of basic nursing skills will occur through the use of high- and low-fidelity simulators in the laboratory setting and in the clinical setting. 4 hours lecture. *Fall.*

**NUL 203 Foundations of Professional Nursing Clinical** (1) *Coreq.: NU 203.* 3 hours lab or clinical experience. *Fall.*

**NU 207 Beginning Medical-Surgical Nursing** (4) *Prereq.: Valid CPR card; at least "C-" in NU 203 and 214; credit for BY 202, NU 215, and 218; credit for or concurrent enrollment in BY 206; and at least "C-" or concurrent enrollment in NU 210, 226, and 314.* This course introduces students to the principles of medical-surgical nursing. Emphasis is placed on the utilization of the nursing process and evidence-based practice to deliver safe and quality care to adult and geriatric populations with acute and chronic health problems. The students' learning and demonstration of nursing skills are evaluated through the use of high- and low-fidelity simulators in the laboratory and via clinical experiences provided in a variety of healthcare settings. 4 hours lecture. *Spring.*

**NUL 207 Beginning Medical-Surgical Nursing Clinical** (1) *Coreq.: NU 207.* 3 hours lab or clinical experience. *Spring.*

Highlighted text indicates a change from the official version of the Catalog.

**NU 210 Nursing Informatics (1)** *Prereq.: At least "C-" or concurrent enrollment in NU 207.* Students will develop a basic knowledge of current computer hardware, software, databases, and communications technologies relevant to healthcare, research, and nursing education. Relevant ethical and legal issues will be addressed. The student will examine and be able to utilize computerized patient records and medical equipment. *Spring.*

**NU 214 Pharmacology (2)** *Prereq.: At least "C-" or concurrent enrollment in NU 203.* This course is an introduction to the basic concepts and principles of pharmacology. With an emphasis on knowledge and nursing interventions required to promote therapeutic effects, these concepts are applied to health promotion and maintenance to patients across the lifespan. Students acquire knowledge regarding the pharmacokinetics and pharmacodynamics of major drug classes and commonly prescribed medications within each drug class including therapeutic uses, adverse reactions, precautions, and contraindications. Safe administration of enteral and parenteral medications is learned by describing actual medication errors, discussing proper drug administration techniques, and reviewing dosage calculations. *Fall.*

**NU 215 Physical Assessment (2)** *Prereq.: At least "C-" or concurrent enrollment in NU 203.* This course covers assessment of the health status of the adult and child. Students develop the skill of interviewing and learn and demonstrate physical assessment techniques of inspection, palpation, percussion, and auscultation. Emphasis is given to the theoretical concepts and psychomotor skills necessary for physical assessment. Data collection through a complete health history and physical assessment of all body systems is included. *Fall.*

**NU 218 Nutrition (1)** *Prereq.: At least "C-" or concurrent enrollment in NU 203.* This is an introductory course in the basic science of nutrition. It covers basic principles of nutrition and their application to health promotion, maintenance, and disease prevention in the adult. The major macronutrients and micronutrients are learned along with application to the clinical setting. Students will also learn methods of conducting a nutritional assessment and principles for providing nutritional care to patients in various states of altered health. *Fall.*

**NU 226 Pathophysiology (3)** *Prereq.: At least "C-" or concurrent enrollment in NU 207.* This course teaches the normal cellular function of body systems as well as alterations that occur in various disease processes or disorders. The student will develop an understanding of the effects of altered states of health on body systems and will have a stronger basis for planning nursing actions in the clinical setting. *Spring.*

**NU 305 Maternity Nursing (4)** *Prereq.: Valid CPR card and at least "C-" in all 200-level nursing courses and NU 314.* This course focuses on the utilization of the nursing process with families during the childbearing period. The student will learn to provide nursing care throughout the normal as well as complicated pregnancy. Learning experiences are provided in various ambulatory and hospital agencies where antepartal, intrapartal, postpartal, and neonatal care are given. 4 hours lecture. *Fall.*

**NUL 305 Maternity Nursing Clinical (2)** *Coreq.: NU 305.* 6 hours clinical experience. *Fall.*

**NU 306 Psychiatric-Mental Health Nursing (3)** *Prereq.: Valid CPR card, at least "C-" in all 200-level nursing courses and NU 314, and at least "C-" or concurrent enrollment in PS 206 and 323.* This course will introduce the student to the study of human behavior and relationships. Causal factors of behavior such as emotion and frustration are also acquired. The course will focus on utilizing the nursing process to help meet the needs of individuals and families having difficulty coping and adapting to their life experiences. Although the promotion of mental health will be stressed, some learning experiences will deal with the more acute and chronic psychiatric disorders. 3 hours lecture. *Fall.*

**NUL 306 Psychiatric-Mental Health Nursing Clinical (2)** *Coreq.: NU 306.* 6 hours clinical experience. *Fall.*

**NU 307 Medical-Surgical Nursing (4)** *Prereq.: Valid CPR card and at least "C-" in NU 305 and 306 and PS 206 and 323.* This course focuses on the utilization of the nursing process in meeting the needs of the medical-surgical patient and his family. The student will achieve advanced physical assessment skills and learn problem identification and planning while providing implementation of comprehensive nursing care. Learning experiences are provided in a variety of hospital clinical settings. 4 hours lecture. *Spring.*

**NUL 307 Medical-Surgical Nursing Clinical (2)** *Coreq.: NU 307.* 6 hours clinical experience. *Spring.*

Highlighted text indicates a change from the official version of the Catalog.

**NU 308 Pediatric Nursing** (3) *Prereq.: Valid CPR card and at least "C-" in NU 305 and 306 and PS 206 and 323.* This course focuses on the utilization of the nursing process with families during the child-rearing period. Special emphasis is placed on learning the adaptation of nursing care according to the patient's level of growth and development. Ambulatory and hospital learning experiences are planned with healthy and ill children up through adolescents. 3 hours lecture. *Spring.*

**NUL 308 Pediatric Nursing Clinical** (2) *Coreq.: NU 308.* 6 hours clinical experience. *Spring.*

**NU 314 Advanced Pharmacology** (1) *Prereq.: At least "C-" in NU 214 and at least "C-" or concurrent enrollment in NU 207.* This course builds upon basic pharmacological principles and expands knowledge of further drug classifications with an emphasis on pharmacokinetics, and pharmacodynamics of major drug classes and commonly prescribed prototype medications within each drug class including therapeutic uses, adverse reactions, precautions, and contraindications. Students are able to identify antidotes to drug toxicity or overdose. Students apply critical thinking skills to case studies focusing on pharmacological agents to treat pathological conditions. *Spring.*

**NU 401 Community Health Nursing** (3) *Prereq.: Valid CPR card and at least "C-" in all junior-level nursing courses.* This course provides nursing students with the knowledge and skills essential for application of the nursing process with families and other groups in the community with emphasis on health promotion, preventive health, health teaching, and restorative health. Concepts of environmental health and epidemiology are also acquired. Learning experiences are planned in a variety of community settings. 3 hours lecture. *Fall.*

**NUL 401 Community Health Nursing Clinical** (2) *Coreq.: NU 401.* 6 hours clinical experience. *Fall.*

**NU 406 Nursing Research and Statistics** (3) *Prereq.: At least "C-" in all junior-level nursing courses.* The student will learn basic statistical concepts and methods of collecting, summarizing, presenting, and interpreting data to integrate evidenced-based practice into the role of the professional nurse. The student will develop skill in critiquing nursing research articles, describe fundamental concepts in research design, and acknowledge the importance of employing ethical principles for subject protection. *Fall.*

**NU 407 Advanced Medical-Surgical Nursing** (3) *Prereq.: Valid CPR card and at least "C-" in all junior-level nursing courses.* This course focuses on the utilization of the nursing process in meeting the needs of the critically ill/emergency patient and his family. The student will learn rapid assessment, priority setting, planning and implementation of care to the patient in a life-threatening situation. This course also strives to enhance the skills of critical thinking, decision-making, independent judgment, prioritizing care, and delegation. Learning experiences are provided in the critical-care clinical settings. 3 hours lecture. *Fall.*

**NUL 407 Advanced Medical-Surgical Nursing Clinical** (2) *Coreq.: NU 407.* 6 hours clinical experience. *Fall.*

**NU 408 Preceptorship** (6) *Prereq.: Valid CPR card; at least "C-" in NU 401, 406, and 407; and concurrent enrollment in NU 410 and 412.* This course focuses on providing the student with the opportunity to practice roles of a professional nurse in one clinical area with the assistance of faculty and a selected preceptor. Preceptorship assists the student in making the transition from the academic setting to the professional work setting. This experience provides opportunities for the student to incorporate the principles of leadership, decision making, research, change, and teaching/learning during the experience. The student is in the clinical setting 320 hours. 32 hours clinical experience. *Spring.*

**NU 410 Issues and Trends in Professional Nursing** (3) *Coreq.: NU 408 and 412.* Selected issues and trends in nursing and in health care in general will be learned with emphasis upon nursing education and practice, evolving roles of the professional nurse, career development, legislation, and professional ethics. The student will also learn the impact of social changes on nursing through the years. *Spring.*

**NU 412 Senior Nursing Seminar** (3) *Coreq.: NU 408 and 410.* This course provides the opportunity for synthesizing nursing theories, concepts, and principles from the entire curriculum into the total concept of the professional nurse. Students will learn the roles of the professional nurse with an emphasis on leadership and management roles. Students are prepared for the NCLEX-RN exam by weekly reviews by the nursing faculty. Discussion in the clinical area will be shared with an emphasis on application of the principles of leadership, management, delegation, and other supporting principles in decision making. *Spring.*

Highlighted text indicates a change from the official version of the Catalog.

**NU 490 Nursing NCLEX-RN Review (2)** This course presents a comprehensive review of Medical-Surgical content to prepare the student for the National Council's Licensure Exam for the RN (NCLEX-RN) and is required of all students who do not successfully achieve the established score on a standardized exit exam. Students will complete computer-based practice exams and remediation to evaluate and build their knowledge base. *Post-term.*

## OFFICE ADMINISTRATION

**OA 101 Beginning Keyboarding (3)** Students will learn the touch system of keyboarding and will develop accuracy, rhythm, and speed. *Fall, Spring.*

**OA 150 Keyboarding Speed/Accuracy Development (1)** *Prereq.: OA 101, or satisfactory performance on keyboarding placement exam.* Students will improve their speed and accuracy in keyboarding skills by (a) learning correct keyboarding techniques, (b) completing individualized speed and accuracy assignments, and (c) measuring personal achievement through weekly 5-minute timed writings. *Fall, Spring.*

**OA 201 Intermediate Keyboarding (4)** *Prereq.: CS 101; and at least "C-" in OA 101 or 150, or satisfactory performance on keyboarding placement exam.* In addition to increasing keyboarding speed and accuracy, the student will develop skill in proofreading documents and will efficiently produce business letters, reports, and tables in mailable form using Microsoft Word. Foundational document design concepts are also discussed. Meets 5 hours a week. *Fall, Spring.*

**OA 210 Records Management (2)** This course covers alphabetic, subject, numeric, and geographic filing systems and methods using ARMA rules. The life cycle of a record is presented with special emphasis on records retention and charge-out procedures. Students apply the steps to processing correspondence for each filing method while completing a simulation using these systems. *Fall, Spring.*

**OA 213 Survey of Accounting (3)** Students will learn a practical approach to preparing journal entries, adjusting entries, closing entries, and formal financial statements along with banking procedures and control of cash. Ten-key skills are developed. *Fall.*

**OA 214 Survey of Accounting (3)** *Prereq.: At least "C-" in AC 231 or OA 213.* Students will learn special journals (including cash receipts, cash payments, sales, and purchases) and payroll accounting in service enterprises. Sample office situations with accounting software provide a practical approach to bookkeeping. Ten-key skills are developed. *Spring.*

**OA 221 Anatomical Terminology I (3)** The student will demonstrate basic knowledge of biology and its terminology as it relates to the medical profession. Special emphasis is given to the spelling, pronunciation, and definition of terminology, including related pharmacological terms. Students will also learn to use combining forms, prefixes, and suffixes to identify and build new medical terms. *Fall, Spring.*

**OA 222 Anatomical Terminology II (3)** *Prereq.: OA 221.* The students will develop a knowledge of anatomy, anatomical terminology, and understanding of the functions of the human body. Special emphasis is given to the spelling, pronunciation, and definition of terminology. *Spring.*

**OA 226 Medical Terminology for the Office Professions (1)** The students will learn a basic knowledge of medical terminology limited to the practice of clinical medicine, which deals with the diagnosis and treatment of diseases. Special emphasis is given to the medical language commonly used in the history and physical portion of office reports and medical records. *Spring.*

**OA 250 Keyboarding Speed/Accuracy Development (1)** *Prereq.: OA 201.* Students will improve their speed and accuracy in keyboarding skills by (a) learning correct keyboarding techniques, (b) completing individualized speed and accuracy assignments, and (c) measuring personal achievement through weekly 5-minute timed writings. *Fall, Spring.*

**OA 301 Advanced Keyboarding (4)** *Prereq.: BA 220, and at least "C-" in OA 201.* In addition to continuing to increase keyboarding speed and accuracy, students will develop skill in proofreading documents and will learn advanced document processing skills using Microsoft Word. Students will also develop basic skills in Microsoft Excel, Access, PowerPoint, and Outlook with an emphasis on integrating all Microsoft Office applications. Meets 5 hours a week. *Fall, Spring.*

**OA 318 Office Procedures (3)** *Prereq.: BA 220 and any office administration or systems concentration.* Students develop an understanding of the principles and practices used in an office setting including business ethics, workplace mail and copying procedures, telecommunications

etiquette, professional image, event planning, and travel arrangements. Students complete a semester-long project of writing, editing, organizing, and formatting an office manual containing practical information and guidelines for a general secretary, medical secretary, or legal secretary in an office setting. *Fall, Spring.*

**OA 322 Fundamentals of Medical Insurance, Billing, and Coding** (3) *Prereq.: Sophomore or above.* Students will learn foundational principles related to third-party insurance, the ICD-10-CM and CPT coding systems, and patient accounting and billing software. *Fall.*

**OA 324 Machine Transcription for the Medical Office** (4) *Prereq.: BA 220, OA 221, 222, 226, and medical office administration or medical office systems concentration.* Students develop transcription skills by accurately transcribing a variety of medical dictation while correctly using medical terminology, AAMT transcription guidelines, and proofreading skills. Students also gain practical experience transcribing medical reports that are dictated in different accents to simulate an actual medical office environment. *Fall.*

**OA 326 Medical Insurance and Billing** (3) *Prereq.: At least "C-" in OA 322.* Students will learn principles and practices related to government and private insurance companies on behalf of clients. In addition, students gain experience applying healthcare-based accounting and billing software to case studies. *Spring.*

**OA 327 Diagnosis Coding** (3) *Prereq.: At least "C-" in OA 322.* Students will learn the ICD-10-CM coding system to assign diagnostic codes for diseases and conditions for optimal reimbursement for healthcare providers. *Fall.*

**OA 329 Procedural Coding** (3) *Prereq.: At least "C-" in OA 322.* Students will apply CPT coding guidelines to report medical, surgical, and diagnostic procedures and services to insurance companies for optimal reimbursement for healthcare providers. *Fall.*

**OA 341 Legal Keyboarding** (3) *Prereq.: Credit for or concurrent enrollment in OA 201.* This course provides students with realistic legal office situations, which develop and enhance keyboarding skills in the production of court papers, legal instruments, and legal correspondence. Emphasis is placed on proofreading, following directions, decision making, and editing. *Fall even.*

**OA 344 Machine Transcription for the Legal Office** (4) *Prereq.: Credit for or concurrent enrollment in OA 241; OA 341; and legal office administration or legal office systems concentration.* Students will develop skills in transcribing accurately a variety of legal dictation. The course emphasizes the correct use of legal terminology, legal formatting, and proofreading skills. *Spring odd.*

**OA 408 Office Practicum** (1) *Prereq.: Senior office administration concentration and approval from chair of business.* Students will observe and experience various office duties in an approved off-campus business for a minimum of 40 hours. *Both sem., Interterm, and Summer.*

**OA 411 Desktop Publishing** (3) *Prereq.: Credit for BA 330 or OA 201.* Students gain hands-on experience using desktop publishing software to create professional business documents such as business cards, brochures, and newsletters. Additionally, students learn design principles and basic photo-editing concepts and apply those concepts to their documents. *Fall, Spring.*

**OA 418 Office Administration** (3) *Prereq.: Junior or senior with a four-year concentration in office, legal office, or medical office administration.* Students learn the principles needed to be an effective office manager including basic management practices; management of information, technology, and training in the workplace; employment laws and job analysis; on-the-job employee practices; office design and use of office space; and office systems productivity. *Spring.*

**OA 424 Advanced Medical Transcription** (3) *Prereq.: OA 324.* This course enables students to become proficient both at transcribing a wide variety of medical reports with a number of medical specialty areas and in using actual physician dictation. Emphasis will be placed on the development of accuracy, speed, and the use of medical terminology in the transcription of these reports. Students will gain further experience and expertise in the use of reference materials, editing and proofreading skill, and the proper use of grammar and punctuation. This course further prepares the students to take the AHDI (Association for Healthcare Document Integrity) registration examination. *Spring.*

**OA 428 Medical Office Practicum** (1) *Prereq.: Senior medical office administration concentration and approval from chair of business.* Students will observe and experience various office duties in an approved off-campus medical office setting for a minimum of 40 hours. *Both sem., Interterm, and Summer.*

**OA 448 Legal Office Practicum** (1) *Prereq.: Senior legal office administration concentration and approval from chair of business.* Students will observe and experience various office duties in an approved off-campus legal office setting for a minimum of 40 hours. *Both sem., Interterm, and Summer.*

## PHYSICAL EDUCATION (ACTIVITY)

These courses are open to all students. Unless otherwise indicated, one credit is granted on the basis of two one-hour classes per week. In addition to sport skill and fitness, each course has an academic component measured by quizzes and examinations over rules and techniques.

