## INITIAL APPOINTMENT OF MAGISTRATE
### OFFICE OF THE EXECUTIVE SECRETARY
### SUPREME COURT OF VIRGINIA
### COMMONWEALTH OF VIRGINIA
Magisterial Regions Nos. 3 & 6

By the authority vested in me by law and having found the statutory requirements for appointment to be satisfied, I, Karl R. Hade, Executive Secretary of the Supreme Court of Virginia, in consultation with the chief judges of the judicial circuits having jurisdiction within the Sixth Magisterial Region, and pursuant to Chapter 3 of Title 19.2 of the Code of Virginia § 19.2-26 *et seq.*, do hereby appoint:

## David M. Bishop

as a magistrate to serve at the pleasure of the Executive Secretary of the Supreme Court of Virginia in the Third and Sixth Magisterial Regions of the Commonwealth of Virginia, effective June 12, 2018. To qualify for office the appointee shall take the oath of office and shall return a written copy of the oath of office, signed by the appointee and by the person who administered the oath, to the Director of Human Resources of the Office of the Executive Secretary. Coverage under the faithful performance of duty blanket bond procured by the Committee on District Courts shall apply to the appointee.

June 1, 2018
_____
DATE ENTERED

_____
KARL R. HADE, EXECUTIVE SECRETARY