# The Commonwealth of Virginia



## Office of the Executive Secretary

*Upon appointment by the Executive Secretary of the Supreme Court of Virginia and having fulfilled the requirements of the Code of Virginia on the* **24th** *day of* **October**, *2018,*

# David Bishop

*is hereby*

# Certified as a Magistrate of Virginia

*In witness whereof, I certify, subscribe my name and affix the seal of this Commonwealth.*

_____
Mason Byrd
*Magistrate System Director*

_____
P. Greg Gregory
*Magistrate Advisor*

49740061