COMMONWEALTH OF VIRGINIA
COUNTY OF __CHESTERFIELD__

# OATH OF OFFICE
# MAGISTRATE

I, David Marshall Bishop, do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of the Commonwealth of Virginia, and that I will faithfully and impartially discharge all the duties incumbent upon me as a Magistrate according to the best of my ability.

*[signature]*
David Marshall Bishop

I, Jayne Ann Pemberton, Chief Judge of the 12th Judicial District Juvenile and Domestic Relations District Court, certify that David Marshall Bishop, having been appointed by the Executive Secretary of the Supreme Court of Virginia to be a Magistrate, appeared before me in the county of Chesterfield on this the 12th day of June, 2018, and declared and subscribed the above oath.

*[signature]*
Hon. Jayne Ann Pemberton, Chief Judge

§ 19.2-33 et seq