# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OKELLO T. CHATRIE,<br><br>*Defendant*. | Case No. 3:19-cr-00130-MHL |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENTS RESPONSIVE TO RULE 17(C) SUBPOENA UNDER SEAL

Having considered the motion of amicus curiae Google LLC for leave to file documents responsive to the July 22, 2020 subpoena under seal, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**.

The clerk is **DIRECTED** to accept the documents lodged with the Court via e-mail for filing and to maintain them under seal.

It is hereby **ORDERED** that Google will file a redacted version of the sealed documents on the public record within seven days of this Order.

_____
The Honorable M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: _____