UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OKELLO T. CHATRIE,<br><br>*Defendant.* | Case No. 3:19-cr-00130-MHL |

**ORDER GRANTING MOTION FOR LEAVE TO FILE
DOCUMENTS RESPONSIVE TO RULE 17(C) SUBPOENA UNDER SEAL**

Having considered the motion of amicus curiae Google LLC for leave to file documents responsive to the July 22, 2020 subpoena under seal, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**.

The clerk is **DIRECTED** to accept the documents lodged with the Court via e-mail for filing and to maintain them under seal.

It is hereby **ORDERED** that Google will file a redacted version of the sealed documents on the public record within seven days of this Order.

/s/ M. Hannah Lauck
United States District Judge
The Honorable M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: 7/31/2020