# EXHIBIT A

############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: ▮
Name: ▮
e-Mail: ▮
Alternate e-Mails:

Created on: 2017-08-20 18:04:11 UTC
Terms of Service IP: ▮

Deletion Date:

Last Logins: 2019-08-17 13:40:16 UTC, 2019-07-14 10:17:04 UTC, 2019-05-20 13:49:12 UTC

**ACCOUNT RECOVERY**

Recovery e-Mail: ▮
Recovery SMS: ▮

**IP ACTIVITY**

No User IP Logs

############## * Google Confidential and Proprietary * ##############