# EXHIBIT B

Product: LOCATION_HISTORY
Event: LOCATION_HISTORY_SETTING_CHANGE
Component: SENSORVAULT_SERVER
UI Context: CONTEXT_ID_UNSPECIFIED
Session: (8425538384137439217, 9762534688325573142)

∨ View the complete audit record
event {
  name: LOCATION_HISTORY_SETTING_CHANGE
  event_details {
    sensorvault_user_preference_change {
      sensorvault_rpc_method: SET_API_SETTINGS
      location_history_setting_change {
        new_value {
          value: ENABLED
        }
      }
      sensorvault_device_preference_change {
        device_tag: ▇▇▇▇
        location_rep▇▇▇▇ting_change {
          new_value {
            value: ENABLED
          }
        }
      }
    }
  }
}
recording_component {
  component_id: SENSORVAULT_SERVER
  server_details {
    build_label: "svfe_20180702_RC00"
    build_cl: 202963392
  }
}
timestamps {
  server_creation_time_millis: 1531189245242
}
authentication_context {
  service_loggable_security_context {
    loggable_peer {
      username: "geo-sensorvault"
      primary_role: "identity consent audit"
      unauthenticated_host: "grpy11-v6.prod.google.com"
      jobname_chosen_by_user: "prod.identity_consent_audit_server"
      unauthenticated_borg_cell: "qr"
    }
    user {
      internal_use_only {
        scope: MDB_USER
        mdb_user {
          user_name: "geo-sensorvault"
          body_id: ▇▇▇▇
        }
      }
    }
    originator {
      internal_use_only {
        scope: MDB_USER
        mdb_user {
          user_name: "geo-sensorvault"
          body_id: ▇▇▇▇
        }
      }
    }
  }
  client_loggable_security_context {
    loggable_end_user_creds {
      loggable_credential {
        type: GAIA_MINT
        loggable_gaia_mint {
          primary_user_id: ▇▇▇▇
          loggable_credenti
            user_id: ▇▇▇▇
          }
          not_before_seconds: 1531188186
          not_after_seconds: 1531189546
        }
      }
    }
    loggable_peer {
      username: "geo-sensorvault"
      primary_role: "geo-sensorvault"
      unauthenticated_host: "elcl155_v6.prod.google.com"
      jobname_chosen_by_user: "sensorvault_status_prod_svfe"
      unauthenticated_borg_cell: "ql"
    }
    user {
      internal_use_only {
        scope: GAIA_USER
        gaia_user {
          user_id: ▇▇▇▇
        }
      }
    }
    originator {
      internal_use_only {
        scope: GAIA_USER
        gaia_user {
          user_id: ▇▇▇▇
        }
      }
    }
  }
}
session_id {
  uuid {
    most_significant_uuid_bits: 8425538384137439217
    least_significant_uuid_bits: 9762534688325573142
  }
}
audit_recording_server_info {
  audit_recording_component {
    component_id: IDENTITY_CONSENT_AUDIT_SERVER
    server_details {
      build_label: "boq_identityconsentauditserver_20180704.09_p0"
      build_cl: 203282562
    }
  }
}
actor_identifiers {
  gaia_user {
    gaia_id: ▇▇▇▇
  }
}
target_identifiers {
  gaia_user {
    gaia_id: ▇▇▇▇
  }
}
index_fields {
  gaia_id: ▇▇▇▇
}

2018-Jul-09 06:07:26 L

Product: LOCATION_HISTORY
Event: LOCATION_HISTORY_SETTING_CHANGE
Component: ANDROID_LOCATION_HISTORY_GMSCORE_MODULE
UI Context: CONTEXT_ID_UNSPECIFIED
Session: (8425538384137439217, 9762534688325573142)

⌄ 1 mutation was applied.

Requested on: 2020-May-10 21:07:30 L
Mutation: One or more entity identifiers were scrubbed as part of regular Wipeout processing of ARI records. These identifiers have a special status of WIPED_OUT.

⌄ View the complete audit record.

```
event {
  name: LOCATION_HISTORY_SETTING_CHANGE
  event_details {
    android_location_history_settings_details {
      location_history_enabled {
        value: ENABLED
      }
      location_reporting_enabled {
        value: ENABLED
      }
      source: "com.google.android.gms+opt-in"
    }
  }
}
recording_component {
  component_id: ANDROID_LOCATION_HISTORY_GMSCORE_MODULE
  device_details {
    android_device_details {
      app_package: "com.google.android.gms"
      gcore_version: "12685023"
      gcore_client_library_version: "12685000"
      device_model: "samsung SM-G965U"
      app_version_name: "12.6.85 (040400-197041431)"
      app_version_code: 12685023
      sdk_level: 26
      build_id: "R16NW"
      locales: "en-US"
      chimera_config_info {
        module_sets {
          module_set_id: "container"
          module_set_variant: 1268504
          module_targeting: 64
          module_set_version: 12685040400
          enabled_features: "brella"
          enabled_features: "brella_dynamite"
        }
      }
    }
  }
}
timestamps {
  server_creation_time_millis: 1531189348611
  client_creation_time_millis: 1531189245034
  client_upload_time_millis: 1531189347486
}
authentication_context {
  service_loggable_security_context {
    loggable_end_user_creds {
      loggable_credential {
        type: GAIA_MINT
        loggable_gaia_mint {
          primary_user_id: 
          loggable_credential {
            user_id: 
          }
          not_before_seconds: 1531189288
          not_after_seconds: 1531199648
        }
      }
    }
    loggable_peer {
      username: "identity-consent-audit"
      primary_role: "identity-consent-audit"
      unauthenticated_host: "qrsf16-v6.prod.google.com"
      jobname_chosen_by_user: "prod.identity-consent-audit-server"
      unauthenticated_borg_cell: "qr"
    }
    user {
      internal_use_only {
        scope: GAIA_USER
        gaia_user {
          user_id: 
        }
      }
    }
    originator {
      internal_use_only {
        scope: GAIA_USER
        gaia_user {
          user_id: 
        }
      }
    }
  }
  device_user_session_id: "INTV9ZKimM2dNA"
}
session_id {
  uuid {
    most_significant_uuid_bits: 8425538384137439217
    least_significant_uuid_bits: 9762534688325573142
  }
}
audit_recording_server_info {
  audit_recording_component {
    component_id: IDENTITY_CONSENT_AUDIT_SERVER
    server_details {
      build_label: "boq_identityconsentauditserver_20180704.00_p0"
      build_cl: 203282502
    }
  }
}
applied_mutations {
  timestamp: 1589137650340
  mutation_type: SOME_ENTITY_IDENTIFIERS_SCRUBBED_DURING_WIPEOUT
}
actor_identifiers {
  gaia_user {
    gaia_id: 
  }
  android_device {
    special_status: WIPED_OUT
  }
}
target_identifiers {
  gaia_user {
    gaia_id: 
  }
  android_device {
    special_status: WIPED_OUT
  }
}
index_fields {
  gaia_id: 
}
```

2018-Jul-09 06:09:08 L