Dear: The Honorable M. Hannah Lauch

RECEIVED
AUG 1 9 2020

From: Ohello Towanye Chatrie

I'm asking you and the court to terminate the speedy trial hearing for this case, If the court cannot fill this request, but the request can be full fill by other proper procedures, I'm asking to be pointed In that direction by this court If possible. When the speedy trial hearing was arranged last year for this case, It wasn't fully clear to me that this request was going to put a Limit on the time I have for pretrial, It was also not clear to me back then, that a Geofence search warrant and Data from Google was used to Injected ~~at the~~ me Into this case. Adequate time Is needed by my present counsels to carry out further Investigations for the facts about what truly happened with the Geofence warrant and Location history data from Google which is at challenge In this case. I'm also considering about hiring my own paid consels, to join In are take over this case from the present consels. For these reasons I'm asking this court to ~~terminate~~ terminate the speedy trial hearing are direct ~~me to~~ me to how I can get this request full filled If possible.

I'm also requesting this court to consider putting off are terminate any arrangement, If already made, for the motion to suppress hearing for this case. It Is evident to me that

the speedy trial hearing that was requested by me "through" consel and was granted by this court, has made the time limited for a accurate and proper Investigation and preperation for the pretrial/Motion to suppress hearing, by my consels, for this case. I'm asking this court to take into consideration the complications and facts about this case and the necessary time that is needed by my consels to prepare a accurate defense for it. I'm aware that what have transpired in the Investigation of this case, especially with what occured with the Geofence warrant, has never been done before. I also strongly believe that Google is purposefully trying to confuse this court about the true facts for the procedures, if there any, about how the Location history data was truly enabled. I'm assuming that this court is aware of Google past court challengeses and out come, for the Location history collection and storage, this company has been fined and even sued over the ways that they collect this data from thier users. I believe Google will, if not already, fabricate, tamper, hide and also change the true process, procedures and daumentations for the original way that started the collection and storage of the Location history data, they claim was generated from my android smart phone. And for these reasons and the fact that Google Is known for stealing and taking this data from thier users various devices, I will be seeking for charges to be press for the illegal collection and storage of the Location history data by Google, which is also of challenge in this case, a true Investigation is needed to be done inside the Internal Structure of Google for the truth about how it really collected this data.

3

I'm asking this court to consider these requests stated in this latter, If this court connot full fill these requests by this process but there Is/are appropriate procedures In which these requests can be made possible, then I'm asking this court to point me In that direction If It Is possible and capable for this court to do so. I know that If adequate time Is not given to me and my counsels to conduct proper researches and Investigation for what really occured In this case, the Investigation of It and the data used In It, then the result of the outcome of this entire case will not be fair are correct.