

The Honorable M. Hannah Lauck
The United States District Court
For the Eastern District of Virginia
701. E brood St, Richmond, VA
23219

Okello Chotrie
Pamunkey regional Jail
P.O Box 510
Hanover, VA, 23069

© USPS 2016

PAMUNKEY REGIONAL JAIL
HANOVER VA 23069
THIS JAIL IS NOT RESPONSIBLE FOR
THE CONTENTS OF THIS ARTICLE

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



FSC
MIX
Envelope
FSC® C137131