IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.                                            Criminal Action No. 3:19cr130

**OKELLO T. CHATRIE,**

    **Defendant.**

## ORDER

This matter comes before the Court on Defendant Okello T. Chatrie's *pro se* Motion to Terminate Speedy Trial Hearing, (the "Motion"). (ECF No. 149.) The Court observes that Chatrie has legal representation through Laura Jill Koenig, Michael William Price, and Paul Geoffrey Gill. Despite having the benefit of Counsel, it appears that Chatrie filed this Motion without Counsels' legal assistance. (ECF No. 149.)

Because Chatrie remains represented by counsel, the Court DENIES WITHOUT PREJUDICE Chatrie's *pro se* Motion to Terminate Speedy Trial Hearing. (ECF No. 149.)

The Court DIRECTS the Clerk to send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                     /s/
                                     M. Hannah Lauck
                                     United States District Judge
                                     M. Hannah Lauck
                                     United States District Judge

Date:
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge