# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States *Plaintiff* v. Okello Chatrie *Defendant* | ) ) ) Case No. 3:19cr130 ) ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Magistrate Bishop.

Date: 09/28/2020

Donald E. Jeffrey, III
*Attorney's signature*

Donald E. Jeffrey, III, Bar No. 34844
*Printed name and bar number*
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219

*Address*

oagcriminallitigation@oag.state.va.us
*E-mail address*

(804) 786-2071
*Telephone number*

(804) 371-0151
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify electronically the following CM/ECF participant and other counsel: Laura J. Koenig, Assistant Federal Public Defender, Laura_koenig@fd.org, and Michael Price, Fourth Amendment Center, mprice@nacdl.org.

_____/s/_____
Donald E. Jeffrey, III
Senior Assistant Attorney General
Virginia State Bar No. 34844
Counsel for Defendants
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Phone:  (804) 786-2071
Fax:     (804) 371-0151
oagcriminallitigation@oag.state.va.us