IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.     Criminal Action No. 3:19cr130

OKELLO T. CHATRIE,

Defendant.

## ORDER

This matter comes before the Court on Defendant Okello T. Chatrie's Motion to Suppress Evidence Obtained from the Geofence Warrant (the "Motion"). (ECF No. 29.)

Upon review of the Parties' briefing on the Motion, the Court ORDERS the Parties to appear, in person, for a hearing on the Motion on Tuesday, November 17, 2020, at 10:00 a.m. in Courtroom 6100 of the Spottswood W. Robinson III and Robert R. Merhige, Jr. United States Courthouse.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

/s/
M. Hannah Lauck
United States District Judge

Date: October 5, 2020
Richmond, Virginia