**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No. 3:19cr130** |
| | ) | |
| **OKELLO T. CHATRIE,** | ) | |
| **Defendant** | ) | |

### STIPULATION OF PARTIAL FACTS RELATING TO MAGISTRATE ISSUE

The parties stipulate to the following facts, which are a partial satisfaction of what the defense has sought in the outstanding subpoena *duces tecum* that the Court issued on July 24, 2020, regarding Magistrate David Bishop's educational and professional materials:

1. David Bishop graduated from Pensacola Christian College with a Bachelor's of Science in Criminal Justice in May 2016.

2. Karl Hade, Executive Secretary of the Supreme Court of Virginia, in consultation with the chief judges of the judicial circuits having jurisdiction within the Sixth Magisterial Region, and having found the statutory requirements for appointment to be satisfied, appointed David M. Bishop as a magistrate, effective June 12, 2018.

3. Mr. Bishop's nine month probationary period pursuant to Va. Code § 19.2-38 began to run on June 12, 2018, and ended on or about March 12, 2019. Mr. Bishop actually began his employment as a magistrate on June 25, 2018. Mr. Bishop began his certification school on July 9, 2018. The Commonwealth of Virginia's Office of Executive Secretary appointed David Bishop as a certified Magistrate of Virginia on October 24, 2018, concluding that he had fulfilled the requirements of the Code of Virginia. Mr. Bishop was released for independent service on October 24, 2018, meaning he could independently

1

issue service of process but remained and remains under the supervision of the Chief Magistrate of the district.

3. Mr. Bishop's formal training period as a new magistrate ended on October 24, 2018.

<div style="columns:2">

Respectfully submitted,
OKELLO T. CHATRIE

By: _____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

Michael W. Price
NY Bar No. 4771697 (pro hac vice)
Counsel for Defendant
Nat'l Assoc. of Crim. Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615
Fax (202) 872-8690
mprice@nacdl.org

Paul G. Gill
Va. Bar No. 31461
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0870
Fax (804) 648-5033
paul_gill@fd.org

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

_____/s/_____
Kenneth R. Simon, Jr.
Peter S. Duffey
Assistant United States Attorneys
Eastern District of Virginia
United States Attorney's Office
919 E. Main St, Suite 1900
Richmond, VA 23219
(804) 819-5400
Fax: (804) 771-2316
Email: Kenneth.Simon2@usdoj.gov

Nathan Judish
Senior Counsel
Computer Crime and Intellectual Property Section
Criminal Division
United States Department of Justice

</div>