# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OKELLO T. CHATRIE,<br><br>*Defendant*. | Case No. 3:19-cr-00130-MHL |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PRESENT REMOTE TESTIMONY

Having considered the motion of Google LLC for leave to present the testimony of two Google employees, Marlo McGriff and Sarah Rodriguez, at the November 17, 2020 suppression hearing remotely, via two-way videoconference, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**.

Google shall coordinate with the Courtroom Deputy Clerk to arrange the logistics of the remote testimony of Mr. McGriff and Ms. Rodriguez.

_____
The Honorable M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: _____