IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| **UNITED STATES OF AMERICA** | ) |  |
|---|---|---|
|  | ) |  |
|  | ) | **Case No. 3:19cr130** |
|  | ) |  |
| **OKELLO T. CHATRIE,** | ) |  |
| **Defendant** | ) |  |

## WITNESS LIST

Okello Chatrie, through counsel, submits the following witnesses for the November 17, 2020, hearing on the geofence motion to suppress. Mr. Chatrie reserves the right to supplement this list as needed.

|   | **Witness** |
|---|---|
| 1 | Spencer McInvaille—Expert Witness |
| 2 | Marlo McGriff—Google |
| 3 | Sarah Rodriguez—Google |
| 4 | Lee Hush—Investigator, Office of the Federal Public Defender |

Respectfully submitted,

OKELLO T. CHATRIE

By:   _____/s/_____
Michael W. Price
NY Bar No. 4771697 (*pro hac vice*)
Counsel for Defendant
National Association of Criminal Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615

Fax (202) 872-8690
mprice@nacdl.org

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org