IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| | )    Case No. 3:19cr130 |
| | ) |
| OKELLO T. CHATRIE, | ) |
| Defendant | ) |

## EXHIBIT LIST

Okello Chatrie, through counsel, submits the following witnesses for the November 17, 2020, hearing on the geofence motion to suppress. This list is in addition to the exhibits that the government has already identified and materials that are already a part of the record in this case. Mr. Chatrie reserves the right to supplement this list as needed.

| Exhibit | Description |
| --- | --- |
| 1 | 19 Paths Video |
| 2 | Second Location History Opt-In Video |
| 3 | Federal Search Warrant Application and Attachments |
| 4 | April 2019 State Search Warrant |
| 5 | June 2018 Oracle Submission |
| 6 | September 2018 Oracle Submission |
| 7 | December 2018 Oracle Submission |
| 8 | Samsung Galaxy S9 Set Up Guide Video |
| 9 | New York Times Article |
| 10 | PDF of Raw Data (Exhibit A to Doc. 68) [SEALED] |
| 11 | Activation Video |

| 12 | Filings in *Arizona v. Google*, CV 2020-6219 |
|---|---|

                                Respectfully submitted,

                                OKELLO T. CHATRIE

By:            /s/           
Michael W. Price
NY Bar No. 4771697 (*pro hac vice*)
Counsel for Defendant
National Association of Criminal Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615
Fax (202) 872-8690
mprice@nacdl.org

                             /s/           
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org