**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **Case No. 3:19cr130** |
| | ) | |
| **OKELLO T. CHATRIE,** | ) | |
| **Defendant** | ) | |

**JOINT STATEMENT ON POTENTIAL GOOGLE OBJECTIONS**

Okello Chatrie, through counsel, has now conferred twice with counsel for the government and counsel for Google regarding counsel for Google's reservation in ECF No. 167 regarding potential attorney-client privilege objections.  The parties and Google submit the following joint statement:

1. Based on defense counsel's representations that they intend to question Mr. McGriff and Ms. Rodriguez about the topics in the Google employees' previously filed declarations and the unredacted portions of the publicly available documents identified as defense exhibits submitted in ECF No. 165, counsel for Google represent that Google does not anticipate asserting any objections based on attorney-client privilege in regard to those topics.

2. Counsel for Google further do not intend to request the ability to consult with their clients during their clients' testimony.  Thus, the Google employees will be able to comply with the standard sequestration order for all witnesses, which would bar all witnesses—except for the parties' designated advisory witnesses—from listening to any other witness's testimony and from discussing their testimony with any other individual until the conclusion of the evidence.

Respectfully submitted,

OKELLO T. CHATRIE

By:    _____/s/_____

Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

Michael W. Price
NY Bar No. 4771697 (pro hac vice)
Counsel for Defendant
Nat'l Assoc. of Crim. Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615
Fax (202) 872-8690
mprice@nacdl.org

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

_____/s/_____

Kenneth R. Simon, Jr.
Peter S. Duffey
Assistant United States Attorneys
Eastern District of Virginia
United States Attorney's Office
919 E. Main St, Suite 1900
Richmond, VA 23219
(804) 819-5400
Fax: (804) 771-2316
Email: Kenneth.Simon2@usdoj.gov

Nathan Judish
Senior Counsel
Computer Crime and Intellectual Property
Section
Criminal Division
United States Department of Justice

AMICUS GOOGLE LLC

_____/s/_____
Brittany Amadi (Va. Bar No. 80078)
Catherine M.A. Carroll (Va. Bar. No. 50939; pro hac vice)
Alex Hemmer (pro hac vice)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
brittany.amadi@wilmerhale.com
catherine.carroll@wilmerhale.com
alex.hemmer@wilmerhale.com