IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal Action No. 3:19cr130

OKELLO T. CHATRIE,

    Defendant.

### ORDER

This matter comes before the Court on Defendant Okello T. Chatrie's Motion to Continue the November 17, 2020 Hearing (the "Motion"). (ECF No. 168.)

Upon review of the Parties' briefing on Chatrie's Motion to Suppress Evidence Obtained from the Geofence Warrant, the Court GRANTS the Motion, (ECF No. 168), and ORDERS the Parties to appear, in person, for a hearing on the Motion to Suppress Evidence on Thursday, March 4, 2021, at 9:30 a.m. in Courtroom 6100 of the Spottswood W. Robinson III and Robert R. Merhige, Jr. United States Courthouse.

It is SO ORDERED.

                                              /s/
                                      M. Hannah Lauck
                                      United States District Judge
                                         M. Hannah Lauck
                                         United States District Judge

Date: 12-18-20
Richmond, Virginia