WILMERHALE

January 8, 2021

**Brittany Amadi**

+1 202 663 6022 (t)
+1 202 663 6363 (f)
brittany.amadi@wilmerhale.com

**Via ECF**

Hon. M. Hannah Lauck
United States District Court for the Eastern District of Virginia
Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

Re:  USA v. Chatrie, 3:19-cr-130-MHL

Dear Hon. Lauck:

I write to notify the Court that Alex Hemmer, admitted to this Court pro hac vice, hereby withdraws his appearance for amicus curiae Google LLC in this matter. Google will continue to be represented by all other counsel who have entered appearances on its behalf.

Respectfully submitted,

 s/ Brittany Amadi

Brittany Amadi

BA:cjg

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington