UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OKELLO T. CHATRIE,<br><br>*Defendant.* | Case No. 3:19-cr-00130-MHL |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, pursuant to Local Rule 57.4(G), respectfully moves this Court to withdraw Alex Hemmer as counsel in the above-captioned matter. In support of this motion, counsel states the following:

1. Alex Hemmer was admitted to this Court pro hac vice to represent Google LLC as amicus curiae in the above-captioned matter.

2. Mr. Hemmer is no longer employed by Wilmer Cutler Pickering Hale and Dorr LLP.

3. Google LLC has received notice of Mr. Hemmer's departure from the firm.

4. Google LLC will continue to be represented by all other counsel who have entered appearances on its behalf.

5. Undersigned counsel believes this withdrawal will be without prejudice to Google LLC.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that this Court withdraw Alex Hemmer as counsel. A proposed order is attached.

Dated: January 14, 2021

Respectfully submitted,

/s/ Brittany Amadi
Brittany Amadi (Va. Bar No. 80078)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Tel:  (202) 663-6000
Fax:  (202) 663-6363
brittany.amadi@wilmerhale.com

*Counsel for Amicus Google LLC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 14th day of January 2021, a true and correct copy of the foregoing Motion to Withdraw as Counsel was electronically served on the parties in this case via the Court's CM/ECF system.

/s/ Brittany Amadi
Brittany Amadi