**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:19-cr-00130-MHL |
| OKELLO T. CHATRIE, | |
| *Defendant.* | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Having considered the motion for leave to withdraw Alex Hemmer as counsel, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**.

_____
The Honorable M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: _____