**WILMERHALE**

January 14, 2021

**Brittany Amadi**

+1 202 663 6022 (t)
+1 202 663 6363 (f)
brittany.amadi@wilmerhale.com

**Via ECF**

Hon. M. Hannah Lauck
United States District Court for the Eastern District of Virginia
Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

Re:  USA v. Chatrie, No. 3:19-cr-130-MHL

Dear Judge Lauck:

I write to notify the Court that Catherine M.A. Carroll (Virginia Bar No. 50939) was sworn in and admitted to the United States District Court for the Eastern District of Virginia on January 8, 2021. Ms. Carroll serves as counsel to Google LLC in the above-captioned matter, having previously been admitted to appear in this matter *pro hac vice*.

Respectfully submitted,

/s/ Brittany Amadi
Brittany Amadi
*Counsel for Amicus Google LLC*