UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>OKELLO T. CHATRIE,<br><br>    *Defendant*. | Case No. 3:19-cr-00130-MHL |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Having considered the motion for leave to withdraw Alex Hemmer as counsel, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**.

/s/ M. Hannah Lauck
_____
The Honorable M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: Jan. 19, 2021