IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:19-CR-130-MHL |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon Motion of the United States of America, by and through attorneys, Raj Parekh, Acting United States Attorney for the Eastern District of Virginia, Kenneth R. Simon, Jr., and Peter S. Duffey, Assistant United States Attorneys, for an Order directing that the defendant make expert disclosures as well as a full rundown of exhibit 12 on or before February 5, 2021, and for good cause shown, the Court **GRANTS** the United States' motion.  Accordingly, the defendant must make expert disclosures and disclose the contents of exhibit 12 on or before February 5, 2021.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel of record for all parties.

It is so **ORDERED**.

_____
The Honorable M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: _____