IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                                                    Criminal No. 3:19cr130

OKELLO T. CHATRIE,

          Defendant.

## ORDER

This matter comes before the Court on the United States' Motion to Compel Disclosure of Expert Report and Exhibit 12 (the "Motion"). (ECF No. 175.) On January 25, 2021, the United States filed the Motion. (*Id.*) Defendant Okello T. Chatrie has not responded to the Motion and the time to do so has not expired. In the Motion, the United States requests that the Court compel discovery from Chatrie by February 5, 2021, in advance of the Motion to Suppress hearing currently scheduled for March 4, 2021. (Mot. 1, ECF No. 175.)

The Court ORDERS Chatrie to respond to the Motion no later than Thursday, February 4, 2021, at noon. The Parties SHALL be advised of their duties under Eastern District of Virginia Local Rule 37(H) "to meet and confer in good faith in an effort to narrow the areas of disagreement concerning discovery." E.D. Va. Loc. R. 37(H). The Parties SHALL appear via teleconference on Thursday, February 4, 2021, at 2:00 p.m. for a status conference in this matter.

It is SO ORDERED.

_____/s/_____
M. Hannah Lauck
United States District Judge

Date: 02/03/21
Richmond, Virginia