IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:19cr130

OKELLO T. CHATRIE,

Defendant.

## ORDER

This matter comes before the Court on the United States' Motion to Compel Disclosure of Expert Report and Exhibit 12 (the "Motion to Compel"). (ECF No. 175.) On February 4, 2021, the Court held a status conference in this matter over Zoom. For the reasons stated from the Bench, the Court denies as moot the Motion to Compel. (ECF No. 175.)

The Court ORDERS that the Parties submit expert reports no later than February 16, 2021. The Parties SHALL file any arguments as to an extension to the February 16, 2021, deadline no later than February 12, 2021. On February 25, 2021, the Parties SHALL file their updated witness and exhibit lists and provide the Court with two courtesy copies of the exhibits, should they conform to paper copies.

It is SO ORDERED.

/s/ MHL
M. Hannah Lauck
United States District Judge

Date: 2/4/2021
Richmond, Virginia