CRIMINAL PROCEEDINGS  —  U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: _Lauck_   DOCKET NO. _319 cr 130_

REPORTER: _Diane Daforon_   DATE: _2/4/21_

UNITED STATES OF AMERICA    _via ZOOM_    COUNSEL

v.

1. _Okello Chatrie_        1. _Laura Koenig_

2. _(not present)_         2. _Paul Gill_

3. _w/ approval / agreement_   3. _____

4. _____        4. _Google: Catherine Carroll_

APPEARANCES:  GOVERNMENT _Kenneth Simon & Nathan Judish_ ( )

DEFENDANT WITH COUNSEL ( )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( ✓ )  WAIVER OF APPEARANCE FILED ( )

BAIL STATUS:  DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

TYPE OF
PROCEEDINGS:  ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA ( )  MOTIONS ( )
OTHER: _Status Conference_ ( ✓ )

PRELIMINARY
PROCEEDINGS:  WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

### ARRAIGNMENT PROCEEDINGS:

|   | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 |   |   |   |   |   |   |   |   |
| 2 |   |   |   |   |   |   |   |   |
| 3 |   |   |   |   |   |   |   |   |

GUILTY PLEA
PROCEEDINGS:  DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) ____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( )  NO PLEA AGREEMENT ( )
STATEMENT OF FACTS FILED ( )   USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _ ( )
COURT ACCEPTED PLEA ( )  GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT:  DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )
PRESENTENCE REPORT ORDERED ( )  P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

BOND HEARING
PROCEEDINGS:  DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED ( xx )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

OTHER PROCEEDINGS:  _Parties plan to go forward w/ in person_
_testimony for Motion hearing._
_Parties to touch base in the next_
_week and to see if things are still in_
_line_

CASE CONTINUED TO:  _____ AT _____ .M. FOR _____

CASE SET: _2:00_   BEGAN: _2:10_   ENDED: _2:50_   TIME IN COURT: _.30_