# WILMERHALE

**Catherine Carroll**

+1 202 663 6072 (t)
+1 202 663 6363 (f)
catherine.carroll@wilmerhale.com

February 11, 2021

**By CM/ECF**

Hon. M. Hannah Lauck
United States District Court for the Eastern District of Virginia
Spottswood W. Robinson III & Robert R. Merhige, Jr. Federal Courthouse
701 East Broad Street
Richmond, VA 23219

Re:  *United States v. Chatrie*, No. 19-cr-130

Dear Judge Lauck:

I write to further update the Court regarding the availability of Google's witnesses to appear in person at the March 4, 2021 suppression hearing. Barring significant unforeseen developments, Google's witnesses are available to testify at the hearing in person. If additional local or statewide travel restrictions are imposed, or if circumstances change such that travel becomes significantly less safe, Google will promptly alert the Court and the parties.

Respectfully submitted,

*/s/ Catherine Carroll*
Catherine Carroll

*Counsel for Amicus Google LLC*

CC:  Counsel of record (by CM/ECF)