IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.  Criminal No. 3:19cr130

**OKELLO T. CHATRIE,**

      **Defendant.**

### ORDER

This matter comes before the Court *sua sponte*. On February 19, 2021, Counsel for Defendant Okello T. Chatrie informed the Court and all Parties of record via email that Chatrie experienced medical difficulties which will be ongoing after the February 17, 2021 diagnosis. In light of the quickly approaching hearing on the pending Motion to Suppress Evidence Obtained from Chatrie's Google Accounts, (ECF No. 20), Counsel for Chatrie SHALL file on February 25, 2021, a status update regarding Chatrie's ability to personally appear at the hearing currently scheduled for March 4–5, 2021. On February 26, 2021, at 1:30 p.m., the Parties SHALL appear before the Court, via video teleconference, for a status conference.

The Court DIRECTS the Clerk to send this Order to all counsel of record, as well as counsel for Google, LLC.

It is SO ORDERED.

                                                                   /s/
                                          M. Hannah Lauck
                                          United States District Judge

Date: February 22, 2021
Richmond, Virginia