IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 3:19-CR-130-MHL |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 1 | FBI Special Agent Jeremy D'Errico Cellular Analysis Survey Team Powerpoint Presentation |
| 2 | GeoFence Warrant (ECF No. 54-1) |
| 3 | March 11, 2020 Declaration of Google Location History Product Manager Marlo McGriff (ECF No. 96-1) |
| 3a | March 11, 2020 Declaration of Google Team Lead for Legal Investigations Support (LIS) Sarah Rodriguez (ECF No. 96-2) |
| 3b | June 17, 2020 Supplemental Declaration of Google Location History Product Manager Marlo McGriff (ECF No. 110-1) |
| 3c | August 7, 2020 Third Declaration of Google Location History Product Manager Marlo McGriff and Attachments (ECF Nos. 147, 147-1, and 147-2) |
| 4 | FBI Task Force Office Joshua Hylton Emails with Google Legal Investigations Team |
| 5 | Google Privacy Policy |
| 5a | Google Terms of Service |

Respectfully submitted,

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
Kenneth R. Simon, Jr.
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone 804-819-5400
FAX 804-771-2316
Email: Kenneth.Simon2@usdoj.gov