IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:19cr130 |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| Defendant | ) | |

**DEFENDANT'S RESPONSE TO ECF NO. 185 REGARDING DEFENDANT'S STATUS**

COMES NOW the defendant, Okello Chatrie, by counsel, and states the following in response to this Court's order entered February 22, 2021, generating ECF No. 185.

Mr. Chatrie began feeling ill on February 9, 2021, felt worse on February 10, 2021, and reported his condition to the office of undersigned counsel on February 11, 2021. Defense counsel reported his symptoms to the Marshals and to the jail's medical staff immediately on February 11. He was given, at his request, a PCR test for COVID-19 on February 12.

The results for the PCR test came back positive on February 17. Mr. Chatrie was moved to the quarantine unit at Pamunkey Regional Jail that same day. He notified defense counsel of those facts the evening of February 19. Counsel contacted the United States Marshal Service that evening as well, and confirmed his positive test and improving condition with the Marshals. By the evening of February 18, Mr. Chatrie reported feeling much better, and sounded well, when he conversed with counsel. His only symptom related to COVID-19 as of the evening of February 18 was a loss of smell. Most recently, counsel spoke with Mr. Chatrie the evening of February 23, at which time he reported he felt good, and had no symptoms of illness at all.

The latest CDC guidelines (https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/end-home-isolation.html) issued February 11, 2021, indicate that Mr. Chatrie was safe to be

1

around others as early as the weekend of February 20 to 21.  More specifically, the guideline reads as follows:

*I think or know I had COVID-19, and I had symptoms*

You can be around others after:

- 10 days since symptoms first appeared **and**
- 24 hours with no fever without the use of fever-reducing medications **and**
- Other symptoms of COVID-19 are improving*

*Loss of taste and smell may persist for weeks or months after recovery and need not delay the end of isolation*

Mr. Chatrie has not had a fever for several days, or much more than 24 hours.  Likewise, by the time of the hearing scheduled for March 4 and 5, Mr. Chatrie will have gone 23 days since his first symptoms appeared, and two weeks without any symptoms.

In short, there is no health condition or concern that should affect Mr. Chatrie's ability to personally appear for the hearing scheduled on March 4 to 5.  He will have KN95 masks from counsel available to wear during the hearing, and there should be no need for him to take his mask off during the hearing.

                                                  Respectfully submitted,

                                                  OKELLO T. CHATRIE

By:    _____/s/_____
          Michael W. Price
          NY Bar No. 4771697 (pro hac vice)
          Counsel for Defendant
          National Association of Criminal Defense Lawyers
          Fourth Amendment Center
          1660 L St. NW, 12th Floor
          Washington, D.C. 20036
          Ph. (202) 465-7615
          Fax (202) 872-8690
          mprice@nacdl.org

                     _____/s/_____

Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

Paul Geoffrey Gill
VSB No. 31461
Counsel for Defendant
Office of the Federal Public Defender
701 E. Broad Street, Suite 3600
Richmond VA  23219-1884
Ph. (804) 565-0870
Fax (804) 648-5033
Paul_gill@fd.org