IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
|  | ) | Case No. 3:19cr130 |
|  | ) |  |
| OKELLO T. CHATRIE, | ) |  |
| Defendant | ) |  |

# EXHIBIT LIST

Okello Chatrie, through counsel, submits the following witnesses for the March 4 and 5, 2021, hearing on the geofence motion to suppress. This list is in addition to the exhibits that the government has already identified. Mr. Chatrie reserves the right to supplement this list as needed.

| Exhibit | Description |
|---|---|
| 1 | Geofence Warrant and Application |
| 2 | Google Amicus Curiae Brief |
| 3 | PDF of Raw Data (Same as Exhibit A to Doc. 68) [SEALED] |
| 4 | Second Location History Opt-In Video |
| 5 | Three Paths Video |
| 6 | Spencer McInvaille Report |
| 7 | Spencer McInvaille Supplemental Report |
| 8 | CSV Google Data File |
| 9 | Unique in Crowd Study |
| 10 | June 2018 Oracle Submission |
| 11 | September 2018 Oracle Submission |
| 12 | December 2018 Oracle Submission |

1

| | |
|---|---|
| 13 | ACCC – Preliminary Report |
| 14 | First Step 2 Request to Google |
| 15 | Second Step 2 Request to Google |
| 16 | Third Step 2 Request to Google |
| 17 | Step 3 Request to Google |
| 18 | Federal Search Warrant Application and Attachments |
| 19 | State Search Warrants and Attachments |
| 20 | Oleson Google Maps Report |
| 21 | McGriff Declaration 1 |
| 22 | McGriff Declaration 2 |
| 23 | McGriff Declaration 3 |
| 24 | Rodriguez Declaration |
| 25 | In re Google LH – Initial Complaint |
| 26 | In re Google LH – Amended Complaint |
| 27 | Every Step You Take |
| 28 | AZ v. Google Complaint |
| 29 | AZ v. Google - Google's Notice of Filing Public Docs |
| 30 | AZ Ex. 18 |
| 31 | AZ Ex. 19 |
| 32 | AZ Ex. 20 |
| 33 | AZ Ex. 24 |
| 34 | AZ Ex. 202 |
| 35 | AZ Ex. 207 |

| 36 | AZ Ex. 209 |
|---|---|
| 37 | AZ Ex. 215 |
| 38 | AZ Ex. 219 |
| 39 | AZ Ex. 224 |
| 40 | AZ Ex. 236 |
| 41 | AZ Ex. 260 |
| 42 | Current Privacy Policy |
| 43 | 2018 Privacy Policy – Redline |
| 44 | January 2019 Privacy Policy – Redline |
| 45 | October 2019 Privacy Policy – Redline |
| 46 | McGriff Blog 1 |
| 47 | McGriff Blog 2 |
| 48 | 2018 Quartz Article |
| 49 | 2018 AP Article 1 |
| 50 | 2018 AP Article 2 |
| 51 | 2019 NYT Article |
| 52 | Washington Post Article |
| 53 | Blumenthal-Markey Letter to FTC |
| 54 | House Letter |
| 55 | Android Tweet |
| 56 | France – CNIL Decision |
| 57 | BBC Article |
| 58 | Ireland – DPC Press Release |

| 59 | Sweden – Request for Reply and Further Clarification |
| 60 | NLTimes Article |
| 61 | ACCC v. Google Australia – Concise Statement |

Respectfully submitted,

OKELLO T. CHATRIE

By: _____/s/_____
Michael W. Price
NY Bar No. 4771697 (*pro hac vice*)
Counsel for Defendant
National Association of Criminal Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615
Fax (202) 872-8690
mprice@nacdl.org

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org