IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | Case No. 3:19cr130 |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| Defendant | ) | |

## WITNESS LIST

Okello Chatrie, through counsel, submits the following witnesses for the March 4 and 5, 2021, hearing on the geofence motion to suppress. Mr. Chatrie reserves the right to supplement this list as needed.

| | Witness |
| --- | --- |
| 1 | Spencer McInvaille—Expert Witness |
| 2 | Marlo McGriff—Google |
| 3 | Sarah Rodriguez—Google |
| 4 | Lee Hush—Investigator, Office of the Federal Public Defender |

Respectfully submitted,

OKELLO T. CHATRIE

By: _____/s/_____
Michael W. Price
NY Bar No. 4771697 (*pro hac vice*)
Counsel for Defendant
National Association of Criminal Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615

Fax (202) 872-8690
mprice@nacdl.org

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org