IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:19cr130

OKELLO T. CHATRIE,

Defendant.

### ORDER

This matter comes before the Court *sua sponte*. On February 25, 2021, the Court held a status conference in this matter over Zoom. For the reasons stated from the Bench, the Court ORDERS the Parties to file no later than Friday, February 26, 2021, at 1:00 p.m., their positions on COVID-19 protocol and procedures required by applicable governmental and health agencies for an in-person hearing on March 4, 2021. The Parties SHALL appear before the Court via video teleconference for a status conference in this matter on Friday, February 26, 2021, at 4:30 p.m.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 2/26/2021
Richmond, Virginia