**WILMERHALE**

**Catherine Carroll**

+1 202 663 6072 (t)
+1 202 663 6363 (f)
catherine.carroll@wilmerhale.com

February 26, 2021

**By CM/ECF**

Hon. M. Hannah Lauck
United States District Court for the Eastern District of Virginia
Spottswood W. Robinson III & Robert R. Merhige, Jr. Federal Courthouse
701 East Broad Street
Richmond, VA 23219

    Re:  *United States v. Chatrie*, No. 19-cr-130

Dear Judge Lauck:

    After consulting the Centers for Disease Control's COVID-19 guidelines and relevant travel restrictions and conferring with Google's witnesses, we have concluded that we see no need for Mr. Chatrie to undergo an additional COVID-19 test prior to the March 4, 2021 hearing, assuming that all attendees at the March 4 hearing will be wearing masks and adhering to the Court's social distancing protocols.

                           Respectfully submitted,

                           */s/ Catherine Carroll*
                           Catherine Carroll

                           *Counsel for Amicus Google LLC*

CC:  Counsel of record (by CM/ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington