IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:19-CR-130-MHL |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' POSITION ON PRESENCE OF DEFENDANT AT SUPPRESSION HEARING**

Following the Court's hearing yesterday, the United States counsulted both the relevant CDC guidelines about the approach taken for adults who have recovered from a COVID-19 diagnosis as well as the United States Marshals Service regarding the policies of Pamunkey Regional Jail. In keeping with CDC guidelines, should the defendant experience symptoms consistent with COVID-19 that are not otherwise explainable, he will be tested by Pamunkey Regional Jail. The United States does not believe that a Court mandated test prior to the hearing is necessary and does not oppose the defendant's presence in the courtroom for the suppression hearing.

      Respectfully submitted,

      RAJ PAREKH
      ACTING UNITED STATES ATTORNEY

By:      /s/
      Kenneth R. Simon, Jr.
      Peter S. Duffey
      Assistant United States Attorneys
      Eastern District of Virginia
      United States Attorney's Office
      919 E. Main Street, Suite 1900
      Richmond, VA 23219

(804) 819-5400
Fax: (804) 771-2316
Email: Kenneth.Simon2@usdoj.gov

Nathan Judish
Senior Counsel, Computer Crime and
Intellectual Property Section
Criminal Division
United States Department of Justice