IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:19cr130 |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| Defendant | ) | |

**DEFENDANT'S RESPONSE TO ECF NO. 191 REGARDING
COVID-19 PROTCOL AND PROCEDURES FOR MARCH 4 HEARING**

COMES NOW the defendant, Okello Chatrie, by counsel, and states the following in response to this Court's order entered February 26, 2021, generating ECF No. 191.

The relevant CDC protocols neither call for another COVID-19 test of Mr. Chatrie, nor turn on whether Mr. Chatrie were to still test positive before the hearing on March 4 to 5. As noted on February 26, the latest CDC guideline specifically advises that the chronology of Mr. Chatrie's symptoms mean that he "can be around others" even earlier than the hearing scheduled for March 4 to 5, because it will by then have been much more than 10 days since his first symptoms, and much more than 24 hours since any fever. *See* Doc. 188 at 1-2, quoting CDC guideline found at https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/end-home-isolation.html

That guideline is not dependent on testing. Indeed, in its summary of data-driven recommendations for duration of isolation, updated as of February 13, 2021, the CDC notes:

> Accumulating evidence supports ending isolation and precautions for adults with laboratory-confirmed COVID-19 using *a symptom-based strategy*. This update incorporates recent evidence to inform the duration of isolation and precautions recommended to prevent transmission of SARS-CoV-2 to others, while *limiting unnecessary prolonged isolation and unnecessary use of laboratory testing resources*.

https://www.cdc.gov/coronavirus/2019-ncov/hcp/duration-isolation.html    (visited    today) (emphasis added); *see also id.* Item 3 of Summary of Key Findings ("In a large contact tracing

1

study, no contacts at high risk of exposure developed infection if their exposure to a case patient started 6 days or more after the case patient's infection onset.").

Thus, the result of testing a person long past being symptomatic is not relevant to whether he can be around others who are not infected. Per the CDC, testing again Mr. Chatrie (or, indeed, any defendant on materially identical facts), is therefore an unnecessary use of laboratory testing resources. This appears to be consistent with the just filed positions of the United States and Google.

As previously noted, defense counsel will provide Mr. Chatrie with KN95 masks to weaer during the hearing. All those in the courtroom will also be bound by the mask and social distancing practices required of courthouse occupants.

              Respectfully submitted,

              OKELLO T. CHATRIE

By:       /s/
              Michael W. Price
              NY Bar No. 4771697 (pro hac vice)
              Counsel for Defendant
              National Association of Criminal Defense Lawyers
              Fourth Amendment Center
              1660 L St. NW, 12th Floor
              Washington, D.C. 20036
              Ph. (202) 465-7615
              Fax (202) 872-8690
              mprice@nacdl.org


                /s/
              Laura Koenig
              Va. Bar No. 86840
              Counsel for Defendant
              Office of the Federal Public Defender
              701 E Broad Street, Suite 3600
              Richmond, VA 23219-1884
              Ph. (804) 565-0881
              Fax (804) 648-5033
              laura_koenig@fd.org

                              /s/
Paul Geoffrey Gill
VSB No. 31461
Counsel for Defendant
Office of the Federal Public Defender
701 E. Broad Street, Suite 3600
Richmond VA  23219-1884
Ph. (804) 565-0870
Fax (804) 648-5033
Paul_gill@fd.org