CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Lauck
REPORTER: Diane Daffron
DOCKET NO. 3:19cr130
DATE: 3/5/21

UNITED STATES OF AMERICA
v.

1. Okello Chatrie
2. 
3. 
4. 

COUNSEL
1. Laura Koenig
2. Michael Price
3. Paul Gill
4. 

**APPEARANCES:** GOVERNMENT Kenneth Simon, Peter Duffey, + Nathan Judish
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA ( )   MOTIONS ( ✓ )
OTHER: Motion to Suppress Google info. ( ✓ )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**ARRAIGNMENT PROCEEDINGS:**

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |

**GUILTY PLEA PROCEEDINGS:**
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) ____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) ____ ( )
PLEA BARGAIN AGREEMENT FILED ( )   NO PLEA AGREEMENT ( )
STATEMENT OF FACTS FILED ( )   USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) ___ ( )
COURT ACCEPTED PLEA ( )   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT:   DEFENDANT GUILTY AS CHARGED IN COUNT(S) ____ ( )
PRESENTENCE REPORT ORDERED ( )   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

**BOND HEARING PROCEEDINGS:**
DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED ( xx )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

**OTHER PROCEEDINGS:** Defendant adduced evidence

**CASE CONTINUED TO:** 3/5 AT 9:00 ✓ .M. FOR Motion to Suppress
CASE SET: 9:30   BEGAN: 9:30   ENDED: 4:54   TIME IN COURT: 7:11
Recess — 11:06 – 11:21 — 2:37 – 2:57   lunch — 12:35 – 1:15

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

UNITED STATES OF AMERICA

v.

Okello Chatrie

**EXHIBIT AND WITNESS LIST**

Case Number: 3:19cr130

| PRESIDING JUDGE Lauck | PLAINTIFF'S ATTORNEY Peter Duffey, Kenneth Simon, Nathan Judish | DEFENDANT'S ATTORNEY Laura Koenig, Michael Price, Paul Gill |
|---|---|---|
| | COURT REPORTER Diane Daffron | COURTROOM DEPUTY Kathy Hancock |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 3/4 | | | Spencer McInvaille (defense expert) |
| | ✓ | | ✓ | ✓ | Dft's Ex. 1 Geofence Warrant |
| | ✓ | | ✓ | ✓ | Govt. Ex. 1 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 3 (under seal) |
| | ✓ | | ✓ | ✓ | Dft's Ex. 21 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 9 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 5 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 23 - Third Declaration |
| | ✓ | | ✓ | ✓ | Dft's Ex. 6 Case analysis |
| | ✓ | | ✓ | ✓ | Dft's Ex. 7 Supplemental Rpt |
| | ✓ | | ✓ | ✓ | Dft's Ex. 48 - Obj. overruled expert'd only |
| | ✓ | | | ✓ | Dft's Ex. 10 (withdrawn) |
| | ✓ | | ✓ | ✓ | Dft's Ex. 11 (admitted for expert only) |
| | ✓ | | ✓ | ✓ | Dft's Ex. 27 "Every Step You Take" |
| | ✓ | | ✓ | ✓ | Dft's Ex. 8 (under seal) |
| ✓ | | | | | CROSS |
| ✓ | | | ✓ | ✓ | Dft's Ex. 21 |
| ✓ | | | ✓ | ✓ | Dft's Ex. 3 (under seal) |
| ✓ | | | ✓ | ✓ | Govt. Ex. 1 |
| ✓ | | | ✓ | ✓ | Dft's Ex. 7 |
| ✓ | | | ✓ | ✓ | Dft's Ex. 27 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of

US vs. Okello Chatrie    CASE NO. 3;19cr130

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 3/4 | ✓ | ✓ | Dft's Ex. 8 (under seal) Redirect |
| | ✓ | | ✓ | ✓ | Dft's Ex. 3 (under seal) |
| | ✓ | | | ✓ | Dft's Ex. 24 (Declaration of Sarah Rodriguez) |
| | ✓ | | ✓ | ✓ | Dft's Ex. 23 pg 3 |
| | ✓ | | | | Marlo Grif - Google |
| | ✓ | | ✓ | ✓ | Dft's Ex. 21 |
| | ✓ | | ✓ | — | Dft's Ex. 2 |
| | ✓ | | | | Dft's Ex. 55 - Demonstrative |
| | ✓ | | ✓ | ✓ | Dft's Ex. Blog Posts |
| | ✓ | | ✓ | — | Dft's Ex. 46 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 48 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 49 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 38 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 53 limited purpose |
| | ✓ | | ✓ | | Dft's Ex. 26 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 36 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 40 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 32 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 33 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 34 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 30 admit bates 1266 up to 1271 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 31 bates # 1292 |
| | ✓ | | | | Dft's Ex. 43 |
| | ✓ | | | ✓ ✓ | Dft's Ex. 7 |
| | ✓ | | | | Dft's Ex. 41 |
| | ✓ | | ✓ | | Dft's Ex. 17 |
| | ✓ | | ✓ ✓ | | Dft's Ex. 41 |
| | ✓ | | | | Dft's Ex. 43 |

Page 2 of 3 Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

US vs. Chatrie  CASE NO. 3:19cr130

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 3/4 | | | Marlo Grif - Google cont'd |
| | ✓ | | ✓ | ✓ | 41 Dft's Ex |
| | ✓ | | ✓ | ✓ | Dft's Ex. 43 a |
| | ✓ | | ✓ | ✓ | Dft's Ex 44 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 51 - limited purpose not for truth |
| | ✓ | | ✓ | ✓ | Dft's Ex 37 - limited purpose may be redacted or removed from record |
| | ✓ | | ✓ | ✓ | Dft's Ex. 54 - overruled proported relevance established in greater context later |
| | ✓ | | ✓ | ✓ | Dft's Ex. 45 |
| | ✓ | | ✓ | ✓ | Dft's Ex. 47 |

Page 3 of 3 Pages