CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Lauck
REPORTER: Diane Safron
DOCKET NO. 3:19cr130
DATE: 2/5/21

UNITED STATES OF AMERICA
v.

1. Okello Chatrie
2. ___
3. ___
4. ___

COUNSEL

1. Laura Koenig
2. Michael Price
3. Paul Gill
4. ___

**APPEARANCES:** GOVERNMENT Kenneth Simon, Peter Duffey, Nathan Judish
DEFENDANT WITH COUNSEL (✓) DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND ( ) DEFENDANT INCARCERATED (✓) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( ) MOTIONS ( )
OTHER: Motion to Suppress Google Info (✓)

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) ___

**ARRAIGNMENT PROCEEDINGS:**

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

**GUILTY PLEA PROCEEDINGS:**
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) ____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) ____ ( )
PLEA BARGAIN AGREEMENT FILED ( ) NO PLEA AGREEMENT ( )
STATEMENT OF FACTS FILED ( ) USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _ ( )
COURT ACCEPTED PLEA ( ) GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) ____ ( )
PRESENTENCE REPORT ORDERED ( ) P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

**BOND HEARING PROCEEDINGS:**
DEFENDANT CONTINUED ON PRESENT BOND ( ) DEFT REMANDED ( xx )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $____ ( )
BENCH WARRANT TO ISSUE ( ) MOTION DENIED ( )

**OTHER PROCEEDINGS:** Dft adduced evidence; Gov't adduced evidence. Both parties rested. Briefing Ordered. 5pg each brief Matter re: search warrants. Set of exhibits maintained for chambers only

Parties to maintain exhibits for the record.

**CASE CONTINUED TO:** ___ AT ___ .M. FOR ___
**CASE SET:** 9:00 **BEGAN:** 9:00 **ENDED:** 7:40 **TIME IN COURT:** 8:22  7:40

10-1015

12:51-1:30   3:30-3:40   6:05-6:15
                          7:15-7:25

April 30     Supplemental Mot to Supp
5/21         Gov't Resp
6/4          Dft Reply

Search Warrant — Review
   Attachment 1+2
   Gov't Ex 2

Potential argument dates — Call
Just on these motions

## EXHIBIT AND WITNESS LIST – CONTINUATION

US vs. Okallo Chatkie  CASE NO. 3:19cr130

Day 2 - 3/5/21

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/5 | | | Marco McGriff continued |
| | ✓ | | | | Dft's Ex. 7 |
| | ✓ | | | | Dft's Ex. 27 |
| | | | | | Cross |
| ✓ | | | ✓ | ✓ | Gov't Ex 3, 3b, 3c Declarations of McGriff |
| ✓ | | | ✓ | ✓ | Dft's Ex 43a |
| ✓ | | | ✓ | ✓ | Gov't. Ex 5 |
| ✓ | | | ✓ | ✓ | Gov't. Ex 5a |
| ✓ | | | ✓ | ✓ | Gov't Ex 12 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | ✓ | | | | Sarah Rodriguez - Google |
| | ✓ | | ✓ | ✓ | Dft's Ex. 24 |
| | ✓ | | | | Dft's Ex. 3 |
| | ✓ | | | | Dft's Ex. 1 |
| | | | | | Cross |
| ✓ | | | ✓ | ✓ | Gov't Ex. 3a |
| ✓ | | | ✓ | ✓ | Gov't Ex. 2 |
| | | | | | Redirect |
| | ✓ | | ✓ | ✓ | Dft's Ex. 1 |

Page 1 of 2 Pages

3:20 · 3:40

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

US vs. Okello Chatrie    CASE NO. 3:19cr130

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 3/5 | | | Jeremy D'Errico |
| | | | | | Special Agent FBI |
| | | | | | Cellular Analysis Team |
| | | | | | Location Data Analysis Expert |
| ✓ | | | ✓ | ✓ | Govt. Ex. 6 CV |
| ✓ | | | ✓ | ✓ | Govt. Ex. 1 |
| | | | | | Dft obj to Slide 47 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 2 |
| | | | | | Cross |
| | ✓ | | | | email not in evidence, 3/9/60 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 1 |
| ✓ | | | ✓ | ✓ | Dfts Ex. 2 |
| ✓ | | | ✓ | ✓ | Dfts Ex. 5 |
| | | | | | Re-direct |
| ✓ | | | ✓ | ✓ | Govt Ex 1 Slide 24 |
| | | | | | |
| ✓ | | | | | Joshua Hylton |
| | | | | | Task Force Officer FBI |
| ✓ | | | ✓ | ✓ | Govt. Ex 2 |
| ✓ | | | ✓ | ✓ | Govt. Ex. 4 |
| | | | | | Cross |
| ✓ | | | ✓ | ✓ | Govt Ex 2 |
| ✓ | | | ✓ | ✓ | Dfts Ex 18 |
| ✓ | | | ✓ | ✓ | Govt Ex. 4 |
| ✓ | | | ✓ | ✓ | Govt Ex. 2 pg 9 |

Page 2 of 2 Pages