IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                                                    Criminal No. 3:19cr130

OKELLO T. CHATRIE,

   Defendant.

## ORDER

This matter comes before the Court on its own initiative. On March 4–5, 2021, the Parties appeared before the Court for an in-person hearing on the Motion to Suppress Evidence Obtained from a "Geofence" Warrant (the "Geofence Motion to Suppress"), (ECF No. 29).

For the reasons stated from the Bench, Defendant Okello T. Chatrie SHALL file supplemental briefing on the Geofence Motion to Suppress no later than April 30, 2021.[1] On or before May 21, 2021, the United States SHALL file its response. On or before June 4, 2021, Chatrie SHALL file his reply. The Court ORDERS the Parties to appear for a hearing on all outstanding matters on June 24, 2021, at 10:00 a.m.

The Court DENIES as moot Google's Motion for Leave to Present Remote Testimony. (ECF No. 161.)

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 3|9|2021
Richmond, Virginia

---

[1] To the extent Google wants to supplement its *amicus* brief, it SHALL do so no later than April 30, 2021.