**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | )   **Case No. 3:19cr130** |
| | ) |
| **OKELLO T. CHATRIE,** | ) |
| **Defendant** | ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE BRIEF EXCEEDING 30 PAGES**

Defendant, Okello T. Chatrie, by counsel, hereby moves for leave to file its opening Hearing Brief in Support of Okello Chatrie's Motion to Suppress Evidence Obtained from a "Geofence" General Warrant, appended hereto as Exhibit 1, despite it exceeding the presumptive 30 page limit on opening briefs found in Local R. 47(F)(3), on the following grounds:

The suppression motion has a long history.  It was filed in October 2019, but the Court has since then received voluminous information from the parties, Google, and other witnesses concerning the "Geofence" warrants at issue here, in written form and in testimony during hearings in March 2021, that took up every bit of two days.  The motion deals with issues of great factual and legal complexity as well as importance.  That recognition prompted the parties and the Court to agree upon an extended briefing schedule for supplemental briefing, tagged to the production of the transcripts of last month's hearings.

Defendant's opening post-hearing brief as attached exceeds 30 pages.  Having said that, about 5 of those pages reflect scant text, but rather images of relevant documents from the record, which counsel thought more useful inserted into the text of the brief, than merely appended as separate exhibits.  In addition, counsel notes that a comparable appellate rule treats the 30-page limit on opening briefs and responses as satisfied by a brief of up to 13,000 words, even if it exceeds 30 pages.  *See* Fed. R. App. P. 28(e)(1) and (e)(2)(A)(i).  The brief as filed does not exceed

1

15,000 words.  And, as previously noted, the issues are of great importance, and benefit from a detailed recounting of the facts and the record evidence on which the defendant believes those facts are properly based.  Defendant accordingly submits that for good cause shown, the Court should accept the attached as filed today.

Respectfully submitted,

OKELLO T. CHATRIE

By:      _____/s/_____
Michael W. Price
NY Bar No. 4771697 (*pro hac vice*)
Counsel for Defendant
National Association of Criminal Defense Lawyers
Fourth Amendment Center
1660 L St. NW, 12th Floor
Washington, D.C. 20036
Ph. (202) 465-7615
Fax (202) 872-8690
mprice@nacdl.org

_____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

_____/s/_____.
Paul G. Gill
Va. Bar No. 31461
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0870
Fax (804) 648-5033
Paul_gill@fd.org

2