IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:19cr130 |
| | ) |
| OKELLO T. CHATRIE, | ) |
| Defendant | ) |

ORDER

Upon motion of defense counsel, with good cause having been shown, it is hereby ORDERED that the Defendant's Motion for Leave to File Brief Exceeding 30 Pages in this case is GRANTED. (ECF No. 203.) Mr. Chatrie's Post-Hearing Brief on "Geofence" General Warrant is deemed timely filed. Mr. Chatrie shall refile that brief as a separate docket entry within three business days of this Order.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Dated: 5/3/2021