IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:19cr130-MHL |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon Motion of the United States of America, by and through attorneys, Raj Parekh, Acting United States Attorney for the Eastern District of Virginia, Kenneth R. Simon, Jr., and Peter S. Duffey, Assistant United States Attorneys, for leave to file an omnibus responsive brief that is in excess of thirty pages pursuant to Local Criminal Rule 47(F)(3).   For good cause shown, the Court **GRANTS** the United States' motion.   Accordingly, the United States may file its omnibus responsive brief that is in excess of thirty pages.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel of record for all parties.

It is so **ORDERED**.

_____
The Honorable M. Hannah Lauck
UNITED STATES DISTRICT JUDGE

Richmond, Virginia
Date: _____