











CAM 10

05-20-2019 16:55:15

