CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: HANES  DOCKET NO. 19cr130
REPORTER: FTR  DATE: 6/3/21

UNITED STATES OF AMERICA          COUNSEL
1. Okello v. Chatrie              1. Paul Gill

APPEARANCES:  GOVERNMENT  Kenneth Simon  ( )
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

BAIL STATUS:  DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

TYPE of PROCEEDINGS:  MOTIONS  reconsider bond  (✓)

PRELIMINARY PROCEEDINGS:
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

BOND HEARING PROCEEDINGS:
DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED ( )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

OTHER PROCEEDINGS:
Deft adduced evidence;
Arguments heard;
Findings stated from the bench;
Motion denied;
Order to follow;
Deft remanded.

CASE CONTINUED TO: _____ FOR _____
CASE SET: 2:15   BEGAN: 2:20   ENDED: 3:00   TIME IN COURT: 40 mins