CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: LAUCK
REPORTER: DAFFRON, OCR
DOCKET NO. 3:19cr130
DATE: 6-24-2021

UNITED STATES OF AMERICA
v.

COUNSEL

1. Okello Chatrie
2.
3.
4.

1. Paul G. Gill
2. Laura J. Koenig
3. Michael W. Price
4.

**APPEARANCES:** GOVERNMENT Kenneth Simon, Jr., Peter S. Duffey, Nathan P. Judish (✓)
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA ( )   MOTIONS (✓)
OTHER: see page 2 (✓)

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER: _____ ( )

**ARRAIGNMENT PROCEEDINGS:**

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |

**GUILTY PLEA PROCEEDINGS:**
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( )   USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _____ ( )
COURT ACCEPTED PLEA ( )   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )
PRESENTENCE REPORT ORDERED ( )   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

**BOND HEARING PROCEEDINGS:** DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED (✓)
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

**OTHER PROCEEDINGS:** See page 2

**CASE CONTINUED TO:** _____, 20__ AT _____ .M. FOR _____

CASE SET: 10:00   BEGAN: 10:10   ENDED: 2:59   TIME IN COURT: 3:30

**PAGE TWO (2)**

**MINUTE SHEET, CON'T.**
United States of America v. Okello T. Chatrie
Criminal no. 3:19CR00130-MHL
June 24, 2021

*MOTION PROCEEDINGS*:

Matter came on for hearing on supplemental briefing to hearing on Motion to Suppress held on March 4-5, 2021 (Defendant's Motion to Suppress Evidence Obtained From a "Geofence" General Warrant, ECF no. 29).
    Defendant's Post-Hearing Brief on "Geofence" General Warrant (ECF no. 205);
    United States' Response in Opposition (ECF no. 214);
    Defendant's Reply to Response in Opposition (ECF. no. 213).
Defense counsel heard.
Government heard.
Matter taken under advisement by the Court.

Recesses    11:23 AM – 11:41 AM
                12:40 PM – 1:24 PM
                 2:22 PM – 2:30 PM