IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                             Criminal Case No. 3:19cr130

OKELLO T. CHATRIE,

       Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES Chatrie's Motion to Suppress. (ECF No. 29.)

It is SO ORDERED.

Date: 3-3-2022
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge