IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.   Criminal Case No. 3:19cr130

OKELLO T. CHATRIE,

    Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES the Motions to Suppress. (ECF Nos. 18, 19, 20, and 21.)

It is SO ORDERED.

Date: 3-3-2022
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge