CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: LAUCK
REPORTER: DAFFRON, OCR
DOCKET NO. 3:19CR130
DATE: 5-9-2022

UNITED STATES OF AMERICA
v.
COUNSEL

1. Okello T. Chatrie            1. Laura Koenig
2. ___                          2. ___
3. ___                          3. ___
4. ___                          4. ___

APPEARANCES: GOVERNMENT Kenneth Simon & Peter Duffey
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )    WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( )  DEFENDANT INCARCERATED (✓)  BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA (✓)  MOTIONS ( )
OTHER: ___

PRELIMINARY PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED (✓)
CRIMINAL INFORMATION FILED ( )
OTHER: ___

ARRAIGNMENT PROCEEDINGS:

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) ___ ( )
DEFENDANT REARRAIGNED ON COUNT(S) ___ ( )
PLEA BARGAIN AGREEMENT FILED (✓)
STATEMENT OF FACTS FILED (✓)   USED AS SUMMARY (✓)
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) 1-2 of C/I (✓)
COURT ACCEPTED PLEA (✓)   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) 1-2 of C/I (✓)
PRESENTENCE REPORT ORDERED (✓)   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED (✓)

BOND HEARING PROCEEDINGS: DEFENDANT CONTINUED ON PRESENT BOND ( )  DEFT REMANDED (✓)
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

OTHER PROCEEDINGS: ___

CASE CONTINUED TO: Aug. 2, 2022 AT 11:00 A.M. FOR Sentencing
CASE SET: 2:30   BEGAN: 2:37   ENDED: 3:15   TIME IN COURT: :38