IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:19-cr-130-MHL |
| | ) | |
| OKELLO T. CHATRIE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF INDICTMENT

I, OKELLO T. CHATRIE, the above named defendant accused of Armed Credit Union Robbery, in violation of Title 18, United States Code, Sections 2113(a), (d), and Using, Carrying, and Brandishing a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Section 924(c), being advised of the nature of the charges and of my rights, hereby waive my right to prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

5/9/22
Date

5/9/22
Date

Before: /s/
M. Hannah Lauck
United States District Judge
Hon. M. Hannah Lauck
United States District Judge

Okello T. Chatrie
Defendant

Laura Koenig
Counsel for the Defendant

5/9/22
Date