









I've been watching you for some time now I got your Family as hostage and I know where you live, IF you or you coworker alert the cops or Anyone your Family and you are going to be hurt, I got my boys on the look out outside The First cop car they see am going start hurting everyone in sight, hand over all the cash, I need at least a 100K and nobody will get hurt and your Family will be set free, Think smartly everyone safety is depending and you and your coworkers action so I hope they dont try nothing stupid