# SENTENCING MINUTES

DATE: 8/10/22  CASE NUMBER: 319cr130
JUDGE: Lauck  CT REPORTER: Diane Daffron
INTERPRETER: _____

UNITED STATES OF AMERICA         Kenneth Simon, Jr, AUSA
                                 Peter Duffey
v.                               COUNSEL

Okello Chatrie                   Laura Koenig, ESQ.

SENTENCING ON COUNT(S): 1+2   ( ) Criminal Information
                              ( ) Indictment ( ) Superseding Ind.

PRELIMINARY MATTERS: no removal of witnesses - parties agree
Kevin Caldwell, Janaell Westbrook
Dft's Motion for Downward Variance - DENIED.

OBJECTIONS TO PSR: PSR filed as tendered  OL 25
                                          CH I
                                          GR 57-71 Ct 1
                                          84 mths cnsec ct 2

STATEMENTS MADE BY: GOV'T (✓) DEFENSE COUNSEL (✓) DEFT (✓)

ON MOTION OF GOV'T, (✓) original INDICTMENT ( ) REMAINING CTS. DISMISSED.

DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION

ON: _____ BY: _____
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today (✓)

DEFT REMANDED TO CUSTODY (✓)

CASE SET:      BEGAN:       ENDED: 4:20   TIME IN COURT:
2:00           2:35                               1:25
           Recess 3:40 - 4:00
* defense atty in another ctrm

PAGE TWO (2)

**SENTENCE TEXT**

**COUNT** __1__    IMPRISONMENT __57__ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE (✓)

SUPERVISED RELEASE __3__ YEARS

PROBATION _____ YEARS

FINE $_____   (✓ Fine not imposed)

SPECIAL ASSESSMENT $ __100__ due immediately

**COUNT** __2__    IMPRISONMENT __84__ MOS.   CONCURRENT ( )   CONSECUTIVE (✓)

SUPERVISED RELEASE __3__ YEARS   CONCURRENT (✓)

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   (✓) Fine not imposed

SPECIAL ASSESSMENT $ __100__ due immediately

**COUNT** _____    IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE** (✓)

**RESTITUTION ORDERED:** $196,932.01 Call Federal Credit Union (offset by any money offset by money collected @ D/t house)

**RECOMMENDATION(S) TO BOP:**
( ) Designate dft. to a facility near family   ( ) Designate dft. to __Fort Dix__ (1st choice) FCI or __Petersburg__
( ) SHOCK Incarceration Program    ( ) BRAVE Program
( ) Educational / Vocational training    ( ) BOP 500-hr intensive drug treatment program
( ) UNICOR program  ( ) with _____ portion of earnings directed to child support
(X) OTHER: Mental health TX focus on trauma   General Ed Program (GED)

### SPECIAL CONDITIONS of Probation / Supervised Release:

✓ (1) Incur no new credit without approval of probation officer
✓ (2) Provide probation officer with access to financial information
___ (3) Perform community service _____ HOURS during period of supervision
✓ (4) Participate in drug/alcohol treatment; ✓ Pay cost of treatment
✓ (5) Participate in mental health treatment; ✓ Pay cost of treatment
  ___ Participate in anger management
___ (6) Participate in home confinement program for _____ with monitoring
  ___ Permitted to work, attend church, or other approved activities
  ___ Maintain telephone without special features; no cordless phone
  ___ Pay costs of electronic monitoring
___ (7) Placement in a Community Confinement Center for _____ (term)
✓ (8) Defendant to be surrendered to BICE for deportation proceedings
  ✓ If deported, defendant to remain outside the United States
___ (10) Mandatory drug testing waived
  ___ Probation officer may still administer drug test if deemed appropriate
___ (11) Pay child support in amount ordered by social services or Court
___ (13) Serve intermittent confinement on weekends for a period of _____ DAYS
___ (14) No possession of pager, cellular telephone, or other handheld communication device
✓ (15) Defendant shall pay any balance owed on the S/A imposed by the Court *a Restitution* *@ 25% of As min, let monthly specified whatever is greater*
  ✓ Pay in installments of not less than $ 50 per month,
  ___ to begin 30 / 60 days after start of supervision until paid in full
✓ (16) Waive all rights of confidentiality regarding mental health treatment *& substance abuse*
  (or other treatment) to allow release of information to Probation, etc.
___ (17) Commencing _____, and continuing for _____, defendant may
  operate a motor vehicle only for purposes of work and court, including travel to
  the Probation Office and alcohol treatment program
✓ (18) Defendant to apply monies received from tax refunds, lottery winnings, and any
  anticipated or unexpected financial gains to the Court-ordered financial obligation

✓ (---) **Other special conditions:**

- GED Program until he earns certificate
- vocational, educational training
- Treasury Offset Program ("TOP")

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

UNITED STATES OF AMERICA

V.

OKello Chatrie

**EXHIBIT AND WITNESS LIST**

Case Number: 3:19cr130

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lauck | Kenneth Simon, Peter Duffey | Laura Koenig |
| | COURT REPORTER | COURTROOM DEPUTY |
| | Diane Daffron | K. Hancock |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8/10 | | | Kevin Caldwell |
| ✓ | | | | | Mgr. Call Federal Credit Union |
| ✓ | ✓ | | ✓ | ✓ | Govt. Ex. 2 (CD) surveillance camera |
| ✓ | ✓ | | ✓ | ✓ | Govt. Ex. 1 (6 photos of 6 pages) |
| | | | | | |
| ✓ | | | | | Janaell Westbrook |
| ✓ | | | | | Employee Call Federal Credit Union |
| ✓ | | | ✓ | ✓ | Govt. Ex. 2 |
| ✓ | | | ✓ | ✓ | Govt Ex. 1 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1