# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 3:19cr130 |
| ) | The Honorable M. Hannah Lauck |
| OKELLO T. CHATRIE,  ) | |
| Defendant  ) | |

## NOTICE OF APPEAL

Okello Chatrie, through counsel, notes his appeal to the United States Court of Appeals for the Fourth Circuit from the final order in this case entered on August 19, 2022 (ECF No. 239).

Respectfully Submitted,
OKELLO T. CHATRIE

By: _____/s/_____
        Counsel

Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

1