FILED: August 29, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4489
(3:19-cr-00130-MHL-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

OKELLO T. CHATRIE

      Defendant - Appellant

_____

O R D E R
_____

The court appoints the Federal Defender for the Eastern District of Virginia to represent appellant in this case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk