IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:19CR130 |
| | ) |
| OKELLO T. CHATRIE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF PUBLICATION AND**
**FINALITY OF CONSENT ORDER OF FORFEITURE**

NOW COMES the United States and represents as follows:

WHEREAS, on May 9 2022, this Court entered a *Consent Order of Forfeiture* (Document No. 231) as to defendant, Okello T. Chatrie, ordering the forfeiture of the following property:

> a. $102,293 in U.S. currency seized in Richmond, Virginia on August 13, 2019; and
>
> b. a Taurus G2C, 9mm semi-automatic pistol, bearing serial number TLW87541 and all accompanying magazines and ammunition.

AND WHEREAS the United States published on an official government website (www.forfeiture.gov) for thirty (30) consecutive days, beginning on May 20, 2022, and ending on June 18, 2022, as required by Fed. R. Crim. P. 32.2(b)(6) and evidenced by the attached Declaration and Advertisement, notice of this forfeiture action and the intention of the United States to dispose of the property in accordance with the law and as specified in the *Consent Order of Forfeiture,* and further notified all third parties, if any, of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their legal interest in the property;

AND WHEREAS no petitions asserting an interest in the forfeited property have been filed and the time for doing so has expired;

AND WHEREAS the *Consent Order of Forfeiture* provides that it will become the final order of forfeiture in the absence of any unresolved third party claims, as provided by Fed. R. Crim. P. 32.2(c)(2);

It appears that all right, title, and interest in the subject property has been forfeited to the United States of America in accordance with the *Consent Order of Forfeiture*, and may be disposed of according to law.

        Respectfully submitted,

        Jessica D. Aber
        United States Attorney

By      /s/
        Janet Jin Ah Lee
        Virginia Bar No. 84104
        Assistant United States Attorney
        United States Attorney's Office
        919 East Main Street, Suite 1900
        Richmond, Virginia 23219
        (804) 819-5400
        (804) 819-5472
        Email: Janet.Lee@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the 6th day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

                                                    /s/  
                                          Janet Jin Ah Lee  
                                          Virginia Bar No. 84104  
                                          Assistant United States Attorney  
                                          United States Attorney's Office  
                                          919 East Main Street, Suite 1900  
                                          Richmond, Virginia 23219  
                                          (804) 819-5400  
                                          (804) 819-5472  
                                          Email: Janet.Lee@usdoj.gov