When two numbers are listed, the first is a men's course, and the second is a women's course.

**PE 105/115 Beginning Soccer** *Fall.*

**PE 107 Beginning Volleyball** *Fall.*

**PE 121/131 Beginning Basketball** *Spring.*

**PE 124/134 Softball** *Spring.*

**PE 125 Racquetball** *Fall.*

**PE 127/137 Broom Hockey** *Fall.*

**PE 160/170 Swimming/Physical Fitness** (1) This Red Cross certified course is for swimmers and nonswimmers to learn or improve swimming skills. Swimming certification is earned, and a Red Cross course fee will be assessed. Students are also taught how to attain and measure physical fitness. Meets 2 hours a week. *Fall, Spring.*

**PE 165 Sailing/Kayaking** (1) This course is designed to introduce the student to catamaran sailing as well as to provide opportunities for practicing the basic fundamentals of seamanship. Students will also learn the basics of sea kayaking using both one- and two-person kayaks. Meets once a week for 3 hours. *Fall, Spring.*

**PE 182 Badminton** *Spring.*

**PE 201 Beginning Tennis** *Fall, Spring.*

**PE 226 Minor Sports** (2) This course is designed to acquaint the student with the basic rules and regulations, attributes, and benefits of various lifetime sports such as golf, racquetball, and pickleball that students can enjoy throughout their adult lives. *Fall, Spring.*

**PE 243/293 Weight Training** (1) This course is designed to teach the student the techniques, fundamentals, and different philosophies of weight training. Physical conditioning is stressed as well as aerobics. Each student has the opportunity to establish his own fitness program. Meets 2 hours a week. *Fall, Spring.*

**PE 244 Indoor Rock Climbing** *Fall, Spring.*

**PE 263 Flag Football** *Spring.*

**PE 283/273 Physical Fitness** (1) This course is designed to teach students the total realm of physical fitness. The methods of measuring an individual's own degree of physical fitness and the different methods of attaining it will also be taught. At the completion of the course, the student will be able to set up his own individual program for gaining and then maintaining physical fitness. Meets 2 hours a week. *Fall, Spring.*

**PE 364/374 Lifeguarding** (1) *Prereq.: Red Cross level five swimming ability.* This updated course from the Red Cross instructs students in skills needed to recognize someone in an emergency situation in or around water and effectively assist or rescue that person. Lifeguarding, CPR/AED for the Lifeguard, and First Aid certification can be earned. Course time requirement: 25 hours. A Red Cross course fee will be assessed. *Fall, Spring.*

**PE 366/376 Lifeguarding Instructor** (1) *Prereq.: Currently certified lifeguard and ability to swim 300 yards continuously.* This Red Cross updated course will train instructor candidates to teach Lifeguarding (including first aid), CPR/AED for the Professional Rescuer, Waterfront Lifeguarding, Waterpark Lifeguarding, Shallow Water Attendant, and Lifeguard Management courses which can lead to certification. Students will learn methods for using the course materials and will apply those methods while conducting training sessions and evaluating participants' progress. A Red Cross course fee will be assessed. *Spring.*

**PE 461/471 Water Safety Instructor (2)** *Prereq.: Red Cross level five swimming ability.* This Red Cross course can certify a student to teach swim classes in any pool or lake. A Red Cross course fee will be assessed. *Spring.*

### Intercollegiate Sports Courses

Students participate in multiple practices and competitions during respective seasons. All courses are 1 credit each.

**PE 142, 242, 342, 442 Intercollegiate Basketball—Men** *Spring.*

**PE 147, 247, 347, 447 Blue Crew Spirit Squad** *Spring.*

**PE 151, 251, 351, 451 Intercollegiate Soccer—Men** *Fall.*

**PE 152, 252, 352, 452 Intercollegiate Basketball—Women** *Spring.*

**PE 153, 253, 353, 453 Intercollegiate Volleyball—Women** *Fall.*

## PHYSICAL EDUCATION (GENERAL)

**PE 184 Soccer/Volleyball (2)** *Prereq.: PE teaching field, minor, emphasis, or sport management concentration.* Students learn the fundamental skills and High School Federation Rules of soccer and volleyball. Students are given the opportunity to supervise scrimmages within the class setting. Meets 3 hours a week. *Spring.*

**PE 187 Basketball/Softball (2)** *Prereq.: PE teaching field, minor, emphasis, or sport management concentration.* Students learn the fundamental skills and High School Federation Rules of basketball and softball. Students are given the opportunity to supervise scrimmages within the class setting. Meets 3 hours a week. *Fall.*

**PE 191 Sport Physiology (2)** Students study the cardiovascular, respiratory, and muscular systems to understand the immediate and long-term effects of exercise on these systems and to enable them to develop sound training principles for healthy or injured athletes in various sports. *Fall, Spring.*

**PE 195 Elementary PE Activities (1)** *Prereq.: Elementary education major.* This class acquaints the elementary education majors with the fundamental rules and skills in basketball, softball, volleyball, and soccer in preparation for the work with elementary PE classes in EE 308. Meets 2 hours a week. *Fall, Spring.*

**PE 196 Introduction to Coaching (1)** *Prereq.: Credit for or concurrent enrollment in PE 191.* This course prompts students to begin developing or to refine a personal coaching philosophy emphasizing sportsmanship, ethics in coaching, and proven effective coaching styles in working with various player personalities. The student will also learn how to communicate with athletes and motivate and manage athletic behavior. Students will also develop coaching plans for various sports. *Fall, Spring.*

**PE 207–392 Coaching Classes** These are theory and practice courses for coaching various sports. The student will learn skills, techniques, and coaching strategies involved in the sport.

  **PE 207 Coaching Track and Field (2)** *Prereq.: PE 196. Spring odd.*

  **PE 303 Coaching Soccer (2)** *Prereq.: PE 184 (or youth ministries broad field) and PE 196. Fall even.*

  **PE 309 Coaching Volleyball (2)** *Prereq.: PE 184 (or youth ministries broad field) and PE 196. Fall.*

  **PE 323 Coaching Baseball (2)** *Prereq.: PE 187 (or youth ministries broad field) and PE 196. Spring even.*

  **PE 328 Coaching Football (2)** *Prereq.: PE 196. Fall odd.*

  **PE 333 Coaching Softball (2)** *Prereq.: PE 187 (or youth ministries broad field) and PE 196. Spring even.*

  **PE 392 Coaching Basketball (2)** *Prereq.: PE 187 (or youth ministries broad field) and PE 196. Fall, Spring.*

**PE 210 History, Principles, and Philosophy of Physical Education (2)** The student will learn historical background and nature of physical education and sport, the evolution of physical education and athletics, and principles for the development of a personal philosophy of physical education. *Spring.*

**PE 225 First Aid** (2) This course provides students with the knowledge and skills necessary to provide care in emergency situations. American Red Cross CPR/PR and First Aid cards may be earned. A Red Cross course fee will be assessed. *Fall, Spring.*

**PE 301 Organization and Administration of Physical Education** (2) This course covers the aspects involved in organizing and administering a physical education program in the Christian school. The student will learn how to schedule competition and tournaments and how to design practices, fundraisers, and budgets. *Spring.*

**PE 321 Kinesiology** (2) *Prereq.: MA 121 or higher.* Students learn the anatomy and bio-mechanics of the foot, ankle, knee, hips, shoulder, and spine. Students also learn to name and identify main muscles and bones. *Fall, Spring.*

**PE 324 Care of Athletic Injuries** (1) Students learn how to treat many athletic injuries. Prevention and rehabilitation of injuries will also be taught. *Fall, Spring.*

**PE 368 Developing Fitness Programs** (2) *Prereq.: PE 191.* Students will learn principles and techniques of testing and training athletes in fitness. The student will be able to develop various strength and conditioning programs designed to enhance athletic performance and improve physical fitness. *Spring.*

## POLITICAL SCIENCE

**PL 101 Founding of American Government** (3) This course discusses the foundational political ideas and institutions that influenced the establishment of American government. Beginning with America's colonial roots, the student will learn important individuals, ideas, and institutions instrumental in developing the American political system. *Fall.*

**PL 207 Political Science** (3) The student learns the foundational political concepts, institutions, and methods that shape modern political life. The student will compare Western democratic institutions with those found in authoritarian regimes as well as learn about key political ideologies that influenced the modern world. This course may be taken as a social science elective. *Fall, Spring.*

**PL 303 State and Local Government** (3) This course analyzes the structure and functions of state and local governments. The student will learn about topics such as federalism, police power, political parties, and policymaking as observed from the state level and from their relationship to the federal government. This course may be taken as a history elective by history major, minor, or teaching field; or as a social science elective. *Spring.*

**PL 304 American Government** (3) This course discusses the features of American government, its organizational structure, and the way it functions on a national level. The students will learn the basic construction of the Constitution and the operations of the three branches of government. This course may be taken as a social science elective. *Fall, Spring.*

**PL 313 Democracy in America** (3) *Prereq.: HI 201 and 202.* Students analyze current political institutions including political parties, elections, campaigns, the media, and special interest groups. *Spring odd.*

**PL 321 American Public Policy** (3) *Prereq.: PL 304.* Students examine American foreign and domestic policy at both the national and state level. *Fall even.*

**PL 402 Political Theory** (3) *Prereq.: PL 207 and 304.* Students learn general questions of political thought concerning the state, power, equality, freedom, and human nature. Such questions and others are addressed from a Christian perspective and are contrasted with political ideologies that have arisen in modern times. *Spring.*

**PL 405 Models of Modern Political Leadership** (3) *Prereq.: PL 304.* Students examine many of the political leaders that have influenced the modern world. More than just looking at personalities, this course will stress such leadership qualities as vision, initiative, organization, and influence. *Fall odd.*

**PL 407 Political Science Research** (3) *Prereq.: MA 125 and junior or senior political science concentration.* Students learn the logic, design, sampling, and data collection techniques involved in research methods in political science. *Fall odd.*

**PL 413 Political Science Internship** (3) *Prereq.: Junior or senior, 12 hours of PL courses, and approval from chair of humanities.* This internship of at least 120 hours provides an opportunity for the student to gain practical knowledge about a career in government or with an organization that works to affect government policy. *Interterm, Summer.*

**PL 421 The Politics of Great Britain** (3) *Prereq.: PL 207 and junior or senior.* Students learn the governmental institutions as well as the political processes in Great Britain. Topics such

Highlighted text indicates a change from the official printed version of the Catalog.

as Britain's unwritten constitution, parliament, political parties, and role in the European Union will be addressed. *Fall even.*

**PL 425 Public Administration (3)** *Prereq.: PL 304, and junior or senior.* Students learn basic concepts and issues of American public administrations. Topics such as budget/finance, decision making, personnel, organization, and government regulation are examined. *Spring even.*

## SPORT MANAGEMENT

**PM 201 Introduction to Sport Management (2)** Students will learn the foundational principles used in sport management, the history of sport management and athletics, and the primary principles needed for developing a career path in this field. *Spring.*

**PM 218 Sport Nutrition (3)** This course introduces the student to energy production and performance by studying the science behind sport nutrition. Students will learn the principles of nutrition as they relate specifically to sport and the influence of nutrition on exercise performance, training, and recovery. Students will also learn how to distinguish between fact and fallacy regarding sport nutrition and supplements. *Fall.*

**PM 302 Camp Programs and Management (3)** *Prereq.: Sophomore or above.* Students learn the development, structure, and function of day, sport, and overnight camp ministries. Staff recruitment, training, and oversight are addressed. Facility development with attention to the scheduling of events is given. Other administrative duties include legal aspects, government regulations, budgeting, food preparation and handling, and promotions and advertising. *Spring even.*

**PM 310, 311 Sport Management Practicum (2 each)** *Prereq. for PM 310: PM 225, 302, sport management concentration, and approval from chair of business; prereq. for PM 311: PM 310, sport management concentration, and approval from chair of business.* Students receive valuable, practical experience in sport management by spending a minimum of 80 hours working in the field under a director or manager at an approved off-campus site. *Both sem., Interterm, and Summer.*

**PM 412 Design and Operation of Sport and Recreational Facilities (2)** *Prereq.: Junior or senior sport management concentration.* Students are introduced to the designing, planning, and managing of sport and recreation facilities. The student will learn the guidelines for an effective floor plan, finance, maintenance, and legal issues affecting both indoor and outdoor facilities. Students will also be given an opportunity to design their own sport facility. *Spring odd.*

## PRACTICAL TRAINING

**PR 101–402 Ministerial Seminar (1 each)** *Prereq.: Ministerial student; each level requires the preceding one.* This course involves lectures on the more practical aspects of Christian work as perceived by visiting pastors, evangelists, missionaries, and mature, experienced Christians. It also includes a ministerial lab where the student prepares and delivers Bible messages. The course is designed to enrich and develop the student's background for Christian service. Meets 2 hours a week. *Fall, Spring.*

**PR 204, 304, 404 Bible and Practical Ministry (1 each)** *Prereq.: Each level requires the preceding one.* The course includes Bible reading, readings in Christian books, and field experience. This course covers a period of 10 weeks, and each student must submit detailed weekly reports. MI 207 may be taken in place of PR 404. *Summer.*

**PR 214 Church Organization and Administration (2)** *Prereq.: Male Bible major.* This practical course allows the student to learn how to organize the local church from the standpoint of the pastor and his staff. Topics on pastoral theology and pastoral administration are covered as well as the administration of the various Christian education ministries. Special emphasis is given to the application of biblical principles to the daily administration of local church operations. *Fall.*

**PR 240 Evangelism and Discipleship (2)** This course will equip the student to present the gospel and to disciple a new believer. The class will focus on the biblical foundation for and the verbal communication of the gospel, the biblical content and methodology of discipleship, and the development of evangelism and discipleship strategies in a local church context. *Fall, Spring.*

**PR 306 Interpersonal Relationships (3)** The Christian's successful relationship with God, his family, his employer/employees, his fellow workers, and other people with whom he comes in contact are dealt with in this course. A special emphasis is given to the student's ability to practically apply the scriptural principles relating to human relationships. This course may be taken as a social science elective. *Fall, Spring.*

Highlighted text indicates a change from the official printed version of the Catalog.

**PR 312 Youth Ministry (2)** Students learn a biblical philosophy of youth ministry, recognize the key characteristics and needs of teens and children, and develop practical methods of reaching and teaching them. *Spring.*

**PR 314 Church Business (1)** *Prereq.: Junior or senior male Bible major.* This course allows students to become proficient in applying biblical principles to the financial operation of the local church. Financial management topics include budgeting, running business meetings, managing debt, incorporation, and establishing personnel policies. *Spring.*

**PR 315 Homiletics I (2)** *Prereq.: Credit for or concurrent enrollment in SP 201, and junior or senior ministerial student.* A study of the preparation and delivery of sermons that includes the foundational elements of sermon structure, development, and effective delivery. The techniques and styles of pulpit exhortation are studied. Outlining and organizational methods are explored. *Fall.*

**PR 316 Homiletics II (2)** *Prereq.: PR 315.* A study of the careful and diligent preparation of the various types of sermons. The student is given preaching opportunities that increase his ability to deliver messages to an audience. The art of objectively assessing the strong and weak qualities of preaching is emphasized. *Spring.*

**PR 317 Pastoral Internship Practicum (3)** *Prereq.: Junior or senior ministerial student and approval from the Church Ministries Coordinator.* This practicum is 12 weeks long. Students receive practical training in the pastoral ministry by working with an experienced pastor in the field. *Summer.*

**PR 320 Baptist Polity (1)** *Prereq.: BI 321, 322, and senior ministerial student.* This course presents the historic principles and practices of Baptist churches, noting the nature of the Church, its membership, ministry, officers, ordinances, worship, witness, and discipline. A brief history of the Baptists is included in this overview of how Baptist churches are governed. Students prepare a personal doctrinal statement. *Fall.*

**PR 327 Church Ministries Internship (1)** *Prereq.: Sophomore or above ministerial student.* This course is designed to involve the ministerial student in a practical internship within Campus Church. The student will observe the ministries of Campus Church, documenting procedures and operations of each ministry in a personal journal. *Fall, Spring.*

**PR 328 Church Ministries Internship (1)** *Prereq.: PR 327 and ministerial student.* This course is a continuation of the internship started in PR 327. Students will participate in a hands-on internship in Campus Church ministries. *Fall, Spring.*

**PR 341 Evangelism Practicum (3)** *Prereq.: Approval from chair of Bible.* The student may choose one of the following options to earn credit for this course: (1) working a summer at the various camps on PCC's campus, (2) traveling one summer with a PCC Proclaim Ministry Team as a student speaker, or (3) assisting a pastor with the setup and follow through for evangelistic meetings in a local church. *Summer.*

**PR 342 Evangelism Practicum (3)** *Prereq.: Approval from chair of Bible.* This practicum involves on-the-job evangelistic training. The student spends the summer working in practical evangelism at the various camps on PCC's campus. *Summer.*

**PR 344 Evangelism Practicum (3)** *Prereq.: PR 341, 342, and approval from chair of Bible.* The purpose of this practicum is to provide additional training and experience in evangelism. The student may complete this practicum by working a summer at the various camps on PCC's campus. *Summer.*

**PR 362 Introduction to Biblical Counseling (1)** *Prereq.: Junior or senior.* In this course, the student learns the foundational elements of biblical counseling. A comparison is made between the historical psychological models of counseling and the biblical counseling model. An emphasis is placed on recognizing the sufficiency of Scripture in counseling. *Spring.*

**PR 406 Missionary Assistance Program (3)** *Prereq.: Approval from chair of Bible.* This course requires the student to travel to a particular mission field and to work as an aid to experienced missionaries on that field. Through hands-on training, the student will gain practical experience in preparation for the mission field. *Summer.*

**PR 407 Christian Camp Counseling (3)** *Prereq.: Approval from chair of Bible.* Practical experience working in a Christian camp provides the student with an understanding of how to deal with the problems of Christian youth. *Summer.*

---

Highlighted text indicates a change from the official version of the Catalog.

**PR 411 Worldview and Ethics (3)** *Prereq.: Junior or senior.* This course helps the student develop ethics from a distinctively biblical worldview. With a foundation in biblical critical thinking, the student will learn to defend the concept of absolute truth revealed in the laws and principles of God's Word. These truths will be applied to topics pertinent to contemporary society. *Fall, Spring.*

**PR 412 Camp Administration (3)** *Prereq.: Approval from chair of Bible.* This course involves working at a Christian camp during the summer and receiving actual training in the administrative responsibilities of running a camp. *Summer.*

**PR 413 Camp Practicum (3)** *Prereq.: Approval from chair of Bible.* Students receive experiential training in crafts, Bible classes, programs, and counseling. *Summer.*

**PR 415 Marriage and Family Education (3)** *Prereq.: Junior or senior.* This course is designed to guide the student from a biblical perspective through the multitude of responsibilities relating to courtship and marriage. Students will know the biblical foundation for marriage and learn principles for courtship, engagement, roles in marriage, adjustments during marriage, stewardship, and parenthood. This course may be taken as a social science elective. *Fall, Spring.*

**PR 417 Pastoral Internship Practicum (3)** *Prereq.: Junior or senior ministerial student and approval from the Church Ministries Coordinator.* This practicum is 12 weeks long. Students receive practical training in the pastoral ministry by working with an experienced pastor in the field. *Summer.*

**PR 420 Youth Ministries Practicum (2)** *Prereq.: PR 312 and junior or senior youth ministries concentration or broad field.* Students will be required to assist in a youth ministry. This practicum may be done at Campus Church or at an approved local church off campus. Special attention will be given to Bible instruction, organizing and administering youth activities, counseling young people, proper discipline, and teenage soulwinning. *Fall, Spring.*

## PSYCHOLOGY

**PS 206 General Psychology (1)** *Prereq.: Junior or senior nursing major.* This course is designed to provide the student with the fundamental theories, concepts, and principles of psychology. The history and development of psychology are also emphasized. The student will be able to apply therapeutic psychological interventions and pertinent research findings to psychological problems. *Fall.*

**PS 211 Introduction to Psychology (3)** *Prereq.: Natural sciences major and sophomore or above.* This course is designed to provide a broad introduction to the study of psychological theory and theorists. Students will learn the theories and contemporary approaches to psychology. Emphasis will be placed on developmental psychology and understanding research in psychobiology. *Fall.*

**PS 323 Developmental Psychology (3)** *Prereq.: Junior or senior; and nursing major or pre-medicine, pre-pharmacy, or pre-physical therapy emphasis.* This course is designed to provide the student with a basis for understanding the common changes that occur in individuals as they progress through the life span from birth to death. Emphasis is placed on the viewpoints of the major developmental theorists. The teaching, learning, and motivational factors of behavior are acquired along with common maturational crises in each phase of the life cycle. Changing family roles and biblical principles for each age group within the life span are also explored. *Fall.*

**PS 409 Abnormal Psychology (3)** *Prereq.: BY 202 or BY 312; CJ 201, PS 206, or PS 211; and junior or senior.* This course is designed to provide extensive coverage of the study of psychological disorders, specifically for those students planning to continue on to graduate school in the health sciences. Students will evaluate the theories and contemporary approaches to mental disease with analysis of the Diagnostic and Statistical Manual of Mental Disorders while integrating a comprehensive biblical perspective. *Spring.*

## PROFESSIONAL WRITING

**PW 301 Copywriting (3)** *Prereq.: EN 126.* This course teaches how to write advertisements for print media. Students will learn creative strategy, philosophical aspects of advertising, and basic principles behind radio and television advertising. This course may be taken as an English elective by English major or minor. *Fall, Spring.*

**PW 302 Copy Editing (3)** *Prereq.: EN 360.* Students will learn how to edit their own writing and the writing of others by applying editing principles taught in this class. This course may be taken as an English elective by English major or minor. *Fall.*

**PW 305 Technical Writing (3)** *Prereq.: CS 101 and EN 126.* This course focuses on the style of writing used in technical, non-creative fields. The student will learn to craft a variety of technical communications, including the use of effective graphics and design. *Spring.*

**PW 325 Journalism I (3)** *Prereq.: EN 126.* Students will learn a practical introduction to journalism, focusing on the basics of news writing. Students will write several basic news stories using facts gathered through research and interviews. This course may be taken as an English elective by English major or minor. *Fall.*

**PW 326 Journalism II (3)** *Prereq.: PW 325.* Students will learn advanced reporting techniques using public records and development of news sources to write a variety of news stories. This course may be taken as an English elective by English major or minor. *Spring.*

**PW 404 Advanced Copy Editing (3)** *Prereq.: EN 401 and PW 302.* This course builds on the principles learned in PW 302. The students receive practical experience through the editing and publishing of a literary magazine. This course may be taken as an English elective by English major or minor. *Spring.*

**PW 406 Creative Nonfiction (3)** *Prereq.: EN 401, PW 302, 325, and graduating senior.* The student will develop advanced writing skills in journalism, literary nonfiction, editorial and opinion writing, and essay composition. Emphasis will be placed on polishing writing skills. *Fall.*

**PW 408 Writing for Publication (3)** *Prereq.: EN 301 and junior or senior.* This course teaches students the skills necessary for freelance writing, including dealing with finances and setting writing goals. Students will learn to sell articles and manuscripts and find markets as well as properly compose book proposals. *Spring.*

**PW 421 Professional Writing Portfolio Exhibit (3)** *Prereq.: EN 301, PW 302, 305, and senior professional writing concentration.* Students prepare a professional-quality portfolio. *Fall, Spring.*

**PW 422 Professional Writing Internship (2)** *Prereq.: EN 301, PW 302, 305, and senior professional writing concentration and approval from chair of humanities.* Students obtain actual field experience in the area of professional writing. *Both sem., Interterm, and Summer.*

## PHYSICS

**PY 100 Basic Physics (3)** *Prereq.: Credit for or concurrent enrollment in MA 130 or its equivalent.* This course is recommended for students with minimal or no physics background. Students learn the basic principles of vector mechanics, forces, motion, work, energy, momentum, impulse, and rotational motion. Application is made to the solving of everyday physics problems. *Spring.*

**PY 211 College Physics I (4)** *Prereq.: Credit for or concurrent enrollment in MA 131 and concentration/emphasis other than chemistry, electrical engineering, mathematics, or mechanical engineering.* Students learn the concepts of vectors, kinematics, and dynamics. A special emphasis is placed on concepts and solving problems (Trigonometry based). 4 hours lecture, plus lab. *Fall.*

**PY 212 College Physics II (4)** *Prereq.: PY 211.* Students learn the concepts of temperature, wave phenomena, acoustics, optics, electricity, and magnetism. A special emphasis is placed on concepts and solving problems (Trigonometry based). 4 hours lecture, plus lab. *Spring.*

**PY 231 General Physics I (4)** *Prereq.: MA 221; and physics placement exam or PY 100.* Students learn the physics of matter and energy with a general study of the principles of vector mechanics and the laws of equilibrium, motion, energy, work, momentum, and vibrations (Calculus based). 4 hours lecture, plus lab. *Fall.*

**PY 232 General Physics II (4)** *Prereq.: PY 231 and credit for or concurrent enrollment in MA 222.* Students learn about fluid mechanics, wave phenomena, thermodynamics, optics, electricity, and magnetism (Calculus based). 4 hours lecture, plus lab. *Spring.*

## GENERAL SCIENCE

**SC 111 Fundamentals of Biology** (3) Students will learn foundational concepts in biology by studying origins, plant biology, all major animal phyla, and ecology and environment. This course will not count toward a science teaching field. *Fall, Spring.*

**SC 112 Human and Cell Biology** (3) Students will learn the central concepts of human anatomy and physiology, cell biology, and genetics. This course will not count toward a science teaching field. *Fall, Spring.*

**SC 122 General Entomology** (3) This course provides an overview of the study of insects. Students will learn anatomy, biology, and taxonomy of insects and identify many common insects to the family level. In addition, they will study the practical uses of entomology. *Fall odd.*

**SC 141 Introduction to Astronomy** (3) Students learn general principles and practical techniques in astronomy. Topics included are telescopes, the solar system, the constellations, stars, galaxies, and the measurement of time. *Fall, Spring.*

**SC 211 Earth and Space** (3) Students learn the foundational scientific laws and principles that govern the natural processes involved in geology, oceanography, meteorology, and astronomy. *Fall, Spring.*

**SC 212 Physical Science** (3) Students learn the foundational concepts, theories, and principles that guide the current understanding of and research in chemistry and physics. *Fall, Spring.*

**SC 218 Elements of Nutrition** (3) Students learn the basic concepts of human nutrition, application of that knowledge to a healthy lifestyle, and nutritional diseases. Topics include nutrients and nutritional processes, food safety, and nutrition for life stages. Nationally established guidelines are addressed. *Fall, Spring.*

**SC 231 Sociology for Health Professionals** (3) *Prereq.: Major in natural sciences.* Students learn the basic theories and principles of sociology with particular emphasis on its relevance to health care in the United States. Students will learn about the nature of sociology, characteristics of individuals within society, social institutions and human ecology, and social change. *Fall.*

**SC 242 Basics of Pharmacy Practice** (2) *Prereq.: BY 111 and CH 111.* Students learn the basic principles of pharmacy practice through a systematic introduction to all aspects of the profession. Drug classification and dosage formulations will be taught with an emphasis placed on practical knowledge required by all pharmacy professionals. Successful completion of this class prepares students to sit for the Pharmacy Technician Certification Examination. *Spring.*

**SC 271, 371, 471 Science Research** (2 each) *Prereq.: Major in natural sciences; and approval from chair of natural sciences.* Students complete a documented scientific research experience in this elective internship. This is an 80-hour minimum summer research experience in an approved off-campus facility. *Summer.*

**SC 299 Research Methods** (2) *Prereq.: Sophomore or above.* This course teaches students an introduction to the methods and techniques that are used to produce and disseminate science information. Students will select topics, review literature, analyze findings, and write reports using correct formatting for science writing. Students will also give a scientific presentation that appropriately addresses/assesses both the topic and the audience effectively. Students will be exposed to collaborative work in science research. *Spring.*

**SC 351–352 Physical Therapy Observation Internship** (1 each) *Prereq.: BY 311; 2.75 GPA or higher; and approval from chair of natural sciences.* Students will complete a documented observation of a licensed physical therapist for a minimum of 40 hours. The student will take two different internships from the following choices: a hospital or rehabilitation center, a home health care setting, sports medicine center, or an outpatient-based center. *Both sem., Interterm, and Summer.*

**SC 392 Pre-Health Preparation Seminar** (1) *Prereq.: Junior or senior natural sciences major.* Students prepare to pursue graduate studies in the health sciences through review of relevant topics in preparation for graduate admissions tests, practice test-taking strategies, learn to communicate goals through a written purpose statement, and participate in practice interviews. *Spring.*

**SC 430 Professional Issues in the Sciences (3)** *Prereq.: Senior.* This course addresses, from a biblical philosophy, vital issues in the sciences, including creation science and evolution, ethics and decision making for relevant and current issues in various science fields. Students prepare a research paper discussing an advanced science topic in the context of technical, social, ethical, and spiritual issues. *Fall.*

**SC 442 Pharmacology (4)** *Prereq.: BY 312, CH 306, and SC 242.* Students learn the principles of pharmacology, including drug distribution and absorption and concepts of pharmacokinetics and pharmacodynamics. 4 hours lecture. *Fall.*

**SC 461–462 Biomedical Practicum (1 each)** *Prereq. for SC 461: Junior or senior; BY 312; major in natural sciences; and approval from chair of natural sciences; prereq. for SC 462: SC 461.* Students receive practical biomedical experience in this elective practicum. Students complete a documented participation in or observation of an approved off-campus health care facility for a minimum of 40 hours. *Both sem., Interterm, and Summer.*

**SC 499 Senior Research Seminar (2)** *Prereq.: SC 299 and senior.* This capstone course helps students with final preparations for job placement or graduate school. Students will demonstrate the cumulative knowledge and technical skills gleaned from major required undergraduate classes and develop and submit a research proposal. *Spring.*

## SECONDARY EDUCATION

**SE 201 General Teaching Methods (3)** *Prereq.: At least "C-" in ED 101 and sophomore or above with a major in secondary education or education minor or emphasis.* This course is designed as a foundational teaching skills course and involves the student in current reading, various methods of instruction, and the operation and use of classroom visuals and equipment. Observation and peer teaching are important elements of this course. This course is a prerequisite to all 300- and 400-level secondary education courses. *Fall, Spring.*

**SE 210, 310, 410 Secondary Education Practicum (1 each)** *Prereq.: At least "C-" in SE 201; secondary education major or education minor or emphasis; and approval from chair of education.* This course has been designed to expose the secondary education major to practical experience in an approved local Christian junior high or high school under the supervision of a classroom teacher. The course requires spending a minimum of 45 hours working in actual grades 7–12 teaching responsibilities along with a variety of other projects in the student's two teaching fields. These courses are offered during Interterm and normally can be taken in the vicinity of the student's home. *Interterm.*

**SE 304–317** *Prereq. for all SE 300-level courses: Junior or senior secondary education major, and at least "C-" in completed teaching field courses and SE 201. Additional prereqs. listed beside courses below.* Secondary education majors observe, learn, practice, and perform the traditional methodology pertaining to each field. Included are philosophy, teaching tools, and techniques for each field as well as classroom management techniques, test and visual construction, and lesson planning. Important components of each methods course are the observation of experienced teachers and the peer teaching experiences. The goal is a thorough preparation for the teaching internship and ultimately the Christian school secondary classroom.

**SE 304 Teaching English (3)** *Additional prereq.: EN 251, 301, and 360. Fall, Spring.*

**SE 305 Teaching Spanish (3)** *Additional prereq.: Credit for or concurrent enrollment in ML 322. Spring.*

**SE 306 Teaching History (3)** *Additional prereq.: HI 201, 202, 211, and PL 304. Fall, Spring.*

**SE 307 Teaching Mathematics (3)** *Additional prereq.: MA 212, 221, and credit for or concurrent enrollment in MA 302. Fall.*

**SE 308 Teaching Science (3)** *Additional prereq.: Biology concentration: BY 112, 201, 202, and CH 111. Science concentration: BY 111, 112, CH 111, SC 211, and PY 211 or SC 212. Spring.*

**SE 309 Teaching Speech (3)** *Additional prereq.: SP 201 and 204. Spring.*

**SE 313 Teaching Technology (3)** *Additional prereq.: BA 330, CS 202, and OA 201. Fall.*

**SE 316 Teaching Art (3)** *Additional prereq.: AR 204. Spring.*

**SE 317 Teaching Physical Education (3)** *Additional prereq.: PE 184, 187, coaching elective, and credit for or concurrent enrollment in PE 321 and a second coaching elective. Fall.*

Highlighted text indicates a change from the official version of the Catalog.

**SE 321 Teaching Reading Skills for the Secondary Student (2)** *Prereq.: Junior or senior.* Students will learn how to improve oral reading and comprehension skills in older students. The course includes an overview of phonics, language-acquisition helps, reading-remediation techniques, and comprehension studies. Students in the course will be provided opportunities to teach and to work with student readers. *Fall, Spring.*

**SE 420 Secondary Teaching Internship (7)** *Prereq.: ED 211, 419, SE 210, a methods course in each teaching field, senior, concurrent enrollment in BI 318, ED 301, 415, and approval from chair of education. Additional prereq. for PE teaching field: PE 225.* A minimum of one-half semester during either semester of a student's senior year will be spent in supervised classroom teaching at Pensacola Christian Academy. A weekly support seminar is coordinated with the internship experience. *Begins Pre-term in the fall.*

## SPEECH

**SP 101 Fundamentals of Speech (3)** This basic principles and techniques course emphasizes delivery styles and platform performance. Students study and perform Scripture reading, impromptu, demonstration, speech of introduction, and extemporaneous devotional. *Fall, Spring.*

**SP 102 Fundamentals of Speech (3)** *Prereq.: SP 101.* This course is a continuing study in the basic principles and techniques of speech. Students learn the basics of interpretation and reinforce their extemporaneous speaking skills. Performances include manuscript reading, pantomime, poetry, dramatic reading, impromptu, and informative speeches. *Spring.*

**SP 116–416 Drama Workshop (1 each)** *Prereq.: Participation in the cast of a nonmusical Fine Arts production; each level requires the preceding one.* Students develop individual roles while learning to interact in the theatrical environment. Coursework culminates in a public performance.

**SP 161–462 Proclaim Ministry—Drama (1 each)** *Prereq.: Audition.* The Proclaim Drama Team prepares sacred, patriotic, and humorous dramatic selections for presentation in Bible-believing churches and Christian schools. Students sharpen communication skills while gaining valuable experience in church ministry activities. Requires Interterm and summer involvement.

**SP 201 Voice and Diction (2)** *Prereq.: SP 101.* Students concentrate on proper use and care of the voice. Through various performance opportunities, students apply the process of relaxation, posture, breathing, phonation, and vocal variety as essentials of proper speech. *Fall, Spring.*

**SP 202 Voice and Communication (2)** *Prereq.: SP 201.* Students concentrate on the importance of resonation in proper speech production and continue correcting individual vocal problems. Students are introduced to the International Phonetic Alphabet and give several performances that incorporate all aspects of proper speech. *Spring.*

**SP 203 Oral Interpretation of Poetry (2)** *Prereq.: SP 102; performance studies major, speech concentration, second teaching field, minor, emphasis, or broad field.* This course stresses the communication of thought and feeling from the printed page to the listener. Emphasis is placed on the interpretation of poetic forms. Students apply analysis principles and in-depth interpretation techniques in their performances of lyric, narrative and dramatic poetry. *Fall.*

**SP 204 Oral Interpretation of Dramatic and Narrative Literature (2)** *Prereq.: SP 203.* This course stresses the basic principles and techniques of developing characterization and narration in dramatic literature. Students analyze and perform interpretative readings of novel cuttings, short stories, and drama cuttings. *Spring.*

**SP 207 Storytelling (2)** *Prereq.: SP 101.* The principles of effective storytelling are introduced and practiced. Students are evaluated as they tell stories that relate to various age groups and speech situations. *Fall, Spring.*

**SP 240 Stagecraft (3)** *Prereq.: SP 102.* The student learns basic principles and techniques of scenic design, costuming, and makeup necessary for productions in ministry settings. *Fall.*

**SP 244 Stage Movement (2)** *Prereq.: SP 102.* This course has been designed to enhance the communication/performance process by focusing on physical communication. Students learn and use the techniques of basic stage movement, blocking, and positioning in a variety of performance situations. *Spring.*

**SP 250 Public Speaking (3)** *Prereq.: SP 101.* This course emphasizes the principles of speech organization, methods of delivery, ethical use of argumentation, and effective platform performance. Student performances include the informative, persuasive, and special occasions speech. *Fall, Spring.*

**SP 304 Fundamentals of Acting (3)** *Prereq.: SP 244.* This foundational course studies the basic theory and techniques of realistic performance and acting styles. While performing a variety of acting scenes, students learn and apply script and character analysis. Rehearsal techniques and improvisational exercises are also studied and performed. *Fall.*

**SP 307 Introduction to Dramatic Production (4)** *Prereq.: Sophomore speech platform and SP 240.* Aspects of mounting a stage production are studied and applied to a specific script. Subjects studied include casting, directing, staging, lighting, costuming, makeup, and sound. *Fall, Spring.*

**SP 308 Fundamentals of Dramatic Production (4)** *Prereq.: SP 307.* Students produce a college play. The course supplements the concepts learned in SP 307. *Fall, Spring.*

**SP 312 Debate (3)** *Prereq.: SP 101.* This course provides a thorough overview of research, construction of arguments, principles of logic, rules of formal debate, and a study of the analytical skills necessary for a successful debate. Students participate in classroom debates and make a formal public presentation. *Spring.*

**SP 314 Assemblies and Productions Practicum (3)** *Prereq.: SP 102.* Students learn how to create winning school programs by developing two full-length holiday programs and one banquet program. Students also assist with plays and programs. *Fall, Spring.*

**SP 331–432 Private Speech Lessons (1 each)** *Prereq. for SP 331: Credit for SP 203; prereq. for SP 332: SP 331; prereq. for SP 431: SP 332; prereq. for SP 432: SP 431.* The student receives personalized instruction in interpretive speech. *Fall, Spring.*

**SP 341–442 Performance Studio (1 each)** *Prereq. for SP 341: Credit for SP 203; prereq. for SP 342: SP 341; prereq. for SP 441: SP 342; prereq. for SP 442: SP 441.* The student receives personalized instruction in interpretive speech. *Fall, Spring.*

**SP 400 Scriptwriting (3)** *Prereq.: EN 126 and junior or senior performance studies major.* This course teaches the process involved in writing a script for performance and focuses on creating a stage-worthy play. Students will learn the basic guidelines for writing performance pieces and drama, including script format and layout, as well as production and publication. Students write a monologue, a biblical drama, a one-act play, and an adaptation of a published work. *Spring.*

**SP 402 Advanced Interpretation (3)** *Prereq.: SP 204.* This course builds on concepts learned in SP 203 and SP 204. Several performances are directed toward sacred literature. Group interpretation and script adaptation are studied and practiced. *Fall.*

**SP 410 Oral Communication in the Professions (2)** *Prereq.: SP 101 and senior.* This course focuses on developing business and professional communication skills and techniques within the workplace. Students participate in various business exercises, conduct business meetings and interviews, solve problems through group discussions, and deliver a technical presentation adapted to a specific workplace. *Fall, Spring.*

**SP 435 Solo Performance Recital (1)** *Prereq.: SP 204 and senior performance studies major.* The senior speech recital is the culmination of the student's academic work and interpretive speech training. Performance is given during the last two semesters of the student's speech coursework. The student develops a solo performance of 40 minutes in length composed of a single literary work. *Fall, Spring.*

**SP 436 Private Speech/Recital (Education) (1)** *Prereq.: SP 332.* The recital represents the culmination of the student's interpretation and production training. The student performs a solo performance 30 minutes in length. *Fall, Spring.*

**SP 447 Dramatic Literature in Performance (3)** *Prereq.: EN 210 and junior or senior.* Students evaluate classical works of dramatic literature tracing their significance in the historical development of the physical theatre, conventions in staging, and production. The periods include classical Greek/Roman, Medieval, Italian Renaissance, Elizabethan, English Restoration, 18th century, early 19th century, and a brief examination of American. *Fall even.*

# SEMINARY AND GRADUATE STUDIES



## PROGRAMS OFFERED

### Bible Department

*Graduate Certificates*
Biblical Studies
New Testament Studies
Old Testament Studies
Pastoral Ministries
Theological Studies

*Master of Arts*
Bible Exposition
Biblical Languages

*Master of Church Music*

*Master of Ministry*

*Master of Divinity*

*Doctor of Ministry*

### Business Department

*Master of Business Administration*
*with specialization in*
Information Technology Management

### Education Department

*Master of Science*
Educational Leadership
Curriculum and Instruction
*with specializations in*
Elementary, English, History,
Mathematics, Music, Science,
Secondary (General), Speech

*Education Specialist/Doctor of Education*
Educational Leadership
Curriculum and Instruction
*with specializations in*
Elementary, English,
History, Science, Secondary (General)

### Nursing Department

*Master of Science in Nursing*

### Performing Arts Department

*Master of Arts*
Music

*Master of Fine Arts*
Dramatics

### Visual Arts Department

*Master of Arts*
Graphic Design
Studio Art

*Master of Fine Arts*
Graphic Design
Studio Art

The goal in all of our seminary and graduate programs is to prepare teachers, administrators, pastors, leaders, and workers who are well qualified, both spiritually and academically, to serve in Christian schools, local churches, and other related ministries and businesses around the world.

Another goal is to provide practical programs at a time convenient to Christian workers. The following degrees may be completed entirely online: M.A. in Bible Exposition; M.A. in Biblical Languages; Master of Divinity; Master of Ministry; Master of Business Administration; M.S., Ed.S., and Ed.D. in Educational Leadership; and M.S., Ed.S., and Ed.D. in Curriculum and Instruction: English, History, and Secondary (General) specializations. PTS offers five graduate certificates (12 credits each) which are also available online. In addition, some course requirements for other degree programs may be completed online.

Tuition is only $342 per credit hour. Room and board varies depending on the term enrolled. These pages introduce you to the seminary and graduate programs of study available to you from PTS and PCC. Visit **pcci.edu/ GraduateStudies** and view the *Seminary & Graduate Studies Catalog.* E-mail **pts-grad@pcci.edu** or call toll-free **1-877-PTS-GRAD** (intl. 850-478-8496, ext. 5241) if you have questions.

## SEMINARY DEGREES AND CERTIFICATES

### Graduate Certificates

The graduate certificates offered through Pensacola Theological Seminary provide specialized instruction in a focused area of study and are ideal for individuals who desire continued education but do not have the time or financial resources to earn a seminary degree as well as individuals who want to see if a full seminary degree is right for them. Certificates are available with emphases in the following areas: Biblical Studies, New Testament Studies, Old Testament Studies, Pastoral Ministries, and Theological Studies. All coursework can be completed entirely online.

### Master of Arts in Bible Exposition

This program focuses on a mastery of the messages of the verbally inspired Scriptures. It is designed for full-time Christian workers and earnest laymen who hunger for greater knowledge of the Bible. Students study biblical truth as a whole, explore key topics in more depth, and learn practical concepts for a well-rounded ministry. This program can be completed entirely online.

### Master of Arts in Biblical Languages

This program focuses on God's Word in the original languages. The biblical doctrines of inspiration and preservation are stressed to instill a loyalty to the Masoretic Text/Textus Receptus and a reverence for the accuracy and integrity of the Authorized Version (KJV). Students acquire and apply sound tools for studying the Scriptures and rightly dividing the Word of Truth. This program can be completed entirely online.

_____

Highlighted text indicates a change from the official printed version of the Catalog.

### Master of Church Music

The Master of Church Music student is thoroughly grounded and trained in a Christian philosophy of music, which balances academic proficiency with spiritual preparation. The combination of music and Bible courses prepares the student with the broad education necessary to function effectively as a music minister or Christian school music instructor.

### Master of Ministry

This modular program is designed for those who are successfully engaged in ministry. Coursework is structured to be practical with immediate, hands-on application to the home ministry. This program can be completed entirely online.

### Master of Divinity

This program prepares men to be servant-leaders who share the gospel boldly, preach the Word clearly, and shepherd the flock faithfully. A strong foundation of Bible-content coursework is supplemented by training and additional tools to aid in the pastorate. This program aims at the student's acquisition of sound tools for studying the Scriptures with an emphasis on expository preaching. Comprehensive coverage coupled with technical skills is a hallmark of this curriculum. The M.Div. degree can be completed entirely online.

### Doctor of Ministry

This modular degree is for those who are successfully engaged in ministry. Building upon the M.Div. degree or its equivalent, this program integrates active ministry, academic endeavor, and disciplined reflection. This degree prepares the student for a life as a Christian servant and leader.

## GRADUATE DEGREES

### Master of Business Administration

In today's dynamic business environment, there is a clarion call for men and women of integrity willing to serve Christ and others in a spirit of humility while implementing sound business principles and leadership skills. This degree will equip those involved in ministry or in the business profession with practical decision-making tools. This strong academic program is both affordable and attractive to students of all academic and workplace backgrounds and can be completed entirely online. A specialization in Information Technology Management is also available.

### Master of Science, Education Specialist, or Doctor of Education in Educational Leadership

The Educational Leadership programs are designed to provide practical training for students who intend to be administrators, principals, vice principals, or academic supervisors. These programs are not designed to prepare students for professional licensure or to teach in public schools. These degrees may be completed entirely online.

## Master of Science, Education Specialist, or Doctor of Education in Curriculum and Instruction

The Curriculum and Instruction programs are practical in their application to the local Christian school ministry and provide proven tools that are effective in helping to further the cause of Christ. These programs are not designed to prepare students for professional licensure or to teach in public schools. Specializations are available in Elementary, English, History, Science, or Secondary (General). The M.S. degree also offers specializations in Mathematics, Music, and Speech. The English, History, and Secondary (General) specializations may be completed entirely online.

## Master of Science in Nursing

This degree provides students with advanced training in nursing education. The program is designed to produce leaders capable of serving in a variety of health care and educational settings. A minimum of 21 months of residence work is required including one summer term.

## Master of Arts in Music

This degree develops the individual's ability to effectively honor the Lord through music. Accomplished faculty provide academic and artistic training necessary for careers in ministry, education, and performance.

## Master of Fine Arts in Dramatics

This program balances theory and technique with practical application. The M.F.A. curriculum provides advanced training in directing and staging dramatic productions and personal interpretation while further developing the student's research skills. Students are taught from a traditional philosophy with special emphasis given to training directors and performers to meet the artistic needs of Christian ministries.

## Master of Arts or Master of Fine Arts in Graphic Design

The M.A. degree provides graphic designers with an opportunity to develop mastery in the areas of typography, layout, and visual literacy through classroom instruction and individualized studio courses. The M.F.A. is a terminal degree that provides the advanced graphic designer with intensive training in visual problem-solving using various creative media and technology. Students create and exhibit a thesis project demonstrating a thorough investigation of a graphic design related topic.

## Master of Arts or Master of Fine Arts in Studio Art

The M.A. degree is designed to provide individualized attention to the student interested in developing mastery of representational drawing, painting, and visual storytelling. Through studio classes, the student is given the opportunity to focus on specific topics of choice. The M.F.A. is a terminal degree providing the advanced artist with intensive training in studio art disciplines. Students develop a unique and cohesive body of artwork exploring a particular theme to be displayed in a thesis exhibition.

# PERSONNEL



## BOARD OF DIRECTORS

**Dr. Charles Buettner,** Chairman      **Dr. Jeff Redlin**

**Mr. John Prickett**      **Dr. Troy Shoemaker,** President

**Dr. Phyllis Rand**      **Mrs. Denise Shoemaker,** Secretary

**Dr. Stephania Rasmussen**

––––––––––––––

## EXECUTIVE ADMINISTRATION

**Troy Shoemaker** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . President

     B.S., M.S., Pensacola Christian College
     Ed.S., University of West Florida
     Ed.D., Pensacola Christian College

**Raylene Cochran** . . . . . . . . . . . . . . . . . . . . . . . . . Academic Vice President

     B.S., Pensacola Christian College
     M.S., University of Southern Mississippi
     Ed.S., Ph.D., Nova Southeastern University

**Tim McLaughlin** . . . . . . . . . . . . . . . . . . . . Vice President for Student Affairs

     B.A., Pensacola Christian College
     M.A., Pensacola Theological Seminary
     M.A.R., Liberty Baptist Theological Seminary
     *Doctoral study:* Liberty Baptist Theological Seminary

**Jim Thompson** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Chief Financial Officer

     B.S., Pensacola Christian College
     M.Acc., University of West Florida

––––––––––––––

## ADMINISTRATION

**Amy Bombard** . . . . . . . . . . . . . . . . . . . . . Dean of Visual and Performing Arts

     *Doctoral study:* University of Iowa
     B.A., M.S., D.M.A., Pensacola Christian College

**Eric Bryant** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Chair of Education

     B.S., M.S., Pensacola Christian College
     M.S., University of West Florida
     *Doctoral study:* Liberty University

**John Cuendet** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Chair of Business

     B.S., M.B.A., Pensacola Christian College
     *Doctoral study:* Northcentral University

**Maybeth Elliott** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Chair of Nursing

     B.S.N., Pensacola Christian College
     M.S.N., University of South Alabama
     Ph.D., Walden University

**ADMINISTRATION cont.**

**Michael Geary** . . . . . . . . . . . . . . . Chair of Engineering and Computer Science
B.S., Pensacola Christian College
M.S., University of West Florida
D.C.S., Colorado Technical University

**Donna Marion** . . . . . . . . . . . . . . . . . . . . . . . . . . Dean of Professional Studies
B.S., Pensacola Christian College
M.S., University of Southern Mississippi
Ph.D., Walden University

**Denise McCollim** . . . . . . . . . . . . . . . . . . . . . . . . . Dean of Arts and Sciences
B.S.N., Bob Jones University
M.S.N., D.N.P., University of South Alabama

**Laura Pribyl** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Chair of Visual Arts
B.S., M.A., Pensacola Christian College

**Scott Roberts** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Chair of Performing Arts
B.A., M.A., Pensacola Christian College
M.A., Northern Arizona University

**Dan Rushing** . . Dean of Biblical Studies, Dean of Pensacola Theological Seminary
B.A., M.A., Pensacola Christian College
M.Div., D.Min., Pensacola Theological Seminary
*Doctoral study:* Clarks Summit University

**Shane Smith** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Chair of Natural Sciences
B.S., Pensacola Christian College
M.Ed., University of North Carolina at Greensboro
Ph.D., University of Southern Mississippi

**Marie Thompson** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Chair of Humanities
B.A., Pensacola Christian College
M.A., University of West Florida
*Doctoral study:* Indiana University of Pennsylvania

**Jody Wolf** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Chair of Bible
B.A., Pensacola Christian College
M.Div., D.Min., Pensacola Theological Seminary
*Doctoral study:* New Orleans Baptist Theological Seminary

## ADMINISTRATIVE STAFF AND DIRECTORS

**Amy Abbott**
*Director of Admissions*

**Rob Achuff**
*Director of Academic Success*

**Dale Adkins**
*Director of Student Care*

**Mark Goetsch**
*Athletic Director*

**Kelly Grandstaff**
*Chief Librarian*

**Jon Lands**
*Executive Assistant to the President*

**Steve Martin**
*Director of Online Learning*

**Brad Mullenix**
*Student and Alumni Services Director*

**Brad Phillips**
*Dean of Men*

**Lee Ann Phillips**
*Dean of Women*

**Shawn Ross**
*Chief of Safety and Security*

**Denise Shoemaker**
*Assistant to the President*

**Mark Smith**
*Director of Institutional Effectiveness*

**Linda Troutman**
*Registrar*

**Jon Tutton**
*Director of Student Activities*

---

## FACULTY, Full-Time

**Gloria Abogunrin** *English*
B.S., Ed.S., Pensacola Christian College
M.A., M.C.M., Pensacola Theological Seminary
*Doctoral study:* Pensacola Christian College

**Rob Achuff** *English*
B.A., M.S., Ed.S., Pensacola Christian College
Ed.D., Liberty University

**Rochelle Achuff** *Education*
B.A., M.S., Ed.S., Pensacola Christian College
Ed.D., Liberty University

**Carlos Alvarez** *Biology, Chemistry*
B.S., M.S., National Agricultural University
Ph.D., University of Georgia
Ed.D., University of West Florida

**Bethany Baral** *Art*
B.S., M.A., M.F.A., Pensacola Christian College

**Amy Bombard** *Music/piano*
*Doctoral study:* University of Iowa
B.A., M.S., D.M.A., Pensacola Christian College

**Charles Bombard** *Music/strings*
*Doctoral study:* University of Iowa
B.A., M.S., D.M.A., Pensacola Christian College

**Chris Bowman** *Education*
B.S., Pensacola Christian College
M.Ed., University of South Alabama
Ed.D., University of West Florida

**Micah Bowman** *Biology, General Science*
B.S., Pensacola Christian College
M.S., University of Nebraska, Kearney

**Niki Boyke** *Office Administration*
B.S., Pensacola Christian College
M.S., University of Southern Mississippi

**Sandra Brazil** *English*
B.S., M.S., Pensacola Christian College
*Graduate study:* University of Southern Mississippi
*Doctoral study:* Liberty University, State University of New York—Buffalo

**Eric Bryant** *Education*
B.S., M.S., Pensacola Christian College
M.S., University of West Florida
*Doctoral study:* Liberty University

**Brian Bucy** *Bible, Missions*
A.A., Allegany Community College
B.S., Frostburg State University
M.A., Pensacola Christian College
M.A., Grace Theological Seminary
D.Min., Baptist Bible Seminary

**Lorraine Bushey,** RN *Nursing*
B.S.N., Capital University
M.S.N., University of Arizona

**Jon Byars** *History*
B.S., M.S., Pensacola Christian College

**Matheus Canada** *Music/strings*
B.A., Faculdade Santa Marcelina, Brazil
M.A., Pensacola Christian College
M.A., University of South Florida

**Fred Carlson** *Bible, Missions, Practical Training*
B.A., Pensacola Christian College
M.Min., Pensacola Theological Seminary

### FACULTY, Full-Time cont.

**Andy Cole**  *Music/voice*
 B.A., M.A., Pensacola Christian College
 M.A., University of South Florida

**Darlyn Cole**  *Music/voice*
 B.A., M.A., Pensacola Christian College
 M.M., Ball State University

**Michael Colucci**  *Bible, Biblical Languages*
 B.A., Pensacola Christian College
 M.Div., D.Min., Pensacola Theological
  Seminary
 *Graduate study:* New Orleans Baptist
  Theological Seminary

**Andrew Craig**  *Criminal Justice, Law*
 B.A., Pensacola Christian College
 J.D., University of Florida

**Caleb Crocker**  *History*
 B.A., M.S., Pensacola Christian College

**Grace Crocker**  *English*
 B.A., M.S., Pensacola Christian College

**Jessica Crockett,** RN  *Nursing*
 B.S.N., M.S.N., Pensacola Christian College

**John Cuendet**  *Business Administration,
  Finance*
 B.S., M.B.A., Pensacola Christian College
 *Doctoral study:* Northcentral University

**Brad Davis**  *Mathematics*
 B.A., M.S., West Virginia University
 Ph.D., University of Louisiana at Lafayette

**Denise Davis**  *Family/Consumer Sciences*
 B.S., Pensacola Christian College
 M.S., University of Southern Mississippi

**Michael Davis**  *Bible, Biblical Languages*
 B.A., M.A., Pensacola Christian College
 M.Div., Faith Baptist Theological Seminary
 D.Min., Pensacola Theological Seminary

**Grant De Jong**  *Biology*
 B.S., Colorado State University
 M.S., University of Nebraska, Lincoln
 *Doctoral study:* Mississippi State University

**Joseph A. Digangi**  *Art*
 B.A., Western Illinois University
 M.F.A., Northern Illinois University

**Joseph D. Digangi**  *Bible, Biblical Languages*
 B.A., Pensacola Christian College
 M.A., M.Div., Pensacola Theological
  Seminary
 *Doctoral study:* Midwestern Baptist
  Theological Seminary

**Douglas Dosson**  *Criminal Justice, Law*
 B.S., J.D., Western Michigan University

**Nate Drushinin**  *Art*
 B.S., M.F.A., Pensacola Christian College

**Maybeth Elliott,** RN  *Nursing*
 B.S.N., Pensacola Christian College
 M.S.N., University of South Alabama
 Ph.D., Walden University

**Rick Enders**  *Education*
 M.A., B.S., University of West Florida
 B.S., Ed.D., Pensacola Christian College

**Heather Faciane**  *English*
 B.A., B.S., M.S., Pensacola Christian College
 *Doctoral study:* Indiana University of
  Pennsylvania

**David Forbes**  *Bible*
 B.A., Pensacola Christian College
 M.Div., Pensacola Theological Seminary
 *Doctoral study:* Liberty Baptist Theological
  Seminary

**Keith Francis,** P.E.  *Electrical Engineering*
 B.S.E.E., U.S. Air Force Academy
 M.Eng., Cornell University
 Ph.D., University of Dayton

**Timothy Francis**  *Science*
 B.S., M.S., Pensacola Christian College

**Doug Freeman**  *Business Administration*
 B.S., Pensacola Christian College
 M.B.A., Bethel College

**Amanda Gardner**  *Speech*
 B.A., M.S., Pensacola Christian College

**Michael Geary**  *Computer Science*
 B.S., Pensacola Christian College
 M.S., University of West Florida
 D.C.S., Colorado Technical University

**Jennifer Geesling,** RN  *Nursing*
 B.S.N., Pensacola Christian College
 M.P.H., Liberty University

**Mark Goetsch**  *Physical Education,
  Basketball Coach*
 B.S., Maranatha Baptist Bible College
 M.S.S., U.S. Sports Academy

**Cleusia Gonçalves**  *Music/conducting*
 B.M., State University of Campinas, Brazil
 M.A., Pensacola Christian College
 D.M.A., Louisiana State University

**Pitagoras Gonçalves**  *Music/piano*
 Music Diploma, Villa-Lobos Conservatory
 B.M., State University of Campinas, Brazil
 M.A., Pensacola Christian College
 D.M.A., Louisiana State University

## FACULTY, Full-Time cont.

**Nathaniel Goodson** *History*
B.A., M.S., Pensacola Christian College

**Leah Gourley,** RN *Nursing*
B.S.N., M.S.N., Pensacola Christian College

**Cindy Graby** *Music/piano*
B.A., Pensacola Christian College
M.A., Louisiana State University

**Cheryl Gregory** *Education, English*
B.S., M.S., Ed.S., Pensacola Christian College
M.A., Eastern Washington University
Ed.D., Liberty University

**David Gregory** *Education*
B.S., M.S., Ed.S., Pensacola Christian College
M.Ed., University of Southern Mississippi
Ed.D., Liberty University

**David Grubbs** *Criminal Justice*
A.S., Pensacola Christian College
B.S., M.S. Liberty University
*Doctoral study:* Liberty University

**Marie Gwynn** *English*
B.A., M.S., Pensacola Christian College

**Carl Haire** *Criminal Justice*
B.A., Fayetteville State University
M.S., Walden University

**Tracey Haire,** RN *Nursing*
B.A., Fayetteville State University
B.S.N., Western Carolina University
M.S., D.N.P., Walden University

**Bryan Halsey** *Computer Science*
B.S., Pensacola Christian College
M.S., University of West Florida

**Brittany Hancock** *Political Science*
B.A., Pensacola Christian College
M.S.A., University of West Florida

**Rachel Harnetty** *Speech*
B.A., M.S., Pensacola Christian College

**Heather Hartkopf,** RN *Nursing*
B.S.N., M.S.N., Pensacola Christian College

**Mark Hassell** *Finance, Marketing*
B.S., High Point University
M.B.A., Radford University

**Warren Haughton** *Bible*
B.A., M.A., Pensacola Christian College
M.Div., Liberty Baptist Theological Seminary
*Doctoral study:* Chapman Seminary

**Philip Holmes** *Business Administration*
B.S., M.B.A., Pensacola Christian College
*Doctoral study:* University of South Alabama

**Robert Howell** *Computer Science*
B.S., M.S., Michigan State University
Ph.D., Century University

**Winnie Hsu** *Art*
B.S., M.A., Pensacola Christian College

**David Hubbart** *Education*
B.S., M.S., Pensacola Christian College
*Graduate study:* U.S. Sports Academy

**Joshua Hutt** *Speech*
B.A., M.S., Pensacola Christian College

**John Iwanowycz** *Criminal Justice*
B.S., Trenton State College
M.S., Liberty University

**Nick Iwanowycz** *Finance*
B.S., Rutgers, the State University of New Jersey
M.B.A., Cornell University

**Daisy Jaffé** *Music/piano (Artist in Residence)*
Artist Diploma, Conservatorio Musical
   "Carlos Gomes," Brazil

**Andrew Johnson** *Bible*
B.S., Pensacola Christian College
M.Div., Pensacola Theological Seminary

**Timothy Jones** *Mathematics*
B.S., M.S., Pensacola Christian College

**Mandy Kasprzyk** *Business Administration*
B.S., M.B.A., Pensacola Christian College

**Kevin Kove** *Mathematics*
B.S., M.S., Pensacola Christian College

**Elisabect Kozar** *Spanish*
B.S., University of Puerto Rico
M.S., Pensacola Christian College
M.A., Florida State University

**Nick Kozar** *Music/instrumental*
B.A., M.S., Ed.S., Pensacola Christian College

**Benjamin Lane** *Mathematics*
B.S., M.S., Ed.S., Pensacola Christian College
M.S., University of South Alabama
Ed.D., Liberty University

**Danielle Ledoux** *Speech*
B.A., M.F.A., Pensacola Christian College
*Graduate study:* Liberty University

**Cheree Lewis,** RN *Nursing*
B.S.N., Pensacola Christian College
M.S.N., University of South Alabama

**Craig Lewis** *Physical Education, Sport Management*
B.A., Pensacola Christian College
M.S., University of West Florida

## FACULTY, Full-Time cont.

**Greg Lowhorn**  *Business Administration*
 B.I.S., Western Kentucky University
 M.B.A., Murray State University
 M.A., Luther Rice Seminary
 Ph.D., Regent University

**Robert Machado**  *Mathematics*
 B.S., M.S., Pensacola Christian College
 *Graduate study:* University of West Florida

**Steve Manciagli,** P.E.  *Mechanical Engineering*
 B.S., Colorado School of Mines
 M.S., University of New Haven

**Donna Marion**  *Business Administration,*
  *Office Administration*
 B.S., Pensacola Christian College
 M.S., University of Southern Mississippi
 Ph.D., Walden University

**Nikki Martinez**  *English*
 B.S., M.S., Pensacola Christian College
 *Doctoral study:* Indiana University of
  Pennsylvania

**Elizabeth Mason,** RN  *Nursing*
 B.S.N., M.S.N., Pensacola Christian College

**Denise McCollim,** RN  *Nursing*
 B.S.N., Bob Jones University
 M.S.N., D.N.P., University of South Alabama

**James McDonald**  *English*
 B.S., M.S., Pensacola Christian College
 M.Ed., University of South Alabama

**Lauren McIntyre**  *English*
 B.A., M.S., Pensacola Christian College
 M.A., Mercy College

**Nino Mendez**  *Spanish*
 B.A., Pensacola Christian College
 M.Div., Pensacola Theological Seminary
 M.A., Liberty University
 M.S., Nova Southeastern University

**Gregory Miller**  *English*
 B.S., M.S., Pensacola Christian College
 *Doctoral study:* Indiana University of
  Pennsylvania

**Chad Morehead**  *Communications, Multimedia*
 B.S., Pensacola Christian College
 M.A., University of Nebraska, Lincoln

**Stephanie Nistler**  *Biology*
 B.S., Pensacola Christian College
 M.S., University of South Alabama

**Stephen Northrop**  *History*
 B.S., M.A., Western Michigan University
 Ed.D., Pensacola Christian College

**Sarah Oberto**  *English*
 B.S., M.S., Pensacola Christian College
 *Doctoral study:* Murray State University

**Alex Oliveira,** CPA  *Accounting*
 B.S., Pontificia Universidade Catolica de Sao
  Paulo, Brazil
 B.S., Universidade Paulista Sao Paulo State,
  Brazil
 M.S., James Madison University

**Priscila Oliveira**  *Music/piano*
 B.A., M.A., State University of Campinas, Brazil
 D.M.A., James Madison University

**Carrie Ordway**  *English, History*
 B.A., M.S., Pensacola Christian College

**Garett Ordway**  *Mathematics*
 B.S., Maranatha Baptist University
 M.S., University of Nebraska, Lincoln

**Sarah Paine**  *Art*
 B.S., M.F.A., Pensacola Christian College

**Joyce Pate,** RN  *Nursing*
 B.S.N., Pensacola Christian College
 M.S.N., C.N.S., University of South Alabama
 D.N.P., Case Western Reserve University

**Jorge Perez**  *Chemistry*
 M.S., Lunds University, Sweden
 M.S., State University of New York at Stony
  Brook

**Gustavo Peterlevitz**  *Music/piano*
 B.A., M.A., Pensacola Christian College
 M.Div., Pensacola Theological Seminary
 D.M.A., James Madison University

**Joel Porcher,** P.E.  *Mechanical Engineering*
 M.Div., Bob Jones University
 B.S., M.S., Ph.D., Clemson University

**Josh Poulin**  *Science*
 B.S., M.S., Pensacola Christian College

**Shelby Poulin**  *English*
 B.S., M.S., Pensacola Christian College

**Brittany Preston**  *History*
 B.S., M.S., Pensacola Christian College

**Laura Pribyl**  *Art*
 B.S., M.A., Pensacola Christian College

**Beth Reese**  *Education*
 B.S., M.S., Pensacola Christian College

**John Reese**  *History*
 B.S., M.S., Pensacola Christian College
 Ph.D., Florida State University

## FACULTY, Full-Time cont.

**David Richards** *Bible, Biblical Languages*
B.B., B.A., Pensacola Christian College
M.A., Pensacola Theological Seminary
*Graduate study:* Pensacola Theological
  Seminary

**James Ridgley** *Science*
B.S., M.S., Ed.S., Ed.D., Pensacola Christian
  College
Ph.D., University of Southern Mississippi

**Erin Robbins** *Mathematics*
B.S., M.S., Pensacola Christian College

**Wesley Robbins** *Science*
M.B.A., California Coast University
D.Pharm., Idaho State University

**Scott Roberts** *Music/voice*
B.A., M.A., Pensacola Christian College
M.A., Northern Arizona University

**Donna Ross-Beeks** *Science*
B.S., University of Maryland Eastern Shore
Ph.D., Louisiana State University

**Dan Rushing** *Bible*
B.A., M.A., Pensacola Christian College
M.Div., D.Min., Pensacola Theological Seminary
*Doctoral study:* Clarks Summit University

**Ron Schmuck,** CPA *Accounting, Finance*
B.S., Bob Jones University
M.B.A., University of West Florida
Ph.D., Northcentral University

**Rachel Schroder,** RN *Nursing*
B.S.N., M.S.N., Pensacola Christian College

**Lynda Schultze,** RN *Nursing*
B.S.N., Pensacola Christian College
M.S.N., University of South Alabama

**Justin Scott** *Business Adminstration*
B.S., Pensacola Christian College
M.O.L., Maranatha Baptist University
*Doctoral study:* Jacksonville University

**Jared Sellars** *Physical Education, Sport
  Management, Basketball Coach*
B.S., Pensacola Christian College
M.S.S., U.S. Sports Academy

**Daniel Skutt** *Mathematics*
B.S., M.S., Pensacola Christian College
M.S., University of West Florida

**Steven Sleeth** *Bible, Biblical Languages,
  Practical Training*
B.A., M.A., Pensacola Christian College
M.Div., Pensacola Theological Seminary
D.Min., Baptist Bible Seminary

**Rob Small** *Bible*
B.S., Pensacola Christian College
M.A., M.Div., D.Min., Pensacola Theological
  Seminary

**Donna Smith** *Office Administration*
B.S., M.S., Pensacola Christian College
Ed.D., Nova Southeastern University

**Lonnie Smith** *Business Administration*
B.R.E., Andersonville Baptist Seminary
M.B.A., Liberty University
D.B.A., University of South Alabama

**Shane Smith** *Physics, General Science*
B.S., Pensacola Christian College
M.Ed., Univ. of North Carolina at Greensboro
Ph.D., University of Southern Mississippi

**Laura Snider** *Education*
B.S., M.S., Pensacola Christian College
*Doctoral study:* Pensacola Christian College

**Greg Soule** *Music*
B.A., Pensacola Christian College
M.M., University of Southern Mississippi
*Doctoral study:* New Orleans Baptist
  Theological Seminary

**Jonathan Sparks** *Computer Science*
B.S., Pensacola Christian College
M.S., University of West Florida
Ph.D., Nova Southeastern University

**Elijah Spencer** *Biology, Psychology*
B.S., Pensacola Christian College
M.D., Autonomous University of Guadalajara,
  Mexico

**Sebastian Spencer** *Biology*
B.S., Pensacola Christian College
Ph.D., University of South Alabama

**Kailey Spilger** *Speech*
B.A., Pensacola Christian College
M.A., Liberty University

**Stephen Spilger** *Music/voice*
B.A., M.A., Pensacola Christian College

**Holly Stark** *English*
B.S., M.S., Pensacola Christian College

**Cooper Statt** *History*
B.S., M.S., Ed.S., Pensacola Christian College

**Karl Stelzer** *Bible*
B.A., Bluffton College
M.Div., Th.M., Grace Theological Seminary
Ph.D., Pensacola Christian College
D.Min., Liberty Baptist Theological Seminary

**FACULTY, Full-Time cont.**

**Mickey Stemen**  *Computer Science*
  B.S., Pensacola Christian College
  M.S., University of West Florida

**James Strasburg**  *Music/voice*
  B.A., M.A., Pensacola Christian College

**John Taylor**  *Bible*
  Th.G., Northland Bible Institute
  M.A., M.Div., Pensacola Theological Seminary

**Dale Thompson**  *Mathematics*
  B.S., Pensacola Christian College
  M.S., University of South Alabama
  *Doctoral study:* Florida State University

**Josh Thompson**  *Bible*
  B.A., Pensacola Christian College
  M.Div., D.Min. Pensacola Theological Seminary

**Marie Thompson**  *English*
  B.A., Pensacola Christian College
  M.A., University of West Florida
  *Doctoral study:* Indiana University of
    Pennsylvania

**Hunter Trout**  *History*
  B.A., M.S., Pensacola Christian College

**Dan Troutman**  *Bible*
  B.A., M.S., Pensacola Christian College
  M.Div., Pensacola Theological Seminary
  M.Min., D.Min., Baptist Bible Seminary

**Jared Twigg**  *Bible*
  B.A., Pensacola Christian College
  M.Div., Pensacola Theological Seminary
  *Doctoral study:* Clarks Summit University

**Jacob Van Hall**  *Speech*
  B.A., M.S., Pensacola Christian College

**Zach Vance**  *Speech*
  B.S., M.S., Pensacola Christian College

**Joshua Vaught**  *English*
  B.S., M.S., Pensacola Christian College
  *Doctoral study:* Indiana University of
    Pennsylvania

**Elizabeth Vinaja**  *English*
  B.A., M.S., Ed.S., Pensacola Christian College
  Ed.D., Liberty University

**Sean Vinaja**  *Science*
  B.S., Ed.S., Pensacola Christian College
  M.A., Pensacola Theological Seminary
  Ed.D., Liberty University

**Brittany Wagoner**  *Mathematics*
  B.S., M.S., Pensacola Christian College

**Mark Wainwright**  *English*
  B.S., Pensacola Christian College
  M.A., Abilene Christian University

**Barry Walker**  *Criminal Justice*
  B.S., M.S., Mountain State University
  *Doctoral study:* Liberty University

**Mark Ward**  *Bible*
  B.A., Pensacola Christian College
  M.A., Pensacola Theological Seminary

**Aresia Watson**  *Biology, General Science*
  B.S., Pensacola Christian College
  M.S., University of West Florida
  Ph.D., University of Southern Mississippi

**Ashley Webb**  *Speech*
  B.S., M.S., Pensacola Christian College

**Daniel Webb**  *Speech*
  B.A., M.F.A., Pensacola Christian College

**Tina Whipple**  *Education, Office Administration*
  B.S., M.S., Pensacola Christian College
  *Doctoral study:* Walden University

**James White**  *Business Administration*
  B.B.A., Campbell College
  M.B.A., Capella University
  Ph.D., Northcentral University

**Pierre Willems**  *Science, French*
  B.S., Christian Heritage
  M.S., Institute for Creation Research
  Ed.S., Pensacola Christian College
  Ed.D., Liberty University

**Daniel Williams**  *Mathematics*
  B.S., M.S., Pensacola Christian College

**Linda Williams**  *Education*
  B.S., M.S., Pensacola Christian College
  Ed.D., Liberty University

**Tim Willingham**  *Music/conducting*
  B.A., M.A., Ed.S., Pensacola Christian College
  Ed.D., Liberty University

**Adrienne Wilson**  *Physical Education*
  B.S., Pensacola Christian College
  M.S.S., U.S. Sports Academy

**Jody Wolf**  *Bible*
  B.A., Pensacola Christian College
  M.Div., D.Min., Pensacola Theological
    Seminary
  *Doctoral study:* New Orleans Baptist
    Theological Seminary

## FACULTY, Full-Time cont.

**Ronda Yoder,** ARNP *Nursing*
 B.S.N., Pensacola Christian College
 M.S.N., Indiana University
 Ph.D., University of Alabama at Birmingham

**Doori Yoo** *Music/piano*
 B.A., M.A., Pensacola Christian College
 D.M., Florida State University

**Lynda Yost** *Engineering*
 B.S., Pensacola Christian College
 M.S.E., Oklahoma Christian University

**Chee Yum** *Electrical Engineering*
 A.S., Southern Maine Technical College
 B.S., University of Southern Maine
 M.S., University of New Hampshire

**Lauren Zacharias** *Speech*
 B.S., M.S., Pensacola Christian College
 *Graduate study:* Regent University

**Doug Zila** *History*
 B.S., M.S., Pensacola Christian College
 M.A., University of West Florida
 M.A., D.A., Harrison Middleton University

---

## FACULTY, Part-Time

**Aaron Ainsworth** *Education*
 B.S., M.S., Pensacola Christian College
 *Graduate study:* U.S. Sports Academy

**Judy Brewster** *Counseling*
 B.S., Southeastern Bible College
 M.S., Pensacola Christian College
 M.A., Liberty University

**Kristen Bryant** *Graphic Design*
 B.S., M.F.A., Pensacola Christian College

**Lucas Canada** *Music/strings*
 B.M., Faculdade Santa Marcelina, Brazil
 M.M., Penn State University

**John Cirone** *Business Administration, Marketing*
 B.S., M.S., Pensacola Christian College
 M.B.A., University of West Florida
 D.B.A., Nova Southeastern University

**Jean Durrand** *Chemistry*
 B.S., Mansfield University
 M.Ed., Auburn University

**Aaron Ebert** *Graphic Design*
 B.A., Pensacola Christian College
 M.F.A., Marywood University

**Joy Edwards,** RN *Nursing*
 B.S.N., Pensacola Christian College
 M.S.N., Syracuse University

**Heather Fulfer** *English*
 B.S., M.S., Pensacola Christian College

**Tim Golden** *Art*
 B.A., M.F.A., Pensacola Christian College

**Sarah Goodson** *Engineering*
 B.S., Pensacola Christian College
 M.S., University of Arkansas

**Chuck Gourley** *Bible*
 B.A., Pensacola Christian College
 M.A., Pensacola Theological Seminary

**Rafael Griffin** *Music*
 B.A., M.S., Pensacola Christian College
 *Doctoral study:* New Orleans Baptist
  Theological Seminary

**Esther Hallman** *Art*
 B.S., M.F.A., Pensacola Christian College

**Greg Hewitt** *Art*
 B.S., M.F.A., Pensacola Christian College

**Brian Hubbart** *Physical Education*
 B.S., Pensacola Christian College
 M.S., Liberty University

**Kim Huff** *Mathematics*
 B.S., Pensacola Christian College
 M.A.T., University of West Florida

**Deborah Iwanowycz** *Business Administration*
 B.S.E.E., University of Pittsburgh
 M.B.A., Cornell University

**Brian Jekel** *Art (Artist in Residence)*
 B.S., Mankato State University
 M.A., Marywood College

**Jamieson Jekel** *Art*
 B.S., M.F.A., Pensacola Christian College

**Shannon Johnson** *Science*
 B.S., M.S., Pensacola Christian College

**Lauri Lou Jones** *English*
 B.S., M.S., Pensacola Christian College
 *Doctoral study:* Pensacola Christian College

**Sarah Kaiser** *Business Administration*
 B.S., M.B.A., Pensacola Christian College

## FACULTY, Part-Time cont.

**Stephen Kozel**  *Art*
 B.S., M.A., Pensacola Christian College

**Jonathan McIntyre**  *Music/piano*
 B.A., M.A., Pensacola Christian College
 *Doctoral study:* Florida State University

**Jennifer Miller**  *English*
 B.A., Pensacola Christian College
 M.A., University of West Florida

**Josh Mize**  *Music/brass*
 B.A., M.S., Pensacola Christian College
 D.M.A., University of Southern
  Mississippi

**Charlene Monk**  *Speech*
 B.S., M.A., Bob Jones University
 Ph.D., Louisiana State University

**Andrew Nguyen**  *Art*
 B.S., M.A., Pensacola Christian College

**Paul Ohman**  *Business Administration*
 B.S., Bob Jones University
 M.B.A., East Tennessee State University
 D.B.A., Nova Southeastern University

**Autumn Pearson**  *English*
 A.B.S., B.B.S., Crown College
 M.S., Pensacola Christian College
 M.A., University of West Florida
 *Doctoral study:* University of Southern
  Mississippi

**Debbra Pope**  *Music*
 B.A., M.S., Pensacola Christian College
 M.A., University of South Florida

**Yvonne Porter,** RN  *Nursing*
 B.S.N., M.S.N., Pensacola Christian College

**Andrea Reynolds**  *English*
 B.R.E., West Coast Baptist College
 M.S., Pensacola Christian College

**Caleb Sill**  *Art*
 B.S., M.F.A., Pensacola Christian College

**Rachel Sinclair**  *Education*
 B.S., M.S., Ed.S., Pensacola Christian
  College
 *Doctoral study:* Pensacola Christian College

**Flora Slaughter**  *Physical Education*
 B.A., Occidental College
 M.S., San Diego State University

**Naomi Sleeth**  *Education*
 B.S., M.S., Ed.S., Pensacola Christian College

**Marilyn Stucky**  *Music/woodwind*
 B.A., M.A., Pensacola Christian College

**Katrina Swafford**  *Science*
 B.S., M.S., Pensacola Christian College

**Gaylen Waters**  *Physical Education/aquatics,*
  *Sport Management*
 B.S., Bob Jones University
 M.S., University of West Florida
 Ed.D., Florida State University

---

## ADJUNCT FACULTY

**Steve Ainsworth**  *Music/woodwind*
 B.A., M.A., State College of Iowa
 Ed.D., Florida State University

**Paul Bailey**  *Law*
 B.A., Pensacola Christian College
 J.D., Regent University

**John Becher**  *Engineering*
 B.C.H.E., M.S., Ph.D., Ohio State University

**April Brady**  *Art*
 B.S., M.F.A., Pensacola Christian College

**Ann Gibbs**  *Music/voice*
 B.M., Wesleyan College
 M.M., The University of New Mexico

**Ray Gibbs**  *Music/voice*
 B.A., San Diego State College
 M.M., Manhattan School of Music

**Dave Ham**  *Art*
 B.S., M.A., Pensacola Christian College

**Steve Hutcheson**  *Bible*
 B.A., Tennessee Temple University
 M.Div., Pensacola Theological Seminary

**Mike Lowman**  *History*
 B.S., Bob Jones University
 M.A., University of West Florida
 D.A., Middle Tennessee State University

**Arnold Nelson**  *Science*
 B.S., Wisconsin State University
 M.A.T., Michigan State University

**Sam Sinclair**  *Bible, Biblical Languages*
 B.A., Pensacola Christian College
 M.A., M.Div., Pensacola Theological Seminary

# CAMPUS FACILITIES



PCC's campus blends modern facilities with traditional values. Since its inception in 1974, the campus has developed steadily and now contains more than 20 major buildings on approximately 150 acres. The facilities include approximately 2,800,000 square feet of public buildings, including residence halls, in addition to over 410,000 square feet of ancillary facilities.



The **Crowne Centre**, a 298,000-square-foot, 5,762-seat multipurpose auditorium, stands on Main Drive near the front entrance of campus. Used for college chapel, Campus Church services, and other occasions, the auditorium combines excellence in aesthetics and technology. An 18-by-24-foot magnification screen above the pulpit allows those seated in back or in the balcony to better see the speakers and events on the platform. A 2-story, 100-foot revolving stage platform gives flexibility in scheduling back-to-back events. The building also houses spacious orchestra and choir rehearsal areas, two 200-seat wedding chapels with hospitality rooms, and one stand-alone hospitality room.



The **Dale Horton Auditorium** is one of the largest performing arts auditoriums in the Southeast with a seating capacity of 3,500. It is named in honor of Jesse Dale Horton, father of PCC's founder. The circular lobby wall is covered with a 250,000-pound California clay mural, depicting biblical events from Creation to the Second Coming of Christ. Seating in the auditorium was originally designed for the Lincoln Center in Washington, D.C.

The **Administration Building** houses on four floors the College, Business, and Executive Offices; Information Desk; and Greeting Center for campus guests.



The **Academic Center,** located in the rear of the Administration Building, has approximately 176,000 square feet of floor space on six floors. Four computer labs are available for general student use when not used

for business or computer science classes. Five education labs, equipped with interactive white boards with the latest technology to support lessons, are used by education majors to practice their teaching and to prepare visuals. These labs, as well as other classrooms, are equipped with computer projection systems for instruction and student presentations. The family/consumer sciences area features culinary arts and sewing labs. The natural sciences department is equipped with modern laboratories for biology. Faculty offices, classrooms, and a 264-seat Lyceum are all housed here. In addition, a Multimedia Auditorium provides daily viewings of promotional presentations for campus guests.



The **Rebekah Horton Library** is housed in a 6-story complex with more than 105,000 square feet, designed to hold a collection of up to a half-million volumes. With seating space for more than 900, this facility provides open stacks, study carrels, an audiovisual lab, computer lab, music lab, student study rooms, conference rooms, wireless Internet access, and spacious study areas.

The PALM computerized card catalog system allows students and faculty to locate research materials with speed and simplicity. Present library collections include more than 300,000 volumes, plus nearly 500 current periodicals. Online databases provide access to more than 36,000 additional periodicals and journals plus a wealth of other academic electronic resources. Interlibrary loan service is also available through OCLC (Online Computer Library Center) database, providing access through a bibliographic retrieval system to more than 400,000,000 resources worldwide held by more than 70,000 academic and public libraries in the United States, Canada, and several foreign countries.

The library also exhibits historical and educational materials in an old-fashioned classroom setting. The Bible Manuscript Collection contains rare Bibles and other materials that give evidence of Bible preservation through the centuries. The collection holds early editions of the English Bible, Old Testament scrolls, and famous Bible reference works.

The **MacKenzie Building,** with 196,000 square feet, is a multipurpose educational facility, housing classrooms for English, speech, and history. It also contains specialized laboratories for nursing, engineering, chemistry, physics courses, as well as faculty offices and resource and conference rooms. The first floor contains the staff and Campus Church nursery as well as a large lecture hall



that can be divided into four separate lecture halls, each seating approximately 225. Special features of the building include four custom-designed glass elevators, a 6-story atrium, and roof-top observation deck. Crowning the top floor of the structure is a planetarium, which seats 100.



The **Visual and Performing Arts** building adjoins the Dale Horton Auditorium. It provides facilities for teaching, practicing, and performing for music, speech, and art courses. Special features include a 140-seat Recital Hall, Experimental Theater, electronic piano lab, and art gallery. Music facilities include teaching studios; soundproof practice studios; and band, orchestra, and choral rooms. Art facilities include classrooms for drawing, painting, and graphic arts; state-of-the-art computer labs; and 4 exhibit areas to display student and faculty work. An all-digital recording studio facilitates the production of college record-ings. Video facilities handle the production of the weekly *Rejoice in the Lord* national telecast. Fully automated WPCS radio station is home of *Rejoice Broadcast Network.*

The **Arlin R. Horton Sports Center,** with more than 216,000 square feet, provides modern athletic, sports, and recreational facilities for students and staff. It features one of the largest rock climbing walls in the country with 40-ft. and 60-ft. walls, 22-ft. and 32-ft. rappelling ledges,



and 12-ft. climbing boulder. Another popular feature is the indoor water park with 3 water slides and Double FlowRider surfing wave.

The complex also contains ice-skating and inline skating rinks, a 12-lane bowling alley, racquetball courts, 9-hole miniature golf course, table tennis, weight and fitness rooms, 4-lane jogging track, a sundeck for women, and two snack counters. The main sports arena of more than 3,100 seats is home to the intercollegiate Eagles basketball and Lady Eagles volleyball and basket-ball teams.

The **Swim Center** provides a variety of water sports with six regulation-size swim lanes and a three-board diving area. Collegiate teams compete here in fast-paced water polo. In addition, main campus is less than 30 minutes from the 265 acres of waterfront property known as **West Campus** on Perdido Bay. This popular location is the home of 24 Hobie catamarans. Classes are offered in sailing, kayak-ing, swimming, and lifeguarding.



The **Field House** provides facilities for physical education courses and recreational purposes, including a professionally equipped weightlifting room.

**East Campus,** a lighted outdoor recreational complex, includes an 8-lane running track, soccer fields, softball field, sand volleyball court, outdoor basketball courts, and tennis courts.

The dining rooms, **Four Winds** and **Varsity,** provide *food-court-style* dining facilities with more than 2,600 total seats. In the self-contained kitchens, thousands of nutritious meals are prepared each day. Students give high marks to PCC's food service for its quality, variety, and nutrition. Innovation and creativity are vital ingredients of the food-service program which features complete menus including continental and cooked breakfast foods, entrée lines, international foods, pizza, deli, chicken tenders, salad bar, spuds & such, fresh fruit, and an allergen-friendly line. Homemade breads are prepared daily in the campus bakery. Additional private dining rooms are also available for banquets and other special functions.



The **Commons,** the student "living room" within an 88,000-square-foot complex, provides the ideal setting for student relaxation with two floors of comfortable seating, wireless Internet, and the Common Grounds coffee bar. Mailboxes, vending and ATM machines, copy/printing services, conference rooms, and a multipurpose Campus Store provide convenient student services. The Palms, with relaxed indoor and outdoor seating, features Chick-fil-A, The Grille, and Papa John's Pizza.

The **Campanile** is an open, 6-story tower, roofed in copper and mounted by an iron spiral staircase. It houses the carillon, a set of 43 cup-shaped bronze bells that produce lovely sounds. The carillon was cast in Europe and chromatically tuned in the United States. The regular pealing of the carillon serves as a continual reminder to "redeem the time."

**Residence halls (Ballard** and **Coberly Halls** and **Bradley, Dixon, Griffith, Rice,** and **Young Towers)** are "homes away from home." They are air-conditioned, carpeted throughout, and include a private bath with every room or suite.

The **Campus House,** directly adjacent to the campus, provides guest lodging for the friends of the ministries of PCC. Its 28 guest rooms provide king, queen, or suite accommodations 365 days a year. The Campus House is just minutes from the airport and restaurants and 20 minutes from Pensacola's white sand beaches.

Operated by Baptist Medical Group of Pensacola but conveniently located between Coberly Hall and Bradley Tower, the 3,045-square-foot **Graf Clinic** serves the health needs of PCC students. On weekdays, a doctor or nurse practitioner is available by appointment to meet students' primary care needs.

Griffith Tower

Dixon Tower

Planetarium

MacKenzie Building

Varsity

Crowne Centre
Campus Church Services

Dale Horton Auditorium
& Visual and Performing Arts



There's plenty to do on campus, but there are also several attractions in the Pensacola area. You can visit nearby Pensacola Beach, with sugar-white sand and clear blue-green water. Or you can go to malls, shopping centers, and restaurants, many of which are within walking distance. If you're a fan of sporting events, go see Pensacola's Double-A minor league baseball team, the Blue Wahoos, and Pensacola's SPHL hockey team, the Ice Flyers. Other attractions are Pensacola's historical sites; the National Naval Aviation Museum; and air shows by the Pensacola Naval Air Station's precision flying team, the Blue Angels.

### From Montgomery on I-65

Take Exit 69 (Hwy. 113) to Flomaton, AL. Take U.S. 29 South to I-10 (about 45 miles). Take I-10 East to Exit 12 (I-110) and go south to Exit 5. Turn right on Brent Lane and go two blocks to PCC entrance.

### From Pensacola Airport

At the airport, turn left on 12th Ave. Proceed 3/4 mile to Bayou Blvd. and turn right (Bayou becomes Brent Lane). Proceed two miles (two blocks past the I-110 overpass) to PCC entrance.



### From Mobile or Tallahassee on I-10

Take Exit 12 (I-110) South to Exit 5. Turn right on Brent Lane and go two blocks to PCC entrance.

### From U.S. 29 North

Take I-10 East to Exit 12 (I-110) and go south to Exit 5. Turn right on Brent Lane and go two blocks to PCC entrance.

### From Gulf Breeze and beaches on Hwy. 98

Take U.S. 98 across the Bay Bridge and onto I-110 North to Exit 5. Turn left on Brent Lane and go three blocks to PCC entrance.



## A

**Abeka Fund**  26
**Academic Calendar**  5
**Academic Classification**  35
**Academic Credit Policies**  31
**Academic Information**  27–41
**Academic Majors and Concentrations
    Offered**  43–44
**Academic Program Fee**  19
**Academic Progress, Satisfactory**  37
**Academy Boarding Students**  20, 30, 41
**Accounting**
    Bachelor's Degree  74
    Courses (AC)  183
    Minor  178
    Missions Broad Field  63
**Accreditation**  11
**ACT**  28
**Adding a Course**  34
**Adjunct Faculty**  250
**Administration**  241–242
**Administrative Staff and Directors**  243
**Admissions Information**  28
**Advanced Placement Program** (AP)  33
**Advertising/Public Relations**
    Bachelor's Degree  75
    Advertising Minor  178
**AP** (Advanced Placement Program)  33
**Appeals**
    Academic  15
    Disciplinary  15
**Application Fee**  18
**Art**
    Bachelor's Degrees in Visual Arts
        Graphic Design  114
        Studio Art  116
    Courses (AR)  184
    Graduate Degrees  239
    Minor in Studio Art  181
    Missions Broad Field  63
    Second Teaching Field  110
**Articles of Faith**  7
**Arts and Sciences, Division of**  127–176
**Associate of Science Degree**  40
**Athletics**  14
**Attendance**  35
**Automobiles**  13

## B

**Baccalaureate Degree**  39
**Bible**
    Bachelor of Arts Degree—General Studies  68
    Courses (BI)  190
    Graduate Degree  237–238
    Major  47
    Minor  178
**Bible Background Courses** (BB)  189
**Bible College**
    Transfer Students  32
**Bible Department**  46–70
    General Studies Emphasis  68
    Missions Concentration  61
    Music Ministries Concentration  65
    Pastoral Ministries Concentration  47
    Youth Ministries Concentration  50
**Bible, Pensacola Theological Seminary**
    237–238
**Biblical Languages**
    Courses (BL)  191
    Minor  178
    Missions Broad Field  64
**Biblical Studies, Division of**  45–70
**Biology**
    Bachelor's Degree  160
    Courses (BY)  192
    Education  101
    Minor  178
**Biology, Cell and Molecular**
    Bachelor's Degree  161
    Courses (BY)  192
**Biology Education**
    Bachelor's Degree  101
    Courses (BY)  192
**Board of Directors**  241
**Boarding Students, Academy**  20, 30, 41
**Broad Fields, Missions**  63–65
**Business Administration**
    Courses (BA)  187
    Graduate Degree  238
**Business Department**  72–89
    Accounting Concentration  74
    Advertising/Public Relations Concentration  75
    Finance Concentration  77
    Management Concentration  78
    Marketing Concentration  80
    Medical Office Administration
        Concentration  85
    Medical Office Systems Concentration  88
    Office Administration Concentration  83
    Office Systems Concentration  87
    Sport Management Concentration  81
**Business Technology Minor**  178

## C

**Calendar, Events**  5
**Campus Church**  6, 12
**Campus Facilities**  251
**Campus Map**  256
**Career Services**  14, 266
**Cell and Molecular Biology**  161
    Bachelor's Degree  161
    Courses (BY)  192

**Chapel Services** 12
**Chemistry**
  Bachelor's Degree 163
  Courses (CH) 194
  Minor 178
**Christian Service** 12
**Church Music**
  Courses (MU) 215
  Graduate Degree 238
  Music Ministries Concentration 65
  Youth Ministries Emphasis 50–52
**Classical Languages Courses**
  Greek (BL) 191
**Classification, Academic** 35
**CLEP** (College Level Examination Program) 33
**CLT** 28
**College Level Examination Program**
    (CLEP) 33
**College Life** 12
**Collegiate Life Courses** (CL) 197
**Computer Science**
  Bachelor's Degree 130
  Courses (CS) 197
  Minor 178
  Missions Broad Field 64
  Second Teaching Field in
    Technology Education 111
**Computing**
  Bachelor's Degree 129
  Computer Science Courses (CS) 197
**Conditional Fees** 18
**Course Cancellation** 34
**Course Changes** 34
**Course Descriptions** 182
**Course Fees, Music** 20
**Course Numbering System** 41
**Course Scheduling** 33
**Creation** (CR) 197
**Credit for Military Service** 33
**Credit Hour** 31
**Criminal Justice**
  Associate's Degree 153
  Bachelor's Degree 152
  Courses (CJ) 195
  Pre-Law Emphasis 150
**Cybersecurity**
  Bachelor's Degree 132
  Courses (CS) 197

# D

**Degrees Offered** 43–44
**Departments, Academic**
  Bible 46–70
  Business 72–89
  Education 90–111

  Engineering and Computer Science 128–140
  Humanities 141–155
  Natural Sciences 156–170
  Nursing 171–176
  Performing Arts 118–126
  Visual Arts 113–117
**Digital Media**
  Courses (AR) 184
  Minor 178
  Missions Broad Field 64
  Youth Ministries Emphasis 50, 53–54
**Directions to Campus** 258
**Directors, Board of** 241
**Dismissal, Academic** 38
**Divisions, Academic**
  Arts and Sciences 127–176
  Biblical Studies 45–70
  General Education 38–39
  Professional Studies 71–111
  Visual and Performing Arts 112–126
**Doctor of Education Degree** 236
**Doctor of Ministry Degree** 238
**Doctrinal Statement** 7
**Double Major** 40
**Drama**
  Performance Studies Major 124
  Performance Studies Minor 180
  Secondary Education
    Speech Concentration 109
**Dramatics, M.F.A. Degree** 239
**Dropping a Course** 34
**Dual Enrollment** 30

# E

**e-Business Management Minor** 178
**Early Admission Students** 30
**Early Childhood Concentration** 94
**Education**
  Courses
    Elementary (EE) 202
    General (ED) 200
    Physical (PE) 225
    Secondary (SE) 233
  Graduate Degrees 236
  Majors
    Elementary 92
    Music 95
    Secondary 100
  Minor 179
  Missions Broad Fields
    Elementary Education 64
    Teaching English 65
  Youth Ministries Emphasis 50, 55–56
**Education Department** 90–111
  Biology Concentration 101
  Early Childhood Concentration 94

Elementary Education Major  92
English Concentration  102
History Concentration  103
Mathematics Concentration  105
Music Education Major  95
Physical Education Concentration  106
Secondary Education Major  100
Second Teaching Fields  110–111
Science Concentration  108
Speech Concentration  109
**Education, Graduate Degrees**  236
**Education Specialist Degree**  236
**Educational Leadership**  236
**Electrical Engineering**
Undergraduate Major Concentration  138
Courses (EL)  204
**Elementary Education**
Bachelor's Degree  92
Courses (EE)  202
Early Childhood Concentration  94
Graduate Degrees  236
Missions Broad Field  64
**Engineering and Computer Science Department**  128–140
Computer Science Concentration  130
Courses
Computer Science (CS)  197
Electrical (EL)  204
General (EG)  203
Mechanical (ME)  212
Cybersecurity Concentration  132
Electrical Engineering Concentration  138
Information Technology Concentration  134
Mechanical Engineering Concentration  139
**English**
Bachelor's Degree  142
Courses (EN)  206
Education
Concentration  102
Graduate Degrees  236
Second Teaching Field  110
Minor  179
Missions Broad Field in Teaching English  65
**English Education**
Bachelor's Degree  102
Courses (EN)  206
Graduate Degrees  236
Missions Broad Field in Teaching English  65
Second Teaching Field  110
**Examinations**  35
**Experience Credit**  33

**F**
**Facilities, Campus**  251
**Faculty**  243–250
**Family/Consumer Sciences Courses** (FC)  207

**Fees**  18–20
**Finance**
Bachelor's Degree  77
Courses (FN)  208
Minor  179
**Financial Aid**  22
**Financial Information**  17–26
**Financial Services**  21
**First-Time Students**  28
**French Courses** (ML)  215
**Freshman Classification**  35
**Full-Time Students**  31

**G**
**GED**  28
**General Education Division**  38
**General Education Requirements**  39
**General Information**  4–16
**General Science Courses** (SC)  232
**General Studies Emphasis, Bible**  68
**Grading System**  35
**Graduate Studies**  236–239
**Graduation Honors**  36
**Graduation, Requirements**  39
Associate's Degree  40
Bachelor's Degree  40
**Graphic Design**
Bachelor's Degree  114
Courses (AR)  184
Graduate Degree  239
Minor  179
Missions Broad Field  64
**Greek**
Courses (BL)  191
**Grievances**  15

**H**
**Health Services**  14
**Health Services Fee**  19
**Hebrew Courses** (BL)  192
**History**
Bachelor's Degree  145
Courses (HI)  208
Education
Concentration  103
Graduate Degrees  236
Second Teaching Field  111
Minor  179
**History Education**
Bachelor's Degree  103
Courses (HI)  208
Graduate Degrees  236
Second Teaching Field  111
**Homeschool Graduates**  28
**Humanities Department**  141–155

Criminal Justice Major 152–153
English Major 142
History Major 145
Humanities Major 149
Interdisciplinary Studies Major 155
Political Science Concentration 147
Pre-Law Emphasis 150
Professional Writing Concentration 144

**I**

**Information Directory** 266
**Information Technology**
Bachelor's Degree 134
Courses (CS) 197
**Interdisciplinary Studies Major** 155
**International Students** 21, 29
**Irregular Course Scheduling** 34

**J**

**Junior Classification** 35

**L**

**Languages**
Courses
Greek (BL) 191
Hebrew (BL) 192
French (ML) 215
Spanish (ML) 214
Minor
Biblical Languages 178
Spanish 181
Missions Broad Field in Biblical Languages 64
Second Teaching Field in Spanish 111
**Learning Outcomes** 10
**Liability, Notice of** 26
**Living Facilities** 13
**Loans** 26
**Location** 13, 258

**M**

**Majors and Concentrations Offered** 43–44
**Management**
Bachelor's Degree 78
Courses, Business Administration (BA) 187
Courses, Marketing (MK) 213
Minor 179
Missions Broad Field 64
**Maps** 256–259
**Marketing**
Bachelor's Degree 80
Courses (MK) 213
Minor 179
**Master of Business Administration Degree** (M.B.A.) 238
**Master of Church Music Degree** 238
**Master of Divinity Degree** 238

**Master of Ministry Degree** 238
**Master of Science in Nursing Degree** (M.S.N.) 239
**Master's Degree Programs** 236
**Mathematics**
Bachelor's Degree 157
Courses (MA) 210
Education
Graduate Degree 236
Major 105
Second Teaching Field 111
Minor 179
**Mathematics Education**
Bachelor's Degree 105
Courses (MA) 210
Graduate Degree 236
Second Teaching Field 111
**M.B.A. Degree** (Master of Business Administration) 238
**Mechanical Engineering**
Bachelor's Degree 139
Courses (ME) 212
**Medical Office Administration Bachelor's Degree** 85
**Medical Office Systems** Associate's Degree 88
**Military Service, Credit for** 33
**Minors Offered** 177–181
**Miscellaneous Costs** 20
**Mission Statement** 7
**Missions**
Bachelor's Degree 61
Broad Field Requirements 63–65
Courses (MI) 213
Minor 179
**Modern Languages**
Courses (French, Spanish) 214
Minor, Spanish 181
Second Teaching Field in Spanish 111
**Music**
Bachelor's Degree 119
Courses (MU) 215
Courses (Non-MU) 219
Education Major
Graduate 239
Undergraduate 95
Graduate Degree 239
Minor 120, 180
Missions Broad Field 64
Second Teaching Field 111
**Music, Church**
Courses (MU) 215
Graduate Degree 238
Music Ministries Concentration 65
Youth Ministries Emphasis 50–52
**Music Major**
Graduate Degree 239
Undergraduate Degree 119

**Music, Master's Degree** 239
**Music Course Fees** 20
**Music Education**
   Bachelor's Degree 95
   Courses (MU) 215
   Courses (Non-MU) 219
   Graduate Degree 239
   Second Teaching Field 100, 111
**Music Ministries**
   Bachelor's Degree 65
   Minor 180
**Musical Opportunities** 13

# N

**Natural Sciences Department** 156–170
   Biology Concentration 160
   Cell and Molecular Biology Concentration 161
   Chemistry Concentration 163
   Mathematics Major 157
   Natural Sciences Major 159
   Pre-Medicine Emphasis 165
   Pre-Pharmacy Emphasis 167
   Pre-Physical Therapy Emphasis 169
**Nondegree Students** 31
**Notice of Liability** 26
**Nursing Department** 171–176
   Bachelor of Science in Nursing Degree 172
   Courses (NU) 220
   Master of Science in Nursing Degree 239

# O

**Objectives and Learning Outcomes** 10
**Office Administration**
   Associate's Degree in Office Systems 87
   Bachelor's Degree 83
   Courses (OA) 223
   Minor 180
   Missions Broad Field 64
**Office Systems**
   Associate's Degree 87
   Courses (OA) 223
**Online Learning** 33

# P

**Part-Time Students** 31
**Pastoral Ministries** Concentration 47
**Payment Plan** 20
**Payment Schedule** 20
**Pensacola Christian Academy** 41
**Pensacola Theological Seminary** 237
**Performance Studies**
   Bachelor's Degree 124
   Courses (SP) 234
   Minor 180
   Secondary Education
      Speech Concentration 109
**Performing Arts Department** 118–126

   Music Major 119
   Performance Studies Major 124
**Personnel** 240–250
**Philosophy of Education** 9
**Physical Education**
   Bachelor's Degree 106
   Courses (PE) 225
   Minor 180
   Second Teaching Field 111
   Sport Management Concentration
      Bachelor's Degree 81
      Courses (PM) 228
   Youth Ministries Emphasis 50, 57–58
**Physics Courses** (PY) 231
**Plan for Learning** 33
**Political Science**
   Bachelor's Degree 147
   Courses (PL) 227
   Minor 180
**Postgraduate** 41
**Postgraduate Special Students** 31
**Practical Training Courses** (PR) 228
**Pre-Law** Requirements 150
**Pre-Medicine** Requirements 165
**Pre-Pharmacy** Requirements 167
**Pre-Physical Therapy** Requirements 169
**Privacy Policy** 38
**Probation, Academic** 37
**Professional Studies, Division of** 71–111
**Professional Writing**
   Bachelor's Degree 144
   Courses (PW) 230
   Minor in Writing 181
   Missions Broad Field 64
**Program Fee, Academic** 19
**Programs Offered** 43–44
**Provisional Students** 31
**Psychology Courses** (PS) 230
**Purpose** 7

# R

**Record** 6
**Registration** 5, 33
**Regular Students** 31
**Related Ministries** 6
**Repeating a Course** 36
**Requirements, General Education** 39
**Requirements, Graduation** 39
   Associate of Science Degree 40
   Baccalaureate Degree 40
**Reservation Deposit** 18
**Room and Board** 19

# S

**Sallie Mae Loans** 26

**SAT** 28
**Satisfactory Academic Progress** 37
**Scholarships** 23–25
**Scholastic Honors** 36
**Science**
 Courses
  Biology (BY) 192
  Chemistry (CH) 194
  General (SC) 232
  Physics (PY) 231
 Major in Natural Sciences 159–170
 Education Concentration 108
 Second Teaching Field 111
**Science Education**
 Bachelor's Degree 108
 Courses, Science 192–195, 232–233
 Graduate Degrees 236
 Second Teaching Field 111
**Secondary Education**
 Bachelor's Degree 100–111
 Courses (SE) 233
 Graduate Degrees 236
**Second Degree** 41
**Second Teaching Fields** 110–111
**Security Deposit** 19
**Semester—Plan for Learning** 33
**Seminary, Pensacola Theological** 237
**Senior Classification** 35
**Social Life** 13
**Social Sciences Graduation Requirements** 39
**Sophomore Classification** 35
**Spanish**
 Courses (ML) 214
 Minor 181
 Second Teaching Field 111
**Spanish Education**
 Courses (ML) 214
 Second Teaching Field 111
**Special Activities** 13
**Special Admissions** 31
**Specialist Degree, Education** 236
**Speech**
 Bachelor's Degree in Performance Studies 124
 Bachelor's Degree, Education 109
 Courses (SP) 234
 Minor in Performance Studies 180
 Missions Broad Field in Speech 64
 Second Teaching Field 111
 Youth Ministries Emphasis 50, 59–60
**Speech Education**
 Bachelor's Degree 109
 Courses (SP) 234
 Graduate Degree 239
 Second Teaching Field 111
**Spiritual Life** 12

**Sport Management**
 Undergraduate Major Concentration 81
 Courses (PM) 228
**Standards of Conduct** 14
**Student Academic Load** 36
**Student Learning Outcomes** 10
**Student Standing** 31
**Studio Art**
 Bachelor's Degree 116
 Courses (AR) 184
 Graduate Degree 239
 Minor 181
 Missions Broad Field in Art 63
**Suspension, Academic** 38

**T**
**Teaching English, Missions Broad Field** 65
**Technology Education** 111
**Transcript of Records** 38
**Transfer of Credit** 32
**Transfer Students Checklist** 30
**Transient Credit** 33
**Tuition**
 Academy Boarding Students 20
 Undergraduate 19

**V**
**Values and Standards** 10
**Visual and Performing Arts,**
  **Division of** 112–126
**Visual Arts Department**
 Bachelor's Degrees 114
  Graphic Design 114
  Studio Art 116
 Courses (AR) 184
 Graduate Degrees 239
 Minor in Studio Art 181
 Missions Broad Field in Art 63
 Second Teaching Field in Art 110
**Visual Arts Major**
 Graphic Design Concentration 114
 Studio Art Concentration 116

**W**
**Warning, Academic** 37
**Web Development Minor** 181
**When to Apply** 28
**Withdrawal from Classes** 34
**Withdrawal Policies, Financial** 21
**Work Assistance Program** 23
**Writing Minor** 181

**Y**
**Youth Ministries**
 Bachelor's Degree 50
 Missions Broad Field 65

| **Main Office** (850) 478-8496, Ext. | **E-mail Address** | **FAX** |
|---|---|---|

**Admissions** . . . . . . . . . .8717 . . . info@pcci.edu . . . . . . . . . .(850) 479-6530
  Enrollment Applications
  Financial Aid/Scholarships
  General Information and Catalogs
  Incoming Students' Transcripts and Academic Records
  Student Employment Applications

**Alumni Affairs** . . . . . . . .2785 . . CareerServices@pcci.edu . . . . . .(850) 479-6538

**Business Office** . . . . . . . .8791 . . BusinessOffice@pcci.edu . . . . . .(850) 479-6577
  Fees, Expenses, and Methods of Payment

**Campus House** . . . .1 (800) 443-7742 . . CampusHouse@pcci.edu . . . . . .(850) 494-6701

**Employee Services** . . . . . . .2833 . . EmployeeServices@pcci.edu . . . .(850) 494-6793
  Faculty/Staff Employment Applications

**Information Desk** . . (850) 478-8496. . . info@pcci.edu . . . . . . . . . .(850) 479-6530
  Gifts, Bequests, and Scholarship Donations
  Other Inquiries

**Institutional Relations**. . . . .3338 . . InstitutionalRelations@pcci.edu . .(850) 479-6552

**Online Learning** . . . . . . .5244 . . OnlineLearning@pcci.edu . . . . .(850) 479-6552

**Records/Registrar** . . . . . .6584 . . RecordsOffice@pcci.edu . . . . . .(850) 479-6552
  Academic Reports and Grade Reports
  Course Offerings and Other Scholastic Matters
  Current/Former Students' Recommendation Requests
  Current/Former Students' Transcripts and Academic Records

**Reservations** . . . . . . . . .8787 . . Reservations@pcci.edu . . . . . .(850) 479-6576
  Visiting Prospective Students' Activities/Housing Reservations

**Seminary/Graduate Office** . . .5241 . . pts-grad@pcci.edu . . . . . . . .(850) 479-6548
  Graduate Programs
  Modules
  Pensacola Theological Seminary
  Summer Sessions

**Student Care Office** . . . . . .2222 . . StudentCare@pcci.edu . . . . . .(850) 479-6538
  Appeals and Grievances
  Counseling

*For areas not specifically listed, contact the Main Office*

**PENSACOLA CHRISTIAN COLLEGE • PENSACOLA THEOLOGICAL SEMINARY**
P.O. BOX 18000 • PENSACOLA, FL 32523-9160 • U.S.A.



pcci.edu        Pensacola Christian College
info@pcci.edu        P.O. Box 18000
(850) 478-8496        Pensacola, FL 32523-9160
(850) 479-6577        U.S.A.

**Visit us:** 250 Brent Lane, Pensacola, FL

**New Student Admissions Information Only**
1-800-PCC-INFO (1-800-722-4636)
1-800-722-3355

**New International Student Admissions Information**
(850) 478-8496, ext. 8788

Attendance at Pensacola Christian College is a privilege and not a right. Students forfeit this privilege if they do not conform to the standards and ideals of work and life at the College, and the College may insist on the withdrawal of a student at any time that the student, in the opinion of the College, does not conform to the spirit of the ministry.

This catalog contains current information regarding the calendar, admissions, degree requirements, fees, regulations, and course offerings. Pensacola Christian College reserves the right to withdraw a course or a program of study; change tuition, room and board, and other fees; change the calendar and rules regarding admission and graduation requirements; and change any other regulations affecting the student body. Changes shall become effective whenever necessary and apply not only to prospective students but also to those who at that time are matriculated in the College. PCC is accredited by the Transnational Association of Christian Colleges and Schools. It is the practice of Pensacola Christian College, and other colleges and universities, to accept or reject credits based on their own institutional criteria regardless of whether or not that particular school transferring credit is accredited. Pensacola Christian College desires that each enrolling student complete his degree program with this institution; however, if a student wishes to transfer to another institution at any time, it is the student's responsibility to confirm whether or not credits will be accepted by another college of the student's choice. Pensacola Christian College has attained a high reputation for excellence in the academic disciplines and has found that a student's personal academic performance and achievement are important in seeking transfer to another institution or admission to graduate school. While Pensacola Christian College makes no representation that its graduates will be accepted by specific institutions, boards, professional bodies, or government agencies, it is the intent of the administration and faculty to meet and exceed standards of quality in academics, which are posed by recognized accrediting associations.

Pensacola Christian College offers access to its educational programs and activities based upon biblical standards and applicable laws that permit its right to act in furtherance of its religious objective. The College does not discriminate on the basis of race, color, sex, or national origin in administration of its educational policies, admission policies, and scholarship or loan programs.

*Pensacola Christian College, Pensacola Theological Seminary, Pensacola Christian Academy, Rejoice Broadcast Network, RBN, Rejoice Radio, Rejoice in the Lord, Abeka, Abeka Academy,* and *Joyful Life* are registered trademarks of Pensacola Christian College.



EMPOWERING CHRISTIAN LEADERS
**TO INFLUENCE THE WORLD**

37426101-2/20 AS